United States District Court
Southern District of Texas
**ENTERED**
April 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:22-cr-612 |
| § | |
| DANIEL KNIGHT, *et al.* § | |
| § | |
| Defendants. § | |

### ORDER

Upon consideration of the United States' Unopposed Motion to Continue Sentencing, the Court hereby ORDERS that the Motion is GRANTED. Defendant Knight's sentencing is continued until the resolution of an appeal in this matter to the United States Court of Appeals to the Fifth Circuit, or upon further order of the Court.

It is so **ORDERED** at Houston, Texas on this 9th day of April, 2024.

							ANDREW S. HANEN
							UNITED STATES DISTRICT JUDGE