UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

- - -

THE HONORABLE ANDREW S. HANEN, JUDGE PRESIDING

---

UNITED STATES OF AMERICA, ) No. 4:22-cr-612
)
Plaintiff, )
)
vs. )
)
EDWARD CONSTANTINESCU, )
et al., )
)
Defendants. )

---

**PRETRIAL CONFERENCE - DAY 1**

**OFFICIAL COURT REPORTER'S CERTIFIED TRANSCRIPT**

**Houston, Texas**

**March 19, 2024**

---

APPEARANCES:

For the Plaintiff: John Lolio, Esq.
Scott Armstrong, Esq.
Thomas Hayward Carter, Esq.

For the Defendants: Matthew A. Ford, Esq.
Emily Klair Bloom, Esq.
Luis A. Reyes, Esq.
Alexander Brown, Esq.
Eric S. Rosen, Esq.
Quentin T. Williams, Esq.
Neal A. Davis, Esq.
Zachary B. Fertitta, Esq.
Carlos Fleites, Esq.
Chip Lewis, Esq.
Erin M. Epley, Esq.
Laura Cordova, Esq.
Michael Murtha, Esq.

Reported By: Nichole Forrest, RDR, CRR, CRC
Certified Realtime Reporter
United States District Court
Southern District of Texas

**Proceedings recorded by mechanical stenography. Transcript produced by Reporter on computer.**

**PROCEEDINGS**

---

(The following proceedings held in open court.)

* * *

09:12:27 THE COURT: Thank you. Be seated. All right. Let me start off by doing kind of a little calendar so you know what has happened.

09:12:56 As we discussed, we sent out that initial short questionnaire. We've gotten multiple responses back. I have excused some people, not excused people. I mean, it was like somebody wrote back and said I can't hear, you know, I figure, well, none of us want a juror that can't hear. Things of that nature.

09:13:27 On the 27th, which, if my memory is right is a week from Wednesday, so a week from tomorrow, the jurors are going to come in and answer the long questionnaire. Those will be reduced to a disk and you can pick up that disk on the afternoon of the 28th.

09:13:54 And, Rhonda, do they pick it up from you or from the clerk's office?

09:14:00 THE CASE MANAGER: From the clerk's office.

09:14:01 THE COURT: And you'll have to sign for

09:14:02 it. And you'll have to return the disk after jury
09:14:04 selection. That disk is your copy of the
09:14:11 questionnaires. You will not get paper
09:14:14 questionnaires. So, I mean, you're in charge of
09:14:17 downloading it in whatever form you want it.

09:14:22 And then after jury selection's done,
09:14:25 you'll have to give it back to Rhonda.

09:14:29 Then jury selection will be Monday,
09:14:36 April 1st. I want the attorneys and the parties to
09:14:40 report here, say, at 9:30. By "here" I mean, this
09:14:50 courtroom. That's because they're going to assemble
09:14:53 the jurors, the panel, up in Judge Hoyt's courtroom
09:14:57 where we're actually going to be doing the jury
09:15:04 selection.

09:15:06 And there'll just be too much confusion if
09:15:09 we have lawyers and clients and family members up
09:15:12 there in the middle of the jurors. So I want you to
09:15:15 report here. And then once they get situated up
09:15:19 there, then we'll all go up there.

09:15:28 I have some -- a joint -- defendants'
09:15:32 joint proposed voir dire, giving me suggestions about
09:15:35 what to ask. I don't know that I have one from the
09:15:38 government. But if you want me to consider certain
09:15:44 questions, government, you need to get them to me this
09:15:45 week.

We are going to call the people coming in Wednesday, a week from tomorrow, somewhere between 150 and 175. The courtroom upstairs can actually sit about 160. And that's where we're -- that's the number we'll probably be working with. I told them if they have a couple extra jurors and we have room for them, we'll take them.

Other than that, let me go to -- I got a letter from Mr. Williams generally outlining a presentation. Opening statements, Mr. Williams was suggesting 30 minutes a side. I will probably not do that. I will probably limit the defendants' to 30 minutes and give the government a little more time because there is one of them and seven of y'all. But not substantially more.

Mr. Williams suggested presentation of evidence 9:00 to 4:30. I can promise you I will not do that. We're going to work as long and hard as we can.

Now he also suggested Monday through Thursday. And as I mentioned last time, that I am considering not having court on Fridays just to let the jurors have some kind of life. And you guys have other cases that you'd probably like to at least look at the file. I have more than I can say grace over.

So I am seriously considering the Friday -- taking off Friday. But I probably will work 9:00 till 5:30, 6:00, depending on how we're going and depending on the witness. If we're in the middle of a witness, I'm likely to continue the witness in hopes that we can get that witness done.

Mr. Williams next suggested that unless it's time-sensitive, any motions should be heard after the jury recessed. That I will do for sure either at lunch or after the jury is recessed. And if that means we're up here till 7:30 or 8:00, we're up here till 7:30 or 8:00.

Mr. Williams has suggested that an objection by one defendant applies to all unless they specifically say otherwise. I'll let the government weigh in on that. I have no problem with that, quite frankly. It would be, at least in my mind, a waste of the jurors' time and the Court's time and y'all's time to have all seven lawyers stand up and object. I mean, it just seems a waste of court time and it will slow things down.

Now, Mr. Armstrong, if you want to weigh in on that, I'll listen to the government's --

MR. ARMSTRONG: No objection, Your Honor. I think that your idea is spot on. It would be just

09:19:56 too burdensome.

09:20:07 THE COURT: Okay. He suggests a witness list for the next week be turned over. I am fine with that. And I think it would make things go more quickly. If a week is too burdensome, the next two or three days, surely you know your witnesses for the next two or three days. And I mean, that it'll apply both ways.

09:20:37 I mean, it'll apply -- the government will have to give you their witnesses for the next two or three days, and when it's the defense's turn, they're going to have to give the government their witnesses for the next two or three days.

09:20:48 But I will -- I might not order it for the week as Mr. Williams suggests, but I will order it in advance. And that will include giving the other side statements if they're entitled to them.

09:21:10 Cross-examination. First of all, I'm a one-riot/one-ranger person. I mean, we're not going to have two to three lawyers from the same side cross-examine a witness. I think amongst the defendants, you need to decide who's taking the lead.

09:21:35 And I'm not going to order somebody to take the lead, because I don't know whose ox is getting gored the worst. And so I'll let you guys

pick who wants to go first.

I don't want 10 lawyers standing up and saying, you know, the same question over and over and over again. I mean, there's a lot of times that, you know, if your client's name is not mentioned, you know, if you're on the defense side, that's usually a good sign.

But I will leave the defendants to come up with their own order and especially with who is taking the lead.

The defense has requested that they may call any witnesses in any order, which I took to mean that I wouldn't just call on Mr. Williams, give us all your witnesses, and then go to the next defendant and give us all your witnesses. I'm fine with that; again, conditioned on the fact that the government is going to know who you're calling. And they're going to be forewarned, just like the defense has been forewarned when the government is putting on their case.

So those are kind of general tenets that were raised by that letter. And with those qualifications that I just made, I'm probably going to proceed that way.

The next thing I want to talk about, to

shift gears, also relates to Mr. Williams, I think. And that is, I was given a list of pending motions. And I do want -- I'm going to go to that list, but I'm going to take them out of order.

I want to talk about the second motion to dismiss filed by Rybarczyk that was filed last October maybe. And specifically -- well, Mr. Williams, if you want to summarize your motion instead of having me do it, I'm fine. But I'm really more interested, quite frankly, in the government's reply to it.

MR. WILLIAMS: I'm going to allow my colleague, Mr. Rosen, to argue the motion, Your Honor.

MR. ARMSTRONG: Just one housekeeping matter, Your Honor. I don't see the presence of Mr. Constantinescu or Mr. Deel. I think this is an important part of trial. And so if they're not going to be here, we would request, for the record, that there be a waiver put on the record.

THE COURT: Well, I don't -- I didn't order the defendants to be here today. In fact, I'm okay if the defendants who are here leave.

MR. ARMSTRONG: Okay. No problem then.

THE COURT: You know, we're going to be talking law stuff and admitting documents and motions in limine. And I don't think the defendants

09:25:21 necessarily add anything to that.

09:25:26 MR. ARMSTRONG: Thank you.

09:25:28 THE COURT: But I won't permit that at 09:25:29 trial.

09:25:32 All right, Mr. Rosen. Find a microphone.

09:25:38 MR. ROSEN: Good morning, Your Honor.

09:26:01 Your Honor, our argument in the second 09:26:03 motion to dismiss is very straightforward. This is a 09:26:05 right to control theory that's under the guise of 09:26:09 obtaining money or property, but it's not. It doesn't 09:26:14 allege a crime under *Ciminelli,* because the core 09:26:17 theory of the government's case is that the victims 09:26:19 here were deprived of discretionary economic 09:26:22 information. They wanted to know our client's trading 09:26:26 habits, and they weren't told that. So they were 09:26:30 deprived of that economic information.

09:26:33 The government has effectively walked away 09:26:36 that our clients deprived victims of money and 09:26:40 property. They're not going to prove that our clients 09:26:43 caused any effect on share price. They'll not prove 09:26:48 and they don't have to prove, according to them, that 09:26:50 any victim actually lost money as a result of 09:26:53 defendants' actions. It's a right to control the 09:26:57 discretionary economic information and they have not 09:27:01 yet alleged that or proved that it's -- that that's

money or property.

And so that's really the core of our case that's been fleshed out, both in the indictment, in the superseding indictment, as well as in all the motion papers that have been filed. And we don't think, based on that, that there is a crime that has been alleged.

We also think that, you know, there is an issue of money and property here. To the extent that the government tries to argue that they were obtaining money and property for themselves, that's all well and good. That occurs in every type of transaction.

But the point being under the "Bridgegate" case and under *Kelly*, it has to be money or property from a victim. And that's what the core is. They have failed to both allege and they have said that they don't have to prove.

So as a result, no crime has been committed. And the indictment must be dismissed either before trial or during --

THE COURT: Well, you -- the government has taken the position, at least in some of their briefs, that it's not -- I mean, they don't have to prove there's a victim necessarily because they don't have to prove, for instance, a conspiracy. You don't

have to prove it worked to be illegal, right?

MR. ROSEN: That would be correct. But still the object of the scheme still has to be obtaining -- and *Kelly* was very clear on that -- the object of the scheme still has to be obtaining money or property from a victim.

Simply obtaining money or property from the amorphous trading public is wholly insufficient, just like under *Kelly*, obtaining control of the bridge lanes was wholly insufficient. You have to obtain money or property from the alleged victim. In that case, they did not allege that. And so the indictment -- ultimately, the Supreme Court dismissed it.

Same here. Certainly, you know, we're not arguing on their conspiracy everything has to succeed. We are arguing that still it's the victim's -- the victims must be victimized. They must have money or property, either obtained by -- that is obtained by the defendants from those actual people.

THE COURT: And I know it's your position. But I want you to tell me why you think it's right that just the failure to plead that in the indictment makes it faulty, as opposed to, you know, what the government always argues in a motion to dismiss, is,

they quoted the statute, that's enough.

MR. ROSEN: I guess, Your Honor, I just go back to the fact that in order to charge a crime you have to actually charge a crime.

And the Supreme Court's been very clear that unless you say that the money or property comes from the victim, as opposed to simply a defendant's using trading to obtain money or property for themselves, and you don't allege that, then that's not a crime charged.

Now I understand Your Honor is saying, well, maybe we should flesh this out a little bit more with the facts. But we've had a ton of briefing on the matter. We've gotten the government's perspective on multiple occasions regarding that. They've walked away from everything from -- that our guys were responsible for a pump and dump to the fact that the victims aren't going to testify that they lost money specifically as a result of the defendants' actions.

And I think we have enough to rule on at this time as a matter of law. And that's really our pitch. And I think *Ciminelli* has made that very, very clear under -- you know, as the Supreme Court has ruled.

THE COURT: Okay. All right.

Mr. Armstrong, who is going to respond for the government?

MR. ARMSTRONG: Mr. Liolos, Your Honor.

MR. LIOLOS: Good morning, Your Honor. John Liolos for the United States.

At the motion to dismiss stage, as you know, we look at the allegations in the indictment. The indictment alleges the defendants, in their own words, the object of the scheme was to "rob idiots of their money."

The fraud statutes don't require a specific victim be the intent of the scheme.

It's plain and simple in the defendants' own words that they're looking to get money from their victims as a result of their scheme. That's who they're directing the efforts at.

The misleading statements are designed to entice people to trade in the stocks that they're selling so that they can get money for the shares that they have on the backs of the people that they're --

THE COURT: Is there any place in the indictment -- and I know that one quote you're referring to, and I know that's the subject of every defendants' motion in limine, and we'll get to that later on.

But there's nowhere in the indictment you've alleged that there is an intent to deprive anyone of money or property. I mean, I've not only read it word for word, but I've had -- I've had my secretary word search it with every possible word combination we can come up with.

And now you do allege that the purpose of the scheme or the intent of the scheme was to enrich the defendants, which is half the equation. But what about the other half?

MR. LIOLOS: Well, by seeking to pump and dump stocks and by using their public statements to entice people to buy the stocks. And the way that the defendants were enriching themselves was by selling the shares they had to, in large part, the people they were enticing to buy the stocks.

The indictment is, you know, littered to references with inducing them through their false and misleading statements to depart with their own money to the benefit of the defendants.

But the victims themselves have to come in in response to the defendants' statements through which they're seeking to pump and dump the stock and part with their money or property to the benefit of the defendants. I mean, there's examples in the

09:33:18 indictment over and over again.

09:33:19 THE COURT: Okay. So you're conceding --
09:33:21 at least I hear you now concede that that's something
09:33:24 you have to prove?

09:33:26 MR. LIOLOS: We will at trial.

09:33:27 But I think for the purposes of the motion
09:33:31 to dismiss, it's throughout the indictment that they
09:33:33 were seeking to induce people with their false and
09:33:35 misleading statements to part with their money or
09:33:37 property so that they could, quote, rob them of that.

09:33:44 THE COURT: Here's my problem. In your
09:33:49 response -- not necessarily your response, but the
09:33:51 government's response to Mr. Rosen's motion, the
09:33:55 response was basically: We don't have to prove there
09:34:00 were victims. You know, we've got some victims, and
09:34:05 we're going to prove materiality through them, but we
09:34:09 don't have to prove intent to deceive and intent to
09:34:12 deprive money and property.

09:34:14 That's the way I read it.

09:34:16 MR. LIOLOS: So we do have to prove the
09:34:17 intent. We don't have to prove that it, in fact,
09:34:21 succeeded, right?

09:34:21 So the focus is on the scheme and how it
09:34:24 was concocted by the defendants and the fact that they
09:34:26 had the fraudulent intent to deprive people of their

money and property.

It's the scheme itself --

THE COURT: Right. And so my question is: Given what you just said, don't you have to plead that in the indictment?

MR. LIOLOS: I believe that the indictment has multiple examples of showing how they intended to induce people to part with their money or property.

THE COURT: No, no, no. Deprive them of their money and property.

MR. LIOLOS: Through false and misleading statements. And they have to spend their money to purchase the stocks --

THE COURT: Okay. So if I hypothetically invest in GM and I go on the internet and say GM's just invented an electric car that actually works, and who wouldn't buy stock in that?

And other people go, yeah, what a good idea. Or, closer to home, I see what the administration is doing regarding oil and gas and it's driving the price of oil and gas up. And I say, man, who wouldn't invest in an oil company right now? I'm investing in an oil company. And I'm doing it because I want to make money, which I don't think is illegal. And I don't care, number one, whether you make money

or not. I care about whether I make money.

At the same time, I don't intend for you to lose money. If the price of oil goes to $100 a barrel, everybody wins.

That's not illegal, is it?

MR. LIOLOS: Well, the part I think that's missing from that example that's pled over and over again in the indictment is the fraudulent intent, right?

And so your example is you believed in the company itself and you believed in the information you were putting out there and you were hopeful that you were going to make money on it.

The indictment pleads examples over and over again where it shows coordinating of messages to induce people --

THE COURT: Okay. And that's -- and I'm reading that as -- after I read *Ciminelli* and *Greenlaw*, that's half of the equation; the intent to deceive.

MR. LIOLOS: Of money or property.

THE COURT: Well, that's the other half.

MR. LIOLOS: But they have to buy the stock --

THE COURT: Is to obtain money or

property. The defendants didn't obtain any money or property from anybody.

MR. LIOLOS: Well, part of the scheme that's pled is that they're selling after inducing.

THE COURT: It's not a zero-sum game. It's not like, you know, there's only $100 here. And if I get 20, you lose 20.

MR. LIOLOS: The defendants have a set amount of shares that they have to sell to make money after their post, right? And somebody has to buy them. They're using their false and misleading posts to induce people --

THE COURT: Well, how do you know the people that bought them ever saw any of these posts?

MR. LIOLOS: Well, it's alleged in the indictment and we'll hear from some at trial.

THE COURT: So you're not limiting your witnesses to materiality. I mean, that's what you told the Court in your brief.

MR. LIOLOS: Whether it could influence them or was capable of doing so is the materiality question. I expect that they'll testify that not only could it, it also, in fact, did in certain instances, so...

THE COURT: Okay. Now how does that --

09:38:17 and the intent to do that is just implied?

09:38:19 MR. LIOLOS: I think it's alleged over and over again in the indictment that they sought to do so with the scheme. And the intent is --

09:38:25 THE COURT: Not what's alleged in the indictment. And I have the indictment right here.

09:38:50 [As read:] The defendants used social media to induce other investors to purchase and hold the same securities that the defendants were selling or dumping so that defendants could maximize their own profits.

09:39:02 Now, that's alleged several times. But there's nothing about them depriving people from money or property, which is what *Greenlaw* now says we have to have.

09:39:15 Now, admittedly, this indictment came out, I think, before *Greenlaw*. I don't remember the date of it, but it's -- *Greenlaw* is an October case.

09:39:27 MR. LIOLOS: I think you're right.

09:39:29 THE COURT: Yeah. This was six months before *Greenlaw*. And so you can obviously tell I'm worried whether we have a defective indictment.

09:39:37 MR. LIOLOS: Well, Your Honor, if you look at paragraph 12, it states: The defendants used their credibility to maximize their own trading profits

through their tweets and posts in the Atlas Trading Discord, often at the expense of their Twitter followers and members of the -- at the expense of their Twitter followers and members the Alice Trading Discord. Indeed, the defendants used their social media influence to pump and dump securities for their own financial gain.

Those two sentences together explain that it's as the defense of their -- at the expense of their followers.

And then if you look at the GTT example, which is -- starts on paragraph 43 and it's charged in Count 7, that walks through a specific example where they're using the false and misleading statements to induce people seeing the false and misleading statements, commenting, oh, there it is, there it is, selling right after it and describing it as robbing people of their money.

THE COURT: Anybody else want to weigh in on this?

MR. FORD: Your Honor, if I may briefly.

THE COURT: Now, I will tell you that the acoustics in Judge Hoyt's courtroom, because it's so much bigger, aren't really any better. So you're going to have to stay near a microphone when you speak

up there.

MR. FORD: I think, Your Honor, you've driven into the main issue with the defect in their indictment. If we go back to *Ciminelli*, the facts as alleged in *Ciminelli* were that but for the state of New York knowing that bribes were being paid, they would have paid the money to somebody else, they would have used different construction companies, right.

The issue with their indictment is that all transactions that are alleged are bona fide at market prices that anybody who purchased the shares knew about at the time that they entered into those transactions.

The volume that was occurring in the market on the stocks that Mr. Constantinescu is alleged to have been involved in, it's extraordinary. We're talking, for example, with ONTX, Count 2 is the first substantive count in the indictment. 180 million transactions -- 180 million transactions in a day. And that's executed transactions, meaning 180 million buys and 180 million sells by market participants.

Every single person who entered into those transactions knew the price they were buying or selling at. It was the only price available through

09:43:04 their broker/dealer.

09:43:05 It is essentially identical facts to 09:43:09 what's happening in *Ciminelli*, as Mr. Rosen pointed 09:43:14 out. The issue here is there is no property being 09:43:19 sought to be obtained. They're simply repackaging the 09:43:23 right to control theory, and the Supreme Court 09:43:24 rejected it. It has been applied now to the 09:43:27 securities contexts in other cases.

09:43:30 And I'm not saying this is exactly on 09:43:32 point, but the Second Circuit has applied it in *SEC v.* 09:43:38 *Govil*, in United States v. *Greenlaw*, in our circuit, 09:43:41 in the Fifth Circuit, it has been made clear that it 09:43:44 applies to 1348 specifically in securities fraud.

09:43:48 We agree with Mr. Rosen and we agree with 09:43:50 Your Honor that this indictment is defective as pled.

09:43:54 THE COURT: Let me ask you, either one of 09:43:56 you or any of the defense lawyers, let's say I grant 09:44:04 your motion.

09:44:07 What happens next?

09:44:09 MR. FORD: We're --

09:44:11 THE COURT: Don't we think Mr. Armstrong 09:44:14 will go back and add a paragraph that says and, oh, by 09:44:17 the way, they intended to deprive -- I mean, won't you 09:44:23 just get reindicted?

09:44:25 MR. FORD: We don't believe so, because

there's no facts that would support the case that the government is alleging. What we think will happen, Your Honor, is there is a parallel SEC pleading, a parallel SEC complaint. We believe this is an SEC action. In SEC actions they are not required to prove intent. And they are not required to prove that somebody is trying to obtain money or property. It's a different statute.

And so we will be prepared, once the case is dismissed, to argue it in the SEC action, which is where it belongs.

We don't believe that this indictment can be corrected. We now are sitting on, you know, half of the Amazon rainforest that's been printed out in papers. And there is nothing in it that will support the notion that any one of these seven defendants sought to obtain money or property.

And, you know, I will say there is another hook to this, which is the fact that the government continues to say that they caught one of the indicted co-defendants in a separate Discord chat room with only -- none of the defendants but one were even in that room. It was a totally different group of people. My client was not there. Mr. Rybarczyk was not there. Mr. Matlock was not there. The top three

individuals in the indictment weren't there.

THE COURT: This is a conversation where they use the word "rob"?

MR. FORD: Yeah.

THE COURT: Was that Mr. Knight?

MR. FORD: Mr. Knight said it. Mr. Cooperman was there. He didn't say no, that's not what we're doing.

MS. EPLEY: Your Honor --

MR. FORD: That's exactly what he said.

MS. EPLEY: I'll step right back out. I just wanted to clarify for Mr. Liolos.

Tommy Cooperman's response was actually the people in GTT are making more money than we did. So he disagrees with the assertion.

MR. FORD: That's the only individual of these defendants in the room. The fact that they were able to find somebody with drug and alcohol addiction who made, you know, a joke comment referencing hedge funds flippant, does not suggest intent on behalf of the seven guys who have now fought for 16 months of their lives because there is nobody in this room who believes they did anything wrong, because they did not. We have been arguing since our first hearing that --

09:46:45 THE COURT: I'm going to have to disagree with you on that. I think there are plenty of people in this room that think your guys did something wrong.

09:46:52 MR. FORD: I'm referring to the seven defendants. The reason we have been fighting tooth and nail the way we have is because there is not one of them who believes they did anything wrong. And they simply did not.

09:47:05 MR. ROSEN: Judge, if I could just weigh in on what I think are the pleading defects here regarding Mr. Liolos's example with GTT.

09:47:14 He talks about GTT being an example of our defendants scheming to obtain money or property from victims. It actually says the exact opposite. If you start on page -- paragraph 45, it talks about my client, Mr. Rybarczyk, falsely claiming, it says: GTT 24 RSI major multibillion dollar catalyst.

09:47:38 It doesn't allege that that was false. The falsity is omitting the material information that he intended to sell his own shares of GTT. We dispute that. But even for the purpose of this indictment, that's classic *Ciminelli*. He's depriving people of economically valuable information as to when he -- when he's selling his shares.

09:48:01 There are no other falsities alleged in

the -- in GTT. It talked about him tweeting about a $110 million market cap. That's true. With a $2 billion deal in place. That's true.

The only thing is Mr. Knight, a guy my client barely knew, he ran into him once at a car rally and I think maybe one other time after that, talking about -- joking about selling -- you know, robbing idiots of their money. I guess he believed that's what he was doing. My client certainly didn't say that.

And then the key here is paragraph 53. It says -- it doesn't say a single victim lost money. Not one. It didn't say that they intended to rob a single victim of money. It says they obtained approximately $200,000, $200,000 for themselves.

So if they were going to reallege this, if they were going to reallege this, they would have to explain how victims actually lost money. And they simply -- from our defendants and they simply cannot do that. For each one of these stocks --

THE COURT: Wait a minute. Let me stop you there.

Why can't they do that?

MR. ROSEN: Because many of these stocks went up. Many of these people, alleged victims, we've

got their trading records, they made money. Alleged --

THE COURT: I mean, but I bet they can find somebody that didn't make money. I mean, I bet they can find somebody that lost money.

MR. ROSEN: They did. And those people -- but they have to lose money from the crime. And that's the problem. A lot of these people -- like there's one person who lost money, she held the stock for months. And she watched it go up, she watched it go down. She just didn't sell, like -- so you can't say that person lost money from our defendants. That person lost money because they didn't sell it at the right time. They have to allege that specifically --

THE COURT: Well, maybe they didn't sell it because your client was saying he's holding it.

MR. ROSEN: No. But that wouldn't go on for months because my client didn't tweet about it after a couple days. So you have to causally connect the statements with the person's actions.

And that brings me back to the point. That's why there's a massive degree of difference between what we call a traditional real pump and dump scheme. Everyone who buys into that is a victim, because people control all the float. They control

all the shares. And they just pump it up with false and misleading statements and they sell that into the market.

Those aren't real -- those aren't real companies. Those aren't real trades. They're wash trades, match trades. You can say everyone is a victim because the stock craters after that.

What we don't see here in those indictments beyond the conclusory pump and dump that the defendants have now walked away from is any allegation that these stocks just like right after the defendants got done with their mischief, that they just tanked. Because they didn't. Many of them went up and continued to go up.

Our clients may even -- didn't even sell close to near the top. If they were really controlling it, they would have.

So I agree with you that, sure, certainly they can try to allege that, but we don't think that they could. And it's going to be a key issue at trial, but it should be a key issue in the indictment, to show that they've made it that far, to present evidence to the jury as opposed to just the grand jury that that can be done. And that's where we have the financial issue.

09:51:24 Adding simply a paragraph about intent is insufficient when you have a speaking indictment. You have to walk through what happened. They can't do that.

09:51:33 THE COURT: Okay. Well, obviously the reason I brought this up first is because it's concerning to me. And it's -- I don't want to try what y'all have proffered as a two-month case or three-month at some point in time, I'm not conceding it's going to take that long.

09:51:53 But it's going to take a long time. And I don't want to get to the end of it and get reversed because we didn't follow *Greenlaw*.

09:52:05 MR. LIOLOS: A critical difference here between the cases that they're discussing in terms of closing a bridge or college admission slots is they're intending to induce people to use their money to buy the stocks that they're selling at the same time. And that's fraudulent intent.

09:52:22 MR. ARMSTRONG: Your Honor, just two points, if I may?

09:52:23 I think that Your Honor is attuned to the "intent to defraud" language. And what's being glossed over is the clearest evidence of that point, which is the language in the indictment of robbing

idiots of their money. That is intent to defraud all day every day.

And the pleading requirements of an indictment do not require hypertechnicality. It's just a plain reading of what is alleged.

And given that that statement is specifically alleged, and is alleged by a co-conspirator who is charged in this case, that clearly passes the hurdle of *Ciminelli* and property interest that are being deprived of the victims.

And one last point on this: There is nothing about our victim-witness testimony in this case that we're walking away from. Mr. Rosen said that we're not going to put up witnesses who are going to say that they lost money. That is objectively not true. And it is objectively recorded in the 302s that have been produced eons ago.

And so to say that people aren't going to testify as to that exact point has no basis in the record. But that record is for trial and not for purposes of actually looking at the allegations of the indictment.

THE COURT: Mr. Armstrong, let's say hypothetically I agree with you on the robbing statement. Does that come into evidence? Obviously,

09:53:57 you think it does.

09:53:59 MR. ARMSTRONG: It comes in --

09:54:00 THE COURT: Under what theory?

09:54:03 MR. ARMSTRONG: It comes in under a number of theories.

09:54:05 Number one, it comes in as non-hearsay, under 801(d)(2)(e). As a statement of a co-conspirator, during and in furtherance of the conspiracy.

09:54:16 THE COURT: Tell me how it's in furtherance.

09:54:19 MR. ARMSTRONG: Because Mr. Knight is telling other people on the call, including Mr. Cooperman, what is the best way to profit from what we're doing. How can we all -- including Mr. Knight, how can we all make the most money from another co-defendants' tweets.

09:54:33 THE COURT: And his statement that we're robbing these people helps them do that?

09:54:38 MR. ARMSTRONG: It doesn't have to help them do that. A statement that in furtherance under 801(d)(2)(e) just has to update other co-conspirators as to the status of the plan. And it's not as idle chatter. It's literally saying here is what we're doing and here's how we can profit more from what

we're doing.

THE COURT: Okay. All right.

Anybody else want to weigh in?

MS. EPLEY: I don't know that I have -- I don't know that I have anything to add to that. But as the person who filed it -- or from Team Cooperman, I think the judge has hit the nail on the head in regards to furtherance of the conspiracy. It's nothing more than idle chatter and it's clear on the face.

If you listen to the six hours of Dan Knight talking that day, he is -- and I say -- I apologize to the Court, but he is farting, he is burping, he is making ridiculous analogies, he's a mess.

And at this point he's talking about himself and himself alone. He's not talking to anyone else who is listed in the conspiracy. The only person relevant to the indictment who is also present but not participating in that commentary is Tommy Cooperman, who says he disagrees with Dan Knight's assessment.

He's not inducing anyone to do anything. He's not moving a conspiracy forward in regards to anyone who matters. He's talking nonsense, as he often does.

And at most, in regards to his own intentions.

MR. ARMSTRONG: Your Honor, I mean, we can play the recording. We have the recording on the government exhibit list. He's telling someone else on the call just add zeros, add more money to your buys. At the same time he's --

THE COURT: Okay. Well, that part might -- that sounds like it might be in furtherance of a conspiracy, buy more stock, you know. But the we're robbing people, is that in furtherance of anything?

MR. ARMSTRONG: Of course. That explains why you should add zeros instead of just, you know, going out on a lark and doing something random. It's critical context to explain why and how you should profit the most from this conspiracy.

MS. EPLEY: I don't want to keep talking in a way that's going to change the Court's opinion, but I do want to draw kind of an analogy or corollary.

GTT stock was doing well. It's continuing to make money and the price is continuing to increase. By definition then, buying the stock at that time would lead to profitability for all players. And that's just a virtue of the buy/sell sides of a coin

in regards to trades.

It has absolutely nothing to do with any conspiracy as to false statements at all, which is the root of what is required by the government. They are not alleging that he said go tell people you're holding when you're not. He's saying go buy more stock because it's profitable.

MR. FORD: And, Your Honor, just to be clear, he's saying that to people who will not appear as part of this trial. They are not co-defendants. They will not be called as witnesses. It is a room full of people we will never hear from.

The only person present on the indictment, other than Dan Knight, is Tommy Cooperman, who unequivocally says he disagrees with Mr. Knight.

At a minimum, we're going to request a limiting instruction on this statement --

THE COURT: I think you already have in about ten different motions.

MR. FORD: And jokes aside, Your Honor, the issue is, it is so far from what is in these gentlemen's minds. They are trying to build their lives as influencers who pick great stocks. If they don't pick stocks that make money for people, they cannot be influencers.

09:58:24 That's our theory. They would not engage in acts or conduct that were harmful, period. But -- and to go back to the *Ciminelli* point, which drives this whole conversation, there is nothing in the indictment and there is nothing in this evidentiary record that shows anybody ever trying to obtain money or property.

What they are simply doing is coming up with the best way to be good at what they want to do, which is, in addition to already being successful stock traders, become influencers on the internet by picking the best stocks for the companies with the stocks that are most likely to go up.

The notion that Dan Knight's sentiment, again in his drunken and drug-induced statements, applies to these other individuals, it should never be heard by the jury. It should have never been alleged in the indictment. And it should not have appeared on the Daily Show or in the hundreds if not thousands of newspaper articles that have now ruined my client's reputation for the rest of his life.

That is the foundation of this. For the government to stand up and repeatedly say they were robbing, they were robbing, nobody was even there when the statement was said.

MR. ARMSTRONG: Your Honor, just to make sure that we're laser focused on what the requirements of the rule are. It's a statement by a co-conspirator. Mr. Knight is charged in the indictment. There's no requirement that it has to be directly to another defendant actually charged in the conspiracy.

But as it happens, we do have that because Mr. Cooperman was in this same chat. That's not the requirement. The requirement is it by a co-conspirator during. Of course it was. Was it in furtherance. Yes, it was.

So under those three requirements it fits all three. Thank you.

THE COURT: I'll give you a general denial.

MS. EPLEY: Thank you, Your Honor. We'll take it.

THE COURT: All right. Before we actually start talking about motions in limine, which is ultimately what we're going to address today, I've got a letter -- and I can't remember from which lawyer -- but basically said there were various motions that he thought were outstanding, including the one we just talked about.

I didn't remember these necessarily being still a problem, because I've gotten various letters where we've said we've worked this out. So let me -- they're primarily motions by the defense counsel.

Are there any motions that you think the Court needs to address from anyone?

MS. CORDOVA: Good morning, Your Honor, Laura Cordova on behalf of Mitchell Hennessey.

We do have a pending motion for -- to compel the production of drafts under *Jencks* Act. The government has refused categorically to provide any drafts. And we have requested that the Court conduct an in-camera review of drafts to identify those which are *Jencks*. It is often the case --

THE COURT: Drafts of?

MR. CORDOVA: I'm sorry. Of expert reports and agents' search warrant affidavits. Both of those, the expert will be testifying as well as the agent.

And it is often the case, based on my experience as a prosecutor and just working on cases for many, many years, that agents and expert reports produce drafts to the prosecutors who then review them and give comments back.

Those drafts would be *Jencks* material.

We've cited cases in our brief explaining that and supporting that proposition.

The government has categorically refused to produce any drafts whatsoever. And, therefore, we request that the Court, at the very least, conduct an in-camera review to identify those drafts which are *Jencks* material.

We also note, and it's become more apparent as this case has developed, that these drafts will likely constitute *Giglio* material as well, as they go to the credibility of expert, as well as the agent who will be testifying.

We have identified some very serious errors in these reports and affidavits. And, therefore, the process by which those documents were created is important and could go directly to the credibility of the witness who will be testifying.

THE COURT: Mr. Armstrong, you want to weigh in on this?

MR. ARMSTRONG: Sure, Your Honor. From my memory, it was a long time ago now, the witness's statement is their final statement under the law, especially and that's definitely the case for expert reports. The expert report is the witness's statement. And, of course, that's *Jencks* and of

10:03:48 course has to be turned over.

10:03:49 But the process of iterations is not the actual statement because it can change. And it's not final and it's not the witness's statement until the ink is actually dry.

10:04:01 And the same thing applies for affidavits as well. Of course, we turned over the affidavits from the testifying agent in this case because that's what the agent actually signed, and that he affirmed in that signed document that that document is his statement. What comes before is categorically not a *Jencks* statement.

10:04:21 THE COURT: What volume of material are we talking about?

10:04:24 MR. ARMSTRONG: For?

10:04:25 THE COURT: If I granted the motion.

10:04:29 MR. ARMSTRONG: Off the top of my head, I don't know, Your Honor. It's been a long time. There definitely were drafts, of course, but I'd have to go back and look. I don't know off the top of my head.

10:04:40 THE COURT: Okay. Any other motions that I need to look at before we move on to limines?

10:05:00 Okay.

10:05:19 (The Court speaks in sotto voce.)

10:05:55 THE COURT: All right. I want to start

with -- this is one of Mr. Rybarczyk's motions. 535 is the docket number. It's addressing Government's Exhibit Number 1.

And I don't know, Mr. Williams, you or Mr. Rosen?

MR. WILLIAMS: Yes, Your Honor.

Your Honor, I know that others have weighed in on this in related matters. So I'd welcome the co-defendants' lawyers to weigh in on this.

But primarily our objection to Government Exhibit Number 1 is under 401, 403, and then 1006.

First of all, it's not a proper summary chart. It's not relevant. And then any relevance it does have is exceeded by the undue prejudice that outweighs any probative value.

And when you look at Government Exhibit Number 1, it's a compilation of pictures from various defendants' social media, some of which are extremely offensive.

There are at least three with individuals giving the Hawaiian good luck sign, otherwise known as the bird or the middle finger, to the viewer. Those certainly, I think, are beyond the pale and don't have any place in this courtroom, because they're designed, like many of these pictures, solely to enflame the

jurors against the defendants and cause them to render a verdict on an improper basis.

Along those lines, we have ostentatious displays of wealth or fast cars, nice clothes, et cetera, which appeal to class prejudice and aren't relevant, because we know and there will be evidence that our clients profited from their stock trading.

There are other exhibits the government intends to proffer that say that. It's really not in dispute. So their success and their ability to buy luxury consumer goods does not help the jury decide any contested fact in the case.

It also is misleading because it presents this idea that the defendants hung out all the time in all of these places, on private jets. When, for example, with respect to Mr. Rybarczyk, those are the only pictures of him with any defendant anywhere.

And by describing this as a summary chart, it suggests improperly and inaccurately that there are a number of other photos that aren't in the chart of Mr. Rybarczyk physically hanging out with the other defendants in various places, whether Vegas, jets, pool sides, that sort of thing. And it's misleading on top of the other problems.

And again, as we've cited in the case law,

10:08:51 this appeals to a type of class prejudice or class warfare that, again, is incited. It's designed to incite -- to make the jurors mad at the defendants, to make them jealous and make them mad and make them look at that rather than use their reason, the other evidence and their commonsense to decide the verdict.

And so by showing them offensive pictures and pictures of them in, you know, contexts of lavish displays of wealth, it appeals to their emotions rather than their reason, which is what they have to use to determine the evidence and evaluate it in this case.

And the case law we've cited says: You can't -- you know, you can't use a summary chart to create a conspiracy where one doesn't otherwise exist. And so by juxtaposing these images of the defendants, some of which are inaccurate, misleading, and offensive, they're just trying to substitute that for other evidence.

And even if the government contends that's not accurate, then it's cumulative, because there are numerous other examples that the government intends to offer, including Discord chats. We've heard a discussion about the robbing idiots of their money and other examples of the defendants in communication with

one another and others, both inside and outside the indictment, that these photographs of them physically in places are cumulative and they're irrelevant. They're unnecessary and should also be excluded under 403 on that basis.

And so that's subject of our motion. And I invite co-defendants' lawyers to weigh in.

THE COURT: Anybody else want to address -- it's basically Government's 1?

MS. CORDOVA: Yes, Your Honor. On behalf of Mr. Hennessey, we also included this in our motion in limine. This Government Exhibit 1 is a montage of various posts, photographs of the defendants.

What it does is, it takes offensive photos, like Mr. Williams just identified with the middle finger up, using words like "the SEC finally got me," ostentatious cars, all this sort of thing.

And what it does is it sandwiches Mr. Hennessey in there, even though he didn't ever post or buy any fancy cars. He didn't say anything about the most wanted or SEC or anything like that. He never did anything like that.

But what they've done is they've tried to group him together with these inflammatory photos that really, as Mr. Williams said, don't go to prove

whether or not these guys committed the crime charged.

They just go to inflame the jury and confuse them and think, oh, these guys were all together. It serves no real purpose at trial. And we think it's extremely prejudicial as to Mr. Hennessey, for whom there is no such photo. They can't find anything like that for Mr. Hennessey. So they try to lump him in with everybody else.

THE COURT: So he's not photographed anywhere here?

MS. CORDOVA: He's in there, Your Honor. I can give you -- he's on page 8.

THE COURT: Okay. And who's he pictured there with?

MS. CORDOVA: On the left-hand side he's with Mr. Deel, Mr. Cooperman, and Mr. Hennessey giving the thumb up.

And then you have just his head shot in the middle.

And then there's a picture on the right, which is a whole group of people, including some of the defendants, but other people who are not defendants, never alleged to be co-conspirators. I think they're at a bar or somewhere. It's just a group photo.

THE COURT: Okay. Anyone else?

MS. CORDOVA: Your Honor, just real quick before we move on.

There is a -- at the end of that exhibit, there is a Pennies: Going in Raw, which is the name of Mr. Hennessey's podcast, PGIR, there is a screenshot for those.

Those were taken outside of the time frame of the indictment. So those are from December 2022. So we would object to those being included on that basis, because they're not from the time frame of the indictment.

We don't object to them on any other basis, just that they're outside the time frame.

THE COURT: Okay. Well, one of them is September 8, 2021. I can't see what page that is. 19.

MS. CORDOVA: Your Honor, I'm talking about page 14 through -- 14 through 16. The government produced this as an exhibit, a separate exhibit. And the Wayback Machine banner at the top shows that this was captured from December 2022.

And there are other captures during the time frame of the indictment of that website. And we would likely not object to those, but we would just

object to something that's outside the scope of the indictment.

THE COURT: For the government?

Wait, wait. Find a mic.

MR. FLEITES: Good morning, Your Honor. Carlos Fleites on behalf of Mr. Hrvatin.

Your Honor, as to Government Exhibit 1 as it pertains to Mr. Hrvatin, it contains three pictures. The one in the middle of Mr. Hrvatin, we have no issue with. It's a picture of him.

The other two pictures are him and Mr. Constantinescu taken on the same day. And there's two issues with them.

First and foremost, the nature of the picture, the one on the left and the caption that says "SEC's most wanted," which was posted to Mr. Constantinescu's -- I believe his Instagram account. Mr. Hrvatin had no knowledge or say in that. But it doesn't depict who posted it on either picture. And it's also a picture of Mr. Hrvatin flipping the camera the middle finger, not knowing what it was going to be used for, not knowing the caption, and not controlling it.

And all of that is very prejudicial to Mr. Hrvatin as he had no control of it and it paints a

picture that they hung out all the time. These are pictures from the same day, from the only time he was physically in contact or physically visited -- or they visited him, I should say, Mr. Constantinescu visited Mr. Hrvatin in Miami.

It seeks to show that they hung out all the time, everything. And that's not what the reality of it is, insofar as it seeks to be a summary. It does not do that.

MR. FORD: Just a couple quick things. If you look at page 1, bottom line, it says: Francis Sabo. Twitter handle, @RickyBobby. That's wrong. His Twitter handle is DiabloRicky. The government knows it. Later in our presentation today and the next few days you'll see why this is relevant, but they have put his wrong Twitter handle in. This is immensely problematic.

With regards to the SEC stuff --

THE COURT: Why don't you preview for me why the wrong Twitter handle is problematic.

MR. FORD: Well, because they submitted dozens of purported summaries, which we're going to discuss at length, where they list Francis Sabo and then under his Twitter handle it's blank to suggest he doesn't have a Twitter handle.

And then they put that he didn't tweet about the stock when, in fact, through the Wayback Machine, we were able to obtain his Diablo Ricky @DiabloRicky tweets. And his statements that were made during these relevant time periods about these stocks.

So it's part and parcel with what is either an unconscious accidental or intentional obfuscation of Mr. Sabo's Twitter name and Twitter activity. It is not @RickyBobby. He will testify to that. The Twitter handle was @DiabloRicky.

The more critical point that I feel compelled to address has to do with the SEC stuff. The pictures it shows of my client have headings on them mocking the SEC. Mr. Cooperman has one as well where they're pretending to be arrested.

The joke here within the financial community is that over the past few years the Securities and Exchange Commission has become an overly aggressive agency. And, in fact, they have taken on a role outside of their congressional authority, which is they cannot throw people in jail. They don't have criminal authority.

However, you know, that seems to be -- what they're doing, driving what they're calling

parallel investigations.

Now, my client, Mr. Constantinescu, was aware of this. It is a political belief he holds. And so that is one of the things he did on the internet in order to get his -- you know, to increase his influencer status, was joke about the SEC and mock the SEC.

I would not be surprised if it's part of the reason we're here today. But the fact is, the jury doesn't need to see it, because whether or not he was joking or believed that he was violating some SEC rule or regulation, which is what they're going to suggest, it has no relevance to whether a crime was committed.

So I think those exhibits, especially of Mr. Cooperman sitting in the dog cage saying the SEC got me, or my client on the beach in Mexico saying the SEC finally got me, the jury does not need to see them. They don't advance the case and they don't make a fact more or less likely in this case.

As a general proposition, we agree with Mr. Rybarczyk, these are not 1006 summaries. What it is is a demonstrative and it's a misleading demonstrative. So we would seek to have it excluded on those grounds.

MS. EPLEY: On behalf of Mr. Cooperman, Your Honor, we adopt the objections made by co-counsel in regards to this --

THE COURT: Wait. Let me stop you right there.

MS. EPLEY: Yes.

THE COURT: We don't need to do this. If you've got something different to add --

MS. EPLEY: Well, in that case, Your Honor, I was just going to direct --

THE COURT: We're going to be here till 5:00 in the morning and then start again at 9:00 if we do this.

MS. EPLEY: Yes, Your Honor. Of course.

Then I would tell you it's page 12 on Exhibit 1, the third picture, it's on the right. And in addition to the other items, it's a picture taken June 27th of '22, so also outside of the conspiracy window and should be excluded for that reason as well.

THE COURT: Mr. Armstrong?

MR. ARMSTRONG: Judge, to now argue that defendant's own statement is unduly prejudicial to them when 99.999 percent of the content in Government's Exhibit 1 is their own posts and their own statements on social media is a little bit

10:20:00 farfetched.

10:20:02 These are literally their own statements. 10:20:04 And part of the scheme that they put forward was that 10:20:08 they vigorously contested and defended to the outside 10:20:13 world that they're not doing what they actually were, 10:20:16 in fact, doing.

10:20:17 And part of that is to mock the SEC and 10:20:19 say, ha, ha, the SEC is going to get me, but they're 10:20:23 not actually going to get me because I'm not doing 10:20:25 anything wrong; which, we're going to prove is 10:20:28 demonstratively not the case.

10:20:30 So these SEC references are important and 10:20:33 it's important because they were essentially rubbing 10:20:35 the regulator's nose in it and saying you guys aren't 10:20:40 going to catch us. Or if you are going to catch us, 10:20:43 nothing will stick because we're not doing anything 10:20:45 wrong. That is the image that they presented to their 10:20:48 followers. That is the image that they presented on 10:20:50 social media.

10:20:51 As far as the wealth aspect of it, zero 10:20:57 part of our presentation is going to be, jury, convict 10:21:00 these people because they're wealthy. That's not 10:21:03 going to be part of it. They know that. Your Honor 10:21:06 knows that. We're not going to be doing that.

10:21:07 What we are going to be presenting is that

the defendants held out their success and they held out how they were able to enjoy the fruits of their supposed success in order to pull in more followers and have more followers start following them, have more followers buying the stocks that they recommended. So that was a critical part of the scheme.

And that is what we're going to have testimony to, both from co-conspirators but also victim witnesses.

THE COURT: All right. To the extent -- I guess this is an objection and we're really talking a motion in limine here, I'm granting the motion in limine with respect to the pictures referencing the SEC and with respect to the pictures where someone is flashing a less than savory middle finger.

But the rest of the objection I'm overruling.

MS. CORDOVA: Your Honor, may I just note, on page 12 there's a tweet from Mr. Constantinescu that includes a picture of Mr. Hennessey. And Mr. Constantinescu wrote: Two of America's most wanted on there. I think he was joking, like we're good-looking guys --

THE COURT: I'm including that one with

the SEC.

MS. CORDOVA: Okay. That one's out. Thank you.

MR. FORD: By the way, Your Honor, that's a lyric from a rap song. It's Snoop Dogg and he says I "do it all legal," so...

THE COURT: Well, you'll have to keep me up-to-date on those lyrics. My musical knowledge went out in 1980.

MR. WILLIAMS: On that note, Your Honor, do you think you would consider starting late the Monday after the Rolling Stones concert?

THE COURT: I've actually seen the Rolling Stones. So I know who they are.

MR. WILLIAMS: Just forewarning.

THE COURT: I live in constant amazement that they're still alive. Or most of them are.

All right. 536 is also about Mr. Rybarczyk's motion in limine to exclude hearsay statements about him contained in government's exhibits.

Primarily, there is a video that's at issue here. And I think that's also raised in other people's motions.

MR. ARMSTRONG: I'm sorry, Your Honor,

what number?

THE COURT: It's 536 docket number.

MR. ROSEN: Judge, we have a binder of the exhibits that we were challenging. Do you want us to bring this up to you? They're in chronological order to go through if that would help make things easier.

THE COURT: It might. I mean, I have your motion here.

MR. ROSEN: There are a few more that we'd like to --

THE COURT: Okay. Why don't you hand me the binder then?

MR. ROSEN: These pertain to a number of the defendants. I'm going to speak solely for my client, Mr. Rybarczyk. But, effectively, we've reviewed the exhibits.

The government's attempting to prove its case against my client primarily by relying on out-of-court statements by other individuals for the truth of the matter asserted and which lack nearly any indicia of reliability or usefulness to the jury.

The government's use of hearsay should be rejected in this case, as the statements both don't fall under any exception to the hearsay rule. They promote generally co-conspirator statements. They

don't show the existence of any conspiracy between these people; largely, whom my client has not met or met only, you know, very briefly. And they're certainly not made in furtherance of any conspiracy.

Really, the only sort of ways to sort of do this is to go through sort of each one sort of separately, unfortunately. And I know there is a number of them. But I'm happy to sort of start in --

There's really two issues: One are the video statements where they're talking about various things primarily related to a stock, GTT, which is in the indictment.

And then a number of different text message chains between various alleged co-conspirators and non-co-conspirators that really demonstrate what we believe to be -- we obviously deny that there's any conspiracy at all, but to the extent that there even is proven by any type of preponderance of the evidence here, that it's multiple and -- multiple conspiracies where people are simply pairing off into small groups of traders discussing their sort of next move, and certainly not in furtherance of any conspiracy which, A, doesn't exist, but, B, which my client is a member of.

To be clear, my client was part of

Sapphire Trading and not during the conspiracy Atlas Trading. So we already have a very different ball game.

But if you look at the transcript, for example, the first page, 7(h), which is a transcript of allegedly -- and I think it says Male One, I think that's Mr. Cooperman, although the government can correct me if I'm wrong. We were sort of going by the voices on the video, but it's allegedly my client texting Mr. Cooperman: GTT bottom chart.

THE COURT: So your client is Male One?

MR. ROSEN: No, my client is not in any of these. He is an amorphous individual that was allegedly texting someone saying: GTT bottom chart.

And GTT is one of the more interesting stocks in this case because it was a subject of major change at the time of these trades; meaning, that there was a major player in the market who later filed forms reporting this, selling approximately 4 million shares over the course of three or four days. It was some type of fund, whether a mutual fund or hedge fund or something, and they filed the required report after the sales. So there was huge volatility in this market.

And as a result of that, things were

changing immediately. What we have here is the government trying to concoct some type of co-conspirator statement. But the fact is, even if true, that Mr. Rybarczyk was texting GTT bottom chart, he then tweeted that same thing out just, you know, a minute or two after this. So he's texting people and tweeting this same thing.

The core of the government's case is that my client was lying in his tweets. So they'd have to believe, in order to establish any type of co-conspirator statement, that he was also lying to his co-conspirators. But he wasn't.

GTT had plummeted from 60 to 2. If that's not a -- we put the stock chart in our reply brief. And if that's not a bottom chart, I don't know what is.

So to the extent this thing is anything, it's my client allegedly texting him a true statement about a stock that he was tweeting about at that time. There's nothing in furtherance of anything, despite the government's attempt to concoct reasons for linking it to -- to -- you know, any type of fraud. It's not just -- it doesn't -- it's not just the fact that these people are chattering. It's the fact that it has to be in furtherance of a criminal conspiracy.

And that's where we're completely wrong.

7(i) is virtually the same thing. When they're talking about -- when we lay -- the timeline here is so critical that the government fails to acknowledge, we lay this out in our reply brief. And it was unfortunately hard to do it in less pages than we took up.

But what was going on there is that when Mr. Rybarczyk tweeted, the stock was virtually at its bottom. However, as I was saying, because of the volatility in the market, by the time -- and Mr. Cooperman sort of laughing about this, the stock is like rapidly increasing in price, huge green candles, people are buying it. That's not a pump and dump. That's what was going on in the market. And he's laughing, he's making a joke. It's evident in the video.

That's not -- I just don't understand how this could be conceived of in furtherance of anything. Because it's not a lie. He's joking around about this stock that is about to skyrocket, has been skyrocketing through nothing anyone is doing to it, other than other forces in the market, which is, again, why, you know, this case is very, very different from the standard pump and dump.

7(j), and I think also this is Mr. Cooperman. I apologize the names that -- are there. But there's also a female who is not alleged to be a co-conspirator.

So her statements cannot come in.

THE COURT: Who is Ultra?

MR. ROSEN: Ultra is the screen name for my client, Mr. Rybarczyk.

So he is not, though -- and the transcript is a little bit rough. This guy, Willy Meat Sauce, is a -- not alleged to be a conspirator. Obviously, a colorful name. But he says that, you know, this Cooperman I think -- Knight, I think they're talking. You know, Willy Meat Sauce is just getting a lot of plays from Ultra too. Him and this guy MyZell are getting a lot of gains during the day.

Again, there's nothing criminal about my client, to the extent it's true, which I don't know if it is or isn't. There's no indicia of any type of reliability. It's overtly prejudice.

But everybody uses the word "plays." It comes out on Twitter. It's public. A play is simply a stock that they're talking about on Twitter. There is nothing elicit about a play or anything like that. It doesn't say him and Willy Meat Sauce have conspired

or are doing anything illegal.

It's two people talking about a past narrative of what they think, with no evidence, my client may or may not have done. And that's critical. Because beyond even the co-conspirator exception is, is there any indicia of reliability to these statements? And these guys have no idea what my client is doing and they make that clear in this text message exchange.

7(m), 7(n), and 7(o) and -- do not explicitly talk about my client. However, they are statements regarding GTT. And, obviously, my client is charged in those statements. They're singing about GTT and things like that. Knight, at the bottom of 7(n), that transcript, he's saying: I am making it look natural, you know, shares going in, shares going out.

Again, my client had no idea what Knight was doing. He wasn't texting with Knight about anything. He wasn't part of what Knight is doing. He certainly texted -- he tweeted about GTT truthfully. And the government has not alleged otherwise, other than this amorphous failed to disclose his intent to sell, which is odd because he's a day trader.

But it's also overtly prejudice to have

someone who has come in, not part of a conspiracy, pled guilty, testifying by his own statements, and trying to link those back to a charged person who has never spoken or dealt with him. It's extremely problematic to the extent he needs a limiting instruction or just should be excised from this case entirely. Obviously, we leave that up to Your Honor. But nothing here is based on any truth as to what my client is doing.

And that's the problem. It's all sort of reflecting on that in these next couple things. We've already talked about the robbing idiots of their money. And all of this is sort of part of this GTT -- part of these GTT conversations that are extraordinarily prejudicial.

There is one more video. It's 7(r). It's the last page. That explicitly uses the name Ultra. And I think that's Mr. Cooperman. He says on that page: We got to remember what these Ultra ones they all do the same thing. They like spikes come down for a second, then the scalpers get out, Gary gets out and then it goes bookoo, is the word that he uses, sort of loosely translated there. So -- and then he talks about people alerting it after my client tweets about it.

Again, this is a narrative of past -- alleged past -- you know, what happened in the past. It serves nothing in furtherance of any conspiracy. They're trying to elicit some type of confession from my client through Mr. Cooperman.

They talk about scalpers getting out. Those are legal scalpers, people who take short -- very short term gains constantly throughout the day. There's nothing illegal about that.

They talk about things going bookoo. I have no idea what bookoo means. Neither will the jury.

And then they talk about minions retweeting it. This is all speculation. And that's the problem here. It's speculation about past acts that serve no basis other than to unfairly unduly prejudice my client for really no reason. He's not part of this. And he shouldn't be subject to any of this.

There is, you know, as we start getting into the text messages and, you know -- I can go through, you know, one by one, but they're sort of mostly similar.

THE COURT: Let me stop you here. Because if this is just objections to exhibits, I just want to

do that later when we're talking about exhibits.

But I will have to tell you, when we get to that point, I mean, I'm going to need context. I mean, transcripts and -- from you and the government. You know, having me read something that says Male One, Male Two, Female One, I mean, you know, it could be people totally unrelated to the case. It could be three of the alleged co-conspirators.

Well, not three, because I don't think we have any female co-conspirators alleged, but unless -- is Francis a co-conspirator male or female?

MR. ROSEN: I think that is male.

THE COURT: Okay. Let me come back to these.

MR. ROSEN: Okay.

THE COURT: Because it just makes more sense to do them when we're doing exhibits.

MR. ROSEN: Can I leave the binder up with you?

THE COURT: Yes, please.

Let me shift gears and go to the government's motion in limine. I think we can move faster doing it that way.

Because I see in a lot of ways these are really more classical motions in limine, as opposed to

objections to certain exhibits.

So I'm looking at Document 538. The first one I see is the government -- the Court should preclude evidence and argument aimed at jury nullification, which in general I would grant, except how do I enforce that? And what constitutes jury nullification without having seen it or heard it?

Who wants to address that for the government?

MR. LIOLOS: John Liolos.

THE COURT: In theory, you're right.

MR. LIOLOS: But I think you get the thrust of the point. A lot of our motions in limine are to lay out sort of general principles that can then be applied throughout this case. And a perfect application of this one are photographs that a lot of the defendants have offered as exhibits.

For example, I believe it's Mr. Cooperman's first exhibit is a montage of photographs of -- I think it's his fiancée, pregnant, a sonogram picture. There's all sorts of family photographs of the different defendants that have no relevance to this case that are trying to interject consequences of conviction. Those types of jury nullification arguments.

Another manifestation of jury nullification argument is the repeated effort to bring in the First Amendment, which they said in their response. First Amendment has no application to this case. Either the factual questions the jury has to decide is whether defendants did the things alleged and met the elements of the crime. If it's fraud, First Amendment doesn't shield it. If it's not fraud, you're free to go. There should be no mention of the First Amendment before the jury.

THE COURT: I'm not going to grant this. But I -- obviously, if something comes up during trial that you think constitutes jury nullification, I'll listen to any kind of objection to it. I mean, but -- you know, somebody's going to have to convince me that a picture of his pregnant girlfriend is somehow relevant.

MR. ARMSTRONG: I think the only marker that we would just want the Court to be aware of is opening statements. You know, if something gets flashed up like that during opening, the cat is kind of out of the bag.

And so to the extent that they plan to introduce pictures like that, or show pictures like that during opening, some guidelines --

THE COURT: No, I'm aware of that. And I know that's one of the reasons they were worried about your montage too.

MR. ARMSTRONG: We're not going to use the montage in opening.

THE COURT: Okay. All right.

The next, evidence of good conduct, including stock trades. What exactly are we trying to get to there?

MR. ARMSTRONG: So as Your Honor knows, we've excised a lot of the trading episodes in this case. And what we are ironically now facing is that after we've done that, the defendants want to dump in reams of other trades that are not at issue that we are not going to be contesting at trial have false and misleading statements in them.

And so, at least from our perspective, the purpose of that kind of evidence is to show that they weren't committing fraud, right. And it's to show, hey, I didn't do this or that on this other occasion, therefore, I didn't commit fraud as to the charged conduct.

And that's impermissible under Rule 405. 405 says that you can only prove character, you can only prove the lack of intent through reputation or

opinion. You cannot prove other specific acts to show that you didn't commit the crimes charged.

And the *Marrero* case that we cite on this point from the Fifth Circuit is directly on point. It comes up a lot of times in the healthcare fraud context, where you try to prove, hey, I didn't commit fraud on these other claims; therefore, the things I am charged are not fraudulent as well.

THE COURT: Okay. I'm going to grant that generally, but with this caveat. Obviously, the defendants can -- I expect to hear and I think it's -- you know, that we're stock traders, we win some, we lose some. You know, we've lost money doing this trade. We made money doing this one.

I mean, I think generally, you know, they can -- when it's their turn, they can talk about -- assuming they testify -- what they, you know -- what their business is. I'm not excluding background as to their business and what they do.

So having said that, I agree with the concept that you -- just because you're a Boy Scout on one occasion doesn't mean you're not nefarious on another.

Okay. In the same -- I'm going to grant the irrelevant character evidence also for the same

reason.

The next one would be attempts to blame witnesses for defendants' fraud. And I guess help me with what you mean there, because I --

MR. ARMSTRONG: Sure. So the defendants, as we've charged in the indictment and as we're going to prove at trial, dumped reams and reams and reams of false statements into the market. They dumped reams and reams of false statements in front of their followers for the precise purpose of having their followers buy the stock, so the price would go up at an artifical level and then sell.

And so a lot of times what happens in these, no bones about it, these pump-and-dump-type behavior in these schemes, is that after the defendants moved on, after they sold their shares, after they stopped posting about the stock, the stock craters. It just drops off the face of the Earth.

And a lot of times their followers would complain and they would kind of attack them and say you guys are just pump and dumpers. You guys are just coordinating behind the scenes, which, of course, they were, and you guys are just coordinating your tweets so that you guys can then sell your shares, which of course they were.

And so what the defendants did a lot of times in response is that they would then say, oh, well, you guys take profits, all you followers, you guys should be taking profits. You guys should be trading your own plan. You guys should be watching out for your own behinds and taking responsibility for your own trades.

And that is the classic victim blaming, because it does nothing to negate the false statements that they put into the market with the express intent to falsely induce other people to buy.

And the Fifth Circuit pattern has a precise sentence or two under wire fraud on this exact point about how the victims' negligence, or what have you, is not relevant to actually proving the falsity.

And so that's what they're going to try to do. It's all over their exhibit lists. Time and time again they're claiming in a self-serving manner, hey, if you guys lost money, that's your own fault, because you didn't take profits, even though I knew you were buying this stock at a high level because of my tweet.

THE COURT: Well, aren't you going to -- I mean, as a general proposition, I understand the blaming the victim is not generally admissible, but if you guys are going to say -- "you guys" being the

government -- these people bought because of the representations of the defendants, and I don't know what the facts are, you guys know what the facts are.

I mean, did defendants ever recommend they sell it and somebody kept it? I mean, that seemingly would be their fault.

MR. ARMSTRONG: So a lot of times what happened, Your Honor, is the defendants would say, I'm swinging a stock. "Swinging" means I'm in it for any indeterminate amount of time, but a long period of time. And oftentimes when they say I'm swinging a stock, they would anchor that statement to news or some kind of information that was weeks down the line.

THE COURT: Right.

MR. ARMSTRONG: Or I'm swinging for this price target. I'm going to hold it to that price target. And a lot of times, what would happen is that they would sell seconds or a minute after a message like that.

And so, to Your Honor's point, they were inducing people to buy and hold for a long period of time, saying, hey, this is what I'm doing, I'm a successful trader, you guys should all, you know, take notice.

And so they are fraudulently inducing

people to buy and hold for a long time when they're selling for a short period of time. And then when the price craters, they're saying, oh, well, I told you guys you should, you know, follow your own plan or you guys should have taken profits, or something like that, which is blaming the victim for following their bad advice.

MS. EPLEY: Your Honor, I thought if I let Mr. Armstrong go long enough, he might help me make my point and he has.

The examples he gave you at the start about take profits and trade your own plan are predicated predominantly in Tommy Cooperman's exhibits.

But by the conclusion, what Mr. Armstrong used as a reference point was, and, therefore, they used this to induce people to hold it a long time, which is objectively false.

Tommy Cooperman's entire trading strategy is to hold it for mere minutes, multiple times a day. He himself takes small, marginal, low-percentage profits routinely, and tells everyone who follows him multiple times a day, for months, if not years, to take profits, that 5 percent is more than enough. If you're green, don't let a winner become a loser. That

there's no reason to stay in these stocks long term. Over and over and over.

And so if the government is going to say him not telling people that he sold is somehow relevant, so is the rest of this. I mean, in addition to multiple other reasons it's relevant.

MR. ARMSTRONG: Your Honor, that's not what the evidence is going to be.

THE COURT: Well, I mean, you're asking me to prejudge evidence I haven't heard. And there's no way I can do that.

MS. EPLEY: Yes.

THE COURT: I'm not going to grant this because I don't know the context that the evidence is going to come out. But it's not -- I mean, I would assume, if you're one of the victims and you bought because they said, well, I'm holding it until they said to sell it and they never said to sell it. You know, there could be a lot of responses to that.

So I'm not granting this as a motion in limine, but I'm not saying I won't sustain an objection when it comes up.

MR. ARMSTRONG: Thank you, Judge.

MR. REYES: Your Honor, if I may approach for a second.

This is Luis Reyes for PJ Matlock.

I just wanted to add some context to this in case it comes up again, Your Honor. I think it's a little bit of a misnomer to say what they're trying to do is limit blaming the victims. What they're really trying to do, Your Honor, is limit contemporaneous, exculpatory evidence in a different sequence.

It's information that the defendants disclosed before the victims ever took part in Atlas site. It's information that was in the rules. Do not take our posts as signals to buy. Things like that. And I believe what they're saying at one point was that these aren't relevant.

But, of course, Your Honor, it goes to the very heart of the matter of this case, which is the posts that our defendants made and the effects they had on listeners. It's not hearsay either, Your Honor, because, first of all, they're imperative statements. They're not declarative statements. They're orders; do not do this, do not do that.

To the extent that we say we're not financial advisors, well, those aren't offered for a hearsay purpose. They're not offered for the fact of the matter asserted. They're actually offered for the fact that they were asserted. And they're not

claiming an authenticity objection.

So to the extent that this comes up, again, Your Honor, I just wanted to put some context that the universe and the mix of information that is out there for the public to hear and see that was given by the defendants is definitely relevant and should be included.

And the last thing I'll say, Your Honor, is they're trying to say, hey, our guys were saying don't jump in the deep end. But they were also saying -- excuse me.

They're trying to say our guys come jump in the deep end of the pool, but were also saying, don't jump into the deep end of the pool. They can't have one and not the other.

And with that, Your Honor, I just wanted to provide that context.

THE COURT: All right. Next one is the FINRA reports. And I'm going to skip those and come back to those when we talk about the actual documents.

Number 6 for the government is attempts to introduce inadmissible hearsay. I will grant that.

The Court should -- the next one, 7, is the Court should preclude hearsay attempting to disclaim liability for fraud.

10:53:16 I mean, are we talking the disclaimers
10:53:19 that we've already seen in court?

10:53:21 MR. ARMSTRONG: That's definitely a type
10:53:24 of statement that we're talking about. The other
10:53:28 disclaimers are disclaimers that are supposedly at
10:53:32 some point in time on, like, the Twitter handles as
10:53:36 well. Saying like, these are my opinions, things like
10:53:38 that.

10:53:40 I think that we laid out in our motion
10:53:42 that these types of disclaimers are not admissible and
10:53:45 they're not relevant, because reliance is not an
10:53:50 element of the offense in this case. And so I think
10:53:55 we'll rest on our papers on that one.

10:53:56 THE COURT: Why wouldn't it go to
10:53:58 materiality?

10:53:59 MR. ARMSTRONG: Because --

10:54:00 THE COURT: If I'm saying don't rely on
10:54:02 what I'm saying, isn't the definition of materiality
10:54:06 something that you would make a decision based upon?

10:54:08 MR. ARMSTRONG: So, Your Honor, on that
10:54:09 one, I'm going to punt to Mr. Liolos, who is our
10:54:12 materiality expert.

10:54:14 MR. LIOLOS: Expert's generous.

10:54:17 But the materiality question is -- looks
10:54:22 at the intrinsic qualities of the statement. And it

doesn't look at the surrounding context. The Fifth Circuit is pretty clear on this in an *Evans* case. Give me a moment.

The Court's indulgence.

So in *United States versus Evans*, the Fifth Circuit in 2018 explained how the test focuses on the intrinsic qualities of the statement itself and transcends the immediate circumstances in which it's offered.

And the Court goes on to describe an example of a crazed man demanding to see a patient being kept under guard by federal agents makes a materially false statement when he tells the agents that he's the patient's lawyer.

So even the circumstances -- even though the circumstances dispel any chance the agents might buy the lie, the representation that one is a lawyer is the type that would naturally tend to influence -- or is capable of influencing the decision-maker.

So in looking at the materiality of a specific statement, you look to the intrinsic qualities of the statement. For example, in a price target example, if a stock is trading at $2 and a defendant says, hey, this is going to 50, divorced of all context, that statement itself is something that

could influence someone who's interested in trading the stock.

THE COURT: Okay. But let's say that statement is right under a posting that says, you know, use your own judgment, don't buy what I buy. Why wouldn't that be a fact issue for the jury then?

MR. LIOLOS: So under the *Evans* --

THE COURT: So it's a representation or promise is material if it has a natural tendency to influence, that may have a natural tendency to influence. If somebody said I'm giving you my opinion, but I wouldn't rely on it if I were you.

MR. LIOLOS: I think the *Evans* example hits that square on the head when it points out that a crazed man saying I'm a lawyer, let me see the patient, it doesn't matter that he's crazed and that most people would see that. It just matters that I'm a lawyer, let me see the patient.

Another angle on this is that these disclaimers don't actually disclaim the falsity of the statements that we're talking about, right? These general statements trying to disclaim a general fraud saying, oh, don't jump in the deep end of the pool, but they're in the deep end of the pool and the water's warm and it's great, I just didn't tell you

there's sharks under here. It doesn't talk about the specific statement.

THE COURT: Yeah, I'm not granting that. I think it's a fact issue for the jury.

I mean, I don't see how you can say, I can only present one side of the facts and not the other and then say it's a jury issue. It's -- the jury gets to hear it. These disclaimers, if they believe them, in the context that you just said, I mean, I'm sure your witnesses are going to say, hey, you know, yeah, they had this disclaimer but they also said X, Y, and Z.

Yeah. I'm not ruling as a matter of law that disclaimer gets the defendants off, but I am saying it's a fact issue for the jury.

MR. LIOLOS: What about the notion that it's hearsay that goes to the veracity --

THE COURT: Well, they've got to prove it up. I mean, I'm not saying -- this is a motion in limine, though, you're saying they can't bring it up. I'm saying, if they can prove it, then that's a different story.

MR. LIOLOS: So just, for clarity, I mean, there needs to be some foundation that it's not hearsay and establish that?

THE COURT: Yeah.

MR. LIOLOS: Okay.

THE COURT: I'm not admitting it. I'm just saying that I'm not granting the motion in limine.

MR. LIOLOS: Understood. Thank you.

MR. FORD: Your Honor, if I may quickly on this. I need to clarify something for my client's perspective.

The disclaimer language would -- my client would do on Twitter, I will just tell you, he was a highly successful trader. We'll see evidence of him making millions and millions of dollars trading stocks like Tesla, American Airlines, Carnival Cruise Line, at a time when he didn't have very many followers.

He uses his success to then build up his sort of social media influencer status. That's the sequence of events. It's undeniable. When he's doing that, he seeks to give sort of advice and then also warnings about what he's doing.

It goes to his intent. So, for example, when my client repeatedly posts on his Twitter page, I don't post exits or I don't post sales of my stocks, it goes to his intent as to whether or not he was seeking to deceive them at all in the first instance.

10:58:51 I just want to clarify -- and I appreciate Your Honor's ruling on materiality. But when we introduce these sort of rules of the road and warnings that he puts, hey, if you want to, you know, see how I'm doing what I'm doing, we're going to also be using it for the intent element.

THE COURT: Okay.

MR. ARMSTRONG: So, Your Honor, I mean, rabbit holes just keep popping up everywhere. And that's a good examples. Like a lot of those examples that he just referenced are self-serving hearsay to prove intent.

THE COURT: Well, first of all, let's take out the hearsay part. I'm not ruling on admissibility. If it's hearsay, they're not going to get it in, unless they have a way to prove it up.

And, you know, they're going to have to -- if it's a dis -- somebody is going to have to prove up it's on his website or someone is going to have to prove up I do this every time. I mean, I don't know. You're asking me to prejudge evidence I haven't seen.

But if it is what he just represented it was, that may go to intent. It may show his intent that, hey, I wasn't trying to rip these people off.

You know, we just talked about intent to

deprive people of money or property. I mean, if he's saying, I told you to buy it, but I never post my sales, you know, that's a pretty good warning that you've got to figure out when to sell it yourself on one hand.

On the other hand, if you've got evidence that says buy it, and oh, by the way, I'm holding this for next four months and he sells it before the computer keyboard even gets cold, that's pretty good evidence that he did intend to sell.

MR. ARMSTRONG: Thank you, Judge.

THE COURT: The Court should preclude evidence and the argument about the success or lack thereof of the fraudulent scheme because success of the scheme is not required.

I'm having problems with this one. I mean, it's the government's position that these guys had all these followers because they were so successful and kept putting on -- in fact Government's Exhibit Number 1 has pictures of how successful they are. And if you did -- if I grant this, I'm precluding Government's Exhibit 1.

MR. LIOLOS: Judge, the thrust of this is essentially that it goes hand in hand with the concept of other specific trades or saying, hey, I lost money

in some other instances so, you know, we couldn't have had a scheme here.

The focus should be on the scheme itself. And this is just to put guardrails on a bunch of other concepts coming in trying to distort the focus on what is and isn't being alleged here. And it's that they sought in the specific instances to conduct a fraudulent scheme.

So the focus on them, you know, losing money in other instances and saying, hey, you know, I couldn't have been conducting the scheme in the instances that are alleged because I lost money on other stocks, it's just not relevant to what we're talking about.

Now, granted, within those instances, right, whether they made or lost money goes to motive. So that should come in. But the concept here is just to put the focus on, A, the scheme itself to which liability attaches, not its outcome; and, B --

THE COURT: I think we're going to have to go witness by witness -- I mean, exhibit by exhibit.

MR. LIOLOS: Agreed. I think this is an example of just sort of laying out the principles of the fraud law and then it can be applied as we go. Thank you, Judge.

THE COURT: All right. The next one is the Court should preclude irrelevant evidence. I grant that.

Okay. The SEC's report, we're going to take that up when we take up the FINRA exhibits and the SEC's.

MR. FORD: Your Honor, on that one, I don't know if other people are planning on introducing it. We are not planning on talking about it at trial.

THE COURT: Okay. Well, when we get to that, let's --

Okay. The next one I think is -- we do need to address. The Court should preclude evidence and arguments that defendants hoped their followers would make money on the stocks.

I mean, I'm sure they're going to -- we're going to have testimony that says that. Why would I preclude that?

MR. LIOLOS: So the thrust of this, Judge, is it's similar to sort of disclaiming away the specific content, right. The fraud cases show that you can't say I'm going to commit this fraud, I want the money from it, oh, but I hope it works out down the road for you. Or I hope you recoup your gains down the line, even though in this specific instance

right now I'm telling you something false and misleading to get the money and hit the road.

But general hopes, wishes, oh, you know, down the road, a few months later maybe it'll come back --

THE COURT: Isn't one of the things we just talked about is you're going to have to prove their intent to take money or property?

MR. LIOLOS: Indeed. And if it goes to that specific statement --

THE COURT: But you're saying they can't say, you know -- Mr. Constantinescu can't take the stand and they say, did you intend to take money or property, he can't say no?

MR. LIOLOS: I think, again, this is a difficult one when it's divorced from the context, right.

But you can't say I'm going to say something -- I'm going to hold this stock until it hits 50, ten seconds later I'm selling at $3. Oh, by the way, a week later, I hope you guys made money on that. It doesn't disclaim away the material falsity of the statement at issue.

THE COURT: Okay. I'm going to overrule that.

MR. LIOLOS: Thank you, Judge.

THE COURT: Number 12, the Court should preclude evidence and argument about prosecutorial discretions decisions. I mean, I'm going to grant that in its motion in limine form. Which, of course, means if you want to bring it up, you're going to have to approach the bench. But individual decisions on questioning the prosecutors' decisions, I'm granting that as a limine motion.

Okay. Here's -- I'm a little worried about the breadth of this one. 13 is preclude all evidence and argument about the conduct/misconduct of other uncharged individuals.

And we just a minute ago went through a series of text messages that I assume are government's exhibit that talk about other individuals. I mean, we have unknown females and unknown males.

So if I grant this, that would rule out your exhibit.

MR. FORD: Your Honor, we're seeking to exclude all of their documents. I think everybody on this side, where they bring in people who we don't know who they are. So to the extent you're inclined to grant this motion in limine, it would be the only time we're in 100 percent agreement.

MR. ARMSTRONG: Your Honor, I think that -- the example that you gave is not the gist of what we're getting at here.

The gist of what we're getting at here is just argument that there are other people out there that haven't been charged. And, therefore, those people are more righteous targets and, therefore, you should find our defendants not guilty. That's the gist of the kind of argument that we're seeking to preclude as far as a guardrail that Your Honor --

THE COURT: All right. That argument I will grant as a motion in limine.

Next one is the Court should preclude evidence and argument about the novelty of the charges.

Are we expecting any of that? Okay. I'm going to grant that.

MR. ROSEN: Your Honor, if I may be heard for a second on that. It's not the thrust of any main argument or anything like that. But they are presenting a witness, Peter Melley from FINRA, who will be testifying purportedly as an expert in what a pump and dump scheme is.

We're obviously moving to preclude that. We'll address that later when Your Honor wants us to.

But we do think, to the extent that he gets that in, we should be allowed to question him on cross about the novelty of these particular charges not being a traditional pump and dump, as we've sort of echoed throughout the case. That's the only --

THE COURT: "Novelty" being that it traditionally involves corporate insider people type?

MR. ROSEN: Corporate insiders, people who disguise their ownership or control, people working together, match trading, wash trading, all the indicia -- he is planning to testify, apparently, about indicia of a pump and dump.

So we should be able to cross-examine him and say match trading was not present here, wash trading was --

MR. FORD: People who state things false about the companies and stocks themselves, as opposed to the allegation that they're omitting their sales which is something that they're omitting their sales, which is talking about the individual defendants' conduct. Traditionally -- I'm unaware of --

THE COURT: Well, I'll allow cross-examination on that. Assuming he testifies on direct, which you said he's going to do.

All right. The Court should not -- should

preclude evidence and argument about United States decision not to call a particular witness. I'm granting that.

The Court should preclude defendants from cross-examining cooperating witness as to the specific of potential sentencing guidelines under the guideline system.

MR. ARMSTRONG: Your Honor, I apologize. I believe you might have skipped 15, pretrial discovery.

THE COURT: Oh, I did.

The jury should not hear evidence and argument about pretrial discovery. I agree with that. I'm granting that.

MR. FORD: May I weigh in on number 16?

So this is -- you just said you would grant -- you were inclined to grant or did grant the motion to preclude evidence about the United States' decision not to call a particular witness.

This will become more apparent during the course of the trial, but the fact that there's going to be individuals whose names are all over their exhibits and then all over these companies and stocks that are not being called is going to be relevant to our defense to the extent they're permitted to make

causation, artificially inflated pump and dump-type arguments.

So I don't know if that's going to admitted, as they appear to have abandoned it.

But if this becomes a trial where there is an allegation, for example, that the price of a stock was artificially inflated by these individuals, we would need to reserve the right to point out the fact that we have identified actual insiders who were responsible for the stock going up and down and that the government never even bothered to speak to them, let alone to call them as witnesses.

So in that context, it would come up. We plan on arguing that they should -- since they've abandoned the causation piece of this, that they should not be allowed to talk about artificially inflating or pumping and dumping stocks. But if that gets in, we would like to reserve the right to make those arguments.

MR. ARMSTRONG: I mean, Your Honor, that's a lot to unpack.

First off, the notion that they're going to try to blame insiders for price movement of stocks? With what foundation? And that goes squarely against Your Honor's ruling that they cannot blame other

people who are not charged in this case. So that just off the bat just smacks of number one, the ruling that we just heard.

And, number two, how are they ever going to get that kind of evidence in at trial.

THE COURT: Well, when we were talking about blame earlier, we were talking about the so-called victims.

MR. FORD: Yes.

THE COURT: I presume you're not talking about victims. You're talking about somebody made, you know, a big play with insider trading or of stock buyback or a merger offer.

MR. FORD: I can do it all through 8-Ks and other SEC filings. We do a lot of this work. Here's the playbook. If you're inclined.

You have an outside investment firm that purchases what's called warrants. That allows you to buy stock at a very low cost. Next to nothing. Basically free shares.

The company then issues several shares to their insiders. They then pay an individual who puts out false information about the company. Other individuals will engage in match or wash trading, which will set off a volume in price spike.

11:13:41 The individuals who obtain the warrants and insiders will then dump their stock off into the price and it will immediately tank.

11:13:46 I can assure Your Honor that you can pick almost any stock on their list, that some of them at trial I plan to go over who in fact was responsible for these pump and dumps.

11:13:55 And it is relevant to what happened here with these individuals, because if they're simply buying into increases in volume and price, it does not suggest that they had any intent to do anything wrong --

11:14:07 THE COURT: Well, I see that differently. I mean, you're not going to go into that in a vacuum. You're going to have to be questioning a witness about that.

11:14:17 MR. FORD: Yeah. And we intend to --

11:14:19 THE COURT: And it may be their expert. It may be your expert or whatever. And I think it's fair game to say to their expert, well, did you look at X? Did you look at Y? Did you -- that's fair game. That's different than saying they didn't call this witness.

11:14:38 MR. ARMSTRONG: Well, Your Honor, the gist of that is what Your Honor just precluded in

Number 13. The Court should preclude all evidence and argument about the conduct/misconduct of other uncharged individuals. They're trying to --

THE COURT: Well, I think they can -- if they're putting on evidence that they had nothing to do with the stock going up or down, if that's an issue, they can rebut that, can't they?

MR. ARMSTRONG: I think we have a fundamental disagreement about, you know, the causation issue, right. We are not going to allege ever that the defendants were the sole cause, right. We're going to prove, and as we've alleged, that they knew that their conduct had an effect. And their co-conspirators who are going to testify at trial saw it have the effect over and over again.

That goes squarely to the charges in this case and how we're going to prove up the elements. They're talking something entirely different.

THE COURT: Okay. Well, they're talking about what made the price of the stock go up.

MR. FORD: Here's the question, Your Honor. If ONTX, Count 2, the first count against my client, I'm going to stand before you, and I can assure I will persuade everybody in this room on this issue --

THE COURT: I'm willing to bet that's not true. Not everybody in this room.

MR. FORD: I'll put money on it.

They attempted to do a reverse split. When they didn't work, they issued free shares to their insiders, to their CEO. They gave shares to a company we have identified in the form of warrants. None of these individuals knew anything about this.

There was a press release that went out. The stock started to go up. The guys who traded it, and it's just a handful -- you know, it's a couple few of them, it's not all of them, but the guys who saw that happen said here's a chance to make some money and they bought it.

This isn't an issue with some of these stocks of generalized sort of there is multiple factors. In some of these cases I've been able to pin down exact parties or individuals who are responsible.

And I would reserve the right to present that to the jury to show that what these individuals were doing were merely identifying movement in the markets and using it as an opportunity to make money.

MR. ARMSTRONG: Your Honor, if I could be heard on this point. I think this is the super relevant.

If we could go to Government Exhibit 2B, at page 31, please. And, Ms. Kim, if you could please blow up lines 181 through the bottom, please.

So, Your Honor, what this is, this is one of our charts that we're planning to introduce through Ms. Garibotti. And the reason why we're offering this statement to be false has everything to do with what Mr. Constantinescu is saying and doing.

It doesn't have to do with insiders. It doesn't have to do with other people who might have warrants. It doesn't have to do with 8-K forms. It has to do with what he's saying at the time and what he's actually doing.

And what he's saying on line 111 is: ONTX holding full. Not selling under 2.

So what does he start doing? Eight minutes later he starts dumping his shares, eight minutes later, at 1:28, 1:30, 1:24, 1:20.

Your Honor, that's what this case is about; what the defendant said and what he did.

THE COURT: No. And what I understand what Mr. Ford just said is that to the extent that the government is going to claim that the defendants' activities actually affected the price of the stock, he wants to be able to cross-examine witnesses that

there were other factors that did that, not the defendants. Or at least not the defendants in total.

MR. FORD: Yeah. And I will just point out that -- we're going to get into it later, but this chart that they paid somebody $750,000 to make, it's inaccurate. We'll show you later on in these hearings what -- we'll explain to you it's inaccurate. But we'll get to that, our actual defense of his conduct at the trial.

But I just want to reserve the right at this point, if we're going -- if they're going to be allowed to stand up and say that my client's actions, through his Twitter, somehow affected a stock price, I would like to be able to raise it.

We could also lay --

THE COURT: I see that as a different point than the point you're making, Mr. Armstrong. I mean, you're saying that, you know, while he was telling all his followers to buy, he was selling.

MR. ARMSTRONG: Exactly.

THE COURT: And I, you know, agree that that's a different animal.

And I think Mr. Ford made that distinction, because what he prefaced his remarks on was, if the government claims or puts on evidence that

Mr. Constantinescu or any of the other defendants, that their actions actually sent the price of the stock up, then they have a right to say, wait a minute, we weren't -- I mean, that's the plumbing part, if you will. I mean, arguably.

Then they get the right to say, well, look, we didn't affect the price of the stock. You know, the fact that 3M came in and bought the company, you know, in the middle of all this made the stock go up.

And I think that's legitimate, as opposed to having some third party or third unrelated person perhaps that was on -- also on Twitter, saying buy this company, that we don't know anything about, that's really what I -- when I granted your motion, that's what I was granting it on.

But I think to the extent that that's an issue -- and by "that" I mean, the price of the stock going up, to the extent the government blames the defendants for that, the defendants have a right to say, hey, it wasn't us. It was some other company that did this or some other insider or some -- the president of the company announced they just invented a new widget.

MR. ARMSTRONG: But, Your Honor, just --

even hearing that just now, the gist of that is not just this other actor affected the price. The gist of that is somebody else, some boogieman, some corporate insider out there is really the culpable person here and not our defendants.

THE COURT: Well, they might -- you're drawing the distinction that I don't think I'm drawing.

You're saying -- by "culpable," you're saying the person that made the stock go up is culpable.

I don't think that's the case here. I don't think in your case that's the case here. I think what you're saying is whether or not they made the price of the stock go up, they lied to all these people that they were encouraging to trade.

MR. ARMSTRONG: Exactly, Judge. I think --

THE COURT: It has nothing to do with the price of the stock going up. Whether it went up or went down, they said we're doing X when really they were doing Y.

MR. FORD: Your Honor, if I may respond quickly. So two things.

THE COURT: I finally got them on board

and you're going to talk them out of it.

MR. FORD: So no. Well, what I will say is, it brings back the *Ciminelli* point, which is, if they're buying and selling at the bona fide market price, their theory falls apart. So we're wasting an inordinate amount of time. Like I said, we'll do it as an SEC thing.

But the second issue that I have with this is we're sort of putting the cart before the horse. And it's just the way the things fell into place, which is we had moved to in limine to prevent them from talking about causation, that our clients caused the stock, we moved to prohibit them from using causation language. So not using inflammatory --

THE COURT: Well, we're going -- I'm taking yours up next. It's just that way in my notebook.

MR. FORD: Yeah. But that's -- you know, if we can agree on that, it will streamline things. And if I'm hearing them correctly, we'll knock out causation and nobody talks about the defendants --

THE COURT: Well, I don't think -- you guys really don't care whether the stock went up or not or why, do you?

MR. LIOLOS: So two trains, two tracks here, Judge.

THE COURT: I mean, obviously you care because your argument is going to be they did it to make money. And I think -- I don't know if the defendants are going to testify or not, but I'm sure if they testified, they would say, yeah, we did it to make money. That's why we were doing this stuff.

MR. FORD: That's the only reason people buy and sell stock that I'm aware of.

MR. LIOLOS: The helpful way to conceive of the point that we're talking about right now, and I think Your Honor is tracking this, is it's the success of the scheme points that we were talking about, right. The focus here is on the defendants' fraudulent intent, the defendants' actions.

The success of the scheme is legally irrelevant because the legal liability attaches at the time of the scheme with the fraudulent intent.

Now, the points about, you know, who and what moved the market, that's after that point.

And as to the pump and dump points that they're discussing, that also tracks with the fraudulent intent, because you'll see the evidence again and again. In their own words they believed

what they were doing could influence the market. They sought to do that. They coordinated to do that. You'll see it in documents --

THE COURT: Okay. And you guys are going to put in evidence of that. And all I'm saying is if you guys put in evidence of them affecting the price of stock, the defendants have a right to put in contrary evidence.

MR. LIOLOS: I think the distinction, Your Honor, that maybe it's helpful in terms of a cross-examination is one point, but a parade of witnesses talking about irrelevant causation is a helpful distinction, because one is closer to the defendants' activity. I mean, there has to be some sort of foundation.

THE COURT: Let me go back to my example that I don't think is farfetched, because I think it's actually one of the allegations in this case, is the price of oil.

Okay. You know, the United States announces a Russian oil blockade. Okay. One of the defendants tweets that out, saying, man, it's going to be a great play buying an oil company stock.

I mean, first of all, that's not rocket science. If the price is -- I mean, if there's an oil

11:26:27 blockade, the price is going to go up. Now, how long it stays up may depend on whether -- how long the blockade or even if it works or not. But, okay.

So I anticipate you guys are going to say, look at this tweet, he urged everybody to buy this oil company because of the price of stock. And it made the stock go up.

And if you do that, Mr. Ford wants to come in and say, hey, ladies and gentlemen of the jury, it wasn't my guy's tweet that made the stock go up. What made the stock go up was the Russian oil blockade.

MR. LIOLOS: I think, Your Honor, the critical distinction there is that they're the tether to the defendants' conduct, right. They were aware of the Russian oil blockade. They were tweeting about it.

THE COURT: But, see, that's --

MR. LIOLOS: That's different --

THE COURT: I kind of don't understand why we're fighting about this. Because according to the government's theory, unless you explain to me differently, I mean, obviously your theory works better if the price of the stock goes up. Because that's the pump part of a pump and dump, so to speak.

But it doesn't really matter, does it?

11:27:43 What matters is, from y'all's standpoint and correct me if I'm wrong, because I may be operating under the wrong impression. It's not what they did, in essence, that say buy this stock, we think it's a good play. But after they did it, they then did the opposite and didn't tell anybody.

11:28:09 MR. FORD: Well, but -- Your Honor, just to be clear, I wouldn't expect you to know this, but we're going to learn it over the next day or however long it takes to get through the government's exhibits, but that is not what these individuals were doing. My client never went on and said, you know, buy this stock, do this thing.

11:28:24 What he said was truthful; that he had bought the stock and that he thought it was a good stock that other people had potential to make money on --

11:28:34 THE COURT: Okay. And I understand that. I mean, I was just being -- well, I won't say flippant, but I was just trying to short-circuit it, is does it really matter?

11:28:45 MR. FORD: They're trying to have the cake and eat it too.

11:28:47 THE COURT: Well, I know. That's what bothers me. Is if you guys are going to talk about

what makes the stock price go up with a particular stock, I'm going to allow the defendant to come back in and say, it wasn't these tweets, it was the fact that the Japanese came in and bought U.S. steel, I mean, and that made the price of the stock of U.S. steel go up.

Or the president said he doesn't like that merger and the stock would go down.

Okay.

MR. LIOLOS: I just -- I think there's a 403 potential to go too far down that road without any sort of line drawing to tether it to the defendants' fraudulent intent, which is the legal focus, right. So if they're aware --

THE COURT: It's not going to their -- well, it may go to their intent. It may undermine your argument that they were trying to get the stock up. But I think -- I guess in a way I can't see how this hurts you.

MR. LIOLOS: Well, it just --

THE COURT: Because it doesn't really go to any part of your case.

MR. LIOLOS: Agreed, which shows that --

THE COURT: But it goes to the part of their intent and what they're doing. It goes to their

defense that they didn't have the intent to do all this.

MR. LIOLOS: If they knew about it, right. If there's some foundation that they knew about it --

THE COURT: Well, I'm assuming they said it in one of their tweets, they obviously knew about it.

MR. LIOLOS: Agreed. I think that's a helpful line to draw, right. So if they said something about it, that comes in.

THE COURT: You just don't know what they knew or didn't know.

MR. FORD: All five of the charges against Mr. Constantinescu are stocks that had huge major news announcements that he then posted about is the reasons why he thought this might be a nice investment for people to make surrounded by almost obsessive warnings saying if you have to ask me if I should buy it now, it's too late. If you're chasing, don't buy it. I don't post my buys and sells, right. If you're losing money on the stocks I'm recommending --

THE COURT: If we go far afield, object to it. But I'm going to allow them -- if the government talks about what made the stock go up, I'm going to allow the defendants to say, ah, but there were other

factors. I mean, to the extent that's relevant to what the jury is going to decide, both sides ought to be able to put on evidence.

MR. FORD: Your Honor, just to be -- our position fundamentally is that this causation argument has been abandoned based on their witness and their exhibit list. They failed to notice properly under the new expert rules, the only individual who could talk about this, which is Peter Melley, M-E-L-L-E-Y. They never noticed that they were going to have a causation expert.

The notion of conflating correlation and causation, it's come up before the Fifth Circuit before. It becomes a pony show in here if we allow them to come in and say, hey, they tweeted on the same day the volume went up. They bought the same day the volume went up.

Well, of course they did. They're day traders. That's why they bought. They saw the volume go up and they bought it. And then they wanted to impress everybody, so they tweeted about it. It's a correlation versus causation issue and they're trying to back-door it in.

This is why it's our -- you know, we have two fundamental issues during this hearing that we're

doing. And one of them is removing causation pump and dump artificially inflated language. And the other one has to do with Ms. Garibotti, which we'll discuss later.

But this is -- you know, to us, they abandoned it. They waived it. They've repeatedly said in filings over the past, you know, 15, 16 months they're not going to do this. We think they should be barred --

THE COURT: Well, if they don't do it, then you're not going to be able to cross-examine the person on it. Because if they don't open the door, I'm not letting you walk through it.

MR. FORD: That's a fair compromise. Thank you.

MR. LIOLOS: Thank you, Judge.

THE COURT: All right. I'm granting as to cross-examination of any cooperating witnesses as to specifics under the guidelines. But that's not to say that I'm not going to allow defendants to cross-examine them that you're facing a prison sentence, you do all this. I'm just -- I'm not letting you whip out the sentencing guideline manual and beat them over the head with it.

All right. I need to take a short break.

(Court in recess.)

THE COURT: Okay. When last we left, I had ruled on the sentencing guidelines. And now we come to a witness's irrelevant drug use.

What do -- we have witnesses and drugs?

MR. ARMSTRONG: Generally, Your Honor, and I think you've heard about how they plan to use it today. And if they plan to attack a witness's perception and ability to perceive based on taking drugs like at that time, that's fair game. We have no issue with that.

What they're trying to do instead is they're trying to just generally impugn someone's character at large based upon prior drug use or prior elicit activity, which is improper. It does not go to credibility.

THE COURT: All right. I'm granting that.

If during the trial someone can show me some relevance. But I think Mr. Armstrong kind of hit it on the head. General drug use in the past, or even present, has no relevance. But if it affects his character or what he did here, then I'll listen to it.

Do we have any alibi defenses? Somebody stole my computer? I wasn't on it?

I mean, one thing we probably know is all

the defendants were somewhere near their computer at the times in question.

MR. ARMSTRONG: You should ask Mr. Ford, is he going to argue that someone else was making these tweets.

THE COURT: Okay. I'm granting that. I'm precluding alibi defenses that haven't been discussed.

And then the next one is kind of vague. It's --

MR. FORD: Your Honor, if I may. Multiple of the government's witnesses are going to testify that another individual, during my client's extended absence in Mexico, had access to his Twitter account and was tweeting. It's in the Government 302. I don't understand this to be an alibi defense, but it is something that may come up at trial.

THE COURT: All right. Well, if it comes up, we'll deal with it then. But unless you're going to say that some of the tweets in question that pertain to the indictment are not relevant or not your client's tweets, then I think the government is entitled to know that.

MR. FORD: Okay.

THE COURT: All right. The next one I'm going to pass over, because it's so vague I don't even

know what it means.

But precluding all evidence or argument about vagueness or ignorance of the law, I'm granting that. I'm -- I'm looking at -- Mr. Armstrong, I'm looking at 21(b), which is the Court should preclude evidence and argument suggesting defendants are not securities professionals with corresponding duties.

Now, there are different duties that go along with being certain kinds of brokers or -- so what are we actually intending here?

MR. ARMSTRONG: I think the last sentence on page 65 covers the gist of our argument.

The Court should preclude defendants from arguing that they're not covered by other securities laws or regulations, they're not regulated sophisticated securities professionals, or some other variant of these arguments.

THE COURT: The reason I'm hesitating, I mean, I think -- I'm not going to let them testify as to the law, but I think it's going to be clear that the defendants aren't securities professionals, you know, and so they don't owe, say, a fiduciary duty to anyone. And I'll probably instruct the jury on that.

But having said that, I mean, I think you guys, the government's not claiming they were

fiduciaries. You're just claiming they lied to them.

MR. ARMSTRONG: Their duty was to speak honestly.

MR. WILLIAMS: Your Honor, I think it may also relate to the cross-examination of Peter Melley, because he's from FINRA, which regulates licensed professionals, which they're not. And so there may be a question or two that we don't want to violate a motion in limine by confirming with him that his employer does not regulate these defendants.

THE COURT: I'll allow that.

MR. WILLIAMS: Thank you.

MR. ARMSTRONG: Your Honor, that's a very interesting line of cross, considering that they're trying to introduce the FINRA reports to show lack of intent, lack of intent to defraud.

THE COURT: That's all right. I'm sure you'll remind me of that when we get there.

All right. This one I think is more contentious. The Court should preclude evidence and arguments suggesting defendants had no independent duty to disclose their stock transactions.

I mean, as a sentence, that sentence is true.

MR. ARMSTRONG: Your Honor, I think this

one is subsumed by part B on page 55, which we just talked about.

THE COURT: Okay.

MR. ARMSTRONG: The duty comes from speaking and not from anywhere else.

THE COURT: Yes.

MR. LIOLOS: And, Your Honor, just for context for you, these four, A, B, C, and D, are just taken from the motions to dismiss in terms of the legal argument that Your Honor has already addressed.

THE COURT: All right. And the last one is, the First Amendment is not a defense in this case and should not be mentioned. I'll grant that. If you want to argue the First Amendment, you can approach the bench.

Okay.

MR. DAVIS: Can I interrupt, Judge? The First Amendment poster is --

THE COURT: We'll put a big asterisk on it that says: Stocks not included.

Let's go to Document 539, which is the defendant's joint motion. And then I'll come back and we'll talk about --

Now, their motion starts off with various concessions. And the first one is the point Mr. Ford

just brought up when we were talking about whether the defendants make the market move.

I mean, I don't feel like I can grant the motion in limine. I'll take it question by question. But as I've said, if the government opens that door, I'm going to let the defendants talk about it too.

MR. FORD: In addition, Your Honor, I mean, it will help for trial prep and just general, you know, presentation for everybody if we can narrow this issue.

There's two other points we're raising, which is artificially inflated, that notion or that sort of phraseology by definition means causation, right. They artificially inflated, right.

It shouldn't have gone up but for their conduct. And the phrase "pump and dump," it is the same notion, right. Of course, the understanding of a pump and dump is that you engage in conduct that causes a stock to go up artificially, and then you sell it and the selling causes it to go down. So it's a causation principle.

So we're concerned about it for the same reason they have an exhibit where an unknown Twitter account called Joker Trades refers to this as a Ponzi scheme. I don't know what that means. I mean, nobody

even took any money from any of other followers period, let alone a Ponzi scheme.

But it's the injection of these words like "Ponzi scheme" and "pump and dump" that we think are hugely prejudicial. So if we're not --

THE COURT: Well, we're going to get to the one that says "pump and dump," but, I mean, didn't some of the defendants actually use the term "pump" anyway?

MR. FORD: Absolutely. But the term "pump" is sort of common slang for saying something good about a stock. Whereas the phrase "pump and dump" describes a specific type of securities fraud.

We believe it's a prejudicial phrase. It should have no place in this trial, any more than Ponzi scheme or artificially inflated.

It, again, has baked into it the notion of causation and it allows them to back-door correlation principles to turn into causation once they get up and say they pumped and dumped this stock.

THE COURT: Okay. The next issue is -- concerns the profits the defendant made. Who wants to be heard on that from the defendants' standpoint?

Mr. Armstrong, do you have a -- does the government have a feeling --

Well, go ahead, Mr. Ford, if you want to address it.

MR. FORD: The issue is whether or not we can discuss profits, is that --

THE COURT: Yes.

MR. FORD: Absolutely. The fact that my client made tens of -- millions and millions of dollars trading stocks like Tesla and American Airlines and Carnival Cruise Lines before he ever had a Twitter following is relevant to his intent when he made these statements as to whether or not he intended to deceive people.

We plan to put it in. It's a major part of our defense. And it goes to his --

THE COURT: Okay. But it's your -- this is partly your motion to keep it out. I'm reading the defendants' joint motion.

MR. FORD: To preclude what?

THE COURT: Mention the profits.

MR. FORD: We certainly -- we will mention them. We will -- and, truthfully, Your Honor, we can -- Your Honor, you can discuss this shortly. But we will stipulate to it.

I mean, it's -- you know, we will not agree that the profits derive from any wrongdoing.

But, I mean, the tax records say what the tax records say.

THE COURT: Mr. Rosen?

MR. ROSEN: Yeah. The issue of profits comes down to this: And they're trying to -- the government has set up these charts that we'll talk about later, the Garibotti charts that include references to total amounts made during certain time periods in certain stocks. They call that an episode.

The problem is they have done no work and say they don't have to tie those profits to any causation, as to whether they're derived from securities fraud or not. This is, of course, a securities fraud trial. So, therefore, total amounts are completely irrelevant.

If they want to go back and try to find someone to tie in those -- the amounts that are a subset of that to any fraud gains by showing that it was due to some artifical increase in price and people bought into that, that's fine. But they haven't done that here. They refuse to do it. They can't do it. And yet they have substituted in this, like, amorphous total amounts earned without any time to the actual issues here at trial.

And that's where we come out with the

profits motion in limine as to what we want to exclude from evidence. And that's the basis for our motion.

THE COURT: Mr. Armstrong, you want to weigh in?

MR. ARMSTRONG: If you want us to, Your Honor, I'd be happy to if you want us to --

MR. REYES: Mr. Reyes again.

Just wanted to add to what Mr. Rosen said and not duplicate it, but these numbers, these profit numbers, are inextricably intertwined with this idea of causation.

From our point of view, Your Honor, the minute they stand up and say -- first it was 114 million. Now it's 30 million. Those numbers have to do with causation, Your Honor. And if we're talking about this issue of causation, they have not shown it. They have not done the work, the causal analysis as Mr. Rosen said.

So it could be that, as you mentioned earlier today, they open the door right away when they say it, but I think what we're saying, Your Honor, is the door shouldn't be opened because this isn't a case, even by their own concession, about causation. It's about intent.

And that's -- I have nothing further, Your

Honor, but I wanted to add that. This issue is going to come up right away, the minute they make an opening statement.

MS. CORDOVA: Your Honor, if I may, briefly. There are instances in which my client, other defendants, bought a stock, sold a stock, before any false statement was ever made that.

That profit in that stock is included in the profit calculation that the government has alleged. And we think that's inappropriate for the jury to hear.

MR. ARMSTRONG: Thank you, Judge. So a few things to respond to.

I think that the crux of this objection relates to the charts of Ms. Garibotti. And so here's how the charts were put together.

Ms. Garibotti has a defined window. And it's earlier to do with an example, but I'm sure we'll get into a lot of them down the road.

She'll have a window of time. During this window of time, the defendants generally bought a stock and then exited their positions. So those are two bookends.

But in that period of time, there are enumerate false statements littered along the way.

Some are short episodes, a day; some are a couple weeks.

But the reason why it's important to have the picture before the false tweets come out is because we're going to have testimony from co-conspirators on this point. They're going to say that a lot of times what would happen is we would front-load the stocks before --

THE COURT: Front-loading, you mean buy them up before any --

MR. ARMSTRONG: Exactly. Buy them before the tweets even come out. And a lot of times -- we'll have testimony on this exact point from two people -- they will testify that because they're buying and selling it -- sorry -- because they're buying it and sending it around to their other co-conspirators and other people that are in the scheme, as Mr. Cooperman said, they have it down to a science.

Because they would buy it and then spread the news amongst themselves before the alert to so people, they could sometimes scalp and make quick profits just on the run-up in price on their own, kind of spreading the front-loaded news.

So that's why the trading profits before the false tweet are absolutely relevant and will be

backed up by a foundation from two witnesses who are partners in crime and co-conspirators.

THE COURT: And why would that be illegal?

MR. ARMSTRONG: Why would what?

THE COURT: I mean, even under your theory. Why would be that illegal?

MR. ARMSTRONG: We're not saying that that necessarily is illegal. But it is part of the scheme. It is part of the foundation for them buying the shares and then waiting for the false statements to come out.

THE COURT: I'm going to take up the charts when we get to the charts. As a general rule, I think I'm not granting the profits made, because obviously it cuts both ways. And so if there's an objection, you can object as we go along.

Yeah. The next big objection, joint objection are the charts themselves. And I'm going to take them up when we take up the exhibits.

So let me then move to Mr. Constantinescu's motion in limine that has to do with Dr. Maria Garibotti and Mr. Melley.

Mr. Ford, do you want to give any kind of introduction to that?

MR. ARMSTRONG: I apologize, Your Honor,

12:14:31 what number?

12:14:32 THE COURT: It is Number 540.

12:14:37 MR. ARMSTRONG: Thank you.

12:14:37 MR. FORD: We have a binder for you. It's 12:14:39 analog. We believe this presentation will be much 12:14:44 more effective if we can plug in the computers and put 12:14:47 it up on the screen.

12:14:48 The reason is we're dealing with Excel 12:14:54 spreadsheets, is the evidence at issue. It's just 12:14:56 easier to manipulate and filter them manually.

12:14:59 But I'm going to give you this in case we 12:15:05 have a power outage.

12:15:07 THE COURT: Because you know I'm 12:15:08 old-school. I like paper.

12:15:17 MR. FORD: If we open up, right before Tab 12:15:19 A --

12:15:19 THE COURT: So defendants need control of 12:15:28 the computer.

12:15:32 All right. Go ahead, Mr. Ford.

12:15:33 MR. FORD: This is an excerpt from the 12:15:36 revised expert report dated January 19th. I don't 12:15:40 have the cover page on, I just gave you this single 12:15:43 page.

12:15:45 It explains why she was hired. And she 12:15:49 was hired, it says, to calculate the profit the

at-issue traders realized during the at-issue trading episodes.

Now, my colleagues representing Mr. Rybarczyk also filed a motion on this and the government responded by saying that's what we hired her for, to calculate profits.

For this, she charged $705 an hour. And as of December, she had charged the government $544,000. I imagine we're up close to three-quarters of a million now.

If we flip to page -- to Tab A, this is a very short excerpt -- excerpt that inaccurately and misleading purports to represent my client's trading and actions from 10 a.m. and 4 seconds on October 14, 2021, in DATS. And then if you flip to the next page, it continues and it goes to 11:37 a.m. and 3 seconds.

And this is part of a stack of papers that's probably 3 inches big where she purports to summarize the actions of my client. This is what she was paid the big bucks for.

And on the first -- if we now flip -- keep in mind all this green we're looking at. It's longer than five football fields. If we flip to Tab C.

Tab C, this is an example of the cover page on one of these very lengthy reports. You'll see

it says: Episode 272, trading in ONTX between July 16, 2020 and August 26, 2020.

I would be remiss to not tell you that my client did hold his position for close to a month and a half. So an eternity in day trader time.

And, again, for $705 -- bless you -- again, you can see where I've highlighted Mr. Constantinescu's name.

At the top she purports to summarize his number of Twitter posts about ONTX and the number of times he mentioned it in Discord and then how much shares he bought and how many shares he sold over the course of this roughly month and a half.

And for the low price of $705, and maybe three-quarters of a million so far, she calculated that he made 2,000 -- $296,341.

Are you able to follow this on the top where we highlighted? It's Government's Exhibit B.

THE COURT: On B or C?

MR. FORD: B. It's Tab C, but on the bottom right-hand corner, it says Government Exhibit B. It's the first page.

THE COURT: No. I don't have anything that says Government's Exhibit B.

MR. FORD: Oh, it will say down here. So

if we flip to --

THE COURT: My only page behind C does not have --

MR. FORD: Behind B. I apologize. I got ahead of myself.

So let's look at that again. You can see the highlighting. This is just a cover page of a stack of papers where you have that sort of green, you know, endless green highlighting we just showed you.

And you'll see it says -- now you see where it says: Episode 272 trading in ONTX between July 26 and August 26, 2020" on the bottom.

THE COURT: I do see that now.

MR. FORD: Yeah. And then it's highlighted Edward Constantinescu. And then it tells you, you know, the number of Twitter posts. And then it says: Shares bought and sold during that time period.

And then again she calculated, like I said -- for the price of $705 an hour, she calculated he made profits of $296 -- $296,341.

Well, Your Honor may remember I sort of made a big fuss about, as *Brady* material, getting everybody's 1099s.

And this is the punch line, or one of the

punch lines to what is about to be a long not particularly funny joke, but will have legal significance.

If you go to the next page, this is an excerpt from his TD Ameritrade and it shows ONTX. And all of my client's trading in it during the year of 2020, which includes sales during -- all of the sales during the time period.

And you will see that TD Ameritrade concluded that he made $297,833.04. Now, the difference with the TD Ameritrade records is he had also traded this stock in January. So he made $1,591 in January.

So all you have to do is subtract that number from 297 and you will arrive at the same number as Ms. Garibotti did.

In other words, the data and the work that Ms. Garibotti had done was already done by a computer by TD Ameritrade as required under the tax laws of this country so that they could file a 1099 on behalf of my client, rendering the whole purpose of her being hired and all of the work she did redundant, superfluous, and likely to take up two weeks of trial time that we don't need.

I have included for my client for his

substantive charges all of Ms. Garibotti's summaries, as well as my client's relevant tax records.

Now if you flip to page D, or Tab D.

THE COURT: Let me ask, before you leave B. And I'm looking at the 297 figure.

Are the last three transactions transactions where he lost money?

MR. FORD: Yes.

THE COURT: Okay. All right. Go to D.

MR. FORD: So what I did for Your Honor is I made an Excel chart. I did this -- it took me like 30 minutes once I figured out how to do this on a calculator.

What I did is I listed the company of the five substantive charges against my client. So Onconova Therapeutics, line 3, Camber Energy, line 4, DatChat, line 5, My Size, and line 6, Brickell Biotech.

Now, we know there's 19 different substantive charges referring to 18 different stocks in this claim.

As it happens, for Torchlight Energy, Alzamend Neuro, Inc. and EzFill Holdings -- sorry -- Alzamend, A-L-Z-A-M-E-N-D, Neuro, N-E-U-R-O, and then E -- letter EzFill, F-I-L-L, Holdings, Inc.

12:23:29 And those are companies that my client bought the stock for, but is not substantively charged. So I added them so that you would have the complete picture.

12:23:40 In the next column I list the stock ticker. So we have ONTX, CEI, DATS, My Size, BBI, Torch, AZLN, and EZFL. And then I've listed the dates that Ms. Garibotti calculated the profits for based on what the government told her to do.

12:23:57 And then under column D, the corresponding counts in the indictment.

12:24:02 So, again, there's five substantive charges against my client and three where he's not charged but did happen to trade the stock.

12:24:12 So for columns E and F, I have listed Garibotti's calculations versus the tax form calculations. And then on column G I've given you the deviation value and the deviation percentage. So you'll see that on ONTX, Ms. Garibotti calculated $296,341. And TD Ameritrade calculated $296,241. That is a deviation of $100. And a deviation of 300ths of a percent. I mean, mathematically negligible.

12:24:57 It is the same for the remainder of stocks. The complete total value for the stock

tickers my client is substantially charged with, as well as the ones he isn't substantively charged with but traded, Garibotti calculated $13,619,769. And the broker dealers who were using their computer calculated $13,621,074, a total deviation of $1,305, or nine-thousandths of a percentage deviation.

I am not challenging that this expert knows how to do math. She certainly does. The trouble and why there's that infinitesimal deviation is because TD Ameritrade does the calculation based on nanoseconds and that way they get the absolute and most correct accurate tax reporting document.

But since the deviation favors the government and TD Ameritrade said he made $1,305 more than Garibotti, we would be willing to stipulate that, as we understand that those records are much more accurate.

The question then that comes before us is, why would the government have spent this extraordinary amount of money?

We think by the time she finishes at trial she'll have been paid probably more than many of these individuals on trial made trading their stocks during this time.

And the reason is, because it allowed them

to put before the Court, to put before the jury, those large spreadsheets that purport to summarize my client's data. But what I'm about to show you is how it is that these documents are misleading and manipulative.

So in order to understand 1006, the first principle is we must understand what she is purporting to summarize. In other words, for a summary to get in, it must be accurate in the first place. We must understand what is being summarized.

We're going to pull up the Excel spreadsheet and we'll walk you through the raw data, which while the government contends is voluminous, is easily sortable on Excel. And we've done this many times at trial without the need for these sort of summaries, which my colleague representing Mr. Rybarczyk, Mr. Rosen, will talk about, I think as well as soon as we can get the technology going.

I apologize for the delay here. We are working on it.

In the interim, what I'll do is -- let's expedite it. We planned for this contingency. So I've made some printouts.

So if we go to Tab D.

THE COURT: I'm there.

MR. FORD: This is a pre-filtered Excel spreadsheet. Now, when you look at the full data there is going to be a lot more, you know, that we would filter through. But we can do this manually.

The first column B says: Order ID. Now that reflects an order that was placed by this individual. And each order is given its own unique number.

Column G is the order timestamp. And that will tell you the date and the time that the order was placed. Column H says: Side. Now, that's whether you're buying, selling, or shorting a stock.

Now, my client did not short any of these stocks at issue, so you won't see short. You'll just see buy or sell.

On order size, that's column I, it will tell you the quantity. So in this case, that order number that ends in 7468 was for 50,000 shares of the symbol, which is DATS, D-A-T-S. So that's one of the substantive charges.

The order type is a limit order. Now you can place two types -- multiple types of orders. One would be a market order, which -- in which you buy or sell at the prevailing market rate. One would be a limit order, where you basically say, Your Honor,

look, if it goes up to this price, I'll buy it. Like I'll buy it up to $10.

So if somebody wants to sell it to me for $9.50, I'll take it, but I'll take it all the way up to 10. So selling is in reverse, right. This is as low as I'm willing to sell it.

So in this case, a limit order, and then column G for $9.77 was placed for 50,000 shares of DATS. Saying, hey, anybody who wants to sell me this for 9.77 or less, I'll take it.

You look at action type. It then says: Entered. And you'll see below it says routed and routed acknowledge. I'll quickly explain what that means.

The act my client took was to press one key entering an order to buy 50,000 shares at a limit price up to 9.77. Once it is ordered, it is routed from TD Ameritrade, this is broker-dealer. TD Ameritrade no longer has any say in the matter.

Now, they can route it to an exchange, such as NASDAQ or the New York Stock Exchange, but as Gary Gensler has testified before Congress during this time period, 90 percent of orders were not going to public lit exchanges, but rather being placed on what's called dark pool. Now the name sounds

nefarious. It's lawful. There's nothing wrong with a dark pool.

If you look at column BC, it shows the destination of who it was routed to. In this case, it was routed to Citadel. They are the largest player in this. It's a hedge fund and a financial services firm.

And here's what Citadel does. They have three options. Once TD Ameritrade takes my client's order and gives it to Citadel, they can do one of three things: They can try to find the shares on a public lit exchange, such as NASDAQ. They can route it against clients that have opposing orders.

So if Citadel has an individual -- and when I say "client," we're talking Credit Suisse, we're talking JPMorgan. If they have a client who wants to sell those shares at the price, they will match it against that client.

There is a third option, which is if Citadel itself has purchased shares of this stock, then Citadel -- if they want to sell it, they will sell it for that price.

So those are the three options. We do not know what Citadel does. We would have to request their records, but it doesn't matter for our purposes

here.

Okay. So now that the order has been routed from TD Ameritrade to Citadel, who my client has nothing to do with, he has no contract, there is no privity, he has no control over Citadel's actions. And, in fact, he has no control over who TD Ameritrade routes it to. They can send it to an exchange. They can send it to a dark pool. It's up to TD Ameritrade.

At that point, once its acknowledged, Citadel begins the process of what's called filling the order. Now, Citadel has got a tough task. They have to find 50,000 shares that somebody is willing to sell for 9.77 or less. So look how it unfolds.

At 9:19:25, they find 71 shares. That goes. At 9:17:57, they find 100 shares. And then we can continuing to go down and we see all these different times.

Now, when we flip to the next page, you can look on that screen or in your binder, when we flip to the next page, we have a whole 'nother page of fills still happening. We flip yet again to a third page we have a whole set of fills happening. And it's not till the fourth page that that order gets filled.

At which point, something would ding on Mr. Constantinescu's computer or phone saying your

order has been filled. All of this happens without his knowledge or understanding.

He now places another order at 9:19 for 50,000 shares. This one gets routed to NKnight, also one of the largest financial services firm that does this sort of dark transactions, although, again, I say it could ultimately be lit.

So NKnight is the one who is going to wind up filling this order. And it begins as a redo. Now, this is -- what I'm showing you is not the full. This is two orders that take place over five minutes.

So what happened during this time is my client he -- he took two actions. Remember, we're under 1348. Under 1348, an element is that the client engaged in an act in connection with the purchase or sale of securities. The actus reus, Your Honor, is the act of placing the order, entering the order.

As I'm going to continue and put a punctuation on this. But before I do, I want you to think about an analogy. You go to an ATM. You want to take out 500 bucks. You put your card in, enter your key, less 500 bucks. The ATM's empty.

The bank goes out to somebody else who has some cash, says, hey, you got any cash for me. They say, all we got is these 500 $1 bills. We'll take it.

12:34:47 They take the 500 $1 bills. They load them into the ATM. And the ATM spits out five $100 bills to you.

12:34:57 You have not engaged in 500 independent acts. You haven't gone to the ATM 500 times. And you didn't ask the ATM to do 500 different things. And you certainly didn't ask a third party to do 500 different things.

12:35:09 What you asked is for a single order for this amount of shares, 50,000 shares, to be placed. Or in the case of the ATM, you asked for $500.

12:35:20 The reason this is so critical -- and you can turn back to your binder or we can pull it up on page F. Had Ms. Garibotti made a chart that looked -- that's her original.

12:35:40 So had Ms. Garibotti made a chart that accurately reflected the actions that my client engaged in, rather than the actions of several random entities, such as Citadel and NKnight, it would appear as in Tab E of your binder, or we're pulling it up here.

12:36:09 Yeah. So this would be a hypothetical chart of Ms. Maria Garibotti, had she have summarized the actions of my client and not the actions of unknown third parties.

12:36:19 And so if -- you can flip back now to

page -- to Tab A. And you see, right. Look at -- there is -- we'll scroll. There is just nothing but green out in front of us. It looks like he engaged in 150 transactions. But if you look at this other one, he only engaged in a handful.

Now, I'm about to show you why this is important and why all of her exhibits need to be excluded. Because if we now flip to the next page in chapter -- I'm sorry -- in Tab E, after the revised ones, I have gotten rid of the color coding and I have summarized what had my client actually did.

So he placed one, two, three, four, five, six, seven, eight buy orders; not 150 buy orders during this time. And she is right, he did then place sell orders after that time.

By including endless rows of green fabricated orders that my client didn't enter, but rather represent fills, what she does, if we flip to two pages after this, is it gives the false impression to the jury that he did something other than what he actually did.

Remember, they keep telling you he sold and he didn't believe in the stock because he sold. But look at what he actually does. If we go to this one. Right after those four sell orders, or five sell

orders that occur starting at 10:36 a.m. and going to 10:49, he turns around at 2:22 p.m. and he enters a series of huge buy orders.

This is a guy who believes in this stock. 100,000 shares of DATS at a limit price of 10.88. 100,000 shares of DATS at a limit price of 10.49. 20,000 at a limit price of 11.26. 20,000 at a limit price of 11.29. 100,000 at a limit price of 11.25.

I need my calculator, or Ms. Garibotti to help me, but I think we're talking about 5 or $6 million worth of shares.

But if we go back to what they did under Tab A, they've made it look -- this is huge green representing fills. And then getting to this one tweet with these red lines under it. But it is not an accurate picture.

Your Honor, these exhibits need to be excluded wholesale for two independent reasons. The first I mentioned was because Ms. Garibotti was hired solely for calculating profits.

And TD Ameritrade has already done it and they've done a better job with zero deviation and they're on our exhibit list. We'll put those in and we'll even go so far as to stipulate to the profits he made.

Number two, the charts that they had her make are not summaries of any of these defendants' conduct. They're summaries of fills made by independent, unknown third parties. And, therefore, don't reflect the actus reus of our clients.

If you will entertain me, I will quickly show you one more example, which relates to Mr. Hrvatin. And I really think you will see the degree to which these exhibits are misleading.

If we flip to Tab F, where we'll show you on this screen. I just -- we'll scroll through this. Just look at this conduct. It purports to be the conduct of Mr. Hrvatin over a very short period of time, like maybe a day or something like that. Just look at this that they did.

They were going to go before the jury and say that Mr. Hrvatin took these actions.

Now, if we go to Tab H, I went through and I pulled Mr. Hrvatin's trade records. I followed Ms. Garibotti's color scheme, which I don't, frankly, like, but I followed it anyhow.

Now look at what he actually did during that exact same period.

THE COURT: What tab are you under? Because it's not H.

12:40:45 MR. FORD: Oh, sorry. G.

12:40:52 That's what actually happened. And we'll go back to show you again that endless stream of red, green, and yellow. I mean, look at this. It goes on for longer than a country mile.

12:41:01 Now let's go -- we'll go back to H and see what Mr. Hrvatin actually did. This is what he actually did.

12:41:08 And Ms. Bloom, can we just go back to the prior one quickly.

12:41:17 What this has allowed the government to do and to present is they can make it seem like these individuals tweeted and then sold and sold and sold and sold, right. There was pump and dump, they called it.

12:41:32 Now we'll go back to Exhibit G in this binder. And look at what he actually did. The entire time this is going on, for roughly a 24-hour period, he is entering orders of 100,000 and then selling orders of 100,000. Flipping it back and forth, back and forth.

12:41:52 But what's illustrative now, Your Honor, in this new exhibit that I have created to show how misleading theirs is, Mr. Hrvatin buys and then tweets. Tweets and then buys. Tweets and then sells.

Tweets and does nothing.

This chart in and itself reflects that there was no pattern or rhythm to the way that he was tweeting or buying and selling. In fact, it looks a lot more like I understand what these individuals to do.

On the one hand, they're day trading, they're doing their jobs, they're making money. On the other hand, they love the attention and the celebrity of being influencers.

So they're tweeting about it so that they can be guys who say, hey, I just made all this money on this stock and look at this car, right. And, hey, you know, maybe I can teach you some of the rules of the road and tricks of the trade.

But these are fundamentally different. And what Ms. Garibotti is purporting to put before this Court and before the jury, it cannot come in. It needs to be excluded wholesale. It represents fills and not buys or sells of these defendants and, therefore, does not summarize their conduct.

And respectfully, Your Honor, I'm requesting at a minimum that all charts that mention Mr. Constantinescu be excluded. But what should happen, and the only fair result is that all of these

charts with regard to the 19 counts are excluded against all of these defendants.

THE COURT: All right.

MR. FORD: And one final piece.

Mr. Rosen -- there is other independent reasons why these are misleading under 403, but I am primarily making -- and he will address those. I am primarily making a challenge under 1006 and 401 relevancy that she never needed to be hired. We don't need her to testify about profits. I can save two weeks on the trial by just -- if we all just put our tax records in and, you know, stipulate to that, which I'm certainly willing to do.

And then, number two, this doesn't summarize the defendants' conduct, Your Honor. The actus reus is the buying and selling of stock. They can't put in a chart summarizing the conduct of Citadel and NKnight and TD Ameritrade and purport that it summarizes our clients' actions. It's too misleading for the jury.

THE COURT: Mr. Rosen, you want to add on?

MR. ROSEN: Yes, thank you.

We filed a motion at 532 that primarily addresses a couple different issues. But the first really is these charts contain completely inadmissible

12:44:52 and unreliable hearsay. The charts focus on two -- focus on the fact that the DOJ has been trying to find some witness to testify that these statements are false and misleading. They can't do that. They haven't found anyone.

So what they have done is they've created these charts with Dr. Garibotti that simply say they color these -- all these rows yellow and simply say those are false and misleading because the DOJ alleges that they are false and misleading.

It's important to note these are not demonstrative charts. These are supposed to be substantive evidence.

The first criteria is -- of a substantive evidence chart under 1006 is that the chart is based on competent evidence already before the jury. The DOJ's allegations by definition are not competent evidence. They are, at best, an argument for closing in a demonstrative and should nowhere be before the jury.

There's actually a jury instruction under -- in 1.05 that specifically says that the government's allegations are not evidence.

This is critical, highly problematic for the jury, you know, for a couple reasons. One, these

charts, which, you know, are attached to our motion -- and I have other examples here -- I don't know how much we need to go through, but the jury is going to rely on this color coding back in the jury room to make decisions and there's no way we can undue that once it's done.

There is no jury instruction that can say once a chart has been admitted into evidence certain portions of that chart are no longer admissible. So we can't have a jury instruction that will correct for that.

It violates the defendants' Sixth Amendment right to confront the witnesses against them. *Crawford* makes this abundantly clear. These are testimonial hearsay charts. Allegations of falsity that they're using for the truth of the matter. It's obviously reversible error to allow a witness to testify to bring into evidence opinions of the DOJ without any ability to cross-examine those -- that witness.

We have no ability to call the DOJ. We have no idea whose allegations those directly are. But we do know they're not Dr. Garibotti's. She disclaims them. The government has said that they're not hers.

So we're faced with this conundrum of there is going to be falsity allegations and we have no one to cross-examine. And that's a massive problem, obviously, that every rule of hearsay is designed to exclude.

The government's response to our brief is nonsensical and, frankly, contradictory. They claim that Garibotti is not providing opinions, she's just providing facts. But then they say, well, the DOJ allegations are certainly opinions and those are going to be in the charts.

So you can't have it both ways. They're either her opinions in the chart; they're either admissible evidence, which they're not; but you can't say she's only applying -- she's only supplying facts when she clearly isn't.

The government claims that the color coding will help reduce the jury's confusion about what statements are at issue. And I think the government misses the point on that.

In order to be on a chart, in order to be competent evidence, you have to -- it has to be competent evidence, so in order to even be admissible in the first place. You can't bring in DOJ allegations onto a 1006 chart.

12:48:32 The jury will simply be confused. They'll view the highlighted allegations as accurate. And it's obviously extremely prejudicial to us. It violates at least three rules of evidence: 602, 702, 804, and the Sixth Amendment.

The government claims that these charts containing DOJ allegations are not unusual. The DOJ provides not a single example of any other court in America that has ever had a Rule 1006 chart that contains DOJ allegations not prepared by the witness who is testifying at trial.

In our binder that we presented earlier, Your Honor, we dug up from what appears to be Mrs. Garibotti's only trial that she's testified in as a summary witness and we looked at those charts that were admitted by the judge. It's in the back of your binder that we presented earlier. It's from *Vorley*, it's a Northern District of Illinois case.

THE COURT: I only have ten binders.

MR. ROSEN: Okay. So yeah. It's a --

THE COURT: I can't find it. Summarize it.

MR. ROSEN: I'll summarize it.

They're trading charts of orders placed by real traders, professionals who do this for a living,

12:50:01 for banks and things like that. I reviewed the 100
12:50:05 pages of exhibits, not a single one contains any
12:50:09 so-called government allegations.

12:50:11 And those were obviously -- those were
12:50:12 fiercely contested exhibits anyway. They sort of
12:50:17 barely squeaked in, but not a single one contains what
12:50:20 the government is trying to do here.

12:50:21 They've relied on two Fifth Circuit cases,
12:50:23 not one of which is applicable at all. One is about a
12:50:28 records analyst who spread bank sheets and said which
12:50:31 expenses were personal, which were for business.
12:50:34 Another one is about meals at a healthcare center,
12:50:37 extrapolations from the evidence critically.

12:50:42 The very -- the prime difference beyond
12:50:43 obviously the subject matters, those witnesses were
12:50:46 available for cross-examination. Sixth Amendment
12:50:50 requires that. Here, they are not.

12:50:53 The error cannot be harmless is the final
12:50:55 point that I want to make. 54 exhibits. These are
12:51:01 the prime exhibits targeting defendants. For some
12:51:03 stocks, these are the only exhibits. This is what the
12:51:07 government's relying upon to prove their case.

12:51:10 The Fifth Circuit has routinely -- and I
12:51:13 cite multiple cases in our brief -- flipped verdicts
12:51:17 when summary charts are based on incompetent evidence,

which is what the government is doing now.

I can't -- there's not a lot we can guarantee, but I do believe that if these charts come in with their allegations, we will be doing this trial again, which is what none of us want.

We've already discussed the profit issue. I don't want to beat that. I know it's getting late. I don't want to beat that. I'm happy to answer any questions about that.

And, finally, this one final point from -- about Mrs. Garibotti's charts. They establish conspiracy where none existed; meaning, that they layered defendant upon defendant trading records and tweets and some messages against each other to make it look like they're all trading in sync.

A, that's not what the chart shows, but, more importantly, there is trading from one person, who has never communicated, for example, with my client. There is trading that contradicts each other. There is trading that -- for people who are -- you know, have no messages between them. It's done to -- it's argumentative. It's meant to prove a point. It's meant to show the jury that these people are acting in synch, when that's for the evidence to prove and the government simply does not do that. Using a

summary chart like that is impermissible.

THE COURT: Mr. Armstrong, you want to respond?

MR. ARMSTRONG: Your Honor, I would defer to you. That was a long presentation. I don't really think I heard a terribly compelling argument. I'm happy to answer any questions or I can just give you an example --

THE COURT: Well, I'm primarily concerned, although I understand Mr. Ford's argument, and the most persuasive thing he said to me was it would shorten the trial.

But I'm primarily concerned about what Mr. Rosen brought up, which are these comments in the middle of the summary chart.

MR. ARMSTRONG: I'm not even sure what he's talking about. So just to show you, for example, Your Honor.

Ms. Kim, if we can please pull up Government Exhibit 3B. And Ms. Kim, if you could please go to page 3 of 3 -- actually, page 1.

This is the chart that was put together for Count 3. It shows the cover page with the time period, so four days, September 1, 2020, to September 14, 2020. It shows who was trading during this

12:54:00 window, number of shares bought, number of shares sold, and the profit.

12:54:05 Just to kind of set the table, as I mentioned before, here is the window of time. And here is the activity captured during this window of time.

12:54:13 Page 2, please, Ms. Kim. And, Ms. Kim, if you could please go down to page -- starting at the top, lines 1 through 50, please.

12:54:26 So the color coding is not nefarious. It's just the nature of this case.

12:54:33 And so what happens is first in the green, lines 1 through 9, Mr. Deel gets in his shares for the stock SXTC, and you know that because green in her chart is buys. And then, because there is so many things going on at once, we interlaid text messages; in this case, Discord messages.

12:55:00 So here there are Discord messages between, on line 10, Mr. Deel and Mr. Hennessey -- between Mr. Deel and Mr. Hennessey, where Mr. Deel tells Mr. Hennessey about his plans and what he plans to do with SXTC.

12:55:18 And then on line 13 Mr. Deel also Discord messages Mr. Rybarczyk and he tells him what he plans to essentially tweet on the next couple of days of

trading.

And so then if you go down, Ms. Kim, please. If you go to page 3, please. Go down, please, a little more. Stop. A little more, Ms. Kim, please. I apologize, I don't have a hard copy up here with me.

So top of page 4, please, Ms. Kim.

So they're going back and forth about what the tweets should actually say. And Mr. Rybarczyk gives Mr. Deel a free lesson. Just to make sure it's more appealing and if you're adding 100,000 to 200,000, they'll likely be enticed to add with size.

So he's talking about how you can make your tweet more appealing to the followers so they'll actually buy this stock after you post.

Take that down, please, Ms. Kim.

And you can see what happens, lines 65 through 74, is that Mr. Deel takes Mr. Rybarczyk's advice and he posts, both on line 65 and line 71. He posts the message that he talks about with Mr. Rybarczyk about how to entice people to buy. And those are in yellow because those are what we allege to be false. Those two statements right there. Okay?

THE COURT: Is this thing that looks like pink actually supposed to be yellow?

12:57:02 MR. ARMSTRONG: I'm sorry, Your Honor?

12:57:05 THE COURT: Where I'm looking at the chart -- I don't know if you can see it. On mine, the top one is -- looks like line 65 to Gary Deel. And then it says SXTC added 100K.

12:57:14 MR. ARMSTRONG: Yes.

12:57:19 THE COURT: Okay. That's a tweet; right?

12:57:21 MR. ARMSTRONG: Correct. You see that in --

12:57:23 THE COURT: Twitter. Okay.

12:57:25 MR. ARMSTRONG: Yeah. So he double taps it, so he both posted it on Twitter, as you see --

12:57:28 THE COURT: Okay. And then you follow it in a time sequence down to 9:32 and we have a Discord post also by Mr. Deel.

12:57:39 MR. ARMSTRONG: Correct. So --

12:57:41 THE COURT: This is a -- I assume a quote from the Discord post.

12:57:47 MR. ARMSTRONG: Yes, Your Honor. That is the content of his both Twitter post and Discord post.

12:57:54 So that kind of sets the table and that explains the colors as to the various moving parts.

12:58:01 THE COURT: Well, except this doesn't show me anything that's yellow that Mr. Rosen was talking about.

MR. ARMSTRONG: Line 65 and line 71, those are supposed yellow charts that have drawn the ire of the defendants.

THE COURT: Well, it's -- I thought that y'all were just highlighting that for me. So those -- where it says Gary Deel Discord post, see now it's not yellow.

MR. ARMSTRONG: Sorry, Ms. Kim and I are kind of working in tandem. Line 65 and line 71 -- if you could not, please, highlight anything, Ms. Kim.

MR. FORD: It's showing up a pinkish hue because of this monitor, but those two pinkish lines you're seeing, that's what we're talking about.

MR. ARMSTRONG: Lines 65 and 71.

MR. FORD: And if they blow up the screen a little bit more, you'll see there's a column on the right that says the word "false." And then they put the number 1 --

THE COURT: Okay. That's what I want to see.

MR. ARMSTRONG: Where is that, Mr. Ford? It's not in the chart. Please show us where that is on the chart.

MR. FORD: What is the function of highlighting -- Your Honor, our position is they're

highlighting them --

THE COURT: My position, Mr. Ford, is I don't see anything yellow. Show me the yellow.

MS. EPLEY: Your Honor, if I may, I think yours is a computer screen issue. I have a hard copy I'd be happy to show the Court. So that you can see it's --

THE COURT: Show me the hard copy.

MR. ARMSTRONG: Your Honor, at the end of the day, we're talking about shades of yellow. But the operative -- please, please, I'm speaking, please, please, please.

(Parties speaking simultaneously.)

MR. FORD: If you look at Tab A of your binder, if you look at Tab A, the first page, you'll see it's like three lines down, there is an example of the yellow highlighting.

If you look in Tab A, it's just a different example. It says DATS. It's line 3 --

MR. ARMSTRONG: We're not talking about DATS.

MR. FORD: -- 29. It says (indiscernible) --

THE COURT: Show me one in person.

MS. EPLEY: Can I give you a random

example?

THE COURT: And hopefully it's readable.

MS. EPLEY: It's tiny. I apologize.

THE COURT: Okay. And this thing that's light brown, is that really yellow?

MS. EPLEY: Yes.

THE COURT: Okay. But here's what I'm not understanding, Mr. Rosen. So help me here. What I hear -- and maybe I'm not hearing correctly, but what I hear Mr. Armstrong saying is these are just quotes from tweets.

MR. ROSEN: There is a little bit of a sleight of hand Mr. Armstrong --

MR. ARMSTRONG: There is no --

(Parties speaking simultaneously.)

MR. ROSEN: There is.

What he doesn't say is that the tweets are colored two different colors. One, tweets are white. Other tweets are yellow. The white tweets are those alleged to be true by the DOJ. It says that.

THE COURT: Where does it say that?

MR. ROSEN: It says that -- so it's in small print. But, remember, these are going back to the jury. Which ones --

MS. EPLEY: I believe it's page 6 in

the --

MR. ROSEN: Okay. There is notes at the bottom of their compilation chart.

MS. EPLEY: At the bottom of page 6, Your Honor.

MR. ROSEN: Yeah.

THE COURT: Okay. I have page 41 of 70.

MR. ROSEN: Is there a -- there are -- the examples are all the same, is their notes at the bottom of that --

THE COURT: No. The problem is no one can show me an example of what you're complaining about.

MS. EPLEY: I have a theory, and I don't want to besmirch Mr. Armstrong, so this is really question, but for clarity.

The first Garibotti charts we were provided, provided a column that not only indicated the statement was false, but rows would be highlighted in yellow. So there's two different visual distinctions in the graph itself.

Underneath the charts in Footnotes 2 and 3, the government injected phrasing related to false statements. It's objectively hearsay, and, frankly, a conduit for the government opinion through a summary witness.

Later they remove the column indicating false. And I am guessing by his indignation he has since removed from phrasing at the bottom.

Is that accurate?

MR. ROSEN: No. The phrasing is still on. Let me just --

MR. ARMSTRONG: They're talking about Whac-A-Mole. This is ridiculous.

(Parties speaking simultaneously.)

MR. ROSEN: Your Honor --

THE COURT: Well, the problem -- one of the problems is, I can't -- this is such tiny print.

MR. ROSEN: They are -- but it's critical and it's important.

There are four notes at the bottom of the page there. I can read them into the record. Two, the second -- the number 2: There are a total of 11 allegedly false Twitter or Discord posts by Eddie Constantinescu.

There are additional 43 Twitter or Discord posts, text messages, or direct messages that reference the ticker identified by the DOJ.

So the first part is, they're saying allegedly false, even though she has nothing to do with saying they're allegedly false.

Note 3. This is a critical note. Green highlighted rows indicate buy. I don't have a problem with that.

Red highlight rows indicate sell. I don't have a problem with that.

White highlighted rows -- this is what was left out of the presentation -- indicate tweet or Discord messages from the trader that are not flagged as allegedly false.

Yellow highlighted rows indicate allegedly false tweet and Discord messages from the defendant during the episode.

Blue highlighted rows indicate text messages and direct messages identified by the DOJ.

That's what we're complaining about, the color coding, the white versus -- if they wanted to color the tweets white, we wouldn't be here.

But they're differentiating, they're including DOJ allegations Mrs. Garibotti knows nothing about and color coding their chart. That's entirely hearsay and it's extremely impermissible and prejudicial.

It's also on the very first page of the exhibit. There's more notes. When they purportedly type up the number of Twitter posts and the number of

Discord notes, they put a little note, a caveat. They say: Number of Twitter posts and Discord posts represents the number of public Twitter posts and Discord messages respectively by a trader during the episode that either have been alleged to be false by the DOJ or refer to the ticker at issue.

That's also hearsay. That's impermissible. It serves no purpose on a Rule 1006 chart. And I'm a little surprised that when, going through, they didn't highlight the difference between the yellow and the white, because they know that's -- they know that's the part of our brief that we cared about and yet they glossed over it in presenting something that -- and not acknowledging that. That's why we're here. That's why we had to come back and explain it. And it would be -- you know, and that's what our problem is.

MR. ARMSTRONG: Your Honor, I let these guys drone on for infinite amount of time. And you can see on the screen, what Mr. Rosen is talking about is the white tweet that we were going to get to before I had 17 trillion people interrupt me.

So if we could have some fundamental decorum, I think it would be helpful for everyone in this case.

13:05:39 MS. EPLEY: For purposes of the record, having been a federal prosecutor, I'm a little indignant by the idea --

13:05:45 THE COURT: Don't, don't, don't, don't, don't.

13:05:50 MS. EPLEY: Thank you.

13:05:51 THE COURT: Okay. Let me just make it simple.

13:06:00 I will allow these summary charts. And the problem raised by Mr. Ford I think is a matter of cross-examination.

13:06:11 MR. ARMSTRONG: Thank you, Judge.

13:06:12 THE COURT: But I'm not -- wait, wait.

13:06:13 I'm not allowing them with any comments or color coding that indicate something that DOJ thinks is true or false or, you know, that, you know, it has extra information like we counted 1,000 of these. And I'm using one because the one I can read here says these are three of 55 or something.

13:06:41 Now, obviously if the witness knows that she can testify to that. She can say, I counted them and these are what they are. But informational footnotes, is what I'll refer to these as, or color coding are out.

13:06:55 MS. EPLEY: Thank you. May I have that

sheet back?

THE COURT: You can have both of them.

MR. FORD: Your Honor, while we're at it, there's a couple other things.

You'll see at the top it lists -- it went away, but it will say something like episode 272, even though we're only talking about 19 stock ticker at issue time period.

So to put episode 272 suggests that something is happening that they're no longer alleging, that there's hundreds of these. So we would like that removed.

They also failed to include Francis Sabo's Twitter handle, which suggests that Francis Sabo doesn't have a Twitter handle. It's just left blank. And then they put a dash under where Francis Sabo, their cooperating witness, tweeted about it. And we think they should be required to include his tweets, rather than a dash as that's misleading.

I would like some clarity as to, you know, the cross-examination issue. In the sense that cross-examining -- I'm not understanding how or why I could cross the government on attributing actions to my client that he didn't take. The third parties --

THE COURT: Wait, wait, wait. He took

them. And I'm going off what you just gave me a primer on. I mean, he ordered the sells. He ordered the buys. And it just took time for them to be executed by the third-party company that does that kind of thing.

And I think you can cross-examine the witness and say, well, you understand that just because he puts an order in, it's not filled right away. And if she doesn't understand, she's going to say, no, I don't know that.

And you've already made your point that she doesn't know what she's talking about.

MR. FORD: Your Honor, if I could go back to two points. One is they originally told us that she was being called a summary witness to summarize profits, but we already have the evidence in the record that summarizes the profit. So she's not necessary.

But with regards to this buying and selling and whether it's a cross-examination issue, these charts are not admissible under 1006. They're not summaries of my client's conducts. They're summaries of the actions of an independent third party, not even TD Ameritrade but a third-party removed.

What she's summarizing is the way that these were filled, which I will grant is the correct way to summarize this for purposes of calculating profits.

But it does not -- it is not a summary of the data --

THE COURT: Well, and I think that is something you can bring out in cross.

MR. FORD: Understood.

THE COURT: I mean, because otherwise -- I mean, you've conceded the numbers are almost exactly alike. Now, admittedly, perhaps TD Ameritrade might -- numbers may be more accurate, may be less accurate. I think the government is entitled to put on the evidence based on the way it's summarized.

What I'm not allowing is any kind of comment or extraneous material. I'm all right with color coding, you know, a certain color for buys, a certain color for sells and a certain color for tweets or -- what's the other thing we've got going on?

MR. ARMSTRONG: Discord posts.

THE COURT: Discord. I'm all right with that.

But I'm not color coding, we actually believe this one is true and this one isn't true and

any comments in footnotes or anywhere else that show up. I'm not allowing those into evidence.

MR. FORD: Thank you, Your Honor.

THE COURT: Mr. Reyes, do you have something to add?

MR. REYES: Yes, just briefly.

With regards to these charts, the other additional issue is that they are absolutely incomplete in terms of purporting to represent everything the defendant said during this relevant time. They exclude many statements --

THE COURT: Wait, wait, wait. Did the charts say that? That this is everything every defendant said?

MR. REYES: It does not say --

THE COURT: If we did that, we wouldn't have a summary. We'd have --

MR. REYES: And my only point in saying that, Your Honor, is that if these charts are going to come in like this, we would like to reserve the right to amend our exhibit list quickly to make exhibits out of the evidence that's not purported here.

This is --

THE COURT: Well, I mean, I always assumed that was going to be your cross-examination.

MR. REYES: Absolutely.

THE COURT: Here's your summary, you left out this and you left out this and you left out this. I mean, I just assumed that was par for the course.

MR. REYES: 100 percent. If we amend the exhibit list, you know, the next few days, and I anticipate the government might object, I just wanted to preview that --

THE COURT: Well, I'm going to allow y'all to cross the summary expert, the timeline expert, whoever -- however you want to characterize him or her, with, you know, you left out this, you left out that. I mean, I'm assuming -- I mean, I've always assumed that was coming.

MR. REYES: Thank you, Your Honor.

THE COURT: All right.

MS. CORDOVA: Your Honor, before we move on, on the first page it says: Episode 332, Episode 397.

Did Your Honor make a ruling on that, whether that could come in? We think it's highly prejudicial and irrelevant.

THE COURT: Well, what do the episodes, Mr. Armstrong, what are they supposed to represent? Like all the trades in a certain stock?

MR. ARMSTRONG: No. So the episode tally was originally the 394 --

THE COURT: Well, let's either number them -- let me nip this in the bud. And it's going to actually be good.

I just tried a three-week trade secret case where, on the last day of trial, we figure out that the plaintiff's numbering system and the defendant's numbering system was different. And so when they were talked about trade secret number 1, the plaintiff was talking about one secret and the defense was talking about another. Let me tell you, that made the charge fun.

So I would do something, you know, simplistic but also neutral, that ties it either to the stock or to the count. So if it's a stock related to ONX [sic] or whatever stock, you know, just put -- instead of episode 20, just put the stock's name. And I think that's -- and then the jury can follow that.

And given this experience, I'll tell you I'm not going to formally tell them, but I will probably informally tell them as part of preliminary instructions that they may want to take notes that way.

Because when the jury got all said and

done at the end of this trade secret -- I mean, they were flipping notes. Because, you know, they took notes on trade secret 1, it turned out to be trade secret 4. You know, it was just a mess.

So my strong suggestion is that you -- let's label things on both sides with regard to the stock in question. Because the stock is tied to the count, except for the -- obviously the conspiracy count. And that'll make it a lot easier and it will solve the other problem.

MR. LIOLOS: Your Honor, just on that point, so you're aware, we have organized our exhibit list by that. So something that pertains to Count 2 is in a stack of GX 2A, B, C, D, E; 3A, B, C, D, E.

THE COURT: See, and I think that is fine. And that's neutral. The reference to the stock and an A, B, C, I don't think anybody can complain about that.

Let's take a lunch break. Let's be back at 2:00.

(Court in recess.)

THE COURT: All right. Be seated.

Okay. I do not know with respect to Judge Hoyt's courtroom, whose courtroom we're going to be using, if it has a lack of heat or not. But this

courtroom has traditionally been an icebox.

All right. I went over -- we've talked about Maria Garibotti, but in that same motion it addressed Peter Melley.

And, Mr. Ford, this is your motion. If you want to -- is there something about Mr. Melley that we need to address or is it the same issue?

MR. FORD: The same issues as raised in Mr. Rybarczyk's motion. So Mr. Rosen is going to handle that.

THE COURT: Okay. Way to throw him under the bus.

MR. ROSEN: Our objection, Your Honor, to Mr. Melley is very narrow. We don't think he's ever testified as an expert in this type of thing. He is a fact witness from FINRA. He typically testifies in many trials around the country as to certain terms, like stock or shares or exchange.

And we object narrowly to his definition -- some of the definitions that he has chosen to use, particularly related to pump and dumps. We believe that's a legal conclusion that someone has committed a crime and we don't believe it's proper testimony for an expert, and certainly not test -- not proper for Mr. Melley, who we have not discovered

anything that relates to how he could properly define a pump and dump.

We went through his trial transcripts from previous testimony. I didn't see any -- I reviewed them, like you did, in terms of searching, a control F for pump or dump and I haven't found anything.

But, more importantly, we also think that under 702, Mr. Melley's opinions as to what a pump and dump is are unreliable and likely to prejudice the jury.

For example, the SEC defines pump and dumps one way. They talk about false and misleading statements about a company, which results in frenzied buying, followed by a price that plummets when the hyping of stock stops.

FINRA also talks about this pump, followed by false and misleading statements about a company, followed by a subsequent dump of shares.

Mr. Melley sort of ignores those two agencies, says that a pump and dump is a stock manipulation scheme that attempts to boost the price of a stock or security through false, misleading, or greatly exaggerated statements; in other words, it's a pump and dump with no dump.

And so that's, you know, one thing to show

that this is not reliable testimony. Again, we have no beef with him testifying as to what a share is and certain simple things, but legal conclusions like pump and dump we believe are off limits, because they're way too suggestive and subject to too much -- you know, not enough rigor. Not enough -- under the *Daubert* analysis, not enough tested expertise as to what it actually is.

So I'll leave it at that. Unless you have any other questions, that's our objection to Mr. Melley.

MR. FORD: Your Honor, one issue to raise.

We addressed Ms. Garibotti and Mr. Melley in the same motion because of the causation issue. They have tucked in, after their, you know, pages of definitions he's going to give, a little line where they say he's going to testify that on days where, you know, these defendants bought or sold a stock, he noticed that the volume changed or that the price changed.

So, again, they plan to have him take the stand and give a correlation, which we are concerned will be confused with causation. So I understand that the causation motion is under advisement, but it's all part of the same pieces as concerns Melley.

THE COURT: Who from the government wants to respond?

MR. LIOLOS: I will, Your Honor.

Just to touch on that last point first, Mr. Melley is not going to testify about the defendants' trading conduct specifically. So I think that should eliminate Mr. Ford's concern.

THE COURT: All right.

MR. LIOLOS: As to his qualifications to testify and define pump and dump, the list of cases that is attached to his disclosure, I don't know how hard Mr. Rosen looked at it, but the *Gaito* case is the accountant for the infamous wolf of Wall Street, Jordan Belfort. You can't get more pump and dumpy than that.

Mr. Melley testified in that trial. Explained to the jury what a pump and dump is and the things surrounding it.

There are a number of other cases there in which he's done it, EDNY cases, Central District of California, case from 2019. He's testified in over 40 cases. And he estimates that about half of them have some variation of this.

To the extent that there is a disagreement in terms of how his understanding of the term, gained

from 30 years, give or take, investigating these types of things in the market, testifying about them, to the extent that there is a disagreement between that definition and what the SEC has offered, that goes to the weight and they're free to cross him on it -- they're free to cross him on his understanding of the term and how it's used in the industry, built up over his many decades of experience. It doesn't go to the admissibility of his testimony.

And to the point about it being a legal conclusion, he's not even going to be talking about their conduct. So it's not the legal conclusion under 704.

THE COURT: Okay. All right. I'm going to allow his testimony as narrow as it was just described.

But I will remind everybody that we're not asking the jury -- the jury will be asked zero questions about a pump and dump. So keep that in mind, you know, before we expend too much time and effort on that issue.

All right. Okay. Let's go to Document 541, which is Hennessey's individual motion in limine.

A new face.

MR. MURTHA: Yes, Your Honor. Mr. Murtha on behalf of Mr. Hennessey.

I'm happy to take them in any order you want, but I can start with Number 1 if you would like.

THE COURT: Go ahead.

MR. MURTHA: Your Honor, I know you've previously said that you recognize that there's not a fiduciary duty or some regulatory duty here.

We would ask also that the government not be permitted to assert that the defendants had any duty to alert their followers of any of their sales or their decisions to sell.

There is no duty that requires them to alert their followers that they were choosing to sell stocks. And any arguments to the contrary would be prejudicial and misleading.

Relatedly, we would ask that -- and we included this in our proposed jury instructions, that if there's going to be arguments about any duty, the jury should be instructed that they're only -- the defendants are only required to disclose information if they speak on a particular subject.

So it's not enough for the government to come up here and say -- or tell the jury that because they talked about stocks, they have to tell their

14:23:24 followers everything at all possible regarding stocks.

14:23:28 The law, specifically under *SEC versus* 14:23:30 *Mapp*, an Eastern District of Texas case, states that a 14:23:33 duty to speak the full truth is related to a 14:23:36 particular subject. So the defendant has to actually 14:23:39 speak about a particular subject before he can be -- 14:23:44 determined to be under a duty to provide further 14:23:46 information on that subject.

14:23:47 In the case of selling a stock, the 14:23:49 defendant would have to say something about, I intend 14:23:51 to sell a stock at some time and then potentially -- 14:23:55 we're not conceding that they would be under a duty, 14:23:58 but that's what *Mapp* would say. There could 14:24:01 potentially down the line be a duty.

14:24:03 So the government should not be allowed to 14:24:05 argue anything to the contrary.

14:24:06 THE COURT: Mr. Armstrong, do you have any 14:24:07 problem with that? I mean, it seems pretty 14:24:10 straightforward.

14:24:10 MR. ARMSTRONG: I was listening to it. 14:24:16 The only thing that we would potentially have a 14:24:18 problem with is the line about no duty to talk about 14:24:23 sales. That just goes hand in hand with the false 14:24:28 statements that we're alleging.

14:24:29 THE COURT: Well, and I -- the way I

interpreted what Mr. Murtha just said was that, you know, you don't have a duty until you speak on a topic. And once you speak on it, then you have a duty to tell the truth.

MR. ARMSTRONG: No issue with that.

THE COURT: And so with that exception, I'm granting the motion as far as arguing that Mr. Hennessey, or any of the other defendants, are fiduciaries or have some kind of legal, due to the SEC or some other law or regulation, duty to disclose.

MR. ARMSTRONG: We're not going to argue that.

THE COURT: Yeah. All right.

Mr. Murtha, you want to talk about the next one, presenting evidence or argument that's contrary to the SEC's definition of "long."

Is that really an issue here?

MR. MURTHA: So the government intends to present a contrary definition to long. So the SEC defines "long," and the government is going to --

THE COURT: Tell me how the SEC defines "long."

MR. MURTHA: So the SEC defines "long" as having a position in a security; meaning, that you own the security, according to the SEC's own website.

The government is going to call Mr. Melley and he is going to testify, contrary to that definition, that: The most common meaning of the term "long" generally involves a measure of time and refers to the length of time an investment is held.

This is a critical issue here because by creating a different definition, the government is going to attack some of Mr. Hennessey's tweets and state that he committed some fraud or lied to his followers because he used -- he was not telling the followers that he was intending to sell down the line.

The SEC's definition does not have a temporal requirement. Mr. Melley's definition does.

So a good example of this would be from the superseding indictment, the government alleges that Mr. Hennessey tweeted: I am long surf -- that's Surface Oncology -- at around 9:51.

He then states that Mr. Hennessey began selling shares at 10:04. So 13 minutes later. There is nothing wrong with that conduct. There is nothing illegal about that conduct.

But the government is going to have --

THE COURT: Tell me how you interpret your own client's use of the word "long" there.

MR. MURTHA: So Mr. Hennessey is stating I

own shares of Surf. I am long Surf. I own shares.

So when he tweets that at 9:51 and he does in fact own shares, there is nothing fraudulent. There is no lie there. He, in fact, owns shares.

Now, the government is going to have Mr. Melley state that there is some temporal requirement. They don't state what that temporal requirement is. The fact that Mr. Hennessey owned a share for even a millisecond, though, when he tweeted that, means that he was in fact long, according to the SEC's own definition.

And it should be noted that the SEC is the regulatory body that gets to decide what that term means. Congress gave the SEC the authority to regulate the stock market.

Mr. Melley is going to create -- or come up and testify about this temporal requirement definition, but he hasn't disclosed where he got this definition from. It's his own opinion that's in direct contradiction to the SEC.

So we would argue and ask the Court that Mr. Melley not be allowed to change the definition that the SEC has. If there's any definition of long that's provided to the jury, it should only be the one that the SEC has published.

MR. LIOLOS: Two points on this. The first is Mr. Murtha just stood here and said four or five times that there's no temporal aspect to the SEC's definition. That's wrong. It's quoted in their own brief on page 4.

The second sentence says: Investors maintain long security positions in the expectation that the stock will rise in value in the future.

It's right in the SEC's definition. It's right in their own brief.

To the extent Mr. Melley uses different language than that, it's on the basis of his 30-plus years of experience investigating these things in the market. They can cross him on how it's different, if it is at all --

THE COURT: What is his definition?

MR. LIOLOS: The most common meaning of the term "long" generally involves a measure of time and refers to the length of time an investment is held, along with another -- several other sentences of context that say, an investor goes long when the investor believes the stock's price will rise in the future, which is right in the SEC's definition, and the investor intends to hold the stock to realize that expected future price appreciation.

He's elaborating on the concept within the SEC's definition. It's not that different.

THE COURT: I'm going to deny this one. You can cross him on, that, counsel.

All right. The next one is testimony that the defendants profited -- and I think we've already covered that.

Basically, I'm allowing testimony that they profited on the stocks that are in the indictment. I mean, we've all gone through that. We've gone through the TD Ameritrade records and whatever. So that I think is coming in.

Then we get to the ones I -- really the one I was waiting for, "pump and dump" and "victim."

MR. MURTHA: Yes, Your Honor. So we would argue that pump and dump and victim, the government should be precluded from using these inflammatory and inapplicable phrases, as multiple people have already talked about.

The government has conceded that it does not have to prove that the defendants caused any inflation. So the term "pump and dump" is just simply irrelevant here. That part has already been discussed enough.

What I'd like to focus on is that multiple

14:30:37 Courts have ruled and held that pejorative terms, similar to pump and dump, should not be presented to the jury.

14:30:43 A pump and dump suggests that something nefarious, illegitimate and unlawful occurred without the government doing any of the work to meet its burden to prove beyond a reasonable doubt that a pump and dump or some unlawful activity occurred.

14:30:57 Courts have precluded the government or plaintiffs from saying terms like "shell company" or "hate crime," or most relevant for us, "Ponzi scheme" or "Enron," for the very reason that it's prejudicial, misleading. It's not requiring the government or the plaintiff to carry their burden. It's simply something to try to prove the point without actually putting forth any evidence.

14:31:21 The government tries to argue that essentially defendants opened the door to these terms by using terms "pump and dump" themselves. But it's -- the government is stretching the point here. As I think Mr. Ford referenced earlier, the phrase "pump" simply means -- it's like cheerleading. So for me, a Dallas Cowboys fan, I'm pumped up when they play, although they usually let me down. It's the same thing when they're tweeting about pumps.

It doesn't mean that they're admitting to any illegal scheme or using the term "pump and dump" in some legal sense. Pump is pretty much synonymous with cheerleading or cheering on a stock.

So the fact that they use it in their own tweets does not mean that they have admitted to anything unlawful or that the government should be allowed to use that phrase. In fact, the government shouldn't because of its decision to concede causation.

Similarly, the term "victim" should not be used. The government is obviously free to call alleged victims and have them testify. But it should not introduce them as victims. It should not claim that they are victims.

Victim automatically denotes that someone has been harmed by a crime. A crime has not been proven here. The government has the burden to prove that and they should not be allowed to label somebody a victim, tell the jury in opening statements that they're going to bring victims in front of the jury or anything like that. They need to meet their burden and use the evidence to do it.

THE COURT: Okay. All right. I'm granting your motion as to the word "victim," but

denying it as to "pump and dump."

MR. MURTHA: Thank you, Your Honor.

Ms. Cordova is going to take on the remainder of these arguments.

THE COURT: All right.

MS. CORDOVA: A tough act to follow, but I'll do my best.

THE COURT: We're to the stocks outside of the top 54.

MS. CORDOVA: So, Your Honor, the government charged 19 counts, substantive stock fraud counts. The government is attempting -- initially attempted to expand the indictment substantially to 397. And then it says, no, we'll do 54 episodes.

But our position is that even those 54 episodes are outside the terms of the indictment. Outside of what the grand jury indicted.

And as we articulated in our first motion to dismiss Counts 8, 9, and 11, the false statements that constitute a securities fraud charge are essential key facts to a securities fraud charge.

And so those key facts have to be found by a grand jury. They cannot be constructively amended by the government to expand an indictment and include more than the 19 counts alleged in the indictment.

And that is what the government is trying to do.

So our position is that nothing should come in beyond the 19 charged counts. And to the extent Your Honor allows that, it certainly should not go beyond the 54, because that would be unfair surprise and unduly prejudicial.

THE COURT: All right. Mr. Armstrong or who from the government wants to...

MR. ARMSTRONG: I mean, Judge, I think we're actually in agreement, that we're not going beyond 54.

In fact, I'll be terribly surprised if we get into all 54 at trial. We're going to be as efficient and direct as possible. And so we just need to have the latitude going on the front end as to that corpus of 54.

MR. FLEITES: May I be heard, Your Honor?

THE COURT: Yes.

MR. FLEITES: Carlos Fleites on behalf of Mr. Hrvatin.

This issue is particularly important with regards to my client as he's only charged in two of the 19 counts. But of the 54, I believe 20 involve him.

So by that rationale, very little of what

the jury -- I'm sorry -- what the grand jury charged is part of what's going on. But to allow all those other counts would be a lot of information that wasn't charged and it hurts him specifically.

MR. WILLIAMS: Your Honor, this particular part of their motion implications -- this part of Mitchell Hennessey's motion implicates at least three other pleadings that have been filed, both by myself, Mr. Constantinescu, and then another by Mr. Hennessey.

If you'd like to address the extraneous episode question at this time, I'm ready to do that.

THE COURT: Well, quite frankly, I was going to put it off till tomorrow, but let's do it now.

MR. WILLIAMS: Okay. So as Your Honor has heard, initially the government started with 397 episodes.

At some point, they pared it down, using their parlance, to 19. Because there are only 19 stocks charged in the indictment. We've objected to anything beyond those 19, the additional 35 under 403 and 611.

Now, this is going to lengthen this trial substantially and unnecessarily and improperly. And the reason why, it's important to think about it in

terms of the original 19 is 19 is a lot. This.

Is not an indictment that charges securities fraud with respect to one stock. And then they say, oh, it's just a one-off and then the government would come back and say, no, it's not, let us show you some others.

They've charged 19 substantive counts, most of which impact many defendants beyond just those charged.

For example, my client's charged in six substantive counts, but he's implicated, if you look at page 1 of Dr. Garibotti's summary charts, in 17 of the 19.

Now, that Government Exhibit 2A through whatever, through 55, that's 145 government exhibits, so seven on average each.

My client -- I can't speak to everyone else's -- but for the substantive counts, we have more than 200 exhibits dealing with those same 19 episodes.

Once we move beyond that and we start talking about 35, the additional 35 and the 19, then that's Government's Exhibit 21 through 55, for a total of 101 additional exhibits. And, remember, many of these are dozens of pages.

For example, the Garibotti summary charts.

14:37:51 There is one of those for every single of the 54 episodes. Dozens of pages. Some of these episodes go 100 days. Some are one day. But most of them are weeks at a time, months at a time. And that's an average of three each for the extraneous.

14:38:07 Now, they don't use the same exhibit protocol with respect to the extraneous. So, for example, there's a volume price chart that's usually the first exhibit, then there's the Garibotti chart, then there's a post and volume chart. And then there's some individual tweets and Discord messages when you look at the first 19 exhibits of the episodes of the government's exhibits.

14:38:29 As they trickle into the next 35, there are some variation of those -- of that combination. There's very rarely all of each. In many cases, as my colleague pointed out, there is really just only the Garibotti chart.

14:38:42 Each of these episodes involves different combinations of defendants. Different time periods. Obviously different tickers. And so they're not intertwined. They're different stocks, different time periods, different combinations of defendants. So they're extraneous acts.

14:38:59 But they're unnecessary and they're

cumulative. Remember, this isn't something that we could say is a one-off, it's one stop. The government has addressed -- excuse me -- charged 19 episodes in the indictment.

If they can't prove it with 19, why should we give them an additional 35? The jury is either going to get it at the end of 19 or they're not.

And so this is where 403 comes into play, because it's time wasting and it's cumulative and it will confuse them as to the 19 charged.

And Your Honor has the discretion and the authority, under Rule 611, to limit evidence and to control the presentation of the evidence to avoid exactly those problems.

And I know others would like to speak on this in particular but, Judge, this goes towards what you said was the most persuasive thing you heard earlier. How do we shorten this trial?

We're talking about 19 mini-trials of 19 stocks with an overarching conspiracy. That's complicated enough. That's hundreds and hundreds of exhibits just from the government and my client alone.

That's hundreds, probably thousands of pages, once you actually look at those charts. Where people are going to be cross-examining Dr. Garibotti

or others about different things that we heard about, whether it's a -- you put an order in and then it's filled across, you know, dozen of sellers. So you're going to have lawyers cross-examining, as is their right to confront and cross-examine Dr. Garibotti and others, over these dozens of page exhibits, across a dozen and a half stocks. That's going to be our summer. We add 35 to that, we're here for Christmas.

THE COURT: No, it's not.

MR. WILLIAMS: Your Honor, I hope you're right. But I really want to emphasize that when you look at the volume of exhibits that you have before you that have been prefiled by these defendants, look at the volume that address just the substantive counts. The government's. It's not just Exhibit 1 to 55. It's 1 and then the letters of the alphabet. 2, the letters of the alphabet; 3.

And to rebut that, each defendant -- each count as unique to them or their alleged involvement in it or it shows up on Garibotti's chart, has to deal with that. That's a mini-trial on each of these tickers. 19 is plenty.

Thank you.

MR. FORD: Just -- I do this only because I think it will be helpful. The 19 substantive

charges are violations of 1348. The conspiracy charge is a violation of -- alleged violation of 1349.

If you just read that, it says right in the indictment that the foundation of the conspiracy are those 19 charges. That's it. It's limited to that. That's what the grand jury indicted on. There is no reason to discuss any stocks beyond that.

The reason this is relevant under 18 U.S.C. 371, which we all frequently operate under, it's a generalized conspiracy statute. It permits the government to bring charges of conspiracy based on wrongful or unlawful conduct.

The plain text of 1349 only permits a conspiracy when the object was a violation of 1348. Therefore, in order to have brought it, they need to have alleged and subsequently proven at least an attempt or some agreement to violate that specific statute, which is to commit securities fraud with regard to a registered stock.

This isn't an 18 U.S.C. 13 -- 371 case. It's an 18 U.S.C. 1349 case. They cannot back-door this evidence in this particular context under this statute.

THE COURT: Anybody else from the defense want to weigh in before I ask Mr. Armstrong to...

What say the government? Why do I need 54?

MR. ARMSTRONG: Judge, like I said kind of at the jump, we do not intend to walk through 54. We have to have the flexibility to make these calls as we see them as evidence comes in.

THE COURT: Why are they relevant? The unindicted ones.

MR. ARMSTRONG: Each one that we intend to offer does work for us. I can give Your Honor comfort with that. I think that Mr. Ford's point was a good one. You know, they are charged in a conspiracy. And so they have to be partners in a crime with each other.

And so some of these extrinsic or other episodes that we intend to offer at trial show them doing just that. So, for example, we have examples where Mr. Hennessey is coordinating with Mr. Constantinescu. They're not charged in a substantive count with that kind of behavior, but it does provide explicit meat to the bones that proves up the conspiracy for why they are in fact charged together.

So there are lots of examples like that where they're going to argue, oh, well, you didn't see

any evidence that these two were actually doing this together, but those other episodes prove that point exactly.

And so, number one, they prove the combinations. They prove that they were doing it together. And they also prove that this was not a mistake. It was not an accident. It proves their fraudulent intend, which if Your Honor gets past the point that they're not extrinsic, it certainly is admissible under 404(b).

THE COURT: All right. I'm denying the motion in limine on this point. But in doing so, let me add one point. And maybe it's a point I've beat into the ground, so I shouldn't be doing it, but I am going to do it anyway, is that no juror is going to sit through all this and listen to all this. I mean, you can have 20,000 pages of exhibits. And if you think a juror is going to sit down and read all 20,000 pages, it ain't going to happen.

And so I urge all of you to really think about a succinct way you're going to present your case that's, you know, does what you need to do, but keeps the jury interested, keeps them following the evidence.

I mentioned that trade secret case the

other day or this morning. And I gave them the same lecture I'm giving you guys. I thought they put in way too many exhibits. I mean, we had like 1,000 exhibits.

And I know sometimes you just feel like, okay, I've got my summary chart, but I need to have all the underlying stuff in to evidence so the summary chart's good. Fine. We'll do that.

But trying to use that and trying to have the jury follow that is crazy because they're not going to be able to do that.

And, I mean, I have toyed with several aspects of this. One of which was probably obvious from where I opened this morning is that I've been looking seriously at the charge and how the charge is going to read.

And then the other thing is, I've looking at this issue, thinking of the time involved in this and what constraints I can put on the time without impinging either side.

And I'm not convinced yet that I cannot give each side -- all sides -- certain time limitations. And I may very well do that.

And so while I'm not granting the motion, because I do think there is going to be relevance to

some of that testimony, or at least could be relevant, don't be surprised if before we start trial that I, you know, impose on everybody some kind of trial limit -- time limitations.

Yes, it's 19 stocks. Maybe 35 more. But even if you buy the government's case, it's one scheme. I mean, it's the same scheme over and over again.

I mean, so, you know, it's only going to take one time to educate the jury from the government's standpoint. And it's really only going to take one or two times, from the defense standpoint to, you know, try to destroy the government's education of the jury and reeducate them. And after that, it's going to be the same thing over and over again.

So I'm putting that in as a caution. That even though I know you've been telling me that it's going to last a long time since we first met, but I'm also telling you that I haven't bought into that yet.

And especially when I have to look 160 jurors in the face and tell them how long we think this trial is going to last. You know, we might not be able to empanel a jury anyway.

All right. The next one, counsel, is

false statements that aren't on the list provided by the government.

MS. CORDOVA: Your Honor, this is similar to the last motion in the sense that these false statements are obviously critical to the charges. And so, therefore, each one of these defendants oftentimes would have tweeted maybe 100 times about a stock.

And so, as Your Honor required the government, in, I believe it was June of 2023, to provide these false statements, we would request that the government be limited to those alleging that those are arguing that those were the false statements and not be allowed to change its argument and pick other statements and say, oh, no, these are the false statements.

That's what we're trying to avoid here, is they've identified the false statements, those are the false statements, those are the key elements of the charge of securities fraud.

And, therefore, the government should be limited to arguing at trial that those statements that have already been disclosed are false.

MR. ARMSTRONG: Your Honor, this is fantastically ironic. They have moved to exclude us from focusing the jury's attention on those specific

false statements that, in Ms. Cordova's own words, are the foundation of the charge and foundation to elements.

And so now, because we have taken out the key or the legend that proves out which statements we're going to actually be alleging to be false, the jury, in Ms. Cordova's own words, is now left to wander in the abyss as to which of the 100 are actually at issue, which is why we color coded it in first point and why we would re-urge that point before, Your Honor.

THE COURT: Well, no. I'm not changing my mind.

MR. ARMSTRONG: Okay.

THE COURT: But, yes, I am granting the motion in limine on that point.

Now, having said that, if you have the right witness, who knows what they're talking about, I mean, you can get up there and say which of these statements is false? Well, this one is true but this one isn't. I mean, you clearly do that with an appropriate witness.

MR. ARMSTRONG: Okay. Thank you, Judge.

THE COURT: I'm not permitting the government from pointing out which statements they

think are not true.

MR. ARMSTRONG: Had to try again.

THE COURT: Okay. The next one has to do with undisclosed co-conspirators.

MS. CORDOVA: Correct, Your Honor.

The government has repeatedly refused our request to identify any alleged co-conspirators in this case. And, therefore, we would request that they not be allowed to present any alleged co-conspirator or unidentified unalleged co-conspirators that they then, for purposes of trial, allege to be a co-conspirator for purposes of introducing a statement.

But we would just request that, before they're allowed to argue in front of a jury, present any evidence in front of a jury, about an alleged or newly alleged co-conspirator, that -- that a James hearing held before that is allowed.

THE COURT: Okay. I'm granting that.

The next one is about Government Exhibit 1, which we've already talked about it.

And then we get to audio recordings of conversations that Mr. Hennessey was not a part of and were not made in furtherance of the alleged conspiracy.

MS. CORDOVA: Your Honor, this is a hefty part of our motion. And I don't know if you want to handle it now or when we go through the exhibits. I think this is something that has already been addressed somewhat in the hearing today. But I'm happy to address the arguments now or --

THE COURT: I think both 9 and 10, the last two, this one and the authenticity issue, we'll take up exhibit by exhibit.

MS. CORDOVA: Yes, Your Honor.

THE COURT: Okay. Let me flip over to Mr. -- this is Document 542, Mr. Constantinescu's motion.

Mr. Ford, do you want to -- we haven't done this one, have we? 542?

MR. FORD: Your Honor, we believe it would be more efficient to address these arguments as we go through exhibit by exhibit.

THE COURT: The exhibits? Yeah, a lot of these, when I took a look at them, I thought this isn't a motion in limine, this is an objection to an exhibit. Okay.

MR. FORD: The goal was to expedite trial so we weren't having sidebars.

THE COURT: No, and I agree with that

part.

Mr. Fleites, this is Mr. Hrvatin's motion in limine. This is, counsel, 544. And it's actually much shorter. Now the two exhibits you object to, we'll take those up when we go through exhibits. But then we have two categories, the first one being extraneous crimes.

MR. FLEITES: Judge, if I may. Could I ask for just a moment? I need to pull it up. I have the wrong one.

MR. ARMSTRONG: I'm sorry, Your Honor, what number was it?

THE COURT: It's 544. After that, I'm going to take up Mr. Cooperman's, which is 546, so...

MR. ARMSTRONG: Thank you.

MR. FLEITES: Yes, Judge.

This pertains to Government's 233 and 234. I think those might be better handled as well when we go through the exhibits, Your Honor.

THE COURT: Okay. But tell me, what extraneous crimes are we worried about Mr. Hrvatin having committed?

MR. FLEITES: Well, Judge, a lot of these conversations take place between the two individuals -- there's many individuals, Judge. And

they reference different stocks, stocks that weren't traded. And as such, they should be excluded.

But I think, Judge, I can probably shed some light on it a little bit better when we go through the exhibits.

THE COURT: Okay. But, I mean, we're not -- the government is not going to trot out like a bank robbery conviction or something that has --

MR. FLEITES: I would hope not, Judge, no, that's not what I'm referring to.

THE COURT: That's what I mean. When I read this, that what I'm thinking.

MR. FLEITES: No, Judge. That's not where we're going with it.

THE COURT: Okay. All right. And what about the Twitter messages between Mr. Constantinescu and Mr. Hrvatin a year prior to everything?

MR. FLEITES: Yes, Judge. I think a part of that is it's outside the scope.

THE COURT: Are those the same exhibits?

MR. FLEITES: Yes, but it's outside scope is the gist of it, but I can get into it further when --

THE COURT: All right. Let's do it with the exhibits, then.

All right. Let me go to Mr. Cooperman's, which is 546.

MS. EPLEY: Yes, Your Honor. I think the first one has already been addressed, in regards to motion in limine already addressed by the Court today.

And 2 and 3, as I understand it, are not being objected to by the prosecution.

THE COURT: All right. 2 and 3 being the divorce and immigration status?

MR. ARMSTRONG: Yes. Thank you.

THE COURT: Okay. They're granted.

MS. EPLEY: Thank you.

THE COURT: Let me backtrack. Because my ace law clerk tells me I skipped one.

543 is another joint motion from the defendants. The second joint motion.

MR. WILLIAMS: Your Honor, Mr. Williams for Mr. Rybarczyk.

A number of these matters, I believe, have already been covered, so I think we can work through it pretty quickly.

The first category of undisclosed statements really relates to any undisclosed statements by any defendant, whether post-arrest, which is A; B, any other statements that haven't been

disclosed in discovery.

The goal here is just to eliminate the possibility of surprise. And then, again, alluding to what others may have -- on D, hearsay statements, that what others may have told the defendants or what have you, I think we can pass that. I'll strike D for right now. I think that's going to come up on an exhibit-by-exhibit basis. It's like --

THE COURT: So let's stop with 1. 1A through C --

MR. WILLIAMS: A and B are no surprise.

C, I think we can deal with on an exhibit-by-exhibit basis, because it deals with authenticity. The same as D.

But A and B are just no oral or other statements by defendant that haven't previously been produced in discovery.

THE COURT: All right. I'm granting that.

MR. WILLIAMS: Category 2 is on extraneous offenses or other bad acts. I believe Tommy Cooperman's counsel addressed what I think is covered by A and B. Some other arrest, some other crime, no bank robbery, no allegations of whatever that is, other than that's what in the indictment.

C, we've covered previously today, so we

14:59:23 can pass that.

14:59:29 D, I think again is, you know, covered by
14:59:30 Cooperman.

14:59:30 And then E we have not touched on. And
14:59:33 that is the -- that the defendants have been sued by
14:59:35 the SEC civilly. We don't think that's relevant to
14:59:38 this trial.

14:59:40 THE COURT: Okay. I'm granting that.

14:59:45 MR. WILLIAMS: Okay. If you're ready to
14:59:46 move on to Category 3, I can -- the simplest way to
14:59:47 describe that is that the government has designated
14:59:54 two experts, which you've heard a lot about today,
14:59:56 Dr. Garibotti and Mr. Peter Melley.

14:59:58 What we're concerned about and what this
15:00:00 portion of the motion attempts to address is concerns
15:00:03 about back-door expert testimony from lay individuals
15:00:07 about, for example, you know, Special Agent Hale, who
15:00:11 was intimately involved in the investigation of this
15:00:13 case and may be a witness for the government attempts
15:00:17 to testify as an undesignated expert about securities
15:00:20 fraud investigations based on his training and
15:00:22 experience, what the defendants knew or should have
15:00:27 known or ought to have known, or characteristics of
15:00:29 how day traders or markets act, operate, or behave.

15:00:32 If that's properly the subject of an

expert designation, as we've seen with the FINRA employee Mr. Melley, we don't think that that an agent or a layperson should be able to testify about how day traders or markets, operate or behave.

They can testify how they behaved as a day trader, because that's just what they did. But not as generally what -- how day traders behave or how the markets operate.

Again, and then the speculation -- speculative of what defendants knew or should have known would be just be speculative in addition to being improper.

THE COURT: Okay. I'm granting that in general for, number one, undisclosed experts.

MR. WILLIAMS: Okay.

THE COURT: And, secondly, for disclosed experts, I'm granting it as to things outside their report and disclosed expertise. Obviously that goes both ways.

MR. WILLIAMS: One area that I believe I should bring highlight is subject 3(d) on page 3. And this is about social media.

This is a social media case. And causation has been talked about. But this issue specifically is an area of particular concern because

Your Honor and the jury are going to hear evidence of the number of social media followers each defendant has.

There is no expert testimony, there is going to be no evidence of the impact that any tweet had -- in other words, just because someone has 300,000 Twitter followers doesn't mean they all saw a particular post. It doesn't even mean they're all real people or that they liked it or that they took action on it or that the action they took on it was stock trading or that, if they did trade, that they traded in accordance with the defendants' supposed recommendations -- in accordance with the defendants' alleged recommendations.

In other words, you can't say who was watching it, what they thought about it and what they did about it. Let alone -- and so that 300,000 followers could ultimately mean zero did what any of these people supposedly recommended. It could be five, it could be 50,000.

But there's no evidence and there's no expert testimony of the actual impact. And instead what we're going to have is this implied theory that because they have a lot of social media followers therefore, some subset, some large subset took action

based on it.

We will hear individuals, I anticipate, as government witnesses who may I saw it and I followed it. And we've had discussions about that. Your Honor may choose to admit that. But speculation about what the other 299,999 did is inappropriate.

And that would probably be the subject of expert testimony and we don't have that designated or the backup data.

THE COURT: Okay. To the extent that I've already ruled, I'm including that in my ruling.

MR. WILLIAMS: Thank you.

I'm going to pass on F.

Finally on 5, on improper requests and comments, these are just general trial things without reference to specific pieces of evidence; is that, you know, a defendant -- and this could work both ways, Your Honor, that we be requested in the presence of the jury to stipulate to the existence or nonexistence of something. That's a discussion to be had outside of the jury's presence.

And sometimes that's helpful and we've engaged in those discussions, but they shouldn't happen in front of the jury.

THE COURT: No, I agree with that. And

I'm granting 5 on all the subparts. But obviously what's good for the goose is good for the gander.

MR. WILLIAMS: Absolutely.

THE COURT: You know, you guys can't do that to the government either.

MR. WILLIAMS: My hypocrisy doesn't go that far.

Hypothetical questions, Your Honor, this gets into the, well, what would you expect they do. We do you think is appropriate.

We don't think hypotheticals from witnesses are appropriate. They're speculative and they're not admissible. And so we'd rather just cut down on that.

THE COURT: Well, I'll grant that as to fact witnesses.

MR. WILLIAMS: Finally, on 7 -- and to make this clear, we don't want hearsay from the event that someone testifies and says, well, Tommy Cooperman and Edward Constantinescu, you know, they're drinking buddies or they're buddies or whatever that is.

Now, there may be exhibits, such as Government Exhibit 1, where there may be some photographic or other evidence of that, the existence of communications between two or more co-defendants.

But speculative hearsay from a fact witness or what have you is inappropriate unless they have personal knowledge of the existence or the extent of a relationship between two or more defendants or unindicted co-conspirators, et cetera.

THE COURT: I'll grant that.

MR. WILLIAMS: Thank you.

That's all I have for this motion, Your Honor.

MS. EPLEY: Is it worth telling Your Honor they're not really drinking buddies, so that doesn't stick in your head?

THE COURT: I don't hold that against people.

MR. ARMSTRONG: Your Honor, just some points of clarification, because you were going pretty fast. I want to make sure that we understand what's actually going on.

So on page 3, the undesignated expert testimony. You know, we don't anticipate having Agent Hail, you know, talk generally about his experience in the markets or anything like that, so we're on all fours with Your Honor on that.

But he is -- I think it is fair game for him to be able to interpret terms and explain terms to

the jury based upon his personal experience in this case. So I just want to make sure that we're on the same page with Your Honor about that.

THE COURT: Well, if it's something he's -- did or did to investigate the case, I think he can do that.

MR. ARMSTRONG: I just want to make sure.

THE COURT: But if it's some kind of technical term that actually get into an expert realm and he's not designated as an expert, he can't do that.

MR. ARMSTRONG: Okay. On D, testimony of the impact of social media posts. Kind of in the same vein. We do plan to elicit testimony from the co-conspirators, the defendants' partners in crime.

And they're going to give lay opinion testimony that's rationally based on their own perceptions as to what they perceived to be happening in realtime.

So, for example, when they perceive the tweet to be coming out, they themselves believed that it had this impact and they could see it. And they, in fact, traded for that reason around it. So we're not going to coach that as expert. I'm not going to be offering it as expert.

I just want to make sure we're on the same page about how we plan to offer some parts of this kind of testimony.

THE COURT: Well, I think they can testify as to how they perceived it.

MR. ARMSTRONG: Exactly.

THE COURT: And if they were involved in, you know, the social media tweets or whatever, they can say here's why I did it.

But I think Mr. Williams' point was, you know, they can't get up and say, well, you know, 10,000 people saw this because they don't know that. There's no way they could know that. I mean, unless they have some proof that I don't think they have.

MR. ARMSTRONG: No. We're not going to get into that degree of specificity.

THE COURT: But, I mean, they can testify as to their role and what they knew from personal knowledge. But I'm not going to let them speculate beyond that.

MR. ARMSTRONG: Understood.

Hypothetical questions. Hypothetical questions, number 6 on page 4. I think it is fair game to offer hypothetical questions to the victim witnesses.

So, for example, would it have been important for you to know that defendant insert whoever was selling at the same time he was --

THE COURT: I'm not exactly sure that's hypothetical. But, I mean, that I think you can ask.

MR. ARMSTRONG: Okay. And then number 7, just to make sure we're on the same page. It was unclear as to the scope. I think we're going to have, again, co-conspirators testify that all the defendants generally were friends. And so they can talk about that through the lens of their own personal observations.

THE COURT: Through their own personal knowledge they can talk about it, but don't -- you know, Bob told me that Harry and Joe used to drink together is out.

MR. ARMSTRONG: Agreed. Thank you, Judge.

THE COURT: I think that gets me to 547, which is Mr. Matlock's individual motion in limine.

MR. REYES: Your Honor, I believe it was 545. I don't know if we -- we're going to defer that to the exhibits anyway, 545, but it was about --

THE COURT: Hold on. Let me see. I'm going via my notebook. And 545 is in a different notebook.

MR. REYES: No problem, Your Honor. We were -- that's about Exhibit 7 of the government's proposed exhibits. And so we were going to defer that anyway.

THE COURT: Okay.

MR. REYES: 547 is about irrelevant statements. We consider irrelevant statements made by Mr. Matlock. Best way I'd like to describe this, Your Honor, is starting with the superseding indictment. In the superseding indictment, the -- I think on the first page, the government lays out a scheme. And the scheme is that the defendants allegedly bought, they then allegedly said pumping statements -- or said something. And then sold.

The statements I'm referring to in this motion in limine were not made at any time by Mr. Matlock between the time he bought and sold his position, the vast majority of his position.

And so we consider the statements, after he had already sold his position, to be outside the scheme, outside the superseding indictment and the scope of it. Not only did he have no position, but neither did any of the co-defendants or alleged co-conspirators.

So, ultimately, the statements made after

15:11:02 he sold, in our opinion, are not relevant. They're not in furtherance of a crime. And he can have no intent to deprive, as *Ciminelli* requires deprived property -- can have no intent to deprive property or gain any benefit from making these statements if he's not longer in the stock.

One way to put it, Your Honor, is you can't rob the bank if you've already left the bank. And so we consider these -- we'd ask that these statements outside the scope be excluded.

THE COURT: I'm looking at the first page of 547. Is that one of them?

MR. REYES: Yes, sir. That is one of them. So that statement occurs after -- and this is according to the government's own evidence, even in the Garibotti report, after the defendant has sold all but -- to be clear, and for the record he does have six shares left, which he then sold.

But, again, Your Honor outside the scope. He cannot in any way gain any benefit from allegedly moving the market here, nor could any of the co-conspirators.

At that time, no one had any stock. Whether or not or what's said in this statement, even though he is admonishing folks and he is telling

people to trade their own plan, but has no relevance as to any kind of probative value as to the furtherance of a conspiracy.

For those reasons, we move to exclude these statements, Your Honor.

THE COURT: Mr. Armstrong?

MR. ARMSTRONG: Your Honor, this one is kind of funny. I've got to chuckle.

Ms. Kim, can you please pull up Government's Exhibit 4B at page 38. Ms. Kim, if you could, please, blow up line 404 through 412, please.

And so, Your Honor, line 409 is the operative false statement that Mr. Reyes is talking about.

And Mr. Matlock is saying: CBAT, if you want my plan, I will hold and down to the $8 area -- literally in the midst of selling out his entire position.

He says: I'm willing to take that risk. Again, a false statement, because he's not willing to take that risk.

I have $2.1 million in it now. Again, false statement because he's not in it. He doesn't have $2.1 million in it.

And I want 12 to 15. Again, he's

basically sold out.

And so this is literally five or six false statements just in one Twitter post. And it shows the cover up and it shows the scheme in action.

THE COURT: I think it's timing that counsel is complaining about.

MR. REYES: That's right, Your Honor.

MR. ARMSTRONG: Yes, Your Honor. It's part of the cover up.

What do you need?

THE COURT: I was looking for my indictment, my copy of the indictment. It's wandered away. There we go.

Go ahead.

MR. ARMSTRONG: Yes. So the timing, actually, is absolutely critical. Because it's part of the cover up. He's giving all of his followers confidence that he's still in the play. And that the play still has legs, when he obviously does not believe that himself.

And so it's part of the cover up to suggest to followers, hey, I'm in this with you guys, you know, we're all in this together, we're a family trading together, when the facts just belie any suggestion that that is actually true.

MR. REYES: Your Honor, to what end? I mean, this goes back to the second part of the analysis that we were talking about earlier this morning. He can gain nothing from this. There is no deprivation to be gained from this. He has zero interest at that point or benefit for making the stock go up.

Whether he was accurate or not -- and, by the way, he had within the hours paid $2 million into this stock. And that's also shown on Garibotti's own reports.

It's irrelevant. It's after he's out. I mean, what if he made the statement ten minutes later or an hour later? He's out of the stock. He can't gain anything from it.

THE COURT: Well, doesn't he -- I mean, doesn't he still sell some stock after he makes the statement?

MR. FORD: No, Your Honor. This was why I spent so much time with the Court on this presentation. This is not a cross issue. Mr. Matlock, who made millions of dollars as a successful stock trader, did not trade one or two shares. He entered a large order, which was then filled. By breaking up the fill, it allows the

government to insert this statement as if it's occurring when he's taking actions on either side of the statement, when he is most certainly not doing that and I --

THE COURT: Well, what about the alleged falsehood of the statement that I will hold? He's not holding, he's selling. He's sold out, according to you.

MR. FORD: I don't know what he's done because I have to look at his actual trade records that show when this action occurred as to where it was filled. But If you look -- if they blow up right underneath, Mr. Matlock buys immediately afterwards.

MR. REYES: And, Your Honor, I mean, he actually bought back $250,000. The idea that -- within the next day.

The idea that, again, what he says at one moment -- it's surrounding by these sell blocks created by the government is not exactly reflective of when he actually sold.

To Mr. Ford's point, he was out of the stock. I mean, it got filled -- by the way, it was six shares that was left. But it got filled and he was out.

But, again, he has zero, zero -- there is

absolutely no intent to deprive anyone by making these statements. And they're outside of the time of the stock that he was in it.

In terms of the confidence of the statements, it's right there. He bought it back again the next day.

And, you know, whether he changes his mind on what he was saying or whether he was not totally accurate, still, absolutely outside the scope of the scheme. This is what would be called a dump, then a pump, which I didn't find any cases -- this is the old dump and pump.

And I don't know that I've ever seen any case go forward on those kinds of facts.

MR. ARMSTRONG: Your Honor, we're going to have testimony from partners in crime who are going to talk about the importance of these kinds of tweets and how they gave investors and other followers confidence in the plays and projecting the air of we're all in it together.

There's no requirement that every single statement have to deprive someone of their money. But this is obviously part of the scheme that we charged. We even alleged cover-up statements like this in the indictment.

THE COURT: Okay. I'm denying the motion in limine on this.

MR. REYES: Thank you, Your Honor.

THE COURT: I think we have one more of your client's. And this is more of a general one.

MR. REYES: Your Honor, I'd like to introduce the Court to my colleague, Alex Brown, who also represents Mr. Matlock. He's going to cover this next one.

MR. BROWN: Good afternoon, Your Honor.

This motion in limine is, as you mentioned, sort of a general motion in limine, that covers -- and do you have it?

THE COURT: I have it right in front of me.

MR. BROWN: Okay, great.

It covers, you know, the usual prior criminal history, prior civil suit that I believe was actioned in this court.

And then we also have two in here, testimony exclusively through witnesses. And Government's Exhibits Number 4 there, requesting counsel be prohibited from commenting on government exhibits that haven't been previously supplied.

Now, that's a little bit less relevant in

a case like this, where we're going through all of these exhibits beforehand. But that's really just an opening statement, making sure that we have what's going to be shown during their opening statement, if anything. And then restricting counsel -- back to Number 2, from alluding to facts or exhibits which could only come through sworn testimony without those people testifying beforehand.

So I don't think much of this is at issue. Some of it's already been covered today.

THE COURT: Does the government object -- this is Document 548 -- to any of these?

MR. ARMSTRONG: I don't believe so, Your Honor.

THE COURT: All right. I'm granting all four of them.

MR. BROWN: Thank you, Your Honor.

MR. ARMSTRONG: Your Honor, the only caveat to that, I'm not really sure what Number 2 even means.

THE COURT: Well, I was looking at that as well.

Mr. Brown?

MR. BROWN: Yes, Your Honor.

THE COURT: Restricting counsel from

15:20:44 alluding to facts or figures or exhibits which could only come from fact finders' attention to the sworn testimony.

MR. BROWN: Just restricting counsel from talking about exhibits that haven't been previously admitted or shown to the jury.

THE COURT: All right. That I'll grant. Okay. But I think which could only come through sworn testimony is exactly what he's supposed to be talking about.

Mr. Reyes, was there something else?

MR. REYES: If we were moving to 549, I was just going to advise that we can take that up with the exhibits as well.

THE COURT: 549?

MR. REYES: 549.

THE COURT: All right.

MR. REYES: It's about Exhibit 70 of the government's. And we can do that then.

THE COURT: So let me go back, though. I'm still -- I don't think we've --

MR. REYES: I was just going on the presumption. The last one was 548.

THE COURT: Yeah, but unfortunately -- I'm trying to reach back and pick some up.

MR. REYES: Yes, Your Honor.

THE COURT: Let me shift gears and go to 551, which is the government's motion to exclude expert testimony. Because I think the rest of the defendants that have outstanding ones that we haven't ruled on are very exhibit specific.

MR. LIOLOS: Thank you, Judge.

We can walk through the specific disclosures line by line if you want to. But there is some sort of broad brush points, arguments that repeat throughout that we think are not appropriate testimony, particularly in light of several of the general motions in limine that we filed and a lot of the topics that we've discussed today.

One example would be a bunch of expert testimony about irrelevant securities regulations that apply to other types of investors or brokers or things that aren't at issue in this case that permeates a lot of the expert disclosures. I don't think it's relevant to anything. I don't know why they'd be testifying about it.

Another topic are testifying that something is an opinion that the defendants hold. They don't have a basis to testify to what the defendants' opinions are. That's back-dooring in

their state of mind. That's hearsay. The only way they can know if it's their opinion is talking to the defendant. So it's trying to have an end-run around the defendant testifying and putting it in the guise of expert testimony.

For them to testify that something is a defendant's opinion is an impermissible conclusion that has no foundation that's the province of a proper expert.

Another topic that's brought up throughout their disclosures are defining something like day trading, then looking at the defendants' activity and saying what the defendants did was day trading. That's trying to back-door in impermissible legal conclusions under 704.

THE COURT: Explain that to me.

MR. LIOLOS: So saying day trading is perfectly legal, it goes like this, up, down, and the other day. Look at the defendant trading up, down, and the other way here.

What they're doing is day trading. They're just subbing in "legal" for "day trading." It's 704 conclusion, saying the defendants' activity here is legal, because it's what I've defined as day trading.

THE COURT: Well, day trading is legal.

MR. LIOLOS: Isn't -- sorry, isn't legal?

THE COURT: Pardon me?

MR. LIOLOS: I misheard, Your Honor. Did you say --

THE COURT: The government's position is day trading is not legal?

MR. LIOLOS: No, that's not our position at all. We.

Can look through the specific examples. I mean, they purport to define day trading as a legal activity, say it's X, Y, and Z.

And say the defendants are doing X, Y, and Z. It matches up perfectly with something I've said is legal. It's legal, right. It's a 704 ultimate issue opinion that shouldn't come in under an expert in a criminal case.

We can look at specific examples of this. I'm just trying to lay out the ground rules here.

There is another pervasive topic throughout these that we've touched on earlier, which is the type of victim blaming that the defense has been keen to inject in this case throughout, such as, oh, someone should have sold here. They would have made money. Someone should have done this. They

should have managed their trading better.

It's the type of stuff that is squarely not relevant under the pattern instruction on materiality in terms of the victim's negligence not being a defense. That's persuasive throughout these expert reports as well.

And there's also a pervasive effort through these report to admit a bunch of hearsay in terms of the general consensus of the market was, or people were saying this, that, and the other thing and it was proof of the underlying events. That sort of testimony is not appropriate.

If it's helpful to the Court, we can walk through one by one.

THE COURT: I think it would be helpful. Because --

MR. LIOLOS: Certainly. So we can start with Aaron Hughes.

THE COURT: Okay.

MR. LIOLOS: Which I think was Exhibit 1 -- I don't know if you have our filing in front of you.

THE COURT: I have it right in front of me.

MR. LIOLOS: First of all, Mr. Hughes, it

said in the disclosure that his curriculum vitae was attached to the report. It wasn't. I don't know who Mr. Hughes is. We don't have any information about his background, other than what's in the face of the report. We don't have his CV.

It says that he's been engaged --

THE COURT: Could we get them a copy of the CV right away?

MR. LEWIS: We shall, Your Honor. That's an oversight. I apologize.

Chip Lewis for Mr. Cooperman.

MR. FERTITTA: Zachary Fertitta for Mr. Deel.

I will get him a copy of the CV. It is attached to Filing 504. It was filed on 9/6/23.

THE COURT: All right.

MR. LEWIS: Your Honor, I promise we'll get it to him.

THE COURT: All right.

MR. LEWIS: But I'll get you a copy.

MR. LIOLOS: Okay. It wasn't attached to the report that you sent me.

It also says that he had been engaged in many cases litigated before various Courts as a consulting expert, as well as a testifying expert.

The report itself discloses none of those cases.

Does the filing have that list?

MR. FERTITTA: It does provided a number of cases. And I apologize and I'll get it to you.

MR. LIOLOS: Appreciate it.

It states that he's qualified in, quote, the field of data forensics. I don't know exactly what that is, I haven't looked at his CV, obviously, but then he goes on to purport to testify to a number of stockmarket terms, trading activity. I don't understand how the field of data forensics qualifies someone as a stock market trader. The report itself doesn't link those two up. I don't think there's a sufficient basis in what I've seen disclosed. Maybe there's something --

THE COURT: Well, I mean, there's no way I can rule on that just based on what you're telling me or what I'm reading.

MR. LIOLOS: I would agree with you. The point of it --

THE COURT: Let's assume for motion in limines that we're working on today that he's qualified to opine on what he purports to opine to.

MR. LIOLOS: Okay. So, again, there's -- if he's qualified to do that, I mean, there's a number

of definitions that he would take up in terms of swing trading and the type of stuff that Mr. Melley is talking about. I mean, you know, I question whether he's as qualified as Mr. Melley, but we'll put that aside for today.

References to, you know, others' activity on the internet or the stockmarket. This goes back to what we were talking about earlier in terms of other good or bad conduct. There's a lot of points in his disclosure that talk about, you know, based on recent news regarding a TRCH merger. There was plenty of speculation that TRCH would rise. I mean, that talks about hearsay.

He's quoting from news articles saying the general consensus was, and then offering quotes from news articles. I mean, there's no foundation that any of this stuff is tethered to what we're talking about here.

And I think this line that Your Honor was drawing earlier is really helpful. And this is sort of where it comes to the rub. To the extent that a defendant was talking about in the post, hey, oil is going up, this is great, buy the stock. He can testify about the circumstances surrounding that.

But to have experts sit up there day after

day and just talk about what was floating around on the internet, untethered from any of the defendants and their state of mind, is sort of a bridge too far and I think is 403 all day long the further we get down this road.

You know, the third topic in here is testimony about -- as to what defendants' opinions, their knowledge or their mental states were. So one of the opinions --

THE COURT: I'm granting that.

MR. LIOLOS: Okay.

THE COURT: What their mental states were, unless he's got more psychiatric background than I think he does, I'm not going to let him opine on their mental state or on whether something is an opinion or not.

MR. LIOLOS: And, yes. Thank you, Your Honor. This is connected to the news point, right.

One of the disclosures is, Mr. Matlock is stating his opinion based on the fact that Westwater Resources is a complementary company that mines and purifies graphite materials and whatnot.

You know, first of all, the opinion -- according to Your Honor's ruling right now shouldn't come in, but to the extent that a defendant hasn't

even talked about the news at issue, that's even further afield, so there are examples existing out here, which I think also should be precluded --

THE COURT: Let me back up on something.

MR. LIOLOS: Yes, sir.

THE COURT: I mean, there are instances that I've seen in the record where something is clearly an opinion. And, I mean, there's no disputing if he's, in my opinion X. That's going to be clearly opinion.

Now, an expert can't say, well, I think that's an opinion. We don't need an expert to say that. It says it's in my opinion. But they can rely on that as being an opinion.

So, now, if they say, you know, the wall is brown, well, that's getting more in the gray area of whether that's an opinion or a declarative statement.

MR. LIOLOS: And I think the concern here is that the testimony related to, oh, that's Mr. Matlock's opinion, they're purporting to have the expert come in and say, well, his opinion is clearly based on all of this other market activity that's going on in the background. And that's an impermissible link that has no foundation.

So to the extent that those examples don't have any foundation, I don't know that --

THE COURT: The problem, I guess is what I'm pointing out to you, that -- I mean, we're looking at this in the context of a motion in limine. And what I'm going to have to look at it is in the context of whatever question is being asked.

So unless -- until I know what the -- what it pertains to, I can't really rule on it as a motion in limine.

MR. LIOLOS: Understood. It's difficult lines to draw in the abstract.

I think the key points are -- I think Your Honor's tracking though. It just has to be tethered in some way to the defendant. And there has to be a foundational basis for the expert to testify to that as it's relevant to what we're talking about here.

Again, 4 is back to the victim blaming point.

5 goes to follower counts over time and the causation issue; whether there's, you know, 5,000 or 125,000. And they want to opine that, you know, whether a tweet is directed at 5,000 people, it couldn't have influenced the marketplace in the abstract. We're going to hear from people who did

read and respond to the tweets.

THE COURT: Well, I think this is the flip side of one we've already granted, and that is Mr. Williams's motion that, you know, no one, at least that we've heard of so far, is equipped to opine whether a certain tweet affected one person or 100,000 people.

MR. LIOLOS: I would agree with you.

THE COURT: I mean, it affects both sides both ways. You can't say -- you know, the government can't say that, well, you have 500,000 followers, so 500,000 people were misled. On the flip side, you can't say, well, no one reads this, so no one was misled. I mean, it's -- you know, it's almost a good for the goose, good for the gander rule.

MR. LIOLOS: Absolutely, Judge. Thank you.

And I do think -- I mean, we assumed at the outset of this discussion that, you know, he was qualified to provide all of this information. But being certified in the field of data forensics, that's a long leap between these sorts of arguments that we're talking about.

And he wants to present also a lot of cumulative fact testimony that is in Ms. Garibotti's

charts, which I understand there's not a huge dispute over the math of it. So to the extent that he's going to, you know, talk about charts or fact testimony that really isn't in dispute because it's shown on the charts, I would -- that's 403, but we can address that as it comes in.

Does Your Honor have anything else on Mr. Hughes or should we turn to Mr. Marks?

THE COURT: Let's go to Mr. Marks.

MR. LIOLOS: Okay. So, again, point 1 here is the first point we were talking about and disclosure requirements, rules governing market participants in general; you know, what's going on in the regulated securities industry, brokers, all that sort of stuff.

I mean, it just doesn't have any relevance to the defendants in this case. I don't know why we're talking about it, other than to trot out all these rules in front of the jury and say, hey, my guys doesn't violate any of these things that don't apply them, so they couldn't have done what they're charged with. I mean, there's just -- it has no relevance and there's no reason to waste anybody's time with that.

Point 2 is the day trading topics that we were talking about. So they want to back-door in an

ultimate issue and say that, essentially, Mr. Matlock was day trading and slip in "day trading" instead of "legal."

THE COURT: See I'm missing the point on that. I mean, I'm missing why you're upset about it and I'm missing why the defendants want it.

MR. LIOLOS: Because they want to lay out -- they want to basically describe Mr. Matlock's trading as day trading and say, oh, look this is what I just described, it's legal. It's an ultimate issue conclusion that's coming in.

THE COURT: Well, day trading itself is legal. And what these individuals were doing I think everybody concedes was day trading, wasn't it? I mean, is there any argument about that?

MR. LIOLOS: But a witness shouldn't talk about what is or is not legal. I mean, that's your job --

THE COURT: Well, I agree with that. But he can say, you know, is there any regulation or any securities thing that says you can't be a day trader. No. I mean, that's kind of borderline, but --

MR. LIOLOS: But to then compare and say, oh, this is day trading, this is --

THE COURT: But I don't think he can

say -- I'm not going to let him or anybody else say -- look at a transaction and say, this transaction was legal, this one wasn't legal.

MR. LIOLOS: So I think they just want to use --

THE COURT: That's what the jury is going to decide.

MR. LIOLOS: I'm tracking with you. I think basically the thrust of this is, instead of using the word "legal," he's just going to say day trading and I've already defined that as legal, so when I call it day trading, I'm just calling it legal. Legal, legal. And it's a 704 --

THE COURT: But you're going to get up on cross-examination and say, is it legal to lie to these people.

MR. LIOLOS: Again, I just think that the witness -- the expert shouldn't be coming in and talking about what is or's not legal.

THE COURT: Well, I'm not going to let him opine on the law, even though he's a law professor.

MR. LIOLOS: Okay. Thank you, Judge.

THE COURT: You open that door, we'll never get that door shut. But he certainly -- I mean, and I don't want to say this pejoratively. But I

can't see why we're wasting time -- I can see why you don't want him to say, I've looked at everything Mr. Matlock did and everything Mr. Matlock did was legal. Okay. And I'm not going to let him do that.

You know, but why are we worried about whether day trading is legal or not? Because it is legal.

MR. LIOLOS: Because if he's defining it as legal and then saying everything I've seen Mr. Matlock doing is day trading, that's a back-door 704 --

THE COURT: You guys -- and I know what you're trying to say and I agree with you. Okay. But in the long scheme of things, you guys aren't actually complaining about the trades. You're complaining about what they told the public about the trades.

MR. LIOLOS: Indeed. And by giving it the imprimatur of it being day trading, that's inserting a comment on the fraudulent intent.

THE COURT: But your own witness is going to admit it's day trading, isn't she? I mean, how could -- she did all these charts with trades like five second apart.

MR. LIOLOS: I think that the issue here is the concept of day trading being legal or illegal

15:41:58 is a way to back-door in the legal conclusion, right. 15:42:00 I don't know that she's even going to talk about the 15:42:02 concept of day trading. I'm not sure.

15:42:08 THE COURT: Well, I mean, the whole 15:42:08 point is -- now, I might agree with you on a relevance 15:42:11 argument that -- unless somebody claims day trading is 15:42:15 illegal, it's not relevant because it is legal. You 15:42:19 know, there shouldn't be a fight about it.

15:42:26 But I guess -- and I understand your 15:42:26 point. And I agree with your point about not 15:42:28 testifying that a certain act that the defendants 15:42:32 accused of was a legal act or it was illegal. I'm not 15:42:37 going to let him testify to that.

15:42:38 But I guess -- I have to hear the 15:42:42 question, I guess, about -- that you're worried about 15:42:45 before I can say whether I grant an objection to it or 15:42:48 not. Because, I mean, he certainly -- if -- let me 15:42:58 back into it maybe.

15:43:00 If the defendants in this case had done 15:43:06 everything they did and profited just like they did, 15:43:11 or didn't do, depending on how well they did it, but 15:43:17 hadn't said a word on the internet, they wouldn't have 15:43:19 been prosecuted.

15:43:21 I mean, am I missing something?

15:43:23 MR. LIOLOS: Nope. You hit the nail on

15:43:25 the head.

15:43:27 THE COURT: Okay. Well, so the actual trading part of it was totally legal. Even on your side of the fence.

15:43:35 MR. LIOLOS: It's hard to divorce the trading from the statements, but I hear what Your Honor is saying.

15:43:40 THE COURT: Yeah. Now it's what they said about the trades, either before or after, that concerns y'all that they misled all these people.

15:43:50 MR. LIOLOS: And I hear what you're saying, is we can cross him on it. But I'm just concerned about the imprimatur of saying they're just --

15:43:57 THE COURT: Well, I'm granting your motion to the extent that I'm not going to allow anybody to say, was one of these acts legal or illegal? But that's as close as I can get until I hear a question.

15:44:16 MR. LIOLOS: Understood, Judge. Thank you.

15:44:18 Are we on number 3? That's the victim blaming point again. You know, they want to go through all these points where Mr. Matlock said trade your own plan. And maybe people didn't, you know, execute as well as they should have.

I mean, it's, again, trying to disclaim away liability for the fraud. It's not legally relevant because the victim's negligence or stupidity doesn't explain away the fraud. That's right in the Fifth Circuit --

THE COURT: Well, it might be relevant, though, of the defendants' intent to commit fraud. I mean, so I'm not granting that again until I hear the question and what it's addressed to, because it may be relevant on some other issue. That has nothing to do with what the victims did or didn't do. It's what the victims -- the alleged victims were told.

MR. LIOLOS: Fair enough. And we would preserve hearsay objections and all sorts of things for those.

THE COURT: Well, absolutely. I'm not ruling on that.

MR. LIOLOS: Fair enough.

So, again, number 4 here is traditional market manipulation versus the actions in question in this matter is how they defined it. I mean, that's the novelty of the charges that we were discussing earlier. It's a way to back-door in the concept that, you know, this is a novel set of charges and all sorts of things of that matter, in terms of legally

irrelevant stuff to the jury's question, which is: Whether the defendants did or didn't do what they've been charged with.

You know, that's not helpful to them in determining --

THE COURT: Well, I'm not granting that. Obviously, he's not going to testify until after your expert testifies. And, you know, if your expert testifies that -- well, this is a unique pump and dump scheme, I think their expert ought to be able to say, yeah, it's unique. It's never happened before.

MR. LIOLOS: Understood.

So number 5 goes to, you know, publicly available trade news and its affect on stocks. This is, again, just an effort to talk about all the free-floating stuff that was going on on the internet, without any foundation or connection to the defendants' conduct or victim or the things that are at issue here in terms of their intent.

To the extent that something was just floating around on the internet and no -- there's no evidence that anyone saw, it just has no relevance to what we're talking about.

THE COURT: Okay. And we'll have to take that on a question-by-question basis, because some of

it was tethered to tweets. I mean, some of it -- the tweets talk about stuff that's happening out in the public.

MR. LIOLOS: And I think that is a fair line to draw on the issue.

THE COURT: But I'm not allowing him to, you know, make up that everything got traded this way because Hamas invaded Israel or something.

MR. LIOLOS: Thank you, Judge.

6 deals with the FINRA records. I don't know if Your Honor wants to table that until we talk about them. But he wants to talk about FINRA's investigation --

THE COURT: Let's table that.

MR. LIOLOS: Number 7 is testimony about the COVID market of 2020 and 2021. Again, you know, this is far afield. I don't know what it's tethered to. It's general market commentary, observation about the influx of volume into the markets during this time and the remarkable rise in markets overall.

You know, this is not a historical door of how COVID impacted the stock markets. We've defined this to 54 tickers and time periods. You know, I think it's confusing to go far afield.

THE COURT: Well, let me say this on that:

I mean, you guys are going to present -- by "you guys" I mean, the government -- is going to present a -- some background in your part of the case.

As a general background into this, the fact that a lot of people are at home living on their computers because of COVID and doing the kind of trading that was being done. I mean, while it may not be relevant to the charges, I mean, the jury has to have some context.

I mean, I don't know -- I mean, you guys have been living with this. I've just been looking at evidence here in the last couple of weeks. And I'm amazed of how many people are doing this so frequently like this, and they're talking to each other while they're doing it.

And so I think both sides need to consider there has to be a little context to explain this to the jury, because if we don't have a day trader on the jury -- and I'm probably guessing we're not -- they're not going to know how this works.

And it's -- I don't know who will ultimately benefit, but I think both sides are going to need to have some context here, because the government, you're going to try to say to the jury that's why these texts and -- are so important.

Because these people live and die on what they see on their computer and phones. They weren't texts. Tweets, whatever they are.

And the defense is going to say this is a culture. You don't realize that these people live online on their computers.

And so I don't want it to get far afield, believe me. I'm going to rein it in some. But there's got to be some background here or the jury's not going to understood it.

MR. LIOLOS: Understood and agreed, Judge. I think the concern here -- there has to be some sort of context. The concern here is just getting far afield down, oh, there's a bunch of meme stocks, you know, my client was trading GME, Game Stop, all those other things that aren't in the 54 and sort of a way to back-door in all of that other good conduct, quote/unquote. So that's sort of the line we're trying to draw here.

THE COURT: That gets us to Mr. Auslander.

MR. LIOLOS: Again, I mean, it's the same steam, different day, right. Talking about how the defendants weren't registered, licensed, you know, not covered by all these other FINRA and SEC regulations that rule practices, strategies, indices standards for

institutional investors -- I mean, I don't know why we're talking about institutional investors.

Commodities trading, I mean, I don't think there's any allegations of commodities trading. You know, it's not improper or illegal for retail traders to use social media to publicize or tout stocks. They're talking about the legally and illegality of all sorts of behavior.

You know, take your pick here.

THE COURT: Again, this is going to have to be judged on how the question is phrased. And, quite frankly, by this point in time, what the government's witnesses have already testified to.

MR. LIOLOS: Yeah, I think that's fair, Judge.

I would say I don't know why an institutional investor discussion would take place in this case, because nobody's alleged to be an intuitional investor. But fair enough to defer to the questioning.

And then Mr. Evans here, I think it was just a woefully deficient disclosure. It's been a while since I've looking at this, but there's all this proffered testimony about his examination and analysis of various stock price movements, high frequency

15:52:47 trading data, Twitter and Discord communications associated with multiple stocks listed in the superseding indictment, including the substantive counts. But it doesn't offer what those opinions are, what the reasons and bases therefore are. I think it's just deficient disclosure.

And I think I heard Your Honor earlier saying that to the extent that something hasn't been disclosed, it's not going to be testified about. And what's good for the goose is good for the gander.

THE COURT: And I agree with that still.

MR. LIOLOS: So to the extent -- I mean, obviously we can address this as the testimony arises, but to the extent it hasn't been disclosed, you know, I don't think it should be --

THE COURT: All right. And to that extent with regard to Mr. Evans, I'll grant the motion in limine to the extent that anything he purports to testify has not been disclosed.

MR. LIOLOS: Thank you, Judge.

MR. ROSEN: Judge, can I address two quick points with regards to their last points about the experts?

THE COURT: Yes.

MR. ROSEN: They are our experts.

15:53:56 Day trading. Which it's all that they want precluded, because their own expert is trying to define it in their disclosures.

15:54:05 But the point is this: My client was a day trader. What the government is saying is that simply tweeting positive stuff about a stock means you shouldn't have sold. The whole ethos of day trading is that as the stock goes up, you slowly scale out of your position to lock in profits.

15:54:24 It's not inconsistent with having a positive view of a stock. In fact, it's completely consistent, while also selling off parts of your position. We're going to have a witness come and testify that as the stock goes up, he would sell off about 75 percent of his position and keep 25 percent of it in case the stock really shot up as part of sort of a going-to-the-moon-type scenario. That's completely consistent with day trading.

15:54:49 And, more importantly, it goes to my client's intent to cheat and intent to defraud. That's exactly why we need it. We're not arguing whether it's legal or illegal. It doesn't matter. What matters is his state of mind, my client's, in selling. And that's why we need it.

15:55:04 The second thing is that, you know,

they're arguing that certain regulations are not important or simply not applicable here. That's wrong.

The government has created what is -- appears to be a new crime: Simply people getting together, talking about stocks and trading the same stocks. They're all buying together. And the government -- that's part of their scheme that they've charged. And they've even deemed it front-loading.

The only point we're making is that that's not illegal. That's not a scheme. If you -- the SEC has very carefully defined regulations. If you own more than 5 percent, you have to disclose. You're insider or director, you have to disclose.

There is nothing preventing them from getting together, trading ideas, and purchasing the same stocks, as long as they don't go above the disclosure rules. That's all we want to show to combat the government's narrative that this front-loading is somehow nefarious.

I mean, they've created this term "front-loading," as if purchasing a stock before publicly commenting it and disclosing your position is wrong or illegal. It's certainly not.

Finally, they've -- I don't know --

understand the basis for their objections to Mr. Evans. Mr. Evans has created hundreds of pages of charts regarding the stock price movements of the stocks at issue. We've disclosed tick data, we've disclosed trading data.

He's test -- his opinions -- first of all, most of it's not opinion. It's simply here is what happened in the minutes after a tweet, or the minutes before a tweet.

This is why -- you know, he's not going to say, this is why a sale occurred. He's going to say, okay, there was a tweet here or there was a price movement here.

The government and the defense have very different views of this case. The government views this as static. You know, a tweet, ten minutes later a sale, aha, there must have been something nefarious.

What they don't understand is second by second, minute by minute, the stock can radically change. We just heard about that earlier today. GTT exploded. It went up 30 percent in 15 minutes. Nothing to do with our guys.

Obviously people are going to take profits off the table and sell. It doesn't mean what they said before was a lie or not. It simply provides

context for what's going on.

The government wants us to be -- have no context. They want the jury to hear about this static timeline where stocks don't move up and down, they simply stay level throughout the day until there's a tweet. And that's flat-out false and it's wrong. And it goes to -- directly, again, to intent and to materiality.

MR. ARMSTRONG: Your Honor, I mean, I think Mr. Rosen has the trifecta for things that are being said that are going to be flatly contradicted by the record.

If we can pull up Government's Exhibit 115, please.

Anyway, the point of the Government's Exhibit 115 is that Mr. Rosen is claiming that we have created this term "front-load." It's in the government exhibit in a conversation with Mr. Matlock. So I don't know where he's getting that from.

But the whole thrust of what he's trying to say is that he wants to argue the novelty of this case, which I think Your Honor has already excluded.

Now, just because SEC has not published a rule about this, this is a novel case, that the jury should not be able to convict on because who can

15:58:53 figure it out. I think Your Honor gets why that's
15:58:55 improper.

15:58:57 THE COURT: Okay. All right. Are there
15:59:04 any other motions in limine -- I think I've covered
15:59:07 them all that aren't tied to a particular exhibit.

15:59:28 Let's talk about the FINRA documents. And
15:59:29 it's -- the government has a motion in limine to keep
15:59:30 the FINRA documents out just as a general category.

15:59:38 Who wants to address that, Mr. Liolos?

15:59:40 MR. LIOLOS: Thank you, Judge.

15:59:46 This dovetails with the last point in that
15:59:50 the investigations, the conclusions, what have you of
15:59:56 civil regulators -- I mean, FINRA is not even a part
15:59:59 of the federal government, right. It's a private
16:00:01 entity that's funded by its members and it's a
16:00:04 self-regulatory entity, like the Bar Association.

16:00:07 What they're looking at under different
16:00:13 standards, under civil laws, and under different
16:00:17 jurisdictions, just doesn't have anything to do with
16:00:20 the legal questions that the jury is going to be asked
16:00:23 to decide about whether the defendants did or didn't
16:00:25 do something.

16:00:32 And the best evidence of that is the
16:00:33 defendants' own actions, the defendants' own social
16:00:35 media activity, and all the facts that will bring to

16:00:38 bear on this case; bringing in the conclusions baked 16:00:40 into documents, not even a live witness, of what they 16:00:44 did or didn't conclude, looking at, frankly, who knows 16:00:47 what in terms of the scope of their investigation, 16:00:49 looked at different facts potentially, the Sonar 16:00:54 records themselves, there's no indication on the face 16:00:57 of them at all that they looked at the defendants' 16:00:58 social media activity, that they looked at the 16:01:00 defendants' trading. Who knows exactly what they 16:01:03 looked at until you talk to every single person who 16:01:05 did the investigation.

16:01:06 It just doesn't have any relevance to the 16:01:09 points that the jury is going to be asked to decide 16:01:11 here. They were looking at different things under 16:01:13 different standards. And there is no point in getting 16:01:16 into mini-trial after mini-trial about what FINRA did 16:01:20 or didn't do in each one of these investigations.

16:01:26 MR. FORD: Your Honor, if I may?

16:01:27 Let me just start by saying we don't plan 16:01:31 to and we don't think any of these documents should be 16:01:33 introduced into evidence or seen by the jury.

16:01:36 The reason I sought them was because the 16:01:39 government had made the claim in their indictment that 16:01:42 that my client was artificially inflating stock 16:01:45 prices.

And I continue to believe that in the possession of the SEC and FINRA, which is a quasi-regulatory agency under the auspices of the SEC, that there are documents in their possession showing that there were other actors in the market who were engaged in that conduct, actual pump and dumps.

I feel highly confident, based on some of the recent SEC complaints, both administrative and in Federal Court, that they have those documents. That's what I was seeking.

The government failed to turn it over. It goes to the causation element. To the extent we get a ruling that they're not permitted to say that any of these individuals caused the price or volume to move, then I would have to concede that they did not -- I mean, they didn't need to turn them over.

There's still a question as to whether it's a *Brady* violation. But as far as admissibility, we were the ones who sought them. We never had intended to introduce this into evidence, FINRA's conclusion or the SEC's. And, frankly, we don't think they should ever be shown to the jury.

MR. LIOLOS: They're on their exhibit list. So forgive me if we were mistaken.

THE COURT: I didn't hear you.

MR. LIOLOS: The SEC report and a number of the Sonar docs, I think are on their exhibit list, so --

MR. FORD: Not on ours.

MR. LIOLOS: The SEC report is.

MR. FORD: We will not be seeking to introduce the SEC report, Your Honor.

THE COURT: All right. You want to add to this?

MR. ROSEN: Sure.

Some of the FINRA documents, particularly with the Sonar system, are on our exhibit list. We haven't yet decided exactly whether -- if we're going to seek admission of all of them or some of them. We've done that out of an abundance of caution.

Point being very simply: This is a securities fraud case. They're alleging a series of pump and dumps. They have a computer -- FINRA has a computer system that detects whether there's market manipulation, unusual volume, unusual demand, or social media promotions. And they determined in many of these that there hadn't been.

And so I think that's very critical evidence. And I can't -- you know, I guess the only issue is whether they're business records or not.

We're not going to belabor the point. And we had a deposition where the -- where he -- you know, the witness met the elements of business record. That's it. We're not going to be -- we're not going to say nothing occurred. We're saying this particular computer system did not defect what the government claims was at issue. That's all.

MR. LIOLOS: Your Honor, that's not what's in the report. It's not simply that the computer did or didn't defect what's at issue. The reports encompass the investigation and the conclusions of the FINRA investigator who looked at whatever was going on when the report dinged, right.

And we walked through at the last hearing the other records that they want to keep out, when Your Honor said if any of the FINRA stuff is coming in, it's coming in together.

The two reports where they actually looked at the defendants' conduct and actually looked at their social media activity, they concluded that something has gone on here, I need to refer to the SEC because it's beyond our jurisdictional limit.

So point 1, we don't think any of this is relevant because it's civil standards. Civil investigation.

But point 2, if any of it comes in, it's all species of the same genus, it should all come in.

MR. ROSEN: The lengthy investigative reports prepared a year and a half or two years after the events in question are, by definition, not business records. They're prepared rarely, not frequently. You know, once every month, once every two months. They're surmising what happened based on very little information. And they're completely unreliable, and -- but, more importantly, they're just not --

THE COURT: So their FINRA reports are unreliable, but yours aren't.

MR. ROSEN: Because they're completely different. They're completely different.

The first are very quick snapshots of trading activity in the market, where they're, okay, this happened yesterday. Here is our quick review of it and we didn't see any evidence of market manipulation or anything like that.

THE COURT: Well, why wouldn't the FINRA records a year later, when they actually went and studied it, be more reliable?

MR. ROSEN: They're completely unreliable. What we actually walked -- we walked the witness

through various conclusions that FINRA made, and they were linking together counterparties that had nothing to do with each other.

They were saying -- you know, they were saying that our guys had something to do with the management of a particular stock.

You know, I -- you know, if you're going to allow, you know, all records in, we'll withdraw ours. But I do think ours are relevant. It's an apples-and-oranges comparison. I'm happy to show you.

But just because one set of records is a business record does not mean lengthy investigative reports, prepared without proper -- you know, looking at -- at, you know, social media activity and connections are valid. It's just a different thing.

THE COURT: Well, I have to say that I think Mr. Ford's point is probably well taken. That if the government is not claiming that manipulated the price, that they're then irrelevant.

MR. ROSEN: Okay.

THE COURT: And if the government -- and that's more or less what I heard Mr. Armstrong say this morning, that they're not going to try to claim that the -- they pumped up the price. That there were other factors in it, but they were just going to hang

their hats on the fact that they allegedly lied about not selling when they were selling, things of that nature.

MR. ROSEN: Could I offer a compromise?

THE COURT: Sure.

MR. ROSEN: Could we hold them in reserve? They have a FINRA witness testifying. Could we hold them in reserve. If we need them on cross, we'll raise it for you --

THE COURT: Well, outside the presence of the jury.

MR. ROSEN: Outside presence of the jury.

THE COURT: It will simplify tomorrow if we just -- we'll put FINRA on hold.

MR. ROSEN: Fine.

THE COURT: All right.

MR. LIOLOS: Your Honor, could I just correct one thing real quick?

THE COURT: Yeah.

MR. LIOLOS: Mr. Rosen has a deposition transcript in which we walked through under oath the business record questions. And they applied to both documents. The only difference between the two sets is that FINRA spent more time doing the full investigation and looked at more stuff.

16:08:10 THE COURT: Yeah. I'll have to say just -- not as an advisory opinion, but just as a matter of construction that, you know, it's going to be hard for me to admit part of the FINRA documents but not all of them.

16:08:27 All right. Here's where -- I'm going to break for today. Tomorrow we're going to start actually admitting documents. There is one -- no pun intended -- intrinsic problem with that. And that's intrinsic versus extrinsic. And what's part of a conspiracy.

16:08:53 So that's going to be -- necessarily be part of what we're talking about tomorrow. But I want to get as far in -- I'd like to admit -- I mean, if we could get done with every parties' documents, that's my goal, but clients don't have to be here. If they -- you know, obviously they're free to be here if they want to.

16:09:13 If you're not involved in the documents, lawyers don't have to be here. But I need the lawyers that know the most about the documents and whoever is here needs to have the authority to speak for their party.

16:09:31 I can promise you it will be a long, but boring day. See you tomorrow. Let's say 9:30. I've

got some criminal stuff I'm doing in the morning. So let's start about 9:30.

MR. FLEITES: Does Your Honor perceive wrapping up the pretrial tomorrow?

THE COURT: I think that would be wishful thinking on my part.

(Court in recess.)

**CERTIFICATE**

---

I hereby certify that pursuant to Title 28, Section 753 United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings in the above matter.

Certified on March 20, 2024.

/s/ Nichole Forrest____________
Nichole Forrest, RDR, CRR, CRC

## $

**$1,305** [2] - 128:5, 128:14
**$1,591** [1] - 125:12
**$10** [1] - 131:2
**$100** [4] - 18:3, 19:6, 127:21, 135:2
**$110** [1] - 27:2
**$13,619,769** [1] - 128:3
**$13,621,074** [1] - 128:5
**$200,000** [2] - 27:15
**$250,000** [1] - 215:15
**$296** [1] - 124:21
**$296,241** [1] - 127:20
**$296,341** [3] - 123:16, 124:21, 127:20
**$297,833.04** [1] - 125:10
**$3** [1] - 85:20
**$500** [1] - 135:10
**$544,000** [1] - 122:9
**$705** [4] - 122:7, 123:6, 123:14, 124:20
**$750,000** [1] - 96:5
**$9.50** [1] - 131:4
**$9.77** [1] - 131:8

## '

**'22** [1] - 51:18
**'nother** [1] - 133:20

## /

**/s** [1] - 258:14

## 1

**1** [31] - 1:10, 41:3, 41:11, 41:17, 44:9, 44:12, 47:7, 48:11, 51:16, 51:24, 82:20, 82:22, 134:25, 135:1, 148:21, 148:24, 149:9, 149:13, 152:18, 165:10, 166:3, 172:4, 184:12, 187:15, 187:16, 195:21, 200:9, 205:23, 223:21, 231:10, 252:23
**1,000** [2] - 159:17, 191:3
**1.05** [1] - 142:22
**10** [5] - 8:2, 122:14, 131:5, 149:19, 196:7
**10,000** [1] - 208:12
**10.49** [1] - 137:6
**10.88** [1] - 137:5
**100** [7] - 86:25, 133:15, 146:1, 164:5, 185:3, 193:7, 194:8
**100,000** [7] - 137:5, 137:6, 137:8, 139:19, 139:20, 150:11, 230:6

**1006** [9] - 41:11, 50:22, 129:6, 141:8, 142:15, 144:25, 145:9, 158:8, 161:21
**100K** [1] - 151:5
**101** [1] - 184:23
**1099** [1] - 125:20
**1099s** [1] - 124:24
**10:04** [1] - 175:19
**10:36** [1] - 137:1
**10:49** [1] - 137:2
**11** [2] - 156:17, 181:19
**11.25** [1] - 137:8
**11.26** [1] - 137:7
**11.29** [1] - 137:8
**111** [1] - 95:14
**114** [1] - 117:13
**115** [2] - 247:14, 247:16
**11:37** [1] - 122:16
**12** [5] - 20:24, 51:15, 53:20, 86:2, 212:25
**125,000** [1] - 229:22
**13** [5] - 86:11, 93:1, 149:23, 175:19, 188:20
**1348** [5] - 23:13, 134:14, 188:1, 188:14
**1349** [3] - 188:2, 188:13, 188:21
**14** [4] - 46:19, 122:14, 148:25
**145** [1] - 184:15
**15** [4] - 89:9, 107:7, 212:25, 246:21
**150** [3] - 5:2, 136:4, 136:13
**16** [5] - 25:21, 46:19, 89:15, 107:7, 123:2
**160** [2] - 5:4, 192:21
**17** [2] - 158:22, 184:12
**175** [1] - 5:3
**18** [4] - 126:20, 188:8, 188:20, 188:21
**180** [4] - 22:18, 22:19, 22:20, 22:21
**181** [1] - 95:3
**19** [29] - 1:13, 46:17, 126:19, 141:1, 160:7, 181:11, 181:25, 182:3, 182:23, 183:19, 183:21, 184:1, 184:7, 184:13, 184:19, 184:21, 185:12, 186:3, 186:5, 186:7, 186:10, 186:19, 187:22, 187:25, 188:5, 192:5
**1980** [1] - 54:9
**19th** [1] - 121:21
**1:20** [1] - 95:18
**1:24** [1] - 95:18
**1:28** [1] - 95:18
**1:30** [1] - 95:18
**1A** [1] - 200:9
**1st** [1] - 4:9

## 2

**2** [19] - 22:17, 27:2, 58:13, 77:23, 93:22, 95:15, 149:7, 155:21, 156:17, 166:13, 187:16, 199:6, 199:8, 200:19, 214:9, 218:6, 218:19, 231:24, 253:1
**2,000** [1] - 123:16
**2.1** [2] - 212:22, 212:24
**20** [5] - 19:7, 165:18, 182:23, 258:12
**20,000** [4] - 137:7, 190:17, 190:18
**200** [1] - 184:19
**200,000** [1] - 150:12
**2018** [1] - 77:6
**2019** [1] - 170:21
**2020** [7] - 123:2, 124:12, 125:7, 148:24, 148:25, 239:16
**2021** [3] - 46:16, 122:15, 239:16
**2022** [2] - 46:9, 46:22
**2023** [1] - 193:9
**2024** [2] - 1:13, 258:12
**21** [1] - 184:22
**21(b** [1] - 110:5
**233** [1] - 197:17
**234** [1] - 197:17
**24** [1] - 26:17
**24-hour** [1] - 139:18
**25** [1] - 244:15
**26** [3] - 123:2, 124:12
**272** [4] - 123:1, 124:11, 160:6, 160:9
**27th** [2] - 3:15, 51:18
**28** [1] - 258:7
**28th** [1] - 3:20
**29** [1] - 153:22
**297** [2] - 125:15, 126:5
**299,999** [1] - 204:6
**2:00** [1] - 166:20
**2:22** [1] - 137:2
**2A** [2] - 166:14, 184:14
**2B** [1] - 95:1

## 3

**3** [17] - 122:16, 122:18, 126:16, 148:21, 148:23, 150:3, 153:19, 155:22, 157:1, 187:17, 199:6, 199:8, 201:10, 202:21, 206:19, 236:21
**3(d** [1] - 202:21
**30** [6] - 5:11, 5:12, 117:14, 126:12, 171:1, 246:21
**30-plus** [1] - 177:12
**300,000** [2] - 203:7, 203:17
**300ths** [1] - 127:22

**302** [1] - 109:14
**302s** [1] - 31:16
**31** [1] - 95:2
**332** [1] - 164:18
**35** [7] - 183:21, 184:21, 185:14, 186:6, 187:8, 192:5
**371** [2] - 188:9, 188:20
**38** [1] - 212:10
**394** [1] - 165:2
**397** [3] - 164:19, 181:14, 183:16
**3A** [1] - 166:14
**3B** [1] - 148:20
**3M** [1] - 97:8

**4**

**4** [10] - 57:19, 122:14, 126:16, 150:7, 166:4, 177:5, 208:23, 217:22, 229:18, 237:19
**40** [1] - 170:21
**401** [2] - 41:11, 141:8
**403** [8] - 41:11, 44:5, 104:11, 141:6, 183:21, 186:8, 227:4, 231:5
**404** [1] - 212:11
**404(b)** [1] - 190:10
**405** [2] - 67:23, 67:24
**409** [1] - 212:12
**41** [1] - 155:7
**412** [1] - 212:11
**43** [2] - 21:12, 156:20
**45** [1] - 26:15
**4:22-cr-612** [1] - 1:4
**4:30** [1] - 5:17
**4B** [1] - 212:10

**5**

**5** [8] - 72:24, 126:17, 137:10, 204:14, 205:1, 229:20, 238:13, 245:13
**5,000** [2] - 229:21, 229:23
**50** [3] - 77:24, 85:20, 149:9
**50,000** [7] - 130:18, 131:8, 131:16, 133:12, 134:4, 135:9, 203:20
**500** [8] - 134:21, 134:22, 134:25, 135:1, 135:3, 135:4, 135:5, 135:6
**500,000** [2] - 230:11, 230:12
**504** [1] - 224:15
**53** [1] - 27:11
**532** [1] - 141:23
**535** [1] - 41:1
**536** [2] - 54:18, 55:2
**538** [1] - 65:2
**539** [1] - 112:21
**54** [14] - 146:19, 181:9, 181:14, 181:15, 182:5, 182:11, 182:13, 182:16, 182:23, 185:1, 189:2, 189:4, 239:23, 241:16
**540** [1] - 121:2
**541** [1] - 171:23
**542** [2] - 196:12, 196:15
**543** [1] - 199:15
**544** [2] - 197:3, 197:13
**545** [3] - 209:21, 209:22, 209:24
**546** [2] - 197:14, 199:2
**547** [3] - 209:18, 210:6, 211:12
**548** [2] - 218:12, 219:23
**549** [3] - 219:12, 219:15, 219:16
**55** [5] - 112:1, 159:19, 184:15, 184:22, 187:16
**551** [1] - 220:3
**5:00** [1] - 51:12
**5:30** [1] - 6:3

**6**

**6** [7] - 75:21, 126:17, 137:11, 154:25, 155:4, 208:23, 239:10
**60** [1] - 58:13
**602** [1] - 145:4
**611** [2] - 183:22, 186:12
**65** [7] - 110:12, 150:17, 150:19, 151:4, 152:1, 152:9, 152:14
**6:00** [1] - 6:3

**7**

**7** [6] - 21:13, 75:23, 205:17, 209:6, 210:2, 239:15
**7(h** [1] - 57:5
**7(i** [1] - 59:2
**7(j** [1] - 60:1
**7(m** [1] - 61:10
**7(n** [2] - 61:10, 61:15
**7(o** [1] - 61:10
**7(r)** [1] - 62:16
**70** [2] - 155:7, 219:18
**702** [2] - 145:4, 168:8
**704** [6] - 171:13, 221:15, 221:23, 222:15, 233:13, 234:11
**71** [5] - 133:14, 150:19, 152:1, 152:9, 152:14
**74** [1] - 150:18
**7468** [1] - 130:18
**75** [1] - 244:15
**753** [1] - 258:7
**7:30** [2] - 6:11, 6:12

**8**

**8** [4] - 45:12, 46:16, 181:19, 212:16
**8-K** [1] - 95:11
**8-Ks** [1] - 91:14
**801(d)(2)(e** [1] - 32:22
**801(d)(2)(e)** [1] - 32:7
**804** [1] - 145:5
**8:00** [2] - 6:11, 6:12

**9**

**9** [3] - 149:13, 181:19, 196:7
**9.77** [3] - 131:10, 131:17, 133:13
**9/6/23** [1] - 224:15
**90** [1] - 131:23
**99.999** [1] - 51:23
**9:00** [3] - 5:17, 6:3, 51:12
**9:17:57** [1] - 133:15
**9:19** [1] - 134:3
**9:19:25** [1] - 133:14
**9:30** [3] - 4:10, 256:25, 257:2
**9:32** [1] - 151:14
**9:51** [2] - 175:17, 176:2

**A**

**a** [772] - 3:7, 3:14, 3:16, 3:18, 4:20, 5:2, 5:6, 5:8, 5:9, 5:11, 5:13, 6:4, 6:17, 6:20, 7:2, 7:5, 7:18, 7:21, 8:4, 8:6, 9:2, 9:18, 10:5, 10:8, 10:11, 10:22, 10:23, 11:6, 11:15, 11:18, 11:24, 11:25, 12:6, 12:25, 13:3, 13:4, 13:7, 13:10, 13:12, 13:13, 13:17, 13:19, 13:21, 14:11, 14:15, 17:18, 18:3, 19:5, 19:8, 20:22, 21:13, 21:25, 22:19, 23:22, 24:3, 24:8, 24:21, 24:23, 25:2, 25:19, 27:1, 27:2, 27:4, 27:5, 27:12, 27:13, 27:21, 28:8, 28:19, 28:22, 28:23, 28:24, 29:6, 29:20, 29:21, 30:1, 30:2, 30:8, 30:11, 30:14, 30:16, 31:5, 31:7, 32:4, 32:7, 32:21, 33:14, 33:23, 34:10, 34:15, 34:19, 34:25, 35:11, 35:16, 37:3, 37:10, 37:15, 37:22, 38:2, 38:9, 38:21, 39:21, 40:11, 40:18, 41:12, 41:17, 42:2, 42:18, 42:20, 43:1, 43:14, 43:15, 43:23, 44:12, 45:20, 45:21, 45:24, 46:4, 46:5, 46:6, 46:20, 47:4, 47:10, 47:20, 47:25, 48:8, 48:10, 48:25, 49:21, 50:3, 50:13, 50:20, 50:21, 50:23, 51:17, 51:25, 53:6, 53:12, 53:16, 53:20, 53:21, 54:5, 54:22, 55:3, 55:9, 55:13, 56:7, 56:11, 56:13, 56:23, 57:2, 57:5, 57:16, 57:18, 57:21, 57:25, 58:5, 58:14, 58:15, 58:18,

58:19, 58:25, 59:14, 59:16,
59:20, 60:3, 60:4, 60:10, 60:11,
60:14, 60:16, 60:22, 60:23,
60:24, 61:2, 61:24, 62:1, 62:3,
62:5, 62:21, 63:1, 64:11, 64:24,
65:13, 65:15, 65:16, 65:19,
65:21, 66:16, 67:11, 68:5,
68:21, 69:13, 69:19, 70:1,
70:12, 70:18, 70:21, 70:23,
71:7, 71:9, 71:10, 71:11, 71:17,
71:18, 71:21, 71:22, 72:1, 72:2,
72:16, 72:17, 72:20, 72:23,
72:25, 73:19, 73:20, 73:25,
74:3, 74:4, 74:7, 74:22, 76:3,
76:19, 77:3, 77:11, 77:12,
77:17, 77:20, 77:22, 77:23,
78:4, 78:6, 78:8, 78:9, 78:10,
78:14, 78:15, 78:18, 78:22,
79:4, 79:7, 79:13, 79:15, 79:19,
79:21, 80:11, 80:15, 81:10,
81:16, 81:18, 82:3, 83:2, 83:4,
83:7, 85:4, 85:15, 85:21, 86:9,
86:10, 86:14, 87:10, 87:12,
87:19, 87:21, 87:22, 88:4,
88:12, 89:2, 89:19, 90:5, 90:6,
90:21, 91:12, 91:13, 91:15,
91:19, 91:25, 92:14, 92:15,
93:8, 94:4, 94:6, 94:9, 94:11,
94:13, 96:13, 96:16, 96:22,
97:3, 97:20, 97:24, 101:7,
101:10, 101:11, 101:12,
101:21, 101:23, 102:24, 103:4,
103:15, 104:1, 104:10, 104:18,
105:8, 105:16, 106:10, 106:14,
106:21, 107:14, 107:21,
107:25, 108:4, 108:8, 110:22,
111:8, 111:13, 111:23, 112:12,
112:19, 113:17, 113:19,
113:21, 113:24, 114:2, 114:12,
114:13, 114:14, 114:24,
114:25, 115:10, 115:13,
116:13, 116:17, 117:22, 118:6,
118:12, 118:17, 118:19,
118:20, 118:21, 119:1, 119:7,
119:12, 119:18, 120:1, 120:13,
121:4, 121:12, 122:4, 122:10,
122:11, 122:17, 123:4, 123:5,
123:13, 123:15, 124:7, 124:23,
125:1, 125:18, 125:20, 126:12,
127:21, 127:22, 128:5, 128:6,
129:8, 130:1, 130:3, 130:12,
130:21, 130:23, 130:24, 131:7,
131:16, 132:1, 132:6, 132:11,
132:16, 132:19, 133:8, 133:11,
133:20, 133:21, 133:22, 134:9,
134:18, 135:6, 135:8, 135:13,
135:15, 135:21, 136:5, 137:2,
137:4, 137:5, 137:6, 137:7,
137:8, 137:22, 138:13, 138:14,
139:5, 139:18, 140:4, 140:23,
141:8, 141:17, 141:23, 141:24,

142:14, 142:19, 142:21,
142:25, 143:8, 143:10, 143:17,
144:3, 144:21, 144:25, 145:8,
145:9, 145:15, 145:18, 145:20,
145:25, 146:2, 146:6, 146:9,
146:12, 147:2, 147:22, 147:25,
148:5, 148:6, 150:4, 150:5,
150:10, 151:7, 151:14, 151:17,
152:11, 152:16, 153:5, 153:18,
153:25, 154:12, 155:8, 155:13,
155:17, 155:23, 155:24,
156:17, 157:1, 157:2, 157:5,
158:1, 158:4, 158:8, 158:9,
159:2, 159:10, 160:4, 160:15,
160:16, 160:19, 161:1, 161:15,
161:20, 161:24, 162:5, 162:18,
162:19, 163:17, 164:20,
164:25, 165:6, 165:16, 166:4,
166:9, 166:14, 166:19, 166:25,
167:15, 167:22, 167:23, 168:2,
168:5, 168:8, 168:13, 168:14,
168:17, 168:18, 168:20,
168:22, 168:23, 169:2, 169:16,
169:18, 169:22, 170:17,
170:19, 170:24, 171:3, 171:10,
171:19, 171:25, 172:7, 172:22,
173:3, 173:4, 173:6, 173:7,
173:9, 173:11, 173:12, 173:14,
173:21, 174:2, 174:3, 174:19,
174:24, 175:4, 175:6, 175:7,
175:12, 175:14, 176:8, 176:9,
177:18, 179:4, 179:7, 179:23,
180:4, 180:17, 180:20, 181:6,
181:20, 181:21, 181:23, 183:3,
184:1, 184:4, 184:22, 185:4,
185:8, 185:10, 186:2, 187:2,
187:6, 187:7, 187:21, 188:2,
188:10, 188:13, 188:14,
188:19, 189:11, 189:12,
189:13, 189:19, 190:6, 190:13,
190:18, 190:21, 192:17,
192:19, 192:24, 193:7, 195:11,
195:12, 195:15, 195:16,
195:17, 195:23, 196:1, 196:19,
196:20, 196:21, 197:9, 197:23,
198:4, 198:7, 198:17, 198:18,
199:19, 201:12, 201:19, 202:3,
202:5, 202:23, 203:7, 203:24,
204:17, 204:20, 206:1, 206:4,
209:24, 210:11, 211:2, 212:3,
212:20, 213:23, 214:21,
214:22, 214:24, 216:10, 217:5,
217:12, 217:25, 218:1, 220:13,
220:15, 220:18, 220:24, 221:6,
221:8, 222:11, 222:15, 222:17,
223:5, 223:7, 223:8, 224:7,
224:14, 224:20, 224:24,
224:25, 225:3, 225:9, 225:12,
225:13, 225:25, 226:9, 226:11,
226:21, 227:3, 227:21, 227:25,
228:17, 229:5, 229:9, 229:15,

229:23, 230:6, 230:14, 230:22,
230:24, 231:1, 232:16, 232:21,
233:2, 233:13, 233:21, 234:10,
234:18, 235:1, 235:5, 235:8,
235:11, 235:12, 235:22,
236:18, 237:23, 237:24, 238:9,
238:25, 239:4, 239:21, 240:2,
240:4, 240:5, 240:17, 240:18,
241:4, 241:14, 241:16, 242:22,
244:4, 244:6, 244:10, 244:11,
244:13, 244:17, 245:5, 245:11,
245:22, 246:8, 246:9, 246:11,
246:12, 246:16, 246:17,
246:25, 247:5, 247:18, 247:23,
247:24, 248:5, 248:7, 248:8,
248:13, 248:14, 248:15, 249:2,
250:2, 250:12, 250:17, 250:18,
251:1, 251:16, 251:17, 251:18,
252:1, 253:4, 253:22, 254:6,
254:11, 254:15, 255:4, 255:7,
255:20, 256:2, 256:10, 256:24,
258:7
**A** [21] - 1:18, 1:19, 1:21, 56:23,
83:18, 112:8, 121:16, 122:11,
130:19, 136:1, 137:13, 147:16,
153:14, 153:15, 153:18, 156:8,
166:17, 199:25, 200:11,
200:15, 200:22
**a.m** [3] - 122:14, 122:16, 137:1
**Aaron** [1] - 223:18
**abandoned** [4] - 90:4, 90:15,
106:6, 107:6
**ability** [4] - 42:10, 108:9,
143:19, 143:21
**able** [16] - 25:18, 49:3, 53:2,
88:13, 94:17, 95:25, 96:14,
106:3, 107:11, 123:17, 191:11,
192:24, 202:3, 206:25, 238:10,
247:25
**about** [288] - 4:21, 5:4, 8:25,
9:5, 15:10, 18:1, 20:13, 22:12,
26:12, 26:15, 27:1, 27:7, 28:18,
30:1, 31:12, 33:16, 35:19,
37:20, 37:25, 40:14, 43:24,
44:21, 46:19, 49:2, 49:5, 50:6,
54:18, 54:20, 56:10, 58:19,
59:3, 59:12, 59:20, 59:21,
60:17, 60:23, 60:24, 61:2,
61:11, 61:13, 61:19, 61:21,
62:12, 62:24, 63:6, 63:9, 63:10,
63:13, 63:15, 64:1, 67:2, 68:16,
69:14, 69:17, 70:14, 72:12,
75:20, 76:4, 78:21, 79:1, 79:16,
80:20, 81:25, 82:13, 83:14,
84:9, 85:7, 86:3, 86:11, 86:12,
86:16, 87:14, 88:3, 88:12,
88:17, 88:20, 89:1, 89:13,
89:18, 90:16, 91:7, 91:11,
91:23, 92:15, 93:2, 93:9, 93:20,
94:8, 95:20, 97:14, 99:12,

99:22, 100:12, 100:14, 100:20, 101:12, 102:15, 102:20, 103:25, 105:3, 105:4, 105:6, 105:10, 105:15, 105:24, 106:9, 106:21, 108:7, 110:3, 112:2, 112:23, 113:1, 113:6, 113:22, 114:12, 116:7, 117:16, 117:23, 117:24, 123:10, 124:23, 125:1, 129:3, 129:17, 134:20, 136:6, 137:10, 140:11, 141:10, 144:18, 146:9, 146:12, 147:9, 147:11, 148:13, 148:17, 149:21, 150:8, 150:13, 150:20, 150:21, 151:25, 152:13, 153:10, 153:20, 155:12, 156:7, 157:15, 157:20, 158:13, 158:20, 160:7, 160:17, 161:12, 165:10, 165:11, 165:12, 166:17, 167:3, 167:6, 168:12, 168:13, 168:16, 168:17, 170:5, 170:22, 171:2, 171:10, 171:11, 171:19, 172:19, 172:25, 173:6, 173:10, 173:22, 174:14, 175:21, 176:17, 178:19, 179:25, 183:25, 184:21, 186:19, 187:1, 190:21, 193:7, 194:18, 195:16, 195:20, 195:21, 197:21, 198:16, 201:12, 201:14, 201:16, 201:17, 201:20, 202:3, 202:22, 202:24, 203:16, 203:17, 204:4, 204:5, 206:21, 207:3, 208:2, 209:10, 209:14, 209:22, 210:2, 210:6, 212:14, 213:6, 214:3, 215:5, 216:17, 219:5, 219:10, 219:18, 220:16, 220:21, 224:3, 226:3, 226:8, 226:10, 226:13, 226:17, 226:22, 226:24, 227:1, 227:7, 228:1, 229:17, 230:23, 231:3, 231:11, 231:18, 231:25, 232:5, 232:15, 232:17, 233:19, 234:5, 234:15, 234:16, 235:2, 235:8, 235:10, 235:15, 236:9, 236:13, 238:15, 238:23, 239:2, 239:12, 239:15, 239:18, 241:22, 242:2, 242:7, 242:24, 243:9, 243:22, 244:6, 244:15, 245:6, 246:20, 247:3, 247:24, 248:6, 248:21, 249:16, 255:1, 256:13, 256:21, 257:2

**above** [2] - 245:17, 258:9

**absence** [1] - 109:13

**absolute** [1] - 128:11

**absolutely** [12] - 35:2, 114:10, 115:6, 119:25, 163:8, 164:1, 205:3, 213:16, 216:1, 216:9, 230:16, 237:16

**abstract** [2] - 229:12, 229:25

**abundance** [1] - 251:15

**abundantly** [1] - 143:14

**abyss** [1] - 194:8

**access** [1] - 109:13

**accident** [1] - 190:7

**accidental** [1] - 49:8

**accordance** [2] - 203:12, 203:13

**according** [7] - 10:21, 102:20, 174:25, 176:10, 211:15, 215:7, 227:24

**account** [3] - 47:18, 109:14, 113:24

**accountant** [1] - 170:13

**accurate** [11] - 43:21, 128:12, 128:17, 129:9, 137:16, 145:2, 156:4, 162:13, 162:14, 214:8, 216:9

**accurately** [1] - 135:16

**accused** [1] - 235:12

**ace** [1] - 199:14

**acknowledge** [2] - 59:5, 131:13

**acknowledged** [1] - 133:9

**acknowledging** [1] - 158:14

**acoustics** [1] - 21:23

**across** [2] - 187:3, 187:6

**Act** [1] - 38:10

**act** [7] - 131:15, 134:15, 134:17, 181:6, 201:24, 235:11, 235:12

**acting** [1] - 147:24

**action** [8] - 24:5, 24:10, 131:11, 203:10, 203:25, 213:4, 215:11

**actioned** [1] - 217:19

**actions** [22] - 10:23, 13:19, 24:5, 28:20, 96:12, 97:2, 100:16, 122:14, 122:19, 133:5, 134:13, 135:16, 135:17, 135:23, 138:17, 141:19, 160:23, 161:23, 215:2, 237:20, 248:24

**activities** [1] - 95:24

**activity** [16] - 49:10, 101:14, 108:15, 149:5, 179:8, 221:12, 221:23, 222:12, 225:10, 226:6, 228:23, 248:25, 249:8, 252:20, 253:17, 254:14

**actor** [1] - 98:2

**actors** [1] - 250:5

**acts** [7] - 36:2, 63:15, 68:1, 135:4, 185:24, 200:20, 236:17

**actual** [10] - 12:20, 40:3, 75:20, 90:9, 96:8, 116:23, 203:22, 215:10, 236:2, 250:6

**actually** [61] - 4:13, 5:3, 10:22, 13:4, 17:16, 25:13, 26:14, 27:18, 31:21, 37:6, 37:19, 40:5, 40:9, 52:5, 52:9, 54:13, 70:15, 74:24, 78:20, 95:13, 95:24, 97:2, 101:18, 110:10, 114:8, 136:11, 136:21, 136:24, 138:22, 139:2, 139:7, 139:8, 139:17, 142:21, 148:21, 150:9, 150:15, 150:25, 162:24, 165:5, 169:8, 173:5, 179:15, 182:10, 186:24, 190:1, 194:6, 194:9, 197:3, 206:18, 207:9, 213:16, 213:25, 215:15, 215:20, 234:14, 252:18, 252:19, 253:22, 253:25, 256:8

**actus** [3] - 134:16, 138:5, 141:16

**add** [16] - 10:1, 23:22, 33:5, 34:6, 34:14, 51:8, 74:2, 117:8, 118:1, 141:21, 150:12, 163:5, 187:8, 190:13, 251:8

**added** [2] - 127:3, 151:5

**addiction** [1] - 25:18

**adding** [2] - 30:1, 150:11

**addition** [5] - 36:10, 51:17, 73:5, 113:7, 202:11

**additional** [6] - 156:20, 163:8, 183:21, 184:21, 184:23, 186:6

**address** [19] - 37:21, 38:6, 44:9, 49:13, 65:8, 84:13, 87:25, 115:2, 141:7, 167:7, 183:10, 187:14, 196:6, 196:17, 201:15, 231:5, 243:13, 243:21, 248:9

**addressed** [9] - 112:10, 167:4, 169:13, 186:3, 196:5, 199:4, 199:5, 200:21, 237:9

**addresses** [1] - 141:24

**addressing** [1] - 41:2

**administration** [1] - 17:20

**administrative** [1] - 250:8

**admissibility** [3] - 81:15, 171:9, 250:18

**admissible** [8] - 70:24, 76:10, 143:9, 144:14, 144:23, 161:21, 190:10, 205:13

**admission** [2] - 30:16, 251:14

**admit** [5] - 204:5, 223:8, 234:21, 256:4, 256:14

**admitted** [5] - 90:4, 143:8, 145:16, 180:6, 219:6

**admittedly** [2] - 20:16, 162:12

**admitting** [4] - 9:24, 80:3, 180:1, 256:8

**admonishing** [1] - 211:25

**adopt** [1] - 51:2

**advance** [2] - 7:16, 50:19

**advice** [3] - 72:7, 80:19, 150:19

**advise** [1] - 219:13

**advisement** [1] - 169:24

**advisors** [1] - 74:22

**advisory** [1] - 256:2

**affect** [2] - 97:7, 238:14

**affected** [4] - 95:24, 96:13, 98:2, 230:6

**affecting** [1] - 101:6

**affects** [2] - 108:21, 230:9

**affidavits** [4] - 38:17, 39:14, 40:6, 40:7

**affirmed** [1] - 40:9
**afield** [6] - 105:22, 228:2, 239:17, 239:24, 241:7, 241:14
**after** [43] - 4:1, 4:6, 6:8, 6:10, 18:18, 19:4, 19:10, 21:17, 27:6, 28:19, 29:7, 29:11, 54:12, 57:22, 58:6, 62:24, 67:13, 69:15, 69:16, 69:17, 71:18, 100:21, 103:5, 136:9, 136:15, 136:19, 136:25, 150:15, 169:15, 192:14, 197:13, 210:19, 210:25, 211:14, 211:16, 214:12, 214:17, 226:25, 236:9, 238:7, 246:8, 249:16, 253:4
**afternoon** [2] - 3:19, 217:10
**afterwards** [1] - 215:13
**again** [61] - 8:4, 8:16, 16:1, 18:8, 18:15, 20:3, 36:15, 42:25, 43:2, 51:12, 59:24, 60:17, 61:18, 63:1, 70:18, 74:3, 75:3, 85:15, 93:15, 100:25, 114:17, 117:7, 123:6, 123:7, 124:6, 124:19, 127:12, 133:21, 134:6, 139:3, 147:5, 169:1, 169:21, 192:8, 192:16, 195:2, 200:3, 201:2, 202:9, 209:9, 211:19, 212:20, 212:22, 212:25, 215:17, 215:25, 216:5, 225:24, 229:18, 231:10, 233:17, 236:22, 237:1, 237:8, 237:19, 238:15, 239:16, 241:21, 242:10, 247:7
**against** [13] - 42:1, 55:18, 90:24, 93:22, 105:13, 126:15, 127:13, 132:13, 132:18, 141:2, 143:13, 147:14, 206:13
**agencies** [1] - 168:20
**agency** [2] - 49:20, 250:3
**Agent** [2] - 201:17, 206:20
**agent** [5] - 38:19, 39:12, 40:8, 40:9, 202:2
**agents** [4] - 38:22, 77:12, 77:13, 77:16
**agents'** [1] - 38:17
**aggressive** [1] - 49:20
**ago** [3] - 31:17, 39:21, 86:14
**agree** [19] - 23:14, 29:18, 31:24, 50:21, 68:20, 89:13, 96:21, 99:20, 115:25, 196:25, 204:25, 225:19, 230:8, 232:19, 234:13, 235:5, 235:10, 243:11
**agreed** [5] - 83:22, 104:23, 105:8, 209:17, 241:11
**agreement** [3] - 86:25, 182:10, 188:17
**ah** [1] - 105:25
**aha** [1] - 246:17
**ahead** [5] - 115:1, 121:19, 124:5, 172:5, 213:14

**aimed** [1] - 65:4
**ain't** [1] - 190:19
**air** [1] - 216:19
**Airlines** [2] - 80:14, 115:9
**al** [1] - 1:7
**alcohol** [1] - 25:18
**alert** [3] - 119:20, 172:11, 172:14
**alerting** [1] - 62:24
**Alex** [1] - 217:7
**Alexander** [1] - 1:19
**alibi** [3] - 108:23, 109:7, 109:15
**Alice** [1] - 21:4
**alike** [1] - 162:12
**alive** [1] - 54:17
**all** [192] - 3:6, 4:19, 6:14, 6:19, 7:18, 8:13, 8:15, 10:5, 11:4, 11:11, 13:25, 22:10, 28:25, 29:1, 31:1, 32:15, 32:16, 33:2, 34:24, 35:3, 37:14, 37:19, 40:25, 41:12, 42:14, 42:15, 44:17, 45:3, 47:24, 48:1, 48:6, 53:11, 54:6, 54:18, 56:17, 62:10, 62:13, 62:20, 63:14, 65:21, 67:6, 70:3, 70:17, 71:23, 74:18, 75:18, 77:25, 80:25, 81:13, 82:18, 84:1, 86:11, 86:21, 87:11, 88:10, 88:25, 89:22, 89:23, 91:14, 93:1, 94:12, 96:19, 97:9, 98:15, 101:5, 101:24, 105:1, 105:13, 107:17, 107:22, 107:25, 108:17, 108:25, 109:17, 109:24, 110:2, 111:17, 111:19, 112:11, 121:19, 122:22, 125:6, 125:7, 125:14, 125:22, 126:1, 126:9, 131:4, 133:16, 134:1, 134:25, 136:7, 140:12, 140:23, 140:25, 141:2, 141:3, 141:11, 142:8, 146:9, 147:15, 155:9, 162:17, 162:22, 164:16, 164:25, 165:25, 166:22, 167:2, 169:24, 170:8, 171:14, 171:22, 173:1, 174:13, 177:15, 178:5, 178:10, 180:24, 181:5, 182:7, 182:13, 183:2, 185:16, 188:9, 190:11, 190:16, 190:18, 190:20, 191:7, 191:22, 192:25, 198:15, 198:24, 199:1, 199:8, 200:18, 203:7, 203:8, 205:1, 206:8, 206:22, 209:9, 211:16, 213:17, 213:23, 216:19, 218:1, 218:15, 219:7, 219:17, 222:9, 223:25, 224:16, 224:19, 227:4, 227:23, 228:23, 230:20, 231:14, 231:18, 234:22, 236:10, 236:23, 237:14, 237:24, 238:15, 241:15, 241:17, 241:24, 242:8, 242:23, 243:16, 244:1, 245:7, 245:18,

246:6, 248:3, 248:5, 248:25, 249:7, 251:8, 251:14, 252:7, 253:2, 254:8, 255:16, 256:5, 256:6
**allegation** [3] - 29:11, 88:18, 90:6
**allegations** [18] - 14:7, 31:21, 101:18, 142:17, 142:23, 143:15, 143:22, 144:2, 144:10, 144:25, 145:2, 145:7, 145:10, 146:3, 147:4, 157:19, 200:23, 242:4
**allege** [11] - 10:11, 11:16, 12:12, 13:9, 15:7, 26:18, 28:14, 29:19, 93:10, 150:22, 195:11
**alleged** [49] - 10:25, 11:7, 12:11, 15:2, 19:15, 20:2, 20:5, 20:12, 22:5, 22:10, 22:16, 26:25, 27:25, 28:2, 31:5, 31:7, 36:17, 45:23, 56:14, 60:3, 60:11, 61:22, 63:2, 64:8, 64:10, 66:6, 83:6, 83:12, 93:12, 118:10, 154:20, 158:5, 180:13, 181:25, 187:19, 188:2, 188:16, 195:7, 195:9, 195:16, 195:17, 195:24, 203:14, 210:23, 215:5, 216:24, 237:12, 242:18
**allegedly** [13] - 57:6, 57:9, 57:14, 58:18, 156:18, 156:24, 156:25, 157:9, 157:10, 210:12, 210:13, 211:20, 255:1
**alleges** [3] - 14:8, 142:9, 175:15
**alleging** [7] - 24:2, 35:5, 160:11, 173:24, 193:11, 194:6, 251:17
**allow** [15] - 9:11, 88:22, 104:2, 105:23, 105:25, 106:14, 107:20, 111:11, 143:17, 159:9, 164:9, 171:15, 183:2, 236:16, 254:8
**allowed** [13] - 88:2, 90:16, 96:12, 128:25, 139:11, 173:15, 176:22, 180:8, 180:19, 193:13, 195:9, 195:15, 195:18
**allowing** [5] - 159:14, 162:16, 163:2, 178:8, 239:6
**allows** [4] - 91:18, 114:18, 182:4, 214:25
**alluding** [3] - 200:3, 218:6, 219:1
**almost** [4] - 92:5, 105:17, 162:11, 230:14
**alone** [5] - 33:17, 90:12, 114:2, 186:22, 203:17
**along** [5] - 42:3, 110:9, 118:25, 120:16, 177:20
**alphabet** [2] - 187:16, 187:17
**already** [29] - 35:18, 36:10, 57:2, 62:12, 76:2, 112:10, 125:18, 137:21, 142:16, 147:6,

161:11, 161:16, 178:6, 178:18,
178:23, 193:22, 195:21, 196:4,
199:4, 199:5, 199:20, 204:11,
210:20, 211:8, 218:10, 230:3,
233:11, 242:13, 247:22
**also** [50] - 5:20, 9:1, 11:8,
19:23, 33:19, 39:8, 42:13, 44:4,
44:11, 47:20, 51:18, 53:9,
54:18, 54:23, 58:11, 60:1, 60:3,
61:25, 68:25, 75:10, 75:13,
79:11, 80:19, 81:5, 96:15,
97:13, 100:23, 111:5, 122:4,
125:12, 134:4, 149:23, 151:15,
157:23, 158:7, 160:13, 165:15,
168:7, 168:16, 172:9, 190:6,
192:20, 214:10, 217:8, 217:20,
223:7, 224:23, 228:3, 230:24,
244:12
**although** [4] - 57:7, 134:6,
148:10, 179:24
**always** [3] - 12:25, 163:24,
164:13
**Alzamend** [2] - 126:23, 126:24
**ALZAMEND** [1] - 126:24
**am** [15] - 5:21, 6:1, 7:3, 61:15,
68:8, 79:14, 128:7, 141:6,
141:7, 156:2, 175:16, 176:1,
190:14, 194:15, 235:24
**amazed** [1] - 240:13
**amazement** [1] - 54:16
**Amazon** [1] - 24:14
**amend** [2] - 163:21, 164:5
**amended** [1] - 181:23
**Amendment** [10] - 66:3, 66:4,
66:8, 66:10, 112:12, 112:14,
112:18, 143:13, 145:5, 146:16
**AMERICA** [1] - 1:4
**America** [1] - 145:9
**America's** [1] - 53:22
**American** [2] - 80:14, 115:8
**Ameritrade** [18] - 125:5, 125:9,
125:11, 125:19, 127:20,
128:10, 128:14, 131:18,
131:19, 132:9, 133:3, 133:6,
133:8, 137:21, 141:18, 161:24,
162:12, 178:11
**amongst** [2] - 7:21, 119:20
**amorphous** [4] - 12:8, 57:13,
61:23, 116:22
**amount** [6] - 19:9, 71:10, 99:6,
128:20, 135:9, 158:19
**amounts** [4] - 116:8, 116:14,
116:17, 116:23
**an** [125] - 6:13, 9:15, 11:8, 15:2,
17:16, 17:22, 17:23, 20:18,
24:4, 26:12, 31:3, 34:20, 38:13,
39:5, 42:2, 46:20, 49:8, 49:19,
53:12, 57:13, 69:12, 73:21,
75:1, 76:11, 77:2, 77:10, 83:22,
87:22, 90:6, 91:17, 91:22, 93:6,

93:13, 94:15, 94:22, 97:17,
99:5, 99:7, 101:23, 101:25,
109:15, 113:23, 116:9, 118:2,
118:18, 120:15, 121:20, 122:7,
122:24, 123:5, 124:20, 125:4,
126:11, 130:6, 131:16, 131:20,
132:14, 133:7, 134:14, 134:15,
134:20, 137:15, 142:18, 148:8,
153:16, 155:12, 161:8, 161:23,
166:16, 167:1, 167:15, 167:24,
173:3, 174:17, 175:5, 177:19,
177:21, 181:24, 184:2, 185:4,
186:6, 186:20, 187:2, 188:16,
188:20, 188:21, 190:7, 194:21,
195:16, 196:21, 200:7, 200:12,
201:20, 201:25, 202:2, 202:25,
207:9, 207:10, 214:14, 218:2,
220:23, 221:3, 221:7, 222:16,
224:10, 227:15, 228:8, 228:11,
228:12, 228:14, 228:17,
228:24, 231:25, 232:10,
235:16, 238:15, 242:16,
242:18, 251:15, 254:9, 256:2
**analog** [1] - 121:5
**analogies** [1] - 33:14
**analogy** [2] - 34:20, 134:20
**analysis** [4] - 117:17, 169:7,
214:3, 242:24
**analyst** [1] - 146:10
**anchor** [1] - 71:12
**and** [1257] - 3:12, 3:17, 3:18,
3:21, 3:25, 4:1, 4:6, 4:9, 4:15,
4:16, 4:18, 5:3, 5:4, 5:6, 5:13,
5:14, 5:18, 5:21, 5:23, 6:3,
6:10, 6:18, 6:19, 6:20, 7:4, 7:7,
7:11, 7:16, 7:23, 7:25, 8:2, 8:3,
8:9, 8:14, 8:17, 8:22, 9:2, 9:3,
9:7, 9:16, 9:24, 9:25, 10:15,
10:18, 10:21, 10:24, 11:2, 11:5,
11:9, 11:11, 11:14, 11:15,
11:16, 11:19, 12:4, 12:12,
12:21, 13:5, 13:9, 13:17, 13:20,
13:21, 13:22, 14:13, 14:22,
14:23, 14:24, 15:7, 15:11,
15:12, 15:13, 15:18, 15:23,
16:1, 16:8, 16:15, 16:17, 16:18,
16:23, 16:24, 17:1, 17:3, 17:10,
17:11, 17:12, 17:15, 17:16,
17:18, 17:20, 17:21, 17:23,
17:25, 18:7, 18:10, 18:11,
18:12, 18:14, 18:17, 18:18,
19:6, 19:10, 19:11, 19:16, 20:1,
20:2, 20:4, 20:6, 20:8, 20:21,
21:1, 21:3, 21:4, 21:6, 21:11,
21:12, 21:14, 21:15, 21:17,
22:20, 22:21, 23:6, 23:9, 23:14,
23:22, 24:6, 24:9, 24:15, 24:18,
25:18, 26:6, 26:7, 27:6, 27:11,
27:18, 27:19, 28:6, 28:7, 28:10,
28:21, 28:23, 29:1, 29:2, 29:9,

29:14, 29:20, 29:24, 30:7,
30:11, 30:12, 30:18, 30:23,
31:3, 31:6, 31:7, 31:9, 31:11,
31:16, 31:18, 31:20, 32:8,
32:18, 32:23, 32:25, 33:9,
33:12, 33:16, 33:17, 34:1,
34:15, 34:16, 34:22, 34:24,
35:8, 35:20, 36:3, 36:5, 36:15,
36:18, 36:23, 37:22, 38:12,
38:17, 38:20, 38:21, 38:22,
38:24, 39:1, 39:4, 39:8, 39:14,
39:16, 39:23, 39:25, 40:3, 40:4,
40:6, 40:9, 40:20, 41:4, 41:11,
41:13, 41:16, 41:23, 42:1, 42:5,
42:6, 42:10, 42:18, 42:19,
42:23, 42:25, 43:4, 43:6, 43:7,
43:8, 43:11, 43:13, 43:16,
43:17, 43:20, 43:24, 44:1, 44:3,
44:4, 44:6, 44:18, 45:2, 45:3,
45:4, 45:13, 45:16, 45:18,
45:20, 46:21, 46:23, 46:24,
47:11, 47:12, 47:14, 47:15,
47:20, 47:22, 47:24, 47:25,
48:7, 48:14, 48:23, 49:1, 49:4,
49:7, 49:9, 49:19, 49:20, 50:4,
50:6, 50:19, 50:23, 51:12,
51:16, 51:19, 51:24, 52:3, 52:4,
52:7, 52:12, 52:14, 53:1, 53:4,
53:8, 53:12, 53:15, 53:21, 54:5,
54:23, 55:20, 56:3, 56:7, 56:13,
56:15, 56:19, 56:21, 57:1, 57:6,
57:15, 57:22, 57:25, 58:6,
58:15, 59:1, 59:5, 59:11, 59:14,
59:15, 59:25, 60:1, 60:9, 60:15,
60:25, 61:4, 61:7, 61:8, 61:10,
61:12, 61:14, 61:22, 62:2,
62:10, 62:13, 62:18, 62:21,
62:23, 63:13, 63:14, 63:18,
63:21, 64:4, 64:21, 65:4, 65:6,
65:15, 66:7, 66:23, 67:1, 67:12,
67:15, 67:17, 67:19, 67:23,
68:3, 68:11, 68:19, 69:3, 69:6,
69:7, 69:9, 69:12, 69:13, 69:14,
69:19, 69:20, 69:21, 69:23,
70:1, 70:6, 70:8, 70:12, 70:16,
70:17, 71:2, 71:5, 71:11, 71:17,
71:20, 71:21, 71:25, 72:1, 72:2,
72:10, 72:12, 72:16, 72:22,
73:2, 73:3, 73:10, 73:16, 73:18,
74:12, 74:16, 74:25, 75:4, 75:5,
75:6, 75:8, 75:15, 75:16, 75:19,
76:10, 76:12, 76:25, 77:7,
77:10, 77:23, 78:16, 78:24,
78:25, 79:6, 79:7, 79:11, 79:25,
80:13, 80:19, 81:1, 81:3, 81:9,
81:17, 82:7, 82:8, 82:13, 82:19,
82:21, 83:4, 83:6, 83:10, 83:19,
83:24, 84:5, 84:14, 85:1, 85:2,
85:9, 85:13, 86:3, 86:12, 86:14,
86:17, 87:6, 87:7, 87:14, 87:23,
88:4, 88:12, 88:14, 88:17, 89:1,

89:12, 89:23, 90:1, 90:10,
90:17, 90:24, 91:4, 91:15, 92:2,
92:3, 92:7, 92:8, 92:10, 92:17,
92:18, 92:19, 93:1, 93:12,
93:13, 93:15, 93:17, 93:23,
94:11, 94:14, 94:19, 94:22,
95:2, 95:6, 95:8, 95:12, 95:14,
95:20, 95:21, 96:3, 96:12,
96:21, 96:23, 97:8, 97:11,
97:18, 98:5, 99:1, 99:4, 99:10,
99:21, 99:22, 100:5, 100:10,
100:12, 100:20, 100:22,
100:25, 101:4, 101:5, 102:6,
102:8, 102:9, 102:24, 103:1,
103:5, 103:12, 103:15, 103:18,
103:23, 104:3, 104:4, 104:5,
104:8, 104:25, 105:20, 106:6,
106:12, 106:15, 106:20,
106:22, 107:1, 107:2, 107:24,
108:3, 108:5, 108:6, 108:8,
108:9, 109:8, 109:14, 110:6,
110:22, 110:23, 111:7, 111:20,
112:5, 112:7, 112:8, 112:11,
112:13, 112:22, 112:25, 113:8,
113:16, 113:18, 113:19,
113:20, 114:4, 114:7, 114:12,
114:18, 114:19, 114:20, 115:7,
115:8, 115:9, 115:14, 115:21,
116:5, 116:10, 116:16, 116:19,
116:22, 116:25, 117:2, 117:9,
117:13, 117:15, 117:25,
118:10, 118:15, 118:17,
118:22, 119:12, 119:14,
119:15, 119:16, 119:19,
119:21, 119:25, 120:2, 120:3,
120:10, 120:15, 120:18,
120:22, 121:6, 121:10, 121:24,
122:4, 122:7, 122:12, 122:14,
122:15, 122:16, 122:17,
122:21, 123:2, 123:4, 123:6,
123:10, 123:11, 123:12,
123:13, 123:14, 124:10,
124:12, 124:14, 124:15,
124:16, 124:17, 124:19,
124:25, 125:5, 125:9, 125:15,
125:17, 125:22, 125:23, 126:5,
126:17, 126:23, 126:24, 127:1,
127:7, 127:10, 127:13, 127:15,
127:17, 127:18, 127:20,
127:21, 128:3, 128:9, 128:11,
128:14, 128:25, 129:4, 129:12,
129:14, 130:7, 130:9, 130:10,
131:7, 131:12, 132:6, 132:8,
132:10, 132:14, 133:6, 133:15,
133:16, 133:22, 134:9, 134:18,
135:2, 135:4, 135:5, 135:11,
135:18, 135:23, 135:25, 136:1,
136:7, 136:10, 136:14, 136:23,
137:1, 137:2, 137:14, 137:21,
137:22, 137:23, 138:4, 138:8,
138:16, 138:18, 139:2, 139:4,

139:6, 139:9, 139:12, 139:13,
139:14, 139:17, 139:19,
139:20, 139:21, 139:24,
139:25, 140:1, 140:2, 140:4,
140:9, 140:13, 140:15, 140:17,
140:18, 140:20, 140:22,
140:25, 141:4, 141:7, 141:8,
141:12, 141:14, 141:16,
141:18, 142:1, 142:4, 142:8,
142:9, 142:10, 142:19, 143:2,
143:5, 144:2, 144:3, 144:7,
144:10, 144:19, 145:2, 145:5,
145:15, 146:1, 146:4, 146:10,
146:23, 147:10, 147:13,
147:14, 147:25, 148:10,
148:20, 149:2, 149:4, 149:7,
149:12, 149:14, 149:15,
149:19, 149:20, 149:21,
149:23, 149:24, 150:2, 150:8,
150:9, 150:11, 150:17, 150:19,
150:21, 151:4, 151:13, 151:14,
151:20, 151:21, 152:1, 152:8,
152:9, 152:14, 152:15, 152:17,
154:2, 154:4, 154:9, 155:13,
155:21, 155:23, 156:2, 156:14,
157:11, 157:14, 157:20,
157:21, 157:25, 158:2, 158:3,
158:9, 158:11, 158:13, 158:14,
158:15, 158:16, 158:19, 159:9,
159:17, 159:22, 160:16,
160:17, 161:1, 161:3, 161:6,
161:7, 161:9, 161:11, 161:19,
161:20, 162:7, 162:19, 162:25,
163:18, 164:3, 164:6, 164:22,
165:4, 165:8, 165:11, 165:18,
165:19, 165:20, 165:25, 166:9,
166:15, 166:16, 167:5, 167:19,
167:21, 167:23, 167:24, 168:2,
168:6, 168:8, 168:9, 168:11,
168:12, 168:17, 168:20,
168:24, 168:25, 169:2, 169:4,
169:5, 169:13, 169:22, 170:10,
170:14, 170:17, 170:22, 171:4,
171:5, 171:7, 171:10, 171:19,
171:20, 172:15, 172:16,
172:17, 172:24, 173:11,
173:25, 174:3, 174:6, 174:20,
175:2, 175:4, 175:8, 176:2,
176:12, 176:17, 176:21, 177:2,
177:19, 177:23, 178:6, 178:11,
178:14, 178:16, 178:17,
178:22, 179:1, 179:2, 179:4,
179:5, 179:8, 179:19, 180:2,
180:13, 180:19, 180:23, 181:1,
181:14, 181:18, 181:19,
181:22, 181:24, 182:1, 182:3,
182:6, 182:14, 183:4, 183:9,
183:22, 183:24, 184:3, 184:4,
184:5, 184:20, 184:21, 184:23,
185:4, 185:10, 185:11, 185:21,
185:25, 186:8, 186:9, 186:11,

186:12, 186:15, 186:21,
186:22, 187:2, 187:5, 187:7,
187:16, 187:18, 188:16,
189:12, 189:15, 190:4, 190:6,
190:13, 190:16, 190:17,
190:18, 190:20, 191:1, 191:5,
191:9, 191:12, 191:15, 191:17,
191:19, 191:21, 191:23,
191:24, 192:7, 192:11, 192:14,
192:15, 192:21, 192:22, 193:5,
193:8, 193:12, 193:13, 193:14,
193:20, 194:2, 194:4, 194:10,
194:19, 195:8, 195:22, 195:23,
196:2, 196:7, 196:8, 196:25,
197:3, 197:17, 197:25, 198:2,
198:15, 198:17, 199:6, 199:8,
199:9, 200:3, 200:11, 200:15,
200:22, 201:4, 201:13, 201:14,
201:19, 201:21, 202:9, 202:16,
202:18, 202:21, 202:23, 203:1,
203:16, 203:17, 203:21,
203:22, 204:3, 204:4, 204:7,
204:8, 204:14, 204:17, 204:22,
204:25, 205:12, 205:13,
205:17, 205:19, 205:20,
206:25, 207:10, 207:16,
207:22, 208:7, 208:11, 208:18,
209:6, 209:10, 209:15, 209:24,
210:3, 210:11, 210:14, 210:17,
210:19, 210:21, 211:2, 211:9,
211:14, 211:17, 211:25,
212:12, 212:15, 212:16,
212:25, 213:2, 213:3, 213:4,
213:18, 213:21, 214:8, 214:10,
215:4, 215:14, 215:23, 216:2,
216:7, 216:12, 216:13, 216:17,
216:18, 216:19, 217:5, 217:13,
217:20, 217:21, 218:5, 219:19,
219:25, 220:2, 220:13, 221:4,
221:12, 221:18, 221:20,
222:12, 222:13, 223:7, 223:10,
225:4, 226:2, 226:15, 226:19,
226:20, 227:1, 227:3, 227:4,
227:17, 227:21, 227:22, 228:8,
228:19, 228:22, 228:24, 229:5,
229:15, 229:20, 229:22, 230:1,
230:3, 230:18, 230:24, 231:11,
231:19, 231:22, 232:1, 232:2,
232:6, 232:9, 232:13, 232:23,
233:2, 233:11, 233:13, 233:15,
233:18, 233:25, 234:3, 234:4,
234:9, 234:12, 234:13, 234:17,
235:9, 235:10, 235:20, 236:11,
236:24, 237:9, 237:13, 237:14,
237:24, 238:8, 238:9, 238:14,
238:21, 238:24, 239:4, 239:16,
239:20, 239:23, 240:6, 240:12,
240:14, 240:16, 240:19,
240:21, 240:25, 241:1, 241:2,
241:4, 241:7, 241:11, 241:16,
241:24, 242:7, 242:11, 242:21,

242:24, 243:1, 243:5, 243:7, 243:9, 243:11, 243:16, 244:13, 244:15, 244:19, 244:20, 244:24, 245:6, 245:7, 245:9, 245:16, 245:23, 246:14, 246:24, 247:4, 247:6, 247:7, 248:6, 248:15, 248:18, 248:23, 248:25, 249:15, 249:20, 250:1, 250:2, 250:6, 250:8, 250:21, 251:1, 251:18, 251:21, 251:23, 251:24, 252:1, 252:11, 252:14, 252:19, 253:4, 253:9, 253:10, 253:19, 253:22, 254:1, 254:10, 254:14, 254:21, 255:22, 255:25, 256:9, 256:10, 256:21, 258:8

**And** [1] - 165:9

**ANDREW** [1] - 1:3

**angle** [1] - 78:19

**animal** [1] - 96:22

**announced** [1] - 97:23

**announcements** [1] - 105:15

**announces** [1] - 101:21

**another** [17] - 24:18, 32:17, 37:6, 44:1, 66:1, 68:23, 78:19, 109:12, 134:3, 146:12, 165:12, 177:20, 183:9, 199:15, 220:22, 221:10, 222:20

**answer** [3] - 3:17, 147:8, 148:7

**anticipate** [4] - 102:4, 164:7, 204:2, 206:20

**any** [129] - 6:8, 8:12, 10:20, 10:22, 14:21, 19:1, 19:14, 21:24, 23:17, 24:16, 29:10, 35:2, 38:5, 38:11, 39:4, 40:21, 41:13, 41:15, 41:24, 42:12, 42:17, 44:20, 46:13, 55:20, 55:24, 56:1, 56:4, 56:16, 56:18, 56:22, 57:12, 58:10, 58:22, 60:19, 61:6, 62:8, 63:3, 63:18, 64:10, 66:14, 71:9, 77:16, 87:16, 87:19, 92:5, 92:11, 97:1, 104:11, 104:22, 107:18, 108:23, 114:1, 114:15, 115:25, 116:11, 116:18, 116:23, 118:7, 119:10, 120:23, 130:13, 131:19, 134:24, 138:2, 143:19, 145:8, 146:2, 147:8, 148:7, 159:14, 162:16, 163:1, 168:4, 169:10, 172:3, 172:10, 172:11, 172:15, 172:19, 173:17, 174:8, 176:23, 178:21, 179:6, 179:16, 180:2, 188:7, 190:1, 195:7, 195:9, 195:16, 199:23, 199:24, 199:25, 203:5, 203:18, 210:16, 210:23, 211:5, 211:20, 211:21, 211:23, 212:2, 213:24, 216:11, 216:13, 218:12, 224:3, 226:16, 227:2, 229:2, 231:16, 231:20, 232:15, 232:20, 238:17, 242:4, 248:4, 249:12, 249:20, 250:13, 252:16, 252:23, 253:1, 253:19

**anybody** [12] - 19:2, 21:19, 22:11, 33:3, 36:6, 44:8, 103:6, 131:9, 166:17, 188:24, 233:1, 236:16

**anybody's** [1] - 231:23

**anyhow** [1] - 138:21

**anyone** [11] - 15:3, 33:17, 33:22, 33:24, 38:6, 46:1, 59:22, 110:23, 142:5, 216:1, 238:22

**anything** [40] - 10:1, 25:23, 26:7, 33:5, 33:22, 34:12, 44:20, 44:21, 44:22, 45:7, 52:10, 52:16, 58:17, 58:20, 59:19, 60:24, 61:1, 61:20, 87:20, 92:11, 94:8, 97:14, 123:23, 151:24, 152:10, 153:3, 168:1, 168:6, 173:16, 180:7, 180:22, 183:21, 206:22, 214:15, 218:5, 220:20, 231:7, 243:18, 248:19, 253:20

**anyway** [7] - 114:9, 146:5, 190:15, 192:24, 209:22, 210:4, 247:15

**anywhere** [4] - 42:17, 45:10, 112:5, 163:1

**apart** [2] - 99:5, 234:23

**apologize** [10] - 33:13, 60:2, 89:8, 120:25, 124:4, 129:19, 150:5, 154:3, 224:10, 225:4

**apparent** [2] - 39:9, 89:20

**apparently** [1] - 88:11

**appeal** [1] - 42:5

**appealing** [2] - 150:11, 150:14

**appeals** [2] - 43:1, 43:9

**appear** [3] - 35:9, 90:4, 135:18

**APPEARANCES** [1] - 1:15

**appeared** [1] - 36:18

**appears** [2] - 145:13, 245:5

**apples** [1] - 254:10

**apples-and-oranges** [1] - 254:10

**applicable** [2] - 146:9, 245:2

**application** [2] - 65:16, 66:4

**applied** [5] - 23:7, 23:10, 65:15, 83:24, 255:22

**applies** [4] - 6:14, 23:13, 36:16, 40:6

**apply** [4] - 7:7, 7:9, 220:17, 231:20

**applying** [1] - 144:15

**appreciate** [2] - 81:1, 225:5

**appreciation** [1] - 177:25

**approach** [3] - 73:24, 86:7, 112:14

**appropriate** [5] - 194:22, 205:10, 205:12, 220:11, 223:12

**approximately** [2] - 27:15, 57:19

**April** [1] - 4:9

**are** [263] - 3:17, 5:1, 8:21, 9:21, 12:17, 14:17, 22:10, 24:5, 24:6, 24:13, 25:14, 26:2, 26:10, 26:25, 31:10, 31:14, 35:4, 35:10, 35:22, 36:8, 36:13, 37:3, 38:5, 38:14, 39:6, 40:13, 41:18, 41:20, 41:23, 42:8, 42:16, 42:19, 43:17, 43:21, 44:3, 45:22, 46:9, 46:23, 47:11, 48:1, 50:22, 52:2, 52:12, 52:15, 52:25, 54:14, 54:17, 55:9, 56:9, 56:20, 58:24, 59:14, 60:2, 60:15, 61:1, 61:11, 62:14, 63:7, 64:24, 65:14, 65:16, 65:23, 67:8, 67:12, 67:14, 67:15, 68:8, 69:21, 69:23, 70:25, 71:3, 71:25, 72:12, 76:1, 76:5, 76:7, 76:10, 79:10, 81:11, 82:21, 83:12, 84:8, 84:9, 86:15, 86:23, 87:5, 87:7, 87:16, 87:20, 89:22, 89:24, 91:1, 91:4, 93:10, 93:14, 94:18, 100:6, 101:4, 102:4, 103:25, 105:14, 109:11, 109:20, 110:6, 110:8, 110:10, 112:8, 114:4, 116:15, 116:17, 117:10, 118:5, 118:22, 118:24, 119:1, 119:17, 119:25, 120:1, 120:18, 123:17, 126:6, 127:1, 128:16, 129:4, 129:19, 132:5, 132:23, 138:2, 138:9, 138:24, 140:16, 141:1, 141:6, 142:3, 142:9, 142:10, 142:11, 142:12, 142:17, 142:18, 142:23, 143:1, 143:9, 143:15, 143:22, 144:10, 144:19, 145:7, 146:17, 146:19, 146:21, 146:25, 147:20, 147:23, 148:14, 149:18, 150:22, 152:2, 152:8, 154:10, 154:17, 154:18, 154:19, 154:23, 155:8, 155:9, 156:13, 156:15, 156:17, 156:20, 157:8, 159:19, 159:22, 159:24, 161:21, 162:11, 163:8, 163:19, 164:24, 168:9, 169:4, 169:22, 170:19, 172:21, 174:8, 178:9, 180:15, 181:16, 181:20, 183:19, 184:24, 185:3, 185:15, 186:25, 188:1, 188:5, 189:7, 189:12, 189:22, 189:24, 193:5, 193:12, 193:14, 193:17, 193:18, 193:22, 194:1, 194:8, 195:1, 197:21, 198:20, 199:6, 200:11, 200:15, 203:1, 204:15, 205:12, 211:1, 216:16, 220:6, 220:11, 220:22, 220:25, 221:11, 222:13, 228:2, 228:6, 229:13, 234:5, 236:21, 238:18, 240:1, 240:5, 240:13, 240:22, 240:25, 241:3, 243:4, 243:5, 243:25, 245:1, 246:23, 247:10,

247:11, 248:3, 250:4, 251:2, 251:12, 253:5, 253:12, 253:16, 254:9, 254:15

**area** [4] - 202:20, 202:25, 212:16, 228:16

**aren't** [19] - 13:18, 21:24, 29:4, 29:5, 31:18, 42:5, 42:20, 52:14, 70:22, 74:13, 74:22, 110:21, 193:1, 220:18, 234:14, 241:16, 248:5, 253:13

**arguably** [1] - 97:5

**argue** [14] - 9:12, 11:10, 24:10, 51:21, 109:4, 112:14, 173:16, 174:11, 176:21, 178:16, 179:17, 189:25, 195:15, 247:21

**argues** [1] - 12:25

**arguing** [10] - 12:16, 12:17, 25:24, 90:14, 110:14, 174:7, 193:12, 193:21, 244:21, 245:1

**argument** [28] - 10:7, 65:4, 66:2, 82:13, 86:3, 86:12, 87:5, 87:9, 87:11, 87:14, 87:20, 89:1, 89:13, 93:2, 100:4, 104:17, 106:5, 110:2, 110:6, 110:12, 112:10, 142:18, 148:6, 148:10, 174:15, 193:13, 232:15, 235:6

**argumentative** [1] - 147:22

**arguments** [13] - 65:25, 84:14, 90:2, 90:19, 110:17, 111:21, 172:15, 172:19, 181:4, 196:6, 196:17, 220:10, 230:22

**arises** [1] - 243:13

**ARMSTRONG** [102] - 6:24, 9:13, 9:22, 10:2, 14:3, 30:20, 32:2, 32:4, 32:12, 32:20, 34:3, 34:13, 37:1, 39:20, 40:15, 40:17, 51:21, 54:25, 66:18, 67:4, 67:10, 69:5, 71:7, 71:15, 73:7, 73:23, 76:3, 76:16, 76:20, 81:8, 82:11, 87:1, 89:8, 90:20, 92:24, 93:8, 94:23, 96:20, 97:25, 98:17, 108:6, 109:3, 110:11, 111:2, 111:13, 111:25, 112:4, 117:5, 118:12, 119:11, 120:4, 120:7, 120:25, 121:3, 148:4, 148:16, 151:1, 151:6, 151:8, 151:11, 151:16, 151:19, 152:1, 152:8, 152:14, 152:21, 153:9, 153:20, 154:14, 156:7, 158:18, 159:12, 162:21, 165:1, 173:20, 174:5, 174:11, 182:9, 189:3, 189:9, 193:23, 194:14, 194:23, 195:2, 197:11, 197:15, 199:10, 206:15, 207:7, 207:12, 208:6, 208:15, 208:21, 209:6, 209:17, 212:7, 213:8, 213:15, 216:15, 218:13, 218:18, 247:9

**Armstrong** [24] - 1:16, 6:22, 14:1, 23:21, 31:23, 39:18, 51:20, 72:9, 72:15, 96:17,

108:19, 110:4, 114:24, 117:3, 148:2, 154:10, 154:13, 155:14, 164:24, 173:17, 182:7, 188:25, 212:6, 254:22

**around** [9] - 59:20, 119:16, 137:2, 167:17, 175:17, 207:23, 221:3, 227:1, 238:21

**arrest** [2] - 199:24, 200:22

**arrested** [1] - 49:16

**arrive** [1] - 125:15

**articles** [3] - 36:20, 226:14, 226:16

**articulated** [1] - 181:18

**artifical** [2] - 69:12, 116:19

**artificially** [9] - 90:1, 90:7, 90:16, 107:2, 113:12, 113:14, 113:19, 114:16, 249:24

**as** [247] - 3:9, 5:18, 5:21, 7:15, 10:22, 11:4, 11:18, 12:24, 13:7, 13:19, 13:21, 13:23, 14:6, 14:15, 18:18, 20:7, 21:9, 21:17, 22:4, 23:3, 23:15, 26:23, 29:23, 30:8, 31:19, 32:6, 32:7, 32:23, 33:6, 33:24, 35:3, 35:10, 35:11, 35:23, 37:8, 38:18, 38:21, 39:9, 39:10, 39:11, 40:7, 41:21, 42:18, 42:25, 44:25, 45:5, 46:20, 47:7, 47:25, 48:8, 49:15, 50:21, 51:19, 52:20, 55:23, 57:25, 59:10, 62:8, 63:20, 64:25, 65:17, 67:10, 67:21, 68:8, 68:18, 69:6, 70:23, 72:16, 73:20, 74:11, 76:6, 79:13, 80:24, 83:24, 86:9, 87:10, 87:12, 87:22, 88:4, 88:17, 89:5, 90:4, 90:12, 93:12, 94:22, 96:16, 97:11, 99:7, 100:22, 107:17, 107:18, 110:19, 111:23, 113:5, 113:24, 115:11, 116:12, 117:1, 117:17, 117:19, 119:17, 120:13, 120:16, 122:8, 124:23, 125:16, 125:19, 126:2, 126:22, 128:1, 128:2, 128:16, 129:17, 129:18, 131:5, 131:6, 131:21, 132:12, 134:9, 134:18, 135:18, 135:19, 137:24, 145:2, 145:14, 149:3, 151:12, 151:22, 157:9, 159:23, 160:19, 160:20, 165:22, 167:8, 167:15, 167:17, 168:8, 169:2, 169:7, 169:25, 170:9, 171:15, 174:7, 174:23, 178:18, 179:21, 180:14, 180:25, 181:1, 181:18, 182:13, 182:14, 182:15, 182:22, 183:15, 185:14, 185:16, 186:10, 187:4, 187:19, 189:5, 189:6, 192:17, 193:8, 194:8, 196:17, 197:18, 198:2, 199:6, 200:14, 201:20, 202:1, 202:5, 202:6, 202:17, 204:2, 205:15,

205:22, 207:10, 207:18, 207:24, 207:25, 208:5, 208:18, 209:8, 211:3, 212:2, 214:22, 215:1, 215:11, 217:11, 218:21, 219:14, 221:24, 222:11, 222:23, 223:6, 224:24, 224:25, 225:12, 226:4, 227:7, 228:14, 229:9, 229:17, 231:6, 232:9, 233:11, 234:9, 236:18, 236:25, 240:4, 243:13, 244:8, 244:14, 244:16, 245:17, 245:22, 246:16, 248:8, 250:17, 250:18, 256:2, 256:14

**aside** [2] - 35:20, 226:5

**ask** [14] - 4:22, 23:16, 105:18, 109:3, 126:4, 135:5, 135:6, 172:9, 172:17, 176:21, 188:25, 197:9, 209:5, 211:9

**asked** [6] - 135:8, 135:10, 171:18, 229:7, 248:20, 249:13

**asking** [3] - 73:9, 81:21, 171:18

**aspect** [2] - 52:20, 177:3

**aspects** [1] - 191:13

**assemble** [1] - 4:11

**assert** [1] - 172:10

**asserted** [3] - 55:20, 74:24, 74:25

**assertion** [1] - 25:15

**assessment** [1] - 33:21

**associated** [1] - 243:2

**Association** [1] - 248:16

**assume** [4] - 73:16, 86:15, 151:17, 225:21

**assumed** [4] - 163:24, 164:4, 164:14, 230:18

**assuming** [4] - 68:17, 88:23, 105:5, 164:13

**assure** [2] - 92:4, 93:24

**asterisk** [1] - 112:19

**At** [1] - 155:4

**at** [238] - 4:10, 5:24, 5:25, 6:9, 6:17, 10:3, 11:22, 13:20, 14:6, 14:7, 14:16, 16:3, 16:5, 18:2, 19:16, 20:24, 21:2, 21:3, 21:9, 21:11, 22:10, 22:12, 22:25, 27:5, 28:13, 29:20, 30:9, 30:18, 31:21, 33:16, 34:1, 34:7, 34:23, 35:3, 35:16, 36:9, 39:5, 40:22, 41:16, 41:20, 43:3, 43:5, 45:4, 45:24, 46:4, 46:21, 48:11, 48:23, 51:12, 54:22, 56:17, 57:4, 57:17, 58:19, 59:9, 61:14, 65:2, 65:4, 67:14, 67:15, 67:17, 69:7, 69:11, 70:21, 72:11, 74:12, 76:5, 76:25, 77:1, 77:20, 77:23, 80:15, 80:25, 84:9, 85:20, 85:23, 87:3, 87:4, 91:5, 91:19, 92:5, 92:21, 93:14, 95:2, 95:12, 95:18, 96:2, 96:9, 96:10, 99:4, 100:18, 102:5, 108:10,

108:14, 109:1, 109:16, 110:4, 110:5, 116:24, 121:9, 122:1, 122:22, 123:9, 124:6, 125:15, 126:5, 128:21, 129:15, 130:2, 130:14, 130:24, 131:11, 131:16, 132:3, 132:17, 133:9, 133:14, 133:15, 133:24, 134:3, 136:1, 136:4, 136:24, 137:1, 137:2, 137:5, 137:6, 137:7, 137:8, 138:12, 138:15, 138:22, 139:4, 139:17, 140:13, 140:23, 141:23, 142:18, 144:19, 145:4, 145:11, 145:15, 146:9, 146:12, 149:8, 149:16, 151:2, 153:9, 153:14, 153:15, 155:2, 155:9, 156:3, 156:15, 158:6, 160:3, 160:5, 160:7, 166:1, 166:20, 169:9, 170:12, 173:1, 173:11, 175:17, 175:19, 176:2, 177:15, 182:13, 183:7, 183:11, 183:18, 184:12, 185:4, 185:12, 186:7, 186:24, 187:12, 187:14, 188:16, 189:4, 189:16, 191:15, 191:18, 192:1, 193:21, 194:9, 196:20, 209:3, 210:16, 211:11, 211:23, 212:10, 214:6, 215:10, 215:17, 218:9, 218:21, 220:18, 221:12, 221:19, 222:9, 222:18, 225:8, 228:1, 229:5, 229:6, 229:23, 230:4, 230:18, 233:2, 234:2, 238:19, 240:5, 240:11, 242:23, 246:4, 248:17, 249:3, 249:5, 249:7, 249:8, 249:10, 249:14, 252:7, 252:10, 252:12, 252:14, 252:19, 254:14, 255:25

**at-issue** [2] - 122:1

**Atlas** [3] - 21:1, 57:1, 74:9

**ATM** [6] - 134:20, 135:2, 135:4, 135:5, 135:10

**ATM's** [1] - 134:22

**attached** [5] - 143:1, 170:11, 224:2, 224:15, 224:21

**attaches** [2] - 83:19, 100:18

**attack** [3] - 69:20, 108:8, 175:8

**attempt** [2] - 58:21, 188:17

**attempted** [2] - 94:4, 181:13

**attempting** [3] - 55:17, 75:24, 181:12

**attempts** [5] - 69:2, 75:21, 168:21, 201:15, 201:19

**attention** [3] - 140:9, 193:25, 219:2

**attorneys** [1] - 4:9

**attributing** [1] - 160:23

**attuned** [1] - 30:22

**audio** [1] - 195:22

**August** [2] - 123:2, 124:12

**Auslander** [1] - 241:20

**auspices** [1] - 250:3

**authenticity** [3] - 75:1, 196:8, 200:14

**authority** [5] - 49:22, 49:23, 176:14, 186:12, 256:22

**automatically** [1] - 180:16

**available** [3] - 22:25, 146:16, 238:14

**average** [2] - 184:16, 185:5

**avoid** [2] - 186:13, 193:16

**aware** [7] - 50:3, 66:19, 67:1, 100:10, 102:14, 104:14, 166:12

**away** [14] - 10:17, 13:16, 29:10, 31:13, 84:20, 85:22, 117:20, 118:2, 160:6, 161:9, 213:13, 224:8, 237:2, 237:4

**AZLN** [1] - 127:7

## B

**B** [20] - 1:21, 56:23, 83:19, 112:1, 112:8, 123:18, 123:19, 123:20, 123:22, 123:24, 124:4, 126:5, 130:5, 166:14, 166:17, 199:25, 200:11, 200:15, 200:22

**back** [59] - 3:11, 3:12, 4:7, 13:3, 22:4, 23:22, 25:11, 28:21, 36:3, 38:24, 40:20, 62:3, 64:13, 75:20, 85:5, 99:3, 101:16, 104:2, 106:23, 112:22, 114:18, 116:16, 135:12, 135:25, 137:12, 139:3, 139:6, 139:9, 139:16, 139:20, 143:4, 145:16, 150:8, 154:23, 158:15, 160:1, 161:13, 166:19, 184:5, 188:21, 201:16, 214:2, 215:15, 216:5, 218:5, 219:20, 219:25, 220:25, 221:14, 226:7, 228:4, 229:18, 231:25, 234:10, 235:1, 235:18, 237:23, 241:17

**back-door** [10] - 106:23, 114:18, 188:21, 201:16, 221:14, 231:25, 234:10, 235:1, 237:23, 241:17

**back-dooring** [1] - 220:25

**backed** [1] - 120:1

**background** [7] - 68:18, 224:4, 227:13, 228:24, 240:3, 240:4, 241:9

**backs** [1] - 14:20

**backtrack** [1] - 199:13

**backup** [1] - 204:9

**bad** [3] - 72:7, 200:20, 226:9

**bag** [1] - 66:22

**baked** [2] - 114:17, 249:1

**ball** [1] - 57:2

**bank** [6] - 134:23, 146:10, 198:8, 200:23, 211:8

**banks** [1] - 146:1

**banner** [1] - 46:21

**Bar** [1] - 248:16

**bar** [1] - 45:24

**barely** [2] - 27:5, 146:6

**barred** [1] - 107:9

**barrel** [1] - 18:4

**based** [23] - 11:6, 38:20, 62:8, 76:19, 106:6, 108:9, 108:14, 127:8, 128:10, 142:15, 146:25, 162:15, 188:11, 201:21, 204:1, 207:1, 207:17, 225:17, 226:10, 227:20, 228:23, 250:7, 253:8

**bases** [1] - 243:5

**basically** [9] - 16:14, 37:23, 44:9, 91:20, 130:25, 178:8, 213:1, 232:8, 233:9

**basis** [15] - 31:19, 42:2, 44:5, 46:11, 46:14, 63:16, 117:2, 177:12, 200:8, 200:13, 220:24, 225:14, 229:16, 238:25, 246:1

**bat** [1] - 91:2

**BBI** [1] - 127:6

**BC** [1] - 132:3

**be** [283] - 3:6, 3:18, 4:8, 4:13, 4:15, 5:5, 6:8, 6:17, 6:25, 7:3, 8:18, 9:17, 9:18, 9:20, 9:23, 11:14, 11:19, 12:1, 12:2, 12:3, 12:5, 12:18, 14:12, 23:5, 24:9, 24:13, 29:20, 29:21, 29:24, 34:9, 35:8, 35:11, 35:25, 36:9, 36:16, 37:5, 38:18, 38:25, 39:12, 39:17, 40:1, 42:6, 44:4, 45:23, 47:22, 48:8, 49:16, 49:24, 50:8, 51:11, 51:19, 52:21, 52:23, 52:24, 52:25, 55:22, 56:16, 56:25, 58:25, 59:19, 60:4, 60:11, 62:6, 63:18, 64:6, 64:7, 65:15, 66:9, 66:19, 67:15, 69:2, 70:4, 70:5, 71:6, 73:8, 73:19, 75:7, 78:6, 79:24, 81:5, 83:3, 83:24, 86:24, 87:18, 87:22, 88:2, 88:13, 89:22, 89:24, 90:16, 92:15, 92:18, 92:19, 94:23, 95:7, 95:25, 96:11, 96:14, 100:4, 101:14, 101:23, 103:2, 103:8, 105:16, 106:3, 106:4, 107:8, 107:11, 109:15, 110:20, 111:7, 112:13, 114:23, 117:6, 117:19, 117:22, 119:25, 120:3, 120:6, 121:5, 123:3, 125:1, 128:15, 129:9, 130:3, 130:23, 130:24, 134:7, 135:9, 135:21, 136:7, 137:17, 138:12, 140:12, 140:19, 140:24, 141:9, 142:12, 142:19, 144:2, 144:11, 144:21, 144:22, 144:23, 145:1, 145:13, 146:18, 147:4, 150:12, 150:23, 150:25, 153:6, 154:20, 155:18, 157:17, 158:5, 158:16, 158:24, 160:18, 161:3, 162:13, 163:25, 165:5, 166:3, 166:19, 166:22, 166:24,

169:23, 171:11, 171:18, 172:10, 172:15, 172:19, 172:20, 173:6, 173:7, 173:12, 173:14, 173:15, 175:14, 176:12, 176:22, 176:24, 178:17, 179:2, 180:7, 180:11, 180:19, 181:22, 181:23, 182:5, 182:12, 182:13, 182:17, 183:3, 186:25, 187:7, 187:25, 189:13, 190:14, 191:11, 191:25, 192:1, 192:2, 192:15, 192:24, 193:11, 193:13, 193:20, 194:6, 195:9, 195:11, 196:17, 197:18, 198:2, 201:19, 202:3, 202:11, 203:5, 203:19, 203:20, 204:7, 204:18, 204:20, 205:22, 205:23, 206:25, 207:18, 207:21, 207:25, 210:20, 211:10, 211:17, 214:5, 216:10, 217:23, 218:4, 219:9, 220:15, 220:20, 223:15, 228:3, 228:9, 229:14, 229:15, 232:21, 233:18, 235:8, 237:6, 237:9, 238:10, 240:8, 240:17, 241:9, 241:12, 242:11, 242:18, 243:9, 243:15, 245:5, 247:2, 247:11, 247:25, 248:20, 249:13, 249:20, 250:22, 251:6, 252:4, 253:23, 256:4, 256:12, 256:16, 256:17, 256:20, 256:24, 257:5

**beach** [1] - 50:17

**bear** [1] - 249:1

**beat** [4] - 107:24, 147:7, 147:8, 190:13

**because** [151] - 4:11, 5:14, 7:24, 10:11, 11:24, 17:23, 21:23, 23:25, 25:22, 25:23, 26:6, 27:24, 28:13, 28:16, 28:18, 28:25, 29:7, 29:13, 30:6, 30:13, 32:12, 35:7, 37:8, 38:2, 40:3, 40:8, 41:24, 42:6, 42:13, 43:21, 46:11, 48:21, 50:10, 52:9, 52:13, 52:16, 52:22, 57:16, 59:10, 59:20, 61:5, 61:24, 63:24, 64:9, 64:16, 64:24, 68:21, 69:4, 70:9, 70:19, 70:21, 71:1, 73:14, 73:17, 74:18, 76:11, 76:16, 82:14, 82:18, 83:12, 92:9, 96:24, 100:4, 100:18, 100:24, 101:13, 101:17, 102:6, 102:20, 102:23, 103:2, 104:21, 107:12, 109:25, 111:6, 117:22, 119:5, 119:14, 119:15, 119:19, 120:14, 121:13, 128:10, 128:25, 136:8, 136:23, 137:19, 138:25, 142:9, 149:14, 149:15, 150:22, 152:12, 158:11, 159:18, 161:8, 162:10, 165:25, 166:2, 166:7, 169:4, 169:14, 172:24, 175:6, 175:10, 180:9, 182:5, 183:19, 186:9, 187:24, 191:10, 191:25, 194:4, 199:13, 200:13, 202:6, 202:25, 203:6, 203:24, 206:16, 208:12, 212:20, 212:23, 213:16, 215:10, 220:4, 221:24, 223:16, 231:4, 232:7, 234:6, 234:8, 235:7, 235:17, 237:3, 237:9, 238:25, 239:8, 240:6, 240:18, 240:23, 241:1, 242:18, 244:2, 247:23, 247:25, 249:22, 252:22, 252:24, 253:14, 254:11

**become** [5] - 36:11, 39:8, 49:19, 72:25, 89:20

**becomes** [2] - 90:5, 106:14

**beef** [1] - 169:2

**been** [61] - 8:18, 11:3, 11:5, 11:7, 11:18, 13:5, 22:16, 23:7, 23:12, 24:14, 25:24, 26:5, 31:17, 36:17, 40:18, 59:21, 83:11, 87:6, 94:17, 106:6, 109:7, 128:22, 133:2, 134:1, 142:2, 143:8, 158:5, 159:2, 167:1, 178:23, 180:17, 183:8, 187:13, 191:14, 192:18, 193:22, 196:4, 199:4, 199:20, 199:25, 200:16, 201:5, 202:24, 209:1, 217:24, 218:10, 219:5, 222:23, 224:6, 224:23, 235:23, 238:3, 240:11, 242:22, 243:8, 243:14, 243:19, 246:17, 251:22

**before** [52] - 11:20, 20:17, 20:21, 37:19, 40:11, 40:22, 46:3, 66:10, 74:9, 82:8, 93:23, 99:9, 106:13, 106:14, 115:9, 118:6, 119:4, 119:8, 119:10, 119:11, 119:20, 119:24, 121:15, 126:4, 128:18, 129:1, 131:22, 134:19, 138:16, 140:17, 140:18, 142:16, 142:19, 149:4, 158:21, 164:17, 171:20, 173:6, 187:12, 188:25, 192:2, 194:11, 195:14, 195:18, 224:24, 235:16, 236:9, 238:11, 245:22, 246:9, 246:25

**beforehand** [2] - 218:2, 218:8

**began** [1] - 175:18

**begins** [2] - 133:10, 134:9

**behalf** [8] - 25:20, 38:8, 44:10, 47:6, 51:1, 125:20, 172:2, 182:19

**behave** [3] - 201:24, 202:4, 202:7

**behaved** [1] - 202:5

**behavior** [3] - 69:15, 189:20, 242:8

**behind** [3] - 69:22, 124:2, 124:4

**behinds** [1] - 70:6

**being** [36] - 11:13, 22:6, 23:4, 26:12, 30:23, 31:10, 36:10, 38:1, 46:10, 70:25, 77:12, 83:6, 88:4, 88:6, 89:24, 103:19, 110:9, 125:21, 129:10, 131:24, 140:10, 161:15, 171:10, 197:6, 199:7, 199:8, 202:12, 223:5, 228:14, 229:7, 230:21, 234:18, 234:25, 240:7, 247:11, 251:16

**belabor** [1] - 252:1

**Belfort** [1] - 170:14

**belie** [1] - 213:24

**belief** [1] - 50:3

**believe** [32] - 17:6, 23:25, 24:4, 24:12, 47:17, 56:16, 58:10, 65:18, 74:12, 79:8, 89:9, 114:14, 121:5, 136:23, 147:3, 154:25, 162:25, 167:22, 167:23, 169:4, 182:23, 193:9, 196:16, 199:19, 200:20, 202:20, 209:20, 213:20, 217:18, 218:13, 241:8, 250:1

**believed** [6] - 18:10, 18:11, 27:8, 50:11, 100:25, 207:21

**believes** [4] - 25:23, 26:7, 137:4, 177:22

**belongs** [1] - 24:11

**below** [1] - 131:12

**bench** [2] - 86:7, 112:15

**benefit** [6] - 15:20, 15:24, 211:5, 211:20, 214:6, 240:22

**besmirch** [1] - 155:14

**best** [7] - 32:14, 36:9, 36:12, 142:18, 181:7, 210:8, 248:23

**bet** [3] - 28:3, 28:4, 94:1

**better** [6] - 21:24, 102:23, 137:22, 197:18, 198:4, 223:1

**between** [19] - 5:2, 28:23, 30:15, 56:1, 56:14, 123:1, 124:11, 147:21, 149:19, 149:20, 158:10, 171:3, 197:24, 198:16, 205:25, 206:4, 210:17, 230:22, 255:23

**beyond** [14] - 29:9, 41:23, 61:5, 146:14, 179:7, 182:3, 182:5, 182:11, 183:21, 184:8, 184:20, 188:7, 208:20, 252:22

**big** [6] - 91:12, 112:19, 120:17, 122:18, 122:20, 124:23

**bigger** [1] - 21:24

**billion** [1] - 27:3

**bills** [3] - 134:25, 135:1, 135:2

**binder** [11] - 55:3, 55:12, 64:18, 121:4, 133:19, 135:12, 135:19, 139:17, 145:12, 145:17, 153:15

**binders** [1] - 145:19

**Biotech** [1] - 126:18

**bird** [1] - 41:22

**bit** [8] - 13:12, 51:25, 60:10, 74:4, 152:16, 154:12, 198:4, 217:25

**blame** [4] - 69:2, 90:23, 90:25, 91:7

**blames** [1] - 97:19
**blaming** [7] - 70:8, 70:24, 72:6, 74:5, 222:22, 229:18, 236:22
**blank** [2] - 48:24, 160:15
**bless** [1] - 123:6
**blockade** [5] - 101:21, 102:1, 102:3, 102:11, 102:15
**blocks** [1] - 215:18
**Bloom** [1] - 1:18
**bloom** [1] - 139:9
**blow** [4] - 95:3, 152:15, 212:11, 215:12
**blue** [1] - 157:13
**board** [1] - 98:25
**Bob** [1] - 209:15
**body** [1] - 176:13
**bona** [2] - 22:10, 99:4
**bones** [2] - 69:14, 189:21
**boogieman** [1] - 98:3
**bookends** [1] - 118:23
**bookoo** [3] - 62:22, 63:10, 63:11
**boost** [1] - 168:21
**borderline** [1] - 232:22
**boring** [1] - 256:25
**both** [25] - 7:8, 11:3, 11:16, 38:17, 44:1, 53:9, 55:23, 106:2, 120:15, 144:12, 150:19, 151:12, 151:20, 160:2, 166:6, 183:8, 196:7, 202:19, 204:17, 230:9, 230:10, 240:16, 240:22, 250:8, 255:22
**bothered** [1] - 90:11
**bothers** [1] - 103:25
**bottom** [15] - 48:11, 57:10, 57:14, 58:4, 58:15, 59:10, 61:14, 95:3, 123:21, 124:12, 155:3, 155:4, 155:10, 156:3, 156:15
**bought** [23] - 19:14, 71:1, 73:16, 94:14, 97:8, 103:15, 104:4, 106:16, 106:19, 106:20, 116:20, 118:6, 118:21, 123:12, 124:17, 127:2, 149:1, 169:18, 192:20, 210:12, 210:17, 215:15, 216:5
**Boy** [1] - 68:21
**Brady** [2] - 124:23, 250:18
**breadth** [1] - 86:11
**break** [3] - 107:25, 166:19, 256:7
**breaking** [1] - 214:25
**bribes** [1] - 22:6
**Brickell** [1] - 126:17
**bridge** [3] - 12:9, 30:16, 227:3
**Bridgegate** [1] - 11:13
**brief** [9] - 19:19, 39:1, 58:15, 59:5, 144:6, 146:24, 158:12, 177:5, 177:10
**briefing** [1] - 13:13

**briefly** [4] - 21:21, 56:3, 118:5, 163:6
**briefs** [1] - 11:23
**bring** [12] - 55:5, 66:2, 79:20, 86:6, 86:22, 143:18, 144:24, 162:8, 180:21, 188:11, 202:21, 248:25
**bringing** [1] - 249:1
**brings** [2] - 28:21, 99:3
**broad** [1] - 220:10
**broker** [2] - 128:4, 131:18
**broker-dealer** [1] - 131:18
**broker/dealer** [1] - 23:1
**brokers** [3] - 110:9, 220:17, 231:14
**brought** [5] - 30:6, 113:1, 148:14, 188:15, 221:10
**BROWN** [5] - 217:10, 217:16, 218:17, 218:24, 219:4
**brown** [2] - 154:5, 228:16
**Brown** [3] - 1:19, 217:7, 218:23
**brush** [1] - 220:10
**bucks** [3] - 122:20, 134:21, 134:22
**bud** [1] - 165:4
**buddies** [3] - 205:21, 206:11
**build** [2] - 35:22, 80:16
**built** [1] - 171:7
**bunch** [4] - 83:4, 220:15, 223:8, 241:14
**burden** [4] - 179:7, 179:14, 180:18, 180:22
**burdensome** [2] - 7:1, 7:5
**burping** [1] - 33:14
**bus** [1] - 167:12
**business** [8] - 68:18, 68:19, 146:11, 251:25, 252:3, 253:6, 254:12, 255:22
**but** [325] - 4:23, 5:14, 6:2, 7:14, 7:15, 8:8, 9:3, 9:9, 10:3, 10:10, 11:13, 12:2, 12:22, 13:13, 15:1, 15:4, 15:9, 15:21, 16:6, 16:12, 16:16, 18:23, 20:12, 20:18, 22:5, 23:10, 24:22, 26:21, 28:3, 28:7, 28:17, 29:19, 29:21, 30:11, 31:20, 33:5, 33:13, 33:19, 34:10, 34:20, 36:2, 37:8, 37:23, 40:2, 40:19, 41:10, 44:23, 45:22, 46:25, 47:19, 48:15, 50:9, 52:8, 53:9, 53:17, 55:15, 56:8, 56:17, 56:23, 57:4, 57:9, 58:3, 58:12, 59:8, 60:3, 60:12, 60:21, 61:25, 62:8, 63:22, 64:2, 64:10, 65:12, 66:12, 66:14, 68:10, 70:24, 71:10, 72:15, 73:15, 73:21, 74:14, 75:10, 75:13, 76:24, 78:3, 78:12, 78:24, 79:11, 79:14, 81:2, 81:22, 82:2, 83:17, 84:23, 85:3, 85:11, 85:18, 86:7,

87:20, 88:1, 89:21, 90:5, 90:17, 94:12, 96:4, 96:7, 96:10, 97:17, 97:25, 99:8, 99:19, 100:6, 101:11, 102:3, 102:17, 102:25, 103:5, 103:7, 103:8, 103:11, 103:20, 104:18, 104:24, 105:23, 105:25, 107:5, 107:19, 108:19, 108:21, 109:15, 109:18, 110:2, 110:20, 110:24, 113:5, 113:15, 114:3, 114:7, 114:10, 115:15, 115:22, 116:1, 116:20, 117:9, 117:21, 118:1, 118:18, 118:24, 119:3, 120:8, 121:11, 123:20, 125:2, 127:2, 127:14, 128:3, 128:13, 129:3, 130:4, 131:4, 131:21, 131:24, 132:25, 134:19, 136:2, 136:4, 136:17, 136:24, 137:10, 137:12, 137:15, 138:21, 139:22, 140:16, 140:24, 141:6, 141:24, 143:3, 143:23, 144:9, 144:14, 146:6, 147:3, 147:16, 148:13, 152:12, 153:10, 154:7, 154:9, 154:23, 155:15, 155:18, 156:13, 157:18, 159:13, 159:22, 160:6, 161:16, 161:19, 161:24, 162:5, 162:24, 165:15, 165:21, 166:25, 167:3, 168:7, 169:3, 169:24, 170:12, 171:17, 172:4, 173:13, 175:22, 176:18, 179:19, 180:13, 180:25, 181:6, 181:15, 182:23, 183:2, 183:13, 184:11, 184:18, 185:3, 185:25, 186:16, 187:11, 189:20, 190:2, 190:12, 190:14, 190:22, 191:6, 191:9, 192:5, 192:19, 194:15, 194:20, 195:14, 196:5, 197:5, 197:20, 198:3, 198:6, 198:21, 198:22, 200:15, 202:6, 202:24, 203:21, 204:5, 204:23, 205:1, 206:1, 206:24, 207:8, 208:10, 208:17, 208:19, 209:5, 209:14, 209:22, 210:22, 211:17, 211:19, 212:1, 215:12, 215:23, 215:25, 216:22, 218:2, 219:8, 219:24, 220:9, 224:20, 225:9, 226:4, 226:25, 227:25, 228:13, 230:20, 231:5, 232:16, 232:19, 232:22, 232:23, 232:25, 233:14, 233:24, 233:25, 234:5, 234:13, 234:20, 235:9, 235:14, 235:21, 236:6, 236:12, 236:17, 239:6, 239:12, 240:22, 241:8, 242:19, 242:23, 243:4, 243:14, 244:4, 247:20, 250:18, 253:1, 253:10, 253:13, 254:9, 254:11, 254:25, 256:2, 256:5, 256:13, 256:16, 256:20, 256:24
**buy** [45] - 15:13, 15:16, 17:17, 18:23, 19:10, 30:17, 34:10, 35:6, 42:10, 44:20, 69:11,

70:11, 71:21, 72:1, 74:11, 77:17, 78:5, 82:2, 82:7, 91:19, 96:19, 97:13, 100:10, 102:5, 103:4, 103:13, 105:18, 105:19, 119:9, 119:11, 119:19, 130:15, 130:23, 131:1, 131:2, 131:16, 136:13, 137:3, 150:15, 150:21, 157:2, 192:6, 226:23
**buy/sell** [1] - 34:25
**buyback** [1] - 91:13
**buying** [17] - 22:24, 34:23, 53:5, 59:14, 70:21, 92:10, 99:4, 101:23, 119:14, 119:15, 120:9, 130:12, 140:4, 141:16, 161:19, 168:14, 245:7
**buys** [11] - 22:21, 28:24, 34:6, 105:20, 139:24, 139:25, 140:20, 149:15, 161:3, 162:18, 215:13
**By** [1] - 2:1
**by** [126] - 2:6, 2:6, 3:7, 4:10, 6:14, 8:22, 9:6, 12:19, 15:11, 15:12, 15:14, 16:24, 22:21, 23:22, 31:7, 34:23, 35:4, 36:11, 36:17, 37:3, 37:10, 38:4, 39:15, 41:14, 42:18, 43:7, 43:16, 51:2, 54:4, 55:18, 55:19, 56:18, 57:8, 59:11, 62:2, 63:22, 72:15, 75:6, 77:12, 82:7, 83:21, 85:20, 90:7, 97:18, 98:9, 105:17, 110:14, 111:9, 112:1, 113:4, 113:13, 116:18, 117:23, 120:1, 122:5, 125:18, 125:19, 128:21, 130:6, 136:16, 138:3, 141:11, 142:17, 145:10, 145:16, 145:24, 151:15, 154:20, 156:2, 156:18, 156:22, 157:14, 158:4, 158:5, 159:3, 159:10, 161:4, 166:13, 168:14, 168:17, 168:18, 175:6, 179:19, 180:17, 181:22, 181:24, 182:25, 183:8, 183:9, 187:13, 193:1, 196:9, 196:18, 199:5, 199:7, 199:24, 200:8, 200:13, 200:16, 200:22, 201:2, 201:5, 210:7, 210:16, 214:8, 214:25, 215:18, 215:19, 215:22, 216:1, 220:9, 223:14, 234:17, 238:25, 240:1, 241:24, 242:12, 246:18, 246:19, 247:11, 248:15, 249:19, 249:21, 253:5

### C

**C** [12] - 112:8, 122:23, 122:24, 123:19, 123:20, 124:2, 166:14, 166:17, 200:10, 200:12, 200:25
**cage** [1] - 50:16
**cake** [1] - 103:22
**calculate** [2] - 121:25, 122:6
**calculated** [8] - 123:15, 124:19, 124:20, 127:8, 127:19, 127:20, 128:3, 128:5
**calculating** [2] - 137:20, 162:3
**calculation** [2] - 118:9, 128:10
**calculations** [2] - 127:16, 127:17
**calculator** [2] - 126:13, 137:9
**calendar** [1] - 3:8
**California** [1] - 170:21
**call** [15] - 5:1, 8:12, 8:13, 28:23, 32:13, 34:6, 89:2, 89:19, 90:12, 92:22, 116:9, 143:21, 175:1, 180:12, 233:12
**called** [11] - 35:11, 89:24, 91:8, 91:18, 113:24, 131:25, 133:10, 139:14, 146:3, 161:15, 216:10
**calling** [3] - 8:17, 49:25, 233:12
**calls** [1] - 189:5
**Camber** [1] - 126:16
**came** [3] - 20:16, 97:8, 104:4
**camera** [3] - 38:13, 39:6, 47:21
**can** [147] - 3:19, 5:3, 5:17, 5:19, 5:25, 6:6, 14:19, 15:6, 20:21, 24:12, 28:3, 28:5, 29:6, 29:19, 29:24, 32:15, 32:16, 32:25, 34:3, 40:3, 45:12, 57:7, 63:21, 64:18, 64:22, 65:15, 67:24, 68:11, 68:16, 69:24, 73:11, 79:5, 79:21, 83:24, 91:14, 92:4, 93:4, 93:7, 93:23, 99:20, 108:18, 112:14, 112:17, 113:3, 113:9, 115:4, 115:22, 120:16, 121:6, 123:7, 124:6, 129:18, 130:4, 130:22, 131:20, 132:10, 132:11, 132:12, 133:7, 133:8, 133:16, 133:19, 135:12, 135:25, 139:9, 139:12, 140:12, 140:14, 141:10, 143:5, 143:7, 147:2, 148:7, 148:19, 150:13, 150:17, 151:3, 153:6, 153:25, 155:11, 156:16, 158:20, 159:18, 159:21, 160:2, 161:6, 162:8, 165:19, 166:17, 172:4, 173:6, 177:14, 178:4, 189:10, 190:17, 191:19, 194:19, 198:3, 198:22, 199:20, 200:6, 200:12, 201:1, 201:10, 202:5, 207:6, 208:4, 208:9, 208:17, 209:5, 209:10, 209:14, 211:2, 211:4, 212:9, 214:4, 219:13, 219:19, 220:8, 221:2, 222:10, 222:18, 223:13, 223:17, 225:17, 226:23, 228:13, 231:5, 232:20, 232:25, 234:1, 235:16, 236:12, 236:18, 243:13, 243:21, 246:19, 247:13, 247:25, 256:24
**can't** [46] - 3:13, 3:14, 27:23, 28:11, 30:3, 37:22, 43:14, 45:6, 46:16, 75:14, 79:20, 84:22, 85:11, 85:12, 85:14, 85:18, 93:7, 104:18, 116:21, 141:17, 142:4, 143:10, 144:12, 144:14, 144:24, 145:21, 147:2, 156:12, 170:14, 184:17, 186:5, 203:15, 205:4, 207:10, 208:11, 211:8, 214:14, 228:11, 229:9, 230:10, 230:11, 230:13, 232:21, 234:1, 251:24
**candles** [1] - 59:14
**cannot** [12] - 27:19, 35:25, 49:22, 60:5, 68:1, 90:25, 140:18, 146:18, 181:23, 188:21, 191:21, 211:20
**cap** [1] - 27:2
**capable** [2] - 19:21, 77:19
**caption** [2] - 47:15, 47:22
**captured** [2] - 46:22, 149:5
**captures** [1] - 46:23
**car** [3] - 17:16, 27:5, 140:13
**card** [1] - 134:21
**care** [4] - 17:25, 18:1, 99:24, 100:3
**cared** [1] - 158:12
**carefully** [1] - 245:12
**carlos** [1] - 182:19
**Carlos** [2] - 1:22, 47:6
**Carnival** [2] - 80:14, 115:9
**carry** [1] - 179:14
**cars** [3] - 42:4, 44:17, 44:20
**cart** [1] - 99:9
**Carter** [1] - 1:17
**CASE** [1] - 3:23
**case** [91] - 8:20, 10:12, 11:2, 11:14, 12:12, 20:18, 24:1, 24:9, 30:8, 31:8, 31:13, 38:14, 38:20, 39:9, 39:23, 40:8, 42:12, 42:25, 43:12, 43:13, 50:19, 50:20, 51:9, 52:11, 55:18, 55:23, 57:16, 58:8, 59:24, 62:6, 64:7, 65:15, 65:23, 66:5, 67:12, 68:3, 74:3, 74:15, 76:12, 77:2, 88:5, 91:1, 93:17, 95:19, 98:12, 98:13, 101:18, 104:22, 112:12, 117:23, 121:11, 130:17, 131:7, 132:4, 135:10, 145:18, 146:22, 149:11, 149:17, 158:25, 165:7, 170:12, 170:21, 173:3, 173:9, 188:20, 188:21, 190:21, 190:25, 192:6, 195:8, 201:19, 202:23, 207:2, 207:5, 216:14, 218:1, 220:18, 222:17, 222:23, 231:17, 235:19, 240:3, 242:18, 244:16, 246:15, 247:22, 247:24, 249:1, 251:17
**cases** [18] - 5:24, 23:8, 30:15, 38:21, 39:1, 84:21, 94:17, 146:8, 146:24, 170:10, 170:19, 170:20, 170:22, 185:16, 216:11, 224:24, 225:1, 225:4

**cash** [2] - 134:24
**cat** [1] - 66:21
**catalyst** [1] - 26:17
**catch** [2] - 52:15
**categorically** [3] - 38:11, 39:3, 40:11
**categories** [1] - 197:6
**category** [3] - 199:22, 200:19, 248:8
**Category** [1] - 201:10
**caught** [1] - 24:20
**causal** [1] - 117:17
**causally** [1] - 28:19
**causation** [28] - 90:1, 90:15, 93:10, 99:12, 99:14, 99:22, 101:12, 106:5, 106:11, 106:13, 106:22, 107:1, 113:13, 113:21, 114:18, 114:19, 116:12, 117:11, 117:15, 117:16, 117:23, 169:14, 169:23, 169:24, 180:10, 202:24, 229:21, 250:12
**cause** [2] - 42:1, 93:11
**caused** [4] - 10:20, 99:12, 178:21, 250:14
**causes** [2] - 113:19, 113:20
**caution** [2] - 192:17, 251:15
**caveat** [3] - 68:10, 158:1, 218:19
**CBAT** [1] - 212:15
**CEI** [1] - 127:6
**celebrity** [1] - 140:10
**center** [1] - 146:12
**Central** [1] - 170:20
**CEO** [1] - 94:6
**certain** [17] - 4:23, 19:23, 65:1, 110:9, 116:8, 116:9, 143:8, 162:18, 162:19, 164:25, 167:17, 169:3, 191:22, 230:6, 235:11, 245:1
**certainly** [20] - 12:15, 27:9, 29:18, 41:23, 56:4, 56:22, 61:21, 115:20, 128:8, 135:6, 141:13, 144:10, 167:24, 182:4, 190:9, 215:3, 223:17, 233:24, 235:17, 245:24
**CERTIFICATE** [1] - 258:1
**CERTIFIED** [1] - 1:11
**certified** [1] - 230:21
**Certified** [2] - 2:1, 258:12
**certify** [1] - 258:6
**cetera** [2] - 42:5, 206:5
**chains** [1] - 56:14
**challenge** [1] - 141:8
**challenging** [2] - 55:4, 128:7
**chance** [2] - 77:16, 94:13
**change** [6] - 34:19, 40:3, 57:17, 176:22, 193:13, 246:20
**changed** [2] - 169:19, 169:20
**changes** [1] - 216:7
**changing** [2] - 58:1, 194:12
**chapter** [1] - 136:9
**character** [4] - 67:24, 68:25, 108:14, 108:22
**characteristics** [1] - 201:23
**characterize** [1] - 164:11
**charge** [11] - 4:4, 13:3, 13:4, 165:13, 181:20, 181:21, 188:1, 191:15, 193:19, 194:2
**charged** [38] - 13:10, 21:12, 31:8, 37:4, 37:6, 45:1, 61:13, 62:3, 67:21, 68:2, 68:8, 69:6, 87:6, 91:1, 122:7, 122:8, 127:3, 127:14, 128:1, 128:2, 181:11, 182:3, 182:22, 183:1, 183:4, 183:20, 184:7, 184:9, 184:10, 186:3, 186:10, 189:12, 189:19, 189:22, 216:23, 231:21, 238:3, 245:9
**charges** [17] - 87:15, 88:3, 93:16, 105:13, 126:1, 126:15, 126:20, 127:13, 130:20, 184:2, 188:1, 188:5, 188:11, 193:5, 237:22, 237:24, 240:8
**chart** [41] - 41:13, 42:18, 42:20, 43:14, 57:10, 57:14, 58:4, 58:14, 58:15, 96:5, 126:11, 135:13, 135:15, 135:22, 140:2, 141:17, 142:15, 143:8, 143:9, 144:13, 144:21, 144:25, 145:9, 147:16, 148:1, 148:15, 148:22, 149:15, 151:3, 152:22, 152:23, 155:3, 157:20, 158:9, 185:8, 185:9, 185:10, 185:18, 187:20, 191:6
**chart's** [1] - 191:8
**charts** [40] - 95:5, 116:6, 116:7, 118:15, 118:16, 120:13, 120:18, 138:1, 140:23, 141:1, 141:25, 142:1, 142:7, 142:12, 143:1, 143:15, 144:11, 145:6, 145:15, 145:24, 146:25, 147:3, 147:11, 152:2, 155:16, 155:21, 159:9, 161:21, 163:7, 163:13, 163:19, 184:12, 184:25, 186:24, 231:1, 231:3, 231:5, 234:22, 246:3
**chasing** [1] - 105:19
**chat** [2] - 24:21, 37:9
**chats** [1] - 43:23
**chatter** [2] - 32:24, 33:9
**chattering** [1] - 58:24
**cheat** [1] - 244:20
**cheering** [1] - 180:4
**cheerleading** [2] - 179:22, 180:4
**Chip** [1] - 1:22
**chip** [1] - 224:11
**choose** [1] - 204:5
**choosing** [1] - 172:14
**chosen** [1] - 167:21
**Christmas** [1] - 187:8
**chronological** [1] - 55:5
**chuckle** [1] - 212:8
**Ciminelli** [11] - 10:11, 13:22, 18:18, 22:4, 22:5, 23:3, 26:22, 31:9, 36:3, 99:3, 211:3
**Circuit** [10] - 23:10, 23:12, 68:4, 70:12, 77:2, 77:6, 106:13, 146:8, 146:23, 237:5
**circuit** [2] - 23:11, 103:20
**circumstances** [4] - 77:8, 77:15, 77:16, 226:24
**Citadel** [12] - 132:5, 132:8, 132:10, 132:14, 132:20, 132:21, 132:24, 133:3, 133:10, 133:11, 135:18, 141:18
**Citadel's** [1] - 133:5
**cite** [2] - 68:3, 146:24
**cited** [3] - 39:1, 42:25, 43:13
**civil** [5] - 217:18, 248:13, 248:18, 252:24
**civilly** [1] - 201:6
**claim** [6] - 95:23, 126:21, 144:7, 180:14, 249:23, 254:23
**claiming** [7] - 26:16, 70:18, 75:1, 110:25, 111:1, 247:16, 254:18
**claims** [6] - 68:7, 96:25, 144:17, 145:6, 235:6, 252:7
**clarification** [1] - 206:16
**clarify** [3] - 25:12, 80:8, 81:1
**clarity** [3] - 79:23, 155:15, 160:20
**class** [3] - 42:5, 43:1
**classic** [2] - 26:22, 70:8
**classical** [1] - 64:25
**clear** [14] - 12:4, 13:5, 13:23, 23:12, 33:9, 35:9, 56:25, 61:8, 77:2, 103:8, 110:20, 143:14, 205:18, 211:17
**clearest** [1] - 30:24
**clearly** [6] - 31:9, 144:16, 194:21, 228:8, 228:9, 228:22
**clerk** [1] - 199:14
**clerk's** [2] - 3:22, 3:23
**client** [64] - 24:24, 26:16, 27:5, 27:9, 28:16, 28:18, 49:14, 50:2, 50:17, 55:15, 55:18, 56:2, 56:23, 56:25, 57:9, 57:11, 57:12, 58:9, 58:18, 60:8, 60:18, 61:4, 61:8, 61:11, 61:12, 61:18, 62:9, 62:24, 63:5, 63:17, 80:10, 80:22, 93:23, 103:12, 115:7, 118:5, 122:19, 123:4, 125:21, 125:25, 126:15, 127:1, 127:13, 128:1, 130:13, 131:15, 132:15, 132:16, 132:18, 133:3, 134:13, 134:14, 135:16, 135:23, 136:11, 136:17, 147:19,

160:24, 182:22, 184:17, 186:22, 241:15, 244:4, 249:24
**client's** [18] - 8:5, 10:14, 36:20, 80:8, 96:12, 109:12, 109:21, 122:13, 125:6, 126:2, 129:3, 132:9, 161:22, 175:24, 184:10, 217:5, 244:20, 244:23
**clients** [9] - 4:16, 10:18, 10:19, 29:15, 42:7, 99:12, 132:13, 138:5, 256:16
**clients'** [1] - 141:19
**close** [4] - 29:16, 122:9, 123:4, 236:18
**closer** [2] - 17:19, 101:13
**closing** [2] - 30:16, 142:18
**clothes** [1] - 42:4
**co** [41] - 24:21, 31:8, 32:8, 32:17, 32:22, 35:10, 37:4, 37:11, 41:9, 44:7, 45:23, 51:2, 53:9, 55:25, 56:14, 56:15, 58:3, 58:11, 58:12, 60:4, 61:5, 64:8, 64:10, 64:11, 93:14, 119:6, 119:16, 120:2, 195:4, 195:7, 195:9, 195:10, 195:12, 195:17, 205:25, 206:5, 207:15, 209:9, 210:23, 210:24, 211:22
**co-conspirator** [13] - 31:8, 32:8, 37:4, 37:11, 55:25, 58:3, 58:11, 60:4, 61:5, 64:11, 195:9, 195:12, 195:17
**co-conspirators** [19] - 32:22, 45:23, 53:9, 56:14, 58:12, 64:8, 64:10, 93:14, 119:6, 119:16, 120:2, 195:4, 195:7, 195:10, 206:5, 207:15, 209:9, 210:24, 211:22
**co-counsel** [1] - 51:2
**co-defendants** [4] - 24:21, 35:10, 205:25, 210:23
**co-defendants'** [3] - 32:17, 41:9, 44:7
**coach** [1] - 207:24
**Code** [1] - 258:7
**coded** [1] - 194:9
**coding** [10] - 136:10, 143:4, 144:18, 149:10, 157:16, 157:20, 159:15, 159:24, 162:18, 162:24
**coin** [1] - 34:25
**cold** [1] - 82:9
**colleague** [4] - 9:12, 129:16, 185:17, 217:7
**colleagues** [1] - 122:3
**college** [1] - 30:16
**color** [17] - 136:10, 138:20, 142:8, 143:4, 144:17, 149:10, 157:16, 157:17, 157:20, 159:15, 159:23, 162:18, 162:19, 162:24, 194:9
**colored** [1] - 154:18

**colorful** [1] - 60:12
**colors** [2] - 151:22, 154:18
**column** [12] - 127:5, 127:10, 127:17, 130:5, 130:9, 130:11, 130:16, 131:8, 132:3, 152:16, 155:17, 156:1
**columns** [1] - 127:15
**combat** [1] - 245:19
**combination** [2] - 15:6, 185:15
**combinations** [3] - 185:20, 185:23, 190:5
**come** [45] - 3:17, 8:8, 15:6, 15:21, 31:25, 60:5, 62:1, 62:20, 64:13, 73:15, 75:12, 75:19, 83:17, 85:4, 90:13, 102:8, 104:2, 106:13, 106:15, 108:4, 109:16, 112:22, 116:25, 118:2, 119:4, 119:12, 120:11, 140:18, 147:3, 158:15, 163:20, 164:21, 172:24, 176:16, 182:3, 184:5, 200:7, 218:7, 219:2, 219:8, 222:16, 227:25, 228:22, 244:13, 253:2
**comes** [21] - 13:6, 32:2, 32:4, 32:6, 40:11, 60:22, 66:12, 68:5, 73:22, 74:3, 75:2, 105:10, 109:17, 112:4, 116:5, 128:18, 186:8, 189:6, 226:21, 231:6, 253:1
**comfort** [1] - 189:10
**coming** [10] - 5:1, 36:8, 83:5, 164:14, 178:12, 207:21, 232:11, 233:18, 252:16, 252:17
**comment** [3] - 25:19, 162:17, 234:19
**commentary** [2] - 33:20, 239:18
**commenting** [3] - 21:16, 217:23, 245:23
**comments** [5] - 38:24, 148:14, 159:14, 163:1, 204:15
**Commission** [1] - 49:19
**commit** [6] - 67:21, 68:2, 68:6, 84:22, 188:18, 237:7
**committed** [6] - 11:19, 45:1, 50:14, 167:23, 175:9, 197:22
**committing** [1] - 67:19
**commodities** [2] - 242:3, 242:4
**common** [3] - 114:11, 175:3, 177:17
**commonsense** [1] - 43:6
**communicated** [1] - 147:18
**communication** [1] - 43:25
**communications** [2] - 205:25, 243:1
**community** [1] - 49:18
**companies** [6] - 22:8, 29:5, 36:12, 88:17, 89:23, 127:1
**company** [18] - 17:22, 17:23, 18:11, 91:21, 91:23, 94:7, 97:8, 97:14, 97:21, 97:23, 101:23,

102:6, 126:14, 161:4, 168:13, 168:17, 179:10, 227:21
**compare** [1] - 232:23
**comparison** [1] - 254:10
**compel** [1] - 38:10
**compelled** [1] - 49:13
**compelling** [1] - 148:6
**competent** [4] - 142:16, 142:17, 144:22, 144:23
**compilation** [2] - 41:17, 155:3
**complain** [2] - 69:20, 166:17
**complaining** [5] - 155:12, 157:15, 213:6, 234:15
**complaint** [1] - 24:4
**complaints** [1] - 250:8
**complementary** [1] - 227:21
**complete** [2] - 127:4, 127:25
**completely** [9] - 59:1, 116:15, 141:25, 244:11, 244:18, 253:9, 253:14, 253:15, 253:24
**complicated** [1] - 186:21
**compromise** [2] - 107:14, 255:4
**computer** [14] - 2:6, 82:9, 108:24, 109:1, 121:18, 125:18, 128:4, 133:25, 153:5, 241:2, 251:18, 251:19, 252:6, 252:9
**computers** [3] - 121:6, 240:6, 241:6
**concede** [3] - 16:3, 180:9, 250:15
**conceded** [2] - 162:11, 178:20
**concedes** [1] - 232:14
**conceding** [3] - 16:2, 30:9, 173:12
**conceive** [1] - 100:11
**conceived** [1] - 59:19
**concept** [7] - 68:21, 82:24, 83:17, 178:1, 234:25, 235:3, 237:23
**concepts** [1] - 83:5
**concern** [5] - 170:7, 202:25, 228:19, 241:12, 241:13
**concerned** [6] - 113:22, 148:9, 148:13, 169:22, 201:14, 236:13
**concerning** [1] - 30:7
**concerns** [4] - 114:22, 169:25, 201:15, 236:10
**concert** [1] - 54:12
**concession** [1] - 117:23
**concessions** [1] - 112:25
**conclude** [1] - 249:3
**concluded** [2] - 125:10, 252:20
**conclusion** [9] - 72:15, 167:22, 171:11, 171:12, 221:7, 221:23, 232:11, 235:1, 250:21
**conclusions** [6] - 169:3, 221:15, 248:12, 249:1, 252:11, 254:1
**conclusory** [1] - 29:9
**concoct** [2] - 58:2, 58:21

**concocted** [1] - 16:24
**conditioned** [1] - 8:16
**conduct** [28] - 36:2, 38:12, 39:5, 67:7, 67:22, 83:7, 88:21, 93:13, 96:8, 102:14, 113:16, 113:18, 138:3, 138:12, 138:13, 140:21, 141:15, 141:17, 170:6, 171:12, 175:20, 175:21, 188:12, 226:9, 238:18, 241:17, 250:6, 252:19
**conduct/misconduct** [2] - 86:12, 93:2
**conducting** [1] - 83:11
**conducts** [1] - 161:22
**conduit** [1] - 155:24
**CONFERENCE** [1] - 1:10
**confession** [1] - 63:4
**confidence** [3] - 213:18, 216:4, 216:18
**confident** [1] - 250:7
**confirming** [1] - 111:9
**conflating** [1] - 106:12
**confront** [2] - 143:13, 187:5
**confuse** [2] - 45:3, 186:10
**confused** [2] - 145:1, 169:23
**confusing** [1] - 239:24
**confusion** [2] - 4:15, 144:18
**Congress** [2] - 131:22, 176:14
**congressional** [1] - 49:21
**connect** [1] - 28:19
**connected** [1] - 227:18
**connection** [2] - 134:15, 238:17
**connections** [1] - 254:15
**consensus** [2] - 223:9, 226:15
**consequences** [1] - 65:24
**consider** [6] - 4:23, 54:11, 210:7, 210:19, 211:9, 240:16
**considering** [3] - 5:22, 6:1, 111:14
**consistent** [2] - 244:12, 244:18
**conspiracies** [1] - 56:19
**conspiracy** [33] - 11:25, 12:16, 32:9, 33:8, 33:18, 33:23, 34:10, 34:17, 35:3, 37:7, 43:15, 51:18, 56:1, 56:4, 56:17, 56:22, 57:1, 58:25, 62:1, 63:3, 147:12, 166:8, 186:20, 188:1, 188:4, 188:10, 188:11, 188:14, 189:12, 189:22, 195:25, 212:3, 256:11
**conspirator** [14] - 31:8, 32:8, 37:4, 37:11, 55:25, 58:3, 58:11, 60:4, 60:11, 61:5, 64:11, 195:9, 195:12, 195:17
**conspirators** [20] - 32:22, 45:23, 53:9, 56:14, 56:15, 58:12, 64:8, 64:10, 93:14, 119:6, 119:16, 120:2, 195:4, 195:7, 195:10, 206:5, 207:15, 209:9, 210:24, 211:22
**conspired** [1] - 60:25
**constant** [1] - 54:16
**Constantinescu** [18] - 9:15, 22:15, 47:12, 48:4, 50:2, 53:20, 53:22, 85:12, 95:8, 97:1, 105:14, 124:15, 140:24, 156:19, 183:9, 189:19, 198:16, 205:20
**CONSTANTINESCU** [1] - 1:7
**constantinescu's** [1] - 120:21
**Constantinescu's** [4] - 47:17, 123:8, 133:25, 196:12
**constantly** [1] - 63:8
**constitute** [2] - 39:10, 181:20
**constitutes** [2] - 65:6, 66:13
**constraints** [1] - 191:19
**construction** [2] - 22:8, 256:3
**constructively** [1] - 181:23
**consulting** [1] - 224:25
**consumer** [1] - 42:11
**contact** [1] - 48:3
**contain** [1] - 141:25
**contained** [1] - 54:20
**containing** [1] - 145:7
**contains** [4] - 47:8, 145:10, 146:2, 146:6
**contemporaneous** [1] - 74:6
**contends** [2] - 43:20, 129:13
**content** [3] - 51:23, 84:21, 151:20
**contentious** [1] - 111:20
**contested** [3] - 42:12, 52:4, 146:5
**contesting** [1] - 67:15
**context** [23] - 34:16, 64:3, 68:6, 73:14, 74:2, 75:3, 75:17, 77:1, 77:25, 79:9, 85:16, 90:13, 112:8, 177:21, 188:22, 229:5, 229:6, 240:9, 240:17, 240:23, 241:13, 247:1, 247:3
**contexts** [2] - 23:8, 43:8
**contingency** [1] - 129:22
**continue** [3] - 6:5, 134:18, 250:1
**continued** [1] - 29:14
**continues** [2] - 24:20, 122:16
**continuing** [3] - 34:21, 34:22, 133:16
**contract** [1] - 133:4
**contradicted** [1] - 247:11
**contradiction** [1] - 176:20
**contradictory** [1] - 144:7
**contradicts** [1] - 147:19
**contrary** [6] - 101:8, 172:15, 173:16, 174:16, 174:19, 175:2
**control** [13] - 10:9, 10:23, 12:9, 23:6, 28:25, 47:25, 88:9, 121:17, 133:5, 133:6, 168:5, 186:13
**controlling** [2] - 29:17, 47:23
**conundrum** [1] - 144:1
**conversation** [3] - 25:2, 36:4, 247:18
**conversations** [3] - 62:14, 195:23, 197:24
**convict** [2] - 52:21, 247:25
**conviction** [2] - 65:24, 198:8
**convince** [1] - 66:15
**convinced** [1] - 191:21
**cooperating** [3] - 89:5, 107:18, 160:17
**Cooperman** [21] - 25:7, 32:14, 33:6, 33:20, 35:14, 37:9, 45:16, 49:15, 50:16, 51:1, 57:7, 57:10, 59:12, 60:2, 60:13, 62:18, 63:5, 119:17, 201:3, 205:19, 224:11
**Cooperman's** [7] - 25:13, 65:19, 72:13, 72:19, 197:14, 199:1, 200:21
**coordinated** [1] - 101:2
**coordinating** [4] - 18:15, 69:22, 69:23, 189:18
**copy** [8] - 4:2, 150:5, 153:5, 153:8, 213:12, 224:7, 224:14, 224:20
**CORDOVA** [17] - 38:7, 38:16, 44:10, 45:11, 45:15, 46:2, 46:18, 53:19, 54:2, 118:4, 164:17, 181:6, 181:10, 193:3, 195:5, 196:1, 196:10
**Cordova** [3] - 1:23, 38:8, 181:3
**Cordova's** [2] - 194:1, 194:7
**core** [4] - 10:11, 11:2, 11:15, 58:8
**corner** [1] - 123:21
**corollary** [1] - 34:20
**corporate** [3] - 88:7, 88:8, 98:3
**corpus** [1] - 182:16
**correct** [11] - 12:2, 57:8, 103:1, 128:12, 143:10, 151:8, 151:16, 162:2, 195:5, 255:18, 258:8
**corrected** [1] - 24:13
**correctly** [2] - 99:21, 154:9
**correlation** [4] - 106:12, 106:22, 114:18, 169:22
**corresponding** [2] - 110:7, 127:10
**cost** [1] - 91:19
**could** [52] - 16:10, 19:20, 19:23, 20:10, 26:9, 29:20, 39:16, 59:19, 64:6, 64:7, 73:19, 78:1, 94:23, 95:1, 95:2, 96:15, 101:1, 106:8, 117:19, 119:21, 125:20, 134:7, 148:20, 149:8, 152:10, 158:23, 160:23, 161:13, 164:21, 168:1, 173:13, 186:2, 192:1, 197:8, 203:18, 203:19, 203:20, 204:17, 207:22, 208:13, 211:21, 212:11, 218:7, 219:1, 219:8, 224:7, 234:22, 255:4, 255:6, 255:7, 255:17,

256:15

**couldn't** [4] - 83:1, 83:11, 229:24, 231:21

**counsel** [11] - 38:4, 51:2, 178:4, 192:25, 197:3, 200:21, 213:6, 217:23, 218:5, 218:25, 219:4

**count** [7] - 22:18, 93:22, 165:16, 166:8, 166:9, 187:19, 189:20

**Count** [5] - 21:13, 22:17, 93:22, 148:23, 166:13

**counted** [2] - 159:17, 159:21

**counterparties** [1] - 254:2

**country** [3] - 125:20, 139:5, 167:17

**Counts** [1] - 181:19

**counts** [14] - 127:11, 141:1, 181:11, 181:12, 181:25, 182:3, 182:23, 183:3, 184:7, 184:11, 184:18, 187:15, 229:20, 243:4

**couple** [11] - 5:6, 28:19, 48:10, 62:11, 94:11, 119:1, 141:24, 142:25, 149:25, 160:4, 240:12

**course** [18] - 34:13, 37:11, 39:25, 40:1, 40:7, 40:19, 51:14, 57:20, 69:22, 69:25, 74:14, 86:5, 89:21, 106:18, 113:17, 116:13, 123:13, 164:4

**COURT** [359] - 1:1, 1:11, 3:6, 3:25, 7:2, 9:19, 9:23, 10:3, 11:21, 12:21, 13:25, 14:21, 16:2, 16:11, 17:3, 17:9, 17:14, 18:17, 18:22, 18:25, 19:5, 19:13, 19:17, 19:25, 20:5, 20:20, 21:19, 21:22, 23:16, 23:21, 25:2, 25:5, 26:1, 27:21, 28:3, 28:15, 30:5, 31:23, 32:3, 32:10, 32:18, 33:2, 34:8, 35:18, 37:15, 37:19, 38:15, 39:18, 40:13, 40:16, 40:21, 40:25, 44:8, 45:9, 45:13, 46:1, 46:15, 47:3, 48:19, 51:4, 51:7, 51:11, 51:20, 53:11, 53:25, 54:7, 54:13, 54:16, 55:2, 55:7, 55:11, 57:11, 60:6, 63:24, 64:13, 64:16, 64:20, 65:11, 66:11, 67:1, 67:6, 68:9, 70:22, 71:14, 73:9, 73:13, 75:18, 76:14, 76:17, 78:3, 78:8, 79:3, 79:18, 80:1, 80:3, 81:7, 81:13, 82:12, 83:20, 84:1, 84:10, 85:6, 85:11, 85:24, 86:2, 87:11, 88:6, 88:22, 89:11, 91:6, 91:10, 92:13, 92:18, 93:4, 93:19, 94:1, 95:21, 96:16, 96:21, 98:6, 98:19, 98:25, 99:16, 99:23, 100:3, 101:4, 101:16, 102:17, 102:19, 103:18, 103:24, 104:15, 104:21, 104:24, 105:5, 105:11, 105:22, 107:10, 107:17, 108:2,

108:17, 109:6, 109:17, 109:24, 110:18, 111:11, 111:17, 112:3, 112:6, 112:11, 112:19, 114:6, 114:21, 115:5, 115:15, 115:19, 116:3, 117:3, 119:9, 120:3, 120:5, 120:12, 121:2, 121:13, 121:17, 123:19, 123:23, 124:2, 124:13, 126:4, 126:9, 129:25, 138:24, 141:3, 141:21, 145:19, 145:21, 148:2, 148:9, 150:24, 151:2, 151:7, 151:10, 151:13, 151:17, 151:23, 152:4, 152:19, 153:2, 153:8, 153:24, 154:2, 154:4, 154:7, 154:21, 155:7, 155:11, 156:11, 159:4, 159:7, 159:13, 160:2, 160:25, 162:7, 162:10, 162:22, 163:4, 163:12, 163:16, 163:24, 164:2, 164:9, 164:16, 164:23, 165:3, 166:15, 166:22, 167:11, 170:1, 170:8, 171:14, 172:5, 173:17, 173:25, 174:6, 174:13, 174:21, 175:23, 177:16, 178:3, 180:24, 181:5, 181:8, 182:7, 182:18, 183:12, 187:9, 188:24, 189:7, 190:11, 194:12, 194:15, 194:24, 195:3, 195:19, 196:7, 196:11, 196:19, 196:25, 197:13, 197:20, 198:6, 198:11, 198:15, 198:20, 198:24, 199:8, 199:11, 199:13, 200:9, 200:18, 201:8, 202:13, 202:16, 204:10, 204:25, 205:4, 205:15, 206:6, 206:13, 207:4, 207:8, 208:4, 208:7, 208:17, 209:4, 209:13, 209:18, 209:23, 210:5, 211:11, 212:6, 213:5, 213:11, 214:16, 215:5, 217:1, 217:4, 217:14, 218:11, 218:15, 218:21, 218:25, 219:7, 219:15, 219:17, 219:20, 219:24, 220:2, 221:16, 222:1, 222:3, 222:6, 223:15, 223:19, 223:23, 224:7, 224:16, 224:19, 225:16, 225:21, 227:10, 227:12, 228:4, 228:6, 229:3, 230:2, 230:9, 231:9, 232:4, 232:12, 232:19, 232:25, 233:6, 233:14, 233:20, 233:23, 234:12, 234:20, 235:4, 236:2, 236:8, 236:15, 237:6, 237:16, 238:6, 238:24, 239:6, 239:14, 239:25, 241:20, 242:10, 243:11, 243:16, 243:24, 248:3, 250:25, 251:8, 253:12, 253:21, 254:16, 254:21, 255:5, 255:10, 255:13, 255:16, 255:19, 256:1, 257:5

**Court** [38] - 2:2, 12:13, 13:23, 19:19, 23:6, 33:13, 38:6, 38:12, 39:5, 40:24, 65:3, 66:19, 75:23, 75:24, 77:10, 82:12, 84:2, 84:13, 86:2, 87:13, 88:25, 89:4,

93:1, 108:1, 110:5, 110:13, 111:20, 129:1, 140:18, 153:6, 166:21, 176:21, 199:5, 214:20, 217:7, 223:13, 250:9, 257:8

**court** [7] - 3:3, 5:22, 6:20, 55:19, 76:2, 145:8, 217:19

**Court's** [4] - 6:18, 13:5, 34:19, 77:4

**courtroom** [8] - 4:11, 4:12, 5:3, 21:23, 41:24, 166:24, 167:1

**Courts** [3] - 179:1, 179:9, 224:24

**cover** [10] - 121:22, 122:24, 124:7, 148:23, 213:4, 213:9, 213:17, 213:21, 216:24, 217:8

**cover-up** [1] - 216:24

**covered** [9] - 110:14, 178:7, 199:20, 200:21, 200:25, 201:2, 218:10, 241:24, 248:4

**covers** [3] - 110:12, 217:13, 217:17

**COVID** [3] - 239:16, 239:22, 240:6

**Cowboys** [1] - 179:23

**craters** [3] - 29:7, 69:18, 72:3

**Crawford** [1] - 143:14

**crazed** [3] - 77:11, 78:15, 78:16

**crazy** [1] - 191:10

**CRC** [2] - 2:1, 258:15

**create** [2] - 43:15, 176:16

**created** [8] - 39:16, 139:23, 142:6, 215:19, 245:4, 245:21, 246:2, 247:17

**creating** [1] - 175:7

**credibility** [4] - 20:25, 39:11, 39:17, 108:16

**Credit** [1] - 132:15

**crime** [21] - 10:11, 11:6, 11:18, 13:3, 13:4, 13:10, 28:7, 45:1, 50:13, 66:7, 120:2, 167:23, 179:11, 180:17, 189:13, 200:22, 207:15, 211:2, 216:16, 245:5

**crimes** [3] - 68:2, 197:7, 197:21

**criminal** [6] - 49:23, 58:25, 60:17, 217:18, 222:17, 257:1

**criteria** [1] - 142:14

**critical** [15] - 30:14, 34:16, 49:12, 53:6, 59:4, 61:4, 102:13, 135:11, 142:24, 156:13, 157:1, 175:6, 193:5, 213:16, 251:23

**critically** [1] - 146:13

**cross** [36] - 7:18, 7:21, 88:3, 88:13, 88:23, 89:5, 95:25, 101:11, 107:11, 107:18, 107:21, 111:5, 111:14, 143:19, 144:3, 146:16, 159:11, 160:21, 160:22, 160:23, 161:6, 161:20, 162:8, 163:25, 164:10, 171:5, 171:6, 177:14, 178:4, 186:25,

187:4, 187:5, 214:21, 233:15, 236:12, 255:8
**cross-examination** [11] - 7:18, 88:23, 101:11, 107:18, 111:5, 146:16, 159:11, 160:21, 161:20, 163:25, 233:15
**cross-examine** [9] - 7:21, 88:13, 95:25, 107:11, 107:21, 143:19, 144:3, 161:6, 187:5
**cross-examining** [4] - 89:5, 160:22, 186:25, 187:4
**CRR** [2] - 2:1, 258:15
**Cruise** [2] - 80:14, 115:9
**crux** [1] - 118:14
**culpable** [3] - 98:4, 98:9, 98:11
**culture** [1] - 241:5
**cumulative** [5] - 43:21, 44:3, 186:1, 186:9, 230:25
**curriculum** [1] - 224:1
**cut** [1] - 205:13
**cuts** [1] - 120:15
**CV** [4] - 224:5, 224:8, 224:14, 225:8

## D

**D** [14] - 112:8, 126:3, 126:9, 127:10, 129:24, 130:19, 166:14, 200:4, 200:6, 200:14, 201:2, 207:12
**D-A-T-S** [1] - 130:19
**Daily** [1] - 36:19
**Dallas** [1] - 179:23
**Dan** [4] - 33:11, 33:21, 35:14, 36:14
**dark** [4] - 131:25, 132:2, 133:8, 134:6
**dash** [2] - 160:16, 160:19
**data** [12] - 125:17, 129:3, 129:12, 130:2, 162:6, 204:9, 225:7, 225:11, 230:21, 243:1, 246:4, 246:5
**DatChat** [1] - 126:17
**date** [3] - 20:17, 54:8, 130:10
**dated** [1] - 121:21
**dates** [1] - 127:7
**DATS** [8] - 122:15, 127:6, 130:19, 131:9, 137:5, 137:6, 153:19, 153:21
**Daubert** [1] - 169:7
**DAVIS** [1] - 112:17
**Davis** [1] - 1:21
**DAY** [1] - 1:10
**day** [67] - 22:20, 31:2, 33:12, 47:12, 48:2, 60:16, 61:24, 63:8, 72:20, 72:23, 103:9, 106:16, 106:18, 119:1, 123:5, 138:14, 140:7, 153:10, 165:7, 185:3, 191:1, 201:24, 202:3, 202:5, 202:7, 215:16, 216:6, 221:11, 221:13, 221:17, 221:19, 221:21, 221:22, 221:24, 222:1, 222:7, 222:11, 226:25, 227:1, 227:4, 231:24, 232:2, 232:9, 232:12, 232:14, 232:21, 232:24, 233:10, 233:12, 234:6, 234:10, 234:18, 234:21, 234:25, 235:3, 235:6, 240:18, 241:22, 244:1, 244:5, 244:7, 244:18, 247:5, 256:25
**days** [12] - 7:6, 7:7, 7:11, 7:13, 28:19, 48:15, 57:20, 148:24, 149:25, 164:6, 169:17, 185:3
**deal** [4] - 27:3, 109:18, 187:20, 200:12
**dealer** [1] - 131:18
**dealers** [1] - 128:4
**dealing** [2] - 121:8, 184:19
**deals** [2] - 200:13, 239:10
**dealt** [1] - 62:4
**decades** [1] - 171:8
**deceive** [4] - 16:17, 18:20, 80:25, 115:12
**December** [3] - 46:9, 46:22, 122:8
**decide** [9] - 7:22, 42:11, 43:6, 66:6, 106:2, 176:13, 233:7, 248:21, 249:13
**decided** [1] - 251:13
**decision** [5] - 76:19, 77:19, 89:2, 89:19, 180:9
**decision-maker** [1] - 77:19
**decisions** [5] - 86:4, 86:7, 86:8, 143:5, 172:12
**declarative** [2] - 74:19, 228:17
**decorum** [1] - 158:24
**Deel** [13] - 9:15, 45:16, 149:13, 149:19, 149:20, 149:23, 150:10, 150:18, 151:4, 151:15, 152:6, 224:13
**deemed** [1] - 245:9
**deep** [5] - 75:10, 75:13, 75:14, 78:23, 78:24
**defect** [3] - 22:3, 252:6, 252:10
**defective** [2] - 20:22, 23:15
**defects** [1] - 26:10
**defendant** [28] - 6:14, 8:14, 37:6, 42:17, 77:24, 95:20, 104:2, 114:22, 147:13, 157:11, 163:10, 163:14, 173:5, 173:10, 187:18, 199:24, 200:16, 203:2, 204:17, 209:2, 211:16, 221:3, 221:4, 221:19, 226:22, 227:25, 229:15
**defendant's** [5] - 13:7, 51:22, 112:22, 165:9, 221:7
**defendants** [122] - 7:22, 8:8, 9:20, 9:21, 9:25, 12:20, 14:8, 15:9, 15:14, 15:20, 15:25, 16:24, 19:1, 19:8, 20:7, 20:9, 20:10, 20:24, 21:5, 24:16, 24:21, 24:22, 25:17, 26:5, 26:13, 27:19, 28:12, 29:10, 29:12, 35:10, 42:1, 42:14, 42:22, 43:3, 43:16, 43:25, 44:13, 45:22, 45:23, 53:1, 55:14, 65:17, 65:22, 66:6, 67:13, 68:11, 69:5, 69:16, 70:1, 71:2, 71:4, 71:8, 74:8, 74:16, 75:6, 79:14, 84:14, 87:8, 89:4, 93:11, 96:2, 97:1, 97:20, 98:5, 99:22, 100:6, 101:7, 101:22, 105:25, 107:20, 109:1, 110:6, 110:13, 110:21, 111:10, 111:21, 113:2, 113:6, 114:8, 118:6, 118:21, 121:17, 140:20, 141:2, 146:20, 152:3, 169:18, 172:10, 172:21, 174:8, 178:6, 178:21, 179:18, 184:8, 185:20, 185:23, 187:13, 193:6, 199:16, 200:5, 201:5, 201:22, 202:10, 205:25, 206:4, 209:9, 210:12, 210:23, 220:5, 220:23, 221:13, 222:13, 227:2, 231:17, 232:6, 235:11, 235:19, 238:2, 241:23, 248:21
**Defendants** [2] - 1:8, 1:18
**defendants'** [39] - 4:20, 5:12, 10:23, 13:19, 14:13, 14:24, 15:22, 32:17, 41:9, 41:18, 44:7, 69:3, 88:20, 95:23, 100:15, 100:16, 101:14, 102:14, 104:12, 114:23, 115:17, 138:2, 141:15, 143:12, 170:6, 203:12, 203:13, 207:15, 220:25, 221:12, 221:23, 227:7, 237:7, 238:18, 248:24, 249:7, 249:9, 252:19
**defended** [1] - 52:4
**defense** [19] - 8:6, 8:11, 8:18, 21:9, 23:17, 38:4, 89:25, 96:8, 105:1, 109:15, 112:12, 115:14, 165:11, 188:24, 192:12, 222:22, 223:5, 241:4, 246:14
**defense's** [1] - 7:11
**defenses** [2] - 108:23, 109:7
**defer** [4] - 148:4, 209:21, 210:3, 242:19
**deficient** [2] - 242:22, 243:6
**define** [4] - 168:1, 170:10, 222:11, 244:3
**defined** [6] - 118:17, 221:24, 233:11, 237:21, 239:22, 245:12
**defines** [4] - 168:11, 174:20, 174:21, 174:23
**defining** [2] - 221:11, 234:8
**definitely** [4] - 39:23, 40:19, 75:6, 76:3
**definition** [23] - 34:23, 76:18,

113:13, 142:17, 167:20, 171:4, 174:16, 174:19, 175:3, 175:7, 175:12, 175:13, 176:11, 176:18, 176:19, 176:22, 176:23, 177:4, 177:9, 177:16, 177:23, 178:2, 253:5
**definitions** [3] - 167:20, 169:16, 226:1
**defraud** [4] - 30:23, 31:1, 111:16, 244:20
**degree** [3] - 28:22, 138:9, 208:16
**delay** [1] - 129:19
**demand** [1] - 251:20
**demanding** [1] - 77:11
**demonstrate** [1] - 56:15
**demonstrative** [4] - 50:23, 50:24, 142:12, 142:19
**demonstratively** [1] - 52:11
**denial** [1] - 37:16
**denotes** [1] - 180:16
**deny** [2] - 56:16, 178:3
**denying** [3] - 181:1, 190:11, 217:1
**depart** [1] - 15:19
**depend** [1] - 102:2
**depending** [3] - 6:3, 6:4, 235:21
**depict** [1] - 47:19
**deposition** [2] - 252:2, 255:20
**deprivation** [1] - 214:5
**deprive** [10] - 15:2, 16:18, 16:25, 17:9, 23:23, 82:1, 211:3, 211:4, 216:1, 216:22
**deprived** [5] - 10:13, 10:16, 10:18, 31:10, 211:3
**depriving** [2] - 20:13, 26:22
**derive** [1] - 115:25
**derived** [1] - 116:12
**describe** [4] - 77:10, 201:11, 210:8, 232:8
**described** [2] - 171:16, 232:10
**describes** [1] - 114:13
**describing** [2] - 21:17, 42:18
**designated** [3] - 201:11, 204:8, 207:10
**designation** [1] - 202:1
**designed** [4] - 14:17, 41:24, 43:2, 144:5
**despite** [1] - 58:20
**destination** [1] - 132:4
**destroy** [1] - 192:13
**detects** [1] - 251:19
**determine** [1] - 43:11
**determined** [2] - 173:7, 251:21
**determining** [1] - 238:5
**developed** [1] - 39:9
**deviation** [9] - 127:18, 127:21, 128:5, 128:6, 128:9, 128:13, 137:22
**Diablo** [1] - 49:3
**DiabloRicky** [3] - 48:13, 49:4, 49:11
**did** [83] - 12:12, 19:23, 25:14, 25:23, 26:3, 26:7, 26:8, 28:6, 44:22, 50:4, 66:6, 70:1, 71:4, 82:10, 82:21, 85:13, 89:11, 89:17, 92:20, 92:21, 95:20, 96:1, 97:22, 100:4, 100:7, 103:3, 103:5, 106:18, 108:22, 123:4, 125:16, 125:22, 126:10, 126:11, 126:14, 127:14, 130:13, 136:11, 136:14, 136:20, 136:21, 137:12, 138:15, 138:22, 139:7, 139:8, 139:17, 163:12, 163:16, 164:20, 168:5, 202:6, 203:11, 203:17, 203:18, 204:6, 207:5, 208:9, 210:22, 210:23, 214:23, 221:13, 222:4, 229:25, 234:3, 234:22, 235:20, 235:21, 237:11, 238:2, 248:21, 249:3, 249:11, 249:16, 250:15, 252:6, 252:9
**didn't** [51] - 9:19, 19:1, 25:7, 27:9, 27:13, 28:4, 28:11, 28:13, 28:15, 28:18, 29:13, 29:15, 30:13, 38:1, 44:19, 44:20, 49:1, 67:20, 67:21, 68:2, 68:6, 70:20, 78:25, 80:15, 92:22, 94:5, 97:7, 103:6, 105:1, 105:12, 114:7, 135:5, 135:6, 136:17, 136:23, 158:10, 160:24, 168:4, 189:25, 216:11, 235:21, 236:24, 237:11, 238:2, 248:21, 249:3, 249:17, 250:16, 250:25, 252:10, 253:19
**die** [1] - 241:1
**difference** [6] - 28:22, 30:14, 125:11, 146:14, 158:10, 255:23
**different** [51] - 22:8, 24:8, 24:23, 35:19, 51:8, 56:13, 57:2, 59:25, 65:22, 74:7, 79:22, 92:22, 93:18, 96:16, 96:22, 102:18, 110:8, 126:19, 126:20, 133:17, 135:5, 135:7, 140:16, 141:24, 153:19, 154:18, 155:19, 165:9, 175:7, 177:11, 177:14, 178:2, 185:19, 185:20, 185:21, 185:22, 185:23, 187:1, 198:1, 209:24, 241:22, 246:15, 248:17, 248:18, 249:5, 249:14, 249:15, 253:15, 254:15
**differentiating** [1] - 157:18
**differently** [2] - 92:13, 102:22
**difficult** [2] - 85:16, 229:11
**ding** [1] - 133:24
**dinged** [1] - 252:13
**dire** [1] - 4:21
**direct** [6] - 51:10, 88:24, 156:21, 157:14, 176:20, 182:14
**directed** [1] - 229:23
**directing** [1] - 14:16
**directly** [5] - 37:6, 39:16, 68:4, 143:22, 247:7
**director** [1] - 245:14
**dis** [1] - 81:18
**disagree** [1] - 26:1
**disagreement** [3] - 93:9, 170:24, 171:3
**disagrees** [3] - 25:15, 33:21, 35:15
**disclaim** [5] - 75:25, 78:20, 78:22, 85:22, 237:1
**disclaimer** [3] - 79:11, 79:14, 80:10
**disclaimers** [6] - 76:1, 76:5, 76:10, 78:20, 79:8
**disclaiming** [1] - 84:20
**disclaims** [1] - 143:24
**disclose** [6] - 61:23, 111:22, 172:21, 174:10, 245:13, 245:14
**disclosed** [12] - 74:9, 176:18, 193:22, 200:1, 202:16, 202:18, 225:14, 243:9, 243:14, 243:19, 246:4, 246:5
**discloses** [1] - 225:1
**disclosing** [1] - 245:23
**disclosure** [7] - 170:11, 224:1, 226:10, 231:12, 242:22, 243:6, 245:18
**disclosures** [5] - 220:9, 220:19, 221:11, 227:19, 244:3
**Discord** [23] - 21:2, 21:5, 24:21, 43:23, 123:11, 149:17, 149:18, 149:23, 151:14, 151:18, 151:20, 152:6, 156:18, 156:20, 157:8, 157:11, 158:1, 158:2, 158:4, 162:21, 162:22, 185:11, 243:1
**discovered** [1] - 167:25
**discovery** [4] - 89:10, 89:13, 200:1, 200:17
**discretion** [1] - 186:11
**discretionary** [2] - 10:13, 10:24
**discretions** [1] - 86:4
**discuss** [5] - 48:23, 107:3, 115:4, 115:22, 188:7
**discussed** [5] - 3:9, 109:7, 147:6, 178:23, 220:14
**discussing** [4] - 30:15, 56:21, 100:23, 237:22
**discussion** [4] - 43:24, 204:20, 230:19, 242:17
**discussions** [2] - 204:4, 204:23
**disguise** [1] - 88:9
**disk** [4] - 3:18, 3:19, 4:1, 4:2
**dismiss** [7] - 9:6, 10:8, 12:25, 14:6, 16:7, 112:9, 181:19
**dismissed** [3] - 11:19, 12:13,

24:10
**dispel** [1] - 77:16
**displays** [2] - 42:4, 43:9
**dispute** [4] - 26:20, 42:10, 231:1, 231:4
**disputing** [1] - 228:8
**distinction** [5] - 96:24, 98:7, 101:9, 101:13, 102:13
**distinctions** [1] - 155:20
**distort** [1] - 83:5
**District** [5] - 2:2, 2:2, 145:18, 170:20, 173:3
**DISTRICT** [2] - 1:1, 1:2
**divorce** [2] - 199:9, 236:5
**divorced** [2] - 77:24, 85:16
**do** [157] - 3:21, 5:11, 5:18, 6:9, 9:3, 9:8, 15:7, 16:20, 19:13, 20:1, 20:3, 27:20, 27:23, 30:3, 31:4, 32:19, 32:21, 33:22, 34:20, 35:2, 36:9, 37:8, 38:9, 48:9, 49:13, 51:7, 51:13, 54:6, 54:11, 55:4, 56:6, 59:6, 61:10, 62:20, 64:1, 64:17, 65:6, 67:20, 68:19, 70:17, 73:11, 74:5, 74:6, 74:10, 74:20, 80:11, 81:20, 84:12, 88:1, 88:24, 91:14, 91:15, 92:11, 93:6, 94:4, 95:7, 95:9, 95:10, 95:11, 95:12, 98:19, 99:6, 99:25, 101:2, 102:8, 103:13, 105:1, 107:3, 107:8, 107:10, 107:22, 108:5, 108:12, 108:23, 114:24, 116:21, 117:15, 118:18, 120:21, 120:23, 124:13, 125:14, 126:12, 127:9, 128:8, 129:21, 130:4, 132:10, 132:23, 133:4, 134:19, 135:5, 135:6, 139:11, 140:6, 141:13, 142:4, 143:23, 145:25, 146:7, 147:3, 147:25, 149:22, 156:24, 163:4, 164:23, 165:14, 166:23, 173:17, 180:23, 181:7, 181:14, 182:1, 183:11, 183:13, 186:18, 187:24, 189:1, 189:4, 190:15, 190:22, 191:8, 191:11, 191:23, 191:25, 194:21, 195:3, 196:14, 198:24, 205:4, 205:9, 205:10, 207:6, 207:10, 207:14, 213:10, 217:13, 219:19, 225:25, 230:18, 234:4, 235:21, 237:10, 237:11, 238:2, 246:22, 248:19, 248:22, 249:17, 254:3, 254:5, 254:9
**docket** [2] - 41:2, 55:2
**docs** [1] - 251:2
**Document** [5] - 65:2, 112:21, 171:23, 196:12, 218:12
**document** [3] - 40:10, 128:12
**documents** [19] - 9:24, 39:15, 75:20, 86:21, 101:3, 129:4, 248:6, 248:8, 249:2, 249:20, 250:4, 250:9, 251:11, 255:23, 256:4, 256:8, 256:15, 256:19, 256:21
**does** [51] - 19:25, 25:20, 31:25, 32:1, 33:25, 41:14, 42:11, 44:14, 44:18, 48:9, 50:18, 70:9, 92:10, 95:16, 102:25, 103:21, 108:15, 111:10, 114:24, 124:2, 128:8, 128:10, 132:8, 132:24, 134:5, 136:18, 136:24, 140:1, 140:21, 147:25, 154:21, 161:4, 162:5, 163:15, 175:12, 175:13, 176:2, 178:20, 180:6, 189:10, 189:21, 190:22, 211:17, 213:19, 218:11, 225:2, 225:3, 227:14, 231:7, 254:12, 257:3
**doesn't** [48] - 10:10, 26:18, 27:12, 32:20, 43:15, 47:19, 48:25, 50:10, 56:23, 58:23, 60:25, 66:8, 68:22, 77:1, 78:16, 79:1, 85:22, 95:9, 95:10, 95:11, 102:25, 104:7, 104:21, 132:25, 141:14, 151:23, 154:17, 160:15, 161:9, 161:12, 171:8, 180:1, 203:7, 203:8, 205:6, 206:11, 212:23, 214:16, 214:17, 225:13, 231:16, 231:20, 237:4, 243:4, 244:22, 246:24, 248:19, 249:12
**dog** [1] - 50:16
**Dogg** [1] - 54:5
**doing** [64] - 3:7, 4:13, 17:20, 17:23, 19:21, 25:8, 27:9, 32:15, 32:25, 33:1, 34:15, 34:21, 36:8, 49:25, 52:5, 52:6, 52:9, 52:16, 52:24, 59:22, 61:1, 61:8, 61:19, 61:20, 62:9, 64:17, 64:23, 68:13, 68:14, 71:22, 80:18, 80:20, 81:5, 94:21, 95:8, 95:13, 95:16, 98:21, 98:22, 100:8, 101:1, 103:12, 104:25, 107:1, 140:8, 147:1, 147:4, 179:6, 189:17, 190:1, 190:5, 190:12, 190:14, 215:3, 221:21, 222:13, 232:13, 234:10, 240:6, 240:13, 240:15, 255:24, 257:1
**DOJ** [15] - 142:2, 142:9, 143:19, 143:21, 144:9, 144:24, 145:7, 145:10, 154:20, 156:22, 157:14, 157:19, 158:6, 159:15
**DOJ's** [1] - 142:17
**dollar** [1] - 26:17
**dollars** [3] - 80:13, 115:8, 214:22
**don't** [176] - 4:22, 7:24, 8:2, 9:14, 9:19, 9:25, 10:21, 11:5, 11:17, 11:23, 11:24, 11:25, 13:9, 14:11, 16:14, 16:17, 16:21, 17:4, 17:24, 17:25, 18:2, 20:17, 23:21, 23:25, 24:12, 29:8, 29:19, 30:7, 30:12, 33:4, 33:5, 34:18, 35:24, 40:18, 40:20, 41:4, 41:23, 44:25, 46:13, 48:19, 49:23, 50:19, 51:7, 55:11, 55:23, 56:1, 58:15, 59:18, 60:18, 64:9, 71:2, 72:25, 73:14, 75:10, 75:14, 76:17, 78:5, 78:20, 78:23, 79:5, 80:23, 81:20, 84:8, 86:22, 90:3, 97:14, 98:7, 98:12, 98:13, 99:23, 99:24, 100:5, 101:17, 102:19, 105:11, 105:19, 105:20, 107:10, 107:12, 109:15, 109:25, 110:22, 111:8, 113:3, 113:25, 116:11, 121:21, 123:23, 125:24, 138:5, 138:20, 141:9, 143:2, 147:7, 147:8, 148:5, 150:5, 151:3, 153:3, 155:13, 157:2, 157:4, 159:4, 159:5, 161:10, 166:17, 167:14, 167:23, 170:11, 174:2, 176:7, 185:6, 192:2, 196:2, 201:6, 202:2, 204:8, 205:11, 205:18, 206:13, 206:20, 208:12, 208:14, 209:14, 209:21, 215:9, 216:13, 218:9, 218:13, 219:21, 220:19, 220:20, 220:24, 223:21, 224:2, 224:3, 224:5, 225:7, 225:10, 225:13, 228:12, 229:1, 229:2, 231:17, 231:20, 232:25, 233:25, 234:2, 235:2, 239:10, 239:17, 240:10, 240:18, 240:21, 241:5, 241:7, 242:1, 242:3, 242:16, 243:15, 245:17, 245:25, 246:18, 247:4, 247:19, 249:19, 249:20, 250:21, 252:23, 256:16, 256:20
**done** [28] - 4:6, 6:6, 29:12, 29:24, 44:23, 61:4, 67:13, 116:10, 116:20, 117:17, 125:18, 129:14, 137:21, 137:22, 142:6, 143:6, 147:21, 166:1, 170:20, 196:15, 215:9, 222:25, 231:21, 235:19, 240:7, 251:15, 256:15
**door** [18] - 106:23, 107:12, 113:5, 114:18, 117:20, 117:22, 179:18, 188:21, 201:16, 221:14, 231:25, 233:23, 233:24, 234:10, 235:1, 237:23, 239:21, 241:17
**dooring** [1] - 220:25
**double** [1] - 151:11
**doubt** [1] - 179:7
**dovetails** [1] - 248:11
**down** [37] - 6:21, 28:11, 62:20, 71:13, 84:23, 84:25, 85:4, 90:10, 93:6, 94:18, 98:21, 104:8, 104:11, 113:20, 116:5,

118:19, 119:18, 123:25, 133:16, 149:8, 150:2, 150:3, 150:16, 151:14, 153:16, 173:14, 175:11, 179:24, 183:18, 190:18, 205:14, 212:16, 221:18, 221:19, 227:5, 241:14, 247:4
**downloading** [1] - 4:5
**dozen** [2] - 187:3, 187:7
**dozens** [4] - 48:22, 184:24, 185:2, 187:6
**Dr** [7] - 120:22, 142:7, 143:23, 184:12, 186:25, 187:5, 201:13
**drafts** [10] - 38:10, 38:12, 38:13, 38:15, 38:23, 38:25, 39:4, 39:6, 39:9, 40:19
**draw** [5] - 34:20, 105:9, 229:12, 239:5, 241:19
**drawing** [4] - 98:7, 98:8, 104:12, 226:20
**drawn** [1] - 152:2
**drink** [1] - 209:15
**drinking** [2] - 205:20, 206:11
**driven** [1] - 22:3
**drives** [1] - 36:3
**driving** [2] - 17:21, 49:25
**drone** [1] - 158:19
**drops** [1] - 69:18
**drug** [5] - 25:18, 36:15, 108:4, 108:14, 108:20
**drug-induced** [1] - 36:15
**drugs** [2] - 108:5, 108:10
**drunken** [1] - 36:15
**dry** [1] - 40:5
**due** [2] - 116:19, 174:9
**dug** [1] - 145:13
**dump** [47] - 13:17, 15:12, 15:23, 21:6, 28:23, 29:9, 59:15, 59:25, 67:13, 69:14, 87:23, 88:4, 88:12, 90:1, 92:2, 100:22, 102:24, 107:2, 113:16, 113:18, 114:4, 114:7, 114:13, 139:14, 168:2, 168:6, 168:9, 168:18, 168:20, 168:24, 169:4, 170:10, 170:17, 171:19, 178:14, 178:16, 178:22, 179:2, 179:4, 179:8, 179:19, 180:2, 181:1, 216:10, 216:12, 238:9
**dump-type** [1] - 90:1
**dumped** [3] - 69:7, 69:8, 114:20
**dumpers** [1] - 69:21
**dumping** [3] - 20:10, 90:17, 95:17
**dumps** [5] - 92:7, 167:21, 168:12, 250:6, 251:18
**dumpy** [1] - 170:14
**duplicate** [1] - 117:9
**during** [33] - 11:20, 32:8, 37:11, 46:23, 49:5, 57:1, 60:16, 66:12, 66:21, 66:25, 89:20, 106:25, 108:18, 109:12, 116:8, 118:20, 122:1, 124:17, 125:6, 125:7, 125:8, 128:23, 131:22, 134:12, 136:14, 138:22, 148:25, 149:5, 157:12, 158:4, 163:10, 218:4, 239:19
**duties** [2] - 110:7, 110:8
**duty** [17] - 110:22, 111:2, 111:22, 112:4, 172:8, 172:11, 172:13, 172:19, 173:4, 173:7, 173:12, 173:14, 173:22, 174:2, 174:3, 174:10

## E

**E** [9] - 106:9, 126:25, 127:15, 135:19, 136:9, 166:14, 201:4
**each** [20] - 27:20, 56:6, 130:7, 147:14, 147:19, 184:16, 185:5, 185:16, 185:19, 187:18, 187:21, 189:9, 189:13, 191:22, 193:6, 203:2, 240:14, 249:17, 254:3
**earlier** [14] - 91:7, 117:20, 118:18, 145:12, 145:17, 179:21, 186:18, 214:3, 222:21, 226:8, 226:20, 237:23, 243:7, 246:20
**earned** [1] - 116:23
**Earth** [1] - 69:18
**easier** [3] - 55:6, 121:10, 166:9
**easily** [1] - 129:14
**Eastern** [1] - 173:3
**eat** [1] - 103:23
**echoed** [1] - 88:5
**economic** [3] - 10:13, 10:16, 10:24
**economically** [1] - 26:23
**Eddie** [1] - 156:18
**EDNY** [1] - 170:20
**educate** [1] - 192:10
**education** [1] - 192:14
**EDWARD** [1] - 1:7
**Edward** [2] - 124:15, 205:20
**effect** [3] - 10:20, 93:13, 93:15
**effective** [1] - 121:6
**effectively** [2] - 10:17, 55:15
**effects** [1] - 74:16
**efficient** [2] - 182:14, 196:17
**effort** [4] - 66:2, 171:21, 223:7, 238:15
**efforts** [1] - 14:16
**eight** [3] - 95:16, 95:17, 136:13
**either** [18] - 6:9, 11:20, 12:19, 23:16, 47:19, 49:8, 66:5, 74:17, 144:13, 158:5, 165:3, 165:15, 186:6, 191:20, 205:5, 215:2, 236:9
**elaborating** [1] - 178:1
**electric** [1] - 17:16
**element** [4] - 76:12, 81:6, 134:14, 250:12
**elements** [5] - 66:7, 93:17, 193:18, 194:3, 252:3
**elicit** [4] - 60:24, 63:4, 108:15, 207:14
**eliminate** [2] - 170:7, 200:2
**else** [17] - 21:19, 22:7, 33:3, 33:18, 34:5, 44:8, 45:8, 46:1, 98:3, 109:4, 112:5, 134:23, 163:1, 188:24, 219:11, 231:7, 233:1
**else's** [1] - 184:18
**Emily** [1] - 1:18
**emotions** [1] - 43:9
**empanel** [1] - 192:24
**emphasize** [1] - 187:11
**employee** [1] - 202:2
**employer** [1] - 111:10
**empty** [1] - 134:22
**encompass** [1] - 252:11
**encouraging** [1] - 98:16
**end** [13] - 30:12, 46:4, 75:10, 75:13, 75:14, 78:23, 78:24, 153:9, 166:1, 182:15, 186:7, 214:1, 221:3
**end-run** [1] - 221:3
**endless** [3] - 124:9, 136:16, 139:3
**ends** [1] - 130:18
**Energy** [2] - 126:16, 126:22
**enflame** [1] - 41:25
**enforce** [1] - 65:6
**engage** [3] - 36:1, 91:24, 113:18
**engaged** [9] - 134:15, 135:3, 135:17, 136:3, 136:5, 204:23, 224:6, 224:23, 250:6
**enjoy** [1] - 53:2
**enough** [13] - 13:1, 13:20, 72:9, 72:24, 169:6, 169:7, 172:23, 178:24, 186:21, 237:13, 237:18, 242:19
**enrich** [1] - 15:8
**enriching** [1] - 15:14
**Enron** [1] - 179:12
**enter** [2] - 134:21, 136:17
**Entered** [1] - 131:12
**entered** [3] - 22:12, 22:23, 214:24
**entering** [3] - 131:16, 134:17, 139:19
**enters** [1] - 137:2
**entertain** [1] - 138:6
**entice** [3] - 14:18, 15:13, 150:21
**enticed** [1] - 150:12
**enticing** [1] - 15:16
**entire** [3] - 72:19, 139:17, 212:17

**entirely** [3] - 62:7, 93:18, 157:20
**entities** [1] - 135:18
**entitled** [3] - 7:17, 109:22, 162:14
**entity** [2] - 248:15, 248:16
**enumerate** [1] - 118:25
**eons** [1] - 31:17
**Episode** [4] - 123:1, 124:11, 164:18, 164:19
**episode** [8] - 116:9, 157:12, 158:5, 160:6, 160:9, 165:1, 165:18, 183:11
**episodes** [15] - 67:11, 119:1, 122:2, 164:23, 181:14, 181:16, 183:17, 184:19, 185:2, 185:12, 185:19, 186:3, 189:16, 190:2
**Epley** [1] - 1:23
**EPLEY** [24] - 25:9, 25:11, 33:4, 34:18, 37:17, 51:1, 51:6, 51:9, 51:14, 72:8, 73:12, 153:4, 153:25, 154:3, 154:6, 154:25, 155:4, 155:13, 159:1, 159:6, 159:25, 199:3, 199:12, 206:10
**equation** [2] - 15:9, 18:19
**equipped** [1] - 230:5
**Eric** [1] - 1:20
**Erin** [1] - 1:23
**error** [2] - 143:17, 146:18
**errors** [1] - 39:14
**especially** [4] - 8:9, 39:23, 50:15, 192:21
**Esq** [16] - 1:16, 1:16, 1:17, 1:18, 1:18, 1:19, 1:19, 1:20, 1:20, 1:21, 1:21, 1:22, 1:22, 1:23, 1:23, 1:24
**essence** [1] - 103:3
**essential** [1] - 181:21
**essentially** [6] - 23:2, 52:13, 82:24, 149:25, 179:18, 232:1
**establish** [3] - 58:10, 79:25, 147:11
**estimates** [1] - 170:22
**et** [3] - 1:7, 42:4, 206:5
**eternity** [1] - 123:5
**ethos** [1] - 244:7
**evaluate** [1] - 43:11
**Evans** [8] - 77:2, 77:5, 78:7, 78:13, 242:21, 243:17, 246:2
**even** [48] - 24:22, 26:21, 29:15, 36:24, 43:20, 44:19, 56:17, 58:3, 61:5, 70:20, 77:15, 82:9, 84:25, 90:11, 98:1, 102:3, 108:20, 109:25, 114:1, 117:23, 119:12, 120:5, 137:24, 144:23, 148:16, 156:24, 160:6, 161:24, 171:11, 176:9, 181:15, 192:6, 192:18, 203:8, 211:15, 211:24, 216:24, 218:19, 228:1, 233:21, 235:2, 236:3, 245:9, 248:13,

249:2
**event** [1] - 205:18
**events** [3] - 80:18, 223:11, 253:5
**ever** [13] - 19:14, 36:6, 44:19, 71:4, 74:9, 91:4, 93:11, 115:9, 118:7, 145:9, 167:14, 216:13, 250:22
**every** [14] - 11:12, 14:23, 15:5, 22:23, 31:2, 81:20, 144:4, 163:13, 185:1, 216:21, 249:10, 253:7, 256:15
**everybody** [12] - 18:4, 45:8, 60:21, 86:21, 93:24, 94:2, 102:5, 106:21, 113:9, 171:17, 192:3, 232:14
**everybody's** [1] - 124:24
**everyone** [5] - 28:24, 29:6, 72:22, 158:24, 184:17
**everything** [13] - 12:16, 13:16, 48:7, 95:7, 163:10, 163:13, 173:1, 198:17, 234:2, 234:3, 234:9, 235:20, 239:7
**everywhere** [1] - 81:9
**evidence** [87] - 5:17, 29:23, 30:24, 31:25, 42:6, 43:6, 43:11, 43:19, 56:18, 61:3, 65:4, 67:7, 67:18, 68:25, 73:8, 73:10, 73:14, 74:7, 80:12, 81:21, 82:6, 82:10, 82:13, 84:2, 84:13, 86:3, 86:12, 87:14, 89:1, 89:12, 89:18, 91:5, 93:1, 93:5, 96:25, 100:24, 101:5, 101:6, 101:8, 106:3, 110:2, 110:6, 111:20, 117:2, 121:9, 142:13, 142:15, 142:16, 142:18, 142:23, 143:8, 143:18, 144:14, 144:22, 144:23, 145:4, 146:13, 146:25, 147:24, 161:16, 162:15, 163:2, 163:22, 174:15, 179:16, 180:23, 186:12, 186:13, 188:22, 189:6, 190:1, 190:24, 191:7, 195:16, 203:1, 203:5, 203:21, 204:16, 205:24, 211:15, 238:22, 240:12, 248:23, 249:21, 250:20, 251:24, 253:19
**evident** [1] - 59:16
**evidentiary** [1] - 36:5
**exact** [6] - 26:14, 31:19, 70:13, 94:18, 119:13, 138:23
**exactly** [17] - 23:9, 25:10, 67:8, 96:20, 98:17, 119:11, 162:11, 186:14, 190:3, 208:6, 209:4, 215:19, 219:9, 225:7, 244:21, 249:9, 251:13
**exaggerated** [1] - 168:23
**examination** [12] - 7:18, 88:23, 101:11, 107:18, 111:5, 146:16, 159:11, 160:21, 161:20,

163:25, 233:15, 242:24
**examine** [9] - 7:21, 88:13, 95:25, 107:11, 107:21, 143:19, 144:3, 161:6, 187:5
**examining** [4] - 89:5, 160:22, 186:25, 187:4
**example** [40] - 18:7, 18:10, 21:11, 21:13, 22:17, 26:11, 26:12, 42:16, 57:5, 65:18, 77:11, 77:22, 77:23, 78:13, 80:21, 83:23, 87:2, 90:6, 101:16, 118:18, 122:24, 138:7, 145:8, 147:18, 148:8, 148:17, 153:16, 153:19, 154:1, 155:12, 168:11, 175:14, 184:10, 184:25, 185:8, 189:17, 201:17, 207:20, 209:1, 220:15
**examples** [16] - 15:25, 17:7, 18:14, 43:22, 43:25, 72:11, 81:10, 143:2, 155:9, 189:17, 189:24, 222:10, 222:18, 228:2, 229:1
**exceeded** [1] - 41:14
**Excel** [5] - 121:8, 126:11, 129:11, 129:14, 130:1
**except** [3] - 65:5, 151:23, 166:8
**exception** [3] - 55:24, 61:5, 174:6
**excerpt** [4] - 121:20, 122:12, 125:5
**Exchange** [2] - 49:19, 131:21
**exchange** [5] - 61:9, 131:20, 132:12, 133:7, 167:18
**exchanges** [1] - 131:24
**excised** [2] - 62:6, 67:11
**exclude** [8] - 54:19, 86:21, 117:1, 144:5, 163:11, 193:24, 212:4, 220:3
**excluded** [11] - 44:4, 50:24, 51:19, 136:8, 137:18, 140:19, 140:24, 141:1, 198:2, 211:10, 247:22
**excluding** [1] - 68:18
**exclusively** [1] - 217:21
**exculpatory** [1] - 74:7
**excuse** [2] - 75:11, 186:3
**excused** [2] - 3:11
**execute** [1] - 236:25
**executed** [2] - 22:20, 161:4
**exhibit** [35] - 34:5, 46:4, 46:20, 46:21, 65:19, 70:17, 83:21, 86:16, 86:19, 106:7, 113:23, 137:23, 139:23, 157:24, 163:21, 164:6, 166:12, 185:6, 185:9, 196:9, 196:18, 196:22, 200:8, 200:13, 220:6, 247:18, 248:5, 250:23, 251:2, 251:12
**Exhibit** [26] - 41:3, 41:11, 41:16, 44:12, 47:7, 51:16, 51:24, 82:20, 82:22, 95:1, 123:18,

123:22, 123:24, 139:16, 148:20, 184:14, 184:22, 187:15, 195:21, 205:23, 210:2, 212:10, 219:18, 223:21, 247:14, 247:16
**exhibit-by-exhibit** [2] - 200:8, 200:13
**Exhibits** [1] - 217:22
**exhibits** [52] - 42:8, 50:15, 54:21, 55:4, 55:16, 63:25, 64:1, 64:17, 65:1, 65:17, 72:14, 84:5, 89:23, 103:11, 120:19, 136:7, 137:17, 138:9, 146:2, 146:5, 146:19, 146:20, 146:21, 163:21, 184:15, 184:19, 184:23, 185:12, 185:13, 186:22, 187:6, 187:12, 190:17, 191:3, 191:4, 196:3, 196:19, 197:4, 197:5, 197:19, 198:5, 198:20, 198:25, 205:22, 209:22, 210:3, 217:24, 218:2, 218:6, 219:1, 219:5, 219:14
**exist** [2] - 43:15, 56:23
**existed** [1] - 147:12
**existence** [4] - 56:1, 204:19, 205:24, 206:3
**existing** [1] - 228:2
**exited** [1] - 118:22
**exits** [1] - 80:23
**expand** [2] - 181:13, 181:24
**expect** [4] - 19:22, 68:11, 103:8, 205:9
**expectation** [1] - 177:7
**expected** [1] - 177:25
**expecting** [1] - 87:16
**expedite** [2] - 129:22, 196:23
**expend** [1] - 171:20
**expense** [3] - 21:2, 21:3, 21:9
**expenses** [1] - 146:11
**experience** [7] - 38:21, 165:20, 171:8, 177:13, 201:22, 206:21, 207:1
**expert** [48] - 38:16, 38:18, 38:22, 39:11, 39:23, 39:24, 76:22, 87:22, 92:18, 92:19, 92:20, 106:8, 106:11, 121:21, 128:7, 164:10, 167:15, 167:24, 201:16, 201:20, 202:1, 203:4, 203:22, 204:8, 206:19, 207:9, 207:10, 207:24, 207:25, 220:4, 220:15, 220:19, 221:5, 221:9, 222:16, 223:6, 224:25, 228:11, 228:12, 228:22, 229:16, 233:18, 238:8, 238:10, 244:2
**expert's** [1] - 76:23
**expertise** [2] - 169:7, 202:18
**experts** [6] - 201:12, 202:14, 202:17, 226:25, 243:23, 243:25
**explain** [11] - 21:8, 27:18, 34:16, 96:7, 102:21, 131:13,

158:16, 206:25, 221:16, 237:4, 240:17
**explained** [2] - 77:6, 170:17
**explaining** [1] - 39:1
**explains** [3] - 34:13, 121:24, 151:22
**explicit** [1] - 189:21
**explicitly** [2] - 61:11, 62:17
**exploded** [1] - 246:21
**express** [1] - 70:10
**extended** [1] - 109:13
**extent** [34] - 11:9, 53:11, 56:17, 58:17, 60:18, 62:5, 66:23, 74:21, 75:2, 86:23, 88:1, 89:25, 95:22, 97:17, 97:19, 106:1, 170:24, 171:3, 177:11, 182:4, 204:10, 206:3, 226:21, 227:25, 229:1, 231:2, 236:16, 238:20, 243:8, 243:12, 243:14, 243:16, 243:18, 250:12
**extra** [2] - 5:6, 159:17
**extraneous** [8] - 162:17, 183:10, 185:5, 185:7, 185:24, 197:7, 197:21, 200:19
**extraordinarily** [1] - 62:15
**extraordinary** [2] - 22:16, 128:19
**extrapolations** [1] - 146:13
**extremely** [5] - 41:18, 45:5, 62:4, 145:3, 157:21
**extrinsic** [3] - 189:15, 190:9, 256:10
**EzFill** [2] - 126:23, 126:25
**EZFL** [1] - 127:7

## F

**F** [5] - 127:15, 135:13, 138:10, 168:5, 204:13
**fabricated** [1] - 136:17
**face** [6] - 33:10, 69:18, 171:25, 192:22, 224:4, 249:6
**faced** [1] - 144:1
**facing** [2] - 67:12, 107:21
**fact** [52] - 8:16, 9:20, 13:3, 13:17, 16:21, 16:24, 19:23, 24:19, 25:17, 42:12, 49:2, 49:20, 50:9, 50:20, 52:6, 58:3, 58:23, 58:24, 74:23, 74:25, 78:6, 79:4, 79:15, 82:19, 89:21, 90:8, 92:6, 97:8, 104:3, 115:6, 133:6, 140:4, 142:2, 167:16, 176:3, 176:4, 176:8, 176:10, 180:5, 180:8, 182:12, 189:22, 205:16, 206:1, 207:23, 219:2, 227:20, 230:25, 231:3, 240:5, 244:11, 255:1
**factors** [4] - 94:17, 96:1, 106:1, 254:25

**facts** [17] - 13:13, 22:4, 23:2, 24:1, 71:3, 79:6, 144:9, 144:15, 181:21, 181:22, 213:24, 216:14, 218:6, 219:1, 248:25, 249:5
**factual** [1] - 66:5
**failed** [5] - 11:16, 61:23, 106:7, 160:13, 250:11
**fails** [1] - 59:4
**failure** [1] - 12:23
**fair** [12] - 92:20, 92:21, 107:14, 108:10, 140:25, 206:24, 208:23, 237:13, 237:18, 239:4, 242:14, 242:19
**fall** [1] - 55:24
**falls** [1] - 99:5
**false** [61] - 15:18, 16:8, 17:11, 19:11, 21:14, 21:15, 26:18, 29:1, 35:3, 67:15, 69:8, 69:9, 70:9, 72:18, 77:13, 85:1, 88:16, 91:23, 95:7, 118:7, 118:25, 119:4, 119:25, 120:10, 136:19, 142:4, 142:9, 142:10, 150:23, 152:17, 155:18, 155:22, 156:2, 156:18, 156:24, 156:25, 157:9, 157:11, 158:5, 159:16, 168:12, 168:17, 168:22, 173:23, 181:19, 193:1, 193:4, 193:10, 193:12, 193:14, 193:17, 193:18, 193:22, 194:1, 194:6, 194:20, 212:13, 212:20, 212:23, 213:2, 247:6
**falsehood** [1] - 215:6
**falsely** [2] - 26:16, 70:11
**falsities** [1] - 26:25
**falsity** [6] - 26:19, 70:15, 78:20, 85:22, 143:16, 144:2
**family** [3] - 4:16, 65:21, 213:23
**fan** [1] - 179:23
**fancy** [1] - 44:20
**fantastically** [1] - 193:24
**far** [18] - 29:22, 35:21, 52:20, 87:10, 104:11, 105:22, 123:15, 137:24, 174:7, 205:7, 227:3, 230:5, 239:17, 239:24, 241:7, 241:13, 250:18, 256:14
**farfetched** [2] - 52:1, 101:17
**farting** [1] - 33:13
**fast** [2] - 42:4, 206:17
**faster** [1] - 64:23
**fault** [2] - 70:19, 71:6
**faulty** [1] - 12:24
**favors** [1] - 128:13
**Federal** [1] - 250:9
**federal** [3] - 77:12, 159:2, 248:14
**feel** [4] - 49:12, 113:3, 191:5, 250:7
**feeling** [1] - 114:25
**fell** [1] - 99:10

**Female** [1] - 64:6
**female** [3] - 60:3, 64:10, 64:11
**females** [1] - 86:17
**fence** [1] - 236:4
**FERTITTA** [2] - 224:12, 225:3
**Fertitta** [2] - 1:21, 224:12
**few** [7] - 48:15, 49:18, 55:9, 85:4, 94:11, 118:13, 164:6
**fiancée** [1] - 65:20
**fide** [2] - 22:10, 99:4
**fiduciaries** [2] - 111:1, 174:9
**fiduciary** [2] - 110:22, 172:8
**field** [3] - 225:7, 225:11, 230:21
**fields** [1] - 122:23
**fiercely** [1] - 146:5
**Fifth** [9] - 23:12, 68:4, 70:12, 77:1, 77:6, 106:13, 146:8, 146:23, 237:5
**fight** [1] - 235:8
**fighting** [2] - 26:5, 102:20
**figure** [5] - 3:13, 82:4, 126:5, 165:7, 248:1
**figured** [1] - 126:12
**figures** [1] - 219:1
**file** [2] - 5:25, 125:20
**filed** [11] - 9:6, 11:5, 33:6, 57:18, 57:22, 122:4, 141:23, 183:8, 220:13, 224:15
**filing** [2] - 223:21, 225:2
**Filing** [1] - 224:15
**filings** [2] - 91:15, 107:7
**FILL** [1] - 126:25
**fill** [1] - 214:25
**filled** [9] - 133:23, 134:1, 161:8, 162:2, 187:3, 214:25, 215:12, 215:22, 215:23
**filling** [2] - 133:10, 134:9
**fills** [6] - 133:21, 133:22, 136:18, 137:14, 138:3, 140:19
**filter** [2] - 121:10, 130:4
**filtered** [1] - 130:1
**final** [5] - 39:22, 40:4, 141:4, 146:18, 147:10
**finally** [7] - 44:16, 50:18, 98:25, 147:10, 204:14, 205:17, 245:25
**financial** [6] - 21:7, 29:25, 49:17, 74:22, 132:6, 134:5
**find** [15] - 10:5, 25:18, 28:4, 28:5, 45:6, 47:4, 87:8, 116:16, 132:11, 133:12, 133:14, 133:15, 142:2, 145:21, 216:11
**finders'** [1] - 219:2
**fine** [7] - 7:3, 8:15, 9:9, 116:20, 166:15, 191:8, 255:15
**finger** [4] - 41:22, 44:16, 47:21, 53:16
**finishes** [1] - 128:21
**FINRA** [26] - 75:19, 84:5, 87:21, 111:6, 111:15, 167:16, 168:16, 202:1, 239:10, 241:24, 248:6, 248:8, 248:13, 249:16, 250:2, 251:11, 251:18, 252:12, 252:16, 253:12, 253:21, 254:1, 255:7, 255:14, 255:24, 256:4
**FINRA's** [2] - 239:12, 250:20
**firm** [3] - 91:17, 132:7, 134:5
**First** [7] - 66:3, 66:4, 66:8, 66:10, 112:12, 112:14, 112:18
**first** [50] - 7:18, 8:1, 22:18, 25:24, 30:6, 41:12, 47:14, 57:5, 65:2, 65:19, 74:18, 80:25, 81:13, 90:22, 93:22, 101:24, 112:25, 117:13, 122:21, 123:22, 129:6, 129:9, 130:5, 137:19, 141:24, 142:14, 144:24, 149:12, 153:15, 155:16, 156:23, 157:23, 164:18, 170:4, 177:2, 181:18, 185:9, 185:12, 192:19, 194:10, 197:6, 199:4, 199:22, 210:11, 211:11, 223:25, 227:23, 231:11, 246:6, 253:16
**fits** [1] - 37:13
**five** [12] - 105:13, 122:23, 126:15, 127:12, 134:11, 135:2, 136:12, 136:25, 177:3, 203:20, 213:2, 234:23
**flagged** [1] - 157:8
**flashed** [1] - 66:21
**flashing** [1] - 53:16
**flat** [1] - 247:6
**flat-out** [1] - 247:6
**flatly** [1] - 247:11
**Fleites** [4] - 1:22, 47:6, 182:19, 197:2
**FLEITES** [11] - 47:5, 182:17, 182:19, 197:8, 197:16, 197:23, 198:9, 198:13, 198:18, 198:21, 257:3
**flesh** [1] - 13:12
**fleshed** [1] - 11:3
**flexibility** [1] - 189:5
**flip** [16] - 122:11, 122:15, 122:21, 122:23, 124:1, 126:3, 133:18, 133:20, 133:21, 135:25, 136:8, 136:18, 138:10, 196:11, 230:2, 230:12
**flippant** [2] - 25:20, 103:20
**flipped** [1] - 146:24
**flipping** [3] - 47:20, 139:20, 166:2
**float** [1] - 28:25
**floating** [3] - 227:1, 238:16, 238:21
**focus** [10] - 16:23, 83:3, 83:5, 83:9, 83:18, 100:15, 104:13, 142:1, 142:2, 178:25
**focused** [1] - 37:2
**focuses** [1] - 77:6
**focusing** [1] - 193:25
**folks** [1] - 211:25
**follow** [7] - 30:13, 72:4, 123:17, 151:13, 165:19, 181:6, 191:10
**followed** [6] - 138:19, 138:21, 168:14, 168:16, 168:18, 204:3
**follower** [1] - 229:20
**followers** [30] - 21:3, 21:4, 21:10, 52:18, 53:3, 53:4, 53:5, 69:10, 69:11, 69:19, 70:3, 80:15, 82:18, 84:14, 96:19, 114:1, 150:14, 172:11, 172:14, 173:1, 175:10, 175:11, 203:2, 203:7, 203:18, 203:24, 213:17, 213:22, 216:18, 230:11
**following** [5] - 3:3, 53:4, 72:6, 115:10, 190:23
**follows** [1] - 72:22
**football** [1] - 122:23
**Footnotes** [1] - 155:21
**footnotes** [2] - 159:23, 163:1
**for** [241] - 3:25, 5:6, 6:9, 7:3, 7:6, 7:10, 7:13, 7:14, 9:17, 11:11, 11:25, 13:8, 13:17, 14:1, 14:5, 14:19, 15:4, 16:6, 18:2, 21:6, 22:5, 22:17, 25:12, 25:21, 26:21, 27:15, 27:20, 28:10, 28:18, 31:20, 34:24, 35:24, 36:12, 36:21, 36:22, 38:9, 38:22, 39:23, 40:6, 40:15, 42:15, 43:18, 45:6, 45:7, 46:7, 47:3, 47:22, 48:19, 51:19, 55:14, 55:19, 57:4, 58:21, 60:7, 62:20, 63:17, 65:8, 65:18, 68:25, 69:3, 69:10, 70:6, 71:9, 71:15, 71:21, 72:1, 72:2, 72:6, 72:20, 72:23, 73:25, 74:1, 74:22, 74:23, 74:24, 75:5, 75:21, 75:25, 77:22, 78:6, 79:4, 79:15, 79:23, 80:8, 80:21, 81:6, 82:8, 84:24, 87:19, 90:6, 90:10, 90:23, 92:7, 97:20, 105:16, 112:7, 112:8, 113:8, 113:9, 113:15, 113:22, 114:11, 117:2, 118:10, 120:9, 120:10, 121:4, 122:6, 122:7, 122:20, 123:4, 123:6, 123:14, 124:20, 125:25, 126:10, 126:22, 127:2, 127:8, 127:15, 127:24, 127:25, 129:8, 129:15, 129:19, 129:22, 130:18, 131:3, 131:8, 131:10, 132:22, 132:25, 133:13, 134:3, 134:24, 135:8, 135:10, 137:18, 137:20, 139:5, 139:18, 141:20, 142:18, 142:24, 142:25, 143:10, 143:16, 145:25, 146:1, 146:11, 146:16, 146:20, 147:18, 147:20, 147:24, 148:17, 148:23, 149:13, 152:5, 155:15, 155:24, 158:19,

158:24, 159:1, 161:3, 162:3, 162:18, 162:19, 164:4, 166:8, 167:24, 167:25, 168:6, 168:11, 170:13, 172:23, 176:9, 178:14, 179:11, 179:12, 179:22, 184:10, 184:18, 184:22, 184:25, 185:1, 185:5, 185:7, 187:8, 189:10, 189:17, 189:22, 195:11, 195:12, 197:9, 199:18, 200:6, 201:17, 201:19, 202:14, 202:16, 205:2, 206:8, 206:24, 207:20, 207:23, 209:1, 209:2, 211:17, 212:4, 213:11, 214:6, 221:6, 221:22, 224:11, 224:12, 225:21, 226:5, 229:16, 230:15, 237:2, 237:15, 241:25, 242:5, 243:10, 246:1, 247:1, 247:10, 255:9, 256:4, 256:7, 256:22
**For** [2] - 1:16, 1:18
**forces** [1] - 59:23
**FORD** [73] - 21:21, 22:2, 23:20, 23:25, 25:4, 25:6, 25:10, 25:16, 26:4, 35:8, 35:20, 48:10, 48:21, 54:4, 80:7, 84:7, 86:20, 88:16, 89:15, 91:9, 91:14, 92:17, 93:21, 94:3, 96:3, 98:23, 99:2, 99:19, 100:9, 103:7, 103:22, 105:13, 106:4, 107:14, 109:10, 109:23, 113:7, 114:10, 115:3, 115:6, 115:18, 115:20, 121:4, 121:15, 121:20, 123:20, 123:25, 124:4, 124:14, 126:8, 126:10, 130:1, 139:1, 141:4, 152:11, 152:15, 152:24, 153:14, 153:22, 160:3, 161:13, 162:9, 163:3, 167:8, 169:12, 187:24, 196:16, 196:23, 214:19, 215:9, 249:18, 251:4, 251:6
**Ford** [15] - 1:18, 95:22, 96:23, 102:8, 109:3, 112:25, 115:1, 120:23, 121:19, 152:21, 153:2, 159:10, 167:5, 179:21, 196:14
**Ford's** [5] - 148:10, 170:7, 189:11, 215:21, 254:17
**foregoing** [1] - 258:7
**foremost** [1] - 47:14
**forensics** [3] - 225:7, 225:11, 230:21
**forewarned** [2] - 8:18, 8:19
**forewarning** [1] - 54:15
**forgive** [1] - 250:24
**form** [4] - 4:5, 86:5, 94:7, 127:16
**formally** [1] - 165:21
**forms** [2] - 57:19, 95:11
**Forrest** [3] - 2:1, 258:14, 258:15
**forth** [4] - 139:20, 139:21, 150:8, 179:16
**forward** [3] - 33:23, 52:3, 216:14
**fought** [1] - 25:21
**found** [3] - 142:5, 168:6, 181:22
**foundation** [15] - 36:22, 79:24, 90:24, 101:15, 105:4, 120:1, 120:9, 188:4, 194:2, 221:8, 226:16, 228:25, 229:2, 238:17
**foundational** [1] - 229:16
**four** [9] - 57:20, 82:8, 112:8, 136:12, 136:25, 148:24, 156:15, 177:2, 218:16
**fours** [1] - 206:23
**fourth** [1] - 133:23
**frame** [4] - 46:8, 46:11, 46:14, 46:24
**Francis** [6] - 48:11, 48:23, 64:11, 160:13, 160:14, 160:16
**frankly** [9] - 6:17, 9:10, 138:20, 144:7, 155:23, 183:12, 242:12, 249:3, 250:21
**fraud** [32] - 14:11, 23:13, 58:22, 66:7, 66:8, 67:19, 67:21, 68:5, 68:7, 69:3, 70:13, 75:25, 78:22, 83:24, 84:21, 84:22, 114:13, 116:13, 116:14, 116:18, 175:9, 181:11, 181:20, 181:21, 184:3, 188:18, 193:19, 201:21, 237:2, 237:4, 237:7, 251:17
**fraudulent** [13] - 16:25, 18:8, 30:19, 68:8, 82:14, 83:8, 100:16, 100:19, 100:24, 104:13, 176:3, 190:8, 234:19
**fraudulently** [1] - 71:25
**free** [9] - 66:9, 91:20, 94:5, 150:10, 171:5, 171:6, 180:12, 238:16, 256:17
**free-floating** [1] - 238:16
**frenzied** [1] - 168:13
**frequency** [1] - 242:25
**frequently** [3] - 188:9, 240:13, 253:7
**Friday** [2] - 6:2
**Fridays** [1] - 5:22
**friends** [1] - 209:10
**from** [136] - 3:16, 3:21, 3:22, 3:23, 4:22, 5:2, 5:9, 7:20, 11:15, 12:6, 12:7, 12:11, 12:20, 13:7, 13:16, 14:14, 18:7, 19:2, 19:16, 20:13, 26:13, 27:19, 28:7, 28:12, 29:10, 31:13, 32:14, 32:16, 32:25, 33:6, 34:17, 35:12, 35:21, 37:22, 38:6, 39:20, 40:8, 41:17, 42:7, 46:9, 46:11, 46:22, 48:2, 53:9, 53:20, 54:5, 58:13, 59:25, 60:15, 62:6, 63:4, 64:4, 67:17, 68:4, 84:23, 85:16, 87:21, 89:4, 99:12, 99:13, 103:1, 110:13, 111:6, 112:4, 112:5, 112:9, 114:1, 114:23, 115:25, 116:12, 117:2, 117:12, 119:5, 119:13, 120:1, 121:20, 122:14, 125:5, 125:15, 131:18, 133:3, 145:13, 145:17, 146:13, 147:10, 147:17, 151:18, 154:11, 156:3, 157:8, 157:11, 167:16, 168:3, 170:1, 170:21, 171:1, 175:14, 176:19, 178:17, 179:10, 182:8, 186:22, 188:24, 191:14, 192:10, 192:12, 193:25, 194:25, 199:15, 201:16, 205:11, 205:18, 206:1, 207:14, 208:18, 211:5, 211:20, 214:4, 214:5, 214:15, 216:16, 217:23, 218:6, 218:25, 219:2, 219:4, 226:14, 226:15, 227:2, 229:25, 236:6, 245:15, 247:19
**front** [18] - 69:9, 119:8, 119:9, 119:23, 136:3, 180:21, 182:15, 195:15, 195:16, 204:24, 217:14, 223:22, 223:23, 231:19, 245:9, 245:20, 245:22, 247:17
**front-load** [2] - 119:8, 247:17
**front-loaded** [1] - 119:23
**front-loading** [4] - 119:9, 245:9, 245:20, 245:22
**fruits** [1] - 53:2
**full** [6] - 35:12, 95:15, 130:2, 134:10, 173:4, 255:24
**fun** [1] - 165:13
**function** [1] - 152:24
**fund** [4] - 57:21, 132:6
**fundamental** [3] - 93:9, 106:25, 158:23
**fundamentally** [2] - 106:5, 140:16
**funded** [1] - 248:15
**funds** [1] - 25:20
**funny** [2] - 125:2, 212:8
**further** [5] - 117:25, 173:7, 198:23, 227:4, 228:2
**furtherance** [16] - 32:8, 32:11, 32:21, 33:8, 34:9, 34:11, 37:12, 56:4, 56:22, 58:20, 58:25, 59:19, 63:3, 195:24, 211:2, 212:3
**fuss** [1] - 124:23
**future** [3] - 177:8, 177:23, 177:25

## G

**G** [5] - 127:17, 130:9, 131:8, 139:1, 139:16
**gain** [5] - 21:7, 211:5, 211:20, 214:4, 214:15
**gained** [2] - 170:25, 214:5
**gains** [4] - 60:16, 63:8, 84:24,

116:18
**Gaito** [1] - 170:12
**game** [7] - 19:5, 57:3, 92:20, 92:22, 108:10, 206:24, 208:24
**Game** [1] - 241:15
**gander** [3] - 205:2, 230:15, 243:10
**Garibotti** [31] - 95:6, 107:3, 116:7, 118:15, 118:17, 120:22, 125:16, 125:18, 127:8, 127:19, 128:3, 128:15, 135:13, 135:15, 135:22, 137:9, 137:19, 140:17, 142:7, 144:8, 155:16, 157:19, 167:3, 169:13, 184:25, 185:9, 185:18, 186:25, 187:5, 201:13, 211:16
**Garibotti's** [10] - 126:1, 127:16, 138:20, 143:23, 145:14, 147:11, 184:12, 187:20, 214:10, 230:25
**Gary** [4] - 62:21, 131:22, 151:4, 152:6
**gas** [2] - 17:20, 17:21
**gave** [8] - 72:11, 87:2, 94:6, 121:22, 161:1, 176:14, 191:1, 216:18
**gears** [3] - 9:1, 64:21, 220:2
**general** [23] - 8:21, 37:15, 50:21, 65:5, 65:14, 70:23, 78:22, 85:3, 108:20, 113:8, 120:13, 202:14, 204:15, 217:5, 217:12, 220:13, 223:9, 226:15, 231:13, 239:18, 240:4, 248:8
**generalized** [2] - 94:16, 188:10
**generally** [13] - 5:9, 55:25, 68:10, 68:15, 70:24, 108:6, 108:13, 118:21, 175:4, 177:18, 202:7, 206:21, 209:10
**generous** [1] - 76:23
**Gensler** [1] - 131:22
**gentlemen** [1] - 102:9
**gentlemen's** [1] - 35:22
**genus** [1] - 253:2
**get** [59] - 4:3, 4:18, 4:24, 6:6, 14:14, 14:19, 14:24, 19:7, 23:24, 30:12, 50:5, 52:8, 52:9, 62:21, 64:2, 65:12, 67:9, 81:16, 84:10, 85:2, 91:5, 96:4, 96:8, 97:6, 103:10, 104:17, 111:18, 114:6, 114:19, 118:19, 120:13, 128:11, 129:8, 129:18, 158:21, 170:14, 178:13, 182:13, 186:7, 194:19, 195:22, 198:22, 207:9, 208:11, 208:16, 224:7, 224:14, 224:18, 224:20, 225:4, 227:4, 233:14, 233:24, 236:18, 241:7, 250:12, 256:14, 256:15
**gets** [16] - 62:21, 66:20, 79:7, 79:14, 82:9, 88:2, 90:18, 133:23, 134:4, 149:13, 176:13,

190:8, 205:9, 209:18, 241:20, 248:1
**getting** [16] - 7:25, 60:14, 60:16, 63:6, 63:20, 87:3, 87:4, 124:23, 137:14, 147:7, 228:16, 241:13, 245:5, 245:16, 247:19, 249:15
**Giglio** [1] - 39:10
**girlfriend** [1] - 66:16
**gist** [8] - 87:2, 87:4, 87:9, 92:24, 98:1, 98:2, 110:12, 198:22
**give** [22] - 4:7, 5:13, 7:10, 7:12, 8:13, 8:15, 37:15, 38:24, 45:12, 77:3, 80:19, 120:23, 121:11, 148:7, 153:25, 169:16, 169:22, 171:1, 186:6, 189:10, 191:22, 207:16
**given** [7] - 9:2, 17:4, 31:6, 75:6, 127:17, 130:7, 165:20
**gives** [3] - 132:10, 136:19, 150:10
**giving** [8] - 4:21, 7:16, 41:21, 45:16, 78:11, 191:2, 213:17, 234:17
**glossed** [2] - 30:24, 158:13
**GM** [1] - 17:15
**GM's** [1] - 17:15
**GME** [1] - 241:15
**go** [110] - 4:19, 5:8, 7:4, 8:1, 8:14, 9:3, 13:2, 17:15, 17:18, 22:4, 23:22, 28:10, 28:11, 28:17, 29:14, 35:5, 35:6, 36:3, 36:13, 39:11, 39:16, 40:19, 44:25, 45:2, 55:6, 56:6, 63:21, 64:21, 66:9, 69:11, 72:9, 76:14, 81:23, 83:21, 83:24, 92:6, 92:14, 93:20, 94:10, 95:1, 97:9, 98:10, 98:15, 101:16, 102:1, 102:7, 102:10, 102:11, 104:1, 104:6, 104:8, 104:11, 104:16, 104:21, 105:22, 105:24, 106:20, 108:15, 110:8, 112:21, 113:19, 113:20, 115:1, 116:16, 120:16, 121:19, 125:4, 126:9, 129:24, 133:16, 134:20, 136:24, 137:12, 137:24, 138:16, 138:18, 139:3, 139:6, 139:9, 139:16, 143:3, 148:21, 149:8, 150:2, 150:3, 161:13, 171:8, 171:22, 172:5, 182:5, 185:2, 196:3, 196:17, 197:5, 197:19, 198:4, 199:1, 205:6, 213:13, 213:14, 214:7, 216:14, 219:20, 220:2, 231:9, 236:22, 239:24, 245:17
**goal** [3] - 196:23, 200:2, 256:16
**goes** [37] - 18:3, 62:22, 74:14, 77:10, 79:17, 80:21, 80:24, 82:24, 83:16, 85:9, 90:24, 93:16, 102:23, 104:24, 104:25, 115:14, 122:16, 131:1, 133:15,

134:23, 139:4, 171:4, 173:23, 177:21, 186:16, 202:18, 214:2, 221:18, 225:9, 226:7, 229:20, 238:13, 244:8, 244:14, 244:19, 247:7, 250:12
**Going** [1] - 46:5
**going** [295] - 3:17, 4:11, 4:13, 5:1, 5:18, 6:3, 7:12, 7:19, 7:23, 8:17, 8:23, 9:3, 9:4, 9:11, 9:16, 9:23, 10:19, 13:18, 14:1, 16:16, 18:13, 21:25, 26:1, 27:16, 27:17, 29:20, 30:10, 30:11, 31:14, 31:18, 34:15, 34:19, 35:16, 37:21, 47:22, 48:22, 50:12, 51:10, 51:11, 52:8, 52:9, 52:10, 52:15, 52:21, 52:23, 52:24, 52:25, 53:8, 55:14, 57:8, 59:8, 59:15, 61:16, 63:10, 64:3, 66:11, 66:15, 67:4, 67:15, 68:9, 68:24, 69:6, 70:16, 70:22, 70:25, 71:16, 73:3, 73:8, 73:13, 73:15, 75:19, 76:21, 77:24, 79:10, 81:5, 81:15, 81:17, 81:18, 81:19, 83:20, 84:4, 84:16, 84:17, 84:22, 85:7, 85:18, 85:19, 85:24, 86:4, 86:6, 87:17, 88:24, 89:21, 89:24, 90:3, 90:10, 90:22, 91:4, 92:14, 92:15, 93:6, 93:10, 93:12, 93:14, 93:17, 93:23, 95:23, 96:4, 96:11, 97:19, 98:20, 99:1, 99:16, 100:4, 100:6, 101:4, 101:22, 102:1, 102:4, 103:9, 103:25, 104:2, 104:15, 105:23, 105:24, 106:2, 106:10, 107:8, 107:11, 107:20, 109:4, 109:11, 109:18, 109:25, 110:19, 110:20, 113:6, 114:6, 118:1, 119:5, 119:6, 120:12, 120:18, 121:11, 129:11, 129:18, 130:3, 131:23, 134:8, 134:18, 137:1, 138:16, 139:18, 143:3, 144:2, 144:10, 149:16, 150:8, 154:23, 158:9, 158:21, 161:1, 161:9, 162:20, 163:19, 163:25, 164:9, 165:4, 165:21, 166:24, 167:9, 169:16, 169:17, 170:5, 171:11, 171:14, 172:19, 174:11, 174:20, 175:1, 175:2, 175:8, 175:22, 176:5, 176:16, 178:3, 180:21, 181:3, 182:10, 182:13, 182:15, 183:2, 183:13, 183:23, 186:7, 186:25, 187:4, 187:7, 189:25, 190:15, 190:18, 190:19, 190:21, 191:11, 191:16, 191:25, 192:9, 192:11, 192:15, 192:19, 192:23, 194:6, 197:14, 198:7, 198:14, 200:7, 203:1, 203:5, 203:23, 204:13, 206:16, 206:18, 207:16, 207:24, 208:15, 208:19, 209:8,

209:21, 209:24, 210:3, 216:15, 216:16, 217:8, 218:1, 218:4, 219:13, 219:22, 226:23, 227:14, 228:9, 228:24, 229:6, 229:25, 231:2, 231:13, 233:1, 233:6, 233:10, 233:14, 233:20, 234:4, 234:20, 235:2, 235:13, 236:16, 238:7, 238:16, 240:1, 240:2, 240:20, 240:22, 240:24, 241:4, 241:8, 241:10, 242:10, 243:9, 244:13, 244:17, 246:10, 246:11, 246:23, 247:1, 247:11, 248:20, 249:13, 251:13, 252:1, 252:4, 252:12, 254:7, 254:23, 254:25, 256:3, 256:6, 256:7, 256:12

**going-to-the-moon-type** [1] - 244:17

**gone** [5] - 113:15, 135:4, 178:10, 178:11, 252:21

**good** [30] - 8:7, 10:6, 11:12, 14:4, 17:18, 36:9, 38:7, 41:21, 47:5, 53:24, 67:7, 81:10, 82:3, 82:9, 103:4, 103:15, 114:12, 165:5, 175:14, 189:11, 191:8, 205:2, 217:10, 226:9, 230:14, 230:15, 241:17, 243:10

**good-looking** [1] - 53:24

**goods** [1] - 42:11

**goose** [3] - 205:2, 230:15, 243:10

**gored** [1] - 7:25

**got** [29] - 5:8, 16:15, 28:1, 29:12, 37:21, 44:17, 50:17, 50:18, 51:8, 62:19, 79:18, 82:4, 82:6, 98:25, 124:4, 133:11, 134:24, 134:25, 162:20, 165:25, 176:18, 191:6, 212:8, 215:22, 215:23, 227:13, 239:7, 241:9, 257:1

**gotten** [4] - 3:10, 13:14, 38:2, 136:10

**governing** [1] - 231:12

**Government** [11] - 41:10, 41:16, 44:12, 47:7, 95:1, 109:14, 123:21, 148:20, 184:14, 195:20, 205:23

**government** [133] - 4:23, 4:24, 5:13, 6:15, 7:9, 7:12, 8:16, 8:19, 10:17, 11:10, 11:21, 12:25, 14:2, 24:2, 24:19, 34:5, 35:4, 36:23, 38:11, 39:3, 42:8, 43:20, 43:22, 46:20, 47:3, 48:13, 57:7, 58:2, 59:4, 61:22, 64:4, 65:3, 65:9, 71:1, 73:3, 75:21, 90:11, 95:23, 96:25, 97:19, 105:23, 109:21, 113:5, 114:25, 116:6, 118:9, 122:5, 122:8, 127:9, 128:14, 128:19, 129:13, 139:11, 143:24, 144:17, 144:20, 145:6, 146:3, 146:7, 147:1, 147:25, 155:22, 155:24, 160:23, 162:14, 164:7, 170:1, 172:9, 172:23, 173:15, 174:18, 174:20, 175:1, 175:7, 175:15, 175:22, 176:5, 178:16, 178:20, 179:6, 179:9, 179:13, 179:17, 179:20, 180:7, 180:8, 180:12, 180:18, 181:11, 181:12, 181:24, 182:1, 182:8, 183:16, 184:5, 184:15, 186:2, 186:22, 188:11, 189:1, 193:2, 193:9, 193:11, 193:20, 194:25, 195:6, 198:7, 201:11, 201:19, 204:3, 205:5, 210:11, 215:1, 215:19, 217:23, 218:11, 230:10, 240:2, 240:24, 244:5, 245:4, 245:8, 246:14, 246:15, 247:2, 247:18, 248:7, 248:14, 249:23, 250:11, 252:6, 254:18, 254:21

**government's** [32] - 6:23, 9:10, 10:12, 13:14, 16:13, 54:20, 55:17, 55:22, 58:8, 58:21, 64:22, 82:17, 86:15, 102:21, 103:10, 109:11, 110:25, 142:23, 144:6, 146:22, 185:13, 187:15, 192:6, 192:11, 192:13, 210:2, 211:15, 219:19, 220:3, 222:6, 242:13, 245:19

**Government's** [13] - 41:2, 44:9, 51:24, 82:19, 82:22, 123:18, 123:24, 184:22, 197:17, 212:10, 217:22, 247:13, 247:15

**Govil** [1] - 23:11

**grace** [1] - 5:25

**grand** [5] - 29:23, 181:17, 181:23, 183:1, 188:6

**grant** [25] - 23:17, 65:5, 66:11, 68:9, 68:24, 73:13, 75:22, 82:21, 84:3, 86:4, 86:18, 86:24, 87:12, 87:17, 89:17, 112:13, 113:3, 162:2, 205:15, 206:6, 219:7, 235:16, 243:17

**granted** [5] - 40:16, 83:15, 97:15, 199:11, 230:3

**granting** [28] - 53:13, 73:20, 79:3, 80:4, 86:8, 89:3, 89:14, 97:16, 107:17, 108:17, 109:6, 110:3, 120:14, 174:7, 180:25, 191:24, 194:15, 195:19, 200:18, 201:8, 202:13, 202:17, 205:1, 218:15, 227:10, 236:15, 237:8, 238:6

**graph** [1] - 155:20

**graphite** [1] - 227:22

**gray** [1] - 228:16

**great** [5] - 35:23, 78:25, 101:23, 217:16, 226:23

**greatly** [1] - 168:23

**green** [12] - 59:13, 72:25, 122:22, 124:8, 124:9, 136:3, 136:16, 137:13, 139:4, 149:12, 149:14, 157:1

**Greenlaw** [7] - 18:19, 20:14, 20:17, 20:18, 20:21, 23:11, 30:13

**ground** [2] - 190:14, 222:19

**grounds** [1] - 50:25

**group** [4] - 24:23, 44:24, 45:21, 45:25

**groups** [1] - 56:20

**GTT** [20] - 21:11, 25:14, 26:11, 26:12, 26:16, 26:20, 27:1, 34:21, 56:11, 57:10, 57:14, 57:15, 58:4, 58:13, 61:12, 61:14, 61:21, 62:13, 62:14, 246:20

**guarantee** [1] - 147:3

**guard** [1] - 77:12

**guardrail** [1] - 87:10

**guardrails** [1] - 83:4

**guess** [10] - 13:2, 27:8, 53:12, 69:3, 104:18, 229:3, 235:9, 235:14, 235:15, 251:24

**guessing** [2] - 156:2, 240:19

**guideline** [2] - 89:6, 107:23

**guidelines** [4] - 66:25, 89:6, 107:19, 108:3

**guilty** [2] - 62:2, 87:8

**guise** [2] - 10:9, 221:4

**guy** [4] - 27:4, 60:10, 60:15, 137:4

**guy's** [1] - 102:10

**guys** [50] - 5:23, 7:25, 13:16, 25:21, 26:3, 45:1, 45:3, 52:14, 53:24, 61:7, 69:21, 69:23, 69:24, 70:3, 70:4, 70:5, 70:19, 70:25, 71:3, 71:23, 72:4, 72:5, 75:9, 75:12, 82:17, 85:21, 94:10, 94:12, 99:24, 101:4, 101:6, 102:4, 103:25, 110:25, 140:12, 158:19, 191:2, 205:4, 213:22, 231:19, 234:12, 234:14, 240:1, 240:10, 246:22, 254:5

**GX** [1] - 166:14

## H

**H** [4] - 130:11, 138:18, 138:25, 139:6

**ha** [2] - 52:8

**habits** [1] - 10:15

**had** [52] - 13:13, 15:4, 15:15, 16:25, 47:18, 47:25, 58:13, 61:18, 74:17, 79:11, 82:18, 83:2, 92:11, 93:5, 93:13, 99:11, 103:14, 103:16, 105:14, 108:3,

109:13, 111:21, 115:9, 122:8,
125:11, 125:18, 135:13,
135:15, 135:22, 136:11, 138:1,
145:9, 158:15, 158:22, 172:10,
191:3, 195:2, 203:6, 204:4,
204:20, 207:22, 210:20,
211:23, 214:9, 224:23, 235:19,
249:23, 250:19, 252:1, 254:2,
254:5

**hadn't** [2] - 235:22, 251:22

**Hail** [1] - 206:21

**Hale** [1] - 201:17

**half** [10] - 15:9, 15:10, 18:19,
18:22, 24:13, 123:5, 123:13,
170:22, 187:7, 253:4

**Hamas** [1] - 239:8

**hand** [12] - 45:15, 55:11, 82:5,
82:6, 82:24, 123:21, 140:7,
140:9, 154:13, 173:23

**handful** [2] - 94:11, 136:5

**handle** [11] - 48:12, 48:13,
48:16, 48:20, 48:24, 48:25,
49:11, 160:14, 160:15, 167:10,
196:3

**handled** [1] - 197:18

**handles** [1] - 76:6

**HANEN** [1] - 1:3

**hang** [1] - 254:25

**hanging** [1] - 42:21

**happen** [8] - 24:2, 71:17, 94:13,
119:7, 127:14, 140:25, 190:19,
204:24

**happened** [11] - 3:8, 30:3, 63:2,
71:8, 92:8, 134:12, 139:2,
238:11, 246:8, 253:8, 253:18

**happening** [6] - 23:3, 133:21,
133:22, 160:10, 207:18, 239:2

**happens** [7] - 23:19, 37:8,
69:13, 126:22, 134:1, 149:12,
150:17

**happy** [8] - 56:8, 117:6, 147:8,
148:7, 153:6, 172:3, 196:6,
254:10

**hard** [8] - 5:18, 59:6, 150:5,
153:5, 153:8, 170:12, 236:5,
256:4

**harmed** [1] - 180:17

**harmful** [1] - 36:2

**harmless** [1] - 146:18

**Harry** [1] - 209:15

**has** [134] - 3:8, 6:13, 8:11, 8:18,
10:17, 11:6, 11:14, 11:18,
11:22, 12:3, 12:5, 12:16, 13:22,
13:23, 17:7, 19:10, 23:7, 23:10,
23:12, 31:19, 32:22, 33:7, 35:2,
37:5, 38:11, 39:3, 39:9, 40:1,
49:13, 49:15, 49:19, 50:13,
56:2, 58:25, 59:21, 61:22, 62:1,
62:3, 66:4, 66:5, 70:12, 72:10,
78:9, 82:20, 95:7, 95:12, 98:19,

101:14, 106:6, 107:3, 108:21,
112:10, 114:17, 116:6, 118:9,
118:17, 120:21, 131:19,
131:22, 132:14, 132:20, 133:2,
133:4, 133:5, 133:6, 133:11,
134:1, 134:23, 137:21, 139:11,
142:2, 143:8, 143:24, 144:22,
145:9, 146:23, 147:18, 156:2,
156:24, 159:16, 166:25, 167:1,
167:20, 167:22, 171:4, 173:5,
176:23, 176:25, 178:20,
178:23, 180:17, 180:18,
183:15, 186:3, 186:11, 187:20,
195:3, 195:6, 196:4, 198:8,
199:4, 201:11, 202:24, 203:3,
203:6, 211:16, 212:1, 213:19,
214:5, 215:25, 221:8, 222:22,
228:25, 229:14, 229:15,
231:22, 237:10, 238:22, 240:8,
240:17, 241:12, 243:19, 245:4,
245:12, 246:2, 247:10, 247:22,
247:23, 248:7, 251:18, 252:21,
255:20

**hasn't** [4] - 176:18, 227:25,
243:8, 243:14

**hate** [1] - 179:11

**hats** [1] - 255:1

**have** [355] - 3:11, 3:25, 4:1, 4:7,
4:16, 4:20, 4:22, 5:6, 5:23,
5:25, 6:16, 6:19, 7:10, 7:12,
7:20, 10:21, 10:24, 11:5, 11:16,
11:17, 11:23, 11:25, 12:1,
12:10, 12:18, 13:4, 13:20,
14:20, 15:21, 16:4, 16:14,
16:17, 16:20, 16:21, 17:4,
17:12, 18:23, 19:8, 19:9, 20:6,
20:14, 20:15, 20:22, 21:25,
22:7, 22:8, 22:16, 25:21, 25:24,
26:1, 26:5, 26:6, 27:17, 28:7,
28:14, 28:19, 29:10, 29:17,
29:24, 30:2, 30:3, 30:8, 31:17,
32:20, 33:4, 33:5, 34:4, 35:18,
36:17, 36:18, 36:20, 37:8, 38:9,
38:12, 39:13, 40:19, 41:7,
41:14, 41:23, 42:3, 43:10,
45:18, 47:10, 48:16, 48:25,
49:14, 49:20, 49:23, 50:24,
53:4, 53:8, 54:7, 55:3, 55:7,
57:2, 58:1, 58:9, 60:25, 61:4,
61:7, 61:25, 63:11, 64:2, 64:10,
65:17, 65:22, 66:15, 67:15,
70:14, 72:5, 75:15, 78:10,
80:15, 81:16, 81:17, 81:18,
81:19, 83:1, 83:11, 83:20,
84:17, 85:7, 86:6, 86:17, 89:9,
90:4, 90:9, 91:17, 92:15, 93:8,
93:15, 94:7, 95:9, 95:10, 95:11,
97:3, 97:20, 99:8, 101:7,
103:22, 105:1, 105:18, 106:10,
106:24, 108:5, 108:10, 108:23,
113:15, 113:23, 114:15,

114:24, 114:25, 116:10,
116:11, 116:22, 117:14,
117:16, 117:17, 117:25,
118:20, 119:3, 119:5, 119:13,
119:18, 121:4, 121:12, 121:22,
123:23, 124:3, 124:8, 125:2,
125:14, 125:25, 127:3, 127:6,
127:15, 128:19, 128:22, 132:8,
132:13, 132:16, 132:24,
133:12, 133:20, 133:22, 135:3,
135:22, 136:10, 139:23, 142:6,
143:2, 143:10, 143:21, 143:22,
144:2, 144:12, 144:22, 145:19,
147:21, 150:5, 151:14, 152:2,
153:5, 155:7, 155:13, 157:2,
157:5, 158:5, 158:23, 159:25,
160:2, 160:15, 161:16, 163:4,
163:17, 166:12, 167:25, 169:1,
169:9, 169:15, 169:21, 170:22,
172:25, 173:10, 173:17,
173:21, 174:2, 174:3, 174:9,
175:12, 175:22, 176:5, 178:18,
178:21, 179:1, 179:9, 180:6,
180:13, 181:22, 182:15, 183:8,
184:18, 187:4, 187:12, 187:13,
188:15, 188:16, 189:5, 189:13,
189:17, 190:17, 191:6, 191:9,
191:12, 192:21, 193:7, 193:22,
193:24, 194:4, 194:17, 196:15,
197:6, 197:9, 199:19, 200:4,
200:5, 201:4, 201:5, 201:22,
201:23, 202:10, 203:23,
203:24, 204:8, 206:2, 206:3,
206:8, 208:14, 209:1, 209:8,
210:22, 211:2, 211:4, 211:17,
212:22, 212:24, 215:10,
216:16, 216:22, 217:4, 217:13,
217:14, 217:20, 218:3, 220:5,
220:24, 221:3, 222:24, 222:25,
223:1, 223:21, 223:23, 224:3,
224:5, 225:2, 226:25, 228:21,
229:2, 229:6, 229:24, 230:11,
231:7, 231:16, 231:21, 235:14,
235:22, 236:25, 238:24, 240:9,
240:11, 240:18, 240:23,
242:10, 242:13, 244:7, 244:13,
245:13, 245:14, 246:14,
246:17, 247:2, 247:16, 248:12,
248:19, 249:12, 250:9, 250:15,
251:18, 254:16, 255:7, 256:1,
256:16, 256:20, 256:22

**haven't** [17] - 73:10, 81:21,
87:6, 109:7, 116:20, 135:4,
142:5, 168:6, 192:20, 196:14,
199:25, 200:16, 217:24, 219:5,
220:5, 225:8, 251:13

**having** [16] - 5:22, 9:8, 64:5,
65:7, 68:20, 69:10, 82:16,
97:12, 110:24, 159:2, 174:24,
194:17, 196:24, 197:22,
206:20, 244:10

**Hawaiian** [1] - 41:21
**Hayward** [1] - 1:17
**he** [219] - 5:20, 7:2, 25:7, 25:10, 25:15, 26:12, 26:20, 26:23, 27:5, 27:8, 27:9, 33:12, 33:13, 33:14, 33:21, 33:24, 35:5, 35:15, 37:23, 40:9, 44:19, 44:20, 44:22, 45:13, 47:25, 48:2, 48:24, 49:1, 49:10, 50:3, 50:4, 50:10, 50:11, 53:23, 54:5, 57:13, 58:5, 58:11, 58:12, 58:19, 60:9, 60:12, 61:19, 61:20, 61:21, 62:5, 62:18, 62:22, 62:23, 63:18, 72:9, 72:10, 72:11, 72:21, 73:4, 77:13, 80:11, 80:15, 80:16, 80:19, 80:24, 81:4, 81:11, 81:22, 82:8, 82:10, 85:14, 88:1, 88:11, 88:23, 95:16, 95:17, 95:20, 95:25, 96:18, 96:19, 96:24, 102:5, 103:14, 103:15, 104:7, 105:15, 105:16, 108:22, 109:4, 115:9, 115:10, 115:11, 123:11, 123:12, 123:16, 124:21, 125:10, 125:11, 125:12, 126:7, 128:2, 128:14, 133:4, 133:5, 133:6, 134:3, 134:13, 136:3, 136:5, 136:12, 136:14, 136:20, 136:22, 136:23, 136:24, 137:2, 137:24, 138:22, 139:7, 139:17, 139:19, 140:3, 141:7, 148:11, 149:21, 149:24, 150:19, 150:20, 151:11, 151:12, 154:17, 156:2, 160:24, 160:25, 161:2, 161:8, 167:15, 167:16, 167:20, 168:1, 169:18, 170:22, 173:6, 175:2, 175:9, 175:10, 175:11, 175:18, 176:2, 176:4, 176:9, 176:10, 176:18, 206:24, 207:5, 207:10, 209:3, 210:17, 210:20, 210:22, 211:1, 211:2, 211:17, 211:18, 211:20, 211:25, 212:19, 212:23, 213:19, 214:4, 214:5, 214:8, 214:9, 214:13, 214:14, 214:16, 214:17, 214:24, 215:3, 215:14, 215:17, 215:20, 215:21, 215:23, 215:25, 216:3, 216:5, 216:7, 216:8, 224:23, 225:9, 225:23, 226:1, 226:23, 227:14, 230:19, 230:24, 232:20, 232:25, 233:24, 235:17, 239:12, 243:18, 244:14, 247:21, 252:2
**he's** [81] - 26:22, 26:24, 28:16, 33:14, 33:16, 33:17, 33:22, 33:23, 33:24, 34:5, 34:7, 35:6, 35:9, 45:9, 45:11, 45:12, 45:15, 58:6, 59:16, 59:20, 61:15, 61:24, 63:17, 77:14, 78:16, 80:18, 80:20, 82:1, 88:24,

95:12, 95:13, 95:14, 111:6, 127:13, 148:17, 150:13, 167:14, 169:16, 169:17, 170:20, 170:21, 171:11, 178:1, 182:22, 184:11, 207:5, 207:10, 211:5, 212:20, 212:23, 212:25, 213:17, 213:18, 214:12, 214:14, 215:2, 215:6, 215:7, 215:9, 217:8, 219:9, 224:6, 225:6, 225:22, 225:25, 226:4, 226:14, 227:13, 228:9, 231:2, 233:10, 233:21, 234:8, 238:7, 246:6, 246:10, 246:11, 247:19, 247:20
**head** [9] - 33:7, 40:17, 40:20, 45:18, 78:14, 107:24, 108:20, 206:12, 236:1
**headings** [1] - 49:14
**healthcare** [2] - 68:5, 146:12
**hear** [22] - 3:13, 3:14, 16:3, 19:16, 35:12, 68:11, 75:5, 79:8, 89:12, 118:11, 154:9, 154:10, 203:1, 204:2, 229:25, 235:14, 236:6, 236:11, 236:18, 237:8, 247:3, 250:25
**heard** [20] - 6:8, 36:17, 43:23, 65:7, 73:10, 87:18, 91:3, 94:24, 108:7, 114:23, 148:6, 182:17, 183:16, 186:17, 187:1, 201:12, 230:5, 243:7, 246:20, 254:22
**hearing** [8] - 25:24, 98:1, 99:21, 106:25, 154:9, 195:18, 196:5, 252:14
**hearings** [1] - 96:6
**hearsay** [26] - 32:6, 54:19, 55:22, 55:24, 74:17, 74:23, 75:22, 75:24, 79:17, 79:25, 81:11, 81:14, 81:15, 142:1, 143:15, 144:4, 155:23, 157:21, 158:7, 200:4, 205:18, 206:1, 221:1, 223:8, 226:13, 237:14
**heart** [1] - 74:15
**heat** [1] - 166:25
**hedge** [3] - 25:19, 57:21, 132:6
**hefty** [1] - 196:1
**held** [8] - 3:3, 28:9, 53:1, 175:5, 177:20, 179:1, 195:18
**help** [9] - 32:20, 42:11, 55:6, 69:3, 72:9, 113:8, 137:10, 144:18, 154:8
**helpful** [11] - 100:11, 101:10, 101:13, 105:9, 158:24, 187:25, 204:22, 223:13, 223:15, 226:20, 238:4
**helps** [1] - 32:19
**Hennessey** [19] - 38:8, 44:11, 44:19, 45:5, 45:7, 45:16, 53:21, 149:19, 149:20, 149:21, 172:2, 174:8, 175:16, 175:18, 175:25, 176:8, 183:9, 189:18, 195:23

**Hennessey's** [4] - 46:6, 171:23, 175:8, 183:7
**her** [11] - 60:5, 122:6, 125:21, 127:9, 135:14, 136:7, 138:1, 141:10, 144:13, 149:14, 164:12
**here** [111] - 4:10, 4:18, 6:11, 9:17, 9:20, 9:21, 10:13, 11:9, 12:15, 19:6, 20:6, 23:4, 26:10, 27:11, 29:8, 30:14, 32:24, 45:10, 49:17, 50:9, 51:11, 53:13, 54:23, 55:8, 56:19, 58:1, 59:4, 62:8, 63:15, 63:24, 79:1, 83:2, 83:6, 83:17, 87:3, 87:4, 88:14, 92:8, 98:4, 98:12, 98:13, 100:2, 100:15, 106:14, 108:22, 110:10, 116:21, 116:24, 123:25, 129:19, 133:1, 135:20, 143:2, 146:7, 146:17, 149:4, 149:5, 149:18, 150:5, 154:8, 157:17, 158:15, 159:18, 163:22, 172:8, 172:24, 174:17, 175:6, 177:2, 178:23, 179:20, 180:18, 187:8, 193:16, 200:2, 211:21, 217:20, 221:20, 221:24, 222:19, 222:24, 226:18, 227:6, 228:3, 228:19, 229:17, 231:11, 234:24, 237:19, 238:19, 240:12, 240:23, 241:9, 241:12, 241:13, 241:19, 242:9, 242:21, 245:2, 246:7, 246:12, 246:13, 249:14, 252:21, 253:18, 256:16, 256:17, 256:20, 256:22
**here's** [12] - 16:11, 32:25, 86:10, 91:16, 93:21, 94:13, 118:15, 132:8, 154:7, 164:2, 208:9, 256:6
**hereby** [1] - 258:6
**hers** [1] - 143:25
**hesitating** [1] - 110:18
**hey** [21] - 67:20, 68:6, 70:18, 71:22, 75:9, 77:24, 79:10, 81:4, 81:24, 82:25, 83:10, 97:21, 102:9, 106:15, 131:9, 134:24, 140:12, 140:13, 213:22, 226:22, 231:19
**high** [2] - 70:21, 242:25
**highlight** [4] - 152:10, 157:4, 158:10, 202:21
**highlighted** [9] - 123:7, 123:18, 124:15, 145:2, 155:18, 157:2, 157:6, 157:10, 157:13
**highlighting** [6] - 124:7, 124:9, 152:5, 152:25, 153:1, 153:17
**highly** [4] - 80:12, 142:24, 164:21, 250:7
**him** [41] - 27:1, 27:5, 42:17, 44:24, 45:8, 47:10, 47:11, 48:4, 54:20, 58:18, 60:15, 60:25, 62:4, 72:22, 73:4, 80:12, 88:2,

88:13, 111:9, 149:24, 164:11, 167:11, 169:2, 169:21, 171:5, 171:6, 177:14, 178:4, 182:24, 183:4, 206:25, 224:14, 224:18, 227:14, 233:1, 233:20, 234:2, 234:4, 235:13, 236:12, 239:6
**himself** [4] - 33:17, 72:21, 213:20
**hired** [6] - 121:24, 121:25, 122:5, 125:22, 137:19, 141:9
**his** [83] - 26:20, 26:24, 32:18, 34:1, 36:15, 36:21, 40:10, 45:18, 47:17, 48:13, 48:16, 48:24, 49:3, 49:4, 50:5, 50:6, 58:9, 58:12, 61:23, 62:2, 65:20, 66:16, 80:16, 80:21, 80:22, 80:24, 81:19, 81:23, 95:17, 96:8, 96:13, 96:19, 96:24, 108:21, 109:13, 111:9, 115:10, 115:14, 123:4, 123:9, 125:5, 125:25, 134:2, 149:13, 149:21, 151:20, 156:2, 160:18, 167:19, 168:3, 170:9, 170:11, 170:25, 171:6, 171:8, 171:9, 171:15, 175:9, 176:19, 177:12, 177:16, 201:21, 206:21, 207:1, 210:17, 210:18, 210:20, 212:17, 213:17, 215:10, 216:7, 224:1, 224:4, 224:5, 225:8, 226:9, 227:20, 228:22, 242:24, 244:15, 244:23, 246:6
**historical** [1] - 239:21
**history** [1] - 217:18
**hit** [4] - 33:7, 85:2, 108:19, 235:25
**hits** [2] - 78:14, 85:20
**hold** [17] - 20:8, 71:16, 71:21, 72:1, 72:17, 72:20, 85:19, 123:4, 177:24, 206:13, 209:23, 212:16, 215:6, 220:23, 255:6, 255:7, 255:14
**holding** [6] - 28:16, 35:6, 73:17, 82:7, 95:15, 215:7
**Holdings** [2] - 126:23, 126:25
**holds** [1] - 50:3
**holes** [1] - 81:9
**home** [2] - 17:19, 240:5
**honestly** [1] - 111:3
**Honor** [200] - 6:24, 9:12, 9:14, 10:6, 10:7, 13:2, 13:11, 14:3, 14:4, 20:23, 21:21, 22:2, 23:15, 24:3, 25:9, 30:20, 30:22, 34:3, 35:8, 35:20, 37:1, 37:17, 38:7, 39:20, 40:18, 41:6, 41:7, 44:10, 45:11, 46:2, 46:18, 47:5, 47:7, 51:2, 51:10, 51:14, 52:23, 53:19, 54:4, 54:10, 54:25, 62:7, 67:10, 71:8, 72:8, 73:7, 73:24, 74:3, 74:6, 74:14, 74:18, 75:3, 75:8, 75:16, 76:20, 80:7, 81:8, 84:7, 86:20, 87:1, 87:10, 87:18, 87:25, 89:8, 90:20, 92:4, 92:24, 92:25, 93:22, 94:23, 95:4, 95:19, 97:25, 98:23, 100:13, 101:10, 102:12, 103:7, 106:4, 108:6, 109:10, 111:4, 111:13, 111:25, 112:7, 112:10, 113:7, 115:21, 115:22, 117:6, 117:12, 117:15, 117:21, 118:1, 118:4, 120:25, 124:22, 126:10, 130:25, 134:16, 137:17, 139:22, 140:22, 141:15, 145:13, 148:4, 148:18, 151:1, 151:19, 152:25, 153:4, 153:9, 155:5, 156:10, 158:18, 160:3, 161:13, 163:3, 163:19, 164:15, 164:17, 164:20, 166:11, 167:13, 169:12, 170:3, 172:1, 172:6, 178:15, 181:2, 181:10, 182:4, 182:17, 183:5, 183:15, 186:11, 187:10, 189:10, 190:8, 193:3, 193:8, 193:23, 194:11, 195:5, 196:1, 196:10, 196:16, 197:11, 197:19, 199:3, 199:17, 203:1, 204:4, 204:18, 205:8, 206:9, 206:10, 206:15, 206:23, 207:3, 209:20, 210:1, 210:9, 211:7, 211:19, 212:5, 212:7, 212:12, 213:7, 213:8, 214:1, 214:19, 215:14, 216:15, 217:3, 217:6, 217:10, 218:14, 218:17, 218:18, 218:24, 220:1, 222:4, 224:9, 224:17, 226:19, 227:18, 231:7, 236:7, 239:11, 243:7, 247:9, 247:22, 248:1, 249:18, 251:7, 252:8, 252:16, 255:17, 257:3
**Honor's** [5] - 71:20, 81:2, 90:25, 227:24, 229:14
**HONORABLE** [1] - 1:3
**hook** [1] - 24:19
**hope** [5] - 84:23, 84:24, 85:21, 187:10, 198:9
**hoped** [1] - 84:14
**hopeful** [1] - 18:12
**hopefully** [1] - 154:2
**hopes** [2] - 6:5, 85:3
**horse** [1] - 99:9
**hour** [3] - 122:7, 124:20, 214:14
**hours** [2] - 33:11, 214:9
**housekeeping** [1] - 9:13
**Houston** [1] - 1:12
**how** [64] - 6:3, 16:23, 17:7, 19:13, 19:25, 27:18, 32:10, 32:15, 32:16, 32:25, 34:16, 53:2, 59:18, 65:6, 70:14, 77:6, 79:5, 81:4, 82:20, 91:4, 93:17, 102:1, 102:2, 104:18, 108:7, 118:16, 123:11, 123:12, 126:12, 128:8, 129:3, 133:13, 139:23, 143:2, 150:13, 150:21, 160:22, 168:1, 170:11, 170:25, 171:7, 174:21, 175:23, 177:14, 186:18, 191:15, 192:22, 201:24, 202:3, 202:5, 202:7, 208:2, 208:5, 216:18, 225:11, 234:21, 235:21, 237:21, 239:22, 240:13, 240:20, 241:22, 242:11
**however** [5] - 49:24, 59:10, 61:11, 103:9, 164:11
**Hoyt's** [3] - 4:12, 21:23, 166:24
**hrvatin** [4] - 47:6, 47:8, 47:18, 47:20
**Hrvatin** [11] - 47:9, 47:25, 48:5, 138:8, 138:13, 138:17, 139:7, 139:24, 182:20, 197:21, 198:17
**Hrvatin's** [2] - 138:19, 197:2
**hue** [1] - 152:11
**huge** [6] - 57:23, 59:13, 105:14, 137:3, 137:13, 231:1
**hugely** [1] - 114:5
**Hughes** [4] - 223:18, 223:25, 224:3, 231:8
**hundreds** [6] - 36:19, 160:11, 186:21, 186:23, 246:2
**hung** [3] - 42:14, 48:1, 48:6
**hurdle** [1] - 31:9
**hurts** [2] - 104:19, 183:4
**hypertechnicality** [1] - 31:4
**hyping** [1] - 168:15
**hypocrisy** [1] - 205:6
**hypothetical** [6] - 135:21, 205:8, 208:22, 208:24, 209:5
**hypothetically** [2] - 17:14, 31:24
**hypotheticals** [1] - 205:11

**I**

**i** [11] - 101:24, 105:8, 113:25, 129:19, 145:21, 198:18, 206:13, 224:10, 226:12, 226:16, 237:21
**I** [836] - 3:11, 3:12, 3:13, 4:4, 4:9, 4:10, 4:17, 4:20, 4:22, 5:5, 5:8, 5:11, 5:12, 5:17, 5:21, 5:25, 6:1, 6:2, 6:9, 6:16, 6:19, 6:25, 7:3, 7:4, 7:7, 7:9, 7:14, 7:15, 7:19, 7:21, 7:24, 8:2, 8:4, 8:8, 8:12, 8:13, 8:23, 8:25, 9:1, 9:2, 9:3, 9:5, 9:14, 9:15, 9:19, 9:25, 10:3, 11:23, 12:21, 12:22, 13:2, 13:11, 13:20, 13:22, 14:22, 14:23, 15:3, 15:25, 16:3, 16:6, 16:19, 17:6, 17:14, 17:15, 17:19, 17:21, 17:24, 17:25, 18:1, 18:2, 18:6, 18:18, 19:7, 19:18, 19:22, 20:2, 20:6, 20:17,

20:19, 21:21, 21:22, 22:2, 23:17, 23:23, 24:18, 25:11, 26:2, 26:9, 26:10, 27:6, 27:8, 28:3, 28:4, 29:18, 30:6, 30:7, 30:11, 30:21, 30:22, 31:24, 33:4, 33:5, 33:7, 33:12, 34:3, 34:18, 34:20, 35:18, 37:22, 38:1, 40:16, 40:17, 40:20, 40:22, 40:25, 41:4, 41:7, 41:23, 44:7, 45:12, 45:23, 46:16, 47:17, 48:4, 49:12, 50:8, 50:15, 51:10, 51:15, 53:11, 53:19, 53:23, 54:6, 54:14, 54:16, 54:23, 55:7, 56:7, 57:6, 58:15, 59:10, 59:18, 60:1, 60:2, 60:13, 60:18, 61:15, 62:18, 63:10, 63:21, 63:25, 64:2, 64:3, 64:6, 64:9, 64:12, 64:18, 64:22, 64:24, 65:3, 65:5, 65:6, 65:12, 65:18, 65:20, 66:12, 66:14, 66:18, 67:1, 67:20, 67:21, 68:6, 68:7, 68:11, 68:15, 68:20, 69:3, 69:4, 70:20, 70:22, 70:23, 71:2, 71:4, 71:5, 72:3, 72:8, 73:5, 73:9, 73:10, 73:11, 73:14, 73:15, 73:21, 73:24, 74:2, 74:3, 74:12, 75:3, 75:16, 75:22, 76:1, 76:9, 76:12, 78:5, 78:12, 78:13, 78:25, 79:4, 79:5, 79:9, 79:14, 79:19, 79:23, 80:7, 80:8, 80:11, 80:22, 80:23, 81:1, 81:8, 81:20, 81:21, 81:24, 82:1, 82:2, 82:16, 82:21, 82:25, 83:10, 83:12, 83:20, 83:21, 83:22, 84:2, 84:7, 84:12, 84:16, 84:17, 84:22, 84:23, 84:24, 85:15, 85:21, 86:4, 86:15, 86:16, 86:18, 86:21, 87:1, 87:11, 87:18, 89:8, 89:9, 89:11, 89:13, 89:15, 90:3, 90:20, 91:10, 91:14, 92:4, 92:6, 92:13, 92:14, 92:19, 93:4, 93:8, 93:23, 93:24, 94:19, 94:23, 94:24, 95:21, 96:3, 96:10, 96:13, 96:16, 96:17, 96:21, 96:23, 97:4, 97:5, 97:11, 97:15, 97:16, 97:17, 97:18, 98:7, 98:12, 98:13, 98:17, 98:23, 98:25, 99:2, 99:6, 99:8, 99:23, 100:3, 100:5, 100:12, 101:9, 101:14, 101:17, 101:25, 102:4, 102:12, 102:19, 102:22, 103:2, 103:8, 103:18, 103:19, 103:20, 103:24, 104:4, 104:10, 104:18, 105:18, 105:19, 106:1, 107:25, 108:2, 108:7, 108:19, 108:24, 108:25, 109:10, 109:15, 109:21, 109:25, 110:11, 110:18, 110:19, 110:20, 110:24, 111:4, 111:19, 111:23, 111:25, 112:17, 113:3, 113:7, 113:25, 114:7, 115:24, 116:1, 117:21, 117:25, 118:1, 118:4, 118:14, 120:5, 120:14, 120:25, 121:14, 121:21, 121:22, 122:9, 123:3, 123:23, 124:4, 124:13, 124:19, 124:22, 125:25, 126:10, 126:11, 126:12, 126:14, 127:3, 127:5, 127:15, 127:22, 128:7, 129:17, 130:16, 132:15, 134:6, 134:19, 136:10, 137:9, 137:10, 137:19, 138:6, 138:8, 138:11, 138:18, 138:19, 138:20, 138:21, 139:4, 139:23, 140:5, 140:12, 140:14, 141:6, 141:7, 141:10, 143:2, 144:19, 145:19, 146:1, 146:19, 146:23, 147:2, 147:3, 147:7, 147:8, 148:4, 148:5, 148:6, 148:7, 148:10, 149:3, 150:5, 151:3, 151:17, 152:4, 152:8, 152:19, 153:2, 153:4, 153:5, 153:25, 154:3, 154:8, 154:10, 154:25, 155:7, 155:13, 156:2, 156:12, 156:16, 157:2, 157:4, 158:18, 158:22, 158:24, 159:9, 159:10, 159:18, 159:21, 159:25, 160:20, 160:22, 161:2, 161:6, 161:10, 161:13, 162:2, 162:7, 162:10, 162:14, 163:24, 164:4, 164:6, 164:7, 164:13, 165:6, 165:14, 165:19, 165:21, 166:1, 166:15, 166:17, 166:23, 167:2, 168:4, 168:6, 169:23, 170:3, 170:6, 170:11, 171:17, 172:4, 172:6, 173:10, 173:18, 173:20, 173:25, 175:16, 175:25, 176:1, 178:6, 178:10, 178:12, 178:13, 178:14, 179:21, 182:9, 182:17, 182:23, 183:12, 184:17, 186:15, 187:10, 187:11, 187:24, 187:25, 188:25, 189:1, 189:3, 189:10, 189:11, 190:14, 190:16, 190:20, 190:25, 191:1, 191:2, 191:3, 191:5, 191:6, 191:12, 191:14, 191:19, 191:21, 191:23, 191:25, 192:2, 192:7, 192:9, 192:18, 192:20, 192:21, 193:9, 194:15, 194:18, 194:21, 196:2, 196:3, 196:7, 196:20, 196:25, 197:8, 197:9, 197:18, 198:3, 198:6, 198:9, 198:11, 198:22, 199:3, 199:6, 199:14, 199:19, 199:20, 200:6, 200:7, 200:12, 200:20, 200:21, 201:2, 201:10, 202:20, 204:2, 204:3, 204:25, 206:8, 206:17, 206:24, 207:2, 207:5, 207:7, 208:1, 208:4, 208:9, 208:10, 208:13, 208:14, 208:17, 208:23, 209:5, 209:8, 209:18, 209:20, 209:21, 210:10, 212:16, 212:22, 212:25, 213:5, 213:11, 214:1, 214:12, 214:16, 214:19, 215:4, 215:6, 215:9, 215:10, 215:14, 215:22, 216:11, 216:13, 217:4, 217:14, 217:18, 218:9, 218:13, 218:21, 219:8, 219:12, 219:21, 219:22, 220:4, 220:19, 220:20, 222:4, 222:10, 223:15, 223:20, 223:21, 223:23, 224:2, 224:14, 224:17, 225:4, 225:7, 225:8, 225:10, 225:13, 225:16, 225:19, 225:25, 226:3, 226:19, 227:4, 227:13, 228:3, 228:6, 228:8, 228:11, 228:19, 229:2, 229:3, 229:4, 229:8, 229:9, 229:13, 230:2, 230:8, 230:9, 230:14, 230:18, 231:1, 231:5, 231:16, 231:17, 231:22, 232:5, 232:10, 232:13, 232:14, 232:17, 232:19, 232:22, 232:25, 233:4, 233:8, 233:12, 233:17, 233:24, 233:25, 234:1, 234:12, 234:13, 234:21, 234:24, 235:2, 235:4, 235:5, 235:9, 235:10, 235:14, 235:15, 235:16, 235:17, 235:24, 236:6, 236:11, 236:18, 237:1, 237:7, 237:8, 238:10, 239:1, 239:4, 239:10, 239:17, 239:23, 240:1, 240:2, 240:7, 240:8, 240:10, 240:16, 240:21, 240:22, 241:7, 241:12, 241:21, 242:1, 242:3, 242:14, 242:16, 242:21, 243:5, 243:7, 243:11, 243:12, 243:15, 243:21, 245:21, 245:25, 247:9, 247:19, 247:22, 248:1, 248:4, 248:13, 249:18, 249:22, 250:1, 250:7, 250:10, 250:15, 250:25, 251:2, 251:23, 251:24, 252:21, 254:7, 254:9, 254:16, 254:22, 255:4, 255:17, 256:13, 256:14, 256:20, 256:24, 257:5, 258:6

**I'd** [8] - 40:19, 41:8, 117:6, 153:6, 178:25, 210:8, 217:6, 256:14

**I'll** [36] - 6:15, 6:23, 7:25, 25:11, 37:15, 66:13, 75:8, 88:22, 94:3, 108:22, 110:23, 111:11, 112:13, 112:22, 113:4, 129:21, 131:1, 131:2, 131:4, 131:10, 131:13, 145:23, 159:23, 165:20, 169:9, 181:7, 182:12, 200:6, 205:15, 206:6, 219:7, 224:20, 225:4, 243:17, 256:1

**i'm** [1] - 207:24

**I'm** [226] - 6:5, 7:18, 7:23, 8:15, 8:23, 9:3, 9:9, 9:11, 9:20, 17:22, 17:23, 18:17, 20:21, 23:9, 26:1, 26:4, 30:9, 38:16, 46:18, 52:9, 53:13, 53:17, 53:25, 54:25, 55:14, 56:8, 57:8,

64:3, 65:2, 66:11, 67:1, 68:9,
68:18, 68:24, 71:8, 71:9, 71:11,
71:15, 71:16, 71:22, 73:13,
73:17, 73:20, 73:21, 75:19,
76:17, 76:18, 76:21, 78:11,
78:15, 78:17, 79:3, 79:9, 79:13,
79:19, 79:21, 80:3, 80:4, 81:5,
81:14, 82:7, 82:16, 82:21,
84:16, 84:22, 85:1, 85:18,
85:19, 85:20, 85:24, 86:4, 86:8,
86:10, 87:16, 88:21, 89:2,
89:14, 93:23, 94:1, 98:7, 99:16,
99:21, 100:6, 100:10, 101:5,
103:2, 104:2, 105:5, 105:21,
105:23, 105:24, 107:13,
107:17, 107:20, 107:22,
108:17, 109:6, 109:24, 110:3,
110:4, 110:18, 110:19, 111:17,
113:6, 115:16, 118:18, 120:12,
120:14, 120:18, 121:11,
121:13, 126:5, 129:3, 129:25,
131:6, 134:10, 134:18, 136:6,
136:9, 140:22, 141:13, 147:8,
148:6, 148:9, 148:13, 148:16,
151:1, 151:2, 153:11, 154:7,
154:9, 158:9, 159:2, 159:13,
159:14, 159:18, 160:22, 161:1,
162:16, 162:17, 162:22,
162:24, 163:2, 164:9, 164:13,
165:21, 171:14, 172:3, 174:7,
178:3, 178:8, 179:23, 180:24,
183:1, 183:11, 190:11, 191:2,
191:21, 191:24, 192:17,
192:19, 194:12, 194:24,
195:19, 196:5, 197:11, 197:13,
198:10, 198:12, 200:18, 201:8,
202:13, 202:17, 204:11,
204:13, 205:1, 208:19, 209:4,
209:23, 210:15, 211:11,
212:19, 213:22, 217:1, 218:15,
218:19, 219:21, 219:24,
222:19, 225:18, 227:10,
227:14, 229:4, 229:6, 232:4,
232:5, 232:6, 233:1, 233:8,
233:12, 233:20, 234:4, 235:3,
235:12, 236:12, 236:15,
236:16, 237:8, 237:16, 238:6,
239:6, 240:12, 240:19, 241:8,
254:10, 256:6, 257:1

**I've** [31] - 15:3, 15:4, 37:21,
38:2, 54:13, 94:17, 113:5,
123:7, 127:7, 127:17, 129:23,
164:13, 190:13, 191:6, 191:14,
191:17, 204:10, 212:8, 216:13,
221:24, 222:14, 225:14, 228:7,
233:11, 234:2, 234:9, 240:11,
242:23, 248:4, 256:25

**icebox** [1] - 167:1
**ID** [1] - 130:5
**idea** [11] - 6:25, 17:19, 42:14,
61:7, 61:18, 63:11, 117:10,

143:22, 159:3, 215:15, 215:17
**ideas** [1] - 245:16
**identical** [1] - 23:2
**identified** [7] - 39:13, 44:15,
90:9, 94:7, 156:22, 157:14,
193:17
**identify** [3] - 38:13, 39:6, 195:7
**identifying** [1] - 94:21
**idiots** [5] - 14:9, 27:8, 31:1,
43:24, 62:12
**idle** [2] - 32:23, 33:9
**if** [249] - 3:15, 4:15, 4:23, 5:5,
6:4, 6:10, 6:22, 7:5, 7:17, 8:5,
8:6, 9:7, 9:16, 9:21, 17:14,
18:3, 19:7, 20:23, 21:11, 21:21,
22:4, 26:9, 26:14, 27:16, 30:21,
33:11, 35:23, 36:19, 40:16,
43:20, 48:10, 50:8, 51:7, 51:12,
52:15, 55:6, 57:4, 57:8, 58:3,
58:13, 58:15, 60:18, 63:25,
66:7, 66:8, 66:12, 66:20, 70:19,
70:24, 72:8, 72:23, 72:24, 73:3,
73:16, 73:24, 76:17, 77:23,
78:9, 78:11, 78:12, 79:8, 79:21,
80:7, 81:4, 81:15, 81:18, 81:22,
82:1, 82:6, 82:21, 84:8, 85:9,
86:6, 86:18, 87:18, 90:3, 90:5,
90:17, 91:16, 92:9, 93:4, 93:6,
93:22, 94:23, 95:1, 95:2, 96:11,
96:25, 97:5, 98:23, 99:3, 99:20,
99:21, 100:5, 100:7, 101:5,
101:25, 102:3, 102:8, 102:23,
103:2, 103:25, 104:14, 105:3,
105:4, 105:9, 105:18, 105:19,
105:20, 105:22, 105:23,
106:14, 107:10, 107:12, 108:8,
108:18, 108:21, 109:10,
109:17, 112:13, 113:5, 113:9,
114:5, 115:1, 116:16, 117:5,
117:6, 117:15, 118:4, 120:15,
121:6, 121:15, 122:11, 122:15,
122:21, 124:1, 125:4, 126:3,
129:24, 131:1, 131:3, 132:3,
132:14, 132:16, 132:19,
132:21, 135:25, 136:4, 136:8,
136:18, 136:24, 137:12, 138:6,
138:10, 138:18, 141:11, 147:3,
148:19, 148:20, 149:7, 150:2,
150:3, 150:11, 151:3, 152:9,
152:15, 153:4, 153:14, 153:15,
153:18, 157:16, 158:23,
159:20, 161:9, 161:13, 163:16,
163:19, 164:5, 165:16, 166:25,
167:5, 172:4, 172:19, 172:22,
176:23, 177:14, 182:12,
183:10, 184:11, 188:3, 190:8,
190:17, 192:2, 192:6, 194:17,
196:2, 197:8, 201:9, 201:25,
203:11, 207:4, 207:8, 208:7,
209:21, 211:5, 211:8, 212:10,

212:15, 214:13, 215:1, 215:12,
218:4, 219:12, 220:9, 221:2,
223:13, 223:21, 225:25, 228:9,
228:15, 234:8, 235:17, 235:19,
238:8, 239:11, 240:18, 245:11,
245:12, 245:22, 247:13,
249:18, 250:24, 251:13,
252:16, 253:1, 254:7, 254:18,
254:21, 255:8, 255:13, 256:14,
256:16, 256:17, 256:19
**If** [4] - 29:16, 122:23, 186:5,
215:12
**ignorance** [1] - 110:3
**ignores** [1] - 168:19
**illegal** [18] - 12:1, 17:24, 18:5,
61:1, 63:9, 120:3, 120:6, 120:8,
175:21, 180:2, 234:25, 235:7,
235:12, 236:17, 242:5, 244:22,
245:11, 245:24
**illegality** [1] - 242:7
**illegitimate** [1] - 179:5
**Illinois** [1] - 145:18
**illustrative** [1] - 139:22
**image** [2] - 52:17, 52:18
**images** [1] - 43:16
**imagine** [1] - 122:9
**immediate** [1] - 77:8
**immediately** [3] - 58:1, 92:3,
215:13
**immensely** [1] - 48:17
**immigration** [1] - 199:9
**impact** [5] - 184:8, 203:5,
203:22, 207:13, 207:22
**impacted** [1] - 239:22
**imperative** [1] - 74:18
**impermissible** [7] - 67:23,
148:1, 157:21, 158:8, 221:7,
221:14, 228:25
**impinging** [1] - 191:20
**implicated** [1] - 184:11
**implicates** [1] - 183:7
**implications** [1] - 183:6
**implied** [2] - 20:1, 203:23
**importance** [1] - 216:17
**important** [13] - 9:16, 39:16,
52:12, 52:13, 119:3, 136:7,
142:11, 156:14, 182:21,
183:25, 209:2, 240:25, 245:2
**importantly** [4] - 147:17, 168:7,
244:19, 253:10
**impose** [1] - 192:3
**impress** [1] - 106:21
**impression** [2] - 103:3, 136:19
**imprimatur** [2] - 234:18, 236:13
**improper** [6] - 42:2, 108:15,
202:12, 204:14, 242:5, 248:2
**improperly** [2] - 42:19, 183:24
**impugn** [1] - 108:13
**in** [711] - 3:3, 3:17, 4:4, 4:5,
4:12, 4:17, 5:1, 6:4, 6:5, 6:16,

6:17, 6:23, 7:15, 8:12, 9:10, 9:20, 9:25, 10:7, 11:3, 11:4, 11:12, 11:22, 12:11, 12:23, 12:25, 13:3, 14:7, 14:8, 14:13, 14:18, 14:21, 14:24, 15:1, 15:15, 15:21, 15:22, 15:25, 16:11, 16:21, 17:5, 17:15, 17:17, 17:22, 17:23, 18:8, 18:10, 18:11, 19:15, 19:19, 19:23, 20:3, 20:5, 21:1, 21:12, 21:19, 21:23, 22:3, 22:5, 22:14, 22:16, 22:18, 22:19, 23:3, 23:8, 23:10, 23:11, 23:12, 23:13, 24:5, 24:10, 24:14, 24:15, 24:21, 24:22, 25:1, 25:14, 25:17, 25:22, 26:3, 26:10, 26:25, 27:1, 27:3, 29:8, 29:21, 30:9, 30:15, 30:25, 31:8, 31:12, 31:16, 31:19, 32:2, 32:4, 32:6, 32:8, 32:10, 32:21, 33:3, 33:7, 33:18, 33:20, 33:23, 34:1, 34:9, 34:11, 34:19, 35:1, 35:18, 35:21, 36:2, 36:4, 36:5, 36:10, 36:15, 36:18, 36:19, 37:4, 37:6, 37:9, 37:11, 37:20, 38:13, 39:1, 39:6, 39:14, 39:19, 40:8, 40:10, 40:24, 41:8, 41:9, 41:24, 42:9, 42:12, 42:14, 42:20, 42:22, 42:25, 43:8, 43:11, 43:25, 44:3, 44:7, 44:11, 44:12, 44:19, 45:8, 45:11, 45:18, 46:5, 47:9, 47:18, 48:3, 48:5, 48:14, 48:16, 49:2, 49:20, 49:22, 50:5, 50:16, 50:17, 50:20, 51:3, 51:9, 51:12, 51:17, 51:23, 52:6, 52:14, 53:3, 53:13, 54:9, 54:16, 54:19, 54:20, 54:23, 55:5, 55:23, 56:4, 56:8, 56:11, 56:22, 57:12, 57:16, 57:18, 57:23, 58:9, 58:10, 58:14, 58:20, 58:25, 59:5, 59:6, 59:11, 59:13, 59:15, 59:16, 59:19, 59:23, 60:5, 61:8, 61:13, 61:16, 62:1, 62:11, 63:2, 63:3, 64:22, 64:24, 64:25, 65:5, 65:11, 65:13, 66:3, 67:5, 67:11, 67:13, 67:16, 68:5, 68:24, 69:6, 69:9, 69:13, 69:15, 70:2, 70:18, 71:9, 72:13, 73:1, 73:5, 73:20, 74:3, 74:7, 74:9, 74:10, 75:10, 75:13, 76:2, 76:6, 76:9, 76:12, 77:2, 77:5, 77:6, 77:8, 77:20, 77:22, 78:1, 78:23, 78:24, 79:9, 79:19, 80:4, 80:25, 81:16, 82:19, 82:24, 83:1, 83:5, 83:7, 83:10, 83:11, 83:17, 84:25, 86:5, 86:22, 86:24, 86:25, 87:12, 87:22, 88:2, 89:15, 90:13, 90:18, 91:1, 91:5, 91:24, 91:25, 92:6, 92:10, 92:14, 92:25, 93:16, 93:24, 94:2, 94:7, 94:17, 94:21, 96:2, 96:6, 97:8,

97:9, 98:13, 99:11, 99:17, 100:25, 101:3, 101:5, 101:6, 101:7, 101:10, 101:18, 102:9, 103:3, 104:3, 104:4, 104:18, 105:6, 105:10, 106:14, 106:15, 106:23, 107:7, 108:1, 108:20, 109:2, 109:13, 109:14, 109:19, 111:9, 112:9, 112:12, 113:4, 113:7, 113:18, 114:15, 115:13, 116:9, 116:17, 116:19, 116:22, 117:1, 117:4, 118:5, 118:8, 118:24, 119:17, 119:22, 120:2, 120:21, 121:6, 121:11, 122:15, 122:22, 123:1, 123:5, 123:11, 124:11, 125:6, 125:12, 125:13, 125:17, 126:21, 127:5, 127:11, 129:6, 129:8, 129:9, 129:21, 130:17, 130:18, 130:23, 131:5, 131:7, 131:19, 132:4, 132:5, 133:6, 133:19, 134:15, 134:21, 135:3, 135:10, 135:17, 135:19, 136:3, 136:5, 136:8, 136:9, 136:23, 137:4, 137:23, 139:16, 139:23, 140:2, 140:4, 140:18, 141:12, 141:17, 142:19, 142:22, 143:4, 144:11, 144:13, 144:21, 144:23, 144:24, 145:8, 145:12, 145:14, 145:16, 146:6, 146:24, 147:4, 147:15, 147:24, 148:14, 149:12, 149:13, 149:14, 149:17, 150:22, 151:9, 151:14, 152:9, 152:22, 153:18, 153:24, 154:22, 154:25, 155:19, 155:20, 155:21, 158:13, 158:24, 160:21, 161:8, 161:16, 162:8, 163:1, 163:9, 163:18, 163:20, 164:21, 164:25, 165:4, 166:7, 166:14, 166:21, 167:3, 167:8, 167:15, 167:16, 168:5, 168:13, 168:23, 169:14, 169:15, 170:16, 170:19, 170:21, 170:25, 171:2, 171:7, 171:19, 171:24, 172:3, 172:18, 173:9, 173:23, 174:24, 176:3, 176:4, 176:10, 176:19, 177:4, 177:7, 177:8, 177:9, 177:10, 177:13, 177:22, 177:23, 178:9, 178:12, 180:3, 180:5, 180:8, 180:20, 180:21, 181:18, 181:25, 182:3, 182:10, 182:12, 182:22, 183:20, 183:25, 184:10, 184:12, 185:16, 186:3, 186:16, 187:2, 187:20, 188:3, 188:15, 188:22, 188:25, 189:6, 189:12, 189:13, 189:19, 189:22, 190:12, 191:2, 191:7, 191:18, 192:17, 192:22, 193:4, 193:9, 194:1, 194:7, 194:8, 194:9, 194:16, 195:7, 195:15, 195:16, 195:24, 196:5, 196:21, 197:3, 199:4, 199:5,

200:1, 200:17, 200:24, 201:18, 202:11, 202:13, 203:6, 203:12, 203:13, 203:15, 204:11, 204:18, 204:23, 204:24, 206:12, 206:21, 207:1, 207:13, 207:15, 207:19, 207:23, 208:7, 209:19, 209:24, 210:10, 210:15, 210:16, 211:1, 211:2, 211:6, 211:15, 211:20, 211:24, 212:17, 212:22, 212:23, 212:24, 213:3, 213:4, 213:18, 213:22, 213:23, 216:3, 216:4, 216:16, 216:19, 216:24, 217:2, 217:11, 217:12, 217:14, 217:19, 217:20, 217:25, 220:12, 220:13, 220:18, 220:25, 221:4, 221:14, 221:22, 222:16, 222:17, 222:23, 223:4, 223:8, 223:21, 223:23, 224:1, 224:4, 224:23, 225:6, 225:14, 225:21, 226:1, 226:8, 226:9, 226:22, 227:6, 227:25, 228:7, 228:9, 228:13, 228:16, 228:22, 228:24, 229:5, 229:6, 229:10, 229:12, 229:15, 229:24, 230:21, 230:25, 231:4, 231:6, 231:13, 231:17, 231:19, 231:25, 232:2, 232:11, 233:18, 234:14, 235:1, 235:19, 237:4, 237:20, 237:23, 237:25, 238:4, 238:19, 239:2, 239:20, 240:3, 240:12, 241:8, 241:16, 241:17, 242:12, 242:17, 243:2, 243:17, 244:3, 244:9, 244:11, 244:16, 244:23, 246:8, 246:21, 247:17, 247:18, 248:4, 248:7, 248:11, 249:1, 249:4, 249:15, 249:17, 249:23, 250:1, 250:4, 250:5, 250:6, 250:8, 251:21, 252:9, 252:17, 253:1, 253:2, 253:5, 253:17, 254:8, 254:25, 255:6, 255:8, 255:21, 256:14, 256:19, 257:1, 257:8, 258:9

**in-camera** [2] - 38:13, 39:6
**inaccurate** [3] - 43:17, 96:6, 96:7
**inaccurately** [2] - 42:19, 122:12
**inadmissible** [2] - 75:22, 141:25
**inapplicable** [1] - 178:18
**inappropriate** [3] - 118:10, 204:6, 206:2
**Inc** [2] - 126:23, 126:25
**inches** [1] - 122:18
**incite** [1] - 43:3
**incited** [1] - 43:2
**inclined** [3] - 86:23, 89:17, 91:16
**include** [5] - 7:16, 116:7, 160:13, 160:18, 181:24

**included** [7] - 44:11, 46:10, 75:7, 112:20, 118:8, 125:25, 172:18

**includes** [2] - 53:21, 125:7

**including** [11] - 32:13, 32:15, 37:24, 43:23, 45:21, 53:25, 67:8, 136:16, 157:19, 204:11, 243:3

**incompetent** [1] - 146:25

**incomplete** [1] - 163:9

**inconsistent** [1] - 244:10

**increase** [3] - 34:22, 50:5, 116:19

**increases** [1] - 92:10

**increasing** [1] - 59:13

**indeed** [3] - 21:5, 85:9, 234:17

**independent** [6] - 111:21, 135:3, 137:18, 138:4, 141:5, 161:23

**indeterminate** [1] - 71:10

**indicate** [6] - 157:2, 157:4, 157:7, 157:10, 157:13, 159:15

**indicated** [1] - 155:17

**indicating** [1] - 156:1

**indication** [1] - 249:6

**indices** [1] - 241:25

**indicia** [5] - 55:21, 60:19, 61:6, 88:11, 88:12

**indicted** [3] - 24:20, 181:17, 188:6

**indictment** [67] - 11:3, 11:4, 11:19, 12:13, 12:23, 14:7, 14:8, 14:22, 15:1, 15:17, 16:1, 16:7, 17:5, 17:6, 18:8, 18:14, 19:16, 20:3, 20:6, 20:16, 20:22, 22:4, 22:9, 22:18, 23:15, 24:12, 25:1, 26:21, 29:21, 30:2, 30:25, 31:4, 31:22, 33:19, 35:13, 36:5, 36:18, 37:5, 44:2, 46:9, 46:12, 46:24, 47:2, 56:12, 69:6, 109:20, 127:11, 175:15, 178:10, 181:13, 181:16, 181:24, 181:25, 183:20, 184:2, 186:4, 188:4, 200:24, 210:9, 210:10, 210:21, 213:12, 216:25, 243:3, 249:23

**indictments** [1] - 29:9

**indignant** [1] - 159:3

**indignation** [1] - 156:2

**indiscernible** [1] - 153:23

**individual** [12] - 25:16, 57:13, 86:7, 88:20, 91:22, 106:8, 109:12, 130:7, 132:14, 171:23, 185:11, 209:19

**individuals** [25] - 25:1, 36:16, 41:20, 55:19, 86:13, 86:16, 89:22, 90:7, 91:24, 92:1, 92:9, 93:3, 94:8, 94:18, 94:20, 103:11, 128:23, 139:13, 140:5, 197:25, 201:16, 204:2, 232:13,

250:14

**induce** [9] - 16:8, 17:8, 18:16, 19:12, 20:8, 21:15, 30:17, 70:11, 72:17

**induced** [1] - 36:15

**inducing** [5] - 15:18, 19:4, 33:22, 71:21, 71:25

**indulgence** [1] - 77:4

**industry** [2] - 171:7, 231:14

**inextricably** [1] - 117:10

**infamous** [1] - 170:13

**infinite** [1] - 158:19

**infinitesimal** [1] - 128:9

**inflame** [1] - 45:2

**inflammatory** [3] - 44:24, 99:15, 178:17

**inflated** [6] - 90:1, 90:7, 107:2, 113:12, 113:14, 114:16

**inflating** [2] - 90:17, 249:24

**inflation** [1] - 178:22

**influence** [7] - 19:20, 21:6, 77:18, 78:1, 78:10, 78:11, 101:1

**influenced** [1] - 229:24

**influencer** [2] - 50:6, 80:17

**influencers** [4] - 35:23, 35:25, 36:11, 140:10

**influencing** [1] - 77:19

**influx** [1] - 239:19

**informally** [1] - 165:22

**information** [18] - 10:14, 10:16, 10:24, 18:11, 26:19, 26:23, 71:13, 74:8, 74:10, 75:4, 91:23, 159:17, 172:21, 173:8, 183:3, 224:3, 230:20, 253:9

**informational** [1] - 159:22

**initial** [1] - 3:9

**initially** [2] - 181:12, 183:16

**inject** [1] - 222:23

**injected** [1] - 155:22

**injection** [1] - 114:3

**ink** [1] - 40:5

**inordinate** [1] - 99:6

**insert** [2] - 209:2, 215:1

**inserting** [1] - 234:18

**inside** [1] - 44:1

**insider** [5] - 88:7, 91:12, 97:22, 98:4, 245:14

**insiders** [7] - 88:8, 90:9, 90:23, 91:22, 92:2, 94:6, 95:9

**insofar** [1] - 48:8

**Instagram** [1] - 47:17

**instance** [3] - 11:25, 80:25, 84:25

**instances** [8] - 19:23, 83:1, 83:7, 83:10, 83:12, 83:15, 118:5, 228:6

**instead** [7] - 9:8, 34:14, 108:12, 165:18, 203:22, 232:2, 233:9

**institutional** [3] - 242:1, 242:2, 242:17

**instruct** [1] - 110:23

**instructed** [1] - 172:20

**instruction** [6] - 35:17, 62:6, 142:21, 143:7, 143:10, 223:3

**instructions** [2] - 165:23, 172:18

**insufficient** [3] - 12:8, 12:10, 30:2

**intend** [9] - 18:2, 82:10, 85:13, 92:17, 173:10, 189:4, 189:9, 189:16, 190:8

**intended** [7] - 17:7, 23:23, 26:20, 27:13, 115:11, 250:20, 256:9

**intending** [3] - 30:17, 110:10, 175:11

**intends** [4] - 42:9, 43:22, 174:18, 177:24

**intent** [49] - 14:12, 15:2, 15:8, 16:17, 16:21, 16:25, 18:8, 18:19, 20:1, 20:4, 24:6, 25:20, 30:1, 30:19, 30:23, 31:1, 61:23, 67:25, 70:10, 80:21, 80:24, 81:6, 81:12, 81:23, 81:25, 85:8, 92:11, 100:16, 100:19, 100:24, 104:13, 104:16, 104:25, 105:1, 111:16, 115:10, 117:24, 211:3, 211:4, 216:1, 234:19, 237:7, 238:19, 244:20, 247:7

**intentional** [1] - 49:8

**intentions** [1] - 34:2

**interest** [2] - 31:10, 214:6

**interested** [3] - 9:9, 78:1, 190:23

**interesting** [2] - 57:15, 111:14

**interim** [1] - 129:21

**interject** [1] - 65:23

**interlaid** [1] - 149:16

**internet** [8] - 17:15, 36:11, 50:5, 226:7, 227:2, 235:22, 238:16, 238:21

**interpret** [2] - 175:23, 206:25

**interpreted** [1] - 174:1

**interrupt** [2] - 112:17, 158:22

**intertwined** [2] - 117:10, 185:22

**intimately** [1] - 201:18

**into** [43] - 22:3, 22:12, 22:23, 27:5, 28:24, 29:2, 31:25, 56:20, 63:21, 69:8, 70:10, 75:14, 92:2, 92:10, 92:14, 96:4, 99:10, 114:17, 114:19, 116:20, 118:19, 135:1, 143:8, 143:18, 156:16, 163:2, 182:13, 185:14, 186:8, 190:14, 192:20, 198:22, 205:9, 207:9, 208:16, 214:9, 235:18, 239:19, 240:4, 249:2, 249:16, 249:21, 250:20

**intrinsic** [5] - 76:25, 77:7,

77:21, 256:9, 256:10
**introduce** [9] - 66:24, 75:22,
81:3, 95:5, 111:15, 180:14,
217:7, 250:20, 251:7
**introduced** [1] - 249:21
**introducing** [2] - 84:8, 195:12
**introduction** [1] - 120:24
**intuitional** [1] - 242:19
**invaded** [1] - 239:8
**invented** [2] - 17:16, 97:23
**invest** [2] - 17:15, 17:22
**investigate** [1] - 207:5
**investigating** [2] - 171:1,
177:13
**investigation** [7] - 201:18,
239:13, 249:4, 249:11, 252:11,
252:25, 255:25
**investigations** [4] - 50:1,
201:21, 248:12, 249:17
**investigative** [2] - 253:3,
254:12
**investigator** [1] - 252:12
**investing** [1] - 17:23
**investment** [4] - 91:17, 105:16,
175:5, 177:19
**investor** [5] - 177:21, 177:22,
177:24, 242:17, 242:19
**investors** [6] - 20:8, 177:6,
216:18, 220:17, 242:1, 242:2
**invite** [1] - 44:7
**involve** [1] - 182:23
**involved** [5] - 22:16, 191:18,
201:18, 208:7, 256:19
**involvement** [1] - 187:19
**involves** [4] - 88:7, 175:4,
177:18, 185:19
**ire** [1] - 152:2
**ironic** [1] - 193:24
**ironically** [1] - 67:12
**irrelevant** [15] - 44:3, 68:25,
84:2, 100:18, 101:12, 108:4,
116:15, 164:22, 178:23, 210:6,
210:7, 214:12, 220:16, 238:1,
254:19
**is** [840] - 3:15, 3:16, 4:2, 5:14,
6:10, 6:25, 7:5, 7:24, 8:5, 8:9,
8:16, 8:19, 9:2, 9:15, 10:8,
10:12, 11:6, 11:8, 11:15, 12:8,
12:19, 12:25, 13:11, 14:1,
14:21, 15:2, 15:9, 15:17, 16:23,
17:3, 17:20, 17:24, 18:5, 18:8,
18:10, 18:25, 19:4, 19:21, 20:1,
20:4, 20:14, 20:18, 21:12,
21:16, 22:9, 22:15, 22:17, 23:2,
23:4, 23:9, 23:15, 24:2, 24:3,
24:4, 24:7, 24:10, 24:15, 24:18,
24:19, 25:2, 25:22, 26:6, 26:19,
27:4, 27:11, 28:24, 29:6, 29:10,
30:1, 30:6, 30:16, 30:22, 30:24,
30:25, 31:1, 31:5, 31:6, 31:7,

31:8, 31:11, 31:15, 31:16,
31:20, 32:12, 32:14, 32:24,
33:12, 33:13, 33:14, 33:18,
33:19, 33:20, 34:11, 34:22,
35:3, 35:4, 35:11, 35:14, 35:21,
36:4, 36:5, 36:8, 36:10, 36:22,
37:4, 37:10, 37:20, 38:14,
38:20, 39:16, 39:22, 39:24,
40:2, 40:5, 40:10, 40:11, 41:1,
41:2, 41:11, 41:14, 42:13, 43:2,
43:10, 44:12, 44:14, 44:18,
44:23, 45:6, 45:21, 46:4, 46:5,
46:6, 46:15, 46:16, 47:24, 48:8,
48:13, 48:15, 48:16, 48:20,
49:7, 49:10, 49:18, 49:22, 50:3,
50:4, 50:9, 50:12, 50:23, 51:22,
51:24, 51:25, 52:7, 52:8, 52:10,
52:17, 52:18, 52:21, 52:25,
53:8, 53:12, 53:15, 54:18,
54:22, 56:6, 56:7, 56:11, 56:18,
56:23, 57:5, 57:11, 57:12,
57:13, 57:15, 58:1, 58:3, 58:8,
58:16, 58:17, 59:2, 59:4, 59:8,
59:13, 59:21, 59:22, 59:23,
59:24, 60:1, 60:3, 60:6, 60:7,
60:9, 60:10, 60:14, 60:19,
60:22, 60:24, 61:5, 61:6, 61:8,
61:13, 61:20, 61:24, 62:8, 62:9,
62:13, 62:16, 62:22, 63:1,
63:14, 63:20, 63:25, 64:11,
64:12, 65:3, 65:19, 66:2, 66:6,
66:16, 66:19, 66:21, 67:12,
67:18, 68:4, 68:18, 69:15, 70:2,
70:8, 70:15, 70:24, 71:8, 71:17,
71:22, 72:6, 72:18, 72:20,
72:24, 73:3, 73:4, 73:5, 73:8,
73:14, 74:1, 74:5, 74:6, 74:15,
75:4, 75:6, 75:9, 75:18, 75:21,
75:23, 76:11, 76:21, 76:24,
77:2, 77:17, 77:18, 77:19,
77:23, 77:24, 77:25, 78:4, 78:9,
78:19, 79:19, 81:18, 81:19,
81:22, 82:15, 82:23, 83:4, 83:6,
83:17, 83:22, 84:1, 84:12,
84:20, 85:7, 85:15, 86:11, 87:2,
87:4, 87:13, 87:23, 88:11,
88:19, 88:20, 89:16, 89:24,
90:5, 92:8, 92:25, 94:16, 94:24,
95:4, 95:8, 95:14, 95:19, 95:22,
95:23, 98:1, 98:3, 98:4, 98:10,
98:14, 99:3, 99:9, 99:11, 100:4,
100:13, 100:15, 100:17, 101:5,
101:11, 101:12, 101:13,
101:17, 101:18, 101:25, 102:1,
102:13, 103:1, 103:11, 103:21,
103:25, 104:13, 105:15, 106:2,
106:5, 106:9, 106:24, 107:1,
107:5, 108:12, 108:15, 108:25,
109:4, 109:8, 109:16, 109:21,
110:5, 111:19, 111:23, 112:1,
112:12, 112:18, 112:21,

112:25, 113:12, 113:16,
113:18, 114:11, 114:21, 115:3,
115:4, 115:10, 115:16, 116:10,
116:13, 117:21, 118:1, 118:8,
119:4, 119:7, 120:8, 120:9,
121:2, 121:8, 121:9, 121:20,
122:11, 122:17, 122:19,
122:24, 124:7, 124:25, 125:1,
125:4, 125:11, 125:14, 126:10,
126:14, 127:2, 127:21, 127:24,
128:1, 128:10, 128:18, 128:25,
129:3, 129:4, 129:7, 129:10,
129:13, 129:21, 130:1, 130:3,
130:7, 130:9, 130:19, 130:21,
131:5, 131:17, 131:18, 132:19,
133:4, 133:12, 134:8, 134:10,
134:11, 134:12, 134:14,
134:16, 134:25, 135:8, 135:11,
136:2, 136:6, 136:14, 136:19,
137:4, 137:13, 137:15, 139:7,
139:12, 139:18, 139:19,
139:24, 140:17, 140:25, 141:5,
141:16, 141:25, 142:6, 142:14,
142:15, 142:24, 143:3, 143:7,
144:2, 144:4, 144:6, 144:8,
145:11, 146:7, 146:9, 146:12,
146:18, 146:21, 147:1, 147:5,
147:17, 147:19, 147:20, 148:1,
148:22, 149:4, 149:5, 149:10,
149:12, 149:15, 150:18,
150:24, 151:4, 151:17, 151:19,
152:21, 152:22, 152:24,
152:25, 153:2, 153:5, 153:16,
154:5, 154:10, 154:12, 154:14,
154:16, 154:17, 155:2, 155:8,
155:9, 155:11, 155:14, 156:4,
156:5, 156:8, 156:12, 156:23,
157:1, 157:6, 158:17, 158:20,
158:21, 159:10, 159:16,
159:23, 160:10, 161:14, 162:1,
162:2, 162:5, 162:7, 162:14,
162:16, 162:25, 163:8, 163:13,
163:19, 163:23, 166:5, 166:7,
166:14, 166:15, 167:5, 167:6,
167:7, 167:9, 167:14, 167:15,
168:9, 168:20, 169:1, 169:2,
169:8, 169:24, 170:5, 170:11,
170:12, 170:17, 170:24, 171:3,
171:23, 172:13, 173:4, 173:22,
174:17, 174:20, 175:1, 175:2,
175:5, 175:6, 175:7, 175:20,
175:22, 175:25, 176:3, 176:4,
176:5, 176:6, 176:8, 176:12,
176:16, 177:2, 177:15, 177:16,
177:19, 177:23, 178:5, 178:12,
178:22, 178:25, 179:20, 180:3,
180:12, 181:3, 181:12, 181:15,
182:1, 182:2, 182:21, 183:2,
183:23, 184:1, 184:2, 185:1,
185:17, 186:2, 186:6, 186:8,
187:4, 187:22, 188:2, 188:7,

188:8, 188:18, 189:18, 190:9,
190:15, 190:18, 191:10,
191:14, 191:15, 191:17,
191:25, 192:23, 192:25, 193:3,
193:16, 193:23, 194:7, 194:9,
194:20, 195:18, 195:20, 196:1,
196:4, 196:12, 196:21, 197:2,
197:3, 197:14, 198:7, 198:19,
198:22, 199:2, 199:15, 199:25,
200:2, 200:19, 200:21, 200:23,
201:2, 201:5, 201:11, 201:15,
202:21, 202:22, 202:23,
202:25, 203:4, 203:23, 204:6,
204:16, 205:2, 205:10, 205:21,
206:2, 206:10, 206:24, 208:23,
209:16, 209:19, 209:24, 210:6,
210:9, 210:12, 211:7, 211:12,
211:13, 211:14, 211:25, 212:7,
212:12, 212:13, 212:15, 213:2,
213:6, 213:16, 213:25, 214:4,
214:21, 215:3, 215:19, 215:25,
216:10, 216:11, 216:23, 217:5,
217:11, 218:9, 218:12, 219:9,
220:3, 220:9, 220:23, 221:2,
221:6, 221:7, 221:17, 221:21,
221:24, 222:1, 222:6, 222:7,
222:15, 222:20, 222:22, 223:2,
223:12, 224:3, 224:14, 225:8,
226:2, 226:17, 226:20, 226:22,
226:23, 227:3, 227:4, 227:6,
227:15, 227:18, 227:19,
227:21, 228:7, 228:16, 228:20,
228:22, 229:3, 229:6, 229:7,
229:18, 229:23, 230:2, 230:3,
230:5, 230:25, 231:11, 231:24,
232:9, 232:12, 232:15, 232:17,
232:20, 232:24, 233:6, 233:9,
233:15, 233:19, 234:6, 234:10,
234:20, 234:25, 235:1, 235:5,
235:6, 235:7, 236:7, 236:12,
237:19, 237:21, 237:24, 238:1,
238:9, 238:15, 239:4, 239:15,
239:17, 239:21, 240:2, 241:4,
241:13, 242:10, 242:11,
243:10, 244:2, 244:4, 244:5,
244:8, 244:23, 244:25, 245:4,
245:10, 245:15, 245:20,
245:23, 246:7, 246:10, 246:11,
246:18, 247:16, 247:21,
247:24, 248:13, 248:20,
248:23, 249:13, 249:15, 250:2,
251:5, 251:16, 251:25, 252:16,
252:23, 253:18, 254:11,
254:17, 254:18, 255:24, 256:8,
256:21, 258:7

**isn't** [17] - 60:19, 76:18, 83:6,
85:6, 94:15, 117:22, 128:2,
144:16, 162:25, 186:1, 188:20,
194:21, 196:21, 222:2, 231:4,
234:21

**Israel** [1] - 239:8

**issue** [70] - 11:9, 22:3, 22:9,
23:4, 29:20, 29:21, 29:25,
35:21, 47:10, 54:23, 67:14,
78:6, 79:4, 79:7, 79:15, 85:23,
93:7, 93:10, 93:25, 94:15,
97:18, 99:8, 106:22, 108:11,
113:10, 114:21, 115:3, 116:4,
117:16, 118:1, 121:9, 122:1,
130:14, 144:19, 147:6, 153:5,
158:6, 160:8, 160:21, 161:20,
163:8, 167:7, 169:12, 169:14,
171:21, 174:5, 174:17, 175:6,
182:21, 191:18, 194:9, 196:8,
202:24, 214:21, 218:9, 220:18,
222:16, 228:1, 229:21, 232:1,
232:10, 234:24, 237:10,
238:19, 239:5, 246:4, 251:25,
252:7, 252:10

**issued** [1] - 94:5

**issues** [7] - 47:13, 56:9, 91:21,
106:25, 116:24, 141:24, 167:8

**it** [649] - 3:12, 3:21, 4:1, 4:5, 4:7,
6:17, 6:20, 6:25, 7:4, 7:14,
7:15, 9:9, 9:10, 10:10, 11:14,
12:1, 12:14, 12:24, 15:4, 15:5,
16:19, 16:21, 16:23, 17:23,
18:5, 18:13, 18:15, 19:20,
19:23, 20:18, 20:24, 21:16,
21:17, 22:25, 23:2, 23:7, 23:10,
23:12, 24:10, 24:11, 24:15,
24:23, 25:6, 26:14, 26:15,
26:16, 26:18, 27:1, 27:11,
27:12, 27:13, 27:14, 28:10,
28:13, 28:16, 28:18, 29:1,
29:17, 29:21, 29:22, 30:12,
31:16, 32:1, 32:2, 32:4, 32:6,
32:20, 33:6, 34:9, 35:2, 35:11,
35:21, 36:16, 36:17, 36:18,
37:5, 37:8, 37:10, 37:11, 37:12,
37:13, 37:18, 38:14, 38:20,
39:21, 40:3, 41:13, 42:13,
42:19, 43:9, 43:11, 44:14,
44:18, 45:4, 47:8, 47:19, 47:21,
47:23, 47:25, 48:6, 48:8, 48:11,
48:14, 49:10, 49:14, 50:3,
50:10, 50:13, 50:22, 50:24,
52:14, 52:20, 52:23, 54:6, 55:7,
57:6, 57:16, 57:20, 58:22,
58:23, 58:25, 59:6, 59:14,
59:22, 60:19, 60:21, 60:25,
61:15, 62:22, 62:24, 62:25,
63:3, 63:14, 64:6, 64:7, 64:16,
64:23, 65:7, 66:8, 66:14, 68:4,
69:14, 69:18, 70:9, 71:5, 71:9,
71:16, 72:17, 72:20, 73:17,
73:18, 73:22, 74:3, 74:14,
76:14, 76:25, 78:9, 78:12,
78:14, 78:16, 78:17, 79:1, 79:8,
79:18, 79:20, 79:21, 80:3,
80:21, 80:24, 81:6, 81:16,
81:22, 81:23, 82:2, 82:4, 82:7,

82:8, 82:24, 83:24, 84:9, 84:23,
85:9, 85:19, 85:22, 86:6, 86:24,
88:6, 90:4, 90:13, 91:14, 92:3,
92:8, 92:10, 92:18, 92:19,
93:15, 94:3, 94:10, 94:14,
94:22, 95:9, 95:11, 96:4, 96:14,
97:16, 97:21, 98:19, 98:20,
99:1, 99:3, 99:6, 99:20, 100:4,
100:7, 101:3, 102:2, 102:3,
102:6, 102:9, 102:16, 102:25,
103:5, 103:9, 103:10, 103:15,
103:20, 103:21, 103:23, 104:3,
104:12, 104:16, 104:20,
104:21, 104:24, 104:25, 105:3,
105:4, 105:6, 105:7, 105:10,
105:18, 105:19, 105:23,
106:14, 106:20, 106:21,
106:23, 107:6, 107:10, 107:12,
107:13, 107:24, 108:7, 108:15,
108:20, 108:21, 108:22,
108:24, 109:15, 109:17,
109:18, 110:1, 111:4, 112:19,
113:4, 113:6, 113:8, 113:15,
113:16, 113:20, 113:22,
114:14, 114:17, 114:18, 115:2,
115:13, 115:14, 115:16,
115:23, 116:18, 116:21, 117:9,
117:13, 117:16, 117:19,
117:21, 119:15, 119:16,
119:18, 119:19, 120:8, 120:9,
120:15, 121:2, 121:7, 121:24,
121:25, 122:16, 123:1, 123:11,
123:21, 123:25, 124:10,
124:11, 124:15, 124:17, 125:5,
125:6, 126:11, 126:22, 127:24,
128:25, 129:4, 129:9, 129:20,
129:22, 130:16, 131:1, 131:2,
131:3, 131:4, 131:6, 131:10,
131:11, 131:12, 131:17,
131:20, 132:3, 132:4, 132:10,
132:13, 132:18, 132:21,
132:22, 132:25, 133:7, 133:8,
133:13, 134:7, 134:9, 134:25,
135:12, 135:18, 135:19, 136:3,
136:19, 137:13, 137:15,
137:21, 138:12, 138:21, 139:4,
139:12, 139:15, 139:20, 140:4,
140:11, 140:18, 140:19,
141:19, 143:12, 144:12,
144:22, 145:3, 145:21, 145:22,
145:23, 147:14, 148:11,
148:23, 148:25, 151:3, 151:5,
151:12, 151:13, 152:6, 153:19,
153:22, 154:20, 154:21,
154:22, 158:8, 158:13, 158:16,
158:24, 159:7, 159:16, 160:3,
160:5, 160:6, 160:17, 161:3,
162:5, 163:15, 164:18, 165:15,
166:3, 166:4, 166:9, 166:25,
167:3, 167:7, 169:8, 169:9,
170:12, 170:18, 170:20, 171:5,

171:10, 171:15, 173:18,
173:20, 174:3, 176:12, 176:24,
177:15, 178:20, 180:1, 180:5,
180:13, 180:14, 180:23, 181:1,
181:14, 182:4, 183:4, 183:13,
183:18, 183:25, 186:5, 186:7,
186:9, 187:20, 187:25, 188:3,
188:5, 188:10, 188:15, 189:20,
190:5, 190:7, 190:9, 190:14,
190:15, 190:19, 193:9, 194:9,
195:21, 196:3, 196:16, 197:9,
197:12, 198:4, 198:14, 198:22,
198:24, 199:6, 199:21, 200:13,
202:17, 203:8, 203:9, 203:10,
203:16, 203:17, 203:19,
203:20, 204:1, 204:3, 204:4,
206:10, 206:24, 207:22,
207:23, 207:25, 208:5, 208:9,
208:23, 209:1, 209:7, 209:14,
209:20, 209:22, 210:22, 211:7,
212:22, 212:23, 212:24, 213:3,
213:4, 214:15, 214:25, 215:11,
215:22, 215:23, 216:3, 216:5,
216:19, 217:13, 217:14,
217:17, 220:21, 221:4, 221:18,
222:14, 223:11, 223:15,
223:23, 223:25, 224:6, 224:14,
224:15, 224:18, 224:21,
224:23, 225:3, 225:4, 225:5,
225:6, 225:20, 226:21, 228:13,
229:6, 229:9, 229:14, 229:23,
230:9, 231:2, 231:6, 231:16,
231:18, 231:22, 232:5, 232:6,
232:14, 233:12, 233:15, 234:6,
234:8, 234:17, 234:18, 235:7,
235:8, 235:12, 235:16, 235:18,
235:21, 236:3, 236:12, 237:6,
237:9, 237:21, 238:22, 239:1,
240:7, 240:15, 241:7, 241:8,
241:10, 242:21, 243:4, 243:14,
243:15, 244:3, 244:16, 244:19,
244:21, 244:22, 244:24, 245:9,
245:23, 246:21, 246:24,
246:25, 247:7, 248:1, 249:12,
250:11, 252:4, 253:1, 253:2,
253:19, 253:23, 254:25, 255:9,
255:13, 256:24
**It** [2] - 171:8, 224:2
**it'll** [3] - 7:7, 7:9, 85:4
**it's** [318] - 6:8, 7:11, 10:10,
10:23, 10:25, 11:23, 12:17,
12:21, 12:22, 14:13, 16:7, 17:2,
17:20, 19:5, 19:6, 19:15, 20:2,
20:18, 21:9, 21:12, 21:23,
22:16, 24:7, 29:20, 30:6, 30:7,
30:10, 30:11, 31:4, 32:10,
32:23, 32:24, 33:8, 33:9, 34:15,
34:21, 35:7, 37:3, 39:8, 40:3,
40:4, 40:18, 41:2, 41:12, 41:13,
41:17, 42:9, 42:23, 43:2, 43:21,
44:9, 45:5, 45:24, 47:10, 47:20,

48:24, 49:7, 50:8, 50:23, 51:15,
51:16, 51:17, 52:13, 54:5, 55:2,
56:19, 57:9, 58:18, 58:23,
58:24, 59:16, 59:20, 60:18,
60:20, 60:22, 61:25, 62:4,
62:10, 62:16, 63:15, 65:18,
65:20, 66:7, 66:8, 67:19, 68:11,
68:16, 70:17, 73:6, 73:15, 74:3,
74:8, 74:10, 74:17, 77:8, 78:8,
78:25, 79:4, 79:7, 79:15, 79:17,
79:24, 80:18, 81:15, 81:18,
81:19, 82:17, 83:6, 83:13,
84:20, 85:16, 87:19, 92:19,
94:11, 94:12, 96:5, 96:7, 99:10,
99:17, 100:13, 101:10, 101:17,
101:22, 103:3, 103:4, 104:15,
105:19, 106:13, 106:21,
106:24, 109:9, 109:14, 109:25,
110:20, 113:20, 114:3, 114:14,
115:13, 115:15, 115:24,
117:14, 117:24, 118:18, 119:3,
121:4, 121:9, 122:22, 123:18,
123:20, 123:22, 124:14, 132:1,
132:6, 133:22, 138:25, 141:19,
142:11, 143:6, 143:17, 145:3,
145:16, 145:17, 145:18,
145:20, 147:7, 147:21, 147:22,
147:23, 149:11, 150:10, 152:4,
152:6, 152:11, 152:22, 153:7,
153:16, 153:18, 153:19, 154:2,
154:3, 154:22, 154:25, 155:23,
156:13, 156:14, 157:21,
157:23, 160:15, 161:8, 161:20,
162:15, 164:21, 165:4, 165:16,
167:23, 168:23, 169:24, 171:7,
171:12, 172:23, 176:19, 177:9,
177:12, 177:14, 178:2, 179:12,
179:13, 179:14, 179:20,
179:22, 179:24, 183:25, 184:4,
184:5, 186:2, 186:9, 187:2,
187:9, 187:15, 187:16, 188:5,
188:10, 188:21, 190:13, 192:5,
192:6, 192:7, 192:9, 192:11,
192:15, 192:18, 197:3, 197:13,
198:19, 198:21, 200:8, 207:4,
207:8, 213:5, 213:8, 213:12,
213:16, 213:21, 214:12, 215:1,
215:18, 216:5, 218:10, 219:18,
220:19, 221:2, 221:3, 221:23,
221:24, 222:12, 222:15, 223:2,
223:13, 228:13, 229:11,
229:17, 230:14, 231:4, 232:10,
233:13, 234:21, 235:7, 236:5,
236:8, 237:1, 237:2, 237:9,
237:11, 237:23, 238:11,
239:17, 239:18, 239:24,
240:21, 241:21, 242:5, 242:22,
243:6, 243:9, 244:1, 244:10,
244:11, 244:22, 245:24, 246:7,
247:6, 247:17, 248:7, 248:14,
248:15, 250:18, 252:9, 252:17,

252:22, 252:24, 253:1, 254:9,
254:15, 256:3
**It's** [3] - 61:2, 133:8, 177:4
**items** [1] - 51:17
**iterations** [1] - 40:2
**its** [11] - 55:17, 59:9, 83:19,
86:5, 130:7, 133:9, 179:6,
180:9, 193:13, 238:14, 248:15
**itself** [12] - 17:2, 18:11, 77:7,
77:25, 83:3, 83:18, 132:20,
140:2, 155:20, 225:1, 225:12,
232:12

## J

**jail** [1] - 49:22
**James** [1] - 195:17
**January** [3] - 121:21, 125:12,
125:13
**Japanese** [1] - 104:4
**jealous** [1] - 43:4
**Jencks** [6] - 38:10, 38:14,
38:25, 39:7, 39:25, 40:12
**jets** [2] - 42:15, 42:22
**job** [2] - 137:22, 232:18
**jobs** [1] - 140:8
**Joe** [1] - 209:15
**John** [3] - 1:16, 14:5, 65:10
**joint** [7] - 4:20, 4:21, 112:22,
115:17, 120:17, 199:15, 199:16
**joke** [5] - 25:19, 49:17, 50:6,
59:16, 125:2
**Joker** [1] - 113:24
**jokes** [1] - 35:20
**joking** [4] - 27:7, 50:11, 53:23,
59:20
**Jordan** [1] - 170:14
**JPMorgan** [1] - 132:16
**Judge** [35] - 4:12, 21:23, 73:23,
82:11, 83:25, 84:19, 86:1,
98:17, 100:2, 107:16, 112:17,
118:12, 159:12, 166:23, 182:9,
186:16, 189:3, 194:23, 197:16,
197:23, 197:25, 198:3, 198:9,
198:13, 198:18, 209:17, 220:7,
230:16, 233:22, 236:19, 239:9,
241:11, 242:15, 243:20, 248:10
**JUDGE** [1] - 1:3
**judge** [8] - 26:9, 33:7, 51:21,
55:3, 82:23, 145:16, 197:8,
243:21
**judged** [1] - 242:11
**judgment** [1] - 78:5
**July** [2] - 123:2, 124:12
**jump** [5] - 75:10, 75:12, 75:14,
78:23, 189:4
**June** [2] - 51:18, 193:9
**jurisdictional** [1] - 252:22
**jurisdictions** [1] - 248:19

**juror** [3] - 3:14, 190:15, 190:18
**jurors** [8] - 3:17, 4:12, 4:17, 5:6, 5:23, 42:1, 43:3, 192:22
**jurors'** [1] - 6:18
**jury** [96] - 4:1, 4:6, 4:8, 4:13, 6:9, 6:10, 29:23, 36:17, 42:11, 45:2, 50:10, 50:18, 52:21, 55:21, 63:12, 65:4, 65:6, 65:24, 66:1, 66:5, 66:10, 66:13, 78:6, 79:4, 79:7, 79:15, 89:12, 94:20, 102:9, 106:2, 110:23, 118:11, 129:1, 136:20, 138:16, 140:18, 141:20, 142:16, 142:20, 142:21, 142:25, 143:3, 143:4, 143:7, 143:10, 145:1, 147:23, 154:24, 165:19, 165:25, 168:10, 170:17, 171:18, 172:18, 172:20, 172:24, 176:24, 179:3, 180:20, 180:21, 181:17, 181:23, 183:1, 186:6, 188:6, 190:23, 191:10, 192:10, 192:14, 192:24, 194:7, 195:15, 195:16, 203:1, 204:19, 204:24, 207:1, 219:6, 231:19, 233:6, 240:8, 240:18, 240:19, 240:24, 247:3, 247:24, 248:20, 249:13, 249:21, 250:22, 255:11, 255:12
**jury's** [5] - 144:18, 193:25, 204:21, 238:1, 241:9
**just** [221] - 4:15, 5:22, 6:20, 6:25, 8:13, 8:18, 8:23, 9:13, 12:9, 12:23, 13:2, 17:4, 17:16, 20:1, 23:24, 25:12, 26:9, 28:11, 29:1, 29:11, 29:13, 29:23, 30:20, 31:5, 32:22, 34:6, 34:14, 34:25, 35:8, 37:1, 37:24, 38:21, 43:18, 44:15, 45:2, 45:18, 45:24, 46:2, 46:14, 46:25, 48:10, 51:10, 53:19, 54:15, 58:5, 58:23, 59:18, 60:14, 62:6, 63:25, 64:16, 66:19, 68:21, 69:18, 69:21, 69:23, 74:2, 75:3, 75:16, 78:17, 78:25, 79:9, 79:23, 80:4, 80:11, 81:1, 81:9, 81:11, 81:22, 81:25, 83:4, 83:13, 83:17, 83:23, 85:7, 86:14, 87:5, 89:16, 91:1, 91:2, 91:3, 92:25, 94:11, 95:22, 96:3, 96:10, 97:23, 97:25, 98:1, 98:2, 99:10, 99:17, 103:7, 103:19, 103:20, 104:10, 104:20, 105:11, 106:4, 107:22, 108:13, 111:1, 112:1, 112:7, 112:8, 113:1, 113:8, 117:8, 119:22, 121:9, 121:22, 124:7, 124:9, 130:14, 136:2, 138:11, 138:12, 138:14, 139:9, 140:12, 141:11, 144:8, 148:7, 148:17, 149:3, 149:11, 150:10, 152:5, 153:18, 154:10, 156:6, 159:7, 160:15, 161:1, 161:3, 161:7, 163:6, 164:4, 164:7, 165:6, 165:17, 165:18, 166:4, 166:11, 170:4, 171:15, 173:23, 174:1, 177:2, 178:22, 182:14, 184:4, 184:8, 185:17, 186:22, 187:14, 187:15, 187:24, 188:3, 189:17, 191:5, 195:14, 197:9, 200:2, 200:15, 202:6, 202:11, 203:6, 204:15, 205:13, 206:15, 207:2, 207:7, 208:1, 209:7, 213:3, 213:24, 218:2, 219:4, 219:13, 219:22, 221:22, 222:19, 225:17, 227:1, 229:14, 231:16, 231:22, 232:10, 233:4, 233:10, 233:12, 233:17, 235:20, 236:12, 236:14, 238:15, 238:20, 238:22, 240:11, 241:13, 242:22, 243:6, 246:20, 247:23, 248:8, 248:19, 249:12, 249:19, 253:11, 254:11, 254:15, 254:25, 255:14, 255:17, 256:2
**juxtaposing** [1] - 43:16

## K

**keen** [1] - 222:23
**keep** [10] - 34:18, 54:7, 81:9, 115:16, 122:21, 136:22, 171:19, 244:15, 248:7, 252:15
**keeps** [2] - 190:22, 190:23
**Kelly** [3] - 11:14, 12:4, 12:9
**kept** [3] - 71:5, 77:12, 82:19
**key** [10] - 27:11, 29:20, 29:21, 131:16, 134:22, 181:21, 181:22, 193:18, 194:5, 229:13
**keyboard** [1] - 82:9
**Kim** [13] - 95:2, 148:19, 148:20, 149:7, 150:2, 150:4, 150:7, 150:16, 152:8, 152:10, 212:9, 212:10
**kind** [32] - 3:7, 5:23, 8:21, 34:20, 66:14, 66:21, 67:18, 69:20, 71:13, 87:9, 91:5, 102:19, 108:19, 109:8, 119:22, 120:23, 149:3, 151:21, 152:9, 161:5, 162:16, 174:9, 189:3, 189:20, 192:3, 207:8, 207:13, 208:3, 212:2, 212:8, 232:22, 240:6
**kinds** [3] - 110:9, 216:14, 216:17
**Klair** [1] - 1:18
**knew** [13] - 22:12, 22:24, 27:5, 70:20, 93:13, 94:8, 105:3, 105:4, 105:6, 105:12, 201:22, 202:10, 208:18
**Knight** [14] - 25:5, 25:6, 27:4, 32:12, 32:16, 33:12, 35:14, 35:15, 37:4, 60:13, 61:14, 61:18, 61:19, 61:20
**Knight's** [2] - 33:21, 36:14
**knock** [1] - 99:21
**know** [250] - 3:8, 3:13, 4:22, 7:6, 7:24, 8:3, 8:5, 8:6, 8:17, 9:23, 10:14, 11:8, 12:15, 12:21, 12:24, 13:23, 14:7, 14:22, 14:23, 15:17, 16:15, 19:6, 19:13, 24:13, 24:18, 25:19, 27:7, 33:4, 33:5, 34:10, 34:14, 40:18, 40:20, 41:4, 41:7, 42:6, 43:8, 43:14, 49:24, 50:5, 52:23, 54:14, 56:3, 56:7, 58:5, 58:15, 58:22, 59:24, 60:12, 60:14, 60:18, 61:16, 63:2, 63:20, 63:21, 63:22, 64:5, 64:6, 66:15, 66:20, 67:2, 68:12, 68:13, 68:15, 68:17, 71:2, 71:3, 71:23, 72:4, 73:14, 73:19, 78:5, 79:10, 81:4, 81:17, 81:20, 81:25, 82:3, 83:1, 83:9, 83:10, 84:8, 85:3, 85:12, 86:23, 90:3, 91:12, 93:9, 94:11, 96:18, 96:21, 97:8, 97:9, 97:14, 99:19, 100:5, 100:20, 101:20, 103:8, 103:12, 103:24, 105:11, 105:12, 106:24, 107:5, 107:7, 108:25, 109:22, 110:1, 110:22, 113:9, 113:25, 115:24, 121:13, 124:9, 124:16, 126:19, 130:3, 132:24, 140:14, 141:12, 142:25, 143:1, 143:2, 143:23, 147:7, 147:21, 149:14, 151:3, 158:11, 158:12, 158:16, 159:16, 160:20, 161:10, 161:12, 162:18, 164:6, 164:12, 165:14, 165:17, 166:2, 166:4, 166:23, 168:25, 169:6, 169:15, 169:18, 170:11, 171:20, 172:6, 174:2, 186:15, 187:3, 189:12, 190:22, 191:5, 192:3, 192:9, 192:13, 192:18, 192:23, 196:2, 201:2, 201:17, 204:17, 205:4, 205:20, 206:20, 206:21, 208:8, 208:11, 208:12, 208:13, 209:2, 209:15, 209:21, 213:23, 215:9, 216:7, 216:13, 217:17, 220:20, 221:2, 223:21, 224:2, 225:7, 226:3, 226:6, 226:10, 227:6, 227:23, 228:15, 229:2, 229:8, 229:21, 229:22, 230:4, 230:10, 230:14, 230:19, 231:3, 231:13, 231:17, 232:20, 234:5, 234:12, 235:2, 235:8, 236:22, 236:24, 237:24, 238:4, 238:8, 238:13, 239:7, 239:11, 239:16, 239:17, 239:21, 239:23, 240:10, 240:20, 240:21, 241:15, 241:23, 242:1, 242:5, 242:9, 242:16, 243:14, 244:25, 245:25, 246:10, 246:16,

247:19, 251:24, 252:2, 253:7, 254:4, 254:7, 254:8, 254:13, 254:14, 256:3, 256:17, 256:21
**knowing** [3] - 22:6, 47:21, 47:22
**knowledge** [7] - 47:18, 54:8, 134:2, 206:3, 208:19, 209:14, 227:8
**known** [4] - 41:21, 201:23, 202:11
**knows** [9] - 48:14, 52:24, 67:10, 128:8, 157:19, 159:20, 194:18, 249:3, 249:9

**L**

**L** [2] - 106:9
**label** [2] - 166:6, 180:19
**lack** [6] - 55:20, 67:25, 82:13, 111:15, 111:16, 166:25
**ladies** [1] - 102:9
**laid** [1] - 76:9
**lanes** [1] - 12:10
**language** [6] - 30:23, 30:25, 80:10, 99:14, 107:2, 177:12
**large** [5] - 15:15, 108:14, 129:2, 203:25, 214:24
**largely** [1] - 56:2
**largest** [2] - 132:5, 134:5
**lark** [1] - 34:15
**laser** [1] - 37:2
**last** [20] - 5:21, 9:6, 31:11, 62:17, 75:8, 108:2, 110:11, 112:11, 126:6, 165:7, 170:4, 192:19, 192:23, 193:4, 196:8, 219:23, 240:12, 243:22, 248:11, 252:14
**late** [3] - 54:11, 105:19, 147:7
**later** [20] - 14:25, 48:14, 57:18, 64:1, 85:4, 85:20, 85:21, 87:25, 95:17, 95:18, 96:4, 96:6, 107:4, 116:7, 156:1, 175:19, 214:13, 214:14, 246:16, 253:22
**latitude** [1] - 182:15
**laughing** [2] - 59:12, 59:16
**Laura** [2] - 1:23, 38:8
**lavish** [1] - 43:8
**law** [14] - 9:24, 13:21, 39:22, 42:25, 43:13, 79:13, 83:24, 110:3, 110:20, 173:2, 174:10, 199:14, 233:21
**lawful** [1] - 132:1
**laws** [3] - 110:15, 125:19, 248:18
**lawyer** [5] - 37:22, 77:14, 77:17, 78:15, 78:18
**lawyers** [10] - 4:16, 6:19, 7:20, 8:2, 23:17, 41:9, 44:7, 187:4, 256:20
**lay** [8] - 59:3, 59:5, 65:14, 96:15, 201:16, 207:16, 222:19, 232:7
**layered** [1] - 147:13
**laying** [1] - 83:23
**layperson** [1] - 202:3
**lays** [1] - 210:11
**lead** [4] - 7:22, 7:24, 8:10, 34:24
**leap** [1] - 230:22
**learn** [1] - 103:9
**least** [13] - 5:24, 6:17, 11:22, 16:3, 39:5, 41:20, 67:17, 96:2, 145:4, 183:7, 188:16, 192:1, 230:4
**leave** [6] - 8:8, 9:21, 62:7, 64:18, 126:5, 169:9
**lecture** [1] - 191:2
**left** [14] - 45:15, 47:15, 108:2, 157:7, 160:15, 164:2, 164:3, 164:12, 194:7, 211:8, 211:18, 215:23
**left-hand** [1] - 45:15
**legal** [47] - 54:6, 63:7, 100:18, 104:13, 112:10, 125:2, 167:22, 169:3, 171:10, 171:12, 174:9, 180:3, 221:14, 221:18, 221:22, 221:24, 222:1, 222:2, 222:7, 222:11, 222:15, 232:3, 232:10, 232:13, 232:17, 233:3, 233:10, 233:11, 233:12, 233:13, 233:15, 233:19, 234:4, 234:6, 234:7, 234:9, 234:25, 235:1, 235:7, 235:12, 236:3, 236:17, 244:22, 248:20
**legally** [4] - 100:17, 237:2, 237:25, 242:7
**legend** [1] - 194:5
**legitimate** [1] - 97:11
**legs** [1] - 213:19
**length** [3] - 48:23, 175:5, 177:19
**lengthen** [1] - 183:23
**lengthy** [3] - 122:25, 253:3, 254:12
**lens** [1] - 209:11
**less** [9] - 50:20, 53:16, 59:6, 131:10, 133:13, 134:22, 162:13, 217:25, 254:22
**lesson** [1] - 150:10
**let** [48] - 3:7, 5:8, 5:22, 6:15, 7:25, 23:16, 27:21, 38:3, 51:4, 63:24, 64:13, 64:21, 72:8, 72:25, 78:15, 78:18, 90:12, 101:16, 110:19, 113:6, 114:2, 120:20, 126:4, 156:6, 158:18, 159:7, 165:4, 165:12, 179:24, 184:5, 190:12, 196:11, 199:1, 199:13, 203:17, 208:19, 209:23, 219:20, 220:2, 227:14, 228:4, 233:1, 233:20, 234:4, 235:13, 235:17, 239:25, 249:19
**let's** [23] - 23:17, 31:23, 78:3, 81:13, 84:11, 112:21, 124:6, 129:21, 139:6, 165:3, 166:6, 166:19, 171:22, 183:13, 198:24, 200:9, 225:21, 231:9, 239:14, 248:6, 256:25, 257:2
**letter** [4] - 5:9, 8:22, 37:22, 126:25
**letters** [3] - 38:2, 187:16, 187:17
**letting** [2] - 107:13, 107:23
**level** [3] - 69:12, 70:21, 247:5
**LEWIS** [3] - 224:9, 224:17, 224:20
**Lewis** [2] - 1:22, 224:11
**liability** [4] - 75:25, 83:19, 100:18, 237:2
**licensed** [2] - 111:6, 241:23
**lie** [5] - 59:20, 77:17, 176:4, 233:15, 246:25
**lied** [4] - 98:15, 111:1, 175:9, 255:1
**life** [2] - 5:23, 36:21
**light** [3] - 154:5, 198:4, 220:12
**like** [94] - 3:12, 5:24, 8:18, 12:9, 19:6, 28:8, 28:11, 29:11, 34:9, 41:25, 44:15, 44:16, 44:21, 44:22, 45:7, 53:23, 55:10, 59:13, 60:24, 61:14, 62:20, 66:21, 66:24, 71:19, 72:5, 74:11, 76:6, 76:7, 80:14, 81:10, 87:20, 90:18, 96:14, 99:6, 104:7, 108:10, 113:3, 114:3, 115:8, 116:22, 121:14, 124:19, 126:11, 131:1, 136:3, 138:14, 138:21, 139:12, 140:5, 146:1, 147:15, 148:1, 150:24, 151:4, 153:16, 159:17, 160:6, 160:12, 160:20, 163:20, 164:25, 167:18, 168:5, 169:3, 172:4, 178:25, 179:10, 179:22, 180:22, 183:10, 186:15, 189:3, 189:24, 191:3, 191:5, 198:7, 200:8, 206:22, 210:8, 216:24, 217:6, 218:1, 221:11, 221:18, 234:22, 235:20, 240:14, 248:16, 253:20, 256:14
**liked** [1] - 203:9
**likely** [8] - 6:5, 36:13, 39:10, 46:25, 50:20, 125:23, 150:12, 168:9
**limine** [39] - 9:25, 14:24, 37:20, 44:12, 53:13, 53:14, 54:19, 64:22, 64:25, 65:14, 73:21, 79:20, 80:5, 86:5, 86:9, 86:24, 87:12, 99:11, 111:9, 113:4, 117:1, 120:21, 171:24, 190:12, 194:16, 196:21, 197:3, 199:5, 209:19, 210:16, 217:2, 217:11,

217:12, 220:13, 229:5, 229:10, 243:18, 248:4, 248:7
**limines** [2] - 40:22, 225:22
**limit** [15] - 5:12, 74:5, 74:6, 130:21, 130:25, 131:7, 131:16, 137:5, 137:6, 137:7, 137:8, 186:12, 192:4, 252:22
**limitations** [2] - 191:23, 192:4
**limited** [3] - 188:5, 193:11, 193:21
**limiting** [3] - 19:17, 35:17, 62:5
**limits** [1] - 169:4
**Line** [1] - 80:14
**line** [33] - 48:11, 71:13, 84:25, 95:14, 104:12, 105:9, 111:14, 124:25, 126:16, 126:17, 149:19, 149:23, 150:19, 151:4, 152:1, 152:9, 153:19, 169:16, 173:14, 173:22, 175:11, 212:11, 212:12, 220:9, 226:19, 239:5, 241:18
**Lines** [1] - 115:9
**lines** [11] - 42:3, 95:3, 125:1, 137:15, 149:9, 149:13, 150:17, 152:12, 152:14, 153:16, 229:12
**link** [3] - 62:3, 225:13, 228:25
**linking** [2] - 58:22, 254:2
**Liolos** [6] - 14:3, 14:5, 25:12, 65:10, 76:21, 248:9
**LIOLOS** [101] - 14:4, 15:11, 16:5, 16:20, 17:6, 17:11, 18:6, 18:21, 18:23, 19:3, 19:8, 19:15, 19:20, 20:2, 20:19, 20:23, 30:14, 65:10, 65:12, 76:23, 78:7, 78:13, 79:16, 79:23, 80:2, 80:6, 82:23, 83:22, 84:19, 85:9, 85:15, 86:1, 100:1, 100:11, 101:9, 102:12, 102:18, 104:10, 104:20, 104:23, 105:3, 105:8, 107:16, 112:7, 166:11, 170:3, 170:9, 177:1, 177:17, 220:7, 221:17, 222:2, 222:4, 222:8, 223:17, 223:20, 223:25, 224:21, 225:5, 225:19, 225:24, 227:11, 227:17, 228:5, 228:19, 229:11, 230:8, 230:16, 231:10, 232:7, 232:16, 232:23, 233:4, 233:8, 233:17, 233:22, 234:8, 234:17, 234:24, 235:25, 236:5, 236:11, 236:19, 237:13, 237:18, 238:12, 239:4, 239:9, 239:15, 241:11, 241:21, 242:14, 243:12, 243:20, 248:10, 250:23, 251:1, 251:5, 252:8, 255:17, 255:20
**Liolos's** [1] - 26:11
**list** [18] - 7:3, 9:2, 9:3, 34:5, 48:23, 92:5, 106:7, 127:5, 137:23, 163:21, 164:6, 166:13, 170:10, 193:1, 225:2, 250:24, 251:2, 251:12
**listed** [5] - 33:18, 126:14, 127:7, 127:15, 243:2
**listen** [5] - 6:23, 33:11, 66:14, 108:22, 190:16
**listeners** [1] - 74:17
**listening** [1] - 173:20
**lists** [2] - 70:17, 160:5
**lit** [3] - 131:24, 132:12, 134:7
**literally** [4] - 32:24, 52:2, 212:17, 213:2
**litigated** [1] - 224:24
**littered** [2] - 15:17, 118:25
**little** [20] - 3:7, 5:13, 13:12, 51:25, 60:10, 74:4, 86:10, 150:4, 152:16, 154:12, 158:1, 158:9, 159:2, 169:16, 182:25, 198:4, 217:25, 240:17, 253:9
**live** [4] - 54:16, 241:1, 241:5, 249:2
**lives** [2] - 25:22, 35:23
**living** [3] - 145:25, 240:5, 240:11
**load** [3] - 119:8, 135:1, 247:17
**loaded** [1] - 119:23
**loading** [4] - 119:9, 245:9, 245:20, 245:22
**lock** [1] - 244:9
**Lolio** [1] - 1:16
**long** [38] - 3:17, 5:18, 30:10, 30:11, 39:21, 40:18, 71:10, 71:21, 72:1, 72:9, 72:17, 73:1, 102:1, 102:2, 103:10, 125:1, 148:5, 174:16, 174:19, 174:20, 174:22, 174:23, 175:4, 175:16, 175:24, 176:1, 176:10, 176:23, 177:7, 177:18, 177:21, 192:19, 192:22, 227:4, 230:22, 234:14, 245:17, 256:24
**longer** [6] - 122:22, 131:19, 139:5, 143:9, 160:10, 211:6
**look** [53] - 5:24, 14:7, 20:23, 21:11, 40:20, 40:22, 41:16, 43:4, 48:11, 57:4, 61:16, 77:1, 77:21, 92:20, 92:21, 97:7, 102:5, 124:6, 130:2, 131:1, 131:11, 132:3, 133:13, 133:19, 136:1, 136:4, 136:24, 137:13, 138:12, 138:15, 138:22, 139:4, 139:17, 140:13, 147:15, 153:14, 153:15, 153:18, 184:11, 185:12, 186:24, 187:12, 187:13, 192:21, 196:20, 215:10, 215:12, 221:19, 222:10, 222:18, 229:6, 232:9, 233:2
**looked** [13] - 135:13, 145:15, 170:12, 225:8, 234:2, 249:5, 249:7, 249:8, 249:10, 252:12, 252:18, 252:19, 255:25
**looking** [23] - 14:14, 31:21, 53:24, 65:2, 77:20, 110:4, 110:5, 122:22, 126:5, 151:2, 191:15, 191:17, 211:11, 213:11, 218:21, 221:12, 229:4, 240:11, 242:23, 248:17, 249:3, 249:14, 254:13
**looks** [5] - 76:24, 136:3, 140:4, 150:24, 151:4
**loosely** [1] - 62:23
**lose** [4] - 18:3, 19:7, 28:7, 68:13
**loser** [1] - 72:25
**losing** [2] - 83:9, 105:20
**lost** [15] - 10:22, 13:18, 27:12, 27:18, 28:5, 28:9, 28:12, 28:13, 31:15, 68:13, 70:19, 82:25, 83:12, 83:16, 126:7
**lot** [36] - 8:4, 28:8, 60:14, 60:16, 64:24, 65:13, 65:17, 67:11, 68:5, 69:13, 69:19, 70:1, 71:7, 71:17, 73:19, 81:10, 90:21, 91:15, 118:19, 119:7, 119:12, 130:3, 140:5, 147:2, 166:9, 183:3, 184:1, 196:19, 197:23, 201:12, 203:24, 220:13, 220:18, 226:9, 230:24, 240:5
**lots** [1] - 189:24
**love** [1] - 140:9
**low** [4] - 72:21, 91:19, 123:14, 131:6
**low-percentage** [1] - 72:21
**luck** [1] - 41:21
**Luis** [2] - 1:19, 74:1
**lump** [1] - 45:8
**lunch** [2] - 6:10, 166:19
**luxury** [1] - 42:11
**lying** [2] - 58:9, 58:11
**lyric** [1] - 54:5
**lyrics** [1] - 54:8

## M

**M** [2] - 1:23, 106:9
**M-E-L-L-E-Y** [1] - 106:9
**Machine** [2] - 46:21, 49:3
**mad** [2] - 43:3, 43:4
**made** [56] - 8:23, 13:22, 23:12, 25:19, 28:1, 29:22, 49:5, 51:2, 56:4, 68:14, 74:16, 83:16, 85:21, 91:11, 93:20, 96:23, 97:9, 98:10, 98:14, 102:6, 102:10, 102:11, 104:5, 105:24, 114:22, 115:7, 115:11, 116:8, 118:7, 120:14, 123:16, 124:21, 124:23, 125:10, 125:12, 126:11, 128:14, 128:23, 129:23, 135:13, 135:15, 137:13, 137:25, 138:3, 140:12, 161:11, 165:12, 195:24, 210:7,

210:16, 210:25, 214:13, 214:22, 222:25, 249:23, 254:1
**main** [2] - 22:3, 87:19
**maintain** [1] - 177:7
**major** [5] - 26:17, 57:16, 57:18, 105:14, 115:13
**majority** [1] - 210:18
**make** [52] - 7:4, 17:24, 17:25, 18:1, 18:13, 19:9, 28:4, 32:16, 34:22, 35:24, 37:1, 43:3, 43:4, 50:19, 55:6, 61:8, 72:9, 76:19, 84:15, 89:25, 90:18, 94:13, 94:22, 96:5, 100:5, 100:8, 103:16, 105:17, 113:2, 118:2, 119:21, 138:2, 139:12, 143:5, 146:19, 147:14, 150:10, 150:13, 159:7, 163:21, 164:20, 166:9, 189:5, 205:18, 206:17, 207:2, 207:7, 208:1, 209:7, 239:7
**maker** [1] - 77:19
**makes** [6] - 12:24, 64:16, 77:12, 104:1, 143:14, 214:17
**making** [15] - 25:14, 33:14, 59:16, 61:15, 80:13, 96:17, 109:4, 140:8, 141:7, 141:8, 211:5, 214:6, 216:1, 218:3, 245:10
**Male** [4] - 57:6, 57:11, 64:5, 64:6
**male** [2] - 64:11, 64:12
**males** [1] - 86:17
**man** [4] - 17:21, 77:11, 78:15, 101:22
**managed** [1] - 223:1
**management** [1] - 254:6
**MANAGER** [1] - 3:23
**manifestation** [1] - 66:1
**manipulate** [1] - 121:10
**manipulated** [1] - 254:18
**manipulation** [4] - 168:21, 237:20, 251:20, 253:20
**manipulative** [1] - 129:5
**manner** [1] - 70:18
**manual** [1] - 107:23
**manually** [2] - 121:10, 130:4
**many** [22] - 27:24, 27:25, 29:13, 38:22, 41:25, 80:15, 123:12, 128:22, 129:14, 149:15, 163:11, 167:17, 171:8, 184:8, 184:23, 185:16, 191:3, 197:25, 224:24, 240:13, 251:21
**Mapp** [2] - 173:3, 173:13
**March** [2] - 1:13, 258:12
**marginal** [1] - 72:21
**Maria** [3] - 120:22, 135:22, 167:3
**marker** [1] - 66:18
**market** [33] - 22:11, 22:15, 22:21, 27:2, 29:3, 57:18, 57:24, 59:11, 59:15, 59:23, 69:8, 70:10, 99:4, 100:21, 101:1, 113:2, 130:23, 130:24, 171:2, 176:15, 177:14, 211:21, 223:9, 225:12, 228:23, 231:12, 237:20, 239:16, 239:18, 250:5, 251:19, 253:17, 253:19
**marketplace** [1] - 229:24
**markets** [8] - 94:22, 201:24, 202:4, 202:8, 206:22, 239:19, 239:20, 239:22
**marks** [2] - 231:8, 231:9
**Marrero** [1] - 68:3
**massive** [2] - 28:22, 144:3
**match** [5] - 29:6, 88:10, 88:14, 91:24, 132:18
**matches** [1] - 222:14
**material** [9] - 26:19, 38:25, 39:7, 39:10, 40:13, 78:9, 85:22, 124:23, 162:17
**materiality** [11] - 16:16, 19:18, 19:21, 76:15, 76:18, 76:22, 76:24, 77:20, 81:2, 223:4, 247:8
**materially** [1] - 77:13
**materials** [1] - 227:22
**math** [2] - 128:8, 231:2
**mathematically** [1] - 127:22
**Matlock** [15] - 24:25, 74:1, 210:8, 210:17, 212:15, 214:22, 215:13, 217:8, 227:19, 232:1, 234:3, 234:10, 236:23, 247:18
**Matlock's** [3] - 209:19, 228:21, 232:8
**matter** [19] - 9:14, 13:14, 13:21, 55:20, 74:15, 74:24, 78:16, 79:13, 102:25, 103:21, 131:19, 132:25, 143:17, 159:10, 237:21, 237:25, 244:22, 256:3, 258:9
**matters** [7] - 33:24, 41:8, 78:17, 103:1, 146:15, 199:19, 244:23
**Matthew** [1] - 1:18
**maximize** [2] - 20:10, 20:25
**may** [45] - 8:11, 21:21, 29:15, 30:21, 53:19, 61:4, 73:24, 78:10, 80:7, 81:23, 87:18, 89:15, 92:18, 92:19, 98:23, 102:2, 103:2, 104:16, 109:10, 109:16, 111:4, 111:7, 118:4, 124:22, 153:4, 159:25, 162:13, 165:23, 182:17, 191:23, 197:8, 200:4, 200:5, 201:19, 204:3, 204:5, 205:22, 205:23, 237:9, 240:7, 249:18
**maybe** [16] - 9:7, 13:12, 27:6, 28:15, 85:4, 101:10, 123:14, 138:14, 140:14, 154:9, 190:13, 192:5, 193:7, 225:14, 235:18, 236:24
**me** [96] - 3:7, 4:21, 4:23, 4:24, 5:8, 9:8, 12:22, 23:16, 27:21, 28:21, 30:7, 32:10, 38:3, 44:17, 48:19, 50:17, 50:18, 51:4, 52:8, 52:9, 54:7, 55:11, 57:8, 63:24, 64:5, 64:13, 64:21, 66:15, 69:3, 72:9, 73:9, 75:11, 77:3, 78:15, 78:18, 81:21, 101:16, 102:21, 103:2, 103:25, 105:18, 108:18, 111:18, 120:20, 126:4, 126:11, 131:3, 131:9, 134:24, 137:10, 138:6, 148:11, 150:6, 151:24, 152:5, 153:3, 153:8, 153:24, 154:8, 155:12, 156:6, 158:22, 159:7, 161:1, 165:4, 165:12, 174:21, 175:23, 179:23, 179:24, 186:3, 190:13, 192:18, 196:11, 197:20, 199:1, 199:13, 199:14, 209:15, 209:18, 209:23, 217:15, 219:20, 220:2, 221:16, 222:3, 223:24, 224:22, 225:17, 228:4, 235:17, 239:25, 241:8, 249:19, 250:24, 256:4
**meals** [1] - 146:12
**mean** [149] - 3:12, 4:4, 4:10, 6:20, 7:7, 7:9, 7:19, 8:4, 8:12, 11:23, 15:3, 15:25, 19:18, 23:23, 28:3, 28:4, 34:3, 55:7, 64:3, 64:4, 64:6, 66:14, 68:15, 68:22, 69:4, 70:23, 71:4, 71:5, 73:5, 73:9, 73:15, 76:1, 79:5, 79:9, 79:19, 79:23, 81:8, 81:20, 82:1, 82:17, 83:21, 84:16, 86:4, 86:16, 90:20, 92:14, 96:18, 97:4, 97:5, 97:18, 100:3, 101:14, 101:24, 101:25, 102:22, 103:19, 104:5, 106:1, 108:25, 110:19, 110:24, 111:23, 113:3, 113:8, 113:25, 114:7, 115:24, 116:1, 119:9, 120:5, 127:22, 139:4, 161:2, 162:10, 162:11, 163:24, 164:4, 164:13, 166:1, 173:18, 178:10, 180:1, 180:6, 182:9, 190:16, 191:3, 191:12, 192:7, 192:9, 194:19, 194:21, 198:6, 198:11, 203:7, 203:8, 203:18, 208:13, 208:17, 209:5, 214:2, 214:13, 214:16, 215:14, 215:22, 222:11, 225:16, 225:25, 226:3, 226:12, 226:16, 228:6, 228:8, 229:4, 230:9, 230:14, 230:18, 231:16, 231:22, 232:5, 232:15, 232:17, 232:22, 233:24, 234:21, 235:4, 235:17, 235:24, 237:1, 237:8, 237:21, 239:1, 240:1, 240:2, 240:7, 240:8, 240:10, 241:21, 242:1, 242:3, 243:12, 245:21, 246:24, 247:9, 248:13, 250:16, 254:12, 256:14
**meaning** [6] - 22:20, 57:17,

147:12, 174:24, 175:3, 177:17
**means** [13] - 6:11, 63:11, 71:9,
86:6, 110:1, 113:13, 113:25,
131:14, 176:10, 176:14,
179:22, 218:20, 244:6
**meant** [2] - 147:22, 147:23
**measure** [2] - 175:4, 177:18
**meat** [1] - 189:21
**Meat** [3] - 60:10, 60:14, 60:25
**mechanical** [1] - 2:6
**media** [18] - 20:8, 21:6, 41:18,
51:25, 52:19, 80:17, 202:22,
202:23, 203:2, 203:24, 207:13,
208:8, 242:6, 248:25, 249:8,
251:21, 252:20, 254:14
**meet** [2] - 179:6, 180:22
**Melley** [23] - 87:21, 106:9,
111:5, 120:22, 167:4, 167:6,
167:14, 167:25, 168:19,
169:11, 169:13, 169:25, 170:5,
170:16, 175:1, 176:6, 176:16,
176:22, 177:11, 201:13, 202:2,
226:2, 226:4
**Melley's** [2] - 168:8, 175:13
**member** [1] - 56:23
**members** [4] - 4:16, 21:3, 21:4,
248:15
**meme** [1] - 241:14
**memory** [2] - 3:15, 39:21
**mental** [3] - 227:8, 227:12,
227:15
**mention** [4] - 66:9, 115:19,
115:20, 140:23
**mentioned** [9] - 5:21, 8:5,
112:13, 117:19, 123:11,
137:19, 149:4, 190:25, 217:12
**mere** [1] - 72:20
**merely** [1] - 94:21
**merger** [3] - 91:13, 104:8,
226:11
**mess** [2] - 33:15, 166:4
**message** [4] - 56:14, 61:9,
71:18, 150:20
**messages** [18] - 18:15, 63:21,
86:15, 147:14, 147:21, 149:16,
149:17, 149:18, 149:24,
156:21, 157:8, 157:11, 157:14,
158:4, 185:11, 198:16
**met** [5] - 56:2, 56:3, 66:7,
192:19, 252:3
**Mexico** [2] - 50:17, 109:13
**Miami** [1] - 48:5
**mic** [1] - 47:4
**Michael** [1] - 1:24
**microphone** [2] - 10:5, 21:25
**middle** [10] - 4:17, 6:4, 41:22,
44:16, 45:19, 47:9, 47:21,
53:16, 97:9, 148:15
**midst** [1] - 212:17
**might** [16] - 7:14, 34:9, 55:7,

72:9, 77:16, 89:9, 95:10, 98:6,
105:16, 162:13, 164:7, 192:23,
197:18, 235:5, 237:6
**mile** [1] - 139:5
**million** [14] - 22:19, 22:21, 27:2,
57:19, 117:14, 122:10, 123:15,
137:11, 212:22, 212:24, 214:9
**millions** [5] - 80:13, 115:7,
214:22
**millisecond** [1] - 176:9
**mind** [8] - 6:17, 122:22, 171:20,
194:13, 216:7, 221:1, 227:3,
244:23
**minds** [1] - 35:22
**mine** [1] - 151:3
**mines** [1] - 227:21
**mini** [4] - 186:19, 187:21,
249:16
**mini-trial** [3] - 187:21, 249:16
**mini-trials** [1] - 186:19
**minimum** [2] - 35:16, 140:23
**minions** [1] - 63:13
**minute** [9] - 27:21, 58:6, 71:18,
86:14, 97:4, 117:13, 118:2,
246:19
**minutes** [13] - 5:11, 5:13, 72:20,
95:17, 95:18, 126:12, 134:11,
175:19, 214:13, 246:8, 246:16,
246:21
**mischief** [1] - 29:12
**misheard** [1] - 222:4
**misleading** [29] - 14:17, 15:19,
16:9, 17:11, 19:11, 21:14,
21:15, 29:2, 42:13, 42:23,
43:17, 50:23, 67:16, 85:2,
122:13, 129:4, 138:9, 139:24,
141:6, 141:20, 142:4, 142:9,
142:10, 160:19, 168:12,
168:17, 168:22, 172:16, 179:13
**misled** [3] - 230:12, 230:14,
236:10
**misnomer** [1] - 74:4
**misses** [1] - 144:20
**missing** [5] - 18:7, 232:4,
232:5, 232:6, 235:24
**mistake** [1] - 190:7
**mistaken** [1] - 250:24
**Mitchell** [2] - 38:8, 183:7
**mix** [1] - 75:4
**mock** [2] - 50:6, 52:7
**mocking** [1] - 49:15
**Mole** [1] - 156:8
**moment** [3] - 77:3, 197:9,
215:18
**Monday** [3] - 4:8, 5:20, 54:12
**money** [91] - 10:10, 10:18,
10:22, 11:1, 11:9, 11:11, 11:14,
12:5, 12:7, 12:11, 12:18, 13:6,
13:8, 13:18, 14:10, 14:14,
14:19, 15:3, 15:19, 15:24, 16:9,

16:18, 17:1, 17:8, 17:10, 17:12,
17:24, 17:25, 18:1, 18:3, 18:13,
18:21, 18:25, 19:1, 19:9, 20:13,
21:18, 22:7, 24:7, 24:17, 25:14,
26:13, 27:8, 27:12, 27:14,
27:18, 28:1, 28:4, 28:5, 28:7,
28:9, 28:12, 28:13, 30:17, 31:1,
31:15, 32:16, 34:6, 34:22,
35:24, 36:6, 43:24, 62:13,
68:13, 68:14, 70:19, 82:1,
82:25, 83:10, 83:12, 83:16,
84:15, 84:23, 85:2, 85:8, 85:13,
85:21, 94:3, 94:13, 94:22,
100:5, 100:8, 103:16, 105:21,
114:1, 126:7, 128:20, 140:8,
140:12, 216:22, 222:25
**monitor** [1] - 152:12
**montage** [4] - 44:12, 65:19,
67:3, 67:5
**month** [5] - 30:8, 30:9, 123:4,
123:13, 253:7
**months** [10] - 20:20, 25:21,
28:10, 28:18, 72:23, 82:8, 85:4,
107:7, 185:4, 253:8
**moon** [1] - 244:17
**more** [62] - 5:13, 5:15, 5:25, 7:4,
9:9, 13:12, 25:14, 32:25, 33:9,
34:6, 34:10, 35:6, 39:8, 49:12,
50:20, 53:3, 53:4, 53:5, 55:9,
57:15, 62:16, 64:16, 64:25,
72:24, 87:7, 89:20, 111:19,
114:15, 121:6, 128:14, 128:16,
128:22, 130:3, 138:7, 140:5,
147:17, 150:4, 150:11, 150:14,
152:16, 157:24, 162:13, 168:7,
170:14, 181:25, 184:18, 192:5,
196:17, 205:25, 206:4, 217:4,
217:5, 227:13, 228:16, 244:19,
245:13, 253:10, 253:23,
254:22, 255:24, 255:25
**morning** [10] - 10:6, 14:4, 38:7,
47:5, 51:12, 191:1, 191:14,
214:4, 254:23, 257:1
**most** [20] - 32:16, 34:1, 34:17,
36:13, 44:21, 47:16, 53:22,
54:17, 78:17, 128:12, 148:11,
175:3, 177:17, 179:11, 184:8,
185:3, 186:17, 215:3, 246:7,
256:21
**mostly** [1] - 63:23
**motion** [79] - 9:5, 9:8, 9:12,
10:8, 11:5, 12:25, 14:6, 14:24,
16:6, 16:13, 23:18, 38:9, 40:16,
44:6, 44:11, 53:13, 54:19, 55:8,
64:22, 73:20, 76:9, 79:19, 80:4,
86:5, 86:9, 86:24, 87:12, 89:18,
97:15, 111:9, 112:22, 112:24,
113:4, 115:16, 115:17, 117:1,
117:2, 120:21, 122:4, 141:23,
143:1, 167:3, 167:5, 167:9,

169:14, 169:24, 171:23, 174:7,
180:25, 181:18, 183:6, 183:7,
190:12, 191:24, 193:4, 194:16,
196:2, 196:13, 196:21, 197:2,
199:5, 199:15, 199:16, 201:15,
206:8, 209:19, 210:16, 217:1,
217:11, 217:12, 220:3, 225:21,
229:5, 229:10, 230:4, 236:15,
243:17, 248:7
**motions** [16] - 6:8, 9:2, 9:24,
35:19, 37:20, 37:23, 38:4, 38:5,
40:21, 41:1, 54:24, 64:25,
65:13, 112:9, 220:13, 248:4
**motive** [1] - 83:16
**move** [12] - 40:22, 46:3, 56:21,
64:22, 113:2, 120:20, 164:17,
184:20, 201:10, 212:4, 247:4,
250:14
**moved** [5] - 69:16, 99:11, 99:13,
100:21, 193:24
**movement** [3] - 90:23, 94:21,
246:13
**movements** [2] - 242:25, 246:3
**moving** [5] - 33:23, 87:24,
151:22, 211:21, 219:12
**Mr** [255] - 5:9, 5:10, 5:16, 6:7,
6:13, 6:22, 7:15, 8:13, 9:1, 9:7,
9:12, 9:15, 10:5, 14:1, 14:3,
16:13, 22:15, 23:3, 23:14,
23:21, 24:24, 24:25, 25:5, 25:6,
25:7, 25:12, 26:11, 26:16, 27:4,
31:13, 31:23, 32:12, 32:14,
32:16, 35:15, 37:4, 37:9, 39:18,
41:1, 41:4, 41:5, 42:16, 42:21,
44:11, 44:15, 44:19, 44:25,
45:5, 45:7, 45:16, 46:6, 47:6,
47:8, 47:9, 47:12, 47:17, 47:18,
47:20, 47:25, 48:4, 48:5, 49:9,
49:15, 50:2, 50:16, 50:22, 51:1,
51:20, 53:20, 53:21, 53:22,
54:19, 55:15, 57:7, 57:10, 58:4,
59:9, 59:12, 60:2, 60:8, 62:18,
63:5, 65:19, 72:9, 72:15, 76:21,
85:12, 95:8, 95:22, 96:17,
96:23, 97:1, 102:8, 105:14,
108:19, 109:3, 110:4, 112:25,
114:24, 115:1, 116:3, 117:3,
117:7, 117:8, 117:18, 119:17,
120:21, 120:22, 120:23,
121:19, 122:4, 123:8, 129:17,
133:25, 138:8, 138:13, 138:17,
138:19, 139:7, 139:24, 140:24,
141:5, 141:21, 148:2, 148:10,
148:14, 149:13, 149:19,
149:20, 149:21, 149:23,
149:24, 150:9, 150:10, 150:18,
150:21, 151:15, 151:24,
152:21, 153:2, 154:8, 154:10,
154:13, 155:14, 158:20,
159:10, 163:4, 164:24, 167:5,

167:6, 167:9, 167:14, 167:25,
168:8, 168:19, 169:11, 169:13,
170:5, 170:7, 170:12, 170:16,
172:1, 172:2, 173:17, 174:1,
174:8, 174:14, 175:1, 175:8,
175:13, 175:16, 175:18,
175:25, 176:6, 176:8, 176:16,
176:22, 177:2, 177:11, 179:21,
182:7, 182:20, 183:9, 188:25,
189:11, 189:18, 189:19,
195:23, 196:12, 196:14, 197:2,
197:14, 197:21, 198:16,
198:17, 199:1, 199:17, 199:18,
201:13, 202:2, 208:10, 209:19,
210:8, 210:17, 212:6, 212:13,
212:15, 214:22, 215:13,
215:21, 217:8, 218:23, 219:11,
223:25, 224:3, 224:11, 224:13,
226:2, 226:4, 227:19, 228:21,
230:4, 231:8, 231:9, 232:1,
232:8, 234:3, 234:10, 236:23,
241:20, 242:21, 243:17, 246:2,
247:10, 247:16, 247:18, 248:9,
254:17, 254:22, 255:20
**MR** [390] - 6:24, 9:11, 9:13, 9:22,
10:2, 10:6, 12:2, 13:2, 14:3,
14:4, 15:11, 16:5, 16:20, 17:6,
17:11, 18:6, 18:21, 18:23, 19:3,
19:8, 19:15, 19:20, 20:2, 20:19,
20:23, 21:21, 22:2, 23:20,
23:25, 25:4, 25:6, 25:10, 25:16,
26:4, 26:9, 27:24, 28:6, 28:17,
30:14, 30:20, 32:2, 32:4, 32:12,
32:20, 34:3, 34:13, 35:8, 35:20,
37:1, 38:16, 39:20, 40:15,
40:17, 41:6, 47:5, 48:10, 48:21,
51:21, 54:4, 54:10, 54:15,
54:25, 55:3, 55:9, 55:13, 57:12,
60:7, 64:12, 64:15, 64:18,
65:10, 65:12, 66:18, 67:4,
67:10, 69:5, 71:7, 71:15, 73:7,
73:23, 73:24, 76:3, 76:16,
76:20, 76:23, 78:7, 78:13,
79:16, 79:23, 80:2, 80:6, 80:7,
81:8, 82:11, 82:23, 83:22, 84:7,
84:19, 85:9, 85:15, 86:1, 86:20,
87:1, 87:18, 88:8, 88:16, 89:8,
89:15, 90:20, 91:9, 91:14,
92:17, 92:24, 93:8, 93:21, 94:3,
94:23, 96:3, 96:20, 97:25,
98:17, 98:23, 99:2, 99:19,
100:1, 100:9, 100:11, 101:9,
102:12, 102:18, 103:7, 103:22,
104:10, 104:20, 104:23, 105:3,
105:8, 105:13, 106:4, 107:14,
107:16, 108:6, 109:3, 109:10,
109:23, 110:11, 111:2, 111:4,
111:12, 111:13, 111:25, 112:4,
112:7, 112:17, 113:7, 114:10,
115:3, 115:6, 115:18, 115:20,
116:4, 117:5, 117:7, 118:12,

119:11, 120:4, 120:7, 120:25,
121:3, 121:4, 121:15, 121:20,
123:20, 123:25, 124:4, 124:14,
126:8, 126:10, 130:1, 139:1,
141:4, 141:22, 145:20, 145:23,
148:4, 148:16, 151:1, 151:6,
151:8, 151:11, 151:16, 151:19,
152:1, 152:8, 152:11, 152:14,
152:15, 152:21, 152:24, 153:9,
153:14, 153:20, 153:22,
154:12, 154:14, 154:16,
154:22, 155:2, 155:6, 155:8,
156:5, 156:7, 156:10, 156:13,
158:18, 159:12, 160:3, 161:13,
162:9, 162:21, 163:3, 163:6,
163:15, 163:18, 164:1, 164:5,
164:15, 165:1, 166:11, 167:8,
167:13, 169:12, 170:3, 170:9,
172:1, 172:6, 173:20, 174:5,
174:11, 174:18, 174:23,
175:25, 177:1, 177:17, 178:15,
181:2, 182:9, 182:17, 182:19,
183:5, 183:15, 187:10, 187:24,
189:3, 189:9, 193:23, 194:14,
194:23, 195:2, 196:16, 196:23,
197:8, 197:11, 197:15, 197:16,
197:23, 198:9, 198:13, 198:18,
198:21, 199:10, 199:17,
200:11, 200:19, 201:9, 202:15,
202:20, 204:12, 205:3, 205:6,
205:17, 206:7, 206:15, 207:7,
207:12, 208:6, 208:15, 208:21,
209:6, 209:17, 209:20, 210:1,
210:6, 211:13, 212:7, 213:7,
213:8, 213:15, 214:1, 214:19,
215:9, 215:14, 216:15, 217:3,
217:6, 217:10, 217:16, 218:13,
218:17, 218:18, 218:24, 219:4,
219:12, 219:16, 219:18,
219:22, 220:1, 220:7, 221:17,
222:2, 222:4, 222:8, 223:17,
223:20, 223:25, 224:9, 224:12,
224:17, 224:20, 224:21, 225:3,
225:5, 225:19, 225:24, 227:11,
227:17, 228:5, 228:19, 229:11,
230:8, 230:16, 231:10, 232:7,
232:16, 232:23, 233:4, 233:8,
233:17, 233:22, 234:8, 234:17,
234:24, 235:25, 236:5, 236:11,
236:19, 237:13, 237:18,
238:12, 239:4, 239:9, 239:15,
241:11, 241:21, 242:14,
243:12, 243:20, 243:21,
243:25, 247:9, 248:10, 249:18,
250:23, 251:1, 251:4, 251:5,
251:6, 251:10, 252:8, 253:3,
253:14, 253:24, 254:20, 255:4,
255:6, 255:12, 255:15, 255:17,
255:20, 257:3
**Mrs** [3] - 145:14, 147:11, 157:19
**MS** [40] - 25:9, 25:11, 33:4,

34:18, 37:17, 38:7, 44:10, 45:11, 45:15, 46:2, 46:18, 51:1, 51:6, 51:9, 51:14, 53:19, 54:2, 72:8, 73:12, 118:4, 153:4, 153:25, 154:3, 154:6, 154:25, 155:4, 155:13, 159:1, 159:6, 159:25, 164:17, 181:6, 181:10, 193:3, 195:5, 196:1, 196:10, 199:3, 199:12, 206:10
**Ms** [35] - 95:2, 95:6, 107:3, 118:15, 118:17, 125:16, 125:18, 126:1, 127:8, 127:19, 135:13, 135:15, 135:22, 137:9, 137:19, 138:20, 139:9, 140:17, 148:19, 148:20, 149:7, 150:2, 150:4, 150:7, 150:16, 152:8, 152:10, 169:13, 181:3, 194:1, 194:7, 212:9, 212:10, 230:25
**much** [12] - 4:15, 21:24, 121:5, 123:11, 128:16, 143:3, 169:5, 171:20, 180:3, 197:4, 214:20, 218:9
**multibillion** [1] - 26:17
**multiple** [15] - 3:10, 13:15, 17:7, 56:19, 72:20, 72:23, 73:6, 94:16, 109:11, 130:22, 146:24, 178:18, 178:25, 243:2
**MURTHA** [7] - 172:1, 172:6, 174:18, 174:23, 175:25, 178:15, 181:2
**Murtha** [4] - 1:24, 172:1, 174:1, 174:14
**murtha** [1] - 177:2
**musical** [1] - 54:8
**must** [7] - 11:19, 12:18, 129:7, 129:9, 246:17
**mutual** [1] - 57:21
**my** [117] - 3:15, 6:17, 9:11, 15:4, 16:11, 17:3, 24:24, 26:15, 27:4, 27:9, 28:18, 36:20, 38:20, 39:20, 40:17, 40:20, 49:14, 50:2, 50:17, 54:8, 55:14, 55:18, 56:2, 56:23, 56:25, 57:9, 57:12, 58:9, 58:18, 60:8, 60:17, 61:3, 61:7, 61:11, 61:12, 61:18, 62:8, 62:24, 63:5, 63:17, 70:21, 72:9, 76:7, 78:11, 80:8, 80:10, 80:22, 80:23, 82:2, 93:22, 96:12, 99:17, 101:16, 102:10, 103:12, 105:20, 108:24, 109:12, 115:6, 118:5, 122:3, 122:13, 122:19, 123:3, 124:2, 125:6, 125:21, 125:25, 126:2, 126:15, 127:1, 127:13, 128:1, 129:2, 129:16, 130:13, 131:15, 132:9, 133:3, 134:12, 135:16, 135:23, 136:11, 136:17, 137:9, 147:18, 153:2, 160:24, 161:22, 163:18, 166:5, 181:7, 182:22, 184:10, 184:17, 185:16, 186:22, 191:6, 194:12, 199:13, 204:11, 205:6, 209:24, 212:16, 213:11, 213:12, 217:7, 228:9, 228:13, 231:19, 241:15, 244:4, 244:19, 244:23, 249:24, 256:16, 257:6
**My** [2] - 126:17, 127:6
**myself** [2] - 124:5, 183:8
**MyZell** [1] - 60:15

## N

**nail** [3] - 26:6, 33:7, 235:25
**name** [9] - 8:5, 46:5, 49:9, 60:7, 60:12, 62:17, 123:8, 131:25, 165:18
**names** [2] - 60:2, 89:22
**nanoseconds** [1] - 128:11
**narrative** [3] - 61:3, 63:1, 245:19
**narrow** [3] - 113:9, 167:14, 171:15
**narrowly** [1] - 167:19
**NASDAQ** [2] - 131:21, 132:12
**natural** [3] - 61:16, 78:9, 78:10
**naturally** [1] - 77:18
**nature** [4] - 3:14, 47:14, 149:11, 255:3
**Neal** [1] - 1:21
**near** [3] - 21:25, 29:16, 109:1
**nearly** [1] - 55:20
**necessarily** [6] - 10:1, 11:24, 16:12, 38:1, 120:8, 256:12
**necessary** [1] - 161:18
**need** [37] - 4:24, 7:22, 40:22, 50:10, 50:18, 51:7, 64:3, 80:8, 84:13, 90:8, 107:25, 121:17, 125:24, 129:15, 136:7, 137:9, 137:17, 141:10, 143:3, 167:7, 180:22, 182:14, 188:15, 189:1, 190:22, 191:6, 197:9, 213:10, 228:12, 240:16, 240:23, 244:21, 244:24, 250:16, 252:21, 255:8, 256:20
**needed** [1] - 141:9
**needs** [5] - 38:6, 62:5, 79:24, 140:19, 256:22
**nefarious** [6] - 68:22, 132:1, 149:10, 179:5, 245:20, 246:17
**negate** [1] - 70:9
**negligence** [3] - 70:14, 223:4, 237:3
**negligible** [1] - 127:23
**neither** [2] - 63:11, 210:23
**Neuro** [2] - 126:23, 126:24
**NEURO** [1] - 126:24
**neutral** [2] - 165:15, 166:16
**never** [16] - 35:12, 36:16, 36:17, 44:22, 45:23, 62:4, 73:18, 82:2, 90:11, 103:12, 106:10, 141:9, 147:18, 233:24, 238:11, 250:19
**New** [2] - 22:6, 131:21
**new** [5] - 97:24, 106:8, 139:23, 171:25, 245:5
**newly** [1] - 195:17
**news** [10] - 71:12, 105:14, 119:20, 119:23, 226:11, 226:14, 226:16, 227:18, 228:1, 238:14
**newspaper** [1] - 36:20
**next** [44] - 6:7, 7:3, 7:5, 7:7, 7:10, 7:13, 8:14, 8:25, 23:19, 48:15, 56:21, 62:11, 67:7, 69:2, 75:18, 75:23, 82:8, 84:1, 84:12, 87:13, 91:19, 99:17, 103:9, 109:8, 109:24, 114:21, 120:17, 122:15, 125:4, 127:5, 133:18, 133:20, 136:8, 149:25, 164:6, 174:15, 178:5, 185:14, 192:25, 195:3, 195:20, 215:16, 216:6, 217:9
**nice** [2] - 42:4, 105:16
**Nichole** [3] - 2:1, 258:14, 258:15
**nine** [1] - 128:6
**nine-thousandths** [1] - 128:6
**nip** [1] - 165:4
**NKnight** [4] - 134:4, 134:8, 135:18, 141:18
**no** [121] - 6:16, 6:24, 9:22, 11:18, 17:9, 23:4, 24:1, 25:7, 26:25, 28:17, 31:19, 37:5, 45:4, 45:6, 47:10, 47:18, 47:25, 50:13, 57:12, 60:19, 61:3, 61:7, 61:18, 63:11, 63:16, 63:17, 65:22, 66:4, 66:9, 67:1, 69:14, 73:1, 73:10, 85:14, 95:21, 99:2, 108:10, 108:21, 111:21, 114:15, 116:10, 123:23, 131:19, 133:4, 133:5, 133:6, 140:3, 143:5, 143:7, 143:9, 143:21, 143:22, 144:3, 147:21, 154:14, 155:11, 156:5, 158:8, 160:10, 161:10, 165:1, 168:24, 169:2, 172:13, 173:22, 174:5, 176:4, 177:3, 181:14, 184:5, 187:9, 188:7, 190:15, 193:14, 194:12, 196:25, 198:9, 198:13, 200:11, 200:15, 200:22, 200:23, 203:4, 203:5, 203:21, 204:25, 208:13, 208:15, 210:22, 211:2, 211:4, 211:23, 212:1, 214:4, 214:19, 216:1, 216:21, 221:8, 222:8, 225:16, 226:16, 228:8, 228:25, 230:4, 230:13, 231:22, 231:23, 232:22, 238:21, 238:22, 247:2, 249:6, 249:15, 256:8
**No** [2] - 1:4, 210:1
**nobody** [4] - 25:22, 36:24,

99:22, 113:25
**nobody's** [1] - 242:18
**non** [2] - 32:6, 56:15
**non-co-conspirators** [1] -
56:15
**non-hearsay** [1] - 32:6
**none** [6] - 3:13, 24:22, 94:8,
147:5, 147:12, 225:1
**nonexistence** [1] - 204:19
**nonsense** [1] - 33:24
**nonsensical** [1] - 144:7
**nope** [1] - 235:25
**nor** [1] - 211:21
**Northern** [1] - 145:18
**nose** [1] - 52:14
**not** [441] - 3:11, 4:3, 5:11, 5:15,
5:17, 5:22, 7:14, 7:19, 7:23,
8:5, 9:16, 10:10, 10:19, 10:20,
10:24, 11:23, 12:12, 12:15,
13:9, 15:3, 16:12, 18:1, 18:5,
19:5, 19:6, 19:17, 19:22, 20:5,
23:9, 24:5, 24:6, 24:24, 24:25,
25:7, 25:20, 25:24, 26:6, 26:8,
27:13, 30:9, 31:4, 31:14, 31:15,
31:20, 32:23, 33:17, 33:19,
33:22, 33:23, 35:5, 35:6, 35:9,
35:10, 35:11, 36:1, 36:18,
36:19, 37:9, 40:2, 40:3, 40:4,
40:11, 41:12, 41:13, 42:9,
42:11, 43:21, 45:1, 45:9, 45:22,
46:11, 46:25, 47:21, 47:22,
48:7, 48:9, 49:10, 50:8, 50:10,
50:18, 50:22, 52:5, 52:9, 52:11,
52:16, 52:22, 52:24, 56:2, 56:4,
56:22, 57:1, 57:12, 58:14,
58:15, 58:23, 59:14, 59:18,
59:20, 60:3, 60:9, 60:11, 61:4,
61:10, 61:22, 62:1, 63:17, 64:9,
66:8, 66:11, 67:4, 67:14, 67:15,
68:8, 68:18, 68:22, 70:15,
70:24, 72:23, 73:4, 73:7, 73:13,
73:15, 73:20, 73:21, 74:10,
74:17, 74:19, 74:20, 74:21,
74:23, 74:25, 75:15, 76:10,
76:11, 79:3, 79:6, 79:13, 79:19,
79:24, 80:3, 80:4, 80:24, 81:14,
81:15, 82:15, 83:13, 83:19,
84:9, 87:2, 87:8, 87:19, 88:4,
88:14, 88:25, 89:2, 89:12,
89:19, 89:24, 90:16, 91:1,
91:10, 92:10, 92:14, 93:10,
94:1, 94:2, 94:12, 95:15, 96:1,
96:2, 98:1, 98:5, 98:14, 99:14,
99:25, 100:6, 101:24, 102:3,
103:3, 103:11, 104:15, 107:8,
107:11, 107:13, 107:19,
107:20, 107:22, 108:15,
109:20, 110:6, 110:14, 110:15,
110:19, 110:25, 111:7, 111:10,
112:5, 112:12, 112:13, 112:20,

114:5, 115:3, 115:11, 115:24,
116:13, 117:9, 117:16, 117:17,
120:7, 120:14, 123:3, 124:2,
125:1, 127:2, 127:13, 128:7,
130:13, 131:23, 132:23,
133:23, 134:10, 135:3, 135:23,
136:13, 137:15, 138:2, 138:25,
140:20, 140:21, 142:11,
142:17, 142:23, 143:23,
143:25, 144:8, 144:14, 145:7,
145:8, 145:10, 146:2, 146:6,
146:9, 146:17, 147:2, 147:16,
147:25, 148:16, 149:10, 152:6,
152:10, 152:22, 153:20, 154:7,
154:9, 155:17, 157:8, 158:14,
159:13, 159:14, 160:22, 161:8,
161:17, 161:21, 161:22,
161:24, 162:5, 162:16, 162:24,
163:2, 163:15, 163:22, 165:21,
166:23, 166:25, 167:24,
167:25, 169:1, 169:6, 169:7,
170:5, 171:11, 171:12, 171:17,
172:7, 172:9, 172:23, 173:12,
173:15, 174:11, 175:10,
175:12, 176:22, 178:2, 178:21,
179:2, 179:13, 180:6, 180:11,
180:14, 180:17, 180:19, 182:4,
182:10, 184:2, 184:5, 185:21,
186:7, 187:9, 187:15, 189:4,
189:19, 190:6, 190:7, 190:9,
191:10, 191:21, 191:24,
192:23, 193:13, 194:12,
194:24, 195:1, 195:9, 195:23,
195:24, 198:7, 198:9, 198:10,
198:13, 199:6, 201:4, 202:6,
205:13, 206:11, 207:10,
207:24, 208:15, 208:19, 209:4,
210:16, 210:22, 211:1, 211:2,
211:6, 211:24, 212:20, 212:23,
213:19, 214:8, 214:21, 214:23,
215:3, 215:6, 215:19, 216:8,
218:19, 220:11, 222:7, 222:8,
223:3, 223:4, 223:12, 227:14,
227:16, 231:1, 232:17, 233:1,
233:19, 233:20, 234:4, 234:6,
235:3, 235:7, 235:10, 235:12,
235:17, 236:16, 237:2, 237:8,
237:16, 238:4, 238:6, 238:7,
239:6, 239:21, 240:7, 240:19,
240:20, 241:10, 241:23, 242:5,
243:9, 243:19, 244:10, 244:21,
245:1, 245:2, 245:11, 245:24,
246:7, 246:10, 246:25, 247:23,
247:25, 248:13, 249:2, 250:13,
250:15, 251:4, 251:6, 251:25,
252:1, 252:4, 252:6, 252:8,
252:9, 253:5, 253:6, 253:11,
254:12, 254:18, 254:23, 255:2,
256:2, 256:5, 256:19
**note** [7] - 39:8, 53:19, 54:10,
142:11, 157:1, 158:1

**notebook** [3] - 99:18, 209:24,
209:25
**noted** [1] - 176:12
**notes** [8] - 155:2, 155:9, 156:15,
157:24, 158:1, 165:23, 166:2,
166:3
**nothing** [36] - 20:13, 24:15,
31:12, 33:9, 35:2, 36:4, 36:5,
52:16, 58:20, 59:22, 60:17,
60:24, 62:8, 63:3, 63:9, 70:9,
91:19, 93:5, 98:19, 117:25,
132:1, 133:4, 136:2, 140:1,
156:24, 157:19, 175:20, 176:3,
182:2, 214:4, 237:10, 245:15,
246:22, 252:5, 254:2
**notice** [2] - 71:24, 106:7
**noticed** [2] - 106:10, 169:19
**notion** [8] - 24:16, 36:14, 79:16,
90:22, 106:12, 113:12, 113:17,
114:17
**novel** [2] - 237:24, 247:24
**novelty** [5] - 87:14, 88:3, 88:6,
237:22, 247:21
**now** [84] - 5:20, 6:22, 13:11,
15:7, 16:3, 17:22, 19:25, 20:12,
20:14, 20:16, 21:22, 23:7,
24:13, 25:21, 29:10, 36:20,
39:21, 50:2, 51:21, 67:12,
83:15, 85:1, 98:1, 100:12,
100:20, 102:1, 105:18, 108:3,
110:8, 112:24, 117:14, 122:3,
122:10, 122:21, 124:10,
124:13, 125:10, 126:3, 126:19,
130:2, 130:5, 130:11, 130:13,
130:21, 131:20, 131:25, 133:2,
133:11, 133:18, 134:3, 134:9,
135:25, 136:6, 136:8, 138:18,
138:22, 139:6, 139:16, 139:22,
147:1, 152:6, 159:20, 162:12,
176:5, 183:14, 183:23, 184:14,
185:6, 194:4, 194:7, 194:17,
196:3, 196:6, 197:4, 200:7,
205:22, 212:22, 217:25,
227:24, 228:11, 228:15, 235:5,
236:8, 247:23
**nowhere** [2] - 15:1, 142:19
**nullification** [5] - 65:5, 65:7,
65:25, 66:2, 66:13
**number** [51] - 5:5, 17:25, 32:4,
32:6, 41:2, 42:20, 55:1, 55:2,
55:13, 56:8, 56:13, 75:21, 86:2,
89:15, 91:2, 91:4, 121:1,
123:10, 124:16, 125:15, 130:8,
130:18, 138:1, 141:14, 149:1,
152:18, 156:17, 157:25, 158:3,
165:3, 165:10, 170:19, 190:4,
197:12, 199:19, 202:14, 203:2,
208:23, 209:6, 225:3, 225:9,
225:25, 236:21, 237:19,
238:13, 239:15, 251:1

**Number** [11] - 41:3, 41:11, 41:17, 82:20, 93:1, 121:2, 158:2, 172:4, 217:22, 218:6, 218:19
**numbering** [2] - 165:8, 165:9
**numbers** [5] - 117:9, 117:10, 117:14, 162:11, 162:13
**numerous** [1] - 43:22

**O**

**oath** [1] - 255:21
**obfuscation** [1] - 49:9
**object** [15] - 6:19, 12:3, 12:5, 14:9, 46:10, 46:13, 46:25, 47:1, 105:22, 120:16, 164:7, 167:19, 188:14, 197:4, 218:11
**objected** [2] - 183:20, 199:7
**objection** [16] - 6:14, 6:24, 41:10, 53:12, 53:17, 66:14, 73:22, 75:1, 118:14, 120:16, 120:17, 120:18, 167:13, 169:10, 196:21, 235:16
**objections** [5] - 51:2, 63:25, 65:1, 237:14, 246:1
**objectively** [4] - 31:15, 31:16, 72:18, 155:23
**observation** [1] - 239:18
**observations** [1] - 209:12
**obsessive** [1] - 105:17
**obtain** [10] - 12:10, 13:8, 18:25, 19:1, 24:7, 24:17, 26:13, 36:6, 49:3, 92:1
**obtained** [4] - 12:19, 23:5, 27:14
**obtaining** [6] - 10:10, 11:10, 12:4, 12:5, 12:7, 12:9
**obvious** [1] - 191:13
**obviously** [33] - 20:21, 30:5, 31:25, 56:16, 60:11, 61:12, 62:7, 66:12, 68:10, 87:24, 100:3, 102:22, 105:6, 120:15, 143:17, 144:4, 145:3, 146:4, 146:15, 159:20, 166:8, 180:12, 185:21, 193:5, 202:18, 205:1, 213:19, 216:23, 225:8, 238:7, 243:13, 246:23, 256:17
**occasion** [2] - 67:20, 68:22
**occasions** [1] - 13:15
**occur** [1] - 137:1
**occurred** [5] - 179:5, 179:8, 215:11, 246:11, 252:5
**occurring** [2] - 22:14, 215:2
**occurs** [2] - 11:12, 211:14
**October** [3] - 9:6, 20:18, 122:14
**odd** [1] - 61:24
**of** [1055] - 2:2, 3:7, 3:13, 3:14, 3:19, 4:2, 4:4, 4:17, 5:14, 5:16, 5:23, 6:4, 6:17, 6:20, 7:18, 8:4, 8:21, 9:2, 9:4, 9:8, 9:14, 9:16, 10:9, 10:12, 10:13, 10:16, 10:18, 10:22, 11:2, 11:9, 11:12, 11:22, 12:3, 12:5, 12:9, 13:13, 13:19, 13:21, 14:9, 14:12, 14:15, 14:20, 14:23, 15:3, 15:7, 15:8, 15:20, 15:24, 16:6, 16:10, 16:25, 17:7, 17:9, 17:21, 18:3, 18:15, 18:19, 18:21, 19:3, 19:9, 19:14, 19:21, 20:18, 21:2, 21:3, 21:9, 21:18, 22:5, 23:16, 23:17, 24:14, 24:16, 24:20, 24:22, 24:23, 25:16, 25:20, 25:21, 26:2, 26:7, 26:12, 26:20, 26:21, 26:22, 27:8, 27:14, 27:20, 27:24, 27:25, 28:8, 28:22, 29:13, 30:12, 30:15, 30:24, 30:25, 31:1, 31:3, 31:5, 31:9, 31:10, 31:21, 32:5, 32:7, 32:8, 32:23, 33:8, 33:11, 34:10, 34:11, 34:13, 34:14, 34:20, 34:25, 35:4, 35:10, 35:12, 36:19, 36:21, 36:22, 37:3, 37:11, 38:8, 38:10, 38:13, 38:15, 38:16, 38:18, 39:11, 39:17, 39:25, 40:2, 40:7, 40:13, 40:17, 40:19, 40:20, 41:1, 41:12, 41:17, 41:18, 41:25, 42:4, 42:15, 42:17, 42:20, 42:23, 42:24, 43:1, 43:8, 43:9, 43:16, 43:17, 43:24, 43:25, 44:2, 44:6, 44:11, 44:12, 44:13, 44:17, 45:21, 46:4, 46:6, 46:8, 46:9, 46:11, 46:15, 46:24, 47:1, 47:6, 47:9, 47:10, 47:14, 47:20, 47:24, 47:25, 48:8, 48:22, 49:9, 49:14, 49:21, 50:3, 50:4, 50:8, 50:15, 51:1, 51:14, 51:18, 51:23, 52:3, 52:7, 52:20, 52:21, 52:23, 53:2, 53:6, 53:17, 53:21, 53:22, 54:17, 55:3, 55:13, 55:19, 55:20, 55:21, 55:22, 56:1, 56:4, 56:5, 56:6, 56:8, 56:13, 56:18, 56:21, 56:22, 56:24, 56:25, 57:6, 57:8, 57:12, 57:15, 57:16, 57:17, 57:20, 57:21, 57:25, 58:2, 58:8, 58:10, 58:20, 58:22, 58:25, 59:10, 59:12, 59:19, 60:14, 60:16, 60:19, 61:3, 61:6, 61:14, 61:20, 62:1, 62:10, 62:12, 62:13, 62:14, 62:22, 63:1, 63:3, 63:4, 63:18, 63:22, 64:8, 64:24, 65:13, 65:14, 65:16, 65:17, 65:19, 65:20, 65:21, 65:22, 65:24, 66:1, 66:7, 66:9, 66:14, 66:16, 66:19, 66:22, 67:1, 67:2, 67:7, 67:11, 67:14, 67:18, 67:25, 68:5, 69:7, 69:9, 69:10, 69:13, 69:18, 69:19, 69:20, 69:22, 69:24, 70:1, 70:21, 71:1, 71:2, 71:7, 71:10, 71:13, 71:17, 71:21, 72:2, 73:5, 73:16, 73:19, 74:4, 74:14, 74:15, 74:18, 74:23, 75:4, 75:13, 75:14, 76:4, 76:10, 76:12, 76:18, 76:25, 77:7, 77:11, 77:19, 77:20, 77:22, 77:24, 78:20, 78:23, 78:24, 79:6, 79:13, 80:12, 80:13, 80:17, 80:18, 80:19, 80:23, 81:3, 81:10, 81:13, 82:1, 82:14, 82:20, 82:23, 82:25, 83:4, 83:23, 84:19, 84:20, 85:6, 85:23, 86:5, 86:11, 86:12, 86:15, 86:21, 87:2, 87:4, 87:9, 87:14, 87:16, 87:19, 88:3, 88:5, 88:12, 88:21, 89:6, 89:21, 90:6, 90:15, 90:23, 91:2, 91:5, 91:12, 91:15, 92:5, 92:25, 93:2, 93:20, 94:7, 94:8, 94:12, 94:15, 94:16, 94:17, 95:5, 95:24, 96:8, 97:1, 97:2, 97:7, 97:9, 97:18, 97:23, 98:1, 98:2, 98:15, 98:20, 99:1, 99:6, 99:9, 100:10, 100:12, 100:14, 100:17, 100:19, 101:5, 101:6, 101:7, 101:10, 101:11, 101:15, 101:18, 101:19, 101:21, 101:24, 102:6, 102:9, 102:14, 102:19, 102:23, 102:24, 104:5, 104:12, 104:22, 104:24, 105:6, 105:13, 106:12, 106:18, 107:1, 107:18, 108:19, 109:8, 109:11, 109:19, 110:3, 110:9, 110:12, 110:17, 111:5, 111:14, 111:15, 111:16, 111:18, 112:9, 113:13, 113:17, 114:1, 114:3, 114:8, 114:11, 114:13, 114:17, 115:7, 115:14, 116:4, 116:13, 116:18, 117:11, 117:12, 117:16, 118:14, 118:15, 118:19, 118:20, 118:21, 118:24, 119:7, 119:12, 119:23, 120:8, 120:9, 120:23, 121:17, 122:8, 122:10, 122:17, 122:19, 122:24, 122:25, 123:10, 123:13, 123:14, 123:15, 124:5, 124:7, 124:8, 124:16, 124:20, 124:21, 124:22, 124:25, 125:6, 125:7, 125:19, 125:21, 125:22, 125:23, 126:1, 126:14, 127:21, 127:22, 127:24, 128:5, 128:6, 128:20, 128:22, 129:15, 130:13, 130:18, 130:19, 130:22, 131:8, 131:23, 132:4, 132:10, 132:20, 133:10, 133:20, 133:22, 134:1, 134:5, 134:6, 134:16, 134:17, 135:9, 135:10, 135:17, 135:19, 135:22, 135:23, 136:3, 136:7, 136:10, 136:16, 137:3, 137:5, 137:6, 137:7, 137:8, 137:11,

138:2, 138:3, 138:5, 138:13,
139:3, 139:19, 139:20, 140:10,
140:14, 140:15, 140:20,
140:25, 141:2, 141:16, 141:17,
142:14, 143:9, 143:15, 143:16,
143:18, 144:1, 144:4, 145:4,
145:8, 145:16, 145:18, 145:24,
146:2, 146:5, 146:9, 147:5,
148:15, 148:21, 149:1, 149:3,
149:4, 149:5, 149:11, 149:25,
150:7, 151:20, 151:21, 152:2,
152:9, 152:12, 152:24, 153:9,
153:10, 153:14, 153:16,
154:12, 154:13, 155:3, 155:4,
155:7, 155:10, 155:12, 156:11,
156:15, 156:17, 157:7, 157:23,
157:25, 158:2, 158:3, 158:12,
158:19, 159:1, 159:10, 159:17,
159:19, 160:2, 160:11, 161:5,
161:22, 161:23, 162:3, 162:5,
162:16, 163:9, 163:22, 165:7,
165:18, 165:22, 166:1, 166:14,
166:25, 167:15, 167:20, 168:5,
168:15, 168:18, 168:19,
168:22, 169:14, 169:15,
169:25, 170:10, 170:13,
170:19, 170:20, 170:22,
170:23, 170:25, 171:2, 171:6,
171:8, 171:9, 172:2, 172:11,
173:3, 173:9, 174:8, 174:9,
174:16, 175:3, 175:4, 175:5,
175:8, 175:14, 175:24, 176:1,
176:23, 177:12, 177:13,
177:17, 177:18, 177:19,
177:20, 179:6, 180:9, 180:21,
181:4, 181:8, 181:16, 181:17,
182:16, 182:19, 182:22,
182:23, 182:25, 183:2, 183:3,
183:6, 184:1, 184:8, 184:12,
184:23, 184:24, 185:1, 185:2,
185:3, 185:5, 185:12, 185:13,
185:15, 185:16, 185:19,
185:20, 185:23, 186:7, 186:13,
186:19, 186:21, 186:23, 187:3,
187:6, 187:12, 187:16, 187:17,
187:21, 188:1, 188:2, 188:4,
188:11, 188:13, 188:14, 189:3,
189:15, 189:20, 189:24,
190:17, 190:20, 191:13,
191:18, 192:1, 192:3, 192:14,
193:6, 193:9, 193:18, 193:19,
194:2, 194:8, 194:19, 195:11,
195:12, 195:15, 195:16,
195:22, 195:23, 195:24, 196:2,
196:19, 197:23, 198:19,
198:22, 199:19, 199:22, 200:3,
200:23, 201:15, 201:18,
201:23, 201:25, 202:10,
202:25, 203:1, 203:2, 203:5,
203:18, 203:22, 203:24, 204:7,
204:16, 204:18, 204:20,

204:21, 204:24, 205:24,
205:25, 206:3, 206:4, 206:16,
207:8, 207:12, 207:13, 208:2,
208:3, 208:16, 209:11, 210:2,
210:18, 210:22, 210:23, 211:2,
211:12, 211:13, 211:21, 212:2,
212:3, 212:8, 212:17, 213:9,
213:12, 213:17, 213:21, 214:2,
214:14, 214:22, 215:2, 215:6,
215:19, 215:21, 216:2, 216:4,
216:9, 216:14, 216:17, 216:19,
216:22, 216:23, 217:4, 217:5,
217:12, 217:14, 218:1, 218:9,
218:10, 218:12, 218:16,
219:18, 220:4, 220:10, 220:12,
220:13, 220:15, 220:17,
220:19, 221:1, 221:5, 221:8,
222:18, 222:22, 223:2, 223:4,
223:8, 223:9, 223:11, 223:22,
223:23, 223:25, 224:4, 224:7,
224:14, 225:1, 225:4, 225:7,
225:10, 225:11, 225:20, 226:1,
226:2, 226:8, 226:9, 226:11,
226:17, 226:21, 227:2, 227:3,
227:9, 227:19, 227:23, 228:17,
228:23, 229:5, 229:7, 230:3,
230:5, 230:19, 230:20, 230:21,
230:22, 230:24, 231:2, 231:15,
231:19, 231:20, 232:2, 232:22,
233:9, 234:14, 234:18, 234:25,
235:3, 235:12, 236:3, 236:4,
236:13, 236:17, 237:7, 237:14,
237:22, 237:24, 237:25,
238:19, 238:25, 239:1, 239:16,
239:19, 239:21, 240:3, 240:5,
240:6, 240:12, 240:13, 241:13,
241:14, 241:16, 241:17,
241:18, 242:4, 242:7, 242:8,
242:25, 244:7, 244:8, 244:11,
244:12, 244:15, 244:16,
244:17, 244:23, 245:8, 246:2,
246:3, 246:6, 246:7, 246:15,
247:15, 247:20, 247:21,
248:12, 248:14, 248:23, 249:2,
249:4, 249:7, 249:17, 249:20,
250:2, 250:3, 250:7, 250:13,
251:2, 251:11, 251:14, 251:15,
251:17, 251:22, 252:3, 252:11,
252:16, 252:23, 253:1, 253:2,
253:16, 253:18, 253:19, 254:6,
254:11, 255:2, 255:10, 255:12,
256:3, 256:4, 256:5, 256:10,
256:13, 258:8

**OF** [2] - 1:2, 1:4

**off** [21] - 3:7, 6:2, 40:17, 40:20,
56:20, 69:18, 79:14, 81:24,
90:22, 91:2, 91:25, 92:2,
112:24, 161:1, 169:4, 183:13,
184:4, 186:2, 244:12, 244:14,
246:24

**offense** [1] - 76:12

**offenses** [1] - 200:20

**offensive** [4] - 41:19, 43:7,
43:18, 44:14

**offer** [8] - 43:23, 91:13, 189:10,
189:16, 208:2, 208:24, 243:4,
255:4

**offered** [6] - 65:17, 74:22,
74:23, 74:24, 77:9, 171:4

**offering** [3] - 95:6, 207:25,
226:15

**office** [2] - 3:22, 3:24

**OFFICIAL** [1] - 1:11

**often** [4] - 21:2, 33:25, 38:14,
38:20

**oftentimes** [2] - 71:11, 193:6

**oh** [21] - 21:16, 23:22, 45:3,
70:2, 72:3, 78:23, 82:7, 84:23,
85:3, 85:20, 89:11, 123:25,
139:1, 184:4, 189:25, 193:14,
222:24, 228:20, 232:9, 232:24,
241:14

**oil** [13] - 17:20, 17:21, 17:22,
17:23, 18:3, 101:19, 101:21,
101:23, 101:25, 102:5, 102:11,
102:15, 226:22

**okay** [101] - 7:2, 9:21, 9:22,
13:25, 16:2, 17:14, 18:17,
19:25, 30:5, 33:2, 34:8, 40:21,
40:23, 45:13, 46:1, 46:15, 54:2,
55:11, 64:13, 64:15, 67:6, 68:9,
68:24, 78:3, 80:2, 81:7, 84:4,
84:10, 84:12, 85:24, 86:10,
87:16, 93:19, 101:4, 101:20,
101:21, 102:3, 103:18, 104:9,
108:2, 109:6, 109:23, 112:3,
112:16, 114:21, 115:15, 126:9,
133:2, 145:20, 150:23, 151:7,
151:10, 151:13, 152:19, 154:4,
154:7, 155:2, 155:7, 159:7,
166:23, 167:11, 171:14,
171:22, 180:24, 183:15, 191:6,
194:14, 194:23, 195:3, 195:19,
196:11, 196:22, 197:20, 198:6,
198:15, 199:11, 201:8, 201:9,
202:13, 202:15, 204:10,
207:12, 209:6, 210:5, 217:1,
217:16, 219:8, 223:19, 224:21,
225:24, 227:11, 231:10,
233:22, 234:4, 234:13, 236:2,
238:24, 246:12, 248:3, 253:17,
254:20

**old** [2] - 121:14, 216:11

**old-school** [1] - 121:14

**omitting** [3] - 26:19, 88:18,
88:19

**on** [387] - 2:6, 3:15, 3:19, 5:22,
6:3, 6:4, 6:16, 6:23, 6:25, 8:6,
8:13, 8:16, 8:19, 9:18, 10:20,
11:6, 12:4, 12:16, 13:13, 13:15,
13:20, 14:20, 14:25, 16:23,

17:15, 18:13, 21:12, 21:20,
22:15, 23:9, 24:13, 25:20, 26:2,
26:10, 26:15, 28:17, 31:11,
31:24, 32:13, 33:7, 33:9, 34:4,
34:5, 34:15, 35:13, 35:17,
36:11, 36:18, 37:2, 38:8, 38:20,
38:21, 39:19, 40:22, 41:8, 41:9,
42:2, 42:15, 42:24, 44:5, 44:10,
45:12, 45:15, 45:20, 46:3,
46:10, 46:13, 47:6, 47:12,
47:15, 47:19, 49:14, 49:21,
50:4, 50:17, 50:25, 51:1, 51:15,
51:16, 51:25, 52:18, 53:20,
53:23, 54:8, 54:10, 55:18, 57:9,
59:8, 59:15, 60:22, 60:23, 62:8,
62:11, 62:18, 67:20, 68:3, 68:4,
68:7, 68:21, 68:22, 69:16,
70:13, 74:17, 76:6, 76:13,
76:17, 76:20, 77:2, 77:7, 77:10,
78:12, 78:14, 78:19, 80:7,
80:11, 80:22, 81:2, 81:14,
81:19, 82:4, 82:6, 82:19, 83:3,
83:4, 83:5, 83:9, 83:12, 83:18,
84:7, 84:8, 84:9, 84:15, 85:21,
86:7, 86:21, 87:19, 88:2, 88:23,
89:15, 90:14, 92:5, 93:5, 93:24,
94:3, 94:24, 95:14, 96:6, 96:24,
96:25, 97:13, 97:16, 98:25,
99:20, 100:15, 102:2, 103:12,
103:17, 105:21, 106:3, 106:6,
106:15, 107:12, 108:3, 108:9,
108:20, 108:24, 110:12,
110:23, 112:1, 112:19, 114:23,
119:6, 119:13, 119:22, 121:7,
121:22, 122:4, 122:14, 122:21,
122:25, 123:17, 123:19,
123:20, 124:12, 125:20,
126:12, 127:8, 127:17, 127:19,
128:10, 128:23, 129:14,
129:20, 130:16, 131:24,
132:11, 133:19, 133:24,
134:19, 135:12, 137:23,
138:11, 139:4, 139:18, 140:7,
140:8, 140:13, 141:11, 141:21,
142:1, 142:2, 142:16, 143:4,
144:20, 144:21, 146:8, 146:25,
149:16, 149:19, 149:23,
149:25, 150:19, 151:3, 151:12,
152:16, 152:23, 156:5, 157:23,
158:8, 158:19, 158:20, 160:23,
161:2, 162:15, 162:20, 164:18,
164:20, 165:7, 166:3, 166:6,
166:11, 169:17, 170:4, 171:5,
171:6, 171:21, 172:2, 172:22,
173:8, 174:2, 174:3, 177:1,
177:5, 177:12, 177:14, 178:1,
178:4, 178:9, 178:25, 180:4,
181:3, 182:15, 182:19, 183:2,
184:16, 186:15, 187:20,
187:21, 188:6, 188:11, 190:12,
191:19, 192:3, 193:1, 193:25,

194:16, 198:4, 200:4, 200:7,
200:12, 200:19, 201:4, 201:10,
201:21, 202:21, 203:10, 204:1,
204:13, 204:14, 205:1, 205:14,
205:17, 206:18, 206:19,
206:22, 206:23, 207:2, 207:12,
207:17, 208:1, 208:23, 209:7,
209:23, 210:10, 214:10,
214:20, 215:2, 216:8, 216:14,
217:2, 217:23, 219:22, 220:6,
222:21, 223:3, 224:15, 225:9,
225:17, 225:22, 225:23, 226:7,
226:10, 227:1, 227:14, 227:15,
227:20, 228:4, 228:14, 228:23,
228:24, 229:9, 230:12, 231:4,
231:7, 231:13, 232:4, 233:14,
233:21, 234:19, 235:5, 235:21,
235:22, 235:25, 236:3, 236:12,
236:21, 237:10, 237:17,
238:14, 238:16, 238:21,
238:25, 239:5, 239:25, 240:5,
240:18, 241:1, 241:6, 242:11,
247:1, 247:25, 249:1, 249:6,
250:7, 250:23, 251:2, 251:4,
251:12, 252:12, 252:21, 253:8,
255:1, 255:8, 255:14, 257:6,
258:12

**once** [16] - 4:18, 24:9, 27:5,
114:19, 126:12, 131:17, 132:9,
133:9, 143:6, 143:8, 149:16,
174:3, 184:20, 186:24, 253:7

**Oncology** [1] - 175:17

**Onconova** [1] - 126:16

**One** [4] - 57:6, 57:11, 64:5, 64:6

**one** [177] - 4:22, 5:14, 6:14,
7:19, 9:13, 14:22, 17:25, 23:16,
24:16, 24:20, 24:22, 26:6, 27:6,
27:13, 27:20, 28:9, 31:11, 32:6,
37:24, 41:1, 43:15, 44:1, 46:15,
47:9, 47:15, 49:15, 50:4, 53:25,
56:6, 56:9, 57:15, 62:16, 63:22,
65:3, 65:16, 67:2, 68:14, 68:22,
69:2, 73:16, 74:12, 75:15,
75:18, 75:23, 76:13, 76:21,
77:17, 79:6, 82:5, 82:16, 84:1,
84:7, 84:12, 85:6, 85:16, 86:11,
87:13, 91:2, 95:4, 101:11,
101:13, 101:18, 101:21, 105:6,
107:1, 107:3, 108:25, 109:8,
109:24, 111:19, 112:1, 112:11,
112:25, 114:7, 122:25, 124:25,
130:19, 130:22, 130:24,
131:15, 132:10, 134:4, 134:5,
134:8, 136:4, 136:12, 136:25,
137:14, 138:7, 139:10, 140:7,
141:4, 142:25, 144:3, 146:2,
146:6, 146:9, 146:12, 147:10,
147:17, 151:4, 153:24, 154:18,
155:11, 156:11, 159:18,
161:14, 162:25, 165:11,

168:12, 168:25, 169:12,
174:15, 176:24, 178:3, 178:5,
178:14, 184:3, 184:4, 185:1,
185:3, 186:2, 189:9, 189:12,
190:4, 190:13, 191:13, 192:6,
192:10, 192:12, 192:25, 193:6,
194:20, 194:21, 195:3, 195:20,
196:8, 196:15, 197:6, 197:10,
199:4, 199:14, 202:14, 202:20,
211:7, 211:12, 211:13, 211:23,
212:7, 213:3, 214:23, 215:17,
217:4, 217:5, 217:9, 219:23,
220:15, 223:14, 227:8, 227:19,
230:3, 230:4, 230:6, 230:13,
233:3, 236:17, 249:17, 254:11,
255:18, 256:8

**one's** [1] - 54:2

**one-off** [2] - 184:4, 186:2

**one-riot/one-ranger** [1] - 7:19

**ones** [8] - 62:19, 128:2, 136:10,
154:24, 178:13, 189:8, 220:5,
250:19

**online** [1] - 241:6

**only** [52] - 15:3, 19:6, 19:22,
22:25, 24:22, 25:16, 27:4,
33:18, 35:13, 42:17, 48:2, 56:3,
56:5, 66:18, 67:24, 67:25, 79:6,
86:24, 88:5, 100:9, 106:8,
124:2, 136:5, 140:25, 144:15,
145:14, 145:19, 146:21,
155:17, 160:7, 163:18, 172:20,
172:21, 173:21, 176:24,
182:22, 183:19, 185:17,
187:24, 188:13, 192:9, 192:11,
210:22, 218:7, 218:18, 219:2,
219:8, 221:1, 245:10, 251:24,
255:23

**onto** [1] - 144:25

**ONTX** [9] - 22:17, 93:22, 95:14,
123:1, 123:10, 124:11, 125:5,
127:6, 127:19

**ONX** [1] - 165:17

**open** [5] - 3:3, 107:12, 117:20,
121:15, 233:23

**opened** [3] - 117:22, 179:18,
191:14

**opening** [9] - 5:10, 66:20,
66:21, 66:25, 67:5, 118:2,
180:20, 218:3, 218:4

**opens** [1] - 113:5

**operate** [4] - 188:9, 201:24,
202:4, 202:8

**operating** [1] - 103:2

**operative** [2] - 153:11, 212:13

**opine** [6] - 225:23, 227:14,
229:22, 230:5, 233:21

**opinion** [25] - 34:19, 68:1,
78:12, 155:24, 176:19, 207:16,
211:1, 220:23, 221:2, 221:7,
222:16, 227:15, 227:20,

227:23, 228:8, 228:9, 228:10, 228:12, 228:13, 228:14, 228:17, 228:21, 228:22, 246:7, 256:2

**opinions** [11] - 76:7, 143:18, 144:8, 144:10, 144:13, 168:8, 220:25, 227:7, 227:9, 243:4, 246:6

**opportunity** [1] - 94:22

**opposed** [6] - 12:24, 13:7, 29:23, 64:25, 88:17, 97:11

**opposing** [1] - 132:13

**opposite** [2] - 26:14, 103:5

**option** [1] - 132:19

**options** [2] - 132:9, 132:23

**or** [331] - 3:22, 6:10, 6:11, 6:12, 7:5, 7:7, 7:10, 7:13, 9:15, 10:10, 10:25, 11:1, 11:14, 11:20, 12:6, 12:7, 12:11, 12:18, 13:6, 13:8, 15:3, 15:8, 15:24, 16:9, 17:8, 17:19, 18:1, 18:21, 18:25, 19:1, 19:21, 20:10, 20:14, 22:24, 23:17, 24:7, 24:17, 26:13, 30:8, 30:16, 33:6, 34:20, 36:2, 36:7, 36:19, 41:4, 41:22, 42:4, 43:1, 44:20, 44:21, 45:1, 45:24, 47:18, 48:3, 49:8, 50:10, 50:11, 50:12, 50:17, 50:20, 52:15, 54:17, 55:21, 56:2, 57:20, 57:21, 57:22, 58:6, 60:19, 60:24, 61:1, 61:4, 62:4, 62:6, 64:11, 65:7, 66:24, 67:20, 67:25, 70:13, 70:14, 71:12, 71:15, 71:18, 72:4, 72:5, 77:19, 78:8, 80:23, 80:24, 81:19, 82:1, 82:13, 82:25, 83:16, 84:24, 85:8, 85:13, 87:20, 88:9, 89:17, 90:17, 91:12, 91:13, 91:24, 92:19, 93:6, 94:18, 96:2, 96:25, 97:1, 97:12, 97:22, 98:14, 98:20, 99:24, 99:25, 100:6, 102:3, 103:9, 104:7, 105:12, 108:14, 108:20, 108:22, 109:20, 110:2, 110:3, 110:9, 110:15, 110:16, 111:8, 113:12, 114:16, 115:3, 115:11, 116:13, 123:19, 124:25, 126:3, 128:6, 130:12, 130:15, 130:23, 131:10, 131:21, 133:13, 133:19, 133:25, 134:2, 134:15, 135:10, 135:12, 135:19, 136:25, 137:9, 137:10, 138:14, 140:3, 140:4, 140:20, 148:7, 156:18, 156:20, 156:21, 157:7, 158:6, 159:14, 159:16, 159:19, 159:23, 160:22, 162:17, 162:20, 163:1, 164:11, 165:16, 165:17, 166:25, 167:7, 167:18, 168:6, 168:22, 169:18, 169:19, 171:1, 172:8, 172:11, 172:24,

174:8, 174:9, 174:10, 174:15, 175:9, 176:16, 177:2, 179:8, 179:9, 179:10, 179:11, 179:12, 179:13, 180:2, 180:4, 180:7, 180:21, 182:7, 186:7, 187:1, 187:19, 187:20, 188:12, 188:17, 189:15, 191:1, 192:1, 192:12, 194:5, 195:10, 195:16, 196:3, 196:6, 198:8, 200:5, 200:15, 200:20, 201:22, 201:23, 201:24, 202:3, 202:4, 202:7, 202:10, 203:9, 203:10, 203:11, 204:8, 204:19, 205:21, 205:24, 205:25, 206:2, 206:3, 206:4, 206:22, 207:5, 208:8, 210:13, 210:23, 211:4, 211:24, 213:2, 214:6, 214:8, 214:14, 214:23, 216:8, 218:6, 219:1, 219:6, 220:17, 223:9, 225:18, 226:7, 226:9, 227:8, 227:15, 228:17, 229:22, 230:6, 231:3, 231:8, 232:17, 232:20, 233:1, 234:6, 234:25, 235:12, 235:16, 235:21, 236:9, 236:17, 237:3, 237:11, 238:2, 238:17, 238:18, 239:8, 241:9, 242:5, 242:6, 244:22, 245:2, 245:14, 245:24, 246:8, 246:12, 246:25, 248:21, 249:3, 249:17, 249:21, 250:14, 250:21, 251:14, 251:20, 251:25, 252:10, 253:4, 253:20, 254:22

**or's** [1] - 233:19

**oral** [1] - 200:15

**oranges** [1] - 254:10

**Order** [1] - 130:5

**order** [43] - 7:14, 7:15, 7:23, 8:9, 8:12, 9:4, 9:20, 13:3, 50:5, 53:3, 55:5, 58:10, 129:6, 130:6, 130:7, 130:9, 130:10, 130:16, 130:17, 130:21, 130:23, 130:25, 131:7, 131:16, 132:10, 133:2, 133:11, 133:23, 134:1, 134:3, 134:9, 134:17, 135:8, 144:21, 144:23, 161:8, 172:3, 187:2, 188:15, 214:24

**ordered** [3] - 131:17, 161:2

**orders** [15] - 74:20, 130:22, 131:23, 132:13, 134:11, 136:13, 136:15, 136:17, 136:25, 137:1, 137:3, 139:19, 139:20, 145:24

**organized** [1] - 166:12

**original** [2] - 135:14, 184:1

**originally** [2] - 161:14, 165:2

**ostentatious** [2] - 42:3, 44:17

**other** [131] - 5:8, 5:24, 7:16, 15:10, 17:18, 18:22, 20:8, 23:8, 26:25, 27:6, 32:13, 32:22, 35:14, 36:16, 40:21, 42:8,

42:20, 42:21, 42:24, 43:5, 43:19, 43:22, 43:25, 45:22, 46:13, 46:23, 47:11, 51:17, 54:23, 55:19, 59:23, 61:22, 63:16, 67:14, 67:20, 68:1, 68:7, 70:11, 73:6, 75:15, 76:4, 79:6, 82:6, 82:25, 83:1, 83:4, 83:10, 83:13, 84:8, 86:13, 86:16, 87:5, 90:25, 91:15, 91:23, 93:2, 95:10, 96:1, 97:1, 97:21, 97:22, 98:2, 103:16, 105:25, 107:2, 110:14, 110:16, 113:11, 114:1, 118:6, 119:16, 119:17, 125:17, 129:8, 136:4, 136:20, 140:9, 141:5, 143:2, 145:8, 147:14, 147:19, 154:19, 160:4, 162:20, 163:7, 166:10, 168:23, 169:10, 170:19, 174:8, 174:10, 177:20, 183:3, 183:8, 189:14, 189:15, 190:2, 191:1, 191:17, 193:13, 199:25, 200:15, 200:20, 200:22, 200:24, 203:6, 203:15, 204:6, 205:24, 216:18, 220:17, 221:19, 221:20, 223:10, 224:4, 226:8, 228:23, 231:18, 237:10, 240:14, 241:16, 241:17, 241:24, 248:4, 250:5, 252:15, 254:3, 254:25

**others** [8] - 41:7, 44:1, 184:6, 186:15, 187:1, 187:6, 200:4, 200:5

**others'** [1] - 226:6

**otherwise** [5] - 6:15, 41:21, 43:15, 61:22, 162:10

**ought** [3] - 106:2, 201:23, 238:10

**our** [77] - 10:7, 10:14, 10:18, 10:19, 11:2, 13:16, 13:21, 23:11, 25:24, 26:12, 27:19, 28:12, 29:15, 31:12, 36:1, 39:1, 41:10, 42:7, 44:6, 44:11, 48:14, 52:21, 58:14, 59:5, 65:13, 67:17, 74:11, 74:16, 75:9, 75:12, 76:9, 76:13, 76:21, 87:8, 89:25, 95:5, 96:8, 98:5, 99:12, 106:4, 106:24, 110:12, 115:14, 117:2, 117:12, 132:25, 137:23, 138:5, 141:11, 141:19, 143:1, 144:6, 145:12, 146:24, 152:25, 158:12, 158:17, 163:21, 166:12, 167:13, 169:10, 172:18, 181:15, 181:18, 182:2, 187:7, 195:6, 196:2, 211:1, 222:8, 223:21, 243:25, 246:22, 251:12, 252:22, 253:18, 254:5

**ours** [3] - 251:4, 254:9

**out** [97] - 3:9, 9:4, 11:3, 13:12, 18:12, 20:16, 23:4, 24:14, 25:11, 34:15, 38:3, 42:14, 42:21, 48:1, 48:6, 53:1, 53:2,

54:2, 54:9, 55:19, 58:5, 59:5, 60:22, 61:17, 62:21, 63:6, 65:14, 66:22, 70:6, 73:15, 75:5, 76:9, 78:14, 81:14, 82:4, 83:23, 84:23, 86:18, 87:5, 90:8, 91:23, 94:9, 96:4, 98:4, 99:1, 99:21, 101:22, 107:23, 115:16, 116:25, 119:4, 119:12, 120:11, 126:12, 134:21, 134:23, 135:2, 136:3, 157:7, 159:24, 162:8, 163:21, 164:3, 164:12, 165:7, 166:3, 185:17, 194:4, 194:5, 194:25, 198:7, 207:21, 209:16, 210:11, 212:17, 213:1, 214:12, 214:14, 215:7, 215:21, 215:24, 222:19, 228:2, 229:4, 231:18, 232:8, 239:2, 244:8, 247:6, 248:1, 248:8, 251:15, 252:15
**out-of-court** [1] - 55:19
**outage** [1] - 121:12
**outcome** [1] - 83:19
**outlining** [1] - 5:9
**outset** [1] - 230:19
**outside** [23] - 44:1, 46:8, 46:14, 47:1, 49:21, 51:18, 52:4, 91:17, 181:8, 181:16, 181:17, 198:19, 198:21, 202:17, 204:20, 210:20, 210:21, 211:10, 211:19, 216:2, 216:9, 255:10, 255:12
**outstanding** [2] - 37:24, 220:5
**outweighs** [1] - 41:15
**over** [50] - 5:25, 7:3, 8:3, 8:4, 16:1, 18:7, 18:14, 18:15, 20:2, 20:3, 30:24, 40:1, 40:7, 49:18, 57:20, 70:17, 73:2, 89:22, 89:23, 92:6, 93:15, 103:9, 107:7, 107:24, 109:25, 123:12, 133:5, 133:6, 134:11, 138:13, 158:13, 167:2, 170:21, 171:7, 187:6, 192:7, 192:15, 196:11, 229:20, 231:2, 250:11, 250:16
**overall** [1] - 239:20
**overarching** [1] - 186:20
**overly** [1] - 49:20
**overrule** [1] - 85:24
**overruling** [1] - 53:18
**oversight** [1] - 224:10
**overtly** [2] - 60:20, 61:25
**owe** [1] - 110:22
**own** [50] - 8:9, 14:8, 14:14, 15:19, 20:10, 20:25, 21:7, 26:20, 34:1, 51:22, 51:24, 51:25, 52:2, 62:2, 70:5, 70:6, 70:7, 70:19, 72:4, 72:12, 78:5, 100:25, 117:23, 119:22, 130:7, 174:24, 174:25, 175:24, 176:1, 176:3, 176:11, 176:19, 177:5, 177:10, 180:5, 194:1, 194:7, 207:17, 209:11, 209:13, 211:15, 212:1, 214:10, 234:20, 236:24, 244:2, 245:12, 248:24
**owned** [1] - 176:8
**ownership** [1] - 88:9
**owns** [1] - 176:4
**ox** [1] - 7:24

## P

**p.m** [1] - 137:2
**page** [58] - 26:15, 45:12, 46:16, 46:19, 48:11, 51:15, 53:20, 57:5, 62:17, 62:19, 80:22, 95:2, 110:12, 112:1, 121:22, 121:23, 122:11, 122:15, 122:25, 123:22, 124:2, 124:7, 125:4, 126:3, 133:18, 133:20, 133:22, 133:23, 135:13, 136:1, 136:8, 148:21, 148:23, 149:7, 149:8, 150:3, 150:7, 153:15, 154:25, 155:4, 155:7, 156:16, 157:23, 164:18, 177:5, 184:12, 187:6, 202:21, 206:19, 207:3, 208:2, 208:23, 209:7, 210:11, 211:11, 212:10
**pages** [10] - 59:6, 136:19, 146:2, 169:15, 184:24, 185:2, 186:24, 190:17, 190:19, 246:2
**paid** [6] - 22:6, 22:7, 96:5, 122:20, 128:22, 214:9
**paints** [1] - 47:25
**pairing** [1] - 56:20
**pale** [1] - 41:23
**panel** [1] - 4:12
**paper** [2] - 4:3, 121:14
**papers** [5] - 11:5, 24:15, 76:13, 122:17, 124:8
**par** [1] - 164:4
**parade** [1] - 101:11
**paragraph** [6] - 20:24, 21:12, 23:22, 26:15, 27:11, 30:1
**parallel** [3] - 24:3, 24:4, 50:1
**parcel** [1] - 49:7
**pardon** [1] - 222:3
**pared** [1] - 183:18
**parlance** [1] - 183:19
**part** [59] - 9:16, 15:15, 15:24, 16:9, 17:8, 18:6, 19:3, 34:8, 35:10, 49:7, 50:8, 52:3, 52:7, 52:21, 52:23, 53:6, 56:25, 61:20, 62:1, 62:13, 62:14, 63:18, 74:9, 81:14, 97:5, 102:24, 104:22, 104:24, 112:1, 115:13, 120:8, 120:9, 122:17, 156:23, 158:12, 165:22, 169:25, 178:23, 183:2, 183:6, 195:23, 196:2, 197:1, 198:18, 213:9, 213:16, 213:21, 214:2, 216:23, 236:3, 240:3, 244:16, 245:8, 248:13, 256:4, 256:10, 256:13, 257:6
**participants** [2] - 22:22, 231:13
**participating** [1] - 33:20
**particular** [15] - 88:3, 89:2, 89:19, 104:1, 172:22, 173:5, 173:6, 183:5, 186:16, 188:22, 202:25, 203:8, 248:5, 252:5, 254:6
**particularly** [5] - 125:2, 167:21, 182:21, 220:12, 251:11
**Parties** [3] - 153:13, 154:15, 156:9
**parties** [5] - 4:9, 94:18, 135:24, 138:4, 160:24
**parties'** [1] - 256:15
**partly** [1] - 115:16
**partners** [4] - 120:2, 189:13, 207:15, 216:16
**parts** [3] - 151:22, 208:2, 244:12
**party** [6] - 97:12, 135:6, 161:4, 161:24, 256:23
**pass** [4] - 109:25, 200:6, 201:1, 204:13
**passes** [1] - 31:9
**past** [9] - 49:18, 61:2, 63:1, 63:2, 63:15, 107:7, 108:20, 190:8
**patient** [3] - 77:11, 78:16, 78:18
**patient's** [1] - 77:14
**pattern** [3] - 70:12, 140:3, 223:3
**pay** [1] - 91:22
**pejorative** [1] - 179:1
**pejoratively** [1] - 233:25
**pending** [2] - 9:2, 38:9
**Pennies** [1] - 46:5
**people** [102] - 3:11, 5:1, 12:20, 14:18, 14:20, 15:13, 15:15, 16:8, 16:25, 17:8, 17:18, 18:16, 19:12, 19:14, 20:13, 21:15, 21:18, 24:24, 25:14, 26:2, 26:22, 27:25, 28:6, 28:8, 28:25, 30:17, 31:18, 32:13, 32:19, 34:11, 35:5, 35:9, 35:12, 35:24, 45:21, 45:22, 49:22, 52:22, 56:2, 56:20, 58:6, 58:24, 59:14, 61:2, 62:24, 63:7, 64:7, 70:11, 71:1, 71:21, 72:1, 72:17, 73:4, 78:17, 81:24, 82:1, 84:8, 86:22, 87:5, 87:7, 88:7, 88:8, 88:9, 88:16, 91:1, 95:10, 98:16, 100:9, 103:16, 105:17, 115:12, 116:19, 119:13, 119:17, 119:21, 147:20, 147:23, 150:21, 158:22, 178:18, 186:25, 203:9, 203:19, 206:14, 208:12, 212:1, 218:8, 223:10, 229:23, 229:25, 230:7, 230:12, 233:16, 236:10, 236:24, 240:5,

240:13, 241:1, 241:5, 245:5,
246:23
**people's** [1] - 54:24
**perceive** [3] - 108:9, 207:20,
257:3
**perceived** [2] - 207:18, 208:5
**percent** [10] - 51:23, 72:24,
86:25, 127:22, 131:23, 164:5,
244:15, 245:13, 246:21
**percentage** [3] - 72:21, 127:18,
128:6
**perception** [1] - 108:9
**perceptions** [1] - 207:18
**perfect** [1] - 65:16
**perfectly** [2] - 221:18, 222:14
**perhaps** [2] - 97:13, 162:12
**period** [14] - 36:2, 71:10, 71:21,
72:2, 114:2, 118:24, 124:18,
125:8, 131:23, 138:13, 138:23,
139:18, 148:24, 160:8
**periods** [5] - 49:5, 116:9,
185:20, 185:23, 239:23
**permeates** [1] - 220:18
**permit** [1] - 10:3
**permits** [2] - 188:10, 188:13
**permitted** [3] - 89:25, 172:10,
250:13
**permitting** [1] - 194:24
**person** [17] - 7:19, 22:23, 28:9,
28:12, 28:13, 33:6, 33:18,
35:13, 62:3, 97:12, 98:4, 98:10,
107:12, 147:17, 153:24, 230:6,
249:10
**person's** [1] - 28:20
**personal** [6] - 146:11, 206:3,
207:1, 208:18, 209:11, 209:13
**perspective** [3] - 13:14, 67:17,
80:9
**persuade** [1] - 93:24
**persuasive** [3] - 148:11,
186:17, 223:5
**pertain** [2] - 55:13, 109:20
**pertains** [4] - 47:8, 166:13,
197:17, 229:9
**pervasive** [2] - 222:20, 223:7
**Peter** [5] - 87:21, 106:9, 111:5,
167:4, 201:13
**PGIR** [1] - 46:6
**phone** [1] - 133:25
**phones** [1] - 241:2
**photo** [2] - 45:6, 45:25
**photographed** [1] - 45:9
**photographic** [1] - 205:24
**photographs** [5] - 44:2, 44:13,
65:16, 65:20, 65:22
**photos** [3] - 42:20, 44:15, 44:24
**phrase** [5] - 113:16, 114:12,
114:14, 179:21, 180:8
**phrased** [1] - 242:11
**phraseology** [1] - 113:13

**phrases** [1] - 178:18
**phrasing** [3] - 155:22, 156:3,
156:5
**physically** [4] - 42:21, 44:2,
48:3
**pick** [9] - 3:19, 3:21, 8:1, 35:23,
35:24, 92:4, 193:13, 219:25,
242:9
**picking** [1] - 36:12
**picture** [14] - 45:20, 47:10,
47:15, 47:19, 47:20, 48:1,
51:16, 51:17, 53:21, 65:21,
66:16, 119:4, 127:4, 137:16
**pictured** [1] - 45:13
**pictures** [14] - 41:17, 41:25,
42:17, 43:7, 43:8, 47:9, 47:11,
48:2, 49:14, 53:14, 53:15,
66:24, 82:20
**piece** [2] - 90:15, 141:4
**pieces** [2] - 169:25, 204:16
**pin** [1] - 94:17
**pink** [1] - 150:25
**pinkish** [2] - 152:11, 152:12
**pitch** [1] - 13:22
**PJ** [1] - 74:1
**place** [12] - 14:21, 27:3, 41:24,
99:10, 114:15, 129:9, 130:22,
134:11, 136:14, 144:24,
197:24, 242:17
**placed** [7] - 130:6, 130:11,
131:8, 131:24, 135:9, 136:12,
145:24
**places** [4] - 42:15, 42:22, 44:3,
134:3
**placing** [1] - 134:17
**plain** [3] - 14:13, 31:5, 188:13
**plaintiff** [2] - 165:11, 179:14
**Plaintiff** [2] - 1:5, 1:16
**plaintiff's** [1] - 165:8
**plaintiffs** [1] - 179:10
**plan** [17] - 32:23, 66:23, 70:5,
72:4, 72:12, 90:14, 92:6, 108:7,
108:8, 115:13, 169:21, 207:14,
208:2, 212:1, 212:16, 236:24,
249:19
**planned** [1] - 129:22
**planning** [4] - 84:8, 84:9, 88:11,
95:5
**plans** [3] - 149:21, 149:24
**play** [10] - 34:4, 60:22, 60:24,
91:12, 101:23, 103:4, 179:24,
186:8, 213:18, 213:19
**playbook** [1] - 91:16
**player** [2] - 57:18, 132:5
**players** [1] - 34:24
**plays** [3] - 60:15, 60:21, 216:19
**plead** [2] - 12:23, 17:4
**pleading** [3] - 24:3, 26:10, 31:3
**pleadings** [1] - 183:8
**pleads** [1] - 18:14

**please** [26] - 64:20, 95:2, 95:3,
148:19, 148:21, 149:7, 149:8,
149:9, 150:3, 150:4, 150:5,
150:7, 150:16, 152:10, 152:22,
153:11, 153:12, 212:9, 212:11,
247:14
**pled** [4] - 18:7, 19:4, 23:15, 62:2
**plenty** [3] - 26:2, 187:22, 226:11
**plug** [1] - 121:6
**plumbing** [1] - 97:4
**plummeted** [1] - 58:13
**plummets** [1] - 168:14
**podcast** [1] - 46:6
**point** [82] - 11:13, 23:10, 28:21,
30:9, 30:24, 31:11, 31:19,
33:16, 36:3, 49:12, 64:3, 65:13,
68:4, 70:14, 71:20, 72:10,
72:16, 74:12, 76:6, 90:8, 94:24,
96:3, 96:11, 96:17, 99:3,
100:12, 100:21, 101:11,
112:25, 117:12, 119:6, 119:13,
133:9, 133:24, 144:20, 146:19,
147:10, 147:22, 161:11,
163:18, 166:12, 170:4, 171:10,
179:15, 179:20, 183:18,
189:11, 190:2, 190:9, 190:12,
190:13, 194:10, 194:16,
208:10, 214:6, 215:21, 225:20,
227:18, 229:19, 231:10,
231:11, 231:24, 232:4, 235:5,
235:10, 236:22, 242:12, 244:4,
245:10, 247:15, 248:11,
249:15, 251:16, 252:1, 252:23,
253:1, 254:17
**pointed** [2] - 23:3, 185:17
**pointing** [2] - 194:25, 229:4
**points** [16] - 30:21, 78:14,
100:14, 100:20, 100:22,
113:11, 161:14, 177:1, 206:16,
220:10, 226:9, 229:13, 236:23,
243:22, 249:13
**political** [1] - 50:3
**pony** [1] - 106:14
**Ponzi** [5] - 113:24, 114:2,
114:4, 114:16, 179:11
**pool** [8] - 42:23, 75:13, 75:14,
78:23, 78:24, 131:25, 132:2,
133:8
**popping** [1] - 81:9
**portion** [1] - 201:15
**portions** [1] - 143:9
**position** [21] - 11:22, 12:21,
82:17, 106:5, 123:4, 152:25,
153:2, 174:24, 181:15, 182:2,
210:18, 210:20, 210:22,
212:18, 222:6, 222:8, 244:9,
244:13, 244:15, 245:23
**positions** [2] - 118:22, 177:7
**positive** [2] - 244:6, 244:11
**possession** [2] - 250:2, 250:4

**possibility** [1] - 200:3
**possible** [3] - 15:5, 173:1,
182:14
**post** [17] - 19:10, 44:20, 80:23,
82:2, 105:20, 150:15, 151:15,
151:18, 151:20, 152:6, 185:10,
199:24, 203:8, 213:3, 226:22
**post-arrest** [1] - 199:24
**posted** [4] - 47:16, 47:19,
105:15, 151:12
**poster** [1] - 112:18
**posting** [2] - 69:17, 78:4
**posts** [20] - 19:11, 19:14, 21:1,
44:13, 51:24, 74:11, 74:16,
80:22, 123:10, 124:16, 150:19,
150:20, 156:18, 156:21,
157:25, 158:2, 158:3, 162:21,
207:13
**potential** [3] - 89:6, 103:16,
104:11
**potentially** [4] - 173:11, 173:14,
173:21, 249:5
**power** [1] - 121:12
**practices** [1] - 241:25
**pre** [1] - 130:1
**pre-filtered** [1] - 130:1
**precise** [2] - 69:10, 70:13
**preclude** [19] - 65:4, 75:24,
82:12, 84:2, 84:13, 84:18, 86:3,
86:11, 87:10, 87:13, 87:24,
89:1, 89:4, 89:18, 93:1, 110:5,
110:13, 111:20, 115:18
**precluded** [5] - 92:25, 178:17,
179:9, 228:3, 244:2
**precluding** [3] - 82:22, 109:7,
110:2
**predicated** [1] - 72:13
**predominantly** [1] - 72:13
**prefaced** [1] - 96:24
**prefiled** [1] - 187:13
**pregnant** [2] - 65:20, 66:16
**prejudge** [2] - 73:10, 81:21
**prejudice** [7] - 41:14, 42:5,
43:1, 60:20, 61:25, 63:17,
168:9
**prejudicial** [12] - 45:5, 47:24,
51:22, 62:15, 114:5, 114:14,
145:3, 157:22, 164:22, 172:16,
179:12, 182:6
**preliminary** [1] - 165:22
**prep** [1] - 113:8
**prepared** [5] - 24:9, 145:10,
253:4, 253:6, 254:13
**preponderance** [1] - 56:18
**presence** [5] - 9:14, 204:18,
204:21, 255:10, 255:12
**present** [15] - 29:22, 33:19,
35:13, 79:6, 88:14, 94:19,
108:21, 139:12, 174:19,
190:21, 195:9, 195:15, 230:24,

240:1, 240:2
**presentation** [10] - 5:10, 5:16,
48:14, 52:21, 113:9, 121:5,
148:5, 157:7, 186:13, 214:21
**presented** [5] - 52:17, 52:18,
145:12, 145:17, 179:2
**presenting** [4] - 52:25, 87:21,
158:13, 174:15
**presents** [1] - 42:13
**preserve** [1] - 237:14
**president** [2] - 97:23, 104:7
**PRESIDING** [1] - 1:3
**press** [2] - 94:9, 131:15
**presume** [1] - 91:10
**presumption** [1] - 219:23
**pretending** [1] - 49:16
**PRETRIAL** [1] - 1:10
**pretrial** [3] - 89:9, 89:13, 257:4
**pretty** [7] - 77:2, 82:3, 82:9,
173:18, 180:3, 199:21, 206:16
**prevailing** [1] - 130:24
**prevent** [1] - 99:11
**preventing** [1] - 245:15
**preview** [2] - 48:19, 164:8
**previous** [1] - 168:4
**previously** [5] - 172:7, 200:16,
200:25, 217:24, 219:5
**price** [60] - 10:20, 17:21, 18:3,
22:24, 22:25, 34:22, 59:13,
69:11, 71:16, 72:3, 77:22, 90:6,
90:23, 91:25, 92:3, 92:10,
93:20, 95:24, 96:13, 97:2, 97:7,
97:18, 98:2, 98:15, 98:20, 99:5,
101:6, 101:19, 101:25, 102:1,
102:6, 102:23, 104:1, 104:5,
116:19, 119:22, 123:14,
124:20, 131:1, 131:17, 132:17,
132:22, 137:5, 137:6, 137:7,
137:8, 168:14, 168:21, 169:19,
177:22, 177:25, 185:8, 242:25,
246:3, 246:12, 250:14, 254:19,
254:24
**prices** [2] - 22:11, 249:25
**primarily** [10] - 38:4, 41:10,
54:22, 55:18, 56:11, 141:7,
141:8, 141:23, 148:9, 148:13
**prime** [2] - 146:14, 146:20
**primer** [1] - 161:2
**principle** [2] - 113:21, 129:7
**principles** [3] - 65:14, 83:23,
114:19
**print** [2] - 154:23, 156:12
**printed** [1] - 24:14
**printouts** [1] - 129:23
**prior** [6] - 108:14, 139:10,
198:17, 217:17, 217:18
**prison** [1] - 107:21
**private** [2] - 42:15, 248:14
**privity** [1] - 133:5
**probably** [17] - 5:5, 5:11, 5:12,

5:24, 6:2, 8:23, 108:25, 110:23,
122:18, 128:22, 165:22,
186:23, 191:13, 198:3, 204:7,
240:19, 254:17
**probative** [2] - 41:15, 212:2
**problem** [21] - 6:16, 9:22,
16:11, 28:8, 38:2, 62:10, 63:15,
116:10, 144:4, 155:11, 156:11,
157:2, 157:5, 158:17, 159:10,
166:10, 173:18, 173:22, 210:1,
229:3, 256:9
**problematic** [4] - 48:17, 48:20,
62:5, 142:24
**problems** [4] - 42:24, 82:16,
156:12, 186:14
**proceed** [1] - 8:24
**Proceedings** [1] - 2:6
**PROCEEDINGS** [1] - 3:1
**proceedings** [2] - 3:3, 258:9
**process** [3] - 39:15, 40:2,
133:10
**produce** [2] - 38:23, 39:4
**produced** [4] - 2:6, 31:17,
46:20, 200:17
**production** [1] - 38:10
**professionals** [5] - 110:7,
110:16, 110:21, 111:7, 145:25
**professor** [1] - 233:21
**proffer** [1] - 42:9
**proffered** [2] - 30:8, 242:24
**profit** [10] - 32:14, 32:25, 34:17,
117:9, 118:8, 118:9, 121:25,
147:6, 149:2, 161:17
**profitability** [1] - 34:24
**profitable** [1] - 35:7
**profited** [4] - 42:7, 178:6, 178:9,
235:20
**profits** [29] - 20:11, 20:25, 70:3,
70:4, 70:20, 72:5, 72:12, 72:22,
72:24, 114:22, 115:4, 115:19,
115:25, 116:4, 116:11, 117:1,
119:22, 119:24, 120:14, 122:6,
124:21, 127:8, 137:20, 137:24,
141:10, 161:16, 162:4, 244:9,
246:23
**prohibit** [1] - 99:13
**prohibited** [1] - 217:23
**projecting** [1] - 216:19
**promise** [4] - 5:17, 78:9,
224:17, 256:24
**promote** [1] - 55:25
**promotions** [1] - 251:21
**proof** [2] - 208:14, 223:11
**proper** [5] - 41:12, 167:23,
167:25, 221:8, 254:13
**properly** [3] - 106:7, 168:1,
201:25
**property** [34] - 10:10, 10:19,
11:1, 11:9, 11:11, 11:14, 12:6,
12:7, 12:11, 12:19, 13:6, 13:8,

15:3, 15:24, 16:10, 16:18, 17:1, 17:8, 17:10, 18:21, 19:1, 19:2, 20:14, 23:4, 24:7, 24:17, 26:13, 31:9, 36:7, 82:1, 85:8, 85:14, 211:4
**proposed** [3] - 4:21, 172:18, 210:3
**proposition** [3] - 39:2, 50:21, 70:23
**prosecuted** [1] - 235:23
**prosecution** [1] - 199:7
**prosecutor** [2] - 38:21, 159:2
**prosecutorial** [1] - 86:3
**prosecutors** [1] - 38:23
**prosecutors'** [1] - 86:8
**protocol** [1] - 185:7
**prove** [44] - 10:19, 10:20, 10:21, 11:17, 11:24, 11:25, 12:1, 16:4, 16:14, 16:16, 16:17, 16:20, 16:21, 24:5, 24:6, 44:25, 52:10, 55:17, 67:24, 67:25, 68:1, 68:6, 69:7, 79:18, 79:21, 81:12, 81:16, 81:18, 81:20, 85:7, 93:12, 93:17, 146:22, 147:22, 147:24, 178:21, 179:7, 179:15, 180:18, 186:5, 190:2, 190:4, 190:5, 190:6
**proved** [1] - 10:25
**proven** [3] - 56:18, 180:18, 188:16
**proves** [3] - 189:21, 190:7, 194:5
**provide** [6] - 38:11, 75:17, 173:7, 189:21, 193:10, 230:20
**provided** [5] - 155:17, 176:24, 193:1, 225:3
**provides** [2] - 145:8, 246:25
**providing** [2] - 144:8, 144:9
**province** [1] - 221:8
**proving** [1] - 70:15
**psychiatric** [1] - 227:13
**public** [9] - 12:8, 15:12, 60:22, 75:5, 131:24, 132:12, 158:3, 234:16, 239:3
**publicize** [1] - 242:6
**publicly** [2] - 238:13, 245:23
**published** [2] - 176:25, 247:23
**pull** [7] - 53:3, 129:11, 135:12, 148:19, 197:9, 212:9, 247:13
**pulled** [1] - 138:19
**pulling** [1] - 135:19
**pump** [57] - 13:17, 15:11, 15:23, 21:6, 28:23, 29:1, 29:9, 59:14, 59:25, 69:14, 69:21, 87:23, 88:4, 88:12, 90:1, 92:7, 100:22, 102:24, 107:1, 113:16, 113:18, 114:4, 114:7, 114:8, 114:11, 114:12, 139:14, 167:21, 168:2, 168:6, 168:8, 168:11, 168:16, 168:20, 168:24, 169:3, 170:10, 170:14, 170:17, 171:19, 178:14, 178:16, 178:22, 179:2, 179:4, 179:7, 179:19, 179:22, 180:2, 180:3, 181:1, 216:11, 216:12, 238:9, 250:6, 251:18
**pump-and-dump-type** [1] - 69:14
**pumped** [3] - 114:20, 179:23, 254:24
**pumping** [2] - 90:17, 210:13
**pumps** [1] - 179:25
**pun** [1] - 256:8
**punch** [2] - 124:25, 125:1
**punctuation** [1] - 134:19
**punt** [1] - 76:21
**purchase** [3] - 17:13, 20:8, 134:15
**purchased** [2] - 22:11, 132:20
**purchases** [1] - 91:18
**purchasing** [2] - 245:16, 245:22
**purifies** [1] - 227:22
**purport** [4] - 129:2, 141:18, 222:11, 225:9
**purported** [2] - 48:22, 163:22
**purportedly** [2] - 87:22, 157:24
**purporting** [4] - 129:7, 140:17, 163:9, 228:21
**purports** [6] - 122:13, 122:18, 123:9, 138:12, 225:23, 243:18
**purpose** [8] - 15:7, 26:21, 45:4, 67:18, 69:10, 74:23, 125:21, 158:8
**purposes** [7] - 16:6, 31:21, 132:25, 159:1, 162:3, 195:11, 195:12
**pursuant** [1] - 258:6
**put** [42] - 9:18, 31:14, 48:16, 49:1, 52:3, 58:14, 70:10, 75:3, 83:4, 83:18, 94:3, 101:5, 101:6, 101:7, 106:3, 112:19, 115:13, 118:16, 121:6, 129:1, 134:18, 134:21, 137:23, 140:17, 141:11, 141:17, 148:22, 152:17, 158:1, 160:9, 160:16, 162:14, 165:17, 165:18, 183:13, 187:2, 191:2, 191:19, 211:7, 226:4, 255:14
**puts** [4] - 81:4, 91:22, 96:25, 161:8
**putting** [8] - 8:19, 18:12, 82:19, 93:5, 99:9, 179:16, 192:17, 221:4

## Q

**qualifications** [2] - 8:23, 170:9
**qualified** [5] - 225:6, 225:23, 225:25, 226:4, 230:20
**qualifies** [1] - 225:11
**qualities** [3] - 76:25, 77:7, 77:22
**quantity** [1] - 130:17
**quarters** [2] - 122:9, 123:15
**quasi** [1] - 250:3
**quasi-regulatory** [1] - 250:3
**Quentin** [1] - 1:20
**question** [27] - 8:3, 17:3, 19:22, 76:24, 88:2, 93:21, 109:2, 109:19, 111:8, 113:4, 128:18, 155:15, 166:7, 183:11, 226:3, 229:7, 235:15, 236:18, 237:9, 237:20, 238:1, 238:25, 242:11, 250:17, 253:5
**question-by-question** [1] - 238:25
**questioning** [3] - 86:8, 92:15, 242:20
**questionnaire** [2] - 3:10, 3:18
**questionnaires** [2] - 4:3, 4:4
**questions** [12] - 4:24, 66:5, 147:9, 148:7, 169:10, 171:19, 205:8, 208:22, 208:23, 208:24, 248:20, 255:22
**quick** [7] - 46:2, 48:10, 119:21, 243:21, 253:16, 253:18, 255:18
**quickly** [8] - 7:5, 80:7, 98:24, 131:13, 138:6, 139:10, 163:21, 199:21
**quite** [4] - 6:16, 9:9, 183:12, 242:12
**quote** [4] - 14:22, 16:10, 151:18, 225:6
**quote/unquote** [1] - 241:18
**quoted** [2] - 13:1, 177:4
**quotes** [2] - 154:10, 226:15
**quoting** [1] - 226:14

## R

**rabbit** [1] - 81:9
**radically** [1] - 246:19
**rainforest** [1] - 24:14
**raise** [3] - 96:14, 169:12, 255:9
**raised** [4] - 8:22, 54:23, 159:10, 167:8
**raising** [1] - 113:11
**rally** [1] - 27:6
**ran** [1] - 27:5
**random** [3] - 34:15, 135:17, 153:25
**ranger** [1] - 7:19
**rap** [1] - 54:5
**rapidly** [1] - 59:13
**rarely** [2] - 185:16, 253:6
**rate** [1] - 130:24
**rather** [7] - 43:5, 43:10, 131:24, 135:17, 136:18, 160:19, 205:13
**rationale** [1] - 182:25

**rationally** [1] - 207:17
**Raw** [1] - 46:5
**raw** [1] - 129:12
**RDR** [2] - 2:1, 258:15
**re** [1] - 194:10
**re-urge** [1] - 194:10
**reach** [1] - 219:25
**read** [12] - 15:4, 16:19, 18:18, 20:7, 64:5, 156:16, 159:18, 188:3, 190:18, 191:16, 198:12, 230:1
**readable** [1] - 154:2
**reading** [4] - 18:18, 31:5, 115:16, 225:18
**reads** [1] - 230:13
**ready** [2] - 183:11, 201:9
**real** [9] - 28:23, 29:4, 29:5, 45:4, 46:2, 145:25, 203:9, 255:18
**reality** [1] - 48:7
**realize** [2] - 177:24, 241:5
**realized** [1] - 122:1
**reallege** [2] - 27:16, 27:17
**really** [40] - 9:9, 11:2, 13:21, 21:24, 29:16, 42:9, 44:25, 53:12, 56:5, 56:9, 56:15, 63:17, 64:25, 74:5, 97:15, 98:4, 98:21, 99:24, 102:25, 103:21, 104:21, 138:8, 141:25, 148:5, 154:5, 155:14, 174:17, 178:13, 185:17, 187:11, 190:20, 192:11, 199:23, 206:11, 218:2, 218:19, 226:20, 229:9, 231:4, 244:16
**realm** [1] - 207:9
**Realtime** [1] - 2:1
**realtime** [1] - 207:19
**reams** [6] - 67:14, 69:7, 69:8, 69:9
**reason** [24] - 26:5, 30:6, 43:5, 43:10, 50:9, 51:19, 63:17, 69:1, 73:1, 95:6, 100:9, 110:18, 113:23, 119:3, 121:8, 128:25, 135:11, 179:12, 183:25, 188:7, 188:8, 207:23, 231:23, 249:22
**reasonable** [1] - 179:7
**reasons** [9] - 58:21, 67:2, 73:6, 105:15, 137:18, 141:6, 142:25, 212:4, 243:5
**rebut** [2] - 93:7, 187:18
**recent** [2] - 226:10, 250:8
**recess** [3] - 108:1, 166:21, 257:8
**recessed** [2] - 6:9, 6:10
**recognize** [1] - 172:7
**recommend** [1] - 71:4
**recommendations** [2] - 203:13, 203:14
**recommended** [2] - 53:6, 203:19
**recommending** [1] - 105:21

**record** [14] - 9:17, 9:18, 31:20, 36:6, 156:16, 159:1, 161:17, 211:17, 228:7, 247:12, 252:3, 254:12, 255:22
**recorded** [2] - 2:6, 31:16
**recording** [2] - 34:4
**recordings** [1] - 195:22
**records** [21] - 28:1, 116:1, 125:11, 126:2, 128:16, 132:25, 138:19, 141:12, 146:10, 147:13, 178:11, 215:10, 239:10, 249:6, 251:25, 252:15, 253:6, 253:22, 254:8, 254:11
**recoup** [1] - 84:24
**red** [3] - 137:15, 139:3, 157:4
**redo** [1] - 134:9
**reduce** [1] - 144:18
**reduced** [1] - 3:18
**redundant** [1] - 125:22
**reeducate** [1] - 192:14
**refer** [3] - 158:6, 159:23, 252:21
**reference** [5] - 72:16, 156:22, 166:16, 198:1, 204:16
**referenced** [2] - 81:11, 179:21
**references** [4] - 15:18, 52:12, 116:8, 226:6
**referencing** [2] - 25:19, 53:14
**referring** [5] - 14:23, 26:4, 126:20, 198:10, 210:15
**refers** [3] - 113:24, 175:4, 177:19
**reflect** [1] - 138:5
**reflected** [1] - 135:16
**reflecting** [1] - 62:11
**reflective** [1] - 215:19
**reflects** [2] - 130:6, 140:2
**refuse** [1] - 116:21
**refused** [3] - 38:11, 39:3, 195:6
**regard** [4] - 141:1, 166:6, 188:19, 243:17
**regarding** [7] - 13:15, 17:20, 26:11, 61:12, 173:1, 226:11, 246:3
**regards** [11] - 33:8, 33:23, 34:1, 35:1, 48:18, 51:3, 161:19, 163:7, 182:22, 199:4, 243:22
**registered** [2] - 188:19, 241:23
**regulate** [2] - 111:10, 176:15
**regulated** [2] - 110:15, 231:14
**regulates** [1] - 111:6
**regulation** [3] - 50:12, 174:10, 232:20
**regulations** [5] - 110:15, 220:16, 241:24, 245:1, 245:12
**regulator's** [1] - 52:14
**regulators** [1] - 248:13
**regulatory** [4] - 172:8, 176:13, 248:16, 250:3
**rein** [1] - 241:8
**reindicted** [1] - 23:24

**rejected** [2] - 23:7, 55:23
**relate** [1] - 111:5
**related** [7] - 41:8, 56:11, 155:22, 165:16, 167:21, 173:4, 228:20
**relatedly** [1] - 172:17
**relates** [5] - 9:1, 118:15, 138:7, 168:1, 199:23
**relationship** [1] - 206:4
**release** [1] - 94:9
**relevance** [12] - 41:13, 50:13, 65:23, 108:19, 108:21, 191:25, 212:1, 231:16, 231:22, 235:5, 238:22, 249:12
**relevancy** [1] - 141:9
**relevant** [39] - 33:19, 41:13, 42:6, 48:15, 49:5, 66:17, 70:15, 73:5, 73:6, 74:13, 75:6, 76:11, 83:13, 89:24, 92:8, 94:25, 106:1, 109:20, 115:10, 119:25, 126:2, 163:10, 179:11, 188:8, 189:7, 192:1, 201:6, 211:1, 217:25, 220:20, 223:3, 229:17, 235:7, 237:3, 237:6, 237:10, 240:8, 252:24, 254:9
**reliability** [3] - 55:21, 60:20, 61:6
**reliable** [2] - 169:1, 253:23
**reliance** [1] - 76:11
**relied** [1] - 146:8
**rely** [4] - 76:17, 78:12, 143:4, 228:13
**relying** [2] - 55:18, 146:22
**remainder** [2] - 127:24, 181:4
**remarkable** [1] - 239:20
**remarks** [1] - 96:24
**remember** [10] - 20:17, 37:22, 38:1, 62:19, 124:22, 134:13, 136:22, 154:23, 184:23, 186:1
**remind** [2] - 111:18, 171:17
**remiss** [1] - 123:3
**remove** [1] - 156:1
**removed** [3] - 156:3, 160:12, 161:25
**removing** [1] - 107:1
**render** [1] - 42:1
**rendering** [1] - 125:21
**repackaging** [1] - 23:5
**repeat** [1] - 220:10
**repeated** [1] - 66:2
**repeatedly** [4] - 36:23, 80:22, 107:6, 195:6
**reply** [3] - 9:10, 58:14, 59:5
**report** [19] - 4:10, 4:18, 39:24, 57:22, 84:4, 121:21, 202:18, 211:16, 223:8, 224:2, 224:5, 224:22, 225:1, 225:12, 251:1, 251:5, 251:7, 252:9, 252:13
**reported** [1] - 258:9
**Reported** [1] - 2:1

**Reporter** [2] - 2:1, 2:6
**REPORTER'S** [1] - 1:11
**reporting** [2] - 57:19, 128:12
**reports** [14] - 38:17, 38:22, 39:14, 39:24, 75:19, 111:15, 122:25, 214:11, 223:6, 252:10, 252:18, 253:4, 253:12, 254:13
**represent** [4] - 122:13, 136:18, 163:9, 164:24
**representation** [2] - 77:17, 78:8
**representations** [1] - 71:2
**represented** [1] - 81:22
**representing** [3] - 122:3, 129:16, 137:14
**represents** [3] - 140:19, 158:3, 217:8
**reputation** [2] - 36:21, 67:25
**request** [8] - 9:17, 35:16, 39:5, 132:24, 193:10, 195:7, 195:8, 195:14
**requested** [3] - 8:11, 38:12, 204:18
**requesting** [2] - 140:23, 217:22
**requests** [1] - 204:14
**require** [2] - 14:11, 31:4
**required** [9] - 24:5, 24:6, 35:4, 57:22, 82:15, 125:19, 160:18, 172:21, 193:8
**requirement** [8] - 37:5, 37:10, 175:13, 176:7, 176:8, 176:17, 216:21
**requirements** [4] - 31:3, 37:2, 37:13, 231:12
**requires** [3] - 146:17, 172:13, 211:3
**requiring** [1] - 179:13
**reserve** [7] - 90:8, 90:18, 94:19, 96:10, 163:20, 255:6, 255:8
**Resources** [1] - 227:21
**respect** [6] - 42:16, 53:14, 53:15, 166:23, 184:3, 185:7
**respectfully** [1] - 140:22
**respectively** [1] - 158:4
**respond** [6] - 14:1, 98:23, 118:13, 148:3, 170:2, 230:1
**responded** [1] - 122:5
**response** [9] - 15:22, 16:12, 16:13, 16:14, 25:13, 66:4, 70:2, 144:6
**responses** [2] - 3:10, 73:19
**responsibility** [1] - 70:6
**responsible** [4] - 13:17, 90:10, 92:6, 94:18
**rest** [5] - 36:21, 53:17, 73:5, 76:13, 220:4
**restricting** [3] - 218:5, 218:25, 219:4
**result** [6] - 10:22, 11:18, 13:19, 14:15, 57:25, 140:25
**results** [1] - 168:13
**retail** [1] - 242:5
**return** [1] - 4:1
**retweeting** [1] - 63:14
**reus** [3] - 134:16, 138:5, 141:16
**reverse** [2] - 94:4, 131:5
**reversed** [1] - 30:12
**reversible** [1] - 143:17
**review** [4] - 38:13, 38:23, 39:6, 253:18
**reviewed** [3] - 55:16, 146:1, 168:4
**revised** [2] - 121:21, 136:9
**REYES** [22] - 73:24, 117:7, 163:6, 163:15, 163:18, 164:1, 164:5, 164:15, 209:20, 210:1, 210:6, 211:13, 213:7, 214:1, 215:14, 217:3, 217:6, 219:12, 219:16, 219:18, 219:22, 220:1
**Reyes** [6] - 1:19, 74:1, 117:7, 163:4, 212:13, 219:11
**Rhonda** [2] - 3:21, 4:7
**rhythm** [1] - 140:3
**Ricky** [1] - 49:3
**RickyBobby** [2] - 48:12, 49:10
**rid** [1] - 136:10
**ridiculous** [2] - 33:14, 156:8
**right** [142] - 3:7, 3:15, 10:5, 10:9, 10:23, 12:1, 12:22, 13:25, 16:22, 17:3, 17:22, 18:9, 19:10, 20:6, 20:19, 21:17, 22:8, 23:6, 25:11, 28:14, 29:11, 33:2, 37:19, 40:25, 45:20, 51:4, 51:16, 53:11, 54:18, 65:11, 67:6, 67:19, 71:14, 75:18, 78:4, 78:21, 83:16, 84:1, 84:21, 85:1, 85:17, 87:11, 88:25, 90:8, 90:18, 93:10, 93:11, 94:19, 96:10, 97:3, 97:6, 97:20, 100:12, 100:15, 101:7, 102:14, 104:13, 105:3, 105:9, 105:20, 107:17, 107:25, 108:17, 109:17, 109:24, 111:17, 111:19, 112:11, 113:14, 113:17, 117:20, 118:2, 121:15, 121:19, 123:21, 126:9, 131:5, 136:1, 136:14, 136:25, 139:14, 140:13, 141:3, 143:13, 150:23, 151:7, 152:17, 161:8, 162:17, 162:22, 163:20, 164:16, 166:22, 167:2, 170:8, 171:14, 171:22, 174:13, 177:9, 177:10, 177:23, 178:5, 180:24, 181:5, 182:7, 187:5, 187:11, 188:3, 190:11, 192:25, 194:18, 198:15, 198:24, 199:1, 199:8, 200:7, 200:18, 213:7, 215:12, 216:5, 217:14, 218:15, 219:7, 219:17, 222:15, 223:23, 224:8, 224:16, 224:19, 227:18, 227:24, 235:1, 237:4, 241:22, 243:16, 248:3, 248:14, 251:8, 252:13, 255:16, 256:6
**right-hand** [1] - 123:21
**righteous** [1] - 87:7
**rigor** [1] - 169:6
**riot/one** [1] - 7:19
**rip** [1] - 81:24
**rise** [4] - 177:8, 177:22, 226:12, 239:20
**risk** [2] - 212:19, 212:21
**road** [8] - 81:3, 84:24, 85:2, 85:4, 104:11, 118:19, 140:15, 227:5
**rob** [5] - 14:9, 16:10, 25:3, 27:13, 211:8
**robbery** [2] - 198:8, 200:23
**robbing** [10] - 21:17, 27:8, 30:25, 31:24, 32:19, 34:11, 36:24, 43:24, 62:12
**rocket** [1] - 101:24
**role** [2] - 49:21, 208:18
**Rolling** [2] - 54:12, 54:13
**room** [10] - 5:6, 24:21, 24:23, 25:17, 25:22, 26:3, 35:11, 93:24, 94:2, 143:4
**root** [1] - 35:4
**Rosen** [22] - 1:20, 9:12, 10:5, 23:3, 23:14, 31:13, 41:5, 116:3, 117:8, 117:18, 129:17, 141:5, 141:21, 148:14, 151:24, 154:8, 158:20, 167:9, 170:12, 247:10, 247:16, 255:20
**ROSEN** [42] - 10:6, 12:2, 13:2, 26:9, 27:24, 28:6, 28:17, 55:3, 55:9, 55:13, 57:12, 60:7, 64:12, 64:15, 64:18, 87:18, 88:8, 116:4, 141:22, 145:20, 145:23, 154:12, 154:16, 154:22, 155:2, 155:6, 155:8, 156:5, 156:10, 156:13, 167:13, 243:21, 243:25, 251:10, 253:3, 253:14, 253:24, 254:20, 255:4, 255:6, 255:12, 255:15
**Rosen's** [1] - 16:13
**rough** [1] - 60:10
**roughly** [2] - 123:13, 139:18
**route** [2] - 131:20, 132:12
**routed** [7] - 131:12, 131:13, 131:17, 132:4, 132:5, 133:3, 134:4
**routes** [1] - 133:7
**routinely** [2] - 72:22, 146:23
**rows** [8] - 136:16, 142:8, 155:18, 157:2, 157:4, 157:6, 157:10, 157:13
**RSI** [1] - 26:17
**rub** [1] - 226:21
**rubbing** [1] - 52:13
**ruined** [1] - 36:20
**Rule** [4] - 67:23, 145:9, 158:8,

186:12
**rule** [12] - 13:20, 37:3, 50:12, 55:24, 86:18, 120:13, 144:4, 225:17, 229:9, 230:15, 241:25, 247:24
**ruled** [5] - 13:24, 108:3, 179:1, 204:11, 220:6
**rules** [9] - 74:10, 81:3, 106:8, 140:14, 145:4, 222:19, 231:12, 231:19, 245:18
**ruling** [10] - 79:13, 81:2, 81:14, 90:25, 91:2, 164:20, 204:11, 227:24, 237:17, 250:13
**run** [2] - 119:22, 221:3
**run-up** [1] - 119:22
**Russian** [3] - 101:21, 102:11, 102:15
**Rybarczyk** [16] - 9:6, 24:24, 26:16, 42:16, 42:21, 50:22, 55:15, 58:4, 59:9, 60:8, 122:4, 129:17, 149:24, 150:9, 150:21, 199:18
**Rybarczyk's** [4] - 41:1, 54:19, 150:18, 167:9

## S

**S** [3] - 1:3, 1:20, 130:19
**Sabo** [4] - 48:12, 48:23, 160:14, 160:16
**Sabo's** [2] - 49:9, 160:13
**said** [62] - 3:12, 11:16, 17:4, 25:6, 25:10, 31:13, 35:5, 36:25, 37:23, 38:3, 44:25, 66:3, 68:20, 73:17, 73:18, 78:11, 79:9, 79:11, 88:24, 89:16, 94:13, 95:20, 95:22, 98:21, 99:6, 103:12, 103:14, 104:7, 105:5, 105:9, 107:7, 110:24, 113:5, 117:8, 117:18, 119:18, 124:20, 128:14, 143:24, 146:10, 148:11, 163:10, 163:14, 165:25, 172:7, 174:1, 177:2, 186:17, 189:3, 194:17, 210:13, 211:24, 222:14, 224:1, 235:22, 236:8, 236:23, 246:25, 247:11, 252:16
**sale** [3] - 134:16, 246:11, 246:17
**sales** [9] - 57:23, 80:23, 82:3, 88:18, 88:19, 125:7, 172:11, 173:23
**same** [47] - 7:20, 8:3, 12:15, 18:2, 20:9, 30:18, 34:7, 37:9, 40:6, 47:12, 48:2, 58:5, 58:7, 59:2, 62:20, 68:24, 68:25, 106:15, 106:16, 113:17, 113:22, 125:15, 127:24, 138:23, 155:9, 167:3, 167:7, 167:8, 169:14, 169:25, 179:25,

184:19, 185:6, 191:1, 192:7, 192:15, 198:20, 200:14, 207:3, 207:13, 208:1, 209:3, 209:7, 241:21, 245:6, 245:17, 253:2
**sandwiches** [1] - 44:18
**Sapphire** [1] - 57:1
**Sauce** [3] - 60:10, 60:14, 60:25
**save** [1] - 141:10
**savory** [1] - 53:16
**saw** [8] - 19:14, 93:14, 94:12, 106:19, 203:7, 204:3, 208:12, 238:22
**say** [148] - 4:10, 5:25, 6:15, 13:6, 17:15, 17:21, 23:17, 24:18, 24:20, 25:7, 27:10, 27:12, 27:13, 28:12, 29:6, 31:15, 31:18, 31:23, 33:12, 36:23, 42:9, 44:20, 47:18, 48:4, 52:8, 60:25, 69:20, 70:2, 70:25, 71:8, 71:11, 73:3, 74:4, 74:21, 75:8, 75:9, 75:12, 78:3, 79:5, 79:7, 79:10, 84:22, 85:12, 85:13, 85:14, 85:18, 88:14, 92:20, 96:12, 97:3, 97:6, 97:21, 99:2, 100:7, 102:4, 102:9, 103:4, 103:19, 104:3, 105:25, 106:15, 107:19, 109:19, 110:22, 114:20, 116:1, 116:2, 116:11, 117:13, 117:21, 119:6, 123:25, 130:25, 131:19, 132:15, 134:6, 134:25, 138:17, 140:12, 142:7, 142:8, 143:7, 144:9, 144:15, 150:9, 154:17, 154:21, 158:2, 159:21, 160:6, 161:7, 161:10, 163:13, 163:15, 169:17, 172:24, 173:10, 173:13, 177:21, 184:4, 184:5, 186:2, 189:1, 193:14, 194:19, 203:15, 208:9, 208:11, 222:5, 222:12, 222:13, 228:11, 228:12, 228:15, 228:22, 230:10, 230:11, 230:13, 231:19, 232:1, 232:9, 232:20, 232:23, 233:1, 233:2, 233:10, 233:15, 233:25, 234:2, 234:13, 235:16, 236:17, 238:10, 239:25, 240:24, 241:4, 242:16, 246:11, 247:21, 250:13, 252:4, 254:16, 254:22, 256:1, 256:25
**saying** [74] - 8:3, 13:11, 23:9, 28:16, 32:24, 35:6, 35:9, 50:16, 50:17, 52:14, 57:14, 59:10, 61:15, 71:22, 72:3, 73:21, 74:12, 75:9, 75:11, 75:13, 76:7, 76:17, 76:18, 78:15, 78:23, 79:15, 79:19, 79:20, 79:21, 80:4, 82:2, 82:25, 83:10, 85:11, 92:22, 95:8, 95:12, 95:14, 96:18, 97:13, 98:9, 98:10, 98:14, 101:5, 101:22, 105:18,

114:11, 117:21, 120:7, 122:5, 131:9, 133:25, 154:10, 156:23, 156:25, 163:18, 179:10, 212:15, 216:8, 221:13, 221:17, 221:23, 223:10, 226:14, 234:9, 236:7, 236:12, 236:13, 243:8, 244:5, 249:19, 252:5, 254:4, 254:5
**says** [56] - 20:14, 23:22, 26:14, 26:16, 27:12, 27:14, 33:21, 35:15, 43:13, 47:15, 48:11, 54:5, 57:6, 60:12, 62:18, 64:5, 67:24, 77:24, 78:4, 82:7, 84:17, 112:20, 114:7, 121:25, 123:1, 123:21, 123:24, 124:10, 124:11, 124:17, 130:5, 130:11, 131:11, 131:12, 134:24, 142:22, 151:5, 152:6, 152:17, 153:19, 153:22, 154:20, 154:22, 159:18, 164:18, 168:20, 177:6, 181:14, 188:3, 205:19, 212:19, 215:17, 224:6, 224:23, 228:13, 232:21
**scale** [1] - 244:8
**scalp** [1] - 119:21
**scalpers** [3] - 62:21, 63:6, 63:7
**scenario** [1] - 244:17
**scenes** [1] - 69:22
**scheme** [47] - 12:3, 12:5, 14:9, 14:12, 14:15, 15:8, 16:23, 17:2, 19:3, 20:4, 28:24, 52:3, 53:7, 82:14, 82:15, 83:2, 83:3, 83:8, 83:11, 83:18, 87:23, 100:14, 100:17, 100:19, 113:25, 114:2, 114:4, 114:16, 119:17, 120:8, 138:20, 168:21, 179:11, 180:2, 192:7, 210:11, 210:12, 210:21, 213:4, 216:10, 216:23, 234:14, 238:10, 245:8, 245:11
**schemes** [1] - 69:15
**scheming** [1] - 26:13
**school** [1] - 121:14
**science** [2] - 101:25, 119:18
**scope** [9] - 47:1, 198:19, 198:21, 209:8, 210:22, 211:10, 211:19, 216:9, 249:4
**Scott** [1] - 1:16
**Scout** [1] - 68:21
**screen** [7] - 60:7, 121:7, 133:19, 138:11, 152:15, 153:5, 158:20
**screenshot** [1] - 46:7
**scroll** [2] - 136:2, 138:11
**search** [2] - 15:5, 38:17
**searching** [1] - 168:5
**seated** [2] - 3:6, 166:22
**SEC** [46] - 23:10, 24:3, 24:4, 24:5, 24:10, 44:16, 44:21, 48:18, 49:13, 49:15, 50:6, 50:7, 50:11, 50:16, 50:18, 52:7, 52:8, 52:12, 53:15, 54:1, 91:15, 99:7,

168:11, 171:4, 173:2, 174:9, 174:19, 174:21, 174:23, 176:12, 176:14, 176:20, 176:23, 176:25, 201:6, 241:24, 245:11, 247:23, 250:2, 250:3, 250:8, 251:1, 251:5, 251:7, 252:21

**SEC's** [12] - 47:16, 84:4, 84:6, 174:16, 174:25, 175:12, 176:11, 177:4, 177:9, 177:23, 178:2, 250:21

**second** [14] - 9:5, 10:7, 62:21, 73:25, 87:19, 99:8, 156:17, 177:6, 199:16, 214:2, 234:23, 244:25, 246:18, 246:19

**Second** [1] - 23:10

**secondly** [1] - 202:16

**seconds** [4] - 71:18, 85:20, 122:14, 122:16

**secret** [7] - 165:6, 165:10, 165:11, 166:1, 166:3, 166:4, 190:25

**secretary** [1] - 15:5

**Section** [1] - 258:7

**securities** [22] - 20:9, 21:6, 23:8, 23:13, 110:7, 110:14, 110:16, 110:21, 114:13, 116:13, 116:14, 134:16, 181:20, 181:21, 184:3, 188:18, 193:19, 201:20, 220:16, 231:14, 232:21, 251:17

**Securities** [1] - 49:19

**security** [4] - 168:22, 174:24, 174:25, 177:7

**see** [62] - 9:14, 17:19, 29:8, 46:16, 48:15, 50:10, 50:18, 64:24, 65:3, 75:5, 77:11, 78:15, 78:17, 78:18, 79:5, 80:12, 81:4, 92:13, 96:16, 100:24, 101:3, 102:17, 104:18, 122:25, 123:7, 124:6, 124:10, 124:13, 125:9, 127:19, 130:14, 130:15, 131:12, 133:16, 136:1, 138:8, 139:6, 150:17, 151:3, 151:8, 151:12, 152:6, 152:16, 152:20, 153:3, 153:6, 153:16, 158:20, 160:5, 166:15, 168:4, 189:6, 189:25, 207:22, 209:23, 232:4, 234:1, 241:1, 253:19, 256:25

**seeing** [2] - 21:15, 152:13

**seek** [2] - 50:24, 251:14

**seeking** [8] - 15:11, 15:23, 16:8, 80:25, 86:20, 87:9, 250:10, 251:6

**seeks** [3] - 48:6, 48:8, 80:19

**seem** [1] - 139:12

**seemingly** [1] - 71:5

**seems** [3] - 6:20, 49:24, 173:18

**seen** [10] - 54:13, 65:7, 76:2, 81:21, 202:1, 216:13, 225:14,

228:7, 234:9, 249:21

**selection** [3] - 4:2, 4:8, 4:14

**selection's** [1] - 4:6

**self** [3] - 70:18, 81:11, 248:16

**self-regulatory** [1] - 248:16

**self-serving** [2] - 70:18, 81:11

**sell** [39] - 19:9, 26:20, 28:11, 28:13, 28:15, 29:2, 29:15, 61:24, 69:12, 69:24, 71:5, 71:18, 73:18, 82:4, 82:10, 100:10, 113:20, 130:15, 130:24, 131:3, 131:6, 131:9, 132:17, 132:21, 132:22, 133:13, 136:15, 136:25, 157:4, 172:12, 172:14, 173:11, 175:11, 214:17, 215:18, 244:14, 246:24

**sellers** [1] - 187:3

**selling** [32] - 14:19, 15:14, 19:4, 20:9, 21:17, 22:25, 26:24, 27:7, 30:18, 57:19, 72:2, 85:20, 95:15, 96:19, 99:4, 113:20, 119:15, 130:12, 131:5, 139:19, 140:4, 141:16, 161:20, 173:9, 175:19, 209:3, 212:17, 215:7, 244:12, 244:24, 255:2

**sells** [7] - 22:21, 82:8, 105:20, 139:25, 140:20, 161:2, 162:19

**send** [2] - 133:7, 133:8

**sending** [1] - 119:16

**sense** [4] - 64:17, 160:21, 180:3, 193:4

**sensitive** [1] - 6:8

**sent** [3] - 3:9, 97:2, 224:22

**sentence** [6] - 70:13, 107:22, 110:11, 111:23, 177:6

**sentences** [2] - 21:8, 177:20

**sentencing** [3] - 89:6, 107:23, 108:3

**sentiment** [1] - 36:14

**separate** [2] - 24:21, 46:20

**separately** [1] - 56:7

**September** [3] - 46:16, 148:24

**sequence** [3] - 74:7, 80:18, 151:14

**series** [3] - 86:15, 137:3, 251:17

**serious** [1] - 39:13

**seriously** [2] - 6:1, 191:15

**serve** [1] - 63:16

**serves** [3] - 45:4, 63:3, 158:8

**services** [2] - 132:6, 134:5

**serving** [2] - 70:18, 81:11

**set** [7] - 19:8, 91:25, 116:6, 133:22, 149:3, 237:24, 254:11

**sets** [2] - 151:21, 255:23

**seven** [7] - 5:14, 6:19, 24:16, 25:21, 26:4, 136:13, 184:16

**several** [6] - 20:12, 91:21, 135:17, 177:20, 191:12, 220:12

**shades** [1] - 153:10

**shall** [1] - 224:9

**share** [3] - 10:20, 169:2, 176:9

**Shares** [1] - 124:17

**shares** [48] - 14:19, 15:15, 19:9, 22:11, 26:20, 26:24, 29:1, 57:20, 61:16, 69:16, 69:24, 91:20, 91:21, 94:5, 94:6, 95:17, 120:10, 123:12, 130:18, 131:8, 131:16, 132:11, 132:17, 132:20, 133:12, 133:14, 133:15, 134:4, 135:9, 137:5, 137:6, 137:11, 149:1, 149:13, 167:18, 168:18, 175:19, 176:1, 176:3, 176:4, 211:18, 214:24, 215:23

**sharks** [1] - 79:1

**she** [32] - 28:9, 28:10, 28:11, 121:24, 122:7, 122:8, 122:18, 122:19, 123:9, 123:15, 124:19, 124:20, 125:22, 128:8, 128:21, 129:7, 135:22, 136:14, 136:18, 141:9, 143:23, 144:16, 156:24, 159:21, 161:9, 161:12, 161:15, 234:21, 234:22

**she'll** [2] - 118:20, 128:22

**she's** [9] - 144:8, 144:15, 145:14, 161:9, 161:12, 161:17, 162:1, 235:2

**shed** [1] - 198:3

**sheet** [1] - 160:1

**sheets** [1] - 146:10

**shell** [1] - 179:10

**shield** [1] - 66:8

**shift** [3] - 9:1, 64:21, 220:2

**short** [11] - 3:10, 63:7, 63:8, 72:2, 103:20, 107:25, 119:1, 122:12, 130:13, 130:14, 138:13

**short-circuit** [1] - 103:20

**shorten** [2] - 148:12, 186:18

**shorter** [1] - 197:4

**shorting** [1] - 130:12

**shortly** [1] - 115:22

**shot** [2] - 45:18, 244:16

**should** [85] - 6:8, 13:12, 29:21, 34:14, 34:16, 36:16, 36:17, 36:18, 44:4, 48:4, 51:19, 55:22, 62:6, 65:3, 66:9, 70:4, 70:5, 71:23, 72:4, 72:5, 75:7, 75:23, 75:24, 82:12, 83:3, 83:17, 84:2, 84:13, 86:2, 87:8, 87:13, 88:2, 88:13, 88:25, 89:4, 89:12, 90:14, 90:16, 93:1, 105:18, 107:8, 109:3, 110:5, 110:13, 111:20, 112:13, 114:15, 140:24, 142:19, 150:9, 160:18, 170:7, 172:20, 173:15, 176:12, 176:24, 178:17, 179:2, 180:7, 180:11, 180:13, 180:14, 180:19, 182:2, 182:4, 186:5, 193:20, 198:2, 201:22, 202:3,

202:10, 202:21, 222:24,
222:25, 223:1, 228:3, 231:8,
236:25, 243:15, 247:25,
249:20, 250:22, 253:2
**shouldn't** [12] - 63:18, 113:15,
117:22, 180:9, 190:14, 204:23,
222:16, 227:24, 232:16,
233:18, 235:8, 244:7
**Show** [1] - 36:19
**show** [36] - 29:22, 48:6, 56:1,
66:24, 67:18, 67:19, 68:1,
81:23, 84:21, 94:20, 96:6,
106:14, 108:18, 111:15, 129:3,
136:6, 138:7, 138:10, 139:3,
139:23, 147:23, 148:17,
151:23, 152:22, 153:3, 153:6,
153:8, 153:24, 155:12, 163:1,
168:25, 184:6, 189:16, 215:11,
245:18, 254:10
**showed** [1] - 124:9
**showing** [6] - 17:7, 43:7,
116:18, 134:10, 152:11, 250:4
**shown** [6] - 117:16, 214:10,
218:4, 219:6, 231:4, 250:22
**shows** [13] - 18:15, 36:6, 46:22,
49:14, 104:23, 125:5, 132:3,
147:16, 148:23, 148:25,
187:20, 213:3, 213:4
**shut** [1] - 233:24
**sic** [1] - 165:17
**Side** [1] - 130:11
**side** [13] - 5:11, 7:16, 7:20, 8:6,
45:15, 79:6, 86:22, 191:20,
191:22, 215:2, 230:3, 230:12,
236:4
**sidebars** [1] - 196:24
**sides** [8] - 34:25, 42:23, 106:2,
166:6, 191:22, 230:9, 240:16,
240:22
**sign** [3] - 3:25, 8:7, 41:21
**signals** [1] - 74:11
**signed** [2] - 40:9, 40:10
**significance** [1] - 125:3
**similar** [4] - 63:23, 84:20, 179:2,
193:3
**similarly** [1] - 180:11
**simple** [3] - 14:13, 159:8, 169:3
**simplest** [1] - 201:10
**simplify** [1] - 255:13
**simplistic** [1] - 165:15
**simply** [26] - 12:7, 13:7, 23:5,
26:8, 27:19, 30:1, 36:8, 56:20,
60:22, 92:9, 142:7, 142:8,
145:1, 147:25, 178:22, 179:14,
179:22, 244:6, 245:2, 245:5,
246:7, 246:25, 247:5, 251:16,
252:9
**simultaneously** [3] - 153:13,
154:15, 156:9
**since** [6] - 25:24, 90:14, 128:13,

156:3, 192:19, 242:23
**singing** [1] - 61:13
**single** [11] - 22:23, 27:12,
27:14, 121:22, 135:8, 145:8,
146:2, 146:6, 185:1, 216:21,
249:10
**sir** [2] - 211:13, 228:5
**sit** [4] - 5:3, 190:16, 190:18,
226:25
**site** [1] - 74:10
**sitting** [2] - 24:13, 50:16
**situated** [1] - 4:18
**six** [7] - 20:20, 33:11, 136:13,
184:10, 211:18, 213:2, 215:23
**Sixth** [3] - 143:12, 145:5,
146:16
**Size** [2] - 126:17, 127:6
**size** [2] - 130:16, 150:12
**skip** [1] - 75:19
**skipped** [2] - 89:9, 199:14
**skyrocket** [1] - 59:21
**skyrocketing** [1] - 59:22
**slang** [1] - 114:11
**sleight** [1] - 154:13
**slip** [1] - 232:2
**slots** [1] - 30:16
**slow** [1] - 6:21
**slowly** [1] - 244:8
**smacks** [1] - 91:2
**small** [3] - 56:20, 72:21, 154:23
**snapshots** [1] - 253:16
**Snoop** [1] - 54:5
**so** [328] - 3:8, 3:16, 4:4, 4:17,
6:1, 7:25, 8:21, 9:16, 10:15,
11:2, 11:18, 12:12, 14:19, 16:2,
16:10, 16:20, 16:23, 17:3,
17:14, 18:10, 19:17, 19:21,
20:3, 20:10, 20:21, 21:23,
21:24, 23:25, 24:9, 25:15,
27:16, 28:11, 28:19, 29:18,
31:18, 35:21, 37:13, 38:3, 41:8,
42:10, 43:7, 43:16, 44:6, 45:7,
45:9, 46:9, 46:10, 49:7, 50:4,
50:15, 50:24, 51:18, 52:12,
53:6, 54:14, 57:2, 57:11, 57:23,
58:6, 58:9, 58:17, 59:4, 60:5,
60:9, 62:23, 65:2, 66:23, 67:10,
67:17, 68:20, 69:5, 69:11,
69:13, 69:24, 70:1, 70:16, 71:7,
71:20, 71:25, 73:3, 73:5, 73:20,
75:2, 76:12, 76:20, 77:5, 77:15,
77:20, 78:7, 78:8, 79:23, 80:21,
81:8, 82:18, 83:1, 83:9, 83:17,
84:19, 86:18, 86:23, 88:13,
89:16, 90:3, 90:13, 91:1, 91:8,
95:4, 95:16, 98:24, 99:2, 99:5,
99:14, 100:1, 102:4, 102:24,
104:14, 105:9, 106:21, 109:25,
110:9, 110:22, 111:7, 113:20,
113:22, 114:5, 116:14, 117:19,

118:12, 118:15, 118:22,
119:20, 119:24, 120:15,
120:20, 121:17, 123:5, 123:15,
123:25, 124:6, 125:12, 125:14,
125:20, 126:10, 126:15, 127:3,
127:6, 127:12, 127:15, 127:18,
129:6, 129:22, 129:24, 130:14,
130:17, 130:19, 131:3, 131:5,
131:7, 132:14, 132:23, 133:2,
133:13, 134:8, 134:12, 135:11,
135:15, 135:21, 135:25,
136:12, 137:24, 140:11, 142:6,
143:9, 144:1, 144:12, 144:23,
145:20, 146:3, 148:17, 148:24,
149:10, 149:12, 149:15,
149:18, 150:2, 150:7, 150:8,
150:13, 150:14, 151:11,
151:12, 151:16, 151:21, 152:5,
153:6, 154:8, 154:22, 155:14,
155:19, 156:23, 158:23, 160:9,
160:11, 161:17, 165:1, 165:9,
165:14, 165:16, 166:5, 166:12,
166:13, 167:9, 168:25, 169:9,
169:21, 169:23, 170:6, 171:12,
171:19, 172:23, 173:5, 173:15,
174:6, 174:18, 174:19, 174:23,
175:14, 175:19, 175:25, 176:2,
176:21, 178:12, 178:15,
178:22, 179:22, 180:5, 181:10,
181:22, 182:2, 182:14, 182:25,
183:15, 184:16, 185:7, 185:21,
185:23, 186:8, 187:3, 189:13,
189:15, 189:17, 189:24, 190:4,
190:12, 190:14, 190:20, 191:7,
191:24, 192:9, 192:17, 193:6,
193:8, 194:4, 196:24, 199:20,
200:9, 200:25, 203:17, 205:13,
206:11, 206:19, 206:22, 207:2,
207:20, 207:23, 209:1, 209:10,
210:3, 210:19, 210:25, 211:9,
211:14, 212:12, 213:2, 213:15,
213:21, 214:20, 218:9, 218:13,
219:20, 221:3, 221:17, 223:17,
225:24, 227:8, 228:2, 228:15,
229:1, 229:8, 230:5, 230:11,
230:13, 231:2, 231:10, 231:21,
231:25, 233:4, 233:11, 236:2,
237:8, 237:19, 238:13, 240:13,
240:16, 240:25, 241:7, 241:18,
243:12, 247:19, 250:24, 251:3,
251:23, 252:23, 253:12,
256:12, 257:1
**so-called** [2] - 91:8, 146:3
**so..** [3] - 19:24, 54:6, 197:14
**social** [18] - 20:7, 21:5, 41:18,
51:25, 52:19, 80:17, 202:22,
202:23, 203:2, 203:24, 207:13,
208:8, 242:6, 248:24, 249:8,
251:21, 252:20, 254:14
**sold** [24] - 69:16, 73:4, 118:6,
123:12, 124:17, 136:22,

136:23, 139:13, 139:14, 149:2,
169:18, 210:14, 210:17,
210:20, 211:1, 211:16, 211:18,
213:1, 215:7, 215:20, 222:24,
244:7
**sole** [1] - 93:11
**solely** [3] - 41:25, 55:14, 137:20
**solve** [1] - 166:10
**some** [100] - 3:11, 4:20, 5:23,
11:22, 16:15, 19:16, 30:9,
39:13, 41:18, 43:17, 45:21,
50:11, 57:21, 58:2, 63:4, 66:25,
68:12, 68:13, 71:13, 74:2, 75:3,
76:6, 79:24, 83:1, 92:5, 94:13,
94:15, 94:17, 97:12, 97:21,
97:22, 98:3, 101:14, 105:4,
108:19, 109:19, 110:16, 114:8,
116:19, 119:1, 129:23, 134:24,
140:14, 142:3, 146:20, 147:14,
158:23, 160:20, 167:20,
170:23, 172:8, 173:11, 174:9,
174:10, 175:8, 175:9, 176:6,
179:8, 180:3, 183:18, 184:6,
185:2, 185:3, 185:11, 185:15,
188:17, 189:15, 192:1, 192:3,
198:4, 200:22, 203:25, 205:23,
206:15, 207:8, 208:2, 208:14,
214:17, 218:10, 219:25,
220:10, 229:15, 237:10,
238:25, 239:1, 240:3, 240:9,
240:23, 241:8, 241:9, 241:12,
250:7, 251:11, 251:14, 257:1
**somebody** [20] - 3:12, 7:23,
19:10, 22:7, 24:7, 25:18, 28:4,
28:5, 71:5, 78:11, 81:18, 91:11,
96:5, 98:3, 108:23, 131:3,
133:12, 134:23, 180:19, 235:6
**somebody's** [1] - 66:15
**somehow** [4] - 66:16, 73:4,
96:13, 245:20
**someone** [17] - 34:5, 53:15,
57:14, 62:1, 78:1, 81:19,
108:18, 109:4, 116:17, 167:22,
180:16, 203:6, 205:19, 216:22,
222:24, 222:25, 225:12
**someone's** [1] - 108:13
**something** [59] - 16:3, 26:3,
34:15, 47:1, 51:8, 57:22, 64:5,
66:12, 66:20, 72:5, 76:19,
77:25, 80:8, 85:1, 85:19, 88:19,
93:18, 105:10, 109:16, 114:11,
133:24, 136:20, 138:14,
158:14, 159:15, 159:19, 160:6,
160:10, 162:8, 163:5, 165:14,
166:13, 167:6, 173:10, 179:4,
179:15, 186:1, 196:4, 198:8,
204:20, 207:4, 210:14, 219:11,
220:23, 221:6, 221:11, 222:14,
225:15, 227:15, 228:4, 228:7,
235:24, 238:20, 239:8, 243:8,

246:17, 248:22, 252:21, 254:5
**sometimes** [3] - 119:21, 191:5,
204:22
**somewhat** [1] - 196:5
**somewhere** [3] - 5:2, 45:24,
109:1
**Sonar** [3] - 249:5, 251:2, 251:12
**song** [1] - 54:5
**sonogram** [1] - 65:21
**soon** [1] - 129:18
**sophisticated** [1] - 110:16
**sorry** [11] - 38:16, 54:25,
119:15, 126:23, 136:9, 139:1,
151:1, 152:8, 183:1, 197:11,
222:2
**sort** [43] - 42:23, 44:17, 56:5,
56:6, 56:8, 56:21, 57:8, 59:12,
62:10, 62:13, 62:22, 63:22,
65:14, 80:17, 80:19, 81:3,
83:23, 84:20, 88:4, 94:16, 99:9,
101:15, 104:12, 113:13,
114:11, 124:8, 124:22, 129:15,
134:6, 146:5, 168:19, 217:12,
220:10, 223:11, 226:20, 227:3,
231:15, 241:12, 241:16,
241:18, 244:16
**sortable** [1] - 129:14
**sorts** [5] - 65:21, 230:22,
237:14, 237:24, 242:8
**sotto** [1] - 40:24
**sought** [7] - 20:3, 23:5, 24:17,
83:7, 101:2, 249:22, 250:19
**sounds** [2] - 34:9, 131:25
**Southern** [1] - 2:2
**SOUTHERN** [1] - 1:2
**speak** [13] - 21:25, 55:14,
90:11, 102:24, 111:2, 172:22,
173:4, 173:6, 174:2, 174:3,
184:17, 186:15, 256:22
**speaking** [6] - 30:2, 112:5,
153:11, 153:13, 154:15, 156:9
**speaks** [1] - 40:24
**Special** [1] - 201:17
**species** [1] - 253:2
**specific** [19] - 14:12, 21:13,
68:1, 77:21, 79:2, 82:25, 83:7,
84:21, 84:25, 85:10, 89:5,
114:13, 188:17, 193:25,
204:16, 220:6, 220:8, 222:10,
222:18
**specifically** [11] - 6:15, 9:7,
13:19, 23:13, 28:14, 31:7,
142:22, 170:6, 173:2, 183:4,
202:25
**specificity** [1] - 208:16
**specifics** [1] - 107:19
**speculate** [1] - 208:19
**speculation** [5] - 63:14, 63:15,
202:9, 204:5, 226:12
**speculative** [4] - 202:10,

202:11, 205:12, 206:1
**spend** [1] - 17:12
**spent** [3] - 128:19, 214:20,
255:24
**spike** [1] - 91:25
**spikes** [1] - 62:20
**spits** [1] - 135:2
**split** [1] - 94:4
**spoken** [1] - 62:4
**spot** [1] - 6:25
**spread** [2] - 119:19, 146:10
**spreading** [1] - 119:23
**spreadsheet** [2] - 129:12, 130:2
**spreadsheets** [2] - 121:9, 129:2
**square** [1] - 78:14
**squarely** [3] - 90:24, 93:16,
223:2
**squeaked** [1] - 146:6
**stack** [3] - 122:17, 124:8,
166:14
**stage** [1] - 14:6
**stand** [7] - 6:19, 36:23, 85:13,
93:23, 96:12, 117:13, 169:22
**standard** [1] - 59:25
**standards** [4] - 241:25, 248:18,
249:15, 252:24
**standing** [1] - 8:2
**standpoint** [4] - 103:1, 114:23,
192:11, 192:12
**start** [17] - 3:7, 26:15, 37:20,
40:25, 51:12, 53:4, 56:8, 63:20,
72:11, 95:16, 172:4, 184:20,
192:2, 223:17, 249:19, 256:7,
257:2
**started** [2] - 94:10, 183:16
**starting** [4] - 54:11, 137:1,
149:8, 210:9
**starts** [3] - 21:12, 95:17, 112:24
**state** [9] - 22:5, 88:16, 175:9,
176:6, 176:7, 221:1, 227:3,
227:15, 244:23
**statement** [50] - 31:6, 31:25,
32:7, 32:18, 32:21, 35:17,
36:25, 37:3, 39:22, 39:25, 40:3,
40:4, 40:11, 40:12, 51:22, 58:3,
58:11, 58:18, 71:12, 76:4,
76:25, 77:7, 77:13, 77:21,
77:22, 77:25, 78:4, 79:2, 85:10,
85:23, 95:7, 118:3, 118:7,
155:18, 195:13, 211:14,
211:24, 212:13, 212:20,
212:23, 214:13, 214:18, 215:1,
215:3, 215:6, 216:22, 218:3,
218:4, 228:18
**statements** [82] - 5:10, 7:17,
14:17, 15:12, 15:19, 15:22,
16:9, 17:12, 21:14, 21:16,
28:20, 29:2, 35:3, 36:15, 49:4,
51:25, 52:2, 54:20, 55:19,
55:23, 55:25, 56:10, 60:5, 61:7,

61:12, 61:13, 62:2, 66:20, 67:16, 69:8, 69:9, 70:9, 74:19, 78:21, 78:22, 115:11, 118:25, 120:10, 142:3, 144:19, 150:23, 155:23, 163:11, 168:13, 168:17, 168:23, 173:24, 180:20, 181:19, 193:1, 193:5, 193:10, 193:12, 193:14, 193:15, 193:17, 193:18, 193:21, 194:1, 194:5, 194:20, 194:25, 199:23, 199:24, 199:25, 200:4, 200:16, 210:7, 210:13, 210:15, 210:19, 210:25, 211:5, 211:10, 212:5, 213:3, 216:2, 216:5, 216:24, 236:6

**STATES** [2] - 1:1, 1:4

**States** [7] - 2:2, 14:5, 23:11, 77:5, 89:1, 101:20, 258:7

**states** [6] - 20:24, 173:3, 175:18, 225:6, 227:8, 227:12

**States'** [1] - 89:19

**static** [2] - 246:16, 247:3

**stating** [2] - 175:25, 227:20

**status** [4] - 32:23, 50:6, 80:17, 199:9

**statute** [5] - 13:1, 24:8, 188:10, 188:18, 188:23

**statutes** [1] - 14:11

**stay** [3] - 21:25, 73:1, 247:5

**stays** [1] - 102:2

**steam** [1] - 241:22

**steel** [2] - 104:4, 104:6

**stenographically** [1] - 258:8

**stenography** [1] - 2:6

**step** [1] - 25:11

**stick** [2] - 52:16, 206:12

**still** [15] - 12:3, 12:5, 12:17, 38:2, 54:17, 133:21, 156:5, 213:18, 213:19, 214:17, 216:9, 219:21, 243:11, 250:17

**stipulate** [5] - 115:23, 128:15, 137:24, 141:12, 204:19

**Stock** [1] - 131:21

**stock** [136] - 15:23, 17:17, 18:24, 28:9, 29:7, 34:10, 34:21, 34:23, 35:7, 36:11, 42:7, 49:2, 56:11, 58:14, 58:19, 59:9, 59:12, 59:21, 60:23, 67:8, 68:12, 69:11, 69:17, 70:21, 71:9, 71:12, 77:23, 78:2, 85:19, 90:6, 90:10, 91:12, 91:19, 92:2, 92:5, 93:6, 93:20, 94:10, 95:24, 96:13, 97:3, 97:7, 97:9, 97:18, 98:10, 98:15, 98:20, 99:13, 99:24, 100:10, 101:7, 101:23, 102:6, 102:7, 102:10, 102:11, 102:23, 103:4, 103:13, 103:15, 103:16, 104:1, 104:2, 104:5, 104:8, 104:17, 105:24, 111:22,

113:19, 114:12, 114:20, 118:6, 118:8, 118:22, 125:12, 127:2, 127:5, 127:14, 127:25, 130:12, 132:20, 136:23, 137:4, 140:13, 141:16, 149:14, 150:15, 160:7, 164:25, 165:16, 165:17, 166:7, 166:16, 167:18, 168:15, 168:20, 168:22, 169:18, 173:9, 173:11, 176:15, 177:8, 177:24, 180:4, 181:11, 184:3, 188:19, 193:7, 203:11, 211:6, 211:23, 214:6, 214:10, 214:14, 214:17, 214:23, 215:22, 216:3, 225:12, 226:23, 239:22, 242:25, 244:6, 244:8, 244:11, 244:14, 244:16, 245:22, 246:3, 246:19, 249:24, 254:6

**stock's** [2] - 165:18, 177:22

**stockmarket** [2] - 225:10, 226:7

**stocks** [60] - 14:18, 15:12, 15:13, 15:16, 17:13, 22:15, 27:20, 27:24, 29:11, 30:18, 35:23, 35:24, 36:12, 36:13, 49:6, 53:5, 57:16, 73:1, 80:13, 80:23, 83:13, 84:15, 88:17, 89:23, 90:17, 90:23, 94:16, 105:14, 105:21, 112:20, 115:8, 116:9, 119:8, 126:20, 127:25, 128:23, 130:14, 146:21, 172:15, 172:25, 173:1, 178:9, 181:8, 183:20, 185:22, 186:20, 187:7, 188:7, 192:5, 198:1, 238:14, 241:14, 242:6, 243:2, 245:6, 245:7, 245:17, 246:4, 247:4

**stole** [1] - 108:24

**Stones** [2] - 54:12, 54:14

**stood** [1] - 177:2

**stop** [6] - 27:21, 51:4, 63:24, 150:4, 186:2, 200:9

**Stop** [1] - 241:15

**stopped** [1] - 69:17

**stops** [1] - 168:15

**story** [1] - 79:22

**straightforward** [2] - 10:8, 173:19

**strategies** [1] - 241:25

**strategy** [1] - 72:19

**stream** [1] - 139:3

**streamline** [1] - 99:20

**Street** [1] - 170:13

**stretching** [1] - 179:20

**strike** [1] - 200:6

**strong** [1] - 166:5

**studied** [1] - 253:23

**stuff** [16] - 9:24, 48:18, 49:13, 100:8, 191:7, 223:2, 226:2, 226:17, 231:15, 238:1, 238:16, 239:2, 244:6, 252:16, 255:25, 257:1

**stupidity** [1] - 237:3

**subbing** [1] - 221:22

**subject** [13] - 14:23, 44:6, 57:16, 63:18, 146:15, 169:5, 172:22, 173:5, 173:6, 173:8, 201:25, 202:21, 204:7

**submitted** [1] - 48:21

**subparts** [1] - 205:1

**subsequent** [1] - 168:18

**subsequently** [1] - 188:16

**subset** [3] - 116:18, 203:25

**substantially** [4] - 5:15, 128:1, 181:13, 183:24

**substantive** [16] - 22:18, 126:1, 126:15, 126:20, 127:12, 130:20, 142:13, 142:14, 181:11, 184:7, 184:11, 184:18, 187:14, 187:25, 189:20, 243:3

**substantively** [2] - 127:2, 128:2

**substitute** [1] - 43:18

**substituted** [1] - 116:22

**subsumed** [1] - 112:1

**subtract** [1] - 125:14

**succeed** [1] - 12:16

**succeeded** [1] - 16:22

**success** [8] - 42:10, 53:1, 53:3, 80:16, 82:13, 82:14, 100:13, 100:17

**successful** [6] - 36:10, 71:23, 80:12, 82:19, 82:20, 214:23

**succinct** [1] - 190:21

**such** [8] - 45:6, 131:21, 132:12, 135:18, 156:12, 198:2, 205:22, 222:23

**sued** [1] - 201:5

**sufficient** [1] - 225:14

**suggest** [5] - 25:20, 48:24, 50:13, 92:11, 213:22

**suggested** [4] - 5:16, 5:20, 6:7, 6:13

**suggesting** [3] - 5:11, 110:6, 111:21

**suggestion** [2] - 166:5, 213:25

**suggestions** [1] - 4:21

**suggestive** [1] - 169:5

**suggests** [6] - 7:2, 7:15, 42:19, 160:9, 160:14, 179:4

**Suisse** [1] - 132:15

**suit** [1] - 217:18

**sum** [1] - 19:5

**summaries** [8] - 48:22, 50:22, 126:1, 129:16, 138:2, 138:3, 161:22, 161:23

**summarize** [11] - 9:8, 122:19, 123:9, 129:2, 129:8, 140:21, 141:15, 145:21, 145:23, 161:15, 162:3

**summarized** [4] - 129:10, 135:22, 136:11, 162:15

**summarizes** [2] - 141:19,

161:17
**summarizing** [2] - 141:17, 162:1
**summary** [20] - 41:12, 42:18, 43:14, 48:8, 129:8, 145:15, 146:25, 148:1, 148:15, 155:24, 159:9, 161:15, 162:5, 163:17, 164:2, 164:10, 184:12, 184:25, 191:6, 191:7
**summer** [1] - 187:8
**super** [1] - 94:24
**superfluous** [1] - 125:23
**superseding** [6] - 11:4, 175:15, 210:9, 210:10, 210:21, 243:3
**supplied** [1] - 217:24
**supplying** [1] - 144:15
**support** [2] - 24:1, 24:15
**supporting** [1] - 39:2
**supposed** [7] - 53:3, 142:12, 150:25, 152:2, 164:24, 203:12, 219:9
**supposedly** [2] - 76:5, 203:19
**Supreme** [4] - 12:13, 13:5, 13:23, 23:6
**sure** [23] - 6:9, 29:18, 37:2, 39:20, 69:5, 79:9, 84:16, 100:6, 111:17, 118:18, 148:16, 150:10, 206:17, 207:2, 207:7, 208:1, 209:4, 209:7, 218:3, 218:19, 235:3, 251:10, 255:5
**surely** [1] - 7:6
**surf** [1] - 175:16
**Surf** [2] - 176:1
**Surface** [1] - 175:17
**surmising** [1] - 253:8
**surprise** [3] - 182:6, 200:3, 200:11
**surprised** [4] - 50:8, 158:9, 182:12, 192:2
**surrounded** [1] - 105:17
**surrounding** [4] - 77:1, 170:18, 215:18, 226:24
**sustain** [1] - 73:21
**swing** [1] - 226:1
**swinging** [4] - 71:9, 71:11, 71:15
**sworn** [3] - 218:7, 219:2, 219:8
**SXTC** [3] - 149:14, 149:22, 151:5
**symbol** [1] - 130:19
**sync** [1] - 147:15
**synch** [1] - 147:24
**synonymous** [1] - 180:3
**system** [6] - 89:7, 165:8, 165:9, 251:12, 251:19, 252:6

**T**

**T** [2] - 1:20, 130:19
**tab** [1] - 138:24
**Tab** [16] - 121:15, 122:11, 122:23, 122:24, 123:20, 126:3, 129:24, 135:19, 136:1, 136:9, 137:13, 138:10, 138:18, 153:14, 153:15, 153:18
**table** [5] - 149:3, 151:21, 239:11, 239:14, 246:24
**take** [54] - 5:7, 7:24, 9:4, 30:10, 30:11, 37:18, 63:7, 70:3, 70:20, 71:23, 72:12, 72:24, 74:11, 81:13, 84:5, 85:8, 85:12, 85:13, 107:25, 113:4, 120:12, 120:19, 125:23, 131:4, 131:10, 134:11, 134:21, 134:25, 135:1, 150:16, 160:24, 165:23, 166:19, 169:21, 171:1, 172:3, 181:3, 192:10, 192:12, 196:9, 197:5, 197:14, 197:24, 212:19, 212:21, 219:13, 226:1, 238:24, 242:9, 242:17, 246:23
**taken** [9] - 11:22, 46:8, 47:12, 49:21, 51:17, 72:5, 112:9, 194:4, 254:17
**takes** [5] - 44:14, 72:21, 103:10, 132:9, 150:18
**taking** [8] - 6:2, 7:22, 8:9, 70:4, 70:6, 99:17, 108:9, 215:2
**talk** [36] - 8:25, 9:5, 61:11, 63:6, 63:10, 63:13, 68:16, 75:20, 79:1, 86:16, 90:16, 99:1, 103:25, 106:9, 112:23, 113:6, 116:6, 129:17, 168:12, 173:22, 174:14, 206:21, 209:10, 209:14, 216:17, 226:10, 227:1, 231:3, 232:16, 235:2, 238:15, 239:2, 239:11, 239:12, 248:6, 249:10
**talked** [13] - 27:1, 37:25, 62:12, 81:25, 85:7, 112:2, 165:10, 167:2, 172:25, 178:19, 195:21, 202:24, 228:1
**talking** [77] - 9:24, 22:17, 27:7, 33:12, 33:16, 33:17, 33:24, 34:18, 37:20, 40:14, 46:18, 53:12, 56:10, 59:3, 60:13, 60:23, 61:2, 64:1, 76:1, 76:4, 78:21, 83:14, 84:9, 88:20, 91:6, 91:7, 91:10, 91:11, 93:18, 93:19, 99:12, 100:12, 100:14, 101:12, 113:1, 117:15, 132:15, 132:16, 137:10, 148:17, 150:13, 151:24, 152:13, 153:10, 153:20, 156:7, 158:20, 160:7, 161:12, 165:11, 165:12, 171:11, 184:21, 186:19, 194:18, 212:13, 214:3, 219:5, 219:9, 221:2, 226:3, 226:8, 226:17, 226:22, 229:17, 230:23, 231:11, 231:18, 231:25, 233:19, 238:23, 240:14, 241:22, 242:2, 242:7, 245:6, 256:13
**talks** [8] - 26:12, 26:15, 62:23, 99:22, 105:24, 150:20, 168:16, 226:12
**tally** [1] - 165:1
**tandem** [1] - 152:9
**tank** [1] - 92:3
**tanked** [1] - 29:13
**taps** [1] - 151:11
**target** [3] - 71:16, 71:17, 77:23
**targeting** [1] - 146:20
**targets** [1] - 87:7
**task** [1] - 133:11
**tax** [7] - 116:1, 125:19, 126:2, 127:16, 128:12, 141:12
**TD** [18] - 125:5, 125:9, 125:11, 125:19, 127:20, 128:10, 128:14, 131:18, 132:9, 133:3, 133:6, 133:8, 137:21, 141:18, 161:24, 162:12, 178:11
**teach** [1] - 140:14
**Team** [1] - 33:6
**technical** [1] - 207:9
**technology** [1] - 129:18
**tell** [25] - 12:22, 20:21, 21:22, 32:10, 35:5, 51:15, 64:2, 78:25, 80:11, 103:6, 123:3, 130:10, 130:17, 165:12, 165:20, 165:21, 165:22, 172:24, 172:25, 174:4, 174:21, 175:23, 180:20, 192:22, 197:20
**telling** [12] - 32:13, 34:5, 73:4, 85:1, 96:19, 136:22, 175:10, 192:18, 192:20, 206:10, 211:25, 225:17
**tells** [6] - 72:22, 77:13, 124:15, 149:21, 149:24, 199:14
**temporal** [5] - 175:13, 176:6, 176:7, 176:17, 177:3
**ten** [5] - 35:19, 85:20, 145:19, 214:13, 246:16
**tend** [1] - 77:18
**tendency** [2] - 78:9, 78:10
**tenets** [1] - 8:21
**tens** [1] - 115:7
**term** [15] - 63:8, 73:1, 114:8, 114:10, 170:25, 171:7, 175:3, 176:13, 177:18, 178:22, 180:2, 180:11, 207:9, 245:21, 247:17
**terms** [24] - 30:15, 101:10, 112:9, 163:9, 167:17, 168:5, 170:25, 179:1, 179:10, 179:18, 179:19, 181:16, 184:1, 206:25, 216:4, 223:4, 223:9, 225:10, 226:1, 226:8, 237:25, 238:19, 249:4
**terribly** [2] - 148:6, 182:12
**Tesla** [2] - 80:14, 115:8

**test** [3] - 77:6, 167:24, 246:6
**tested** [1] - 169:7
**testified** [8] - 100:7, 131:22, 145:14, 167:15, 170:16, 170:21, 242:13, 243:9
**testifies** [5] - 88:23, 167:16, 205:19, 238:8, 238:9
**testify** [36] - 13:18, 19:22, 31:19, 49:10, 68:17, 88:11, 93:14, 100:6, 109:12, 110:19, 119:14, 141:10, 142:3, 143:18, 159:21, 169:17, 170:5, 170:10, 175:2, 176:17, 180:13, 201:20, 202:3, 202:5, 208:4, 208:17, 209:9, 220:24, 221:6, 225:9, 226:24, 229:16, 235:13, 238:7, 243:19, 244:14
**testifying** [16] - 38:18, 39:12, 39:17, 40:8, 62:2, 87:22, 145:11, 169:2, 171:2, 218:8, 220:21, 220:22, 221:4, 224:25, 235:11, 255:7
**testimonial** [1] - 143:15
**testimony** [39] - 31:12, 53:9, 84:17, 119:5, 119:13, 167:24, 168:4, 169:1, 171:9, 171:15, 178:5, 178:8, 192:1, 201:16, 203:4, 203:22, 204:8, 206:20, 207:12, 207:14, 207:17, 208:3, 216:16, 217:21, 218:7, 219:3, 219:9, 220:4, 220:12, 220:16, 221:5, 223:12, 227:7, 228:20, 230:25, 231:3, 239:15, 242:24, 243:13
**tether** [2] - 102:13, 104:12
**tethered** [4] - 226:17, 229:14, 239:1, 239:17
**TEXAS** [1] - 1:2
**Texas** [3] - 1:12, 2:2, 173:3
**text** [8] - 56:13, 61:8, 63:21, 86:15, 149:16, 156:21, 157:13, 188:13
**texted** [1] - 61:21
**texting** [6] - 57:10, 57:14, 58:4, 58:6, 58:18, 61:19
**texts** [2] - 240:25, 241:2
**than** [32] - 5:8, 5:25, 25:14, 33:9, 35:14, 43:5, 43:10, 53:16, 59:6, 59:23, 61:23, 63:16, 72:24, 92:22, 96:17, 114:15, 122:23, 128:15, 128:22, 135:17, 136:20, 139:5, 160:19, 170:15, 177:12, 181:25, 184:19, 200:24, 224:4, 227:13, 231:18, 245:13
**thank** [40] - 3:6, 10:2, 37:14, 37:17, 54:3, 73:23, 80:6, 82:11, 83:25, 86:1, 107:15, 107:16, 111:12, 118:12, 121:3, 141:22, 159:6, 159:12, 159:25, 163:3,

164:15, 181:2, 187:23, 194:23, 197:15, 199:10, 199:12, 204:12, 206:7, 209:17, 217:3, 218:17, 220:7, 227:17, 230:16, 233:22, 236:19, 239:9, 243:20, 248:10
**that** [1320] - 3:9, 3:14, 3:19, 4:2, 4:22, 5:8, 5:12, 5:18, 5:21, 5:24, 6:6, 6:7, 6:9, 6:10, 6:13, 6:16, 6:23, 6:25, 7:4, 7:7, 7:16, 8:4, 8:11, 8:13, 8:15, 8:16, 8:21, 8:22, 8:23, 8:24, 9:2, 9:3, 9:6, 9:17, 10:1, 10:3, 10:12, 10:15, 10:16, 10:18, 10:19, 10:21, 10:25, 11:5, 11:6, 11:8, 11:9, 11:10, 11:12, 11:16, 11:23, 12:2, 12:4, 12:11, 12:12, 12:17, 12:19, 12:23, 13:3, 13:6, 13:9, 13:15, 13:16, 13:17, 13:18, 13:22, 14:14, 14:18, 14:19, 14:20, 14:22, 14:24, 15:2, 15:7, 15:13, 16:3, 16:7, 16:10, 16:21, 16:24, 17:4, 17:6, 17:16, 17:17, 18:7, 18:12, 18:18, 19:4, 19:9, 19:14, 19:22, 19:25, 20:1, 20:3, 20:9, 20:10, 21:8, 21:13, 21:22, 22:5, 22:6, 22:9, 22:10, 22:11, 22:12, 22:14, 22:15, 23:12, 23:15, 23:22, 24:1, 24:6, 24:12, 24:15, 24:16, 24:19, 24:20, 24:23, 25:5, 25:17, 25:25, 26:2, 26:3, 26:18, 26:19, 26:21, 27:6, 27:10, 27:13, 27:20, 27:23, 28:4, 28:5, 28:12, 28:14, 28:17, 28:21, 28:24, 29:2, 29:7, 29:9, 29:11, 29:12, 29:18, 29:19, 29:22, 29:24, 30:4, 30:10, 30:15, 30:18, 30:22, 30:24, 31:1, 31:6, 31:8, 31:10, 31:13, 31:14, 31:15, 31:16, 31:18, 31:19, 31:20, 31:25, 32:18, 32:19, 32:21, 33:4, 33:5, 33:12, 33:20, 34:8, 34:9, 34:11, 34:13, 34:23, 35:5, 35:9, 35:24, 36:2, 36:6, 36:13, 36:14, 36:20, 36:22, 37:2, 37:5, 37:8, 37:23, 38:5, 38:12, 38:22, 39:1, 39:2, 39:5, 39:9, 40:9, 40:10, 40:21, 41:7, 41:14, 42:7, 42:9, 42:14, 42:19, 42:20, 42:23, 43:2, 43:5, 43:18, 43:22, 44:2, 44:5, 44:21, 44:22, 44:24, 45:7, 46:4, 46:10, 46:14, 46:16, 46:22, 46:24, 47:15, 47:18, 47:24, 48:1, 48:6, 48:9, 49:1, 49:4, 49:11, 49:12, 49:18, 49:24, 50:4, 50:11, 51:9, 51:19, 51:21, 52:3, 52:5, 52:7, 52:17, 52:18, 52:23, 52:24, 52:25, 53:5, 53:6, 53:8, 53:21, 53:25, 54:2, 54:10, 54:17, 55:4,

55:6, 55:9, 56:15, 56:16, 56:17, 56:19, 57:13, 57:17, 57:25, 58:4, 58:5, 58:8, 58:11, 58:19, 58:24, 59:4, 59:8, 59:21, 60:2, 60:12, 60:23, 60:24, 61:8, 61:14, 61:15, 62:7, 62:11, 62:14, 62:17, 62:18, 62:22, 63:9, 63:16, 64:1, 64:3, 64:5, 64:12, 64:23, 65:6, 65:8, 65:14, 65:16, 65:22, 65:23, 66:13, 66:15, 66:19, 66:21, 66:23, 66:24, 66:25, 67:1, 67:12, 67:13, 67:14, 67:18, 67:20, 67:24, 68:2, 68:3, 68:9, 68:12, 68:20, 68:21, 69:15, 69:24, 70:2, 70:8, 70:10, 71:5, 71:12, 71:13, 71:16, 71:17, 71:19, 72:6, 72:24, 72:25, 73:4, 73:11, 73:14, 73:19, 74:8, 74:10, 74:11, 74:13, 74:16, 74:20, 74:21, 74:25, 75:2, 75:4, 75:5, 75:16, 75:17, 75:22, 76:2, 76:4, 76:5, 76:8, 76:9, 76:10, 76:13, 76:19, 76:20, 77:14, 77:17, 77:18, 77:25, 78:3, 78:4, 78:6, 78:10, 78:14, 78:16, 78:17, 78:19, 78:21, 79:3, 79:9, 79:14, 79:16, 79:17, 79:24, 79:25, 80:4, 80:19, 81:4, 81:11, 81:23, 81:24, 82:3, 82:7, 82:10, 82:17, 82:24, 83:6, 83:12, 83:17, 84:3, 84:5, 84:7, 84:11, 84:14, 84:17, 84:18, 84:21, 85:10, 85:22, 85:25, 86:5, 86:9, 86:15, 86:16, 86:18, 87:2, 87:5, 87:6, 87:9, 87:10, 87:11, 87:16, 87:17, 87:19, 87:20, 87:24, 87:25, 88:1, 88:2, 88:6, 88:18, 88:19, 88:23, 89:3, 89:13, 89:14, 89:21, 89:24, 90:6, 90:9, 90:10, 90:13, 90:14, 90:15, 90:17, 90:22, 90:24, 90:25, 91:1, 91:2, 91:5, 91:17, 91:18, 92:4, 92:5, 92:11, 92:13, 92:14, 92:16, 92:25, 93:5, 93:7, 93:11, 93:12, 93:13, 93:16, 94:9, 94:13, 94:20, 95:5, 95:22, 95:23, 95:25, 96:1, 96:4, 96:5, 96:8, 96:12, 96:16, 96:18, 96:21, 96:23, 96:25, 97:2, 97:8, 97:13, 97:14, 97:17, 97:18, 97:20, 97:22, 98:1, 98:3, 98:7, 98:10, 98:16, 99:8, 99:12, 99:17, 99:20, 100:10, 100:12, 100:14, 100:21, 100:22, 100:23, 101:2, 101:5, 101:10, 101:17, 101:22, 102:8, 102:10, 102:13, 103:4, 103:11, 103:14, 103:15, 103:16, 103:18, 104:4, 104:5, 104:7, 104:11, 104:17, 104:23, 105:1, 105:4, 105:10, 105:14,

105:15, 106:5, 106:10, 106:25,
107:20, 107:21, 108:10,
108:11, 108:17, 109:4, 109:6,
109:7, 109:12, 109:16, 109:19,
109:22, 110:4, 110:8, 110:14,
110:20, 110:23, 110:24, 111:8,
111:9, 111:11, 111:14, 111:18,
111:23, 112:10, 112:13,
112:20, 113:5, 113:12, 113:18,
113:25, 114:4, 114:7, 114:23,
115:4, 115:6, 115:25, 116:6,
116:7, 116:9, 116:17, 116:18,
116:20, 116:21, 117:19, 118:1,
118:7, 118:8, 118:9, 118:14,
118:24, 119:7, 119:14, 119:17,
120:3, 120:6, 120:7, 120:21,
120:24, 122:12, 123:3, 123:16,
123:24, 124:6, 124:8, 124:13,
124:17, 125:9, 125:10, 125:14,
125:17, 125:20, 125:24, 127:1,
127:3, 127:8, 127:19, 127:21,
128:7, 128:9, 128:11, 128:15,
128:16, 128:18, 129:2, 129:4,
130:3, 130:6, 130:9, 130:10,
130:17, 130:18, 131:13,
132:13, 132:18, 132:22, 133:2,
133:9, 133:12, 133:14, 133:19,
133:23, 134:5, 134:11, 134:14,
135:13, 135:15, 135:16,
136:15, 136:17, 136:20, 137:1,
138:1, 138:14, 138:15, 138:17,
138:23, 139:3, 139:23, 140:2,
140:3, 140:11, 140:23, 140:25,
141:9, 141:12, 141:18, 141:23,
142:2, 142:3, 142:4, 142:7,
142:10, 142:15, 142:22, 143:5,
143:7, 143:9, 143:10, 143:11,
143:16, 143:20, 143:24, 144:4,
144:8, 144:17, 144:20, 145:6,
145:9, 145:12, 145:14, 145:15,
145:17, 146:1, 146:17, 146:19,
147:3, 147:7, 147:8, 147:9,
147:12, 147:19, 147:20,
147:23, 147:25, 148:1, 148:5,
148:22, 149:14, 150:16,
150:18, 150:20, 150:24, 151:8,
151:19, 151:21, 151:24, 152:2,
152:4, 152:5, 152:17, 152:21,
152:22, 153:6, 154:5, 154:17,
154:20, 154:21, 154:22,
155:10, 155:17, 156:4, 156:21,
157:3, 157:5, 157:8, 158:5,
158:9, 158:12, 158:14, 158:21,
159:15, 159:16, 159:20,
159:21, 159:25, 160:9, 160:10,
160:11, 160:12, 160:14,
160:21, 160:24, 161:4, 161:7,
161:10, 161:11, 161:14,
161:17, 162:1, 162:7, 162:23,
163:1, 163:8, 163:13, 163:16,
163:19, 163:25, 164:4, 164:8,

164:13, 164:14, 164:20,
164:21, 165:8, 165:12, 165:15,
165:19, 165:23, 166:5, 166:11,
166:13, 166:15, 166:18, 167:3,
167:7, 167:10, 167:20, 167:22,
168:1, 168:7, 168:14, 168:20,
168:21, 169:1, 169:9, 169:17,
169:19, 169:23, 170:4, 170:7,
170:11, 170:15, 170:16,
170:22, 170:24, 171:3, 171:4,
171:17, 171:19, 171:21, 172:7,
172:9, 172:10, 172:13, 172:14,
172:17, 172:18, 172:20,
172:24, 173:3, 173:8, 173:12,
173:18, 173:21, 173:23,
173:24, 174:1, 174:5, 174:6,
174:7, 174:12, 174:17, 174:24,
175:2, 175:3, 175:9, 175:11,
175:16, 175:18, 175:20,
175:21, 176:2, 176:6, 176:7,
176:8, 176:10, 176:12, 176:13,
176:21, 176:23, 176:25, 177:3,
177:8, 177:12, 177:21, 177:24,
178:2, 178:4, 178:5, 178:7,
178:8, 178:9, 178:10, 178:12,
178:16, 178:20, 178:21,
178:23, 178:25, 179:1, 179:4,
179:7, 179:12, 179:17, 180:1,
180:5, 180:6, 180:7, 180:8,
180:15, 180:16, 180:19,
180:20, 180:22, 181:15,
181:20, 182:1, 182:2, 182:4,
182:5, 182:10, 182:15, 182:25,
183:3, 183:8, 183:11, 184:2,
184:14, 184:20, 185:15, 186:1,
187:1, 187:8, 187:11, 187:12,
187:13, 187:14, 187:18,
187:21, 188:3, 188:4, 188:6,
188:7, 188:17, 189:9, 189:11,
189:16, 189:17, 189:20,
189:21, 189:24, 190:1, 190:2,
190:5, 190:6, 190:9, 190:15,
190:25, 191:8, 191:9, 191:10,
191:11, 191:14, 191:21,
191:23, 192:1, 192:2, 192:15,
192:17, 192:18, 192:20, 193:1,
193:4, 193:10, 193:11, 193:12,
193:21, 194:1, 194:5, 194:10,
194:16, 194:17, 194:21, 195:8,
195:10, 195:14, 195:17,
195:18, 195:19, 195:23, 196:4,
196:25, 197:13, 198:1, 198:8,
198:12, 198:19, 199:25, 200:4,
200:6, 200:16, 200:18, 200:23,
201:1, 201:5, 201:8, 201:11,
202:2, 202:13, 202:18, 202:20,
203:5, 203:9, 203:10, 203:11,
203:17, 203:23, 204:4, 204:5,
204:7, 204:8, 204:10, 204:11,
204:16, 204:18, 204:25, 205:5,
205:7, 205:14, 205:15, 205:19,

205:21, 205:24, 206:6, 206:11,
206:13, 206:17, 206:22,
206:23, 207:2, 207:3, 207:6,
207:9, 207:11, 207:21, 207:23,
207:24, 208:12, 208:13,
208:14, 208:16, 208:20, 209:2,
209:5, 209:9, 209:11, 209:15,
209:18, 209:21, 210:3, 210:12,
211:9, 211:12, 211:13, 211:14,
211:23, 212:13, 212:19,
212:21, 213:5, 213:18, 213:20,
213:25, 214:3, 214:6, 215:4,
215:6, 215:11, 215:15, 215:17,
215:23, 216:3, 216:13, 216:21,
216:23, 217:12, 217:18,
217:24, 218:3, 218:19, 218:21,
219:5, 219:7, 219:13, 219:19,
220:5, 220:10, 220:11, 220:13,
220:14, 220:16, 220:18,
220:22, 220:23, 221:6, 221:8,
221:16, 222:16, 222:21,
222:22, 223:2, 223:10, 223:11,
224:1, 224:6, 224:22, 224:23,
225:2, 225:6, 225:8, 225:17,
225:22, 225:25, 226:1, 226:2,
226:4, 226:10, 226:12, 226:16,
226:19, 226:21, 226:24,
227:10, 227:20, 227:21,
227:25, 228:7, 228:13, 228:14,
228:20, 228:25, 229:1, 229:2,
229:4, 229:16, 229:22, 230:3,
230:4, 230:5, 230:11, 230:19,
230:22, 230:25, 231:2, 231:3,
231:5, 231:14, 231:20, 231:23,
231:24, 232:1, 232:5, 232:15,
232:19, 232:21, 233:11,
233:17, 233:23, 233:24, 234:4,
234:24, 235:2, 235:6, 235:11,
235:13, 235:15, 236:9, 236:10,
236:16, 237:8, 237:10, 237:17,
237:22, 237:23, 237:25, 238:6,
238:9, 238:16, 238:18, 238:20,
238:22, 238:25, 239:4, 239:7,
239:11, 239:14, 239:25, 240:5,
240:7, 241:5, 241:16, 241:17,
241:20, 241:25, 243:8, 243:11,
243:16, 243:18, 244:1, 244:5,
244:8, 244:14, 244:25, 245:1,
245:8, 245:10, 245:19, 246:20,
247:10, 247:11, 247:16,
247:19, 247:21, 247:24, 248:5,
248:9, 248:11, 248:20, 248:23,
248:25, 249:7, 249:8, 249:13,
249:23, 249:24, 250:1, 250:4,
250:5, 250:6, 250:9, 250:13,
250:15, 251:15, 251:19,
251:22, 252:9, 252:15, 252:20,
253:20, 254:1, 254:2, 254:5,
254:16, 254:17, 254:18,
254:19, 254:23, 254:24, 255:1,
255:2, 255:24, 256:3, 256:9,

256:21, 257:5, 258:6
**that'll** [1] - 166:9
**That's** [1] - 186:21
**that's** [237] - 4:11, 5:4, 8:6, 10:9,
10:25, 11:2, 11:3, 11:11, 11:15,
13:1, 13:9, 13:21, 14:15, 14:23,
16:3, 16:19, 18:5, 18:6, 18:7,
18:17, 18:19, 18:22, 19:4,
19:18, 20:12, 22:20, 24:14,
25:7, 25:10, 25:16, 26:22, 27:2,
27:3, 27:9, 28:8, 28:22, 29:24,
30:19, 34:19, 34:25, 36:1, 37:9,
39:23, 39:25, 40:8, 43:20, 44:6,
47:1, 48:7, 48:12, 52:22, 54:4,
54:22, 54:23, 57:7, 58:14,
58:15, 59:1, 59:14, 59:15,
59:18, 61:4, 62:10, 62:18,
63:14, 67:2, 67:23, 70:16,
70:19, 73:7, 76:3, 79:21, 80:17,
81:10, 82:3, 82:9, 87:8, 88:5,
90:3, 90:20, 92:21, 92:22, 93:6,
94:1, 95:19, 96:22, 97:4, 97:11,
97:15, 97:16, 97:17, 98:12,
98:13, 99:19, 100:8, 100:9,
100:21, 101:24, 102:17,
102:18, 102:24, 103:24, 105:8,
106:1, 106:19, 107:14, 107:19,
108:10, 111:13, 111:17,
116:20, 116:25, 117:2, 117:25,
118:10, 119:24, 122:5, 122:18,
130:11, 130:16, 130:19,
135:14, 139:2, 144:3, 147:16,
147:24, 151:7, 151:24, 152:13,
152:19, 154:4, 157:15, 157:20,
158:7, 158:11, 158:12, 158:14,
158:15, 158:16, 160:19,
163:22, 165:19, 166:16,
167:22, 168:25, 169:10,
173:13, 174:15, 175:16,
176:19, 176:24, 177:4, 184:15,
184:22, 185:4, 185:8, 186:20,
186:23, 187:7, 187:21, 188:5,
188:6, 190:22, 193:16, 198:10,
198:11, 198:13, 200:7, 200:24,
201:6, 201:25, 202:6, 204:20,
204:22, 206:8, 207:17, 209:4,
210:2, 213:7, 214:10, 217:25,
218:2, 220:25, 221:1, 221:8,
221:10, 221:14, 222:8, 223:5,
224:9, 228:1, 228:9, 228:12,
228:16, 228:17, 228:20,
228:23, 228:24, 230:21, 231:5,
232:11, 232:17, 232:22, 233:6,
234:10, 234:18, 236:18,
236:21, 237:4, 237:21, 238:4,
239:2, 240:25, 241:18, 242:14,
244:17, 244:21, 244:24, 245:2,
245:8, 245:10, 245:11, 245:18,
247:6, 248:1, 248:15, 250:9,
251:23, 252:3, 252:7, 252:8,
254:22, 256:9, 256:12, 256:15

**THE** [359] - 1:3, 3:6, 3:23, 3:25,
7:2, 9:19, 9:23, 10:3, 11:21,
12:21, 13:25, 14:21, 16:2,
16:11, 17:3, 17:9, 17:14, 18:17,
18:22, 18:25, 19:5, 19:13,
19:17, 19:25, 20:5, 20:20,
21:19, 21:22, 23:16, 23:21,
25:2, 25:5, 26:1, 27:21, 28:3,
28:15, 30:5, 31:23, 32:3, 32:10,
32:18, 33:2, 34:8, 35:18, 37:15,
37:19, 38:15, 39:18, 40:13,
40:16, 40:21, 40:25, 44:8, 45:9,
45:13, 46:1, 46:15, 47:3, 48:19,
51:4, 51:7, 51:11, 51:20, 53:11,
53:25, 54:7, 54:13, 54:16, 55:2,
55:7, 55:11, 57:11, 60:6, 63:24,
64:13, 64:16, 64:20, 65:11,
66:11, 67:1, 67:6, 68:9, 70:22,
71:14, 73:9, 73:13, 75:18,
76:14, 76:17, 78:3, 78:8, 79:3,
79:18, 80:1, 80:3, 81:7, 81:13,
82:12, 83:20, 84:1, 84:10, 85:6,
85:11, 85:24, 86:2, 87:11, 88:6,
88:22, 89:11, 91:6, 91:10,
92:13, 92:18, 93:4, 93:19, 94:1,
95:21, 96:16, 96:21, 98:6,
98:19, 98:25, 99:16, 99:23,
100:3, 101:4, 101:16, 102:17,
102:19, 103:18, 103:24,
104:15, 104:21, 104:24, 105:5,
105:11, 105:22, 107:10,
107:17, 108:2, 108:17, 109:6,
109:17, 109:24, 110:18,
111:11, 111:17, 112:3, 112:6,
112:11, 112:19, 114:6, 114:21,
115:5, 115:15, 115:19, 116:3,
117:3, 119:9, 120:3, 120:5,
120:12, 121:2, 121:13, 121:17,
123:19, 123:23, 124:2, 124:13,
126:4, 126:9, 129:25, 138:24,
141:3, 141:21, 145:19, 145:21,
148:2, 148:9, 150:24, 151:2,
151:7, 151:10, 151:13, 151:17,
151:23, 152:4, 152:19, 153:2,
153:8, 153:24, 154:2, 154:4,
154:7, 154:21, 155:7, 155:11,
156:11, 159:4, 159:7, 159:13,
160:2, 160:25, 162:7, 162:10,
162:22, 163:4, 163:12, 163:16,
163:24, 164:2, 164:9, 164:16,
164:23, 165:3, 166:15, 166:22,
167:11, 170:1, 170:8, 171:14,
172:5, 173:17, 173:25, 174:6,
174:13, 174:21, 175:23,
177:16, 178:3, 180:24, 181:5,
181:8, 182:7, 182:18, 183:12,
187:9, 188:24, 189:7, 190:11,
194:12, 194:15, 194:24, 195:3,
195:19, 196:7, 196:11, 196:19,
196:25, 197:13, 197:20, 198:6,
198:11, 198:15, 198:20,

198:24, 199:8, 199:11, 199:13,
200:9, 200:18, 201:8, 202:13,
202:16, 204:10, 204:25, 205:4,
205:15, 206:6, 206:13, 207:4,
207:8, 208:4, 208:7, 208:17,
209:4, 209:13, 209:18, 209:23,
210:5, 211:11, 212:6, 213:5,
213:11, 214:16, 215:5, 217:1,
217:4, 217:14, 218:11, 218:15,
218:21, 218:25, 219:7, 219:15,
219:17, 219:20, 219:24, 220:2,
221:16, 222:1, 222:3, 222:6,
223:15, 223:19, 223:23, 224:7,
224:16, 224:19, 225:16,
225:21, 227:10, 227:12, 228:4,
228:6, 229:3, 230:2, 230:9,
231:9, 232:4, 232:12, 232:19,
232:25, 233:6, 233:14, 233:20,
233:23, 234:12, 234:20, 235:4,
236:2, 236:8, 236:15, 237:6,
237:16, 238:6, 238:24, 239:6,
239:14, 239:25, 241:20,
242:10, 243:11, 243:16,
243:24, 248:3, 250:25, 251:8,
253:12, 253:21, 254:16,
254:21, 255:5, 255:10, 255:13,
255:16, 255:19, 256:1, 257:5
**The** [8] - 3:3, 20:24, 40:24, 77:4,
84:13, 88:25, 110:13, 111:20
**the** [2345] - 1:16, 1:18, 3:15,
3:16, 3:17, 3:19, 3:22, 3:23,
4:1, 4:2, 4:9, 4:12, 4:13, 4:17,
4:22, 5:1, 5:3, 5:4, 5:12, 5:13,
5:23, 5:25, 6:1, 6:4, 6:5, 6:9,
6:10, 6:15, 6:18, 6:23, 7:3, 7:5,
7:6, 7:9, 7:10, 7:11, 7:12, 7:13,
7:14, 7:16, 7:20, 7:21, 7:22,
7:24, 7:25, 8:3, 8:6, 8:8, 8:10,
8:11, 8:14, 8:16, 8:18, 8:19,
8:25, 9:5, 9:10, 9:12, 9:14,
9:17, 9:18, 9:20, 9:21, 9:25,
10:7, 10:9, 10:11, 10:12, 10:17,
10:23, 11:2, 11:3, 11:4, 11:9,
11:10, 11:13, 11:15, 11:19,
11:21, 11:22, 12:3, 12:4, 12:5,
12:8, 12:9, 12:11, 12:12, 12:13,
12:17, 12:20, 12:23, 12:24,
13:1, 13:3, 13:5, 13:6, 13:7,
13:13, 13:14, 13:17, 13:19,
13:23, 14:2, 14:5, 14:6, 14:7,
14:8, 14:9, 14:11, 14:12, 14:13,
14:16, 14:17, 14:18, 14:19,
14:20, 14:21, 14:23, 15:1, 15:7,
15:8, 15:9, 15:10, 15:13, 15:15,
15:16, 15:17, 15:20, 15:21,
15:22, 15:23, 15:24, 15:25,
16:6, 16:7, 16:12, 16:13, 16:19,
16:20, 16:23, 16:24, 16:25,
17:2, 17:5, 17:6, 17:13, 17:15,
17:19, 17:21, 18:2, 18:3, 18:6,
18:8, 18:10, 18:11, 18:14,

18:19, 18:22, 18:23, 19:1, 19:3,
19:8, 19:13, 19:15, 19:19,
19:21, 20:1, 20:3, 20:4, 20:5,
20:6, 20:7, 20:9, 20:17, 21:1,
21:2, 21:3, 21:4, 21:5, 21:9,
21:11, 21:14, 21:15, 21:22,
22:3, 22:4, 22:5, 22:7, 22:9,
22:11, 22:12, 22:14, 22:15,
22:17, 22:18, 22:24, 22:25,
23:4, 23:5, 23:6, 23:7, 23:10,
23:12, 23:17, 23:23, 24:1, 24:9,
24:10, 24:14, 24:16, 24:19,
24:20, 24:22, 24:25, 25:1, 25:3,
25:14, 25:15, 25:16, 25:17,
25:21, 26:4, 26:5, 26:6, 26:10,
26:14, 26:19, 26:21, 27:1, 27:4,
27:11, 28:7, 28:8, 28:9, 28:13,
28:20, 28:21, 28:25, 29:1, 29:2,
29:7, 29:9, 29:10, 29:11, 29:16,
29:21, 29:23, 29:24, 30:5,
30:12, 30:15, 30:18, 30:22,
30:24, 30:25, 31:3, 31:9, 31:10,
31:16, 31:19, 31:21, 31:24,
32:8, 32:13, 32:14, 32:16,
32:23, 33:6, 33:7, 33:8, 33:9,
33:11, 33:13, 33:18, 33:19,
34:4, 34:6, 34:7, 34:10, 34:17,
34:19, 34:22, 34:23, 34:25,
35:3, 35:4, 35:13, 35:21, 36:3,
36:4, 36:9, 36:11, 36:12, 36:14,
36:17, 36:18, 36:19, 36:21,
36:22, 36:25, 37:2, 37:3, 37:4,
37:6, 37:9, 37:10, 37:24, 38:4,
38:5, 38:10, 38:12, 38:14,
38:18, 38:20, 38:23, 39:3, 39:5,
39:11, 39:15, 39:16, 39:17,
39:21, 39:22, 39:23, 39:24,
40:2, 40:4, 40:6, 40:7, 40:8,
40:9, 40:16, 40:17, 40:20, 41:2,
41:9, 41:14, 41:21, 41:22,
41:23, 41:25, 42:1, 42:8, 42:11,
42:12, 42:14, 42:16, 42:20,
42:21, 42:24, 42:25, 43:3, 43:5,
43:6, 43:11, 43:13, 43:16,
43:20, 43:22, 43:24, 43:25,
44:1, 44:13, 44:15, 44:16,
44:21, 45:1, 45:2, 45:15, 45:17,
45:19, 45:20, 45:22, 46:4, 46:5,
46:8, 46:9, 46:11, 46:14, 46:19,
46:21, 46:23, 46:24, 47:1, 47:3,
47:9, 47:11, 47:12, 47:14,
47:15, 47:20, 47:21, 47:22,
48:1, 48:2, 48:7, 48:13, 48:14,
48:18, 48:20, 49:2, 49:11,
49:12, 49:13, 49:14, 49:15,
49:17, 49:18, 50:4, 50:6, 50:7,
50:9, 50:16, 50:17, 50:18,
50:19, 51:2, 51:12, 51:16,
51:17, 51:18, 51:23, 52:3, 52:4,
52:7, 52:8, 52:11, 52:14, 52:17,
52:18, 52:20, 53:1, 53:2, 53:5,

53:6, 53:11, 53:13, 53:14,
53:15, 53:17, 54:1, 54:4, 54:11,
54:12, 54:13, 55:3, 55:12,
55:14, 55:16, 55:17, 55:19,
55:20, 55:21, 55:22, 55:23,
55:24, 56:1, 56:5, 56:9, 56:12,
56:17, 56:18, 57:1, 57:4, 57:5,
57:7, 57:8, 57:9, 57:15, 57:17,
57:18, 57:20, 57:22, 57:23,
58:1, 58:3, 58:8, 58:14, 58:17,
58:21, 58:23, 58:24, 59:2, 59:3,
59:4, 59:9, 59:10, 59:11, 59:12,
59:15, 59:17, 59:23, 59:25,
60:2, 60:7, 60:9, 60:16, 60:18,
60:21, 61:5, 61:14, 61:22, 62:5,
62:10, 62:12, 62:17, 62:20,
62:21, 62:22, 63:2, 63:8, 63:11,
63:15, 63:21, 64:4, 64:7, 64:8,
64:18, 64:21, 65:2, 65:3, 65:8,
65:13, 65:17, 65:22, 66:2, 66:3,
66:5, 66:6, 66:7, 66:9, 66:10,
66:18, 66:19, 66:21, 66:22,
66:23, 67:2, 67:4, 67:7, 67:11,
67:13, 67:17, 67:21, 67:25,
68:2, 68:3, 68:4, 68:5, 68:7,
68:10, 68:20, 68:24, 68:25,
69:2, 69:5, 69:6, 69:8, 69:10,
69:11, 69:15, 69:17, 69:18,
69:22, 70:1, 70:8, 70:9, 70:10,
70:12, 70:14, 70:15, 70:23,
70:24, 70:25, 71:1, 71:2, 71:3,
71:8, 71:13, 72:2, 72:6, 72:11,
72:15, 73:3, 73:5, 73:8, 73:14,
73:16, 74:5, 74:8, 74:9, 74:10,
74:14, 74:15, 74:16, 74:21,
74:23, 74:24, 75:2, 75:4, 75:5,
75:6, 75:8, 75:10, 75:13, 75:14,
75:15, 75:18, 75:20, 75:21,
75:23, 75:24, 76:1, 76:4, 76:6,
76:12, 76:18, 76:24, 76:25,
77:1, 77:5, 77:6, 77:7, 77:8,
77:10, 77:13, 77:14, 77:15,
77:16, 77:17, 77:18, 77:19,
77:20, 77:21, 77:22, 78:2, 78:6,
78:7, 78:13, 78:14, 78:15,
78:18, 78:20, 78:23, 78:24,
79:1, 79:4, 79:6, 79:7, 79:9,
79:14, 79:15, 79:16, 79:17,
80:4, 80:10, 80:17, 80:25, 81:3,
81:6, 81:14, 82:6, 82:7, 82:8,
82:12, 82:13, 82:14, 82:15,
82:17, 82:23, 82:24, 83:3, 83:5,
83:7, 83:9, 83:11, 83:17, 83:18,
83:23, 83:24, 84:1, 84:2, 84:4,
84:5, 84:6, 84:12, 84:15, 84:19,
84:20, 84:21, 84:23, 84:24,
84:25, 85:2, 85:4, 85:6, 85:12,
85:16, 85:21, 85:22, 85:23,
86:2, 86:7, 86:8, 86:11, 86:12,
86:23, 86:24, 87:2, 87:4, 87:8,
87:9, 87:13, 87:14, 87:19, 88:1,

88:3, 88:5, 88:10, 88:17, 88:18,
88:20, 89:4, 89:5, 89:6, 89:12,
89:18, 89:20, 89:21, 89:25,
90:6, 90:8, 90:10, 90:11, 90:15,
90:18, 90:22, 91:2, 91:7, 91:16,
91:21, 91:23, 92:1, 92:2, 92:24,
93:1, 93:2, 93:6, 93:9, 93:11,
93:15, 93:16, 93:17, 93:20,
93:21, 93:22, 94:7, 94:10,
94:12, 94:19, 94:20, 94:21,
94:24, 95:3, 95:6, 95:12, 95:20,
95:22, 95:23, 95:24, 96:1, 96:2,
96:9, 96:10, 96:17, 96:25, 97:1,
97:2, 97:4, 97:6, 97:7, 97:8,
97:9, 97:17, 97:18, 97:19,
97:20, 97:22, 97:23, 98:1, 98:2,
98:4, 98:7, 98:10, 98:12, 98:13,
98:15, 98:19, 98:20, 99:3, 99:4,
99:8, 99:9, 99:10, 99:13, 99:22,
99:24, 100:5, 100:9, 100:11,
100:12, 100:13, 100:14,
100:15, 100:16, 100:17,
100:18, 100:19, 100:20,
100:21, 100:22, 100:23,
100:24, 101:1, 101:6, 101:7,
101:9, 101:13, 101:18, 101:20,
101:21, 101:25, 102:1, 102:2,
102:6, 102:7, 102:9, 102:10,
102:11, 102:12, 102:13,
102:14, 102:15, 102:20,
102:23, 102:24, 103:2, 103:5,
103:9, 103:10, 103:15, 103:22,
104:1, 104:2, 104:3, 104:4,
104:5, 104:7, 104:8, 104:12,
104:13, 104:17, 104:24, 105:1,
105:13, 105:15, 105:21,
105:23, 105:24, 105:25, 106:1,
106:2, 106:8, 106:12, 106:13,
106:15, 106:16, 106:19, 107:2,
107:7, 107:11, 107:12, 107:19,
107:23, 107:24, 108:3, 108:18,
108:20, 109:1, 109:2, 109:8,
109:11, 109:14, 109:19,
109:20, 109:21, 109:24, 110:3,
110:5, 110:11, 110:12, 110:18,
110:20, 110:21, 110:23,
110:25, 111:5, 111:15, 112:4,
112:9, 112:11, 112:12, 112:14,
112:15, 112:17, 112:21,
112:25, 113:1, 113:2, 113:3,
113:5, 113:6, 113:16, 113:17,
113:20, 113:22, 114:3, 114:7,
114:8, 114:10, 114:12, 114:17,
114:21, 114:22, 114:23,
114:24, 115:3, 115:6, 115:16,
115:19, 115:25, 116:1, 116:4,
116:5, 116:7, 116:10, 116:17,
116:23, 116:25, 117:2, 117:12,
117:17, 117:20, 117:22, 118:2,
118:9, 118:10, 118:14, 118:15,
118:16, 118:19, 118:21,

118:25, 119:3, 119:4, 119:8,
119:12, 119:17, 119:20,
119:22, 119:23, 119:24,
119:25, 120:8, 120:9, 120:10,
120:12, 120:13, 120:14,
120:17, 120:18, 120:19, 121:6,
121:7, 121:8, 121:9, 121:18,
121:20, 121:22, 121:25, 122:1,
122:4, 122:8, 122:15, 122:19,
122:20, 122:21, 122:24, 123:9,
123:10, 123:12, 123:14,
123:17, 123:20, 123:22, 124:7,
124:12, 124:16, 124:20,
124:25, 125:4, 125:6, 125:7,
125:8, 125:10, 125:11, 125:15,
125:17, 125:19, 125:21,
125:22, 126:5, 126:6, 126:14,
127:2, 127:3, 127:5, 127:7,
127:8, 127:9, 127:10, 127:11,
127:14, 127:16, 127:17,
127:18, 127:24, 127:25, 128:2,
128:3, 128:8, 128:10, 128:11,
128:13, 128:18, 128:19,
128:21, 128:25, 129:1, 129:6,
129:9, 129:11, 129:12, 129:13,
129:15, 129:18, 129:19,
129:21, 130:2, 130:5, 130:9,
130:10, 130:17, 130:18,
130:19, 130:21, 130:24, 131:4,
131:15, 131:19, 131:21,
131:25, 132:3, 132:5, 132:11,
132:17, 132:23, 133:2, 133:10,
133:11, 133:18, 133:20,
133:23, 134:5, 134:8, 134:10,
134:14, 134:15, 134:16,
134:17, 134:22, 134:23, 135:1,
135:2, 135:4, 135:5, 135:10,
135:11, 135:16, 135:17,
135:23, 136:8, 136:9, 136:10,
136:19, 136:20, 136:23,
137:18, 137:24, 138:1, 138:5,
138:8, 138:12, 138:16, 139:9,
139:11, 139:17, 140:3, 140:7,
140:9, 140:14, 140:15, 140:18,
140:25, 141:1, 141:11, 141:15,
141:16, 141:17, 141:20,
141:24, 142:1, 142:2, 142:9,
142:14, 142:15, 142:16,
142:19, 142:22, 142:25, 143:3,
143:4, 143:12, 143:13, 143:16,
143:19, 143:21, 143:24, 144:6,
144:9, 144:11, 144:13, 144:17,
144:18, 144:19, 144:20,
144:24, 145:1, 145:2, 145:5,
145:6, 145:7, 145:10, 145:16,
146:1, 146:7, 146:13, 146:14,
146:15, 146:18, 146:20,
146:21, 146:23, 147:1, 147:6,
147:16, 147:23, 147:24,
147:25, 148:10, 148:12,
148:14, 148:15, 148:22,

148:23, 149:2, 149:3, 149:4,
149:5, 149:8, 149:10, 149:11,
149:12, 149:13, 149:25, 150:9,
150:14, 150:20, 151:2, 151:3,
151:18, 151:20, 151:21,
151:22, 152:2, 152:3, 152:15,
152:16, 152:17, 152:18,
152:22, 152:23, 152:24, 153:3,
153:6, 153:8, 153:9, 153:10,
153:11, 153:15, 153:17,
154:17, 154:19, 154:20,
154:24, 155:1, 155:2, 155:4,
155:8, 155:9, 155:11, 155:16,
155:18, 155:20, 155:21,
155:22, 155:24, 156:1, 156:3,
156:5, 156:11, 156:12, 156:15,
156:16, 156:17, 156:22,
156:23, 157:7, 157:8, 157:11,
157:12, 157:14, 157:15,
157:16, 157:17, 157:23,
157:25, 158:3, 158:4, 158:6,
158:10, 158:11, 158:12,
158:20, 158:21, 159:1, 159:3,
159:10, 159:18, 159:20, 160:5,
160:21, 160:23, 160:24, 161:2,
161:3, 161:4, 161:6, 161:16,
161:17, 161:23, 162:1, 162:2,
162:6, 162:11, 162:14, 162:15,
162:20, 163:7, 163:10, 163:12,
163:20, 163:22, 164:4, 164:5,
164:6, 164:7, 164:10, 164:18,
164:23, 164:25, 165:1, 165:2,
165:4, 165:7, 165:8, 165:10,
165:11, 165:13, 165:16,
165:18, 165:19, 165:25, 166:1,
166:6, 166:7, 166:8, 166:10,
166:16, 167:7, 167:8, 167:12,
167:17, 167:20, 168:9, 168:11,
168:14, 168:21, 169:6, 169:14,
169:19, 169:21, 169:24,
169:25, 170:1, 170:5, 170:10,
170:12, 170:13, 170:17,
170:24, 170:25, 171:2, 171:4,
171:5, 171:6, 171:7, 171:8,
171:10, 171:12, 171:18, 172:9,
172:10, 172:15, 172:19,
172:20, 172:23, 172:24, 173:2,
173:4, 173:5, 173:9, 173:14,
173:15, 173:16, 173:21,
173:22, 173:23, 173:25, 174:4,
174:7, 174:8, 174:9, 174:14,
174:16, 174:18, 174:19,
174:20, 174:21, 174:23,
174:25, 175:1, 175:3, 175:5,
175:7, 175:10, 175:11, 175:12,
175:15, 175:22, 175:24, 176:5,
176:8, 176:10, 176:12, 176:14,
176:15, 176:20, 176:21,
176:22, 176:23, 176:24,
176:25, 177:1, 177:3, 177:6,
177:7, 177:8, 177:9, 177:11,

177:12, 177:13, 177:17,
177:18, 177:19, 177:21,
177:22, 177:23, 177:24, 178:1,
178:5, 178:6, 178:9, 178:11,
178:13, 178:16, 178:20,
178:21, 178:22, 179:3, 179:6,
179:9, 179:12, 179:13, 179:15,
179:17, 179:18, 179:20,
179:21, 179:24, 180:2, 180:5,
180:7, 180:8, 180:11, 180:12,
180:18, 180:20, 180:21,
180:23, 180:25, 181:3, 181:8,
181:9, 181:10, 181:12, 181:13,
181:16, 181:17, 181:19,
181:24, 181:25, 182:1, 182:3,
182:5, 182:8, 182:15, 182:23,
183:1, 183:10, 183:16, 183:20,
183:21, 183:25, 184:1, 184:4,
184:13, 184:18, 184:21,
184:25, 185:1, 185:5, 185:6,
185:7, 185:9, 185:12, 185:13,
185:14, 185:17, 186:2, 186:4,
186:6, 186:7, 186:10, 186:11,
186:13, 186:17, 186:22,
187:12, 187:14, 187:15,
187:16, 187:17, 187:25, 188:1,
188:4, 188:6, 188:8, 188:10,
188:13, 188:14, 188:24, 189:1,
189:4, 189:5, 189:7, 189:21,
189:22, 190:4, 190:8, 190:11,
190:14, 190:23, 190:25, 191:1,
191:7, 191:10, 191:15, 191:17,
191:18, 191:19, 191:24, 192:6,
192:7, 192:10, 192:12, 192:13,
192:14, 192:15, 192:22,
192:25, 193:1, 193:2, 193:4,
193:5, 193:8, 193:11, 193:12,
193:14, 193:17, 193:18,
193:20, 193:25, 194:2, 194:4,
194:5, 194:6, 194:8, 194:15,
194:17, 194:24, 195:3, 195:6,
195:20, 195:24, 196:3, 196:5,
196:6, 196:7, 196:8, 196:19,
196:23, 197:4, 197:6, 197:10,
197:19, 197:24, 198:5, 198:7,
198:16, 198:19, 198:20,
198:22, 198:25, 199:3, 199:5,
199:7, 199:8, 199:15, 199:16,
199:22, 200:2, 200:5, 200:14,
200:24, 201:5, 201:6, 201:10,
201:11, 201:15, 201:18,
201:19, 201:22, 201:25, 202:1,
202:7, 202:9, 203:1, 203:2,
203:5, 203:10, 203:12, 203:13,
203:22, 204:6, 204:7, 204:9,
204:10, 204:18, 204:19,
204:21, 204:24, 205:1, 205:2,
205:5, 205:9, 205:18, 205:24,
206:3, 206:19, 206:22, 207:1,
207:2, 207:5, 207:13, 207:14,
207:15, 207:20, 208:1, 208:8,

208:24, 209:3, 209:7, 209:8,
209:9, 209:11, 209:22, 210:2,
210:9, 210:10, 210:11, 210:12,
210:15, 210:17, 210:18,
210:19, 210:20, 210:21,
210:23, 210:25, 211:6, 211:8,
211:10, 211:11, 211:15,
211:16, 211:17, 211:19,
211:21, 212:2, 212:12, 212:16,
212:17, 213:3, 213:4, 213:9,
213:12, 213:15, 213:17,
213:18, 213:21, 213:24, 214:2,
214:6, 214:9, 214:13, 214:14,
214:17, 214:20, 214:25, 215:3,
215:5, 215:6, 215:15, 215:16,
215:17, 215:19, 215:21,
215:22, 216:2, 216:4, 216:6,
216:9, 216:11, 216:17, 216:19,
216:23, 216:24, 217:1, 217:7,
217:17, 218:11, 218:18, 219:2,
219:6, 219:14, 219:18, 219:22,
219:23, 220:3, 220:4, 220:8,
220:12, 220:14, 220:19,
220:23, 220:24, 221:1, 221:2,
221:4, 221:8, 221:12, 221:13,
221:18, 221:19, 221:20,
221:23, 222:6, 222:10, 222:13,
222:19, 222:22, 223:2, 223:3,
223:4, 223:9, 223:10, 223:11,
223:13, 224:1, 224:2, 224:4,
224:8, 224:14, 224:22, 225:1,
225:2, 225:7, 225:11, 225:12,
225:19, 226:2, 226:7, 226:14,
226:21, 226:22, 226:23,
226:24, 227:2, 227:4, 227:6,
227:9, 227:18, 227:19, 227:20,
227:23, 227:25, 228:1, 228:7,
228:15, 228:16, 228:19,
228:20, 228:21, 228:24, 229:1,
229:3, 229:5, 229:6, 229:8,
229:12, 229:13, 229:15,
229:16, 229:18, 229:21,
229:24, 230:1, 230:2, 230:10,
230:12, 230:15, 230:19,
230:21, 231:2, 231:4, 231:11,
231:14, 231:17, 231:19,
231:24, 232:4, 232:6, 233:6,
233:9, 233:10, 233:17, 233:18,
233:21, 234:14, 234:15,
234:16, 234:17, 234:19,
234:24, 234:25, 235:1, 235:2,
235:4, 235:11, 235:14, 235:19,
235:22, 235:25, 236:1, 236:2,
236:4, 236:5, 236:6, 236:9,
236:13, 236:16, 236:21, 237:2,
237:3, 237:4, 237:7, 237:8,
237:11, 237:12, 237:20,
237:22, 237:23, 238:1, 238:2,
238:15, 238:16, 238:17,
238:18, 238:20, 238:21, 239:1,
239:2, 239:5, 239:10, 239:16,

239:19, 239:20, 239:22, 240:2,
240:3, 240:4, 240:6, 240:8,
240:12, 240:18, 240:23,
240:24, 241:4, 241:9, 241:12,
241:13, 241:16, 241:18,
241:21, 241:22, 242:7, 242:11,
242:12, 242:19, 243:2, 243:3,
243:5, 243:8, 243:10, 243:12,
243:13, 243:14, 243:17,
243:18, 243:22, 244:4, 244:5,
244:7, 244:8, 244:14, 244:16,
244:17, 244:25, 245:4, 245:6,
245:7, 245:10, 245:11, 245:16,
245:17, 245:19, 246:1, 246:3,
246:8, 246:14, 246:15, 246:19,
246:24, 247:2, 247:3, 247:5,
247:10, 247:12, 247:15,
247:17, 247:20, 247:21,
247:24, 248:6, 248:7, 248:8,
248:11, 248:12, 248:14,
248:16, 248:20, 248:21,
248:23, 248:24, 248:25, 249:1,
249:4, 249:5, 249:6, 249:7,
249:8, 249:11, 249:12, 249:13,
249:21, 249:22, 249:23, 250:1,
250:2, 250:3, 250:5, 250:8,
250:11, 250:12, 250:14,
250:19, 250:21, 250:22, 251:1,
251:2, 251:5, 251:7, 251:11,
251:12, 251:24, 252:1, 252:2,
252:3, 252:6, 252:9, 252:10,
252:11, 252:13, 252:14,
252:15, 252:16, 252:18,
252:19, 252:21, 253:2, 253:3,
253:5, 253:16, 253:17, 253:21,
253:25, 254:5, 254:18, 254:21,
254:24, 255:1, 255:10, 255:11,
255:12, 255:21, 255:23,
255:24, 256:4, 256:19, 256:20,
256:21, 256:22, 257:1, 257:4,
258:7, 258:8, 258:9

**their** [171] - 7:10, 7:12, 8:9,
8:19, 11:22, 12:16, 14:8, 14:10,
14:14, 14:15, 15:12, 15:18,
15:19, 15:24, 16:8, 16:9, 16:25,
17:8, 17:10, 17:12, 19:10,
19:11, 20:10, 20:24, 20:25,
21:1, 21:2, 21:4, 21:5, 21:6,
21:9, 21:10, 21:18, 22:3, 22:9,
23:1, 25:22, 27:8, 28:1, 29:12,
30:17, 31:1, 35:22, 39:22, 42:7,
42:10, 43:5, 43:6, 43:9, 43:10,
43:24, 49:21, 51:24, 52:2,
52:17, 53:1, 53:2, 56:21, 62:12,
66:3, 68:16, 68:18, 68:19, 69:9,
69:10, 69:16, 69:19, 70:17,
71:6, 72:6, 84:14, 85:8, 86:21,
88:9, 88:18, 88:19, 89:22,
91:22, 92:2, 92:5, 92:18, 92:20,
93:13, 94:6, 97:2, 99:5, 100:25,
104:15, 104:16, 104:25, 105:6,

106:6, 109:1, 111:2, 111:22,
112:24, 113:15, 117:23,
118:22, 119:16, 119:22, 128:4,
128:23, 132:25, 140:8, 140:21,
146:22, 147:4, 155:3, 155:9,
157:20, 160:17, 169:15,
171:12, 172:11, 172:12,
172:14, 172:25, 177:4, 177:10,
179:14, 180:5, 180:22, 183:6,
183:19, 187:4, 187:19, 190:7,
202:17, 207:17, 208:18,
209:11, 209:13, 212:1, 216:22,
218:4, 221:1, 221:2, 221:11,
223:1, 227:3, 227:8, 227:12,
227:14, 238:10, 238:19, 240:5,
241:2, 241:6, 243:22, 244:2,
244:3, 245:8, 246:1, 249:4,
249:23, 250:4, 250:23, 251:2,
252:20, 253:12, 255:1, 256:22

**theirs** [1] - 139:24

**them** [125] - 4:24, 5:5, 5:7, 5:14,
7:17, 9:4, 10:21, 15:18, 16:10,
16:16, 17:9, 19:11, 19:14,
19:21, 20:13, 26:7, 29:13,
32:19, 32:21, 38:23, 42:1, 43:4,
43:7, 43:8, 44:2, 45:3, 46:13,
46:15, 47:13, 49:15, 50:19,
51:23, 53:4, 54:17, 56:8, 64:17,
67:16, 69:20, 79:8, 80:25, 83:9,
90:11, 90:12, 92:5, 94:12,
98:25, 99:1, 99:11, 99:13,
99:21, 101:6, 105:23, 106:15,
107:1, 107:21, 107:24, 110:19,
111:1, 114:18, 115:21, 118:19,
119:10, 119:11, 120:9, 120:19,
121:10, 127:3, 128:25, 135:1,
143:14, 143:24, 147:21, 153:1,
156:16, 159:14, 159:21, 160:2,
161:1, 161:3, 165:4, 165:21,
165:22, 168:5, 170:22, 171:2,
172:3, 172:13, 180:13, 180:14,
185:3, 186:6, 186:10, 187:19,
189:6, 189:16, 190:23, 191:1,
192:14, 192:22, 196:20,
208:19, 211:12, 211:14,
218:16, 221:6, 224:7, 231:21,
238:4, 239:12, 245:15, 248:5,
249:7, 249:22, 250:16, 250:19,
251:14, 255:6, 255:8, 256:5

**themselves** [11] - 11:11, 13:9,
15:14, 15:21, 27:15, 88:17,
119:20, 120:18, 179:19,
207:21, 249:6

**then** [129] - 4:6, 4:8, 4:18, 4:19,
8:14, 9:22, 13:9, 21:11, 27:11,
34:23, 38:23, 41:11, 41:13,
43:21, 45:18, 45:20, 48:24,
49:1, 51:12, 51:15, 55:12,
56:13, 58:5, 62:21, 62:22,
62:23, 63:13, 65:15, 69:12,
69:24, 70:2, 72:2, 78:6, 79:7,

79:21, 80:16, 80:19, 83:24,
89:23, 91:21, 91:22, 92:2, 97:3,
97:6, 103:5, 105:15, 106:20,
107:11, 108:22, 109:8, 109:18,
109:21, 112:22, 113:19,
118:22, 119:19, 120:10,
120:20, 122:15, 123:11,
124:14, 124:15, 124:16,
124:19, 126:24, 127:7, 127:10,
127:17, 128:18, 131:7, 131:11,
132:21, 133:15, 136:14,
137:14, 139:13, 139:19,
139:24, 139:25, 141:14, 144:9,
149:15, 149:23, 150:2, 151:5,
151:13, 152:17, 160:16,
165:19, 173:11, 174:3, 175:18,
178:13, 181:14, 183:9, 184:3,
184:4, 184:21, 185:9, 185:10,
187:2, 187:16, 191:17, 195:11,
195:22, 197:6, 198:25, 200:3,
201:4, 202:9, 209:6, 210:13,
210:14, 211:18, 214:24,
216:10, 217:20, 218:5, 219:19,
221:12, 225:9, 226:15, 232:23,
234:9, 242:21, 250:15, 254:19
**theories** [1] - 32:5
**theory** [12] - 10:9, 10:12, 23:6,
32:3, 36:1, 65:11, 99:5, 102:21,
102:22, 120:6, 155:13, 203:23
**Therapeutics** [1] - 126:16
**there** [165] - 4:17, 4:19, 5:14,
9:18, 11:6, 11:8, 14:21, 15:2,
16:14, 18:12, 21:16, 22:1, 23:4,
24:3, 24:15, 24:18, 24:24,
24:25, 25:1, 25:7, 25:22, 26:2,
26:6, 26:25, 27:22, 31:11, 36:4,
36:5, 36:24, 37:23, 38:5, 40:18,
41:20, 42:6, 42:8, 42:19, 43:21,
44:19, 45:6, 45:11, 45:14, 46:4,
46:5, 46:6, 46:23, 51:5, 53:23,
54:22, 55:9, 56:7, 56:17, 57:18,
57:23, 59:8, 60:3, 60:23, 61:6,
62:16, 62:23, 63:20, 66:9, 67:9,
69:4, 73:19, 75:5, 79:24, 87:5,
90:5, 94:9, 94:16, 96:1, 98:4,
101:14, 102:13, 105:25, 110:8,
111:7, 111:18, 118:5, 118:24,
129:25, 130:3, 132:19, 133:4,
136:2, 139:14, 140:3, 141:5,
143:7, 144:2, 147:17, 147:19,
147:20, 149:15, 149:18,
150:23, 153:16, 154:12,
154:14, 154:16, 155:2, 155:8,
156:15, 156:16, 156:20, 167:6,
170:19, 170:24, 171:3, 172:13,
173:13, 175:19, 175:20,
175:24, 176:3, 176:4, 176:6,
183:19, 185:1, 185:14, 185:17,
188:6, 189:24, 191:25, 194:19,
203:4, 205:22, 205:23, 213:13,
214:4, 215:25, 216:5, 217:22,

219:11, 220:9, 226:11, 226:25,
228:2, 228:6, 229:15, 232:15,
232:20, 235:8, 240:17, 241:12,
245:15, 246:12, 246:17, 248:3,
249:15, 250:4, 250:5, 251:22,
254:24, 256:8
**There** [2] - 156:17, 222:20
**there'll** [1] - 4:15
**there's** [78] - 8:4, 11:24, 15:1,
15:25, 19:6, 20:13, 24:1, 28:9,
28:22, 37:5, 45:20, 47:12,
53:20, 56:9, 56:16, 58:20, 60:3,
60:17, 60:19, 63:9, 65:21, 73:1,
73:10, 79:1, 89:21, 101:25,
104:10, 105:4, 113:11, 120:15,
126:19, 127:12, 128:9, 132:1,
142:21, 143:5, 147:2, 152:16,
155:19, 157:24, 160:4, 160:11,
172:7, 172:19, 176:23, 177:3,
185:8, 185:9, 185:10, 185:11,
185:16, 197:25, 203:21,
208:13, 216:21, 223:7, 225:13,
225:15, 225:16, 225:24,
225:25, 226:9, 226:16, 228:8,
229:21, 231:1, 231:22, 231:23,
238:21, 241:9, 241:14, 242:4,
242:23, 247:5, 249:6, 250:17,
251:19
**therefore** [16] - 39:4, 39:15,
67:21, 68:7, 72:16, 87:6, 87:7,
116:14, 138:4, 140:21, 188:15,
193:6, 193:20, 195:8, 203:25,
243:5
**thereof** [1] - 82:14
**these** [180] - 19:14, 24:16,
25:17, 27:20, 27:24, 27:25,
28:8, 29:11, 32:19, 35:21,
36:16, 38:1, 39:9, 39:14, 41:25,
42:15, 43:16, 44:2, 44:24, 45:1,
45:3, 48:1, 49:5, 50:22, 52:2,
52:12, 52:22, 55:13, 56:2,
57:13, 57:17, 58:24, 61:6, 61:7,
62:11, 62:14, 62:19, 64:14,
64:24, 68:7, 69:14, 69:15, 71:1,
73:1, 74:13, 76:7, 76:10, 78:19,
78:21, 79:8, 81:3, 81:24, 82:17,
82:18, 88:3, 89:23, 90:7, 92:7,
92:9, 94:8, 94:15, 94:17, 94:20,
96:6, 98:15, 103:11, 104:3,
109:5, 110:17, 111:10, 112:8,
114:3, 115:11, 116:6, 117:9,
122:25, 128:22, 129:4, 129:15,
130:13, 133:16, 134:25,
137:15, 137:17, 138:2, 138:9,
138:17, 139:12, 140:5, 140:16,
140:20, 140:25, 141:2, 141:6,
141:25, 142:3, 142:7, 142:8,
142:11, 142:12, 142:25,
143:14, 145:6, 146:19, 146:21,
147:3, 147:23, 148:14, 154:10,

154:23, 158:18, 159:9, 159:17,
159:19, 159:22, 159:23,
160:11, 161:21, 162:2, 163:7,
163:19, 169:18, 171:1, 177:13,
178:17, 179:18, 181:4, 184:24,
185:2, 185:19, 187:6, 187:13,
187:21, 189:5, 189:15, 190:1,
193:4, 193:6, 193:10, 193:14,
194:19, 196:17, 196:20,
197:23, 199:19, 203:19,
204:15, 211:5, 211:9, 212:5,
215:18, 216:1, 216:17, 218:2,
218:12, 222:21, 223:5, 223:8,
230:22, 231:19, 231:20,
232:13, 233:15, 234:22,
236:10, 236:17, 236:23,
240:25, 241:1, 241:5, 241:24,
249:17, 249:20, 250:14, 251:22
**they** [463] - 3:21, 4:18, 5:6, 6:14,
8:11, 10:14, 10:15, 10:21,
10:24, 11:10, 11:15, 11:16,
11:17, 11:23, 11:24, 12:12,
12:18, 13:1, 13:18, 14:19,
14:20, 15:15, 16:7, 16:10,
16:24, 17:7, 17:12, 18:23, 19:9,
20:3, 22:6, 22:7, 22:12, 22:24,
23:23, 24:5, 24:6, 24:20, 25:3,
25:17, 25:23, 26:7, 26:8, 27:13,
27:14, 27:16, 27:17, 27:18,
27:19, 27:23, 28:1, 28:3, 28:5,
28:6, 28:7, 28:13, 28:14, 28:15,
28:25, 29:1, 29:2, 29:12, 29:13,
29:16, 29:17, 29:19, 29:20,
30:3, 31:15, 35:4, 35:10, 35:11,
35:22, 35:23, 35:24, 36:1, 36:8,
36:9, 36:23, 36:24, 39:11,
43:10, 45:2, 45:6, 45:7, 48:1,
48:3, 48:6, 48:16, 48:21, 48:23,
49:1, 49:20, 49:22, 49:23,
50:19, 52:3, 52:4, 52:5, 52:13,
52:17, 52:18, 52:23, 53:1, 53:2,
53:5, 54:14, 55:24, 55:25,
57:22, 61:3, 61:8, 61:11, 62:19,
62:20, 63:6, 63:10, 63:13, 66:3,
66:23, 67:2, 67:18, 68:15,
68:16, 68:17, 68:19, 69:8,
69:16, 69:17, 69:20, 69:22,
69:25, 70:2, 70:10, 71:4, 71:11,
71:12, 71:18, 71:20, 71:25,
72:16, 73:17, 73:18, 74:16,
74:25, 75:10, 75:14, 79:8,
79:11, 79:20, 79:21, 81:16,
82:18, 82:20, 83:6, 83:16,
85:11, 85:13, 86:22, 86:23,
87:20, 90:4, 90:14, 90:15,
90:25, 91:4, 91:22, 92:11,
92:22, 93:4, 93:5, 93:7, 93:12,
94:4, 94:5, 94:6, 94:14, 96:5,
97:3, 97:6, 97:23, 98:6, 98:14,
98:15, 98:16, 98:21, 100:4,
100:7, 100:25, 101:1, 101:2,

102:14, 102:15, 103:3, 103:5,
104:17, 105:1, 105:3, 105:4,
105:5, 105:6, 105:9, 105:11,
106:7, 106:10, 106:15, 106:16,
106:18, 106:19, 106:20,
106:21, 107:5, 107:6, 107:8,
107:10, 107:12, 108:7, 108:8,
110:22, 110:25, 111:1, 113:14,
113:23, 114:19, 114:20, 116:9,
116:10, 116:11, 116:16,
116:20, 116:21, 116:22,
117:13, 117:16, 117:17,
117:20, 118:2, 119:14, 119:18,
119:19, 119:21, 125:20,
128:11, 131:20, 132:5, 132:8,
132:10, 132:11, 132:12,
132:16, 132:17, 132:21, 133:7,
133:11, 133:14, 133:15,
134:24, 135:1, 136:22, 137:12,
138:1, 138:15, 138:16, 139:12,
139:14, 140:9, 140:11, 141:16,
142:4, 142:6, 142:7, 142:10,
142:18, 144:7, 144:9, 146:5,
146:17, 147:11, 147:12,
152:15, 152:17, 156:1, 156:13,
157:16, 157:24, 158:1, 158:10,
158:11, 158:12, 158:13,
159:22, 160:13, 160:16,
160:18, 161:14, 163:8, 163:11,
164:24, 165:10, 165:23, 166:1,
166:2, 168:12, 169:15, 169:17,
169:21, 172:14, 172:22,
172:25, 173:12, 176:7, 177:14,
178:9, 179:23, 179:24, 180:5,
180:6, 180:15, 180:19, 180:22,
181:23, 183:18, 184:4, 185:6,
185:14, 186:5, 188:15, 188:21,
189:7, 189:12, 189:13, 189:22,
190:4, 190:5, 190:6, 191:2,
193:24, 194:25, 195:8, 195:10,
198:1, 198:2, 202:5, 202:6,
203:7, 203:9, 203:10, 203:11,
203:16, 203:24, 204:23, 205:9,
206:2, 207:18, 207:20, 207:21,
207:22, 208:4, 208:5, 208:7,
208:8, 208:11, 208:12, 208:13,
208:14, 208:17, 208:18,
209:10, 209:14, 210:12,
215:12, 216:18, 220:24, 221:2,
222:11, 222:24, 222:25,
228:13, 228:15, 229:22,
231:21, 231:25, 232:7, 232:8,
233:4, 234:16, 235:20, 235:21,
235:22, 236:8, 236:10, 236:22,
236:25, 237:21, 241:1, 241:2,
241:3, 243:25, 244:1, 245:17,
246:18, 246:24, 247:3, 247:4,
249:2, 249:7, 249:8, 249:9,
249:14, 250:9, 250:15, 250:16,
250:22, 251:18, 251:21,
252:15, 252:18, 252:20,

253:22, 254:1, 254:4, 254:24,
254:25, 255:1, 255:2, 255:7,
255:22, 256:17, 256:18
**they'd** [2] - 58:9, 220:20
**they'll** [5] - 10:20, 19:22, 145:1,
150:12, 150:14
**they're** [174] - 4:11, 7:11, 7:17,
8:17, 9:16, 10:19, 14:14, 14:16,
14:18, 14:20, 15:23, 19:4,
19:11, 21:14, 23:5, 29:5, 30:15,
30:16, 30:18, 38:4, 41:24,
43:18, 44:3, 44:4, 45:24, 46:11,
46:14, 49:16, 49:25, 50:12,
52:5, 52:8, 52:22, 54:17, 55:5,
56:3, 56:10, 59:3, 60:13, 60:23,
61:13, 63:4, 63:22, 70:16,
70:18, 72:1, 72:3, 74:4, 74:5,
74:12, 74:18, 74:19, 74:20,
74:23, 74:24, 74:25, 75:9,
75:12, 76:11, 78:24, 81:15,
81:17, 84:16, 88:18, 88:19,
89:25, 90:22, 92:9, 93:3, 93:5,
93:18, 93:19, 96:11, 99:4,
100:23, 102:13, 103:22,
104:14, 104:25, 106:18,
106:22, 107:8, 108:12, 108:13,
110:14, 110:15, 111:7, 111:14,
116:5, 116:12, 119:6, 119:14,
119:15, 137:23, 138:3, 140:7,
140:8, 140:11, 143:16, 143:23,
143:24, 144:12, 144:13,
144:14, 145:24, 147:15, 150:8,
152:25, 156:7, 156:23, 156:25,
157:18, 160:10, 161:21,
161:22, 169:4, 171:5, 171:6,
172:20, 179:25, 180:1, 180:21,
185:21, 185:22, 185:24,
185:25, 186:7, 189:19, 189:25,
190:9, 191:10, 194:18, 195:15,
199:11, 203:8, 205:12, 205:13,
205:20, 205:21, 206:11,
207:16, 211:1, 216:2, 221:21,
221:22, 228:21, 231:21,
236:13, 240:14, 240:15,
240:19, 242:7, 245:1, 245:7,
248:17, 250:13, 250:23,
251:17, 251:25, 253:6, 253:8,
253:9, 253:10, 253:14, 253:15,
253:17, 253:24, 254:19,
254:23, 256:17
**they've** [18] - 13:15, 29:22,
44:23, 79:18, 90:14, 107:6,
137:13, 137:22, 142:6, 146:8,
184:7, 193:17, 238:2, 245:8,
245:9, 245:21, 245:25
**thing** [31] - 8:25, 27:4, 40:6,
42:23, 44:17, 58:5, 58:7, 58:17,
59:2, 62:20, 75:8, 99:7, 103:13,
108:25, 148:11, 150:24, 154:4,
161:5, 162:20, 167:15, 168:25,

173:21, 179:25, 186:17,
191:17, 192:15, 223:10,
232:21, 244:25, 254:15, 255:18
**things** [45] - 3:14, 6:21, 7:4,
48:10, 50:4, 55:6, 56:11, 57:25,
61:14, 62:11, 63:10, 66:6, 68:7,
74:11, 76:7, 85:6, 88:16, 98:24,
99:10, 99:20, 118:13, 132:11,
135:5, 135:7, 146:1, 149:16,
160:4, 166:6, 169:3, 170:18,
171:2, 177:13, 187:1, 202:17,
204:15, 220:17, 231:20,
234:14, 237:14, 237:25,
238:18, 241:16, 247:10,
249:14, 255:2
**think** [215] - 6:25, 7:4, 7:21, 9:1,
9:15, 9:25, 11:6, 11:8, 12:22,
13:20, 13:22, 16:6, 17:24, 18:6,
20:2, 20:17, 20:19, 22:2, 23:21,
24:2, 26:2, 26:3, 26:10, 27:6,
29:19, 30:22, 32:1, 33:7, 35:18,
38:5, 41:23, 45:3, 45:5, 45:24,
50:15, 53:23, 54:11, 54:23,
57:6, 60:1, 60:13, 61:3, 62:18,
64:9, 64:12, 64:22, 65:12,
65:20, 66:13, 66:18, 68:11,
68:15, 74:3, 76:9, 76:12, 78:13,
79:4, 83:20, 83:22, 84:12,
85:15, 86:21, 87:1, 88:1, 92:19,
93:4, 93:8, 94:24, 96:23, 97:11,
97:17, 98:7, 98:12, 98:13,
98:14, 98:18, 99:23, 100:5,
100:13, 101:9, 101:17, 102:12,
103:4, 104:10, 104:18, 105:8,
107:8, 108:7, 108:19, 109:21,
110:11, 110:19, 110:20,
110:24, 111:4, 111:19, 111:25,
114:4, 117:21, 118:10, 118:14,
120:14, 128:21, 129:17,
134:20, 137:10, 138:8, 144:19,
148:6, 153:4, 158:24, 159:10,
160:18, 161:6, 162:7, 162:14,
164:21, 165:19, 166:15,
166:17, 167:14, 168:7, 170:6,
178:6, 178:12, 179:21, 182:9,
183:25, 187:25, 189:11,
190:18, 190:20, 191:25,
192:22, 195:1, 196:4, 196:7,
197:18, 198:3, 198:18, 199:3,
199:20, 200:6, 200:7, 200:12,
200:21, 201:2, 201:6, 202:2,
205:10, 205:11, 206:24, 207:5,
208:4, 208:10, 208:14, 208:23,
209:5, 209:8, 209:18, 210:10,
213:5, 217:4, 218:9, 219:8,
219:21, 220:4, 220:11, 220:19,
223:15, 223:20, 225:13,
226:19, 227:4, 227:14, 228:3,
228:11, 228:19, 229:13, 230:2,
230:18, 232:13, 232:25, 233:4,
233:9, 233:17, 234:24, 238:10,

239:4, 239:24, 240:16, 240:22, 241:12, 242:3, 242:14, 242:21, 243:5, 243:7, 243:15, 247:10, 247:22, 248:1, 248:4, 249:20, 250:21, 251:2, 251:23, 252:23, 254:9, 254:17, 257:5
**thinking** [3] - 191:18, 198:12, 257:6
**thinks** [1] - 159:15
**third** [13] - 51:16, 97:12, 132:19, 133:21, 135:6, 135:24, 138:4, 160:24, 161:4, 161:23, 161:24, 227:6
**third-party** [2] - 161:4, 161:24
**this** [490] - 4:10, 4:24, 9:15, 10:8, 13:12, 13:21, 20:16, 20:20, 21:20, 23:9, 23:15, 24:4, 24:12, 24:19, 25:2, 25:22, 26:3, 26:21, 27:16, 27:17, 30:6, 31:8, 31:11, 31:12, 33:16, 34:17, 35:10, 35:17, 36:4, 36:5, 36:22, 37:9, 38:3, 39:9, 39:19, 40:8, 41:1, 41:8, 41:9, 41:24, 42:14, 42:18, 43:1, 43:11, 44:11, 44:12, 44:17, 46:20, 46:22, 48:15, 48:16, 50:3, 50:20, 51:3, 51:7, 51:13, 53:12, 55:5, 55:23, 56:6, 57:16, 57:19, 57:23, 58:6, 58:7, 58:17, 59:5, 59:12, 59:19, 59:20, 59:24, 60:1, 60:10, 60:12, 60:15, 61:8, 61:23, 62:6, 62:13, 63:1, 63:14, 63:18, 63:19, 63:25, 65:15, 65:16, 65:23, 66:4, 66:11, 67:11, 67:20, 68:3, 68:10, 68:13, 68:14, 70:13, 70:21, 71:15, 71:22, 72:17, 73:5, 73:13, 73:20, 74:1, 74:2, 74:15, 74:20, 75:2, 76:12, 77:2, 77:24, 78:19, 79:11, 79:19, 80:8, 81:20, 82:7, 82:16, 82:21, 82:23, 83:4, 83:22, 84:19, 84:22, 84:25, 85:15, 85:19, 86:11, 86:18, 86:22, 86:24, 89:16, 89:20, 90:5, 90:15, 91:1, 91:15, 92:23, 93:16, 93:24, 94:2, 94:8, 94:15, 94:24, 95:4, 95:6, 95:19, 96:4, 96:11, 97:9, 97:14, 97:22, 98:2, 99:8, 100:8, 100:13, 101:18, 102:5, 102:20, 103:4, 103:8, 103:13, 104:19, 105:2, 105:16, 106:5, 106:9, 106:24, 106:25, 107:5, 107:8, 107:22, 109:15, 111:19, 111:25, 112:12, 113:10, 113:24, 114:15, 114:20, 115:15, 115:22, 116:5, 116:13, 116:22, 117:10, 117:16, 117:22, 118:1, 118:14, 118:20, 119:6, 119:13, 121:5, 121:11, 121:20, 121:22, 122:4, 122:7, 122:11, 122:17, 122:19, 122:22, 122:24, 123:13, 123:17, 124:7, 124:25, 125:4, 125:12, 125:20, 126:11, 126:12, 126:21, 128:7, 128:19, 128:24, 129:14, 129:22, 130:1, 130:4, 130:6, 130:17, 131:1, 131:5, 131:7, 131:9, 131:18, 131:22, 132:4, 132:6, 132:20, 134:1, 134:4, 134:6, 134:9, 134:10, 134:12, 134:19, 135:9, 135:11, 135:21, 136:4, 136:6, 136:14, 136:19, 136:24, 137:4, 137:13, 137:14, 138:11, 138:12, 138:15, 139:4, 139:7, 139:11, 139:16, 139:18, 139:23, 140:2, 140:12, 140:13, 140:18, 141:14, 142:24, 143:4, 143:14, 144:1, 145:25, 146:21, 147:4, 147:10, 148:22, 148:25, 149:5, 149:11, 149:17, 150:15, 150:24, 151:17, 151:23, 152:12, 154:4, 155:14, 156:8, 156:12, 157:1, 157:6, 158:25, 161:19, 162:3, 162:25, 163:10, 163:13, 163:20, 163:23, 164:3, 164:12, 165:4, 165:20, 166:1, 166:25, 167:5, 167:15, 168:16, 169:1, 170:23, 172:18, 175:6, 175:14, 176:17, 176:18, 177:1, 178:3, 182:21, 183:5, 183:6, 183:11, 183:23, 184:1, 186:1, 186:8, 186:16, 186:18, 187:24, 188:8, 188:20, 188:22, 190:1, 190:6, 190:12, 190:16, 191:1, 191:13, 191:14, 191:18, 192:23, 193:3, 193:23, 194:20, 195:8, 196:1, 196:4, 196:8, 196:12, 196:15, 196:20, 196:21, 197:2, 197:3, 197:17, 198:12, 201:7, 201:14, 201:18, 202:22, 202:23, 202:24, 203:23, 204:17, 205:8, 205:18, 206:8, 207:1, 207:22, 208:2, 208:12, 210:8, 210:15, 211:14, 211:24, 212:7, 213:2, 213:22, 213:23, 214:2, 214:3, 214:4, 214:5, 214:10, 214:19, 214:20, 214:21, 215:1, 215:11, 216:10, 216:11, 216:23, 216:24, 217:2, 217:5, 217:8, 217:11, 217:19, 218:1, 218:9, 218:12, 220:18, 221:18, 222:18, 222:23, 222:25, 223:10, 226:7, 226:17, 226:19, 226:20, 226:23, 227:5, 227:18, 228:23, 229:5, 230:2, 230:13, 230:19, 230:20, 231:17, 232:9, 232:24, 233:2, 233:3, 233:9, 233:25, 235:19, 237:21, 237:24, 238:9, 238:14, 239:7, 239:17, 239:19, 239:21, 239:23, 239:25, 240:4, 240:11, 240:13, 240:14, 240:17, 240:20, 241:4, 242:10, 242:12, 242:18, 242:23, 243:13, 244:4, 245:19, 245:21, 246:10, 246:11, 246:15, 246:16, 247:3, 247:17, 247:21, 247:24, 248:11, 249:1, 250:20, 251:9, 251:16, 252:5, 252:23, 253:18, 254:23
**Thomas** [1] - 1:17
**those** [102] - 3:18, 8:21, 8:22, 12:20, 21:8, 22:12, 22:23, 28:6, 29:4, 29:5, 29:8, 37:13, 38:13, 38:18, 38:25, 39:6, 39:15, 41:22, 42:3, 42:16, 46:7, 46:8, 46:9, 46:10, 46:25, 50:15, 50:25, 54:8, 61:13, 62:3, 63:7, 65:24, 74:22, 75:19, 75:20, 81:10, 83:15, 87:6, 90:19, 116:11, 116:17, 117:14, 118:22, 127:1, 128:16, 129:1, 132:17, 132:23, 136:25, 137:23, 141:7, 142:9, 143:19, 143:22, 144:10, 145:15, 146:4, 146:15, 150:22, 150:23, 152:1, 152:5, 152:12, 154:19, 163:2, 168:19, 181:15, 181:22, 183:2, 183:21, 184:8, 184:19, 185:1, 185:15, 186:14, 186:24, 188:5, 190:2, 193:11, 193:12, 193:17, 193:18, 193:21, 193:25, 197:5, 197:18, 198:20, 204:23, 212:4, 216:14, 218:7, 225:1, 225:13, 229:1, 237:15, 241:15, 243:4, 250:9
**though** [15] - 44:19, 60:9, 70:20, 77:15, 79:20, 84:25, 156:24, 160:7, 176:9, 192:18, 211:25, 219:20, 229:14, 233:21, 237:7
**thought** [8] - 37:24, 72:8, 103:15, 105:16, 152:4, 191:2, 196:20, 203:16
**thousands** [2] - 36:19, 186:23
**thousandths** [1] - 128:6
**three** [28] - 7:6, 7:7, 7:11, 7:13, 7:20, 24:25, 30:9, 37:13, 37:14, 41:20, 47:8, 57:20, 64:8, 64:9, 122:9, 123:15, 126:6, 127:13, 132:9, 132:11, 132:23, 136:12, 145:4, 153:16, 159:19, 165:6, 183:7, 185:5
**three-month** [1] - 30:9
**three-quarters** [2] - 122:9, 123:15
**three-week** [1] - 165:6
**through** [66] - 5:20, 15:18, 15:22, 16:16, 17:11, 21:1, 21:13, 22:25, 30:3, 46:19, 49:2,

55:6, 56:6, 59:22, 63:5, 63:22, 67:25, 86:14, 91:14, 95:3, 95:5, 96:13, 103:10, 107:13, 129:12, 130:4, 138:11, 138:18, 143:3, 149:9, 149:13, 150:18, 155:24, 158:10, 168:3, 168:22, 178:10, 178:11, 184:14, 184:15, 184:22, 189:4, 190:16, 196:3, 196:18, 197:5, 197:19, 198:5, 199:20, 200:10, 209:11, 209:13, 212:11, 217:21, 218:1, 218:7, 219:8, 220:8, 222:10, 223:8, 223:14, 236:23, 252:14, 254:1, 255:21

**throughout** [10] - 16:7, 63:8, 65:15, 88:5, 220:11, 221:10, 222:21, 222:23, 223:5, 247:5

**throw** [2] - 49:22, 167:11

**thrust** [6] - 65:13, 82:23, 84:19, 87:19, 233:9, 247:20

**thumb** [1] - 45:17

**Thursday** [1] - 5:21

**tick** [1] - 246:4

**ticker** [4] - 127:6, 156:22, 158:6, 160:7

**tickers** [4] - 128:1, 185:21, 187:22, 239:23

**tie** [2] - 116:11, 116:17

**tied** [2] - 166:7, 248:5

**ties** [1] - 165:15

**till** [6] - 6:3, 6:11, 6:12, 51:11, 133:23, 183:13

**time** [104] - 5:13, 5:21, 6:8, 6:18, 6:20, 13:21, 18:2, 22:12, 27:6, 28:14, 30:9, 30:11, 30:18, 34:7, 34:23, 39:21, 40:18, 42:14, 46:8, 46:11, 46:14, 46:24, 48:1, 48:2, 48:7, 49:5, 57:17, 58:19, 59:11, 70:17, 71:10, 71:11, 71:22, 72:1, 72:2, 72:17, 76:6, 80:15, 81:20, 86:25, 95:12, 99:6, 100:19, 108:10, 116:8, 116:23, 118:20, 118:21, 118:24, 123:5, 124:17, 125:8, 125:24, 128:21, 128:24, 130:10, 131:23, 134:12, 136:14, 136:15, 138:14, 139:18, 148:23, 149:4, 149:6, 151:14, 158:19, 160:8, 161:3, 163:11, 171:20, 173:11, 175:4, 175:5, 177:18, 177:19, 183:11, 185:4, 185:20, 185:22, 186:9, 191:18, 191:19, 191:22, 192:4, 192:10, 192:19, 209:3, 210:16, 210:17, 211:23, 214:20, 216:2, 229:20, 231:23, 234:1, 239:19, 239:23, 242:12, 255:24

**time-sensitive** [1] - 6:8

**timeline** [3] - 59:3, 164:10, 247:4

**times** [20] - 8:4, 20:12, 68:5, 69:13, 69:19, 70:2, 71:7, 71:17, 72:20, 72:23, 109:2, 119:7, 119:12, 123:11, 129:15, 133:17, 135:4, 177:3, 192:12, 193:7

**timestamp** [1] - 130:9

**timing** [2] - 213:5, 213:15

**tiny** [2] - 154:3, 156:12

**Title** [1] - 258:6

**to** [1656] - 3:17, 3:18, 3:25, 4:1, 4:7, 4:9, 4:11, 4:13, 4:17, 4:22, 4:23, 4:24, 5:1, 5:8, 5:12, 5:17, 5:18, 5:22, 5:24, 6:5, 6:14, 6:19, 6:22, 6:23, 7:10, 7:12, 7:17, 7:20, 7:22, 7:23, 8:1, 8:8, 8:12, 8:14, 8:17, 8:18, 8:23, 8:25, 9:1, 9:3, 9:4, 9:5, 9:8, 9:10, 9:11, 9:12, 9:17, 9:20, 9:23, 10:1, 10:8, 10:9, 10:14, 10:19, 10:21, 10:23, 11:9, 11:10, 11:14, 11:16, 11:17, 11:23, 11:25, 12:1, 12:3, 12:5, 12:10, 12:16, 12:22, 12:23, 12:24, 12:25, 13:3, 13:4, 13:7, 13:8, 13:17, 13:18, 13:20, 14:1, 14:6, 14:9, 14:14, 14:17, 14:18, 14:23, 14:24, 15:2, 15:8, 15:11, 15:12, 15:13, 15:15, 15:16, 15:17, 15:19, 15:20, 15:21, 15:22, 15:23, 15:24, 16:4, 16:7, 16:8, 16:9, 16:13, 16:14, 16:16, 16:17, 16:20, 16:21, 16:25, 17:4, 17:7, 17:8, 17:12, 17:19, 17:24, 18:3, 18:13, 18:15, 18:19, 18:23, 18:25, 19:9, 19:10, 19:12, 19:18, 20:1, 20:3, 20:8, 20:15, 20:25, 21:6, 21:14, 21:19, 21:25, 22:4, 22:7, 22:16, 23:2, 23:5, 23:6, 23:7, 23:13, 23:23, 24:5, 24:6, 24:7, 24:10, 24:17, 24:19, 24:20, 25:12, 25:18, 26:1, 26:4, 26:13, 26:20, 26:23, 27:13, 27:16, 27:17, 28:7, 28:14, 28:19, 28:21, 29:14, 29:16, 29:19, 29:20, 29:22, 29:23, 30:3, 30:7, 30:10, 30:11, 30:12, 30:17, 30:22, 30:23, 31:1, 31:14, 31:15, 31:18, 31:19, 32:14, 32:20, 32:22, 32:23, 33:3, 33:5, 33:8, 33:11, 33:13, 33:17, 33:19, 33:22, 33:23, 34:1, 34:6, 34:16, 34:18, 34:19, 34:20, 34:22, 34:24, 35:1, 35:2, 35:3, 35:8, 35:9, 35:16, 35:22, 36:3, 36:6, 36:9, 36:10, 36:13, 36:16, 36:23, 37:1, 37:5, 37:6, 37:21, 38:6, 38:9, 38:11, 38:13, 38:23, 39:4, 39:6, 39:11, 39:16, 39:18,

40:1, 40:19, 40:22, 40:25, 41:9, 41:10, 41:22, 41:25, 42:1, 42:5, 42:9, 42:10, 42:16, 43:1, 43:2, 43:3, 43:6, 43:9, 43:10, 43:11, 43:14, 43:18, 43:22, 44:7, 44:8, 44:23, 44:25, 45:2, 45:5, 45:7, 45:23, 46:10, 46:13, 46:25, 47:1, 47:7, 47:8, 47:16, 47:22, 47:24, 48:6, 48:8, 48:18, 48:22, 48:24, 49:3, 49:10, 49:13, 49:16, 49:24, 50:5, 50:10, 50:12, 50:13, 50:18, 50:24, 51:3, 51:7, 51:8, 51:10, 51:11, 51:17, 51:21, 51:22, 52:4, 52:7, 52:8, 52:9, 52:10, 52:15, 52:17, 52:21, 52:23, 52:24, 52:25, 53:2, 53:3, 53:8, 53:9, 53:11, 53:14, 53:15, 54:7, 54:8, 54:19, 55:4, 55:5, 55:6, 55:10, 55:13, 55:14, 55:17, 55:21, 55:24, 56:5, 56:6, 56:8, 56:11, 56:16, 56:17, 56:25, 58:2, 58:9, 58:10, 58:11, 58:13, 58:17, 58:21, 58:22, 58:25, 59:4, 59:6, 59:21, 59:22, 60:4, 60:11, 60:18, 61:6, 61:23, 61:25, 62:3, 62:5, 62:7, 62:8, 62:19, 63:4, 63:16, 63:18, 63:25, 64:2, 64:3, 64:7, 64:13, 64:17, 64:21, 64:25, 65:1, 65:8, 65:14, 65:23, 66:2, 66:4, 66:5, 66:9, 66:11, 66:14, 66:15, 66:19, 66:23, 67:4, 67:8, 67:9, 67:13, 67:15, 67:18, 67:19, 67:21, 68:1, 68:6, 68:9, 68:11, 68:18, 68:24, 69:2, 69:7, 70:9, 70:11, 70:15, 70:16, 70:22, 70:25, 71:12, 71:16, 71:20, 71:21, 72:1, 72:17, 72:20, 72:23, 73:1, 73:3, 73:6, 73:8, 73:10, 73:13, 73:15, 73:18, 73:19, 74:2, 74:4, 74:6, 74:11, 74:14, 74:21, 75:2, 75:3, 75:5, 75:9, 75:12, 75:17, 75:19, 75:20, 75:21, 75:24, 76:14, 76:21, 77:10, 77:11, 77:18, 77:21, 77:24, 78:9, 78:10, 78:22, 79:8, 79:10, 79:17, 79:18, 79:24, 80:8, 80:16, 80:19, 80:21, 80:24, 80:25, 81:1, 81:4, 81:5, 81:11, 81:15, 81:16, 81:17, 81:18, 81:19, 81:21, 81:23, 81:24, 81:25, 82:2, 82:4, 82:10, 83:4, 83:5, 83:7, 83:13, 83:16, 83:18, 83:20, 84:4, 84:10, 84:13, 84:16, 84:17, 84:20, 84:22, 85:2, 85:7, 85:8, 85:9, 85:13, 85:18, 85:19, 85:24, 86:4, 86:6, 86:7, 86:20, 86:23, 86:24, 87:9, 87:17, 87:24, 87:25, 88:1, 88:2, 88:11, 88:13, 88:18, 88:24,

89:2, 89:5, 89:17, 89:18, 89:19,
89:22, 89:24, 89:25, 90:3, 90:4,
90:8, 90:11, 90:12, 90:16,
90:18, 90:21, 90:23, 91:5,
91:18, 91:19, 91:21, 92:6, 92:8,
92:11, 92:14, 92:15, 92:17,
92:20, 93:3, 93:5, 93:10, 93:12,
93:14, 93:16, 93:17, 93:23,
94:1, 94:4, 94:5, 94:6, 94:10,
94:13, 94:17, 94:19, 94:20,
94:22, 95:1, 95:5, 95:7, 95:9,
95:10, 95:11, 95:12, 95:22,
95:23, 95:25, 96:4, 96:5, 96:7,
96:8, 96:10, 96:11, 96:12,
96:14, 96:19, 97:3, 97:6, 97:12,
97:17, 97:19, 97:20, 98:15,
98:16, 98:19, 99:1, 99:11,
99:13, 100:4, 100:6, 100:7,
100:11, 100:22, 101:2, 101:5,
101:7, 101:13, 101:14, 101:16,
101:22, 102:1, 102:4, 102:5,
102:8, 102:14, 102:20, 102:21,
102:24, 103:8, 103:9, 103:10,
103:16, 103:20, 103:22,
103:25, 104:2, 104:11, 104:12,
104:15, 104:16, 104:17,
104:22, 104:24, 104:25, 105:1,
105:9, 105:17, 105:18, 105:22,
105:23, 105:24, 105:25, 106:1,
106:2, 106:3, 106:4, 106:7,
106:10, 106:15, 106:20,
106:23, 107:3, 107:5, 107:8,
107:11, 107:17, 107:18,
107:19, 107:20, 107:25, 108:4,
108:7, 108:8, 108:9, 108:12,
108:13, 108:15, 108:22, 109:4,
109:11, 109:13, 109:15,
109:19, 109:20, 109:22,
109:25, 110:19, 110:20,
110:22, 111:1, 111:2, 111:5,
111:8, 111:15, 111:16, 111:22,
112:9, 112:14, 112:21, 113:6,
113:19, 113:20, 113:24, 114:6,
114:18, 114:19, 114:22, 115:1,
115:10, 115:11, 115:12,
115:13, 115:14, 115:16,
115:18, 115:23, 116:5, 116:8,
116:11, 116:12, 116:16,
116:17, 116:18, 116:19,
116:21, 116:23, 117:1, 117:3,
117:5, 117:6, 117:8, 117:14,
118:1, 118:2, 118:11, 118:13,
118:15, 118:18, 119:3, 119:5,
119:6, 119:16, 119:18, 119:20,
120:10, 120:12, 120:13,
120:18, 120:20, 120:21,
120:23, 120:24, 121:10,
121:11, 121:25, 122:6, 122:9,
122:11, 122:13, 122:15,
122:16, 122:18, 122:23, 123:3,
123:4, 123:9, 123:17, 124:1,

125:1, 125:4, 125:14, 125:23,
126:3, 126:9, 126:12, 126:20,
127:9, 127:14, 128:8, 128:15,
129:1, 129:2, 129:3, 129:6,
129:8, 129:11, 129:24, 130:3,
131:1, 131:2, 131:3, 131:5,
131:6, 131:9, 131:15, 131:16,
131:17, 131:20, 131:23, 132:4,
132:5, 132:10, 132:11, 132:17,
132:21, 132:24, 133:3, 133:4,
133:7, 133:8, 133:12, 133:16,
133:18, 133:20, 133:21, 134:4,
134:8, 134:18, 134:19, 134:20,
134:21, 134:23, 135:2, 135:4,
135:5, 135:6, 135:9, 135:12,
135:25, 136:1, 136:6, 136:7,
136:8, 136:18, 136:20, 136:24,
137:1, 137:9, 137:12, 137:14,
137:17, 137:24, 138:7, 138:9,
138:10, 138:12, 138:16,
138:18, 139:3, 139:6, 139:9,
139:11, 139:12, 139:16,
139:23, 140:3, 140:5, 140:17,
140:19, 141:1, 141:9, 141:10,
141:12, 141:13, 141:21, 142:2,
142:3, 142:11, 142:12, 143:1,
143:3, 143:4, 143:13, 143:17,
143:18, 143:19, 143:21, 144:2,
144:3, 144:5, 144:6, 144:11,
144:21, 144:22, 144:23, 145:3,
145:13, 146:7, 146:19, 146:22,
147:7, 147:8, 147:14, 147:21,
147:22, 147:23, 147:24, 148:2,
148:5, 148:7, 148:11, 148:17,
148:21, 148:24, 149:3, 149:8,
149:22, 149:25, 150:3, 150:10,
150:11, 150:12, 150:14,
150:21, 150:23, 150:25, 151:4,
151:14, 151:22, 152:19, 153:6,
154:20, 154:23, 155:14,
155:22, 156:24, 157:16, 158:5,
158:6, 158:15, 158:21, 159:21,
159:23, 160:9, 160:13, 160:18,
160:20, 160:23, 161:3, 161:9,
161:14, 161:15, 161:19, 162:3,
162:14, 163:5, 163:7, 163:9,
163:19, 163:20, 163:21,
163:25, 164:8, 164:9, 164:10,
164:11, 164:24, 165:4, 165:15,
165:16, 165:17, 165:21,
165:23, 166:3, 166:6, 166:7,
166:13, 166:16, 166:23,
166:24, 167:6, 167:7, 167:9,
167:11, 167:13, 167:17,
167:19, 167:21, 168:1, 168:8,
168:9, 168:21, 168:25, 169:2,
169:5, 169:7, 169:10, 169:12,
169:16, 169:17, 169:21, 170:2,
170:4, 170:5, 170:9, 170:11,
170:17, 170:24, 171:2, 171:4,
171:5, 171:6, 171:8, 171:10,

171:11, 171:15, 171:22, 172:3,
172:10, 172:11, 172:12,
172:13, 172:14, 172:15,
172:19, 172:21, 172:23,
172:25, 173:4, 173:5, 173:7,
173:10, 173:11, 173:15,
173:16, 173:20, 173:22, 174:4,
174:9, 174:10, 174:11, 174:14,
174:16, 174:18, 174:19,
174:20, 174:25, 175:1, 175:2,
175:5, 175:8, 175:9, 175:11,
175:22, 176:5, 176:10, 176:13,
176:14, 176:16, 176:20,
176:22, 176:24, 177:3, 177:11,
177:19, 177:24, 178:3, 178:13,
178:21, 178:25, 179:2, 179:6,
179:7, 179:14, 179:15, 179:17,
179:18, 180:1, 180:6, 180:8,
180:9, 180:12, 180:18, 180:19,
180:21, 180:22, 180:23,
180:25, 181:1, 181:3, 181:6,
181:8, 181:13, 181:19, 181:21,
181:22, 181:24, 182:1, 182:3,
182:13, 182:15, 182:22, 183:2,
183:10, 183:11, 183:13,
183:19, 183:20, 183:23,
183:25, 184:3, 184:17, 185:7,
186:7, 186:10, 186:12, 186:13,
186:15, 186:25, 187:4, 187:5,
187:7, 187:8, 187:11, 187:15,
187:18, 187:19, 187:20, 188:5,
188:7, 188:11, 188:15, 188:17,
188:18, 188:19, 188:25, 189:4,
189:5, 189:9, 189:13, 189:16,
189:21, 189:25, 190:15,
190:16, 190:18, 190:19,
190:20, 190:21, 190:22, 191:6,
191:7, 191:9, 191:11, 191:16,
191:25, 192:9, 192:10, 192:12,
192:13, 192:15, 192:19,
192:21, 192:23, 192:24, 193:4,
193:5, 193:9, 193:11, 193:13,
193:16, 193:21, 193:24, 194:2,
194:6, 194:7, 194:8, 195:2,
195:3, 195:7, 195:9, 195:11,
195:15, 195:22, 196:2, 196:6,
196:11, 196:14, 196:17,
196:21, 196:23, 197:4, 197:9,
197:14, 197:17, 198:7, 198:10,
198:17, 199:1, 199:4, 199:7,
199:23, 200:2, 200:3, 200:7,
201:6, 201:9, 201:10, 201:15,
201:20, 201:23, 202:3, 202:11,
202:17, 203:1, 203:5, 203:23,
204:5, 204:10, 204:13, 204:16,
204:19, 204:20, 205:5, 205:15,
205:17, 206:17, 206:25, 207:2,
207:5, 207:7, 207:14, 207:16,
207:18, 207:21, 207:24, 208:1,
208:2, 208:5, 208:15, 208:18,
208:19, 208:24, 209:2, 209:7,

209:8, 209:15, 209:18, 209:21, 209:22, 210:3, 210:8, 210:15, 210:20, 211:3, 211:4, 211:7, 211:15, 211:17, 212:1, 212:2, 212:4, 212:8, 212:16, 212:19, 212:20, 212:25, 213:21, 213:22, 214:1, 214:2, 214:5, 215:1, 215:7, 215:10, 215:11, 215:21, 216:1, 216:15, 216:16, 216:22, 217:6, 217:7, 217:8, 218:4, 218:5, 218:6, 218:12, 218:19, 219:1, 219:2, 219:6, 219:9, 219:12, 219:13, 219:25, 220:2, 220:3, 220:9, 220:17, 220:20, 220:24, 221:2, 221:3, 221:6, 221:14, 221:16, 222:11, 222:19, 222:23, 223:8, 223:13, 224:2, 224:15, 224:18, 224:21, 225:4, 225:9, 225:23, 225:25, 226:6, 226:7, 226:17, 226:21, 226:25, 227:7, 227:14, 227:18, 227:24, 227:25, 228:9, 228:12, 228:20, 228:21, 229:1, 229:4, 229:6, 229:9, 229:12, 229:14, 229:15, 229:16, 229:17, 229:18, 229:20, 229:22, 229:25, 230:1, 230:5, 230:20, 230:24, 231:2, 231:3, 231:8, 231:9, 231:17, 231:18, 231:23, 231:25, 232:7, 232:8, 232:23, 233:1, 233:4, 233:7, 233:10, 233:14, 233:15, 233:20, 233:25, 234:2, 234:4, 234:13, 234:21, 235:1, 235:2, 235:13, 235:14, 235:16, 236:5, 236:16, 236:22, 237:1, 237:7, 237:9, 237:10, 237:23, 238:1, 238:4, 238:7, 238:10, 238:13, 238:15, 238:17, 238:20, 238:22, 238:24, 239:1, 239:5, 239:6, 239:11, 239:12, 239:18, 239:23, 239:24, 240:1, 240:2, 240:8, 240:14, 240:16, 240:17, 240:20, 240:23, 240:24, 241:4, 241:7, 241:8, 241:9, 241:10, 241:12, 241:17, 241:19, 241:20, 242:6, 242:10, 242:11, 242:13, 242:18, 242:19, 243:8, 243:9, 243:12, 243:14, 243:16, 243:17, 243:18, 243:22, 244:2, 244:9, 244:13, 244:17, 244:19, 244:20, 245:5, 245:13, 245:14, 245:18, 246:1, 246:10, 246:11, 246:22, 246:23, 247:2, 247:3, 247:7, 247:11, 247:21, 247:25, 248:5, 248:7, 248:9, 248:19, 248:20, 248:21, 248:25, 249:10, 249:12, 249:13, 249:20, 250:1, 250:11, 250:12, 250:13, 250:14, 250:15, 250:16, 250:17, 250:20, 250:22, 251:6, 251:8, 251:14, 252:1, 252:4, 252:15, 252:21, 254:3, 254:5, 254:8, 254:10, 254:16, 254:23, 254:25, 255:22, 256:1, 256:3, 256:4, 256:6, 256:7, 256:12, 256:14, 256:16, 256:17, 256:18, 256:20, 256:22, 258:6

**to..** [2] - 182:8, 188:25

**today** [16] - 9:20, 37:21, 48:14, 50:9, 108:8, 117:20, 196:5, 199:5, 200:25, 201:12, 218:10, 220:14, 225:22, 226:5, 246:20, 256:7

**together** [18] - 21:8, 44:24, 45:4, 88:10, 118:16, 148:22, 189:23, 190:2, 190:6, 209:16, 213:23, 213:24, 216:20, 245:6, 245:7, 245:16, 252:17, 254:2

**told** [11] - 5:5, 10:15, 19:19, 72:3, 82:2, 127:9, 161:14, 200:5, 209:15, 234:16, 237:12

**Tommy** [7] - 25:13, 33:20, 35:14, 72:13, 72:19, 200:20, 205:19

**tomorrow** [8] - 3:16, 5:2, 183:13, 255:13, 256:7, 256:13, 256:25, 257:4

**ton** [1] - 13:13

**too** [15] - 4:15, 7:1, 7:5, 60:15, 67:3, 103:23, 104:11, 105:19, 113:6, 141:19, 169:5, 171:20, 191:3, 227:3

**took** [15] - 8:12, 59:7, 74:9, 114:1, 126:11, 131:15, 134:13, 138:17, 160:25, 161:3, 166:2, 196:20, 203:9, 203:10, 203:25

**tooth** [1] - 26:5

**top** [13] - 24:25, 29:16, 40:17, 40:20, 42:24, 46:21, 123:9, 123:17, 149:9, 150:7, 151:4, 160:5, 181:9

**topic** [5] - 174:3, 220:22, 221:10, 222:20, 227:6

**topics** [2] - 220:14, 231:24

**Torch** [1] - 127:7

**Torchlight** [1] - 126:22

**total** [8] - 96:2, 116:8, 116:14, 116:23, 127:25, 128:5, 156:17, 184:22

**totally** [4] - 24:23, 64:7, 216:8, 236:3

**touch** [1] - 170:4

**touched** [2] - 201:4, 222:21

**tough** [2] - 133:11, 181:6

**tout** [1] - 242:6

**towards** [1] - 186:16

**toyed** [1] - 191:12

**tracking** [3] - 100:13, 229:14, 233:8

**tracks** [2] - 100:1, 100:23

**trade** [19] - 14:18, 68:14, 72:12, 98:16, 127:14, 138:19, 140:15, 165:6, 165:10, 166:1, 166:3, 190:25, 203:11, 212:1, 214:23, 215:10, 236:23, 238:14

**traded** [7] - 94:10, 125:12, 128:3, 198:2, 203:12, 207:23, 239:7

**trader** [12] - 61:24, 71:23, 80:12, 123:5, 157:8, 158:4, 202:6, 214:23, 225:12, 232:21, 240:18, 244:5

**traders** [10] - 36:11, 56:21, 68:12, 106:19, 122:1, 145:25, 201:24, 202:4, 202:7, 242:5

**Trades** [1] - 113:24

**trades** [14] - 29:5, 29:6, 35:1, 57:17, 67:8, 67:14, 70:7, 82:25, 164:25, 234:15, 234:16, 234:22, 236:9

**trading** [83] - 10:14, 12:8, 13:8, 20:25, 28:1, 42:7, 67:11, 70:5, 72:19, 77:23, 78:1, 80:13, 88:10, 88:14, 88:15, 91:12, 91:24, 115:8, 119:24, 122:1, 122:13, 123:1, 124:11, 125:6, 128:23, 140:7, 145:24, 147:13, 147:15, 147:17, 147:19, 147:20, 148:25, 150:1, 170:6, 203:11, 213:24, 221:12, 221:13, 221:17, 221:19, 221:21, 221:22, 221:25, 222:1, 222:7, 222:11, 223:1, 225:10, 226:2, 231:24, 232:2, 232:9, 232:12, 232:14, 232:24, 233:11, 233:12, 234:6, 234:10, 234:18, 234:21, 234:25, 235:3, 235:6, 236:3, 236:6, 240:7, 241:15, 242:3, 242:4, 243:1, 244:1, 244:7, 244:18, 245:6, 245:16, 246:5, 249:9, 253:17

**Trading** [4] - 21:1, 21:4, 57:1, 57:2

**traditional** [3] - 28:23, 88:4, 237:19

**traditionally** [3] - 88:7, 88:21, 167:1

**training** [1] - 201:21

**trains** [1] - 100:1

**transaction** [3] - 11:12, 233:2

**transactions** [11] - 22:10, 22:13, 22:19, 22:20, 22:24, 111:22, 126:6, 126:7, 134:6, 136:4

**transcends** [1] - 77:8

**TRANSCRIPT** [1] - 1:11

**transcript** [7] - 2:6, 57:4, 57:5, 60:9, 61:15, 255:21, 258:8

**transcripts** [2] - 64:4, 168:3

**translated** [1] - 62:23
**TRCH** [2] - 226:11, 226:12
**trial** [52] - 9:16, 10:4, 11:20, 16:5, 19:16, 29:21, 31:20, 35:10, 45:4, 66:12, 67:15, 69:7, 84:9, 89:21, 90:5, 91:5, 92:6, 93:14, 96:9, 108:18, 109:16, 113:8, 114:15, 116:14, 116:24, 125:23, 128:21, 128:23, 129:15, 141:11, 145:11, 145:14, 147:4, 148:12, 165:7, 168:3, 170:16, 182:13, 183:23, 186:18, 187:21, 189:16, 192:2, 192:3, 192:23, 193:21, 195:11, 196:23, 201:7, 204:15, 249:16
**trials** [2] - 167:17, 186:19
**trickle** [1] - 185:14
**tricks** [1] - 140:15
**tried** [2] - 44:23, 165:6
**tries** [2] - 11:10, 179:17
**trifecta** [1] - 247:10
**trillion** [1] - 158:22
**trot** [2] - 198:7, 231:18
**trouble** [1] - 128:9
**true** [16] - 27:2, 27:3, 31:16, 58:4, 58:18, 60:18, 94:2, 111:24, 154:20, 159:16, 162:25, 194:20, 195:1, 213:25, 258:8
**truth** [5] - 55:20, 62:8, 143:16, 173:4, 174:4
**truthful** [1] - 103:14
**truthfully** [2] - 61:21, 115:21
**try** [13] - 29:19, 30:7, 45:7, 68:6, 70:16, 90:23, 116:16, 132:11, 179:15, 192:13, 195:2, 240:24, 254:23
**trying** [40] - 24:7, 35:22, 36:6, 43:18, 58:2, 62:3, 63:4, 65:23, 67:8, 74:4, 74:6, 75:9, 75:12, 78:22, 81:24, 83:5, 93:3, 103:20, 103:22, 104:17, 106:22, 108:12, 108:13, 111:15, 116:5, 142:2, 146:7, 182:1, 191:9, 193:16, 219:25, 221:3, 221:14, 222:19, 234:13, 237:1, 241:19, 244:2, 247:20
**tucked** [1] - 169:15
**turn** [7] - 7:11, 68:16, 114:19, 135:12, 231:8, 250:11, 250:16
**turned** [4] - 7:3, 40:1, 40:7, 166:3
**turns** [1] - 137:2
**tweet** [23] - 28:18, 49:1, 53:20, 70:21, 102:5, 102:10, 119:25, 137:15, 149:25, 150:14, 151:7, 157:7, 157:11, 158:21, 203:5, 207:21, 229:23, 230:6, 246:8, 246:9, 246:12, 246:16, 247:6
**tweeted** [10] - 58:5, 59:9, 61:21, 106:15, 106:21, 139:13, 160:17, 175:16, 176:9, 193:7
**tweeting** [9] - 27:1, 58:7, 58:19, 102:15, 109:14, 140:4, 140:11, 179:25, 244:6
**tweets** [38] - 21:1, 32:17, 49:4, 58:9, 62:24, 69:23, 101:22, 104:3, 105:6, 109:5, 109:19, 109:21, 119:4, 119:12, 139:25, 140:1, 147:14, 150:9, 154:11, 154:17, 154:18, 154:19, 157:17, 160:18, 162:19, 175:8, 176:2, 180:6, 185:11, 208:8, 216:17, 230:1, 239:1, 239:2, 241:3
**twitter** [1] - 48:12
**Twitter** [36] - 21:2, 21:4, 48:13, 48:16, 48:20, 48:24, 48:25, 49:9, 49:11, 60:22, 60:23, 76:6, 80:11, 80:22, 96:13, 97:13, 109:13, 113:23, 115:10, 123:10, 124:16, 151:10, 151:12, 151:20, 156:18, 156:20, 157:25, 158:2, 158:3, 160:14, 160:15, 198:16, 203:7, 213:3, 243:1
**Two** [2] - 53:22, 64:6
**two** [62] - 7:5, 7:7, 7:10, 7:13, 7:20, 21:8, 30:8, 30:20, 47:11, 47:13, 56:9, 58:6, 61:2, 70:13, 91:4, 98:24, 100:1, 106:25, 111:8, 113:11, 118:23, 119:13, 120:1, 125:23, 130:22, 134:11, 134:13, 136:12, 136:19, 137:18, 138:1, 141:10, 141:14, 142:1, 146:8, 150:23, 152:12, 154:18, 155:19, 156:16, 161:14, 168:19, 177:1, 182:22, 190:1, 192:12, 196:8, 197:4, 197:6, 197:24, 201:12, 205:25, 206:4, 214:23, 217:20, 225:13, 243:21, 252:18, 253:4, 253:8, 255:23
**two-month** [1] - 30:8
**type** [23] - 11:12, 43:1, 56:18, 57:21, 58:2, 58:10, 58:22, 60:19, 63:4, 69:14, 76:3, 77:18, 88:7, 90:1, 114:13, 130:21, 131:11, 157:25, 167:15, 222:22, 223:2, 226:2, 244:17
**types** [6] - 65:24, 76:10, 130:22, 171:1, 220:17
**typically** [1] - 167:16

## U

**U.S** [2] - 104:4, 104:5
**U.S.C** [3] - 188:9, 188:20, 188:21
**ultimate** [3] - 222:15, 232:1, 232:10
**ultimately** [6] - 12:13, 37:21, 134:7, 203:18, 210:25, 240:22
**Ultra** [4] - 60:6, 60:15, 62:17, 62:19
**ultra** [1] - 60:7
**unalleged** [1] - 195:10
**unaware** [1] - 88:21
**uncharged** [2] - 86:13, 93:3
**unclear** [1] - 209:8
**unconscious** [1] - 49:8
**undeniable** [1] - 80:18
**under** [65] - 10:9, 10:11, 11:13, 11:14, 12:9, 13:23, 32:3, 32:4, 32:7, 32:21, 37:13, 38:10, 39:22, 41:11, 44:4, 48:24, 55:24, 67:23, 70:13, 77:12, 78:4, 78:7, 79:1, 89:6, 95:15, 103:2, 106:7, 107:19, 120:5, 125:19, 127:10, 134:14, 137:12, 137:15, 138:24, 141:6, 141:8, 142:15, 142:22, 160:16, 161:21, 167:11, 168:8, 169:6, 169:24, 171:12, 173:2, 173:7, 173:12, 183:21, 186:12, 188:8, 188:9, 188:22, 190:10, 221:15, 222:16, 223:3, 248:17, 248:18, 249:14, 250:3, 255:21
**underlying** [2] - 191:7, 223:11
**undermine** [1] - 104:16
**underneath** [2] - 155:21, 215:13
**understand** [23] - 13:11, 59:18, 70:23, 95:21, 102:19, 103:18, 109:15, 128:16, 129:6, 129:7, 129:10, 140:5, 148:10, 161:7, 161:9, 169:23, 199:6, 206:17, 225:11, 231:1, 235:9, 246:1, 246:18
**understanding** [6] - 113:17, 134:2, 154:8, 160:22, 170:25, 171:6
**understood** [8] - 80:6, 162:9, 208:21, 229:11, 236:19, 238:12, 241:10, 241:11
**undesignated** [2] - 201:20, 206:19
**undisclosed** [4] - 195:4, 199:22, 199:23, 202:14
**undue** [2] - 41:14, 143:5
**unduly** [3] - 51:22, 63:16, 182:6
**unequivocally** [1] - 35:15
**unfair** [1] - 182:5
**unfairly** [1] - 63:16
**unfolds** [1] - 133:13
**unfortunately** [3] - 56:7, 59:6, 219:24
**unidentified** [1] - 195:10
**unindicted** [2] - 189:8, 206:5
**unique** [4] - 130:7, 187:19, 238:9, 238:11

**UNITED** [2] - 1:1, 1:4
**United** [8] - 2:2, 14:5, 23:11, 77:5, 89:1, 89:18, 101:20, 258:7
**universe** [1] - 75:4
**unknown** [5] - 86:17, 113:23, 135:24, 138:4
**unlawful** [4] - 179:5, 179:8, 180:7, 188:12
**unless** [13] - 6:7, 6:14, 13:6, 64:10, 81:16, 102:21, 109:18, 169:9, 206:2, 208:13, 227:13, 229:8, 235:6
**unnecessarily** [1] - 183:24
**unnecessary** [2] - 44:4, 185:25
**unpack** [1] - 90:21
**unrelated** [2] - 64:7, 97:12
**unreliable** [5] - 142:1, 168:9, 253:10, 253:13, 253:24
**untethered** [1] - 227:2
**until** [11] - 40:4, 73:17, 85:19, 174:2, 229:8, 236:18, 237:8, 238:7, 239:11, 247:5, 249:10
**unusual** [3] - 145:7, 251:20
**up** [159] - 3:19, 3:21, 4:12, 4:16, 4:18, 4:19, 6:11, 6:19, 8:2, 8:8, 15:6, 17:21, 22:1, 27:25, 28:10, 29:1, 29:14, 30:6, 31:14, 36:8, 36:13, 36:23, 44:16, 45:17, 54:8, 55:5, 59:7, 62:7, 64:18, 66:12, 66:21, 68:5, 69:11, 73:22, 74:3, 75:2, 79:19, 79:20, 80:16, 81:9, 81:16, 81:18, 81:20, 84:5, 86:6, 90:10, 90:13, 93:6, 93:17, 93:20, 94:10, 95:3, 96:12, 97:3, 97:10, 97:19, 98:10, 98:15, 98:20, 99:17, 99:24, 102:1, 102:2, 102:7, 102:10, 102:11, 102:23, 104:1, 104:6, 104:18, 105:24, 106:13, 106:16, 106:17, 106:20, 109:16, 109:18, 113:1, 113:15, 113:19, 114:19, 116:6, 117:13, 118:2, 119:10, 119:22, 120:1, 120:12, 120:19, 121:7, 121:15, 122:9, 125:23, 129:11, 131:1, 131:2, 131:4, 131:17, 133:8, 134:9, 135:12, 135:19, 145:13, 148:14, 148:19, 150:5, 152:11, 152:15, 157:25, 163:2, 171:7, 172:24, 176:17, 179:23, 187:20, 189:21, 194:19, 196:9, 197:5, 197:9, 197:14, 200:7, 208:11, 212:9, 212:11, 213:4, 213:9, 213:17, 213:21, 214:7, 214:25, 215:12, 216:24, 219:13, 219:25, 221:10, 221:18, 221:19, 222:14, 225:13, 226:1, 226:23, 226:25, 228:4, 233:14, 239:7, 244:8,
244:14, 244:16, 246:21, 247:4, 247:13, 254:24, 257:4
**up-to-date** [1] - 54:8
**update** [1] - 32:22
**upon** [5] - 76:19, 108:14, 146:22, 147:13, 207:1
**upset** [1] - 232:5
**upstairs** [1] - 5:3
**urge** [2] - 190:20, 194:10
**urged** [1] - 102:5
**us** [23] - 3:13, 8:13, 8:15, 52:15, 55:4, 87:25, 97:21, 107:5, 117:5, 117:6, 128:18, 136:3, 145:3, 147:5, 152:22, 161:14, 179:11, 184:6, 189:10, 193:24, 241:20, 247:2
**use** [22] - 25:3, 30:17, 43:5, 43:11, 43:14, 55:22, 67:4, 78:5, 108:4, 108:7, 108:14, 108:20, 114:8, 167:21, 175:24, 180:5, 180:8, 180:23, 185:6, 191:9, 233:5, 242:6
**used** [11] - 20:7, 20:24, 21:5, 22:8, 47:22, 72:16, 72:17, 171:7, 175:10, 180:12, 209:15
**usefulness** [1] - 55:21
**uses** [5] - 60:21, 62:17, 62:22, 80:16, 177:11
**using** [19] - 13:8, 15:12, 19:11, 21:14, 44:16, 81:5, 94:22, 99:14, 128:4, 143:16, 147:25, 159:18, 166:25, 178:17, 179:19, 180:2, 183:18, 233:10
**usual** [1] - 217:17
**usually** [3] - 8:6, 179:24, 185:8

## V

**v** [2] - 23:10, 23:11
**vacuum** [1] - 92:14
**vague** [2] - 109:8, 109:25
**vagueness** [1] - 110:3
**valid** [1] - 254:15
**valuable** [1] - 26:23
**value** [5] - 41:15, 127:18, 127:25, 177:8, 212:2
**variant** [1] - 110:17
**variation** [2] - 170:23, 185:15
**various** [12] - 37:23, 38:2, 41:17, 42:22, 44:13, 56:10, 56:14, 112:24, 151:22, 224:24, 242:25, 254:1
**vast** [1] - 210:18
**Vegas** [1] - 42:22
**vein** [1] - 207:14
**veracity** [1] - 79:17
**verdict** [2] - 42:2, 43:6
**verdicts** [1] - 146:24
**versus** [7] - 77:5, 106:22,
127:16, 157:16, 173:2, 237:20, 256:10
**very** [34] - 10:8, 12:4, 13:5, 13:22, 39:5, 39:13, 47:24, 56:3, 57:2, 59:24, 63:8, 74:15, 80:15, 91:19, 111:13, 122:12, 122:25, 138:13, 146:14, 157:23, 167:14, 179:12, 182:25, 185:16, 191:23, 220:6, 245:12, 246:14, 251:16, 251:23, 253:9, 253:16
**via** [1] - 209:24
**victim** [27] - 10:22, 11:15, 11:24, 12:6, 12:11, 13:7, 14:12, 27:12, 27:14, 28:24, 29:7, 31:12, 53:10, 70:8, 70:24, 72:6, 178:14, 178:16, 180:11, 180:16, 180:20, 180:25, 208:24, 222:22, 229:18, 236:21, 238:18
**victim's** [3] - 12:17, 223:4, 237:3
**victim-witness** [1] - 31:12
**victimized** [1] - 12:18
**victims** [24] - 10:12, 10:18, 12:18, 13:18, 14:15, 15:21, 16:15, 26:14, 27:18, 27:25, 31:10, 73:16, 74:5, 74:9, 91:8, 91:11, 180:13, 180:14, 180:15, 180:21, 237:11, 237:12
**victims'** [1] - 70:14
**video** [5] - 54:22, 56:10, 57:9, 59:17, 62:16
**view** [3] - 117:12, 145:2, 244:11
**viewer** [1] - 41:22
**views** [2] - 246:15
**vigorously** [1] - 52:4
**violate** [3] - 111:8, 188:17, 231:20
**violates** [2] - 143:12, 145:4
**violating** [1] - 50:11
**violation** [4] - 188:2, 188:14, 250:18
**violations** [1] - 188:1
**virtually** [2] - 59:2, 59:9
**virtue** [1] - 34:25
**visited** [3] - 48:3, 48:4
**visual** [1] - 155:19
**vitae** [1] - 224:1
**voce** [1] - 40:24
**voices** [1] - 57:9
**voir** [1] - 4:21
**volatility** [2] - 57:23, 59:11
**volume** [15] - 22:14, 40:13, 91:25, 92:10, 106:16, 106:17, 106:19, 169:19, 185:8, 185:10, 187:12, 187:14, 239:19, 250:14, 251:20
**voluminous** [1] - 129:13
**Vorley** [1] - 145:17

**vs** [1] - 1:6

## W

**wait** [13] - 27:21, 47:4, 51:4, 97:3, 159:13, 160:25, 163:12
**waiting** [2] - 120:10, 178:14
**waived** [1] - 107:6
**waiver** [1] - 9:18
**walk** [6] - 30:3, 107:13, 129:12, 189:4, 220:8, 223:13
**walked** [7] - 10:17, 13:15, 29:10, 252:14, 253:25, 255:21
**walking** [1] - 31:13
**walks** [1] - 21:13
**wall** [1] - 228:15
**Wall** [1] - 170:13
**wander** [1] - 194:8
**wandered** [1] - 213:12
**want** [86] - 3:13, 4:5, 4:9, 4:17, 4:23, 6:22, 8:2, 8:25, 9:3, 9:5, 9:8, 12:22, 17:24, 21:19, 30:7, 30:12, 33:3, 34:18, 34:20, 36:9, 39:18, 40:25, 44:8, 55:4, 63:25, 66:19, 67:13, 81:1, 81:4, 84:22, 86:6, 96:10, 111:8, 112:14, 115:1, 116:16, 117:1, 117:3, 117:5, 117:6, 120:23, 132:21, 134:19, 134:20, 141:21, 146:19, 147:5, 147:7, 147:8, 148:2, 152:19, 155:14, 164:11, 165:23, 167:6, 172:4, 174:14, 187:11, 188:25, 196:2, 196:14, 205:18, 206:17, 207:2, 207:7, 208:1, 212:16, 212:25, 220:9, 229:22, 231:25, 232:6, 232:7, 232:8, 233:4, 233:25, 234:2, 236:22, 241:7, 244:2, 245:18, 247:3, 251:8, 252:15, 256:13, 256:18
**wanted** [13] - 10:14, 25:12, 44:21, 47:16, 53:23, 74:2, 75:3, 75:16, 106:20, 117:8, 118:1, 157:16, 164:7
**wants** [17] - 8:1, 65:8, 87:25, 95:25, 102:8, 114:22, 131:3, 131:9, 132:17, 170:1, 182:8, 230:24, 239:11, 239:12, 247:2, 247:21, 248:9
**warfare** [1] - 43:2
**warm** [1] - 78:25
**warning** [1] - 82:3
**warnings** [3] - 80:20, 81:3, 105:17
**warrant** [1] - 38:17
**warrants** [4] - 91:18, 92:1, 94:7, 95:11
**was** [207] - 3:12, 5:10, 9:2, 9:6, 12:4, 12:10, 14:9, 15:8, 15:14, 16:14, 16:24, 19:21, 20:20, 22:14, 22:25, 24:23, 24:24, 24:25, 25:5, 25:7, 25:13, 26:18, 27:9, 28:16, 34:21, 36:24, 36:25, 37:9, 37:11, 37:12, 39:21, 46:22, 47:16, 47:21, 48:2, 49:11, 50:2, 50:6, 50:11, 50:13, 51:10, 52:3, 53:6, 53:23, 56:25, 57:13, 57:16, 57:18, 57:20, 57:23, 58:4, 58:9, 58:11, 58:19, 59:6, 59:8, 59:9, 59:10, 59:15, 61:19, 71:13, 72:16, 74:10, 74:12, 75:5, 80:11, 80:24, 81:23, 88:14, 88:15, 90:7, 92:6, 94:9, 96:18, 96:19, 96:25, 97:13, 97:16, 97:21, 102:11, 103:14, 103:15, 103:19, 103:20, 104:3, 109:4, 109:14, 111:2, 116:19, 117:13, 118:7, 121:24, 121:25, 122:20, 125:18, 130:6, 130:10, 130:18, 131:8, 131:15, 132:4, 132:5, 137:19, 139:14, 140:3, 148:5, 148:11, 148:22, 148:25, 151:24, 155:18, 157:6, 161:15, 163:25, 164:4, 164:14, 165:2, 165:9, 165:11, 165:12, 166:4, 171:15, 173:20, 174:1, 175:10, 175:11, 176:10, 178:14, 183:12, 186:17, 188:14, 189:11, 190:6, 190:7, 191:13, 193:9, 195:23, 196:23, 197:12, 201:18, 203:10, 203:15, 208:10, 209:3, 209:7, 209:20, 209:22, 213:11, 214:8, 214:19, 214:24, 215:11, 215:21, 215:22, 215:23, 215:24, 216:3, 216:8, 217:18, 218:21, 219:11, 219:13, 219:22, 219:23, 221:13, 223:9, 223:11, 223:20, 224:1, 224:15, 226:11, 226:15, 226:19, 226:22, 227:1, 230:13, 230:19, 232:2, 232:14, 233:2, 234:3, 235:12, 236:3, 236:17, 238:16, 238:20, 239:1, 240:7, 241:15, 242:21, 244:4, 246:12, 246:25, 249:22, 249:24, 250:10, 252:7, 252:12
**wash** [4] - 29:5, 88:10, 88:14, 91:24
**wasn't** [13] - 58:12, 61:19, 61:20, 81:24, 97:21, 102:10, 104:3, 108:24, 183:3, 224:2, 224:21, 232:14, 233:3
**waste** [3] - 6:17, 6:20, 231:23
**wasting** [3] - 99:5, 186:9, 234:1
**watched** [2] - 28:10
**watching** [2] - 70:5, 203:16
**water's** [1] - 78:25
**way** [48] - 8:24, 15:13, 16:19, 23:23, 26:6, 32:14, 34:19, 36:9, 54:4, 64:23, 73:11, 81:16, 82:7, 85:21, 99:10, 99:17, 100:11, 104:18, 118:25, 128:11, 131:4, 140:3, 143:5, 162:1, 162:3, 162:15, 165:24, 167:11, 168:12, 169:5, 173:25, 190:21, 191:3, 201:10, 208:13, 210:8, 211:7, 211:20, 214:9, 215:22, 221:1, 221:20, 225:16, 229:15, 235:1, 237:23, 239:7, 241:16
**Wayback** [2] - 46:21, 49:2
**ways** [8] - 7:8, 56:5, 64:24, 120:15, 144:12, 202:19, 204:17, 230:10
**we** [410] - 3:9, 4:16, 5:1, 5:6, 5:18, 6:6, 9:17, 11:5, 11:8, 12:17, 13:12, 13:20, 14:7, 15:6, 16:5, 16:14, 16:16, 16:20, 16:21, 20:14, 20:22, 22:4, 23:14, 23:21, 23:25, 24:2, 24:4, 24:9, 24:12, 24:13, 25:14, 25:24, 26:5, 26:6, 26:20, 28:23, 29:8, 29:19, 29:24, 30:13, 32:15, 32:16, 32:25, 34:3, 34:4, 35:12, 37:8, 37:19, 37:24, 38:9, 38:12, 39:4, 39:8, 39:13, 40:7, 40:13, 40:22, 42:3, 42:6, 44:11, 45:4, 46:3, 46:10, 46:13, 46:24, 46:25, 47:9, 49:3, 50:21, 50:24, 51:2, 51:7, 51:12, 52:25, 55:3, 55:4, 56:16, 57:2, 57:8, 58:1, 58:14, 59:3, 59:5, 59:7, 62:7, 63:20, 64:2, 64:9, 64:22, 66:19, 67:8, 67:12, 67:14, 68:3, 68:12, 68:14, 74:21, 75:20, 76:1, 76:9, 81:2, 81:25, 83:1, 83:24, 84:5, 84:9, 84:10, 84:12, 85:6, 86:14, 86:16, 86:22, 87:16, 88:1, 88:2, 88:13, 90:7, 90:9, 90:13, 90:18, 91:3, 91:6, 91:7, 91:15, 92:17, 93:8, 93:10, 94:7, 95:1, 96:15, 97:4, 97:7, 97:14, 99:11, 99:13, 99:20, 100:7, 100:8, 100:14, 103:4, 105:22, 106:14, 106:24, 107:8, 108:2, 108:3, 108:5, 108:10, 108:23, 108:25, 110:10, 111:8, 111:18, 112:1, 113:1, 113:9, 114:4, 114:14, 115:3, 115:13, 115:20, 115:21, 115:23, 115:24, 116:25, 117:1, 118:10, 119:7, 120:13, 120:16, 120:19, 121:4, 121:5, 121:6, 121:11, 121:15, 122:5, 122:11, 122:21, 122:23, 123:18, 124:1, 124:9, 125:24, 126:19, 127:6, 128:15, 128:16, 128:21, 129:7, 129:9, 129:18, 129:19, 129:22, 129:24, 130:3, 130:4, 132:23, 132:24, 133:15, 133:16, 133:18, 133:19, 133:20,

133:21, 133:22, 134:25,
135:12, 136:8, 136:18, 136:24,
137:12, 138:10, 138:18, 139:9,
141:9, 141:11, 141:23, 143:3,
143:5, 143:10, 143:21, 143:23,
144:2, 145:12, 145:13, 145:15,
145:17, 147:2, 147:4, 148:19,
149:16, 150:22, 151:14,
155:16, 157:17, 158:12,
158:15, 158:21, 158:23,
159:17, 160:11, 160:17,
161:16, 162:24, 163:16,
163:20, 164:5, 164:17, 164:21,
165:7, 166:12, 167:7, 167:14,
167:19, 167:22, 167:23,
167:25, 168:3, 168:7, 169:1,
169:4, 169:13, 169:22, 171:20,
172:9, 172:17, 173:21, 176:21,
178:13, 178:15, 181:18,
182:12, 182:14, 184:18,
184:20, 186:1, 186:6, 186:18,
187:1, 187:8, 188:9, 189:4,
189:5, 189:9, 189:16, 189:17,
191:3, 192:2, 192:19, 192:22,
192:23, 193:10, 194:4, 194:9,
194:10, 195:8, 195:14, 195:22,
196:3, 196:14, 196:15, 196:16,
196:17, 196:24, 197:5, 197:6,
197:18, 197:21, 198:4, 199:20,
200:6, 200:12, 200:25, 201:4,
201:6, 202:2, 204:2, 204:8,
204:18, 205:10, 205:11,
205:18, 206:17, 206:20,
207:14, 208:2, 209:21, 210:1,
210:3, 210:7, 210:19, 211:9,
212:4, 213:13, 214:3, 216:23,
216:24, 217:4, 217:20, 218:3,
219:12, 219:13, 219:19, 220:5,
220:8, 220:11, 220:13, 222:9,
222:18, 223:13, 223:17, 224:3,
224:5, 224:7, 224:9, 226:8,
227:4, 228:12, 230:18, 231:5,
231:8, 231:11, 231:24, 234:5,
236:12, 236:21, 237:13,
237:22, 239:11, 240:18,
243:13, 244:21, 244:24,
245:18, 246:20, 247:13,
247:16, 249:19, 249:20,
250:12, 250:19, 250:21,
250:24, 251:6, 251:12, 252:1,
252:14, 252:23, 253:19,
253:25, 255:6, 255:7, 255:8,
255:14, 255:21, 256:14
**We** [1] - 62:19
**we'd** [4] - 55:9, 163:17, 205:13,
211:9
**we'll** [42] - 4:19, 5:5, 5:7, 14:24,
19:16, 37:17, 76:13, 80:12,
87:25, 96:6, 96:7, 96:8, 99:6,
99:21, 107:3, 109:18, 112:19,
112:23, 116:6, 118:18, 119:12,

129:12, 134:25, 136:2, 137:23,
137:24, 138:10, 138:11, 139:2,
139:6, 139:16, 181:14, 191:8,
196:8, 197:5, 224:17, 226:4,
233:23, 238:24, 254:8, 255:8,
255:14
**we're** [144] - 4:13, 5:4, 5:18, 6:3,
6:4, 6:11, 7:19, 9:23, 12:15,
16:16, 22:17, 23:20, 25:8,
31:13, 31:14, 32:15, 32:18,
32:24, 33:1, 34:11, 35:16, 37:2,
37:21, 48:22, 50:9, 51:11,
52:10, 52:16, 52:24, 53:8,
53:12, 53:23, 59:1, 64:1, 64:17,
67:4, 68:12, 69:6, 74:21, 76:4,
78:21, 81:5, 83:13, 83:20, 84:4,
84:16, 86:20, 86:25, 87:3, 87:4,
87:9, 87:24, 93:12, 93:17, 95:5,
95:6, 96:4, 96:11, 98:21, 99:5,
99:9, 99:16, 100:12, 102:20,
103:9, 106:25, 113:11, 113:22,
114:5, 114:6, 117:15, 117:21,
119:5, 120:7, 121:8, 122:9,
122:22, 129:11, 132:15,
132:16, 134:13, 135:19,
137:10, 144:1, 152:13, 153:10,
153:20, 157:15, 158:15, 160:3,
160:7, 166:24, 171:17, 173:12,
173:24, 174:11, 181:8, 182:10,
182:13, 186:19, 187:8, 193:16,
194:6, 198:6, 198:14, 201:14,
203:23, 206:22, 207:2, 207:23,
208:1, 208:15, 209:7, 209:8,
209:21, 213:23, 216:15,
216:19, 218:1, 225:22, 226:17,
229:4, 229:17, 229:25, 230:23,
231:18, 234:1, 238:23, 240:19,
241:18, 242:2, 244:13, 244:21,
245:10, 251:13, 252:1, 252:4,
252:5, 256:7, 256:13
**we've** [42] - 3:10, 13:13, 13:14,
16:15, 27:25, 38:3, 39:1, 42:25,
43:13, 43:23, 55:15, 62:11,
67:11, 67:13, 68:13, 69:6, 76:2,
88:4, 93:12, 129:14, 147:6,
162:20, 167:2, 178:6, 178:10,
178:11, 183:20, 195:21,
200:25, 202:1, 204:4, 204:22,
219:21, 220:14, 222:21, 230:3,
230:5, 239:22, 246:4, 251:15
**wealth** [3] - 42:4, 43:9, 52:20
**wealthy** [1] - 52:22
**website** [3] - 46:24, 81:19,
174:25
**Wednesday** [2] - 3:16, 5:2
**week** [9] - 3:16, 4:25, 5:2, 7:3,
7:5, 7:15, 85:21, 165:6
**weeks** [6] - 71:13, 119:2,
125:23, 141:11, 185:4, 240:12
**weigh** [11] - 6:16, 6:22, 21:19,

26:9, 33:3, 39:19, 41:9, 44:7,
89:15, 117:4, 188:25
**weighed** [1] - 41:8
**weight** [1] - 171:5
**welcome** [1] - 41:8
**well** [124] - 3:13, 9:7, 9:19, 11:4,
11:11, 11:21, 13:12, 15:11,
18:6, 18:22, 19:3, 19:13, 19:15,
20:23, 28:15, 30:5, 34:8, 34:21,
38:18, 39:10, 39:11, 40:7,
46:15, 48:21, 49:15, 51:9,
51:19, 54:7, 64:9, 68:8, 70:3,
70:22, 72:3, 73:9, 73:17, 74:22,
76:7, 79:18, 81:13, 84:10,
88:22, 91:6, 92:13, 92:20,
92:24, 93:4, 93:19, 97:6, 98:6,
99:2, 99:16, 99:23, 103:7,
103:19, 103:24, 104:16,
104:20, 105:5, 106:18, 107:10,
109:17, 114:6, 115:1, 124:22,
126:2, 128:2, 129:18, 144:9,
148:9, 151:23, 152:4, 156:11,
161:7, 162:7, 163:24, 164:9,
164:23, 165:3, 173:25, 183:12,
189:25, 191:23, 194:12,
194:20, 197:18, 197:23, 205:9,
205:15, 205:19, 207:4, 208:4,
208:11, 214:16, 215:5, 218:21,
218:22, 219:14, 222:1, 223:6,
224:25, 225:16, 228:11,
228:16, 228:22, 230:2, 230:11,
230:13, 232:12, 232:19,
233:20, 235:4, 235:21, 236:2,
236:15, 236:25, 237:6, 237:16,
238:6, 238:9, 239:25, 253:21,
254:16, 254:17, 255:10
**went** [17] - 27:25, 29:13, 54:8,
86:14, 94:9, 98:20, 98:21,
99:24, 103:12, 106:16, 106:17,
138:18, 160:5, 167:2, 168:3,
246:21, 253:22
**were** [121] - 8:22, 10:13, 10:15,
11:10, 13:16, 15:14, 15:16,
16:8, 16:15, 18:12, 18:13, 20:9,
22:5, 22:6, 22:24, 24:22, 25:17,
27:16, 27:17, 29:16, 36:2,
36:23, 36:24, 37:23, 37:24,
39:15, 40:19, 45:3, 46:8, 49:3,
49:4, 52:5, 52:13, 53:2, 55:4,
57:8, 57:25, 67:2, 69:23, 69:25,
70:20, 71:20, 74:25, 75:9,
75:10, 75:13, 78:12, 82:18,
89:17, 90:9, 91:6, 91:7, 93:11,
94:21, 96:1, 98:16, 98:22,
100:8, 100:14, 101:1, 102:14,
102:15, 103:11, 104:17,
105:25, 106:10, 109:1, 110:25,
113:1, 118:16, 128:4, 131:23,
138:16, 145:16, 146:4, 146:11,
146:15, 152:5, 155:16, 158:21,

162:2, 165:10, 166:2, 172:14, 190:1, 190:5, 193:12, 195:24, 206:16, 208:7, 209:10, 210:2, 210:3, 210:16, 214:3, 219:12, 223:10, 226:8, 227:8, 227:12, 230:12, 231:11, 231:25, 232:13, 237:12, 237:22, 249:14, 250:5, 250:19, 250:24, 254:2, 254:4, 254:24, 254:25, 255:2
**weren't** [8] - 10:15, 25:1, 67:19, 97:4, 196:24, 198:1, 241:2, 241:23
**Westwater** [1] - 227:20
**Whac** [1] - 156:8
**Whac-A-Mole** [1] - 156:8
**what** [329] - 3:8, 4:22, 11:15, 12:24, 15:9, 17:4, 17:18, 17:19, 19:18, 20:14, 23:19, 24:2, 25:8, 25:10, 26:10, 27:9, 28:23, 29:8, 30:3, 30:8, 31:5, 32:3, 32:14, 32:15, 32:24, 32:25, 35:4, 35:21, 36:8, 36:9, 37:2, 37:21, 40:9, 40:11, 40:13, 43:10, 44:14, 44:18, 44:23, 46:16, 47:21, 48:7, 49:7, 49:25, 50:12, 50:22, 52:5, 52:25, 53:8, 55:1, 56:15, 58:1, 58:16, 59:8, 59:15, 61:3, 61:7, 61:18, 61:20, 62:8, 62:19, 63:2, 63:11, 65:6, 67:8, 67:12, 68:17, 68:19, 69:4, 69:13, 70:1, 70:14, 70:16, 71:3, 71:7, 71:17, 71:22, 72:15, 73:8, 74:4, 74:5, 74:12, 76:18, 78:5, 79:16, 80:20, 81:5, 81:22, 83:5, 83:13, 87:3, 87:4, 87:22, 90:24, 92:8, 92:25, 93:20, 94:20, 95:4, 95:7, 95:12, 95:14, 95:16, 95:19, 95:20, 95:21, 95:22, 96:7, 96:24, 97:15, 97:16, 98:14, 99:2, 100:21, 101:1, 102:10, 103:1, 103:3, 103:11, 103:14, 103:24, 104:1, 104:25, 105:11, 105:24, 106:2, 108:5, 108:12, 108:22, 110:1, 110:10, 113:25, 115:18, 116:1, 117:1, 117:8, 117:21, 119:7, 120:4, 121:1, 122:5, 122:19, 125:1, 126:10, 126:14, 127:9, 129:3, 129:7, 129:10, 129:21, 131:13, 132:8, 132:24, 134:10, 134:12, 135:8, 136:11, 136:18, 136:20, 136:24, 137:12, 138:22, 138:24, 139:2, 139:7, 139:11, 139:17, 140:5, 140:17, 140:24, 142:6, 144:19, 145:13, 146:6, 146:21, 147:1, 147:5, 147:16, 148:13, 148:16, 149:12, 149:21, 149:24, 150:8, 150:17, 150:22, 152:13, 152:19, 152:24, 154:7, 154:8, 154:9, 154:17, 155:12, 157:6, 157:15, 158:17, 158:20, 159:22, 159:23, 161:1, 161:12, 162:1, 162:16, 164:23, 164:24, 168:8, 169:2, 169:8, 170:17, 171:4, 173:13, 174:1, 176:7, 176:13, 177:16, 178:25, 181:17, 182:1, 182:25, 183:1, 186:16, 188:6, 189:1, 190:22, 191:19, 193:16, 194:18, 197:12, 197:20, 198:10, 198:11, 198:12, 198:15, 200:4, 200:5, 200:21, 200:24, 201:14, 201:22, 202:6, 202:7, 202:10, 203:16, 203:18, 203:23, 204:5, 205:9, 206:2, 207:18, 208:18, 213:10, 214:1, 214:13, 215:5, 215:9, 215:17, 216:8, 216:10, 218:19, 219:9, 220:24, 221:13, 221:21, 221:24, 225:8, 225:14, 225:17, 225:18, 225:23, 226:8, 226:17, 227:1, 227:7, 227:12, 229:3, 229:6, 229:8, 229:9, 229:17, 231:21, 232:9, 232:13, 232:17, 233:6, 233:19, 234:12, 234:16, 236:6, 236:8, 236:11, 237:9, 237:11, 238:2, 238:23, 239:17, 241:1, 242:12, 243:4, 243:5, 244:5, 244:23, 245:4, 246:7, 246:18, 246:24, 247:20, 248:12, 248:17, 249:2, 249:4, 249:9, 249:16, 250:10, 252:6, 253:8, 253:25, 254:22, 256:13
**what's** [20] - 20:5, 23:3, 30:23, 91:18, 131:25, 133:10, 139:22, 162:20, 183:2, 205:2, 206:17, 211:24, 218:3, 224:4, 231:13, 243:10, 247:1, 252:8, 252:10, 256:10
**whatever** [11] - 4:5, 92:19, 165:17, 178:12, 184:15, 200:23, 205:21, 208:8, 229:7, 241:3, 252:12
**whatnot** [1] - 227:22
**whatsoever** [1] - 39:4
**when** [86] - 7:11, 8:19, 21:25, 26:23, 26:24, 30:2, 35:6, 36:24, 41:16, 42:15, 49:2, 51:23, 59:2, 59:3, 59:8, 64:1, 64:2, 64:17, 68:16, 71:11, 72:1, 72:2, 73:22, 75:20, 77:13, 78:14, 80:15, 80:18, 80:22, 81:2, 82:4, 84:5, 84:10, 85:16, 87:25, 91:6, 94:5, 97:15, 98:21, 108:2, 111:18, 113:1, 115:10, 117:20, 120:13, 120:19, 130:2, 132:15, 133:18, 133:19, 144:16, 146:25, 147:24, 157:24, 158:9, 165:10, 165:25, 168:14, 176:2, 176:9, 177:21, 179:23, 179:25, 185:12, 187:11, 188:14, 192:21, 196:3, 196:20, 197:5, 197:18, 198:4, 198:11, 198:23, 207:20, 213:19, 213:24, 215:2, 215:3, 215:11, 215:20, 233:12, 252:13, 252:15, 253:22, 255:2
**where** [60] - 4:13, 5:4, 18:15, 21:13, 24:11, 25:2, 29:24, 38:3, 43:15, 48:23, 49:16, 53:15, 56:10, 56:20, 59:1, 68:6, 86:22, 90:5, 113:23, 116:25, 122:18, 123:7, 123:18, 124:8, 124:11, 126:7, 127:13, 130:25, 138:10, 147:12, 149:20, 151:2, 152:6, 152:21, 152:22, 154:21, 160:16, 165:7, 169:16, 169:17, 176:18, 186:8, 186:24, 189:18, 189:25, 191:14, 198:13, 205:23, 215:11, 218:1, 226:21, 228:7, 236:23, 247:4, 247:19, 252:2, 252:18, 253:17, 256:6
**whereas** [1] - 114:12
**whether** [44] - 17:25, 18:1, 19:20, 20:22, 42:22, 45:1, 50:10, 50:13, 57:21, 66:6, 80:24, 83:16, 98:14, 98:20, 99:24, 102:2, 113:1, 115:3, 115:11, 116:12, 130:11, 161:20, 164:21, 187:2, 199:24, 211:24, 214:8, 216:7, 216:8, 226:3, 227:15, 228:17, 229:21, 229:23, 230:6, 234:6, 235:16, 238:2, 244:22, 248:21, 250:17, 251:13, 251:19, 251:25
**which** [125] - 3:15, 8:12, 15:9, 15:23, 17:24, 20:14, 21:12, 24:10, 24:19, 30:25, 35:3, 36:3, 36:10, 37:20, 37:22, 38:13, 39:6, 39:15, 41:18, 42:5, 43:10, 43:17, 45:21, 46:5, 47:16, 48:22, 49:22, 50:12, 52:10, 55:20, 56:11, 56:22, 56:23, 57:5, 59:23, 60:18, 61:24, 65:5, 66:3, 69:22, 69:24, 72:6, 72:18, 74:15, 77:8, 83:18, 86:5, 88:19, 88:20, 88:24, 91:25, 99:3, 99:11, 104:13, 104:23, 106:9, 107:3, 108:15, 110:5, 111:6, 111:7, 112:1, 112:21, 113:12, 118:5, 125:7, 129:13, 129:16, 130:19, 130:23, 132:19, 133:24, 138:7, 138:9, 138:20, 141:12, 143:1, 144:14, 146:9, 146:10, 146:11, 147:1, 147:5, 148:14, 154:24, 160:14, 162:2, 168:13, 169:22, 170:20, 171:23, 177:23, 184:8, 188:9, 188:18, 190:8, 191:13, 194:5, 194:8, 194:9, 194:19, 194:25, 195:21, 197:14, 199:2, 199:25,

201:12, 209:19, 211:18, 214:24, 216:11, 218:6, 219:1, 219:8, 220:3, 222:21, 223:20, 228:3, 231:1, 238:1, 244:1, 247:22, 250:2, 255:21
**while** [8] - 96:18, 129:13, 160:3, 191:24, 240:7, 240:14, 242:23, 244:12
**whip** [1] - 107:23
**white** [7] - 154:18, 154:19, 157:6, 157:16, 157:17, 158:11, 158:21
**who** [97] - 8:1, 8:9, 8:17, 9:21, 14:1, 14:15, 17:17, 17:22, 22:11, 22:23, 25:19, 25:21, 25:22, 26:7, 28:9, 28:24, 31:8, 31:14, 33:6, 33:18, 33:19, 33:21, 33:24, 35:9, 35:14, 35:23, 38:23, 39:12, 39:17, 45:22, 47:19, 54:14, 57:18, 60:3, 60:6, 62:1, 62:3, 63:7, 65:8, 72:22, 76:21, 86:22, 86:23, 87:21, 88:8, 88:16, 90:9, 91:1, 91:22, 92:1, 92:6, 93:14, 94:10, 94:12, 94:18, 95:10, 100:20, 106:8, 114:22, 120:1, 128:4, 131:9, 132:4, 132:16, 133:3, 133:6, 134:8, 134:23, 137:4, 140:12, 145:11, 145:25, 146:10, 147:18, 147:20, 148:25, 167:25, 170:1, 182:8, 194:18, 201:17, 203:15, 204:3, 214:22, 216:16, 217:7, 224:2, 229:25, 240:21, 247:25, 248:9, 249:3, 249:9, 249:10, 250:5, 250:19, 252:12
**who's** [3] - 7:22, 45:13, 78:1
**whoever** [3] - 164:11, 209:3, 256:21
**whole** [8] - 36:4, 45:21, 125:21, 133:20, 133:22, 235:4, 244:7, 247:20
**wholesale** [2] - 137:18, 140:19
**wholly** [2] - 12:8, 12:10
**whom** [2] - 45:6, 56:2
**whose** [4] - 7:24, 89:22, 143:22, 166:24
**why** [59] - 12:22, 27:23, 28:22, 34:14, 34:16, 48:15, 48:19, 48:20, 55:11, 59:24, 76:14, 78:6, 84:17, 95:6, 99:25, 100:8, 102:19, 105:16, 106:19, 106:24, 119:3, 119:24, 120:3, 120:4, 120:6, 121:24, 128:9, 128:19, 136:6, 136:7, 141:6, 158:15, 160:22, 183:25, 186:5, 189:1, 189:7, 189:22, 194:9, 194:10, 208:9, 214:19, 220:20, 231:17, 232:5, 232:6, 234:1, 234:5, 240:25, 242:1, 242:16, 244:21, 244:24, 246:10, 246:11, 248:1, 253:21
**widget** [1] - 97:24
**will** [94] - 3:18, 4:3, 4:8, 5:11, 5:12, 5:17, 6:2, 6:9, 6:20, 7:9, 7:14, 7:15, 7:16, 8:8, 16:5, 21:22, 23:22, 24:2, 24:9, 24:15, 24:18, 35:9, 35:11, 35:12, 38:18, 39:10, 39:12, 39:17, 42:6, 49:10, 52:16, 63:11, 64:2, 75:22, 80:11, 87:12, 87:22, 89:20, 91:24, 91:25, 92:2, 92:3, 93:24, 96:3, 97:5, 99:2, 99:20, 113:8, 115:20, 115:21, 115:23, 115:24, 119:14, 119:25, 121:5, 123:25, 125:2, 125:9, 125:15, 129:17, 130:10, 130:16, 132:17, 132:21, 138:6, 138:8, 141:7, 143:10, 144:18, 145:1, 147:4, 159:9, 160:6, 162:2, 165:21, 166:9, 169:23, 170:3, 171:17, 171:18, 177:8, 177:22, 186:10, 187:25, 204:2, 212:16, 215:6, 224:14, 240:21, 248:25, 251:6, 255:13, 256:24
**WILLIAMS** [20] - 9:11, 41:6, 54:10, 54:15, 111:4, 111:12, 183:5, 183:15, 187:10, 199:17, 200:11, 200:19, 201:9, 202:15, 202:20, 204:12, 205:3, 205:6, 205:17, 206:7
**Williams** [14] - 1:20, 5:9, 5:10, 5:16, 6:7, 6:13, 7:15, 8:13, 9:1, 9:7, 41:4, 44:15, 44:25, 199:17
**williams'** [1] - 208:10
**Williams's** [1] - 230:4
**willing** [7] - 94:1, 128:15, 131:6, 133:12, 141:13, 212:19, 212:20
**Willy** [3] - 60:10, 60:14, 60:25
**win** [1] - 68:12
**wind** [1] - 134:8
**window** [7] - 51:19, 118:17, 118:20, 118:21, 149:1, 149:4, 149:5
**winner** [1] - 72:25
**wins** [1] - 18:4
**wire** [1] - 70:13
**wishes** [1] - 85:3
**wishful** [1] - 257:5
**with** [203] - 5:5, 6:16, 7:3, 8:9, 8:15, 8:22, 13:13, 15:5, 15:6, 15:18, 15:19, 15:24, 16:8, 16:9, 17:8, 20:4, 22:3, 22:9, 22:17, 23:14, 24:21, 25:15, 25:18, 26:2, 26:11, 27:2, 28:20, 29:1, 29:12, 29:18, 31:24, 33:21, 35:2, 35:15, 36:9, 36:12, 41:1, 41:20, 42:16, 42:17, 42:21, 43:25, 44:15, 44:24, 45:8, 45:14, 45:16, 47:10, 47:13, 48:18, 49:7, 49:13, 50:21, 53:14, 53:15, 53:25, 61:3, 61:19, 62:4, 64:18, 68:10, 68:20, 69:4, 70:10, 75:16, 82:16, 82:24, 89:13, 90:24, 91:12, 92:9, 93:6, 94:15, 95:7, 95:9, 95:10, 95:11, 95:12, 98:19, 99:8, 100:19, 100:23, 104:1, 107:3, 107:24, 108:11, 109:18, 110:7, 110:9, 111:9, 112:24, 116:25, 117:10, 117:15, 118:18, 120:22, 121:8, 125:11, 128:1, 128:2, 132:1, 133:4, 134:15, 137:15, 137:22, 141:1, 142:7, 144:1, 147:4, 147:18, 148:23, 149:22, 150:6, 150:12, 150:20, 156:25, 157:3, 157:5, 159:14, 161:19, 162:17, 162:22, 163:7, 164:12, 166:6, 166:23, 168:24, 169:2, 169:23, 172:4, 173:18, 173:22, 173:23, 174:5, 174:6, 175:20, 177:20, 180:4, 182:21, 183:16, 184:3, 184:19, 185:7, 186:5, 186:20, 187:21, 188:18, 189:11, 189:13, 189:18, 189:20, 191:12, 194:21, 195:4, 196:25, 198:14, 198:24, 200:9, 200:12, 200:13, 202:1, 203:12, 203:13, 204:25, 206:23, 207:3, 210:9, 213:22, 214:20, 219:13, 222:14, 223:18, 225:19, 230:8, 231:22, 231:23, 232:19, 233:8, 234:13, 234:22, 235:5, 235:10, 237:11, 238:3, 239:10, 240:11, 243:2, 243:11, 243:17, 243:22, 244:10, 244:18, 246:22, 247:18, 248:11, 248:19, 251:12, 254:3, 254:5, 256:9, 256:15
**withdraw** [1] - 254:8
**within** [5] - 49:17, 83:15, 178:1, 214:9, 215:16
**without** [13] - 65:7, 104:11, 116:23, 129:15, 134:1, 143:19, 179:5, 179:15, 191:19, 204:15, 218:7, 238:17, 254:13
**witness** [40] - 6:4, 6:5, 6:6, 7:2, 7:21, 31:12, 39:17, 83:21, 87:21, 89:2, 89:5, 89:19, 92:15, 92:23, 106:6, 142:3, 143:18, 143:20, 145:10, 145:15, 155:25, 159:20, 160:17, 161:7, 161:15, 167:16, 194:18, 194:22, 201:19, 206:2, 232:16, 233:18, 234:20, 244:13, 249:2, 252:3, 253:25, 255:7
**witness's** [5] - 39:21, 39:24, 40:4, 108:4, 108:8
**witnesses** [27] - 7:6, 7:10, 7:12,

8:12, 8:14, 8:15, 19:18, 31:14, 35:11, 53:10, 69:3, 79:10, 90:12, 95:25, 101:12, 107:18, 108:5, 109:11, 120:1, 143:13, 146:15, 204:3, 205:12, 205:16, 208:25, 217:21, 242:13

**woefully** [1] - 242:22

**wolf** [1] - 170:13

**won't** [5] - 10:3, 23:23, 73:21, 103:19, 130:14

**word** [12] - 15:4, 15:5, 25:3, 60:21, 62:22, 152:17, 175:24, 180:25, 233:10, 235:22

**words** [12] - 14:9, 14:14, 44:16, 100:25, 114:3, 125:17, 129:8, 168:23, 194:1, 194:7, 203:6, 203:15

**work** [12] - 5:18, 6:2, 91:15, 94:5, 116:10, 117:17, 125:17, 125:22, 179:6, 189:10, 199:20, 204:17

**worked** [2] - 12:1, 38:3

**working** [6] - 5:5, 38:21, 88:9, 129:20, 152:9, 225:22

**works** [5] - 17:16, 84:23, 102:3, 102:22, 240:20

**world** [1] - 52:5

**worried** [6] - 20:22, 67:2, 86:10, 197:21, 234:5, 235:15

**worst** [1] - 7:25

**worth** [2] - 137:11, 206:10

**would** [118] - 6:17, 6:25, 7:4, 9:17, 12:2, 22:7, 24:1, 27:17, 29:17, 34:24, 36:1, 38:25, 46:10, 46:25, 50:8, 50:24, 51:15, 54:11, 55:6, 65:5, 66:19, 69:2, 69:11, 69:19, 69:20, 70:2, 71:6, 71:8, 71:12, 71:17, 71:18, 73:15, 76:19, 77:18, 78:17, 80:10, 80:11, 84:15, 84:17, 86:18, 86:24, 89:17, 90:8, 90:13, 90:18, 94:19, 96:14, 100:7, 104:8, 119:7, 119:19, 120:3, 120:4, 120:6, 123:3, 127:3, 128:15, 128:19, 130:4, 130:23, 130:24, 132:24, 133:24, 135:18, 135:21, 148:4, 148:11, 155:18, 158:16, 158:24, 160:11, 160:20, 163:20, 165:14, 172:4, 172:9, 172:15, 172:17, 173:10, 173:12, 173:13, 173:21, 175:14, 176:21, 178:15, 182:5, 183:3, 184:5, 186:15, 193:7, 193:10, 194:10, 195:8, 195:14, 196:16, 198:9, 202:11, 204:7, 205:9, 209:1, 216:10, 220:15, 222:24, 223:15, 225:19, 226:1, 226:12, 230:8, 231:5, 237:13, 242:16, 242:17, 244:14, 250:15, 257:5

**wouldn't** [12] - 8:13, 17:17, 17:22, 28:17, 76:14, 78:6, 78:12, 103:8, 157:17, 163:16, 235:22, 253:21

**wrapping** [1] - 257:4

**wrong** [20] - 25:23, 26:3, 26:7, 48:12, 48:16, 48:20, 52:10, 52:17, 57:8, 59:1, 92:12, 103:2, 103:3, 132:1, 175:20, 177:4, 197:10, 245:3, 245:24, 247:6

**wrongdoing** [1] - 115:25

**wrongful** [1] - 188:12

**wrote** [2] - 3:12, 53:22

## X

**X** [6] - 79:11, 92:21, 98:21, 222:12, 222:13, 228:9

## Y

**Y** [6] - 79:11, 92:21, 98:22, 106:9, 222:12, 222:13

**y'all** [5] - 5:14, 30:8, 152:5, 164:9, 236:10

**y'all's** [2] - 6:18, 103:1

**yeah** [26] - 17:18, 20:20, 25:4, 79:3, 79:10, 79:13, 80:1, 92:17, 96:3, 99:19, 100:7, 116:4, 120:17, 124:14, 135:21, 145:20, 151:11, 155:6, 174:13, 196:19, 219:24, 236:8, 238:11, 242:14, 255:19, 256:1

**year** [4] - 125:6, 198:17, 253:4, 253:22

**years** [6] - 38:22, 49:18, 72:23, 171:1, 177:13, 253:4

**yellow** [16] - 139:4, 142:8, 150:22, 150:25, 151:24, 152:2, 152:7, 153:3, 153:10, 153:17, 154:5, 154:19, 155:19, 157:10, 158:11

**yes** [33] - 37:12, 41:6, 44:10, 51:6, 51:14, 64:20, 73:12, 91:9, 112:6, 115:5, 126:8, 141:22, 151:6, 151:19, 154:6, 163:6, 172:1, 178:15, 182:18, 194:15, 196:10, 197:16, 198:18, 198:21, 199:3, 199:10, 211:13, 213:8, 213:15, 220:1, 227:17, 228:5, 243:24

**Yes** [2] - 192:5, 218:24

**yesterday** [1] - 253:18

**yet** [7] - 10:25, 116:22, 133:21, 158:13, 191:21, 192:20, 251:13

**York** [2] - 22:6, 131:21

**you** [598] - 3:6, 3:8, 3:13, 3:19, 3:21, 4:3, 4:5, 4:17, 4:23, 4:24, 5:17, 5:23, 6:22, 7:6, 7:10, 7:22, 7:25, 8:3, 8:4, 8:5, 9:7, 9:23, 10:2, 11:8, 11:21, 11:25, 12:10, 12:15, 12:22, 12:24, 13:3, 13:6, 13:9, 13:23, 14:6, 15:7, 15:17, 16:3, 16:4, 16:15, 17:4, 17:25, 18:2, 18:10, 18:11, 18:12, 19:6, 19:7, 19:13, 19:18, 20:21, 20:23, 21:11, 21:22, 21:25, 23:16, 23:17, 23:23, 24:13, 24:18, 25:19, 26:2, 26:14, 27:7, 27:22, 28:11, 28:19, 29:6, 29:18, 30:2, 31:24, 32:1, 33:11, 34:10, 34:14, 34:16, 35:18, 37:14, 37:15, 37:17, 38:5, 39:18, 41:4, 41:16, 43:8, 43:13, 43:14, 45:12, 45:18, 48:11, 48:19, 49:24, 50:5, 51:4, 51:15, 52:14, 52:15, 54:3, 54:11, 55:4, 55:5, 55:11, 56:3, 57:4, 58:5, 58:22, 59:24, 60:12, 60:14, 61:16, 63:2, 63:20, 63:21, 63:22, 63:24, 64:2, 64:4, 64:5, 64:6, 64:19, 65:12, 66:13, 66:15, 66:20, 67:24, 68:1, 68:2, 68:6, 68:12, 68:13, 68:15, 68:17, 68:21, 69:4, 69:21, 69:23, 69:24, 70:3, 70:4, 70:5, 70:15, 70:19, 70:20, 70:22, 70:25, 71:3, 71:23, 72:3, 72:4, 72:11, 73:16, 73:18, 73:23, 76:19, 77:21, 78:4, 78:11, 78:12, 78:25, 79:5, 79:9, 79:10, 80:6, 80:11, 81:4, 81:17, 81:25, 82:2, 82:3, 82:11, 82:21, 83:1, 83:9, 83:10, 83:25, 84:22, 84:24, 85:1, 85:3, 85:12, 85:13, 85:18, 85:21, 86:1, 86:6, 87:2, 87:7, 88:24, 89:9, 89:16, 89:17, 91:12, 91:17, 91:18, 92:4, 92:20, 92:21, 93:9, 93:23, 94:11, 95:2, 96:6, 96:7, 96:18, 96:21, 97:5, 97:7, 97:9, 99:19, 99:23, 99:25, 100:3, 100:20, 101:4, 101:6, 101:20, 102:4, 102:8, 102:21, 103:8, 103:12, 103:25, 104:19, 105:11, 105:18, 106:24, 107:5, 107:7, 107:13, 107:15, 107:16, 107:22, 107:23, 109:3, 110:21, 110:24, 111:12, 112:8, 112:13, 112:14, 113:9, 113:18, 113:19, 114:24, 115:1, 115:22, 115:24, 117:3, 117:5, 117:6, 117:19, 118:12, 119:9, 120:16, 120:23, 121:3, 121:4, 121:11, 121:13, 121:22, 122:15, 123:3, 123:6, 123:7, 123:17, 124:6, 124:8, 124:9, 124:10, 124:16, 125:4, 125:9, 125:14, 125:15, 126:3, 126:4, 127:3, 127:17, 129:3,

129:12, 130:2, 130:3, 130:10, 130:14, 130:17, 130:21, 130:23, 130:25, 131:11, 132:3, 133:18, 134:10, 134:19, 134:20, 134:21, 134:24, 135:2, 135:3, 135:4, 135:6, 135:8, 135:10, 135:11, 135:25, 136:1, 136:4, 136:6, 136:22, 138:6, 138:7, 138:8, 138:10, 138:24, 139:3, 140:14, 141:12, 141:21, 141:22, 142:25, 143:1, 144:12, 144:14, 144:22, 144:24, 147:20, 148:2, 148:5, 148:7, 148:17, 148:20, 149:8, 149:14, 150:2, 150:3, 150:13, 150:15, 150:17, 151:3, 151:8, 151:12, 151:13, 152:10, 153:6, 153:14, 153:15, 153:18, 153:25, 158:16, 158:19, 159:6, 159:12, 159:16, 159:25, 160:2, 160:20, 161:1, 161:6, 161:7, 162:8, 162:18, 163:3, 163:4, 164:2, 164:3, 164:6, 164:11, 164:12, 164:15, 165:12, 165:14, 165:17, 165:20, 166:2, 166:4, 166:5, 167:6, 168:5, 168:25, 169:5, 169:9, 169:15, 169:17, 170:14, 171:20, 172:3, 172:4, 172:7, 173:17, 174:1, 174:2, 174:3, 174:14, 174:24, 175:23, 178:4, 181:2, 184:6, 184:11, 185:12, 186:17, 186:24, 187:2, 187:3, 187:11, 187:12, 187:13, 187:23, 188:3, 189:12, 189:25, 190:17, 190:20, 190:22, 191:2, 191:5, 192:3, 192:6, 192:9, 192:13, 192:20, 192:23, 194:17, 194:19, 194:21, 194:23, 196:2, 196:14, 197:4, 197:15, 199:10, 199:12, 200:6, 201:2, 201:17, 203:15, 204:12, 204:16, 205:4, 205:9, 205:10, 205:20, 206:2, 206:7, 206:16, 206:20, 206:21, 208:8, 208:10, 208:11, 209:2, 209:5, 209:14, 209:17, 211:7, 212:9, 212:10, 212:15, 213:10, 213:22, 213:23, 215:8, 215:12, 216:7, 217:3, 217:11, 217:13, 217:17, 218:17, 220:7, 220:9, 222:5, 223:21, 223:22, 224:20, 224:22, 225:4, 225:19, 226:3, 226:6, 226:10, 227:6, 227:17, 227:23, 228:15, 229:4, 229:21, 229:22, 230:4, 230:8, 230:10, 230:11, 230:12, 230:14, 230:17, 230:19, 231:3, 231:13, 232:20, 232:21, 233:8, 233:22, 233:23, 234:1, 234:5, 234:12, 234:13, 234:14, 235:5, 235:7, 235:25, 236:20, 236:22, 236:24, 237:24, 238:4, 238:8, 238:13, 239:7, 239:9, 239:16, 239:21, 239:23, 240:1, 240:10, 241:5, 241:14, 241:23, 242:4, 242:9, 243:14, 243:20, 244:6, 244:8, 244:25, 245:11, 245:12, 245:13, 245:14, 246:10, 246:16, 248:10, 248:12, 249:10, 250:25, 251:8, 251:24, 252:2, 253:7, 254:4, 254:7, 254:8, 254:10, 254:13, 254:14, 255:9, 256:3, 256:17, 256:24, 256:25

**you'd** [2] - 5:24, 183:10

**you'll** [16] - 3:25, 4:1, 4:7, 48:15, 54:7, 100:24, 101:3, 111:18, 122:25, 124:10, 127:19, 130:14, 131:12, 152:16, 153:15, 160:5

**you're** [61] - 4:4, 8:6, 8:17, 14:22, 16:2, 19:17, 20:19, 21:24, 35:5, 35:6, 65:11, 66:9, 68:21, 68:22, 72:25, 73:9, 73:16, 79:20, 81:21, 85:7, 85:11, 86:6, 86:23, 91:10, 91:11, 91:16, 92:14, 92:15, 96:17, 96:18, 98:6, 98:9, 98:14, 99:1, 105:19, 105:20, 107:11, 107:21, 109:18, 111:1, 130:12, 150:11, 152:13, 155:12, 166:12, 187:3, 187:10, 190:21, 201:9, 225:17, 232:5, 233:14, 234:13, 234:15, 235:15, 236:11, 240:24, 245:13, 254:7, 256:19

**you've** [12] - 15:2, 22:2, 51:8, 82:4, 82:6, 108:7, 161:11, 162:11, 172:6, 192:18, 201:12, 211:8

**Your** [202] - 6:24, 9:12, 9:14, 10:6, 10:7, 13:2, 13:11, 14:3, 14:4, 20:23, 21:21, 22:2, 23:15, 24:3, 25:9, 30:20, 30:22, 34:3, 35:8, 35:20, 37:1, 37:17, 38:7, 39:20, 40:18, 41:6, 41:7, 44:10, 45:11, 46:18, 47:5, 47:7, 51:2, 51:9, 51:14, 52:23, 53:19, 54:4, 54:10, 54:25, 62:7, 67:10, 71:8, 71:20, 72:8, 73:7, 73:24, 74:3, 74:6, 74:14, 74:17, 75:3, 75:8, 75:16, 76:20, 80:7, 81:2, 81:8, 84:7, 86:20, 87:1, 87:10, 87:18, 87:25, 89:8, 90:20, 90:25, 92:4, 92:24, 92:25, 93:21, 94:23, 95:4, 97:25, 98:23, 100:13, 101:9, 102:12, 103:7, 106:4, 108:6, 109:10, 111:4, 111:13, 111:25, 112:7, 112:10, 113:7, 115:21, 115:22, 117:5, 117:12, 117:15, 117:21, 117:25, 118:4, 120:25, 124:22, 126:10, 130:25, 134:16, 137:17, 139:22, 140:22, 141:15, 145:13, 148:4, 148:18, 151:1, 151:19, 152:25, 153:4, 153:9, 155:4, 156:10, 158:18, 160:3, 161:13, 163:3, 163:19, 164:15, 164:20, 166:11, 167:13, 169:12, 170:3, 172:1, 172:6, 178:15, 181:2, 181:10, 182:4, 182:17, 183:5, 183:15, 186:11, 187:10, 189:10, 190:8, 193:3, 193:8, 193:23, 194:11, 195:5, 196:1, 196:10, 196:16, 197:11, 197:19, 199:3, 199:17, 203:1, 204:4, 204:18, 205:8, 206:8, 206:10, 206:15, 206:23, 207:3, 209:20, 210:1, 210:8, 211:7, 211:19, 212:5, 212:7, 212:12, 213:7, 213:8, 214:1, 214:19, 215:14, 216:15, 217:3, 217:6, 217:10, 218:13, 218:17, 218:18, 218:24, 220:1, 222:4, 224:9, 224:17, 226:19, 227:17, 227:24, 229:13, 231:7, 236:6, 239:11, 243:7, 247:9, 247:22, 248:1, 249:18, 251:7, 252:8, 252:16, 255:17, 257:3

**your** [78] - 4:2, 6:25, 7:6, 8:5, 8:14, 8:15, 9:8, 12:21, 16:11, 16:12, 18:10, 19:17, 19:19, 23:18, 26:3, 28:16, 34:6, 46:2, 55:7, 57:11, 67:3, 69:23, 69:24, 70:5, 70:6, 70:7, 70:19, 72:4, 72:12, 78:5, 79:10, 84:24, 86:19, 92:19, 95:19, 97:15, 98:13, 100:4, 102:22, 104:17, 104:22, 109:20, 115:15, 115:16, 120:5, 133:19, 133:25, 134:21, 134:22, 135:12, 135:19, 145:16, 150:14, 153:14, 161:11, 163:25, 164:2, 164:17, 167:5, 175:23, 180:25, 190:21, 206:12, 217:5, 232:17, 234:20, 235:9, 235:10, 236:3, 236:15, 236:24, 238:7, 238:8, 240:3, 242:9, 244:9, 244:12, 245:23

**yours** [3] - 99:17, 153:5, 253:13

**yourself** [1] - 82:4

## Z

**Z** [3] - 79:12, 222:12, 222:14

**Zachary** [2] - 1:21, 224:12

**zero** [8] - 19:5, 52:20, 137:22, 171:18, 203:18, 214:5, 215:25

**zero-sum** [1] - 19:5

**zeros** [2] - 34:6, 34:14