### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES | § | |
| | § | No. 4:22-CR-612 (8) |
| V. | § | |
| | § | |
| DANIEL KNIGHT | § | |

## UNOPPOSED MOTION TO
## MODIFY CONDITIONS OF BOND

**TO THE HONORABLE ANDREW HANEN:**

NOW COMES Daniel Knight, through undersigned counsel, and files this Unopposed Motion to Modify Conditions of Bond, to which the Government is unopposed.

In support, we show the Court as follows:

### I.

Mr. Knight was charged by indictment with one count of conspiracy to commit securities fraud and one count of securities fraud. He pleaded guilty to Count 1 of the Superseding Indictment on March 27th, 2023, with the remaining count to be dismissed. The Court dismissed the indictment on March 20, 2024. Mr. Knight's sentencing was abated pending appellate review. Though the 5th Circuit issued its opinion, a motion for rehearing remains pending.

1

## II.

For nearly three years, Mr. Knight has been making meaningful strides to improve his life and demonstrate responsibility, including faithful compliance with all Court orders and conditions. Not only has Mr. Knight worked to remove himself from his previous lifestyle, but he is focused on building a positive future. He is sober, works diligently in his family business, and most recently, he became engaged to be married—a milestone which reflects his commitment to stability and personal growth.

## III.

As a condition of his bond, Mr. Knight is presently forbidden from posting on social media platforms due to the nature of the conduct giving rise to the charges against him. While Mr. Knight understands and appreciates the reasons for this condition, he is eager to share news of his recent engagement with friends and family on social media. Likewise, in his search for employment in the consumer behavior and marketing space, social media posting is increasingly vital for marketing goods and services.

Given these circumstances, Mr. Knight respectfully requests a modification of his bond conditions to allow social media use with the full understanding that any posts relating to financial topics, stocks, cryptocurrency, or securities would remain off limits.

## CONCLUSION

For the reasons outlined above, Daniel Knight respectfully requests this Court modify his bond conditions to allow limited personal postings on online social media platforms.

Respectfully submitted,

**THE AKERS FIRM, PLLC**

*/s/ Cordt C. Akers*
Cordt C. Akers
The Akers Firm, PLLC
3401 Allen Pkwy, Ste. 101
Houston, Texas 77019
Tel:    (713) 877-2500
Fax: 1 (713) 783-8662
Email:  cca@akersfirm.com

ATTORNEY FOR
DEFENDANT, DANIEL KNIGHT

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via the Electronic Filing System for the Southern District of Texas, which served attorneys for the Government.

*/s/ Cordt C. Akers*
Cordt C. Akers

## CERTIFICATE OF CONFERENCE

I hereby certify that I have discussed the foregoing matter with the attorney for the Government and they have indicated that they are **unopposed** to the granting of this motion.

*/s/ Cordt C. Akers*
Cordt C. Akers