United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES | § | |
| | § | |
| V. | § | No. 4:22-CR-612 (8) |
| | § | |
| DANIEL KNIGHT | § | |

## ORDER

The Court has considered Daniel Knight's unopposed motion to modify conditions of his release and finds that it is in all things GRANTED.

Daniel Knight may utilize social media posting for personal reasons and business reasons, should the need arise. He may not, under any circumstances, make any social media posts regarding stocks, cryptocurrency, or securities.

ORDERED at Houston, Texas this 12th day of December, 2025.

Honorable Andrew Hanen
United States District Judge

1