Case 4:22-cr-00612   Document 734   Filed 02/26/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS | § § § | CRIMINAL ACTION NO. H-22-612 |
| EDWARD CONSTANTINESCU, *et al* | § | |

### RECUSAL ORDER

I hereby stand recused in this case.

SIGNED on this 26th day of February 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE