**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **4:22-cr-00612** |
| | § | |
| **DANIEL KNIGHT** | § | |

**UNOPPOSED MOTION TO**
**MODIFY CONDITIONS OF RELEASE**

TO THE HONORABLE ALFRED H. BENNETT:

NOW COMES Daniel Knight, through undersigned counsel, and files this Motion to Modify Conditions of Release, to which the Government and U.S. Probation from the Southern of Alabama is unopposed.

I.

Mr. Knight respectfully requests this Court to expand his travel restrictions to allow him to travel by plane to Hawaii for his wedding. Mr. Knight requests permission to travel from his current location to Honolulu, Hawaii, departing on August 12, 2026, and returning on August 21, 2026. Mr. Knight will be flying into the Daniel K. Inouye International Airport (HNL) and will be staying at the Hyatt Centric Waikiki Beach, located at 349 Seaside Avenue, Honolulu, Hawaii 96815.

Mr. Knight will be present in Waikiki from August 13 through August 20, 2026 at 1 Aloha Tower Drive, Honolulu, Hawaii 96813, beginning at 5:15 p.m. On Saturday, August 15, 2026, he will then travel to Nalo Garden, Waimanalo, Hawaii, then back to Honolulu, Hawaii for the remainder of his stay.

There are no firearms at the address where Mr. Knight will be staying or at any location he will be attending events.

II.

The Government has indicated that it is unopposed to this request. U.S. Probation from the Southern of Alabama has indicated that it is unopposed as well.

## CONCLUSION

For the reasons outlined above, Daniel Knight respectfully requests this Court modify his conditions of release to expand his travel restrictions to allow travel to Hawaii from August 12, 2026 through August 21, 2026.

Respectfully submitted,

**THE AKERS FIRM, PLLC**

*/s/ Cordt C. Akers*
Cordt C. Akers
The Akers Firm, PLLC
3401 Allen Pkwy, Ste. 101
Houston, Texas 77019
Tel: (713) 877-2500
Fax: 1 (713) 783-8662
Email: cca@akersfirm.com

ATTORNEY FOR
DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via the Electronic Filing System for the Southern District of Texas, which served attorneys for the Government.

/s/ *Cordt C. Akers*
Cordt C. Akers

## CERTIFICATE OF CONFERENCE

I hereby certified that I have discussed the foregoing matter with the attorney for the Government and they have indicated that they are unopposed to the granted of this motion.

/s/ *Cordt C. Akers*
Cordt C. Akers

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **4:22-cr-00612** |
| | § | |
| **DANIEL KNIGHT** | § | |

## ORDER

The Court has considered Daniel Knight's unopposed motion to modify conditions of his release and finds that it is, in all things, GRANTED.

As a condition of his release, Daniel Knight may, in addition to his other restrictions, travel freely to Hawaii.

ORDERED at Houston, Texas this _____ day of _____, 2026.

Honorable Alfred H. Bennett
United States District Judge